UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**THE GILLETTE COMPANY AND BRAUN GMBH**
Plaintiff(s), Petitioner(s)

against

**REMINGTON PRODUCTS COMPANY, L.L.C.**
Defendant(s), Respondent(s)

CLIENT: Beacon Hill Research & Service Group, Inc.

INDEX NO.: 03-CV-12428-WGY

DATE OF FILING: 3/5/2004

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT: COUNTY OF HARTFORD

I, Eric Rubin being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Bethel, CT.

Furthermore, that on **March 8, 2004 at 2:05 PM at 60 Main Street, Bridgeport, CT 06604**, deponent served the **Summons In a Civil Case; Complaint; Civil Cover Sheet; Filing Category Form and Form AO120** upon **Remington Products Company, L.L.C.**, (Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:

By delivering to and leaving a true copy of each **Summons In a Civil Case; Complaint; Civil Cover Sheet; Filing Category Form and Form AO120** with **Diane Hughes** a person who is known to be the **Paralegal** of said corporation and/or company, and who is authorized by said corporation and/or company to receive said **Summons In a Civil Case; Complaint; Civil Cover Sheet; Filing Category Form and Form AO120**.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female** Skin: **White** Hair: **Brown** Age(Approx): **51-65** Height(Approx): **5'4" - 5'8"** Weight(Approx): **131-160 lbs** Other: **Glasses**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Eric Rubin, Private Process Server

Sworn to before me on March 9, 2004

Notary Public
My Commission Expires: 08/31/2004

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

THE GILLETTE COMPANY AND
BRAUN GmbH,

V.

SUMMONS IN A CIVIL CASE

REMINGTON PRODUCTS COMPANY,
LLC,

CASE NUMBER: 03-CV-12428-WGY

TO: (Name and address of Defendant)

Remington Products Company, L.L.C.
60 Main Street
Bridgeport, Connecticut 06604

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William L. Patton
Dalila Argaez Wendlandt
Ropes & Gray LLP
One International Place
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

3-5-04

DATE

(By) DEPUTY CLERK