**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE GILLETTE COMPANY and BRAUN GmbH,<br><br>           Plaintiffs,<br><br>v.<br><br>REMINGTON PRODUCTS COMPANY, LLC<br><br>           Defendant. | Civil Action No. 03-CV-12428-WGY |

**NOTICE OF APPEARANCE**

Now come the undersigned, Thomas E. Dwyer, Jr. and Joseph E. Haviland, and hereby enters their appearances on behalf of Remington Products, LLC in the above-entitled matter.

Respectfully submitted,

   /s/ Thomas E. Dwyer, Jr.
Thomas E. Dwyer, Jr. (BBO No. 139660)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371.1000


   /s/ Joseph E. Haviland
Joseph E. Haviland (BBO No. 643814)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371.1000

Dated: March 29, 2004