## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY AND BRAUN GmbH,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>REMINGTON PRODUCTS COMPANY, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 03-CV-12428-WGY<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS GILLETTE AND BRAUN'S COMPLAINT IN PART

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant Remington Products Company, Inc. hereby moves this Court for an order dismissing the complaint in part. As explained in greater detail in the Memorandum of Law that has been submitted in support of this motion, the Gillette Company is not a proper party to this action, and should therefore be dismissed.

WHEREFORE, Remington respectfully asks this Court to dismiss the Complaint with respect to Plaintiff, Gillette.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　___/s/ Joseph E. Haviland_____
　　　　　　　　　　　　　　　　　　　Thomas E. Dwyer, Jr. (BBO No. 139660)
　　　　　　　　　　　　　　　　　　　Joseph E. Haviland (BBO No. 643814)
　　　　　　　　　　　　　　　　　　　DWYER & COLLORA, LLP
　　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02210-1122
　　　　　　　　　　　　　　　　　　　(617) 371-1001 [phone]
　　　　　　　　　　　　　　　　　　　(617) 371-1037 [facsimile]

        Mark A. Pals
        James A. Shimota
        Kevin S. Ueland
        KIRKLAND & ELLIS, LLP
        Aon Center
        200 E. Randolph Dr.
        (312) 861-2000 [phone]
        (312) 861-2200 [facsimile]

Dated: March 29, 2004

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1 (A)(2), I hereby certify that I conferred in good faith with William L. Patton, counsel for Plaintiffs Gillette Company and Braun GmbH, by telephone on March 29, 2004 regarding the issues addressed in this motion. Attorney Patton does not consent to the relief requested in this motion.

        /s/ Joseph E. Haviland
        Joseph E. Haviland

### Certificate of Service

I, Joseph E. Haviland, hereby certify that a true copy of the above document was served by hand upon William L. Patton, Esquire, Ropes & Gray, LLP, One International Place, Boston, MA 02110 on March 29, 2004.

        /s/ Joseph E. Haviland
        Joseph E. Haviland