IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY and BRAUN GmbH,<br><br>        Plaintiffs,<br><br>v.<br><br>REMINGTON PRODUCTS COMPANY, LLC<br><br>        Defendant. | Civil Action No. 03-CV-12428-WGY |

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant Remington Products Company, Inc. hereby demands a trial by jury on any and all issues triable of right by a jury.

The last pleading directed to an issue for which the right to a jury trial is attached was the Answer of Defendant Remington Products Company, Inc. filed with the Court on March 29, 2004.

    Respectfully submitted,

    REMINGTON PRODUCTS COMPANY, LLC

    By its attorneys,

      /s/ Joseph E. Haviland
    Thomas E. Dwyer, Jr. (BBO No. 139660)
    Joseph E. Haviland (BBO No. 643814)
    DWYER & COLLORA, LLP
    600 Atlantic Avenue
    Boston, MA 02210-1122
    (617) 371-1001 [phone]
    (617) 371-1037 [facsimile]

        Mark A. Pals
        James A. Shimota
        Kevin S. Ueland
        KIRKLAND & ELLIS, LLP
        Aon Center
        200 E. Randolph Dr.
        (312) 861-2000 [phone]
        (312) 861-2200 [facsimile]

Dated: April 6, 2004

## **CERTIFICATE OF SERVICE**

I, Joseph E. Haviland, hereby certify that a true copy of the above document was served by hand upon William L. Patton, Esquire, Ropes & Gray, LLP, One International Place, Boston, MA 02110 on April 6, 2004.


        ____/s/ Joseph E. Haviland_____
        Joseph E. Haviland