IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY and BRAUN GmbH,<br><br>        Plaintiffs,<br><br>        v.<br><br>REMINGTON PRODUCTS COMPANY, LLC,<br><br>        Defendant. | Civil Action No. 03-cv-12428-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Levina Wong of the firm Ropes & Gray LLP on behalf of the Plaintiff The Gillette Company.

                                                      THE GILLETTE COMPANY and
                                                      BRAUN GmbH

                                                      By their attorneys,

                                                     /s/Levina Wong_____
                                                     William L. Patton (BBO #391640)
                                                     Dalila Argaez Wendlandt (BBO #639280)
                                                     Levina Wong (BBO # 654510)
                                                     ROPES & GRAY LLP
                                                     One International Place
                                                     Boston, MA 02110-2624
                                                     (617) 951-7000
                                                     (617) 951-7050 (facsimile)

Dated:  April 16, 2004

9421168_1

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on April 16, 2004 I caused a courtesy copy of the above-referenced document to be served by mail, on:

>Thomas E. Dwyer, Jr.
>Joseph E. Haviland
>Dwyer & Collora, LLP
>600 Atlantic Avenue
>Boston, MA 02110-1122

                                               /s/Levina Wong_____
                                               Levina Wong