IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY amd BRAUN GmbH,<br><br>      Plaintiff,<br><br>v.<br><br>REMINGTON PRODUCTS COMPANY, LLC,<br><br>      Defendant. | Civil Action No. 03-CV-12428 (WGY) |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3, Plaintiffs hereby disclose that The Gillette Company is a public company, the shares of which are traded on the New York Stock Exchange under the ticker symbol "G."  The Gillette Company does not have any parent corporations and no publicly held company owns ten percent or more of The Gillette Company's stock.

Braun GmbH is a wholly-owned subsidiary of The Gillette Company.

THE GILLETTE COMPANY and
BRAUN GmbH

By their attorneys,

 /s/ Levina Wong
William L. Patton (BBO #391640)
Dalila Argaez Wendlandt (BBO #639280)
Levina Wong (BBO #654510)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

Attorneys for Plaintiffs

Dated: April 21, 2004