**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE GILLETTE COMPANY AND BRAUN GmbH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>REMINGTON PRODUCTS COMPANY, LLC, )<br>)<br>Defendant. ) | Civil Action No. 03-CV-12428-WGY |

The Motion for Leave to File a Reply in Support of Remington's Motion to Dismiss Gillette and Braun's Complaint in Part makes reference to an exhibit at "Tab A." The exhibit is the 10-K form of Gillette and has been filed in its complete form. As such, the document is 97 pages in length and has been filed with the Clerk by hand.