**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE GILLETTE COMPANY and BRAUN GmbH,       Plaintiffs, v. REMINGTON PRODUCTS COMPANY, LLC       Defendant. | Civil Action No. 03-CV-12428-WGY |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

     Pursuant to Local Rule 7.1 (A)(2), I hereby certify that I attempted to confer in good faith with William L. Patton, counsel for Plaintiffs Gillette Company and Braun GmbH, by telephone on April 23, 2004 regarding the issues addressed in this motion. Attorney Patton was not available.

                          ___/s/ Joseph E. Haviland_____
                          Joseph E. Haviland

**Certificate of Service**

     I, Joseph E. Haviland, hereby certify that a true copy of the above document was served by First-Class mail upon William L. Patton, Esquire, Ropes & Gray, LLP, One International Place, Boston, MA 02110 on April 23, 2004.

                          ___/s/ Joseph E. Haviland _____
                          Joseph E. Haviland

Now come the undersigned, Thomas E. Dwyer, Jr. and Joseph E. Haviland, and hereby enters their appearances on behalf of Remington Products, LLC in the above-entitled matter.

Respectfully submitted,

   /s/ Thomas E. Dwyer, Jr.
Thomas E. Dwyer, Jr. (BBO No. 139660)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371.1000

   /s/ Joseph E. Haviland
Joseph E. Haviland (BBO No. 643814)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 371.1000

Dated: March 29, 2004