## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

THE GILLETTE COMPANY and
BRAUN GmbH,

                Plaintiffs,

v.

REMINGTON PRODUCTS COMPANY, LLC

                Defendant.

Civil Action No. 03-CV-12428-WGY

Pursuant to Local Rule 83.5.3(b), Joseph E. Haviland, a member in good standing of the bar of this Court, moves the Court to issue an Order permitting Mark A. Pals, James A. Shimota, and Kevin S. Ueland to appear on behalf of Defendant Remington Products Company, LLC and to practice before this Court in the above-titled action.  As stated in the accompanying Certificates of Good Standing, Attorneys Pals, Shimota and Ueland are members in good standing of the bars noted within their respective certificates.  As further stated in the Certificates of Good Standing, there are no disciplinary actions pending against any of the three attorneys, and each is familiar with the Local Rules of the United States District Court for the District of Massachusetts.  Copies of the Certificates of Good Standing for Mark A. Pals, James A. Shimota, and Kevin S. Ueland are attached to this motion.

Plaintiffs consent to this motion.

WHEREFORE, the undersigned counsel respectfully moves for the admission of Mark A. Pals, James A. Shimota, and Kevin S. Ueland to practice before this Court *pro hac vice*.

Respectfully Submitted,

\_\_\_\_/s/ Joseph E. Haviland_____
Thomas E. Dwyer, Jr. (BBO No. 139660)
Joseph E. Haviland (BBO No. 643814)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-1122
(617) 371-1001 [phone]
(617) 371-1037 [facsimile]

Dated: May 5, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1 (A)(2), I hereby certify that I telephoned William L. Patton, counsel for Plaintiffs Gillette Company and Braun GmbH, on May 4, 2004 regarding the issues addressed in this motion.  Attorney Patton returned the call and indicated in a message that Plaintiffs consent to the filing of the motion and to the admission of the attorneys *pro hac vice*.

\_\_\_\_/s/ Joseph E. Haviland_____
Joseph E. Haviland

## Certificate of Service

I, Joseph E. Haviland, hereby certify that a true copy of the above document was served by First-Class mail upon William L. Patton, Esquire, Ropes & Gray, LLP, One International Place, Boston, MA 02110 on May 5, 2004.

\_\_\_/s/ Joseph E. Haviland _____
Joseph E. Haviland