## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

THE GILLETTE COMPANY and
BRAUN GmbH,

          Plaintiffs,

v.

REMINGTON PRODUCTS COMPANY, LLC

          Defendant.

Civil Action No. 03-CV-12428-WGY

## CERTIFICATE OF GOOD STANDING

Mark A. Pals, an attorney with the law firm of Kirkland & Ellis, LLP, 200 E. Randolph Drive, Chicago, IL 60601, hereby certifies:

(1) Mr. Pals is and has been admitted to practice in and is a member in good standing in the jurisdiction(s) of the bar of the State of Illinois since 1989; Mr. Pals is and has been a member in good standing of the bars of the following United States District Courts and Circuit Courts of Appeals since the following dates:

| | |
|---|---|
| Northern District of Illinois | 1989 |
| Fourth Circuit | 1991 |
| Seventh Circuit | 1991 |
| Federal Circuit | 2000 |

(2) There is no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

(3) I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Under the pains and penalties of perjury this 28th day of April, 2004.

Respectfully submitted,

Mark A. Pals
KIRKLAND & ELLIS, LLP
Aon Center
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000 [phone]
(312) 861-2200 [facsimile]