IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY and BRAUN GmbH, <br><br> Plaintiffs, <br><br> v. <br><br> REMINGTON PRODUCTS COMPANY, LLC <br><br> Defendant. | Civil Action No. 03-CV-12428-WGY |

### CERTIFICATE OF GOOD STANDING

Kevin S. Ueland, an attorney with the law firm of Kirkland & Ellis LLP, 200 E. Randolph Drive, Chicago, IL 60601, hereby certifies:

(1) I have been admitted to practice in and am a member in good standing in the jurisdiction(s) of the U.S. District Court, Northern District of Illinois;

(2) There is no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

(3) I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Under the pains and penalties of perjury this 15th day of April, 2004.

Respectfully submitted,

Kevin S. Ueland
KIRKLAND & ELLIS, LLP
Aon Center
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000 [phone]
(312) 861-2200 [facsimile]