UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY and BRAUN GmBH, )<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 03-cv-12428-WGY** |
| ) | |
| REMINGTON PRODUCTS COMPANY, LLC, )<br>)<br>) | |
| Defendant. ) | |

**DISCLOSURE STATEMENT OF REMINGTON PRODUCTS COMPANY, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Remington Products Company, LLC (a nongovernmental corporate party), makes the following disclosure statement:

**I.    PARENT CORPORATIONS**

Effective March 29, 2004, Remington Products, LLC merged into Rayovac Corporation. Remington Products Company, LLC no longer exists as a separate entity. Rayovac Corporation has no parent corporations.

**II.    PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK**

There are no publicly held companies that own more than 10% of Rayovac Corporation's stock.

        Respectfully Submitted,

        ___/s/ Joseph E. Haviland_____
        Thomas E. Dwyer, Jr. (BBO No. 139660)
        Joseph E. Haviland (BBO No. 643814)
        DWYER & COLLORA, LLP
        600 Atlantic Avenue
        Boston, MA 02210-1122
        (617) 371-1001 [phone]
        (617) 371-1037 [facsimile]

        Mark A. Pals
        James A. Shimota
        Kevin S. Ueland
        KIRKLAND & ELLIS, LLP
        Aon Center
        200 E. Randolph Dr.
        (312) 861-2000 [phone]
        (312) 861-2200 [facsimile]

Dated: May 10, 2004

## Certificate of Service

I, Joseph E. Haviland, hereby certify that a true copy of the above document was served by First Class mail and facsimile upon William L. Patton, Esquire, Ropes & Gray, LLP, One International Place, Boston, MA 02110 on May 10, 2004.

        ___/s/ Joseph E. Haviland_____
        Joseph E. Haviland