```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 03-12428-WGY

 4

 5   * * * * * * * * * * * * * * * *
                                    *
 6   THE GILLETTE COMPANY AND        *
     BRAUN GmbH,                     *
 7                                   *
               Plaintiff,            *
 8                                   *
     v.                              *   MOTION HEARING
 9                                   *
     REMINGTON PRODUCTS COMPANY,     *
10   LLC,                            *
                                     *
11             Defendant.            *
                                     *
12   * * * * * * * * * * * * * * * *

13            BEFORE:  The Honorable William G. Young,
                               District Judge
14

15
     APPEARANCES:
16

17        ROPES & GRAY, LLP (By William L. Patton, Esq. and
     Levina Wong, Esq.) One International Place, Boston,
18   Massachusetts 02110, on behalf of the Plaintiff

19        DWYER & COLLORA, LLP (By Joseph Ernest Haviland,
     Esq.), 600 Atlantic Avenue, 12th Floor, Boston,
20   Massachusetts 02210
                    - and -
21        KIRKLAND & ELLIS (By James A. Shimota, Esq.), 200
     E. Randolph Drive, Chicago, Illinois 60601, on behalf
22   of the Defendant

23
                                     1 Courthouse Way
24                                   Boston, Massachusetts

25                                   June 3, 2004
```