# Erfindungsmeldung an Patentabteilung

BRAUN

Bitte mit Schreibmaschine ausfüllen

Patentabteilung
Eing. 22 JULI 1993
Vorlage
Frist

| Titel oder Kurzbezeichnung der Erfindung | | | | | |
|---|---|---|---|---|---|
| Rasierer-Reinigungsgerät | | | | | |

| Beanstandungsfrist | INA-Frist | Rollen-Nr. | Bearbeiter | Telefon |
|---|---|---|---|---|
| 22.9.93 | 22.11.93 | 5818 | H.D. Maurer | 2382 |

| Erfinder | Vor- und Zuname ggfs. mit genauer Titelangabe (z.B. Dr-Ing., Dipl.-Phys., Ing.-grad.) | Funktion im Unternehmen (z.B. Sachbearbeiter, Abteilungsleiter) | Abteilung, Telefon | Personal-Nr. | Privatanschrift Postleitzahl, Ort, Straße | Erfindungs-Anteil in % 1) 2) |
|---|---|---|---|---|---|---|
| 1 | Ing.-grad. Gebhard Braun | Konstrukteur | 1440 | 00098 | Spessartstraße 18 65779 Kelkheim | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

Bitte erläutern Sie Ihre Erfindung, indem Sie zu folgenden Punkten in der angegebenen Reihenfolge auf Blatt 2 Stellung nehmen:

1. Ausführliche schriftliche Darstellung der Erfindung (genaue Angabe der Merkmale der Erfindung) anhand beigefügter Skizzen, Zeichnungen o.ä.
2. Vorteile, die mit der Erfindung erreicht werden können.
3. Bei welchem Produkt (genaue Bezeichnung) kann die Erfindung angewendet werden?
4. Von welchem bekannten — betriebseigenen oder fremden — Stand der Technik geht die Erfindung aus? Angabe von Produkten, Literaturstellen, Druckschriften, Zeichnungen o.ä.
5. Nachteile des unter 4. aufgeführten Standes der Technik - Aufgabe der Erfindung.
6. Erteilte Weisungen bzw. Auftrag (z.B. genaue Bezeichnung des Projektauftrages).

1) Enthält diese Spalte keine Eintragungen, so werden die Erfindungsanteile zu gleichen Teilen auf die Erfinder aufgeteilt.
2) ggfs. nach Merkmalen der Erfindung auf die Erfinder aufgeteilt. (z.B. unter Punkt 1)

Hiermit wird versichert, daß alle Angaben nach bestem Wissen gemacht wurden und daß keine weiteren Erfinder am Zustandekommen der Erfindung beteiligt waren.

| Erfinder 1 | Datum | Unterschrift |
|---|---|---|
| | 22.7.93 | [signature] |
| Erfinder 2 | | |
| Erfinder 3 | | |
| Erfinder 4 | | |
| Erfinder 5 | | |

Patentabteilung

Braun Form 10140/1-89

Anlage zur Erfindungsmeldung Rasierer-Reinigungsgerät

Punkt 1

Die Erfindung betrifft ein Reinigungsgerät für Rasierer, welches eine weitgehend automatisch ablaufende, hygienische Scherkopf-Reinigung ermöglicht.

Nach der Rasur kann das Gerät komplett ohne weitere Vorbereitung in den Reiniger gesteckt werden, wo es nach Starten des Reinigungsprogramms vollautomatisch gereinigt und für die nächste Rasur getrocknet wird. Das Gerät kann im Reiniger bleiben, der so zusätzlich die Funktionen von Wandhalter und Ladegerät erfüllt.

Das Reinigungsprinzip beruht auf der Erkenntnis, daß sich der Scherkopf eines Elektrorasierers ohne Demontage selbst reinigt, wenn er laufend in eine geeignete Reinigungsflüssigkeit getaucht wird. Der im Rasierkopf angesammelte Haarstaub, z. T. festgebacken an verschiedenen Stellen im Schneidsystem, wird durch die mit hoher Frequenz in der Reinigungsflüssigkeit oszillierenden Scherteile gelöst und durch die Öffnungen - insbesondere der Scherfolie - in die Flüssigkeit gespült.

