<u>Nachtrag zur Erfindungsmeldung Rasierer-Reinigungsgerät 05818</u>

Anlaß zur Entwicklung dieser Klinkenumschaltung war der Wunsch nach Verkleinerung und Verbilligung des Reiniger-Antriebskonzepts für Lüfter und Pumpe. Da beide einen ähnlichen Leistungsbedarf haben, dabei aber nie gleichzeitig laufen müssen, lag es nahe, nur einen Motor für beide Funktionen einzusetzen. Eine einfache Möglichkeit der automatischen Steuerung stellt die Drehrichtungsumkehr dar, die hier dazu verwendet wird, wahlweise den Lüfter oder die Pumpe anzutreiben.

Die Funktionsweise ist folgende (vergl. Fig. 1-3): der Motor (1) treibt über die Motorwelle (2) den aufgepreßten Mitnahmeflansch (3) an. Dieser trägt die Klinkenachsen (4) für die Lagerung der Klinken (5a und 5b). Dargestellt ist der Betriebszustand rechtsdrehend mit voller Drehzahl. In Fig. 2 sind die Klinken (5a) im Eingriff mit der Sägeverzahnung (6) des Lüfterrades (7), der Lüfter ist in Funktion.

Fig. 3 zeigt die gleichzeitige Position der Klinken (5b) für den Pumpenantrieb (10). Sie sind außer Eingriff, weil sie im Gegendrehsinn angeordnet sind, bei rechtsdrehendem Flansch also aus der Sägeverzahnung (11) ausrasten.

Damit sie nun nicht dauernd über die Zahnspitzen der Sägeverzahnung rattern, wird erfindungsgemäß die Klinkenmasse bezüglich des Klinkendrehpunktes und der in Aushebeposition vorliegenden Lage der Klinken im Rotationssystem so gewählt, daß sich bei der vorgesehenen Drehzahl des Systems eine Klinken-Fliehkraft einstellt, die die Klinken entgegen der Andruckkraft durch die Feder (8) von der Sägeverzahnung abhebt bis zum Anschlag (9) am Flansch. Diese Anlage bleibt bestehen, bis sich durch Drehzahlverringerung das Fliehkraftmoment so weit reduziert, daß das Federkraftmoment überwiegt und die Klinken wieder zur Einrastposition zurückkehren. Läuft der Motor nun im Gegendrehsinn an, so rasten die Klinken sofort in die Sägeverzahnung (11) ein, sodaß jetzt also linksdrehend der Pumpenantrieb (10) in Funktion ist.

Die Klinken des Lüfterantriebs (vergl. Fig. 2) verlassen die Rastposition in ihrer Sägeverzahnung und kommen in der oben beschriebenen Weise durch die Fliehkraftwirkung in die geräuschlose Außereingriffstellung.

Außer den eingangs genannten Gründen Verkleinerung und Verbilligung trägt das Konzept auch zur sinnvolleren Motorauslastung bei: Die minimale Laufzeit der Pumpe im Vergleich zu der des Lüfters kann ein Motor bequem noch zusätzlich leisten. Ein Einzelmotor für die Pumpe wäre zwangsläufig überdimensioniert.

15. 9. 93   *[signature]*

