IM BEZIRKSGERICHT DER VEREINIGTEN STAATEN
FÜR DEN BEZIRK MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>    Klägerin,<br><br>    gegen<br><br>REMINGTON PRODUCTS COMPANY, LLC,<br><br>    Beklagte. | Zivilklage Nr. 03-CV-12428 (WGY) |

### ERKLÄRUNG VON GEBHARD BRAUN

Ich, GEBHARD BRAUN, versichere Folgendes bei Strafe wegen Meineid gemäß den Gesetzen der Vereinigten Staaten von Amerika:

1. Ich gebe diese Erklärung zur Unterstützung des Antrags der Fa. Braun auf Berichtigung der Erfinderschaft ab.

2. Ich bin der benannte Erfinder in den US-Patenten Nr. 5,711,328 und 5,649,556 (gemeinsam die „klagegegenständlichen Patente").

3. Von 1968 bis zu meiner Pensionierung im Jahr 1995 war ich bei der Klägerin, der Fa. Braun GmbH, und ihrer Vorgängergesellschaft, der Braun Aktiengesellschaft, beschäftigt. Ich verwende den Begriff „Braun" im Hinblick auf beide Unternehmen.

4. Von 1992 bis 1995 war ich unter der Leitung von Dr. Dietrich Pahl, Leiter der Forschung und Entwicklung von Rasierapparaten in der Produktentwicklungsgruppe von Braun, tätig.

5. 1992 beauftragte Dr. Pahl mich damit, eine Vorrichtung zur Reinigung von Trockenrasierern (der Reinigungsstation) weiterzuentwickeln, mit deren Entwicklung er

9473194

begonnen hatte. Er zeigte mir technische Zeichnungen, Funktionsmodelle und einen Prototyp der Reinigungsstation.

6. Von 1992 bis zu meiner Pensionierung im Jahr 1995 arbeitete ich an der Entwicklung und Verbesserung der Reinigungsstation.

7. Am 22. Juli 1993 reichte ich bei der Patentabteilung von Braun eine interne Offenlegungsschrift ein. Die interne Offenlegungsschrift beschrieb Dr. Pahls Reinigungsstation sowie bestimmte Verbesserungen, die ich mit Dr. Pahl als Vorgesetztem entwickelt hatte. Ich füge dieser Versicherung eine Kopie der internen Offenlegungsschrift als Beleg A sowie eine beglaubigte Übersetzung derselben als Beleg B bei. Am 15. September 1993 reichte ich einen Anhang zu der Offenlegungsschrift ein. Ich füge dieser Versicherung eine Kopie des Anhangs als Beleg C sowie eine beglaubigte Übersetzung derselben als Beleg D bei.

8. Mit Dr. Pahls Zustimmung benannte die interne Offenlegungsschrift mich als den alleinigen Erfinder der Vorrichtung zur Reinigung von Trockenrasierern.

9. Am 26. Januar 1994 meldete Braun auf der Grundlage der internen Offenlegungsschrift deutsche Patente an und benannte mich dabei als den alleinigen Erfinder.

10. Im Januar 1995 meldete Braun auf der Grundlage der deutschen Patentanmeldungen und meiner internen Offenlegungsschrift zwei US-Patente an. Ich ging kurz danach von Braun weg in den Ruhestand und war kaum an der Durchsetzung der US-Patentanmeldungen beteiligt. Im Einklang mit der in den entsprechenden deutschen Patentanmeldungen aufgeführten Erfinderschaft unterzeichnete ich die „Erklärung des Erfinders" als alleiniger Erfinder der klagegegenständlichen Patente.

11. Zu dem Zeitpunkt, wo ich die „Erklärung des Erfinders" für die US-Patentanmeldungen unterzeichnete, besaß ich keinerlei Kenntnisse über etwaige Unterschiede zwischen dem deutschen und dem US-Patentrecht.

12. Auf der Grundlage seiner Entwicklung der Reinigungsstation und seiner nachfolgenden Zusammenarbeit mit mir als mein Vorgesetzter bin ich der Meinung, dass Dr. Pahl bezüglich der klagegegenständlichen Patente zusammen mit mir Miterfinder ist.

13. Ich erhebe keinen Einspruch gegen die Ergänzung der Erfinderschaft der klagegegenständlichen Patente dahingehend, dass Dr. Pahl als Miterfinder der klagegegenständlichen Patente benannt wird.

14. Ich erkläre bei Strafe wegen Meineid gemäß den Gesetzen der Vereinigten Staaten von Amerika, dass das oben Gesagte wahr und richtig ist.

Ausgefertigt am [ 16 ]. Juli 2004
in Kelkheim

Gebhard Braun
Spessartstr. 18
D-65779 Kelkheim
Bundesrepublik Deutschland



**TRANSPERFECT | TRANSLATIONS**

## AFFIDAVIT OF ACCURACY

This is to certify the attached document, **DECLARATION OF GEBHARD BRAUN,** has been translated from English into German by staff members of TransPerfect Translations familiar with both the German and English languages and is to the best of our knowledge, ability and belief, a true and accurate translation.

*Susan Christian*

Susan Christian
TransPerfect Translations, Inc.
15 Broad St., Suite 305
Boston, MA 02109

Sworn to before me this
14th day of July 2004

Signature, Notary Public

> NICOLE P. VOLIN
> Notary Public
> Commonwealth of Massachusetts
> Commission Expires Aug 14, 2009

Stamp, Notary Public

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

15 BROAD STREET, SUITE 305, BOSTON, MA 02109 | TEL 617 523 6936 FAX 617 523-0595 WWW.TRANSPERFECT.COM