# Exhibit A

## Technical Drawing of Cleaning Device
(The Drawing Will Be Filed With The Court, But Could Not Be Scanned Due To Its Irregular Size)