R & D - SHAVERS       "FUTURE"                    M/92



Ⓐ BEKANNTE NACHTEILE / LÖSUNGSANSÄTZE

3. REINIGUNG                  REINIGUNGS-
                              EINRICHTUNG

- HANDHALTER MIT LADE-
  STATION UND REINIGUNGS-
  EINRICHTUNG

FUNKTIONEN:
• RASIERER "EIN", NACH 1 MIN. "AUS"
• PUMPEN U. FILTERN D. FLÜSSIGK.
• TROCKNEN

BRAUN