**BRAUN**

R & D Shavers            "Future"              11/92

A <u>Known Disadvantages</u>    /    <u>Methods of resolution</u>

       <u>3</u>. <u>Cleaning</u>                 -- Wall mount with charging -
                                                station and <u>cleaning -</u>
                                                <u>device</u>

                                          <u>Functions</u>:
                                                          • Shaver "on", then "off" after 1 minute
                                                          • Pumping and filtering by means of liquid
                                                          • Drying

[see source for figure, numbers]

[handwritten in French]

                                                          *Direct drive motor*

            *Filter?*
              ↓

*Clearance* [illegible]
            ↗
*To reduce the*
*Volume of the liquid?*



TRANSPERFECT | TRANSLATIONS

## AFFIDAVIT OF ACCURACY

This is to certify the attached document, **R&D-Shavers "Future" 11/92 / 11/92 Presentation Razor-Future**, has been translated from German into English by staff members of TransPerfect Translations familiar with both the German and English languages and is to the best of our knowledge, ability and belief, a true and accurate translation.

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

Susan Christian
TransPerfect Translations, Inc.
15 Broad St., Suite 305
Boston, MA 02109

Sworn to before me this
1st day of July 2004

Signature, Notary Public

NICOLE P. VOLIN
Notary Public
Commonwealth of Massachusetts
Commission Expires Aug 14, 2009

Stamp, Notary Public