IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>               Plaintiff,<br><br>               v.<br><br>REMINGTON PRODUCTS COMPANY, LLC,<br><br>               Defendant. | Civil Action No. 03-CV-12428 (WGY) |

**DECLARATION OF WOLFGANG VORBECK**

I, WOLFGANG VORBECK, declare under penalty of perjury of the laws of the United States of America as follows:

1. I am an attorney and the Director of Patents and Trademarks at Braun GmbH ("Braun"), a German corporation with executive offices at Frankfurter Strasse 145, 61476 Kronberg im Taunus, Germany.

2. Braun is the sole assignee to the entire right, title, and interest in and to U.S. Patent Nos. 5,711,328 and 5,649,556 (collectively, the "patents-in-suit"). See Exhibit A.

3. I recently learned that Dr. Dietrich Pahl made significant contributions to the inventions disclosed in the patents-in-suit, including developing technical drawings, functional models and prototypes of a cleaning device for dry shavers that included many of the elements of several claims in the patents-in-suit.

4. Under German law, the failure to name all the inventors on a patent does not affect the patent's validity.

5. Braun hereby consents to amending the inventorship of the patents-in-suit to add Dr. Pahl as a co-inventor to the patents-in-suit.

9474669

6. Dr. Pahl and Mr. Gebhard Braun – the named inventor – are contractually bound to assign to Braun all inventions that they invented, solely and/or jointly, during their employment at Braun.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8, 2004
Kronberg, Germany

Wolfgang Vorbeck
Director, Patents and Trademarks
Braun GmbH
Frankfurter Strasse 145, 61476
Kronberg im Taunus, Germany

9474669