

US005711328A

# United States Patent [19]

## Braun

[11] **Patent Number:** 5,711,328

[45] **Date of Patent:** Jan. 27, 1998

[54] **CLEANING DEVICE FOR THE SHAVING HEAD OF A DRY SHAVER**

[75] Inventor: **Gebhard Braun**, Kelkheim, Germany

[73] Assignee: **Braun Aktiengesellschaft**, Frankfurt, Germany

[21] Appl. No.: **376,849**

[22] Filed: **Jan. 23, 1995**

[30]     **Foreign Application Priority Data**

Jan. 26, 1994   [DE]   Germany ............................ 44 02 238.7

[51] Int. Cl.$^6$ ................................................ B08B 3/04

[52] U.S. Cl. .......................... 134/111; 134/116; 134/135; 134/186; 134/201

[58] Field of Search ................................ 134/135, 201, 134/198, 102.3, 116, 23, 24, 186, 111; 30/41, 41.3

[56]               **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 412,461 | 10/1889 | Canon | 134/201 |
| 1,105,045 | 7/1914 | Shipherd | 134/111 |
| 1,782,793 | 11/1930 | Piccione | 134/88 |
| 2,485,968 | 10/1949 | Hilliker | 134/111 |
| 2,595,838 | 5/1952 | Fugue | 134/111 |
| 2,675,012 | 4/1954 | Scales | 134/111 |
| 3,041,212 | 6/1962 | Booth | 134/155 |
| 3,096,776 | 7/1963 | DeWitt | 134/111 |
| 3,172,416 | 3/1965 | Simmons . | |
| 3,227,167 | 1/1966 | Parent, Jr. | 134/109 |
| 3,365,267 | 1/1968 | Mekiney et al. | 134/111 |
| 3,378,019 | 4/1968 | Riolo et al. | 134/111 |
| 3,480,022 | 11/1969 | Richardson et al. | 134/135 |
| 3,876,649 | 4/1975 | Schimke | 134/95 |
| 3,890,988 | 6/1975 | Lee | 134/111 |
| 3,908,681 | 9/1975 | Schimke et al. | 134/95.2 |
| 4,054,963 | 10/1977 | Taylor . | |
| 4,105,342 | 8/1978 | Plourde | 134/111 |
| 4,442,596 | 4/1984 | Nasu | 30/41.5 |
| 4,462,415 | 7/1984 | Otzen | 134/111 |
| 4,549,352 | 10/1985 | Ochiai et al. | 30/41.5 |
| 4,597,126 | 7/1986 | Beech | 134/155 |
| 4,631,825 | 12/1986 | Kurigama et al. | 30/43.92 |
| 4,730,631 | 3/1988 | Schwartz | 134/170 |

| | | | |
|---|---|---|---|
| 4,815,486 | 3/1989 | Schinn | 134/155 |
| 4,991,609 | 2/1991 | Browning | 134/184 |
| 5,064,521 | 11/1991 | Stepanenko et al. | 204/224 |
| 5,095,925 | 3/1992 | Elledge et al. | 134/184 |
| 5,118,357 | 6/1992 | Sabatka | 134/64 R |
| 5,143,101 | 9/1992 | Mor | 134/108 |
| 5,156,813 | 10/1992 | Calhoun | 134/186 |
| 5,179,890 | 1/1993 | Reuveni et al. | 134/108 |
| 5,186,631 | 2/1993 | Kitajima | 134/164 |
| 5,318,356 | 6/1994 | Shelton | 312/223.1 |
| 5,333,628 | 8/1994 | Ogata et al. | 134/64 R |
| 5,335,394 | 8/1994 | Cunningham et al. | 134/135 |
| 5,456,275 | 10/1995 | Barish | 134/275 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 808932 | 2/1937 | France | 134/281 |
| 2568111 | 1/1986 | France | A45D 27/46 |
| 2 568 11 | 7/1986 | France . | |
| 412981 | 5/1925 | Germany | 134/141 |
| 24 29 372 | 8/1976 | Germany . | |
| 06 178876 | 6/1994 | Japan . | |
| 87679 | 10/1936 | Sweden | 134/116 |
| 0 337 132 | 11/1930 | United Kingdom . | |
| 1 206 791 | 9/1970 | United Kingdom . | |
| 1 206 792 | 9/1970 | United Kingdom . | |
| 2 129 732 | 5/1984 | United Kingdom . | |

### OTHER PUBLICATIONS

Copy of European Search Report dated May 16, 1995.
EP Search report dated Mar. 23, 1995.
Black & Decker, "Powerpro, Dustbuster Plus, Cordless Vacs", 1989,90, pp. 4, 8–9.

*Primary Examiner*—Frankie L. Stinson
*Attorney, Agent, or Firm*—Fish & Richardson P.C.

[57]                 **ABSTRACT**

The invention is directed to a cleaning device 5, with a cradle structure 7 receiving the shaving head 3 of a shaving apparatus 1, as well as at least one cleaning fluid container 6, 61 and a device adapted to be driven by a motor 28 for feeding the cleaning fluid, wherein the cradle structure 7 receiving the shaving head 3 is arranged separately from the cleaning fluid container 6 and is supplied with cleaning fluid from the container.

