IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>    Plaintiff,<br><br>    v.<br><br>REMINGTON PRODUCTS COMPANY, LLC,<br><br>    Defendant. | Civil Action No. 03-CV-12428 (WGY) |

## **[PROPOSED] ORDER**

Having considered Plaintiff Braun GmbH's Motion for Correction of Inventorship and the Memorandum of Law Submitted in support thereof, this Court hereby orders:

1.   The Director of the United States Patent and Trademark Office to issue a Certificate of Correction, thereby naming Dr. Dietrich Pahl as co-inventor of U.S. Patent No. 5,711,328; and

2.   The Director of the United States Patent and Trademark Office to issue a Certificate of Correction, thereby naming Dr. Dietrich Pahl as co-inventor of U.S. Patent No. 5,649,556.

SO ORDERED:

_____
The Honorable William G. Young
United States District Court Chief Judge

Dated: _____

9483020