IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>   Plaintiff,<br><br>  v.<br><br>REMINGTON PRODUCTS COMPANY, LLC,<br><br>   Defendant. | Civil Action No. 03-CV-12428-WGY |

## NOTICE OF APPEARANCE

Please notice the appearance of the undersigned as counsel for Plaintiff, Braun GmbH, in the above captioned matter. I am registered to receive filing electronically.

                /s/ Lesley F. Wolf
                Lesley F. Wolf (BBO #651199)
                ROPES & GRAY LLP
                One International Place
                Boston, MA 02110-2624
                (617) 951-7000
                (617) 951-7050 (facsimile)
                lwolf@ropesgray.com

Dated: August 24, 2004

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 24, 2004, I caused a courtesy copy of the above Notice of Appearance to be served as follows:

<u>By Hand</u>
Thomas E. Dwyer, Jr.
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02110-1122

<u>By Overnight Courier</u>
Mark A. Pals
Kirkland & Ellis, LLP
Aon Center
200 E. Randolph Drive
Chicago, IL 60601

/s/Lesley F. Wolf
Lesley F. Wolf