IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRAUN GmbH,

        Plaintiff,

    v.

REMINGTON PRODUCTS COMPANY, LLC,

        Defendant.

Civil Action No. 03-CV-12428-WGY

### BRAUN GmbH'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO CORRECT INVENTORSHIP

Braun GmbH ("Braun") moves pursuant to LR 7.1(B)(3) for leave to file the attached Reply Memorandum in Further Support of Its Motion To Correct Inventorship. As grounds for this motion, Braun states that (1) Remington's Memorandum of Law in Opposition to Plaintiff's Motion to Correct Inventorship relies on erroneous interpretations of relevant law; and (2) the Reply will be of substantial assistance to the Court in deciding Braun's Motion to Correct Inventorship.

        BRAUN GmbH

        By its attorneys,

        /s/ Dalila Argaez Wendlandt
        William L. Patton (BBO #391640)
        Dalila Argaez Wendlandt (BBO #639280)
        Lesley F. Wolf (BBO #651199)
        ROPES & GRAY LLP
        One International Place
        Boston, MA 02110-2624
        (617) 951-7000
        (617) 951-7050 (facsimile)

Dated: August 24, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

      I hereby certify that I, as counsel for Plaintiff, in a good faith attempt to confer pursuant to Local Rule 7.1, spoke with counsel for the Defendant on August 23, 2004. Defendant indicated that it neither assents to nor opposes this motion.

                                             /s/Dalila Argaez Wendlandt
                                             Dalila Argaez Wendlandt

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2004, I caused a copy of the Motion For Leave To File a Reply Memorandum In Further Support of Braun's Motion To Correct Inventorship and the attached Reply Memorandum to be served as follows:

<u>By Hand</u>
Thomas E. Dwyer, Jr.
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02110-1122

<u>By Overnight Courier</u>
Mark A. Pals
Kirkland & Ellis, LLP
Aon Center
200 E. Randolph Drive
Chicago, IL 60601

                                             /s/Dalila Argaez Wendlandt
                                             Dalila Argaez Wendlandt