IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>    Plaintiff,<br><br>    v.<br><br>REMINGTON PRODUCTS COMPANY, LLC,<br><br>    Defendant. | Civil Action No. 03-CV-12428-WGY |

## BRAUN GmbH'S MOTION FOR A SCHEDULING CONFERENCE

Plaintiff, Braun GmbH ("Braun"), hereby respectfully moves this Court to hold a scheduling conference pursuant to Fed. R. Civ. P. 16 and Local Rule 16.1. In support of this motion, Braun states as follows:

1. Braun filed the Complaint in this action on December 3, 2003.

2. Defendant Remington Products Company, LLC ("Remington") entered an appearance and filed its answer on March 29, 2004.

3. Under Local Rule 16.1 a scheduling conference should be held within ninety days of the appearance of the defendant.

4. On August 2, 2004, Braun filed a Motion To Correct Inventorship on the patents at issue in the litigation.

5. On August 16, 2004, Remington opposed the motion, in part, on ground it is entitled to discovery.

6. On August 24, 2004, the Court converted Braun's motion to a Motion To Amend The Complaint, and granted that motion, postponing resolution of the issue of correct inventorship until the summary judgment phase of litigation.

7.     Braun is eager for commencement of discovery to help effect efficient resolution of both the inventorship issue and its infringement claim.

8.     The parties will hold a Rule 26(f) conference on Monday, August 30, 2004.

Therefore, Braun respectfully requests that the Court hold a scheduling conference in the above-captioned matter.

> BRAUN GmbH
>
> By its attorneys,
>
> /s/ Dalila Argaez Wendlandt
> William L. Patton (BBO #391640)
> Dalila Argaez Wendlandt (BBO #639280)
> Lesley F. Wolf (BBO #651199)
> ROPES & GRAY LLP
> One International Place
> Boston, MA 02110-2624
> (617) 951-7000
> (617) 951-7050 (facsimile)

Dated:  August 25, 2004

## . CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I, as counsel for Plaintiff, in a good faith attempt to confer pursuant to Local Rule 7.1, spoke with counsel for Defendant, and Remington Products Company, LLC neither opposes nor assents to this motion.

/s/Dalila Argaez Wendlandt
Dalila Argaez Wendlandt

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2004, I caused a copy of the Motion For a Scheduling Conference to be served as follows:

By Hand
Thomas E. Dwyer, Jr.
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02110-1122

By Overnight Courier
Mark A. Pals
Kirkland & Ellis, LLP
Aon Center
200 E. Randolph Drive
Chicago, IL 60601

/s/Dalila Argaez Wendlandt
Dalila Argaez Wendlandt