IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-CV-12428-WGY |
| ) | |
| REMINGTON PRODUCTS COMPANY, ) | |
| LLC, ) | |
| ) | |
| Defendant ) | |

**NOTICE OF INTENT NOT TO OPPOSE PLAINTIFF BRAUN'S MOTION TO
FILE AN AMENDED COMPLAINT**

On September 13, 2004, Plaintiff Braun GmbH ("Braun") filed a Motion to Amend the Complaint. (Docket No. 29.) Defendant Remington Products Company, LLC does not oppose the Motion to Amend the Complaint and, after consulting with counsel for Braun and gaining counsel's consent, Defendant Remington Products Company, LLC will file its answer to the First Amended Complaint on October 19, 2004.

Respectfully submitted,

REMINGTON PRODUCTS COMPANY, LLC

By its attorneys,

  /s/ Joseph E. Haviland
Thomas E. Dwyer, Jr. (BBO No. 139660)
Joseph E. Haviland (BBO No. 643814)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-1122
617-371-1000 [phone]
617-371-1037 [facsimile]

                                              Mark A. Pals
                                              James A. Shimota
                                              Kevin S. Ueland
                                              KIRKLAND & ELLIS, LLP
                                              Aon Center
                                              200 E. Randolph Dr.
                                              (312) 861-2000 [phone]
                                              (312) 861-2200 [facsimile]

Dated:  October 5, 2004

## Certificate of Service

    I, Joseph E. Haviland, hereby certify that a true copy of the above document was served by facsimile and First Class mail upon William L. Patton, Esquire, Dalila Argaez Wendlandt, Esquire and Lesley F. Wolf, Esquire, all of Ropes & Gray, LLP, One International Place, Boston, MA 02110 on October 5, 2004.

                                                                                /s/ Joseph E. Haviland
                                                                                Joseph E. Haviland