**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRAUN GmbH,<br><br>         Plaintiff,<br><br>v.<br><br>REMINGTON PRODUCTS COMPANY, LLC<br><br>         Defendant. | Civil Action No. 03-CV-12428-WGY |

      Pursuant to Local Rule 83.5.3(b), Joseph E. Haviland, a member in good standing of the bar of this Court, moves the Court to issue an Order permitting James B. Coughlan to appear on behalf of Defendant Remington Products Company, LLC and to practice before this Court in the above-titled action. As stated in the accompanying Certificate of Good Standing, Attorney James B. Coughlan is a member in good standing of the bars of the District of Columbia and the State of Illinois. As further stated in the Certificate of Good Standing, there are no disciplinary actions pending against Attorney Coughlan, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. A copy of the Certificate of Good Standing for James B. Coughlan is attached to this motion.

      Counsel for Plaintiff has indicated that Plaintiff does not oppose this motion.

WHEREFORE, the undersigned counsel respectfully moves for the admission of James B. Coughlan to practice before this Court *pro hac vice*.

>Respectfully Submitted,
>
>___/s/ Joseph E. Haviland_____
>Thomas E. Dwyer, Jr. (BBO No. 139660)
>Joseph E. Haviland (BBO No. 643814)
>DWYER & COLLORA, LLP
>600 Atlantic Avenue
>Boston, MA 02210-1122
>(617) 371-1001 [phone]
>(617) 371-1037 [facsimile]

Dated: November 16, 2004

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1 (A)(2), I hereby certify that I spoke *via* telephone with Leslie F. Wolf, counsel for Plaintiff Braun GmbH, on November 16, 2004 regarding the issues addressed in this motion. Attorney Wolf indicated that the Plaintiff did not oppose the filing of this motion for the admission of an attorney *pro hac vice*.

>___/s/ Joseph E. Haviland_____
>Joseph E. Haviland

### Certificate of Service

I, Joseph E. Haviland, hereby certify that a true copy of the above document was served by facsimile and First-Class mail upon William L. Patton, Esquire, Ropes & Gray, LLP, One International Place, Boston, MA 02110 on November 16, 2004.

>___/s/ Joseph E. Haviland_____
>Joseph E. Haviland