IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>    Plaintiff,<br><br>v.<br><br>REMINGTON PRODUCTS COMPANY, LLC<br><br>    Defendant. | Civil Action No. 03-CV-12428-WGY |

## CERTIFICATE OF GOOD STANDING

I, James Coughlan, an attorney with the law firm of Kirkland & Ellis, LLP, 200 E. Randolph Drive, Chicago, IL 60601, hereby certifies:

(1) I have been admitted to practice in and am a member in good standing in the jurisdiction(s) of the District of Columbia and the State of Illinois;

(2) There is no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

(3) I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Under the pains and penalties of perjury this 11th day of November, 2004.

Respectfully submitted,

*/s/ James B. Coughlan*

James B. Coughlan
KIRKLAND & ELLIS, LLP
200 E. Randolph Drive
Suite 5400
Chicago, IL 60601
(312) 861-2364 [phone]
(312) 660-0433 [facsimile]