**Exhibits to Braun GmbH's Markman Memorandum**

| | |
|---|---|
| Exhibit 1 | U.S. Patent No. 5,711,328 ("'328 Patent") |
| Exhibit 2 | '328 Patent Prosecution History |
| Exhibit 3 | U.S. Patent No. 5,649,556 ("'556 Patent") |
| Exhibit 4 | '556 Patent Prosecution History |
| Exhibit 5 | '328 Patent Claim Construction Chart |
| Exhibit 6 | '556 Patent Claim Construction Chart |
| Exhibit 7 | Rayovac's '328 Patent Claim Construction Contentions |
| Exhibit 8 | Rayovac's '556 Patent Claim Construction Contentions |

9596259_1