**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRAUN GmBH,                )<br>                            )<br>                            )<br>    Plaintiff.            )<br>                            )<br>    v.                      )<br>                            )<br>                            )<br>                            )<br>REMINGTON PRODUCTS COMPANY, )<br>LLC,                        )<br>                            )<br>    Defendant.              )<br>                            )  | **CIVIL ACTION NO. 03-cv-12428-WGY** |

**JOINT MOTION OF THE PARTIES' TO AMEND THE CAPTION**

As set forth in Defendant's May 10, 2004 Corporate Disclosure, Remington Products, LLC merged with and into Rayovac Corporation effective March 29, 2004, with Rayovac Corporation as the surviving entity. As a result of this merger, Rayovac Corporation has assumed the assets and liabilities of Remington Products Company, LLC for the purposes of this litigation.

In order to comply with Federal Rules of Civil Procedure 17 and 25, the parties desire to amend the caption by naming Rayovac Corporation, the real party in interest, as Defendant.

WHEREFORE, the parties request that its joint motion be GRANTED.

Dated:  December 10, 2004

| ROPES & GRAY LLP | DWYER & COLLORA LLP |
|---|---|
| By: __/s/ Dalila Argaez Wendlandt_____ <br><br>William L. Patton (BBO #391640)<br>Dalila Argaez Wendlandt (BBO #639280)<br>Lesley Wolf (BBO #651199)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7000<br>Facsimile:  (617) 951-7050 | By: __/s/ Joseph E. Haviland_____ <br><br>Joseph E. Haviland (BBO #643814)<br>Dwyer & Collora LLP<br>600 Atlantic Avenue<br>Boston, MA  0210-1122<br>(617) 371- 1000<br>Facsimile: (617)371-1037<br><br>Mark A. Pals (admitted *pro hac vice*)<br>James A. Shimota (admitted *pro hac vice*)<br>Kevin S. Ueland (admitted *pro hac vice*)<br>James B. Coughlan (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>Aon Center<br>200 E. Randolph Dr.<br>Chicago, IL 60601<br>(312) 861-2000<br>Facsimile: (312) 861-2200 |
| Attorneys for Plaintiff<br>Braun GmbH<br><br>Dated:  December 10, 2004 | Attorneys for Defendant<br>Remington Products Company, LLC<br><br>Dated:  December 10, 2004 |