EXHIBITS TO RAYOVAC CORPORATION'S
SURREPLY BRIEF ON CLAIM CONSTRUCTION

| | |
|---|---|
| **Exhibit 1** | **Chart presenting proposed claim constructions** |
| **Exhibit 2** | **Braun German Patent Application No. P 44 02 237.9-23** |
| **Exhibit 3** | **Declaration and Power of Attorney For Patent Application** |
| **Exhibit 4** | **Documents bearing Bates numbers B001239ENG – B001242ENG** |
| **Exhibit 5** | **Definition from Dictionary of Engineering and Technology** |
| **Exhibit 6** | **Definition from Dictionary of Engineering and Technology** |
| **Exhibit 7** | **Declaration and Power of Attorney For Patent Application** |
| **Exhibit 8** | **Document bearing Bates number B001123ENG** |
| **Exhibit 9** | **Documents bearing Bates numbers B001083ENG – B001282ENG** |
| **Exhibit 10** | **Documents bearing Bates numbers B001141ENG – B001145ENG** |
| **Exhibit 11** | **Documents bearing Bates numbers B001171ENG – B001198ENG** |
| **Exhibit 12** | **Response to Office Action 08/376849 dated June 24, 1996** |