# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                     **Civil Action**
                                                     **No:03-12428-WGY**

**BRAUN**
**Plaintiff**

v.

**RAYOVAC, ET AL**
**Defendant**

## NOTICE OF HEARING

**YOUNG, C.J.**

      TAKE NOTICE that the above-entitled case has been set for **MARKMAN HEARING** at **2:00 PM**, on **TUE. MARCH 15, 2005**, in Courtroom No. 18, 5TH FLOOR.

                                                     **By the Court,**

                                                     **/s/ Elizabeth Smith**

                                                     **Deputy Clerk**

**January 26, 2005**

**To: All Counsel**