IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Braun GmbH,

        Plaintiff,

   v.                        Civil Action No. 03-CV-12428 (WGY)

Rayovac Corporation,

        Defendant.

JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties to the above-captioned action hereby move to amend the Revised Joint Statement entered by the Court on October 25, 2004 as follows:

1. Expert Report of Party with Burden due May 23, 2005

2. Rebuttal Expert Report due June 13, 2005

3. Rebuttal Expert Report of Party with Burden due June 27, 2005.

In support of this motion, the parties state that they believe it is efficient to have a claim construction opinion prior to submitting expert reports. As the Court has set the Markman hearing for March 15, 2005, it would be inefficient to proceed on the current schedule which sets the date for submission of the initial expert report on April 1, 2005. The dates set for the close of discovery and the deadline for dispositive motions remain unaffected by this amendment. Therefore, the parties respectfully request that the Court allow the amendment to the schedule.

**Error! Unknown document property name.**

| ROPES & GRAY LLP | DWYER & COLLORA LLP |
|---|---|
| By: _____s/Lesley F. Wolf_____ | By: ___s/James A. Shimota___ |
| William L. Patton (BBO #391640)<br>Dalila Argaez Wendlandt (BBO #639280)<br>Lesley Wolf (BBO #651199)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7000<br>Facsimile: (617) 951-7050 | Joseph E. Haviland (BBO #643814)<br>Dwyer & Collora LLP<br>600 Atlantic Avenue<br>Boston, MA 0210-1122<br>(617) 371- 1000<br>Facsimile: (617)371-1037<br><br>Mark A. Pals (admitted *pro hac vice*)<br>James A. Shimota (admitted *pro hac vice*)<br>Kevin S. Ueland (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>Aon Center<br>200 E. Randolph Dr.<br>Chicago, IL 60601<br>(312) 861-2000<br>Facsimile: (312) 861-2200 |
| Attorneys for Plaintiff<br>Braun GmbH | Attorneys for Defendant<br>Rayovac Corporation |
| Stipulated and agreed to this __7th__ day of _____February_____, 2005. | Stipulated and agreed to this __7th__ day of _____February_____, 2005. |

IT IS SO ORDERED:

　　　　Dated this _____ day of _____ 2005.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　William G. Young,
　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court

**Error! Unknown document property name.**