```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Civil Action
 3                                          No. 03-12428-WGY

 4

 5   * * * * * * * * * * * * * * * *
                                    *
 6   BRAUN GmbH,                    *
                                    *
 7            Plaintiff,            *
                                    *
 8   v.                             *  MARKMAN HEARING
                                    *
 9   RAYOVAC CORPORATION,           *
                                    *
10            Defendant.            *
                                    *
11   * * * * * * * * * * * * * * * *

12             BEFORE:  The Honorable William G. Young,
                              District Judge
13

14
     APPEARANCES:
15

16             ROPES & GRAY, LLP (By William L. Patton,
        Esq., Dalila Argaez Wendlandt, Esq. and Lesley F.
17      Wolf, Esq.) One International Place, Boston,
        Massachusetts 02110, on behalf of the Plaintiff
18
             DWYER & COLLORA, LLP (By Joseph Ernest
19      Haviland, Esq.), 600 Atlantic Avenue, 12th Floor,
        Boston, Massachusetts 02210
20                - and -
             KIRKLAND & ELLIS (By Mark Pals, Esq. and
21      James A. Shimota, Esq.), 200 E. Randolph Drive,
        Chicago, Illinois 60601, on behalf of the
22      Defendant

23
                                         1 Courthouse Way
24                                       Boston, Massachusetts

25                                       March 15, 2005
```