# EXHIBIT 10

# DOCUMENT HAS BEEN DESIGNATED CONFIDENTIAL PURSUANT TO THE TERMS OF THE STIPULATED PROTECTIVE ORDER DATED NOVEMBER 2, 2004