

"Wolf, Lesley F." <Lesley.Wolf@ropesgray.com>

03/24/2005 08:53 AM

To "Kevin Ueland" <kueland@kirkland.com>

cc "Wendlandt, Dalila Argaez" <Dalila.Wendlandt@ropesgray.com>, "James Shimota" <jshimota@kirkland.com>

bcc

Subject Depositions

Kevin,

Following up on your phone call yesterday with Dalila and your message regarding the same:

1. We understand that you would like each inventor to be available for 2 days of depositions. We are checking into that.

2. The depositions of Dr. Pahl, Mr. Braun, and Norbert Smetana will all be in Germany. Jurgen Hoser, who is also our 30(b)(6) designee is also available that week, which we believe is the most efficient way to proceed.

Thanks,
Lesley