# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

James A. Shimota
To Call Writer Directly:
312 861-2336
jshimota@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

Dir. Fax: 312 861-2200

March 24, 2005

**VIA FACSIMILE**

Lesley Wolf
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624

Re: **Braun v. Rayovac**

Dear Lesley:

We write regarding deposition scheduling. From discussions with our German office, we understand that there is not a two week national Easter holiday in Germany. Rather, school children have a spring break during that time (much as we do here). So that we can better understand your position, please confirm by 2:00 P.M. tomorrow that individuals who we have requested for deposition are taking vacations until April 11. As we have indicated in the past, especially in light of the likely need for translation and the proximity of your proposed dates to the deadline for expert reports, forcing all of our requested depositions into a one week period strikes us as unworkable.

Please call or write if you have any questions or concerns.

Sincerely,

James Shimota/ck

James A. Shimota

JAS/ck

London          Los Angeles          Munich          New York          San Francisco          Washington, D.C.