BRAUN
Braun Aktiengesellschaft
July 5, 1995
05818/PT 2 /rr

page 3                                July 11, 199[illegible]

passes to the shaving head.

Furthermore, ~~there is the drawback that~~ the shaver can be received in the receptacle of the cleaning device only during the cleaning process. Then, the shaver must be removed and then placed separately above the receptacle on a drip surface.

The object of the invention is to design a cleaning device of the class, described in the introductory part of the specification, in such a manner that without additional manipulation the dry shaver to be cleaned can be cleaned with fluid as well as dried.

The invention solves this problem in that the receptacle is arranged above the fluid level of the cleaning fluid, in that the receptacle can be supplied with cleaning fluid from the cleaning fluid container for the duration of the cleaning process and in that the receptacle is connected to the cleaning fluid container by means of an overflow mechanism and/or at least an outlet opening.

The arrangement of the receptacle for the dry shaver above the fluid level of the cleaning fluid in the cleaning device as well as the connection of the receptacle to the cleaning fluid container by means of an overflow mechanism and/or at least one outlet opening have the advantageous effect that first the cleaning process and thereafter the drying process can be carried out by the user without changing the position of the dry shaver in the cleaning device.

B001123ENG

BRAUN
Braun Aktiengesellschaft
05818/PT 2/H1
January 20, 1994

page 9                              January 26, 1994

~~battery operated shaver is received in the holder, it can also stay there and be recharged if it should have discharged after a prolonged period of no usage.~~

~~The result of the advantageous design of the cleaning device in connection with a storage device is a very compact device, with which the shaver can be cleaned is a very short period of time, dried, and optionally recharged and, if desired, stored.~~

~~Another advantage is that the electric control circuit that can be actuated by means of the switch element can be switched on to control the varying working intervals of the cleaning device, can be switched off to control the cleaning and drying process, cancels the electric and/or the mechanical locking and/or ends the charging process of the shaver.~~

~~In another embodiment of the invention it is advantageous that the frame, the wall-holder, the cleaning device, the cleaning fluid container and/or the drier or the fan can form an integrated components, which can receive the shaver.~~

~~Another possibility, according to a further development of the inventive device, lies in the fact that the frame with its vertically-running leg, a vertically-running leg of the wall-holder and the receptacle form a U-shaped housing with respect to the side view of the device.~~

[printer information]

B001124ENG

BRAUN
Braun Aktiengesellschaft
05818/PT 2/H1
January 20, 1994

page 11                                January 26, 1994

   e) the drier and/or the heater of the drier is/are switched on for the second and/or third time period ranging from 3 to 30 minutes and air is fed to the shaving head for the drying process.

   f) after completion of the three or four time periods or after the drying process or the last working process, the drier and/or the heater of the drier is/are switched off; and the electrical and/or the mechanical locking of the shaver is cleared.

The periods of time, listed under feature c) relate to a normal cleaning process, whereas for an intensive cleaning process a longer period of time is envisaged.

It is also advantageous that by moving a switch element from a first into a second or third switch position the shaver is charged.

~~Other advantages and details of the invention are disclosed in the following description and drawings, depicting a single preferred embodiment.~~

The figures show one embodiment of the invention, but the invention is not restricted to this embodiment. It shows:

[printer information]

B001125ENG