

**ROPES & GRAY LLP**
ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617 951-7000    F 617-951-7050
BOSTON    NEW YORK    PALO ALTO    SAN FRANCISCO    WASHINGTON, DC    www.ropesgray.com

March 30, 2005

Lesley F. Wolf
(617) 951-7597
lwolf@ropesgray.com

**BY FACSIMILE**

James A. Shimota
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Re: *Braun v. Rayovac*

Dear Jim:

I write in response to your letter of March 24, 2005.

When we stated that this week and next week were not available for depositions in Germany, we believed that Braun was closed during this time because it was a national holiday. Consistent with your letter, however, we just learned that it is a school holiday in Germany. Nonetheless, many of the witnesses whose testimony you have asked for are out of the office and are unavailable during this period.

We are prepared, as we have said before, to have all witnesses available beginning April 28, 2005, through the following week.

Very truly yours,

Lesley F. Wolf

cc: Dalila Argaez Wendlandt, Esq.