**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BRAUN GmbH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-CV-12428-WGY |
| | ) | |
| RAYOVAC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____) | | |

**UNOPPOSED MOTION OF DEFENDANT RAYOVAC CORPORATION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY**

Pursuant to Local Rule 7.1(B)(3), Defendant Rayovac Corporation ("Rayovac"), by its attorneys, hereby moves this Court for leave to file its Reply Brief in Support of Its Motion to Compel Discovery.

Rayovac seeks leave to file a reply brief for consideration by the Court relating to its Brief on Claim Construction. Rayovac believes that a full briefing on the discovery issue will be of assistance to the Court.

Counsel for Plaintiff Braun GbmH does not oppose this motion.

WHEREFORE, Defendant Rayovac Corporation submits this motion for leave to file its reply brief and respectfully requests that the Court allow the filing of the aforementioned Reply Brief in Support of Its Motion to Compel Discovery.

        Respectfully submitted,

        RAYOVAC CORPORATION

        By its attorneys,

        __/s/ Joseph E. Haviland_____
        Thomas E. Dwyer, Jr. (BBO No. 139660)
        Joseph E. Haviland (BBO No. 643814)
        DWYER & COLLORA, LLP
        600 Atlantic Avenue
        Boston, MA 02210-1122
        617-371-1000 [phone]
        617-371-1037 [facsimile]

        Mark A. Pals (admitted *pro hac vice*)
        James A. Shimota (admitted *pro hac vice*)
        Kevin S. Ueland (admitted *pro hac vice*)
        James B. Coughlan (admitted *pro hac vice*)
        KIRKLAND & ELLIS, LLP
        Aon Center
        200 E. Randolph Dr.
        (312) 861-2000 [phone]
        (312) 861-2200 [facsimile]

Dated: April 15, 2005

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for Defendant Rayovac Corporation Kevin S. Ueland conferred with counsel for Plaintiff Braun GmbH, Dalila Argaez Wendlandt, relating to this reply. Plaintiff's counsel indicated that Plaintiff Braun GmbH did not oppose the filing of this reply.

        __/s/ Joseph E. Haviland_____
        Joseph E. Haviland