IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRAUN GmbH,<br><br>              Plaintiff,<br><br>v.<br><br>Rayovac Corp.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 03-12428-WGY |

### MOTION FOR ADMISSION *PRO HAC VICE* OF STANLEY D. LIANG

Plaintiff Braun GmBH ("Braun"), respectfully request that this Court, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, enter an Order authorizing Stanley D. Liang to appear *pro hac vice* in the above-captioned case on behalf of Barun for the following reasons:

    (1)    Braun has retained Ropes & Gray LLP to represent its interests in this adversary proceeding and Stanley D. Liang is one of their attorneys.

    (2)    Stanley D. Liang has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto, certifying that:

        (a)    Stanley D. Liang is a member in good standing of the bars of the highest court of New York, as well as U.S. Court of Appeals for the Federal Circuit.

(b) Stanley D. Liang is becoming familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts; and

(c) There are no disciplinary proceedings pending against Stanley D. Liang as a member of the bar in any jurisdiction.

WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Stanley D. Liang.

> Respectfully submitted,
>
> BRAUN GmBH
>
> By its attorney,
>
> *[signature]*
> Dalila Argaez Wendlandt (BBO #639280)
> ROPES & GRAY LLP
> One International Place
> Boston, MA 02110-2624
> (617) 951-7000

Date: May 5, 2005

## CERTIFICATION UNDER LOCAL RULE 7.1 (A)(2)

The undersigned has attempted to confer with opposing counsel, Kevin Ueland, Esq. Of Kirk and & Ellis LLP, and he has assented to this motion.

_____
Stanley D. Liang

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, I caused a copy of a Motion for Admission *Pro Hac Vice* of Stanley D. Liang, an Affidavit of Stanley D. Liang in Support of Motion to admit Counsel *Pro Hac Vice* to be served as follows:

<u>Via Overnight Courier:</u>
Kevin S. Ueland
Kirkland & Ellis, LLP
Aon Center
200 E. Randolph Drive
Chicago, IL 60601

_____
Stanley D. Liang