IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BRAUN GmbH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 03-12428-WGY |
| | ) | |
| Rayovac Corp., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**AFFIDAVIT OF STANLEY D. LIANG IN SUPPORT OF
MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Stanley D. Liang, being duly sworn, deposes and says:

1.      I am an associate with the law firm of Ropes & Gray LLP, attorneys for

Plaintiff Braun GmBH ("Braun"). As such, I am becoming familiar with the facts of this action

and the matters set forth herein.

2.      I submit this Affidavit in support of my application to be admitted,

pursuant to Local Rule 83.5.3, as counsel *pro hac vice* in this matter.

3.      Pursuant to Local Rule 83.5.3, I certify the following:

a.      I am an active member in good standing in every jurisdiction

where I have been admitted to practice. I am a member of the bar of the State of New York,

having been admitted to that bar on April 10, 2003. I am also a member of the bars of the United

States District Courts for the Southern and Eastern Districts of New York, having been admitted

to those bars on May 27, 2003. In addition, I am a member of the bar of the United States Court

of Appeals for the Federal Circuit, having been admitted to that bar on June 17, 2003.

b.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

c.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.    I respectfully request that this Court admit me to practice *pro hac vice* for the purpose of appearing for and representing Plaintiff Braun in this action.

5.    The required fee is being submitted with this Motion.

Dated: May 4, 2005                                 Respectfully submitted,

Stanley D. Liang
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, New York  10020
(212) 516-9000

Sworn to me before this 4th day of ___May___, 2005.

Notary Public

ZHIYING LI
Notary Public State of New York
No. 02LI6095918
Qualified in New York County
Commission Expires July 21, 2007

2