# ROPES & GRAY

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951-7000   F 617-951-7050
BOSTON    NEW YORK    PALO ALTO    SAN FRANCISCO    WASHINGTON DC    www.ropesgray.com

May 13, 2005

William L. Patton
(617) 951-7572
william.patton@ropesgray.com

James A. Shimota, Esq.
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, Illinois 60601

Re: Braun GmbH v. Rayovac Corporation
    Case No. 1-03-cv-12428-WGY

Dear Jim:

It is apparent from Mr. Hoeser's deposition that there are documents which should have been produced by Braun. We are taking immediate steps to rectify this. We will, of course, be willing to discuss with you scheduling additional U.S. depositions of Braun witnesses if, after reviewing any additional materials, you conclude there is such a need.

Very truly yours,

*Bill*

William L. Patton

WLP:gb

9725758_1