# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

312 861-2000

www.kirkland.com

James A. Shimota
To Call Writer Directly:
312 861-2336
jshimota@kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 861-2200

June 16, 2005

<u>VIA FACSIMILE</u>

Dalila A. Wendlandt
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624

    Re:    **<u>Braun v. Rayovac</u>**

Dear Dalila:

    We write regarding your recent production of documents B008373 - B008424. In particular, based upon the attached certifications, it appears that you have had B008375 - B008401 since at least November 16, 2004. Please advise whether our understanding is correct. Also, if our understanding is correct, please advise why you did not produce such documents until May 31, 2005.

    In addition, B008389 appears to have been created by a Mr. or Mrs. Herzog. To the extent that Braun has not already produced them, please produce all of Mr. or Mrs. Herzog's files related to the shaver cleaning system.

    Thanks in advance for your considerations of the issues herein.

Sincerely,

James A. Shimota

JAS:ck

London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.