IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>Plaintiff,<br><br>v.<br><br>RAYOVAC CORPORATION,<br><br>Defendant. | Civil Action No. 03-CV-12428-WGY |

**DECLARATION OF DALILA ARGAEZ WENDLANDT IN SUPPORT OF BRAUN GmbH'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**

I, Dalila Argaez Wendlandt, hereby declare under penalty of perjury that:

1. I am an associate at the law firm of Ropes & Gray, counsel for plaintiff Braun GmbH. I make this declaration in support of Braun GmbH's Motion for Partial Summary Judgment on Infringement.

2. Attached hereto as Exhibit A is a true and accurate copy of U.S. Patent No. 5,711,328 (the "'328 Patent").

3. Attached hereto as Exhibit B are true and accurate copies of photographs of the Rayovac R-9500 shaver and cleaning system. These photographs fairly and accurately depict the device and its component parts.

4.  Attached hereto as <u>Exhibit C</u> are true and accurate copies of photographs of the Rayovac MS-5500 shaver and cleaning system. These photographs fairly and accurately depict the device and its component parts.

5.  Attached hereto as <u>Exhibit D</u> are true and accurate copies of photographs of the Rayovac WDF-7000CS shaver and cleaning system. These photographs fairly and accurately depict the device and its component parts.

6.  Attached hereto as <u>Exhibit E</u> is a true and accurate copy of the record of the assignment of the '328 patent.

7.  Attached hereto as <u>Exhibit F</u> is a true and accurate copy of the transcript for the deposition of James Chasen, taken May 5, 2005.

8.  Attached hereto as <u>Exhibit G</u> is a true and accurate copy of the transcript for the deposition of Yuri Avila, taken June 2, 2005.

9.  Attached hereto as <u>Exhibit H</u> is a true and accurate copy of the transcript for the deposition of James Doyle, taken June 3, 2005.

10. Attached hereto as Exhibit I is a true and accurat copy of the transcript for the deposition of Alan Schoepp, taken on May 12, 2005.

11. Attached hereto as <u>Exhibit J</u> is a true and accurate copy of the Use and Care Guide for the Remington R-9500 Titanium Smart System.

12. Attached hereto as <u>Exhibit K</u> is a true and accurate copy of an image from the product packaging for the Remington MS-5500 shaver and cleaning center.

13. Attached hereto as <u>Exhibit L</u> is a true and accurate copy of the Second Expert Report of Samuel R. Phillips.

I declare under the penalty of perjury that the foregoing is true and correct.


<u>August 22, 2005</u>                                  <u>/s/ Dalila Argaez Wendlandt</u>
Date                                              Dalila Argaez Wendlandt