IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>Plaintiff,<br><br>v.<br><br>RAYOVAC CORPORATION,<br><br>Defendant. | Civil Action No. 03-CV-12428-WGY |

**DECLARATION OF DALILA ARGAEZ WENDLANDT IN SUPPORT OF
BRAUN GmbH'S MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT ON INVALIDITY</u>**

I, Dalila Argaez Wendlandt, hereby declare under penalty of perjury that:

1. I am an associate at the law firm of Ropes & Gray, counsel for plaintiff Braun GmbH. I make this declaration in support of Braun GmbH's Motion for Partial Summary Judgment on Invalidity.

2. Attached hereto as <u>Exhibit A</u> is a true and accurate copy of U.S. Patent No. 5,711,328 (the "'328 Patent").

3. Attached hereto as <u>Exhibit B</u> is a true and accurate copy of U.S. Patent No. 5,649,556 (the "'556 Patent").

4. Attached hereto as <u>Exhibit C</u> is a true and accurate copy of the prosecution history of the '328 Patent.

5.      Attached hereto as <u>Exhibit D</u> is a true and accurate copy of the prosecution history of the '556 Patent.

6.      Attached hereto as <u>Exhibit E</u> is a true and accurate copy of U.S. Patent No. 3,365,267 (the "MeKiney Patent").

7.      Attached hereto as <u>Exhibit F</u> is a true and accurate copy of U.S. Patent No. 3,478,758 (the "Davies Patent").

8.      Attached hereto as <u>Exhibit G</u> is a true and accurate copy of U.S. Patent No. 3,500,840 (the "Maatz Patent").

9.      Attached hereto as <u>Exhibit H</u> is a true and accurate copy of French Patent No. 2,568,111.

10.     Attached hereto as <u>Exhibit I</u> is a true and accurate copy of an English translation of French Patent No. 2,568,111.

11.     Attached hereto as <u>Exhibit J</u> is a true and accurate copy of U.S. Patent No. 3,890,988 (the "Lee Patent").

12.     Attached hereto as <u>Exhibit K</u> is a true and accurate copy of U.S. Patent No. 4,815,486 (the "Schinn Patent").

13.     Attached hereto as <u>Exhibit L</u> is a true and accurate copy of U.S. Patent No. 5,335,394 (the "Cunningham Patent").

14.     Attached hereto as <u>Exhibit M</u> is a true and accurate copy of the transcript for the deposition of James Doyle, taken June 3, 2005.

15.     Attached hereto as <u>Exhibit N</u> is a true and accurate copy of the transcript for the deposition of Dietrich Pahl, taken April 28, 2005.

16. Attached hereto as <u>Exhibit O</u> is a true and accurate copy of the transcript for the deposition of Gebhard Braun, taken April 26, 2005.

17. Attached hereto as <u>Exhibit P</u> is a true and accurate copy of the transcript for the deposition of Gebhard Braun, taken April 27, 2005.

18. Attached hereto as <u>Exhibit Q</u> is a true and accurate copy of a rough draft of the transcript for the deposition of Wolfgang Vorbeck, taken August 10, 2005.

19. Attached hereto as <u>Exhibit R</u> is a true and accurate copy of the transcript for the deposition of Alan Schoepp, taken May 12, 2005.

20. Attached hereto as <u>Exhibit S</u> is a true and accurate copy of the transcript for the deposition of Juergen Hoeser, taken May 11 2005.

21. Attached hereto as <u>Exhibit T</u> is a true and accurate copy of the transcript for the deposition of Juergen Hoeser, taken May 12, 2005.

22. Attached hereto as <u>Exhibit U</u> is a true and accurate copy of the transcript for the deposition of Norbert Smetana, taken April 29, 2005.

23. Attached hereto as <u>Exhibit V</u> is a true and accurate copy of the transcript of March 15, 2005 Hearing Before Judge Young.

24. Attached hereto as <u>Exhibit W</u> is a true and accurate copy of the First Expert Report of Samuel R. Phillips.

25. Attached hereto as <u>Exhibit X</u> is a true and accurate copy of the Third Expert Report of Samuel R. Phillips.

26. Attached hereto as <u>Exhibit Y</u> is a true and accurate copy of the thesis of Stefan Zeischke.

27. Attached hereto as <u>Exhibit Z</u> is a true and accurate copy of an English translation of the thesis of Stefan Zeischke.

28. Attached hereto as <u>Exhibit AA</u> is a true and correct copy of the assignment of the '328 Patent from Mr. Gehbard Braun to Braun GmbH.

I declare under the penalty of perjury that the foregoing is true and correct.

<u>August 22, 2005</u>                    <u>/s/ Dalila Argaez Wendlandt</u>
Date                                              Dalila Argaez Wendlandt