IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>Plaintiff,<br><br>v.<br><br>RAYOVAC CORPORATION,<br><br>Defendant. | Civil Action No. 03-CV-12428-WGY |

**DECLARATION OF DALILA ARGAEZ WENDLANDT
IN SUPPORT OF BRAUN GMBH'S MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT TO CORRECT INVENTORSHIP</u>**

I, Dalila Argaez Wendlandt, hereby declare under penalty of perjury that:

1. I am an associate at the law firm of Ropes & Gray, counsel for plaintiff Braun GmbH. I make this declaration in support of Braun GmbH's Motion for Partial Summary Judgment on Correction Of Inventorship.

2. Attached hereto as <u>Exhibit 1</u> is a true and accurate copy of U.S. Patent No. 5,711,328 (the "'328 Patent").

3. Attached hereto as <u>Exhibit 2</u> is a true and accurate copy of the transcript for the deposition of Dietrich Pahl, taken April 28, 2005.

4. Attached hereto as <u>Exhibit 3</u> is a true and accurate copy of the transcript for the deposition of Gebhard Braun, taken April 26, 2005.

9799496_1.DOC

-2-

5. Attached hereto as <u>Exhibit 4</u> is a true and accurate copy of the transcript for the deposition of Gebhard Braun, taken April 27, 2005.

6. Attached hereto as <u>Exhibit 5</u> is a true and accurate copy of a July 8, 2004 Declaration of Wolfgang Vorbeck.

7. Attached hereto as <u>Exhibit 6</u> is a true and accurate copy of a July 21, 2004 Declaration of Dietrich Pahl.

8. Attached hereto as <u>Exhibit 7</u> is a true and accurate copy of a July 14, 2004 Declaration of Gebhard Braun.

9. Attached hereto as <u>Exhibit 8</u> is a true and accurate copy of the assignment of the '328 Patent from Mr. Gebhard Braun to Braun GmbH.

10. Attached hereto as <u>Exhibit 9</u> is a true and accurate copy of the First Expert Report of Samuel R. Phillips.

I declare under the penalty of perjury that the foregoing is true and correct.

<u>August 22, 2005</u>　　　　　　　　　　/s/ Dalila Argaez Wendlandt
Date　　　　　　　　　　　　　　　　Dalila Argaez Wendlandt