IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>            Plaintiff,<br><br>v.<br><br>RAYOVAC CORPORATION,<br><br>            Defendant. | Civil Action No. 03-CV-12428-WGY |

**JOINT MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT**

The Parties have filed concurrently with this motion, their respective motions for summary judgment. Braun has filed three separate motions for partial summary judgment: Motion For Partial Summary Judgment Of Infringement, Motion For Partial Summary Judgment On Invalidity, and Motion For Partial Summary Judgment To Correct Inventorship. Accompanying each motion, Braun has submitted a supporting memorandum of law. The memorandum in support of its infringement motion is twelve (12) pages. The memorandum in support of its motion on invalidity is twenty (20) pages. The memorandum in support of its motion to correct inventorship is nine (9) pages.

Rayovac has filed four separate motions for summary judgment: Motion Declaring the '328 Patent Invalid and Unenforceable for Failure to Name the Correct Inventor and Inequitable Conduct (16 pages), Motion Declaring the '328 Patent Invalid For Want of Written Description and as Anticipated by the Prior Art (20 pages), Motion

Precluding Braun from Asserting Infringement Under the Doctrine of Equivalents (4 pages), and Motion for Partial Summary Judgment on Braun's Price Erosion Theory (10 pages).

The Parties believe that these memoranda comply with Local Rule 7.1(B)(4), regarding the page limit for memoranda of law in support of motions. To the extent that the Parties' reading of the rule is incorrect, they respectfully move the Court for leave to file, in the aggregate, memoranda in support of its motions for partial summary judgment that exceed 20 pages.

By their attorneys,

| ROPES & GRAY LLP | DWYER & COLLORA LLP |
|---|---|
| By: /s/ Dalila Argaez Wendlandt<br><br>William L. Patton (BBO #391640)<br>Dalila Argaez Wendlandt (BBO #639280)<br>Lesley Wolf (BBO #651199)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7000<br>Facsimile: (617) 951-7050 | By: /s/ Kevin S. Ueland<br>Joseph E. Haviland (BBO #643814)<br>Dwyer & Collora LLP<br>600 Atlantic Avenue<br>Boston, MA 0210-1122<br>(617) 371-1000<br>Facsimile: (617)371-1037<br><br>Mark A. Pals (admitted *pro hac vice*)<br>James A. Shimota (admitted *pro hac vice*)<br>Kevin S. Ueland (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>Aon Center<br>200 E. Randolph Dr.<br>Chicago, IL 60601<br>(312) 861-2000<br>Facsimile: (312) 861-2200 |
| Attorneys for Plaintiff<br>Braun GmbH<br><br>Dated: August 22, 2005 | Attorneys for Defendant<br>Remington Products Company, LLC<br><br>Dated: August 22, 2005 |