Für die automatische Reinigung ist dafür zu sorgen, daß die gut fettlösende Flüssigkeit laufend erneuert wird und dabei immer in ausreichender Höhe über den Messerköpfen steht.

Die erfindungsgemäße Ausführung sieht vor, den Reinigungsprozeß in einer speziell gestalteten Wanne (1) durchzuführen, in die der Rasierer (2) kopfüber eintaucht. Die Wanne ist noch leer und trocken, der Rasierer ausgeschaltet. Er kann so auch zur Aufbewahrung deponiert werden.

Der Start des Reinigungsvorganges wird durch Drücken des Versorgungsknopfes (3) eingeleitet, durch den der Rasierer mit Betriebs- und Ladestrom versorgt wird. Er wird von einer im Reinigungsgerät eingebauten Elektronik (4) eingeschaltet, die über eine regelbare Zeitautomatik auch die Pumpe (5) schaltet: Reinigungsflüssigkeit wird aus dem integrierten Vorratsbehälter (6) durch einen Filter in die Reinigungswanne gepumpt, in welcher der laufende Rasierer sich auf die beschriebene Weise reinigt. Ein entsprechend dimensionierter Überlauf (7) sichert nach kurzer Pumpenlaufzeit den notwendigen Füllstand, kleine Auslaufbohrungen (8) am Wannenboden ermöglichen das Ablaufen der Restflüssigkeit nach Beendi-gung der Reinigung. sowie während der Reinigung

Bevor der Rasierer jetzt entnommen werden kann, wird er von dem eingebauten (Heiz-)Lüfter (9) getrocknet. Eine Sicherheitsschaltung verhindert die vorzeitige Entnahme, um sicherzu-stellen, daß keine Restfeuchtigkeit in das Geräteinnere gelangen kann.

Die verunreinigte Flüssigkeit wird von der Reinigungswanne in einen Filterschlauch (10) geleitet, der durch die (gereinigte) Vorratsflüssigkeit zur Pumpe führt, von der sie direkt durch den Filter (11) wieder zur Reinigungswanne gepumpt wird. Durch geeignete Fließwegegestaltung, Pumpenlaufzeit und -Durchsatz kann sichergestellt werden, daß sich nach Beendigung des Reinigungsprozesses das Reinigungsgefäß und die ableitenden Flüssigkeitswege sowie der gesamte Flüssigkeitsvorrat jeweils in sauberem Zustand befinden; es gibt keinen Schmutz-bereich im Gerät außer dem Filter.

- 2 -

Dies wird durch die Verwendung des Filterschlauches erreicht, der einerseits die gelösten Schmutzpartikel zur Saugseite (12) der Pumpe führt, ohne die Vorratsflüssigkeit zu verschmutzen, gleichzeitig dieser aber ermöglicht, durch die Schlauchwandung zur Pumpensaugseite zu gelangen.

Dieser Kunstgriff ermöglicht eine optimale Reinigung mit Filter auf der Pumpendruckseite (13) und gleichzeitig einen stets sauberen Flüssigkeitsvorrat.

Ein positiver Begleiteffekt des Systems ist die automatische Reinhaltung auch der Filterschlauchinnenseite durch den Flüssigkeitsübertritt von außen zum Schlauchinneren.

Punkt 2

Das Reinigungsgerät ersetzt die unangenehme, staubige Handreinigung durch eine zeitsparende, hygienische Naßreinigung, die den Rasierer - was die Schneidsystem-Sauberkeit anbelangt - mühelos in einen annähernd neuwertigen Zustand versetzt.