**27 Claims, 8 Drawing Sheets**



# Patent Assignment Abstract of Title
## NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.

**Total Assignments: 2**
**Patent #:** 5711328     **Issue Dt:** 01/27/1998     **Application #:** 08376849     **Filing Dt:** 01/23/1995
**Inventor:** GEBHARD BRAUN
   **Title:** CLEANING DEVICE FOR THE SHAVING HEAD OF A DRY SHAVER
**Assignment: 1**
   **Reel/Frame:** 007769/0797          **Recorded:** 01/23/1995                    **Pages:** 4
   **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
      **Assignor:** BRAUN, GEBHARD                         **Exec Dt:** 12/21/1994
      **Assignee:** BRAUN AKTIENGESELLSCHAFT
                    FRANKFURTER STRABE 145/POSTFACH 1120
                    FRANKFURT, GERMANY
   **Correspondent:** FISH & RICHARDSON P.C.
                    ERID L. PRAHL
                    225 FRANKLIN STREET
                    BOSTON, MA 02110-2804
**Assignment: 2**
   **Reel/Frame:** 011035/0269          **Recorded:** 08/17/2000                    **Pages:** 11
   **Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).
      **Assignor:** BRAUN AKTIENGESELLSCHAFT                **Exec Dt:** 12/13/1999
      **Assignee:** BRAUN GMBH
                    FRANKFURTER STRASSE 145
                    D-61476 KRONBERG, GERMANY
   **Correspondent:** FISH & RICHARDSON P.C.
                    ERIC L. PRAHL
                    225 FRANKLIN STREET
                    BOSTON, MA 02110-2804

Search Results as of: 11/19/2003 3:01:11 P.M.

Substitute Form PTO-15(   **12-28-1995**    Attorney Docket No.: 028(

**COVER SHEET** 40.—5@1  ⸲
**ONLY**

Commissioner of Patents    ‖‖‖‖‖‖‖‖‖‖‖     tached original document.  08/3768549

100110961

1. Name of conveying party(ies):
**Gebhard Braun**

   Additional name(s) attached? ☐ Yes ■ No

2. Name and address of receiving party(ies):
**Braun Aktiengesellschaft**
**Frankfurter Straße 145/Postfach 1120**
**Frankfurt, Germany**

   Additional names/addresses attached? ☐ Yes ■

3. Nature of conveyance:
   ■ Assignment
   ☐ Merger
   ☐ Security Agreement
   ☐ Change of Name
   ☐ Other:

Execution Date: **December 21, 1994**

4. Application number(s) or patent number(s):
   If this document is being filed with a new application, the execution date of the application is: **December 21, 1**
   A. Patent Application No.(s):    B. Patent No.(s):

   Additional numbers attached? ☐ Yes ■ No

5. Name/address of party to whom correspondence
   concerning document should be mailed:

   **Erid L. Prahl**
   **Fish & Richardson P.C.**
   **225 Franklin Street**
   **Boston, MA 02110-2804**

6. Total number of applications/patents involved: 1

7. Total fee (37 CFR 3.41): $40
   ■ Enclosed
   ☐ Authorized to charge deposit account

8. Deposit account number: **06-1050**
   If the fee above is being charged to deposit
   account, a duplicate copy of this cover sheet i(
   attached. Please apply any additional charge(
   any credits, to our Deposit Account No. 06-10!

---

**DO NOT USE THIS SPACE**

---

9. Statement and signature: *To the best of my knowledge and belief, the foregoing information is true and correct and the attached is the original document.*

   Erid L. Prahl _____    Signature _____    Jan. 23, 1995
   Name of Person Signing      Signature              Date
             Total number of pages including cover sheet, attachments, and document: 4

060 JJ 02/07/95 08376849        1 581    40.00 CK

"EXPRESS MAIL" Mailing Label Number RB656234(878I(
Date of Deposit January 23, 1995
I hereby certify under 37 CFR 1.10 that this correspondence is being deposited with the United States Postal Service as "Express Mail Post Office To Addressee" with sufficient postage on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Marc Curry
PARTNER

REEL: 7769 FRAME: 0797

00/376849

## ASSIGNMENT

KNOWN ALL MEN BY THESE PRESENTS.

That Whereas I, ___Gebhard Braun___ of Spessartstraße 18, 65779 Kelkheim ___,

Germany, have invented certain improvements in _____.

_____

and have disclosed the same in an application for Letters Patent
in the United States therefor, said application having been dated
and executed by me concurrently herewith; and

WHEREAS BRAUN AKTIENGESELLSCHAFT, a corporation duly
organized and existing under the laws of Germany, and having a
place of business at Frankfurt, Germany, hereinafter called BRAUN
A.G. is desirous of acquiring the said application for Letters
Patent of the United States, all inventions therein disclosed,
and any and all Letters Patent of the United States and of all
other countries which may be granted for the said inventions, or
any of them;

NOW THEREFORE, for good and valuable considerations to me
paid by BRAUN A.G., the receipt whereof is hereby acknowledged, I
do hereby sell, assign, transfer and set over unto BRAUN A.G.,
its successors and assigns, the entire right, title and interest
in, to and under the said application for United States Letters
Patent, including all priority rights arising therefrom, all
inventions therein disclosed, and any and all Letters Patent of
the United States and of all other countries which may be granted
for the said inventions, or any of them.