Dabei wird das Reinigungsmittel sparsam verwendet, immer wieder gereinigt, und die Schmutzteilchen im Filter gesammelt. Der in kompakter Form im Filter deponierte Rasierstaub kann bequem und hygienisch in größeren Zeitabständen entsorgt werden.

Punkt 3

Ein Reinigungsgerät nach diesem Prinzip ist grundsätzlich für jeden Trockenrasierer machbar. Die beschriebenen Automatikfunktionen setzen aber einen elektronisch zu schaltenden Rasiererschalter voraus, der in den betreffenden Rasierertyp einzubauen ist. Vorzugsweise sind also Neuentwicklungen geeignet, reinigertauglich ausgerüstet zu werden.

Besonders vorteilhaft ist die Automatikreinigung für die zunehmend filigraneren und aufwendigeren Schwingkopfrasierer der neuesten und zukünftigen Rasiererentwicklungen. Sie ermöglicht den Kunden einen problemlosen Umgang mit diesen unseren hochwertigsten Rasiersystemen, ersparen den Ärger durch beschädigte Folien oder Messerköpfe und erhöhen damit auf lange Sicht die Akzeptanz dieser Geräte.

Vorstellbar ist auch die Entwicklung eines Rasierer-Sondermodells, das ausschließlich automatisch zu reinigen ist. Durch den Wegfall der Demontierbarkeit zur Reinigung des Schneidsystems ergeben sich interessante kontruktive Verbesserungsmöglichkeiten, die bisher nicht realisierbar sind.

Punkt 4

Ein primitiver Vorläufer ist unser Schüttelbecher für Messerköpfe, der schon teilweise eine Naßreinigung verwirklicht.

- 3 -

Den bisherigen Stand der Teichnik zeigt das US-Patent Nr. 3, 172, 416. Dort wird der laufende Rasierer in die Reinigungsflüssigkeit getaucht und diese Flüssigkeit dabei umgewälzt. Zur Beendigung des Vorgangs wird der Rasierer entnommen, die Eintauchsöffnung geschlossen und der nasse Rasierer zum Abtropfen in die Deckelmulde gesteckt. Mit dem Abschalten des Gerätes wird mechanisch eine Schmutzabsetzzone im untersten Bereich des Reinigungsgerätes geöffnet, sodaß schwebende Schmutzteilchen sich dort absetzen können. Diese Zone wird vor erneutem Betrieb des Gerätes beim Einschalten wieder geschlossen, um eine Aufwirbelung durch den Pumpbetrieb zu verhindern. Eine gesteuerte Stromversorgung des Rasierers über das Rasierernetzkabel vom Reinigungsgerät aus ist ebenfalls dargestellt.

Punkt 5

Hauptnachteil des unter Punkt 4 beschriebenen Reinigungsgerätes ist die dauernde Umwälzung der zunehmend verschmutzten Flüssigkeit zur Reinigung, ein Klarspülen ist nicht möglich, sodaß dieses System heutigen Hygieneansprüchen sicher nicht mehr genügt.

Die umständliche Handhabung sowie das primitive Reinigungsverfahren durch Absetzenlassen sind ebenfalls unbefriedigend.

Daß das Gerät nicht approbationsfähig wäre, wenn der Rasierer naß entnommen werden muß, ist ein zusätzlicher Systemmangel.

Punkt 6

Die Vorgabe war, ein Reinigungsgerät für Rasierer zu entwickeln, das eine hygienische Scherkopfreinigung weitgehend automatisch ohne zusätzliche Vor- oder Nacharbeiten durchführt.

Hintergrund ist neben dem allgemeinen Wunsch nach Verbesserung von Komfort und Hygiene die Entwicklung immer komplizierterer Schneidsysteme, die eine Reinigung zunehmend schwieriger und aufwendiger machen, was die Akzeptanz dieser Geräte eventuell langfristig für einen immer größeren Personenkreis gefährden könnte.