TO HAVE, HOLD and ENJOY the said inventions, the said
application, and the said Letters Patent to said BRAUN A.G., its
successors and assigns, to its and their own use and said Letters
Patent may be granted, as fully and entirely as the same would
have been held and enjoyed by me had this assignment and sale not
been made.

And I do hereby authorize and request the Commissioner of
Patents and Trademarks of the United States to issue any United
States Letters Patent which may be granted on the said

PATENT
REEL: 7769 FRAME: 0798

application, or any divisional, reissue or continuation applications, or for the said inventions or any of them, to said BRAUN A.G., its successors and assigns, as assignees of the entire right, title and interest therein and thereto.

And I do hereby, for myself and for my legal representatives, covenant and agree with BRAUN A.G., its successors and assigns, that I have granted to others no license to make, use or sell any of the said inventions, that our right, title and interest in the said inventions has not been encumbered, that I have good right and title to sell and assign the same, and that I will not execute any instrument in conflict herewith.

And I do hereby, for myself and for my legal representatives, further covenant and agree with BRAUN A.G., its successors and assigns, that upon request I will, and they shall execute divisional, reissue or continuation applications, amended specifications, or rightful oaths; communicate to BRAUN A.G., its successors and assigns, any facts known to me relating to the said inventions or the history thereof; execute preliminary statements and testify in any interference proceedings; execute and deliver any application papers, assignments, or other instruments, and do all other acts which, in the opinion of counsel for BRAUN A.G., may be necessary or convenient to secure the grant of Letters Patent to BRAUN A.G., its successors and assigns, or its nominees, in the United States and in all other countries where BRAUN A.G., may desire to have the said inventions, or any of them, patented, with specifications and claims in such form as shall be approved by counsel for BRAUN A.G., and to vest and confirm in BRAUN A.G., its successors and assigns, or its nominees, the full and complete legal and equitable title to all such Letters Patent, without further consideration than now paid but at the expense of BRAUN A.G., its successors and assigns.

IN WITNESS WHEREOF I have hereunto set my hand and seal this
21st _____ day of ___December_____ , 19⁹⁴ .

_Gebhard Braun signature_

(Gebhard Braun)


WITNESSES:

Signed in the presence of:

_Erika Cordes signature_

Erika Cordes
Am Kunzengarten 12
D-65936 Frankfurt
FRG

_Ursula Herbert signature_

Ursula Herbert
Praunheimer Weg 134
D-60439 Frankfurt
FRG



US005649556A

# United States Patent [19]

## Braun

[11] Patent Number: 5,649,556

[45] Date of Patent: Jul. 22, 1997

[54] **CLEANING DEVICE FOR CLEANING THE SHAVING HEAD OF A DRY SHAVING APPARATUS**

[75] Inventor: **Gebhard Braun**, Kelkheim, Germany

[73] Assignee: **Braun Aktiengesellschaft**, Kronberg, Germany

[21] Appl. No.: 370,681

[22] Filed: **Jan. 10, 1995**

[30]    Foreign Application Priority Data

Jan. 26, 1994  [DE]  Germany ..................... 44 02 237.9

[51] Int. Cl.[6] .................................................. B08B 9/00
[52] U.S. Cl. ................. 134/92; 134/111; 134/186; 134/166 R
[58] Field of Search .......................... 134/111, 155, 134/186, 92, 184, 166 C, 166 R, 201, 62, 116, 135

[56]            References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,105,045 | 7/1914 | Shipherd | 134/111 |
| 2,485,968 | 10/1949 | Hilliker | 134/111 |
| 2,595,838 | 5/1952 | Fuglie | 134/111 |
| 2,675,012 | 4/1954 | Scales | 134/111 |
| 3,096,776 | 7/1963 | DeWitt | 134/111 |
| 3,172,416 | 3/1965 | Simmons . | |
| 3,227,167 | 1/1966 | Parent | 134/109 |
| 3,365,267 | 1/1968 | Mekiney et al. | 134/111 |
| 3,378,019 | 4/1968 | Riolo et al. | 134/111 |
| 3,480,022 | 11/1969 | Richardson et al. | 134/135 |
| 3,876,649 | 4/1975 | Schimke | 134/95 |
| 3,890,988 | 6/1975 | Lee | 134/111 |
| 3,908,681 | 9/1975 | Schimke et al. | 134/95.2 |
| 4,054,963 | 10/1977 | Taylor . | |
| 4,105,342 | 8/1978 | Plourde | 134/111 |
| 4,442,956 | 4/1984 | Nasn | 30/41.5 |
| 4,462,415 | 7/1984 | Otzen | 134/111 |
| 4,549,352 | 10/1985 | Ochiai et al. | 30/41.5 |
| 4,597,126 | 7/1986 | Beech | 134/155 |
| 4,631,825 | 12/1986 | Kuriama et al. | 30/43.92 |
| 4,730,631 | 3/1988 | Schwartz | 134/155 |
| 4,815,486 | 3/1989 | Schinn | 134/155 |
| 4,991,609 | 2/1991 | Browning | 134/184 |
| 5,064,521 | 11/1991 | Stepanenko et al. | 204/224 M |
| 5,095,925 | 3/1992 | Elledge et al. | 134/184 |
| 5,118,357 | 6/1992 | Sabatka | 134/64 R |
| 5,143,101 | 9/1992 | Mor | 134/108 |
| 5,156,813 | 10/1992 | Calhoun | 134/186 |
| 5,179,890 | 1/1993 | Reuveni et al. | 134/64 R |
| 5,186,631 | 2/1993 | Kitajima | 134/164 |
| 5,318,356 | 6/1994 | Shelton | 312/223.1 |
| 5,333,628 | 8/1994 | Ogata et al. | 134/64 |
| 5,335,394 | 8/1994 | Cunninchan et al. | 134/135 |
| 5,456,275 | 10/1995 | Barish | 134/275 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2568111 | 7/1986 | France . | |
| 412981 | 3/1924 | Germany . | |
| 2429372 | 8/1976 | Germany . | |
| 06178876 | 6/1994 | Japan . | |
| 87679 | 10/1936 | Sweden | 134/116 |
| 164936 | 1/1934 | Switzerland | 134/111 |
| 0 337 132 | 11/1930 | United Kingdom . | |
| 1 206 791 | 9/1970 | United Kingdom . | |
| 1 206 792 | 9/1970 | United Kingdom . | |
| 2 129 732 | 5/1984 | United Kingdom . | |

### OTHER PUBLICATIONS

A copy of a European Search Report dated Mar. 23, 1995.

*Primary Examiner*—Frankie L. Stinson
*Attorney, Agent, or Firm*—Fish & Richardson, P.C.

[57]            ABSTRACT

The invention is directed to a cleaning device 5 for cleaning the shaving head 3 of a dry shaving apparatus 1, with a cradle structure 7 adapted to receive therein the shaving head 3, a cleaning fluid container 61 holding a cleaning fluid, as well as a device adapted to be driven by a motor 28 for feeding the cleaning fluid, wherein the cleaning fluid container 61 is separable from the cleaning device 5 and includes a filter means 24 integrally formed therewith.

**20 Claims, 8 Drawing Sheets**



# Patent Assignment Abstract of Title
**NOTE: _Results display only for issued patents and published applications._**
**_For pending or abandoned applications please consult USPTO staff._**

**Total Assignments:** 2
**Patent #:** 5649556    **Issue Dt:** 07/22/1997    **Application #:** 08370681    **Filing Dt:** 01/10/1995
**Inventor:** GEBHARD BRAUN
   **Title:** CLEANING DEVICE FOR CLEANING THE SHAVING HEAD OF A DRY SHAVING APPARATUS
**Assignment:** 1
  **Reel/Frame:** 007638/0593    **Recorded:** 01/10/1995    **Pages:** 4
  **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
    **Assignor:** BRAUN, GEBHARD
                         **Exec Dt:** 12/21/1994
    **Assignee:** BRAUN AKTIENGESELLSCHAFT
             FRANKFURTER STRASSE 145/POSTFACH 1120
             FRANKFURT, GERMANY
**Correspondent:** ERIC L. PRAHL
             FISH & RICHARDSON P.C.
             225 FRANKLIN STREET
             BOSTON, MA 02110-2804
**Assignment:** 2
  **Reel/Frame:** 011035/0269    **Recorded:** 08/17/2000    **Pages:** 11
  **Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).
    **Assignor:** BRAUN AKTIENGESELLSCHAFT
                         **Exec Dt:** 12/13/1999
    **Assignee:** BRAUN GMBH
             FRANKFURTER STRASSE 145
             D-61476 KRONBERG, GERMANY
**Correspondent:** FISH & RICHARDSON P.C.
             ERIC L. PRAHL
             225 FRANKLIN STREET
             BOSTON, MA 02110-2804

Search Results as of: 11/19/2003 3:01:33 P.M.

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web interface last modified: Oct. 5, 2002

NRD 8·19·05

09-18-2000

Substitute Form PTO-1595
ttorney Docket No.: 02694-001001

RECORDAT
PA

||||||||||||||||

101459213

Commissioner for Patents: Please record the attached original document(s) or copy(ies).

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| **Braun Aktiengesellschaft**<br><br>Additional name(s) attached? ☐ Yes ☒ No | **BRAUN GMBH**<br>Frankfurter Strasse 145<br>D-61476 Kronberg<br>GERMANY |
| 3. Nature of conveyance:<br>☐ Assignment<br>☐ Merger<br>☐ Security Agreement<br>☒ Change of Name<br>☐ Other:<br><br>Execution Date: *December 13, 1999* | Additional names/addresses attached? ☐ Yes ☒ No |

4. Application number(s) or patent number(s):

If this document is being filed with a new application, the execution date of the application is:

A. Patent Application No(s).: | B: Patent No(s).:

09/18/2000 NGUYEN 00000278 08381831

01 FC:581                    11400.00 OP

CERTIFICATE OF MAILING BY FIRST CLASS MAIL

I hereby certify under 37 CFR §1.8(a) that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage on the date indicated below and is addressed to the Commissioner of Patents, Washington, D.C. 20231.

August 14, 2000          *Val Kelly*                    Vasilia Kelly
Date of Deposit          Signature                      Typed Name of Person Signing Certificate

**PATENT**
**REEL: 011035 FRAME: 0269**

Substitute Form PTO-1595
Attorney Docket No.: 02894-001001
Page 2 of 7

| | |
|---|---|
| 08/381,831 | 4,796,359 |
| 09/590,982 | 4,848,171 |
| 08/918,005 | 4,842,416 |
| 08/721,277 | 4,851,641 |
| 08/785,327 | 4,725,008 |
| 09/063,561 | 4,829,218 |
| 09/542,214 | 4,893,552 |
| 08/958,355 | 4,882,458 |
| 08/974,478 | 4,922,608 |
| 08/986,232 | 4,850,699 |
| 09/041,924 | 4,875,001 |
| 09/038,517 | 4,941,259 |
| 09/052,242 | 4,930,217 |
| 09/052,617 | 4,906,181 |
| 09/098,135 | 5,025,578 |
| 09/098,296 | 5,105,525 |
| 09/117,831 | 4,922,464 |
| 09/125,497 | 4,932,121 |
| 09/136,092 | 4,995,164 |
| 09/148,841 | D313,090 |
| 09/216,361 | D316,162 |
| 09/216,325 | D314,266 |
| 09/202,767 | D314,458 |
| 09/202,761 | D321,811 |
| 09/230,708 | D322,008 |
| | D341,907 |
| | D313,871 |
| | D318,918 |
| | D319,515 |
| | D319,894 |
| | D319,895 |
| | D320,471 |
| | D325,369 |
| | D319,896 |
| | 5,007,168 |
| | 5,033,617 |
| | D331,522 |
| | D314,459 |
| | 4,763,061 |
| | 4,758,772 |
| | 4,687,587 |
| | 4,670,884 |
| | 4,671,259 |
| | 4,539,974 |
| | 4,523,139 |
| | 4,604,801 |
| | 4,669,189 |
| | 5,193,447 |
| | 5,445,069 |
| | D336,206 |
| | 5,105,541 |
| | D339,211 |
| | D334,443 |
| | D334,170 |
| | D337,858 |
| | 5,183,227 |

Substitute Form PTO-1595
Attorney Docket No.: D2894-DD1DD1
Page 3 of 7

5,185,933
5,214,819
D339,692
D343,296
D337,918
D338,803
5,190,559
5,159,755
5,231,761
5,234,441
5,265,336
5,201,781
5,256,953
5,244,411
5,234,442
D342,413
D342,639
D347,350
5,254,124
5,289,604
5,344,317
5,283,854
5,244,275
5,394,862
D346,525
5,320,089
5,237,913
5,316,382
D345,822
5,233,746
5,289,636
5,235,749
5,343,621
5,257,456
5,245,754
5,406,469
5,327,648
5,259,115
5,372,514
5,309,591
5,467,495
D355,968
D352,110
D352,355
D355,969
D350,871
D355,561
D354,879
D355,329
5,329,069
5,489,807
5,613,258
D353,075
D362,587
D359,581
D367,945
5,392,694

**PATENT**
**REEL: 011035 FRAME: 0271**

D353,490
D354,168
D362,999
D362,998
5,423,125
5,507,095
5,458,607
5,379,925
5,704,126
5,410,811
5,694,020
5,623,193
5,530,334
D373,852
D374,503
D374,501
D374,502
5,479,330
5,490,448
5,460,078
D371,635
D361,241
D363,119
5,494,485
5,441,506
5,537,024
D372,397
5,485,778
5,611,804
5,611,145
6,052,904
5,577,285
D366,180
5,625,540
5,509,348
5,524,345
5,750,956
5,702,403
5,652,990
5,550,343
5,504,958
5,679,991
5,709,233
5,927,300
5,711,328
5,649,556
5,574,253
5,531,037
5,545,968
5,671,129
5,619,126
5,604,329
5,542,179
5,592,763
5,602,429
5,613,309
5,522,659

Substitute Form PTO-1595
Attorney Docket No.: 02894-001001
Page 5 of 7

5,590,962
5,533,801
D367,583
D367,800
D376,669
5,668,496
5,613,310
5,633,592
5,567,047
5,619,902
5,752,618
5,639,023
5,732,433
5,850,655
D375,016
D376,067
5,669,138
5,647,546
D385,062
D377,981
5,639,034
6,009,589
D394,329
D392,772
D378,282
D377,317
D377,910
5,701,673
5,708,572
5,797,925
5,915,754
D393,103
D388,542
4,797,997
D383,938
5,704,935
5,802,932
5,711,880
5,793,188
5,749,165
5,884,404
6,050,818
5,778,765
D388,958
5,775,204
D396,995
D390,409
5,930,858
5,867,856
D400,302
D393,930
D391,022
D388,898
5,836,684
5,862,558
5,842,244
5,973,497

**PATENT**
REEL: 011035 FRAME: 0273

Substitute Form PTO-1595
Attorney Docket No.: 02894-001001
Page 6 of 7

5,974,613
5,893,715
D401,013
D402,402
D397,624
6,000,135
5,810,472
5,907,916
6,085,868
D394,367
5,875,706
5,855,081
D400,050
6,021,538
D404,560
6,000,650
5,990,726
D401,382
D401,381
D404,253
D406,982
5,943,723
6,014,321
D407,492
6,072,399
6,006,655
D411,705
D411,404
D424,369
D415,865
6,031,210
D427,478
D415,384

Substitute Form PTO-1595
Attorney Docket No.: 02894-001001
Page 2 of 7

| Additional numbers attached? ☐ Yes ☒ No | |
|---|---|
| 5. Name/address of party to whom correspondence concerning document should be mailed:<br><br>**ERIC L. PRAHL**<br>Fish & Richardson P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804 | 6. Total number of applications/patents involved: 1 |
| | 7. Total fee (37 CFR §3.41): **$11,400**<br>☒ Enclosed<br>☐ Authorized to charge Deposit Account. |
| | 8. Deposit Account No.: 06-1050<br>Please apply any additional charges, or any credits, to our Deposit Account No. 06-1050. |

| DO NOT USE THIS SPACE |
|---|
| |

9. Statement and Signature: *To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

| Eric L. Prahl<br>Reg. No. 32,590<br>Name of Person Signing | *[signature]*<br>Signature | *August 14, 2000*<br>Date |
|---|---|---|

Total number of pages including coversheet, attachments and document: 14

20086112.doc

**PATENT**
**REEL: 011035 FRAME: 0275**



Verification of Translation:

I, Birgit Hubatsch, of Elisabethenstr. 33a, D-64390 Erzhausen, Federal Republic of Germany, hereby declare that I am well acquainted with both the English and the German languages and that the attached document is a true and correct translation made by me to the best of my knowledge and belief of the attached Extract from the Commercial Register HRB 4711 dated December 13, 1999

Signed at Erzhausen, this 10th day of April 2000

Birgit Hubatsch
Sworn Translator

PATENT
REEL: 011035 FRAME: 0276



Verified Translation from the German Language

Amtsgericht (Königstein/Taunus)
[Königstein/Taunus Local Court]

[Stamp]
Certified Photocopy

Page 1

HRB 4711

| No. of Entry | a) Company Name b) Registered Offices c) Object of the Enterprise | Capital Stock DM — Thousands Hundreds Tens 13579 | Officers General Partners General Managers Liquidators | Procuration Holders | Legal Status — Thousands Hundreds Tens 24680 | a) Date of Entry and Signature b) Remarks |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | a) Braun GmbH b) Kronberg c) The development, manufacture and sale of industrial products, in particular electrical, electronic, mechanical, precision-mechanical, optical and other consumer goods. | DM 50,000,000.-- | Bernhard Wild, Dipl.-Ing. (FH), Königstein; Norbert Gehrke, Grosshandels-kaufmann, Bad Soden; Lothar Helwig, born Feb 21, 1944, Eppstein | Procuration holders when acting in consort with a general manager or another procuration holder: 1. Dieter Bach, Ladenburg; 2. Alfred Weber, Weinheim; 3. Peter Warnke, Berlin; 4. Stefan Müller-Meskamp, Kronberg im Taunus; 5. Karl H. Heilbronn, Wehrheim; 6. Willy Meyer, Friedrichsdorf; 7. Dr. Heinz Auerbach, Kronberg im Taunus; 8. Dr. Rüdiger Marsch, Königstein in Taunus; 9. Bernd Schmidke, Hochheim am Main; 10. Udo Mikulski, Walldorf; 11. Hans-Jürgen Ohlböbel, Sulzbach (Taunus); 12. Hartmut Siroth, Bad Nauheim; 13. Horst Wessels, Laer; 14. Detlef Backhaus, Bad Homburg v.d. Höhe; 15. Klaus Gossens, Frankfurt am Main; 16. Ernst Lothar Helwig, Eppstein; 17. Dr. Günther Baatz, Kronberg im (Taunus); 18. Dr. Walter Hagde, Frankfurt am Main; 19. Dr. Lothar Heuwinkel, Eppstein-Vockenhausen; 20. Dieter Köppen, Niedernhausen; 21. Kay Klinger, Eschborn; 22. Volker Rökker, Ober-Mörlen; 23. Dieter Kreth, Hofheim am Taunus; 24. Karlheinz Klingler, Hattersheim; 25. Rolf Kröppler, Schmitten; 26. Rolf Mraz, Neu-Isenburg; 27. Walter Zimmermann, Bad Soden am Taunus; 28. Dieter Arnend, Buchen; | Gesellschaft mit beschränkter Haftung [Company in GmbH form = limited liability company]. The company came into being as a result of the transformation of the Braun Aktiengesellschaft [joint stock company] entered in the Commercial Register HRB 8350 of the Amtsgericht Frankfurt am Main into a Gesellschaft mit beschränkter Haftung [limited liability company] following a resolution to that end by the shareholders' general meeting dated November 02, 1998 (Articles 190 f., 226 f., 238 ff. of UmwG [German Law on the Transformation of Joint Stock Companies].) By shareholders' resolution of June 30, 1999, the registered offices have been transferred from Frankfurt am Main to Kronberg, and Article 1, Paragraph 2 (Registered Offices), Articles 5 (Conduct of Business), 13 (Partners' Duties) and 14 (Annual Financial Statement and Status Report) of the Articles of Association have been amended. The company has at least two general managers. The company has a supervisory board. A control agreement exists between the company and The Gillette Company of Boston, Massachusetts, USA. Bernhard Wild, general manager, has sole powers of representation. Norbert Gehrke and Lothar Helwig, general managers, each represent the company only when acting in consort with another general manager or in consort with a procuration holder. | a) Sep 1, 1999 [Signature: illegible] b) Articles of Association, page 76 ff. of Special Volume VII. Previously: Amtsgericht Frankfurt am Main [Frankfurt am Main Local Court] HRB 46301 |

To be continued overleaf

[Stamp of the Königstein im Taunus Local Court]

Back of Page 1

HRB 4711

| No. of Entry | a) Company Name b) Registered Offices c) Object of the Enterprise | Capital Stock DM | Officers General Partners General Managers Liquidators | Procuration Holders | Legal Status | a) Date of Entry and Signature b) Remarks |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| No. 1 cont'd | | | | 29. Albrecht Jedstadt, Friedrichsdorf, <br>30. Reinhard Merbach, Hofheim-Wildsachsen; <br>31. Bernhard Paul, Friedrichsdorf; <br>32. Christa Balzer, Königstein im Taunus; <br>33. George Pakhvalinhal, Eschborn, <br>34. Gerd Hegny, Bad Homburg v.d. Höhe; <br>35. Manfred Mecker, Bucheng, <br>36. Peter Schneider, Königstein in Taunus; <br>37. Hans Gemmerich, Hofheim am Taunus; <br>38. Dr. Wolfgang Vorbeck, Idstein; <br>39. Dr. Heinz Büdges, Eppstein; <br>40. Peter Hillinger, Bad Homburg v.d. Höhe; <br>41. Dr. Robert Jung, Friedberg; <br>42. Jonathan Reasly, Königstein in Taunus; <br>43. Michael Hansen, Eschborn; <br>44. Irma Hollege-van de Vliet, Sulzbach; <br>45. Berthold Mathias, Eschborn; <br>46. Stefan Schamberg, Usingen; <br>47. Rainer Silkenagel, Oberursel; <br>48. Dr. Josef Wilhelm Reichdmeier, <br>49. Christian Reichardt, Bad Homburg v.d. Höhe; <br>50. Klaus Wieck, Königstein im Taunus; <br>51. Scott Meyer, Königstein in Taunus; <br>52. J. Ross McMullin, Kronberg in Taunus; <br>53. Joachim Reinhardt, Steinbach; <br>54. Elisabeth Novak, born Nov 10, 1955, Liederbach; | | to be continued on page .... |

PATENT
REEL: 011035 FRAME: 0278

[Stamp of the Königstein im Taunus Local Court]

| No. of Entry | a) Company Name b) Registered Offices c) Object of the Enterprise | Capital Stock DM | Officers General Partners General Managers Liquidators | Procuration Holders | Legal Status | a) Date of Entry and Signature b) Remarks |
|---|---|---|---|---|---|---|
| | | Thousands Hundreds Tens 135/9 | | | Thousands Hundreds Tens 24/80 | |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| No. 1 cont'd | 2 | | | 55. Norbert Kral, born Apr 18, 1957, Mainz; 56. Bernd Seifert, born Apr 7, 1984, Darmstadt, 57. Peter Mann, born Apr 23, 1955, Triefenstein-Homburg, 58. Ralf Paulus, born Apr 15, 1962, Buchen; | | |
| | | | | Procuration holders when acting in consort with a general manager or a procuration holder. 59. Wilfried Ott, born Oct 30, 1947, München-Gladbach. 60. Georg Möllrath, born Jun 24, 1960, Geishausen. The procuration entry under Serial No. 11 is corrected to the effect that procuration has been granted. 11. Hans-Jürgen Dittenhöfer, born Apr 21, 1946. The procuration held by Karl H. Hellbusch (5.) and Ernst Lothar Helwig (16.) has been extinguished. | | a) Oct 20, 1999 b) Note pages 98-101 of Special volume |

[Stamp:] This is to certify that the foregoing is a true and correct copy of record as registered in the Commercial Register.

Königstein/Ts., this 13th day of December 1999
[Signature: illegible]

[Stamp.] Register of the Court

[Stamp]

Please note that the underlined parts of the entry in the following photocopy have been deleted in conjunction with the changes and deletions entered.

[Stamp of the Königstein im Taunus Local Court]

HRB 4711

Page 2

to be continued overleaf

PATENT
RECORDED: 08/17/2000    REEL: 011035 FRAME: 0279

Substitute Form     06-08-1995     40-581     Attorney Docket No. 02404/085001

FORM COVER SHEET

NTS ONLY     08370681

100013863     d the attached original document.     06/07/95

MAIL ROOM

1. Name of conveying party(ies):
   Gebhard Braun

   Additional name(s) attached? ☐ Yes ☒ No

2. Name and address of receiving party(ies):
   Braun Aktiengesellschaft
   Frankfurter Strabe 145/Postfach 1120
   Frankfurt, Germany

   Additional names/addresses attached? ☐ Yes ☒ No

3. Nature of conveyance:
   ☒ Assignment
   ☐ Merger
   ☐ Security Agreement
   ☐ Change of Name
   ☐ Other:

   Execution Date: 12/21/94

4. Application number(s) or patent number(s):
   If this document is being filed with a new application, the execution date of the application is: December 21, 1994
   A. Patent Application No.(s):     B. Patent No.(s):

   Additional numbers attached? ☐ Yes ☒ No

5. Name/address of party to whom correspondence concerning document should be mailed:

   Eric L. Prahl
   Fish & Richardson P.C.
   225 Franklin Street
   Boston, MA 02110-2804

6. Total number of applications/patents involved: 1

7. Total fee (37 CFR 3.41): $40
   ☒ Enclosed
   ☐ Authorized to charge deposit account

8. Deposit account number: 06-1050
   If the fee above is being charged to deposit account, a duplicate copy of this cover sheet is attached. Please apply any additional charges, or any credits, to our Deposit Account No. 06-1050.

---

**DO NOT USE THIS SPACE**

100 MG 01/26/95 08370681     1 581     40.00 CK

---

9. Statement and signature: To the best of my knowledge and belief, the foregoing information is true and correct and the attached is the original document.

   Eric L. Prahl                              January 10, 1995
   Name of Person Signing          Signature          Date

   Total number of pages including cover sheet, attachments, and document: 4

"EXPRESS MAIL" Mailing Label Number RB456234896L5

Date of Deposit January 10, 1995
I hereby certify under 37 CFR 1.10 that this correspondence is being deposited with the United States Postal Service as "Express Mail Post Office To Addressee" with sufficient postage on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Richard PASSA...

REEL: 7638 FRAME: 0593

09/370681

## ASSIGNMENT

KNOWN ALL MEN BY THESE PRESENTS,                    Spessartstraße 18,
                                                     D-65779 Kelkheim
That Whereas I, Gebhard Braun _____ of _____ ,
Germany, have invented certain improvements in Cleaning Device for
Cleaning the Shaving Head of A Dry Shaving Apparatus _____
and have disclosed the same in an application for Letters Patent
in the United States therefor, said application having been dated
and executed by me concurrently herewith; and

WHEREAS BRAUN AKTIENGESELLSCHAFT, a corporation duly
organized and existing under the laws of Germany, and having a
place of business at Frankfurt, Germany, hereinafter called BRAUN
A.G. is desirous of acquiring the said application for Letters
Patent of the United States, all inventions therein disclosed,
and any and all Letters Patent of the United States and of all
other countries which may be granted for the said inventions, or
any of them;

NOW THEREFORE, for good and valuable considerations to me
paid by BRAUN A.G., the receipt whereof is hereby acknowledged, I
do hereby sell, assign, transfer and set over unto BRAUN A.G.,
its successors and assigns, the entire right, title and interest
in, to and under the said application for United States Letters
Patent, including all priority rights arising therefrom, all
inventions therein disclosed, and any and all Letters Patent of
the United States and of all other countries which may be granted
for the said inventions, or any of them.

TO HAVE, HOLD and ENJOY the said inventions, the said
application, and the said Letters Patent to said BRAUN A.G., its
successors and assigns, to its and their own use and said Letters
Patent may be granted, as fully and entirely as the same would
have been held and enjoyed by me had this assignment and sale not
been made.

And I do hereby authorize and request the Commissioner of
Patents and Trademarks of the United States to issue any United
States Letters Patent which may be granted on the said

PATENT
REEL: 7638 FRAME: 0594

And we do hereby authorize and request the Commissioner of Patents and Trademarks of the United States to issue any United States Letters Patent which may be granted on the said application, or any divisional, reissue or continuation applications, or for the said inventions or any of them, to said BRAUN A.G., its successors and assigns, as assignees of the entire right, title and interest therein and thereto.

And we do hereby, for ourselves and for our legal representatives, covenant and agree with BRAUN A.G., its successors and assigns, that we have granted to others no license to make, use or sell any of the said inventions, that our right, title and interest in the said inventions has not been encumbered, that we have good right and title to sell and assign the same, and that we will not execute any instrument in conflict herewith.

And we do hereby, for ourselves and for our legal representatives, further covenant and agree with BRAUN A.G., its successors and assigns, that upon request we will, and they shall execute divisional, reissue or continuation applications, amended specifications, or rightful oaths; communicate to BRAUN A.G., its successors and assigns, any facts known to us relating to the said inventions or the history thereof; execute preliminary statements and testify in any interference proceedings; execute and deliver any application papers, assignments, or other instruments, and do all other acts which, in the opinion of counsel for BRAUN A.G., may be necessary or convenient to secure the grant of Letters Patent to BRAUN A.G., its successors and assigns, or its nominees, in the United States and in all other countries where BRAUN A.G., may desire to have the said inventions, or any of them, patented, with specifications and claims in such form as shall be approved by counsel for BRAUN A.G., and to vest and confirm in BRAUN A.G., its successors and assigns, or its nominees, the full and complete legal and equitable title to all such Letters Patent, without further consideration than now paid but at the expense of BRAUN A.G., its successors and assigns.

IN WITNESS WHEREOF I have hereunto set my hand and seal this
__21st__ day of __December__ , 19 __94__ .

_Gebhard Braun_ (signature)
(Gebhard Braun)

WITNESSES:

signed in the presence of:

_Erika Cordes_ (signature)          _Ursula Herbert_ (signature)

Erika Cordes                        Ursula Herbert
Am Kunzengarten 12                  Praunheimer Weg 134
D-65936 Frankfurt                   D-60439 Frankfurt
FRG                                 FRG