EXHIBIT B



5711328

| UTILITY SERIAL NUMBER | PATENT DATE | PATENT NUMBER |
|---|---|---|
| 08/376849 | JAN 27 1998 | 5711328 |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/376,849 | 01/23/95 | 134 | 116 | 1307 | STINSON |

**APPLICANTS**

GEBHARD BRAUN, KELKHEIM, FED REP GERMANY.

**CONTINUING DATA**********************
VERIFIED

**FOREIGN/PCT APPLICATIONS***********
VERIFIED     FED REP GERMANY     P 44 02 238.7     01/26/94

CERTIFICATE

SEP 2 9 1998

OF CORRECTION

| Foreign priority claimed 35 USC 119 conditions met | ☑ yes ☐ no ☐ yes ☐ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged     Examiner's Initials | | → | DEX | 8 | 22 | 1 | $1,058.00 | 02894/284001 |

**ADDRESS**

WILLIS M ERTMAN
FISH & RICHARDSON
225 FRANKLIN STREET
BOSTON MA 02110-2804

**TITLE**

CLEANING DEVICE FOR THE SHAVING HEAD OF A DRY SHAVER

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L  (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | Drawings Pkt Mounted 8-18-63 | | Applications Examiner |
|---|---|---|---|

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| | | Total Claims | Print Claim |
| 9-23-97 | Assistant Examiner | 27 | 17 |

| ISSUE FEE | | DRAWING | | |
|---|---|---|---|---|
| Amount Due | Date Paid | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| 1290.00 | 10/03/97 | 8 | 12 | 1 |

FRANKIE L. STINSON
PRIMARY EXAMINER
GROUP 3400

Primary Examiner

ISSUE BATCH NUMBER  S11

Label Area

PREPARED FOR ISSUE

**WARNING:** The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/92)

FILE

(FACE)     B000133

08/37684

**PATENT APPLICATION**

08376849

APPROVED FOR LICENSE ☐

INITIALS _____

FEB ∨ 9 ∘ 53 ᵈ

| Date Entered or Counted | | CONTENTS | Date Received or Mailed |
|---|---|---|---|
| 1/23 | 1. | Application  2 Prints  papers. | |
| | 2. | Ltr re: Issues. | 2/24/95 |
| | 3. | Response to notice. | 3/27/95 |
| | 4. | Decision Granting Petition | 8-18-95 |
| ✓ | 5. | Subs Spec. | 1/23/95 |
| 3/18  RT | 6. | Rejection 3 mths | 22    we |
| | 7. | IDS | 6/24/96 |
| | 8. | Amdt A | 6/24/96 |
| 9/16  RT | 9. | Final Rej 3 mos | 9-18-96 OD |
| | 10. | Req for Recon | 11/21/96 |
| 12/11 | 11. | Rej 3 — mo | 12-3-96 |
| | 12. | Info. Discl. Statement | 11-25-96 |
| 3/10 | 13. | Ltr RE IDS | 3-11-97  ΔD |
| | 14. | Amdt B | 3/10/97 |
| 5/12 | 15. | Final Rej 3 mo | 5-15-97  OD |
| | 16. | IDS | 4-14-97 |
| 7/21 | 17. | Interview Summary | 7/18/97 |
| | 18. | Amdt C AAAA | 8/18/97 |
| 9/22 | 19. | Notice of Allowance / Notice | 9-23-97 |
| | 20. | PTO Grant  JAN 27 1998 | |
| | 21. | CMC | 8-17-98 |
| | 22. | | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | ?. | | |
| | 31. | | |
| | 32. | | |

(FRONT)

B000134

Staple Issue Slip Here

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | | 5 | |
| EXAMINER | | 230 | 2-22-95 |
| TYPIST | | 81 | b/oo |
| VERIFIER | | | |
| CORPS CORR. | | | |
| SPEC. HAND | | NIF | 9-20-95 |
| FILE MAINT. | | 451 | 2-22-95 |
| DRAFTING | | | |

## INDEX OF CLAIMS



SYMBOLS
........ Rejected
........ Allowed
(Through numeral) Cancelled
R ........ Restricted
N ........ Non-elected
I ........ Interference
A ........ Appeal
O ........ Objected

(LEFT INSIDE)

B000135

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 174 | 135<br>201<br>198<br>102.3 | 3/11/96 | JHS |
| ABOVE<br><br>13a<br><br><br><br><br>30 | updated<br>116<br>23<br>2a<br>186<br>111<br><br>41<br>41.2 | 9/7/96 | JHS |
| ABOVE | updated | 5/6/97 | JHS |
| ABOVE | updated | 9/16/97 | JHS |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 134 | 111<br>116<br>135<br>186<br>201 | 9/16/97 | JHS |

## SEARCH NOTES

| | Date | Exmr. |
|---|------|-------|
| | | |

(RIGHT OUTSIDE)

B000136

| PATENT NUMBER | ORIGINAL CLASSIFICATION | | |
|---|---|---|---|
| | CLASS | | SUBCLASS |
| | 134 | | 111 |

| APPLICATION SERIAL NUMBER | CROSS REFERENCE(S) | | | | |
|---|---|---|---|---|---|
| 376,849 | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | |
| APPLICANT'S NAME (PLEASE PRINT) | 134 | 116 | 135 | 186 | 201 |
| BRAUN | | | | | |
| IF REISSUE, ORIGINAL PATENT NUMBER | | | | | |

**INTERNATIONAL CLASSIFICATION**

| B | 0 | 8 | B | | 3 | 04 |
|---|---|---|---|---|---|---|

| GROUP ART UNIT | ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME) |
|---|---|
| 3405 | PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME) FRANKIE L. STINSON PRIMARY EXAMINER |

PTO 270
(REV. 5-91)

**ISSUE CLASSIFICATION SLIP** GROUP 3400

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

B000137

PATENT APPLICATION SERIAL NO. 08/376849

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

060 JJ 02/07/95 08376849                    1 101    1,146.00 CK

PTO-1556
(5/87)

B000138

08/376849



# APPLICATION

# FOR

# UNITED STATES LETTERS PATENT

**TITLE:**       CLEANING DEVICE FOR THE SHAVING HEAD OF A DRY
               SHAVER

**APPLICANT:**   **GEBHARD BRAUN**

"EXPRESS MAIL" Mailing Label Number _BB656234898US_

Date of Deposit ___January 23, 1995___
I hereby certify under 37 CFR 1.10 that this correspondence
is being deposited with the United States Postal Service as
"Express Mail Post Office To Addressee" with sufficient
postage on the date indicated above and is addressed to the
Commissioner of Patents and Trademarks, Washington, D.C.
20231.

___Marc Curry___

B000139

P    02 238.7-23
05818

- 1 -

### Cleaning Device for the Shaving Head of a Dry Shaver

This invention relates to a cleaning device, with a cradle structure receiving the shaving head of a shaving apparatus, as well as at least one cleaning fluid container and a device adapted to be driven by a motor for feeding the cleaning fluid.

From prior U.S. Pat. No. 3,172,416 a cleaning device for the cutter portion of a dry razor is known, comprising a cleaning casing in the upper area of which a seat is provided for receiving therein the cutter portion of an electric razor. According to a first embodiment, the individual components of the cutter portion are cleaned by a continuous stream of air directed to the cutter portion through an impeller means and filter elements. However, in cases where the cutter portion is severely contaminated carrying, for example, sebum, that is, grease particles, cleaning the cutter portion by means of an air stream is not accomplishable to the desired degree. The entire casing of the cleaning device through which air is blown is required to be sealed tight relative to atmosphere to prevent the swirled up hair dust from penetrating to the outside.

The same applies also to the cleaning device according to another embodiment (U.S. Pat. No. 3,172,416) in which the cutter portion is cleaned by a cleaning fluid directed for this purpose through fluid channels provided in the casing. For the full duration of the cleaning cycle, the cutter portion is seated in a cradle which is provided in the upper part of the casing and is at all times filled to capacity with cleaning fluid circulating therethrough. To accomplish this, a feed pump is provided in the casing. Because the cleaning fluid is not

. . .

B000140

P    02 238.7-23
                    05818

- 2 -

filtered during the cleaning operation, hair particles
enter the cradle again and again, thus reaching the area
of the cutter portion, so that this cleaning operation is
equally not suited to accomplish satisfactory results,
the less so since after deactivation of the pump device
cleaning fluid with hair particles remain in the cradle,
being thus prevented from being completely removed from
the cutter portion.   On termination of the cleaning
cycle, it is necessary for the razor to be removed from
its cradle to allow the cutter portion to drain and to be
subsequently dried in the air.   In this arrangement, the
hair particles entrained with the cleaning fluid continue
to adhere to the components of the cutter portion, so
that ultimately a perfect cleaning action of the cutter
portion is not achieved.   The chamber provided in the
lower part of the casing for collecting the cleaning
fluid and the dirt particles must remain closed during
recirculation of the cleaning fluid to prevent the dirt
particle sediment accumulated therein from being agitated
again.   Yet it is not possible to prevent unfiltered
cleaning fluid from being continuously directed against
the cutter portion during circulation of the cleaning
fluid.

     It is a further disadvantage that the razor can be
received in the cradle of the cleaning device only during
the cleaning operation.  Following cleaning, it is neces-
sary for the razor to be removed to be deposited sepa-
rately on a drip surface above the cradle.

     From French Pat. No. 2,568,111 a device for cleaning
a shaving head of a dry shaving apparatus is known, in
which the shaving head is introduced through a wall con-
figured as a membrane into a cleaning chamber, being

. . .

B000141

P    02 238.7-23
                05818

- 3 -

subsequently held in a cleaning position by the wall of a
lid.   By means of air caused to flow by a fan means
and/or a suction means, only loose hair dust, yet exclud-
ing hair dust adhering to the shaving head, is blown out
or extracted and then transferred to a filter means.   The
additional cleaning actions proposed in combination with
the suction device as performed by a brushing device, a
vibrating device or an ionization device, are not suited
for dislodging sebum with or without hair dust from all
components of a shaving head - the inside of the shaving
head frame, the outer cutter, the inner cutter - not even
when the shaving head has been previously removed from
the housing of a dry shaving apparatus or disassembled.

Accordingly, it is an object of the present inven-
tion to improve the cleaning device.

According to the present invention, this object is
accomplished in that the cradle structure receiving the
shaving head is arranged separately from the cleaning
fluid container, and that cleaning fluid is fed from the
container to perform the cleaning action.

With the feed pump, a continuous supply of cleaning
fluid can be fed to the shaving head received in the sep-
arate cradle until the shaving head is completely clean.
The feed pump of the cleaning device can then be turned
off, and following drainage of the cleaning fluid from
the cradle the shaving head can be dried while sitting in
the cradle.

To this effect, it is advantageous to configure the
cradle as a storage device for the shaving apparatus,
which is associated with an electric arrangement for op-
erating the shaving apparatus and the cleaning device, or

. . .

B000142

P    02 238.7-23
05818

- 4 -

the shaving apparatus, the cleaning device and an air-drying device. Rather than being required to be removed from the cradle as has been necessary in prior arrangements, the shaving apparatus may be dried and then stored therein. To accomplish this, the cradle is configured as a cleaning dish, a drying dish and/or a storage device and/or is provided in the cleaning device.

Further it is advantageous that the cradle or the shaving head are adapted to be supplied with cleaning fluid from the cleaning fluid container by means of the feed pump for a predetermined period of time, and that the cradle is subsequently available for the drying process without this involving the need for the shaving apparatus to be removed from the cleaning device.

It is another advantage that the cradle for receiving the shaving head is associated with an air-drying device adapted to be activated by an electric arrangement after the cleaning fluid has been drained from the cradle to the cleaning fluid container.

It is a still further advantage that the cradle is arranged outside the cleaning fluid and/or above the fluid level of the cleaning fluid held in the cleaning fluid container, and that at least the cradle and/or the cleaning fluid container are permanently open towards the outside, that is, to atmosphere. This enables the shaving apparatus to be inserted in the cradle without any effort and to be withdrawn therefrom without the need to utilize any parts closing the cradle. Moreover, this arrangement obviates the provision of an elaborate seal, enabling an economical cleaning device to be built affording substantially greater operating comfort than the cleaning system known in the art.

...

B000143

P    02 238.7-23
05818

- 5 -

It is also advantageous that the cradle is provided with an overflow device and/or at least one outlet port through which the cleaning fluid can be conveyed to a cleaning fluid container, and that the area of cross-section of the outlet port in the cradle is dimensioned such that during the cleaning operation the amount of cleaning fluid drained through the outlet port is smaller than the amount of cleaning fluid supplied to the cradle through the feed pump. The overflow device which constitutes part of the cradle ensures that the cradle is at all times filled with a sufficient amount of cleaning fluid, remaining filled to the upper rim area of the cradle.

The cleaning function is aided by the oscillatory motion of the shaving head. As a result, temporary cavitation and also a mechanically or fluidically induced cleaning effect may be accomplished during the cleaning operation. By virtue of the oscillatory motion of the shaving head, cleaning fluid is caused to splash up, thus penetrating into all areas of the shaving head. As this occurs, part of the agitated fluid is allowed to be drained over the overflow device to be circulated back to the cleaning circuit, without the fluid reaching the outside.

When the feed pump delivering the cleaning fluid is turned off following termination of the cleaning operation, the cleaning fluid is immediately allowed to be drained through the outlet port provided in the cradle, enabling the drying operation for the shaving head to be started automatically.

Finally, according to a preferred embodiment of the present invention, a hose member permeable to the

. . .

B000144

P    02 238.7-23
                                                        05818

- 6 -

cleaning fluid is provided between the overflow device
and the cleaning fluid container.   The hose member
reliably prevents hair dust from being conveyed ·to the
cleaning fluid container and settling therein.

It is of particular importance to the present inven-
tion that a collecting dish is provided underneath the
cradle conformed to the shape of the shaving head, which
dish includes a drain opening, and that the filter means
is comprised of a connection means to which the hose mem-
ber permeable to fluid flow into the reservoir is fitted,
the hose member being immersed in the cleaning fluid held
in the cleaning fluid container.

As mentioned in the foregoing, the overflow device
ensures that the cradle is at all times filled with
cleaning fluid to the upper rim.   Excess cleaning fluid
can then be readily directed over the overflow device
into the collecting dish provided underneath the cradle,
which dish is in communication with the corresponding
connection means.   The connection means with the hose
member fitted thereto invariably extends into the clean-
ing fluid contained in the cleaning fluid container.   The
hose member ensures that dirt does not collect in the
cleaning fluid container and that at the beginning of the
cleaning operation the pump can draw fluid from the con-
tainer through the hose member.

Advantageously, the connection means is directly or
indirectly connected to the suction side of· the feed
pump, its delivery side being in communication with a
filter means through a conduit.   When the pump is acti-
vated to start the cleaning operation, it does not draw
air because the hose is at all times immersed in the
fluid.   Further it is advantageous that the filter means

. . .

B000145

P  02 238.7-23
05818

- 7 -

is connected to the cradle by means of an outlet connec-
tion means, and that an outlet port provided in the
cradle is connected to the cleaning fluid container.

The cleaning fluid drawn by the feed pump from the
cleaning fluid container is passed, as mentioned in the
foregoing, through the connection means and the hose mem-
ber to the suction side of the feed pump, and onwards
through the delivery side and, where applicable, a fur-
ther conduit, to the filter means which in turn is in
communication with the cradle of the cleaning device.
This closes the cleaning circuit for the cleaning fluid.

Still further, it is advantageous that the shaving
apparatus is insertable into a supporting structure con-
figured as a bracket or a wall mount and is mechanically
and/or electrically interlockable by a switching means.
By virtue of the advantageous configuration of this sup-
porting structure, the shaving apparatus can be stored in
the cleaning device in a perfect and well protected man-
ner for an indefinite length of time, and for the clean-
ing operation it can be locked in place in its supporting
structure by mechanical as well as electrical means, so
that upon actuation of the switching means the shaving
apparatus discontinues being removable until the cleaning
and drying operations are completed and the shaving appa-
ratus is needed for a shave. This is made possible by
the advantageous separate arrangement of cradle and
cleaning fluid container, because cleaning fluid cannot
be retained in the cradle upon termination of the clean-
ing action.

In this connection it is advantageous that the
switching means for mechanically and/or electrically in-
terlocking the shaving apparatus is movable against the

...

B000146

02 238.7-23
05818

- 8 -

force of a spring from an "Off" position or unlockable
position into at least one position interlocking the
shaving apparatus, which also corresponds to the "On" po-
sition for electrically activating the shaving apparatus,
and that the "On" position for electrically activating
the shaving apparatus also serves for activation of the
cleaning device.

Moreover, it is advantageous that the "On" position
serves to electrically activate a charge control means,
in particular a charge control means of a charging device
in the shaving apparatus, and that the switching means is
adapted to be connected to an electric control circuit
which activates the cleaning device for a predetermined
or programmable period of time, and which additionally
activates the drying device of the shaving apparatus for
a predetermined or programmable period of time after the
shaving head has been cleaned.

When the cleaning and drying operation of the shav-
ing head of the shaving apparatus is completed, a suit-
able timing element cancels the mechanical or electrical
interlock of the shaving apparatus so that it can be re-
moved from the supporting structure of the cleaning de-
vice if so desired. However, as long as it is desired to
utilize the shaving apparatus as either a cord or a cord-
less appliance, it may remain stored in the cradle con-
figured to advantage since it remains dry on completion
of the cleaning cycle.

The cleaning device is designed for use with all
electric shaving apparatus. For example, when a shaving
apparatus operated with accumulator current is received
in the mount, it may be equally stored therein and be

. . .

B000147

P    02 238.7-23
05818

- 9 -

recharged should the accumulator have become discharged during prolonged periods of non-use.

The advantageous configuration of the cleaning device in combination with a storage device results in a very compact appliance enabling the shaving apparatus to be cleaned and dried in a very short period of time, to be recharged, where applicable, and to be stored, if so desired.

To this effect it is advantageous that the electric control circuit activatable by the switching means is adapted to be energized for the control of the various operating stages of the cleaning device, is adapted to be de-energized for the control of the cleaning and drying cycle, cancels the electrical and/or mechanical interlock and/or terminates the charging cycle of the shaving apparatus.

In a further feature of the present invention, it is advantageous that the bracket, the wall mount, the cleaning device, the cleaning fluid container and/or the drying device or the impeller form an integral unit adapted to receive the shaving apparatus.

An additional possibility according to a further feature of the device of the present invention is afforded in that the bracket combines with its vertically extending leg, a vertically extending leg of the wall mount and the cradle to form a U-shaped casing when viewing the device from the side.

An optimum cleaning operation is accomplished if cleaning and maintenance of the shaving apparatus are

...

B000148

2    02 238.7-23
05818

- 10 -

performed by proceeding in accordance with the following
steps:

(a) Setting a switching means from a first to a
further position mechanically and/or electrically inter-
locks the shaving apparatus in the casing of the cleaning
device for the full length of the cleaning and drying
cycle;

(b) setting a switching means from a first to a
second or third position starts the cleaning cycle of the
shaving head of the shaving apparatus for either a brief
or an intensive cleaning function, the inner cutter of
the shaving head is activated, and the feed pump for sup-
plying cleaning fluid to the shaving head is turned on
for a first period of time of between 3 and 20 seconds,
during which time the cleaning fluid is continuously con-
veyed to the cradle through a filter means as the clean-
ing cycle proceeds;

(c) following the first period of time of between 3
and 20 seconds, the feed pump is turned off, and the
cleaning fluid is passed from the cradle to a cleaning
fluid container;

(d) oscillation of the inner cutter of the shaving
head is continued for a second period of time of between
1 and 30 seconds which is the drying and vibrating cycle;

(e) the drying device and/or the heating means of
the drying device is turned on for the duration of the
second and/or the third period of between 3 and 30
minutes, air being supplied to the shaving head to effect
a drying action;

...

B000149

ᵖ    02 238.7-23
05818

- 11 -

(f)  following expiration of the three or four peri-
ods of time or following the drying cycle or the last
cycle of operation, the drying device and/or the heating
means of the drying device are turned off, and the elec-
trical and/or mechanical interlock of the shaving appara-
tus is canceled.

The period of time indicated under (c) relates to a
normal cleaning operation, while it is understood that a
longer period of time is required for an intensive clean-
ing action.

It is further advantageous that the shaving appara-
tus is recharged by setting a switching means from a
first to a second or third position.

Further advantages and details of the present inven-
tion will become apparent from the subsequent description
and the accompanying drawings illustrating some preferred
embodiments.

An embodiment of the present invention is shown in
the Figures by way of example without being limited to
this particular embodiment.  In the drawings,

FIG. 1 is a partial sectional view of a cleaning de-
vice in which a shaving apparatus is received;

FIG. 2 is a front view of the cleaning device of
FIG. 1;

FIG. 3 is a top plan view of the cleaning device of
FIG. 2;

FIG. 4 is a schematic diagram depicting the individ-
ual cleaning stages as a function of time;

. . .

B000150

ρ    02 238.7-23
05818

- 12 -

FIG. 5 is a sectional view taken along the line B-B of FIG. 10;

FIG. 6 is a schematic representation of the fluid circuit of the cleaning device, in particular between the cradle structure, the filter means and the cleaning fluid container configured as a cartridge;

FIG. 7 is a view of the cleaning fluid container configured as a cartridge, with an integrally formed filter means according to FIG. 6;

FIG. 8 is a partial view of the fastening structure of the lower part of the filter means in the casing of the cleaning fluid container;

FIG. 9 is a top plan view of the cleaning fluid container of FIG. 7 configured as a cartridge and including locating means;

FIG. 10 is a sectional view of a drive mechanism for the impeller and the pump, including an overrunning device;

FIG. 11 is a sectional view taken along the line A-A of FIG. 10; and

FIG. 12 is a view of a further embodiment of a drive mechanism for the pump and the drying device.

Referring now to FIG. 1 of the drawings, there is shown an electric shaving apparatus or shaver 1 including a housing 2 and a shaving head 3 with an inner cutter, not shown in the drawings, the shaving head being pivotal relative to the housing 2 from the mid-position shown into opposite directions about a pivot axis.

...

B000151

02 238.7-23
05818

- 13 -

The shaving apparatus 1 is received in a casing 4 of a cleaning device 5.  The cleaning device 5 is comprised of a cleaning fluid container 6 containing a fat-dissolving cleaning fluid 40 and of a cradle structure 7 configured as a cleaning dish, a drying dish and a storage means.  Being slightly dished inwardly, the cradle 7 conforms approximately to the outer contour of the shaving head 3 of the shaving apparatus 1, and it holds only as much cleaning fluid as is necessary for the respective cleaning operation.

The cleaning device 5, in particular the wet portion thereof, that is, the cradle 7, is configured as a cleaning system open to atmosphere, whilst the cleaning fluid container 6 may be either open or, as will be subsequently described with reference to an embodiment (FIG. 7), partially or entirely closed.

With its shaving head 3 in an inverted position, the shaving apparatus 1 is seated in the upwardly open cradle 7 configured as wet portion.  During the cleaning cycle, cleaning fluid is continuously flushed through the cradle 7.  At a particular level of contamination, the cleaning fluid may be drained through a closable conduit 76, and fresh fluid may be substituted.

The cradle 7 includes an overflow device 26 which prevents the cleaning fluid in the cradle 7 from exceeding a defined level and ensures that only the shaving head 3 or the lower part of the shaving head is immersed in cleaning fluid.  Further, the bottom of the cradle 7 includes an outlet port 27 allowing the cleaning fluid with hair particles to be completely drained into the cleaning fluid container 6 through a hose member 20 permeable to fluid after the cleaning cycle is completed.

. . .

02 238.7-23
05818

- 14 -

However, the outlet port 27 is dimensioned such that the
cradle 7, when supplied with cleaning fluid from a pump
23 described in the following, rather than being allowed
to run empty, is at all times kept filled to the rim,
with excess cleaning fluid being mainly discharged over
the rim of the cradle 7 in the direction of the arrow,
collecting in the cleaning fluid container 6 underneath.
In this manner, a sufficient amount of cleaning fluid is
at all times available for the cleaning cycle.  Arranged
below the cradle 7 is a collecting dish 77 of an equally
concave configuration conforming to the cradle 7, which
dish is connected to the overflow device 26 or is a part
of said overflow device 26.  As becomes apparent from
FIG. 1, the shaving head 3 rests in the cradle 7 by means
of elastic supporting means 8  serving to avoid damage to
the shaving apparatus as it is placed down in the cradle
7 and to cushion the shaving apparatus during vibration.

Further, by means of a switching means 9 which may
be configured as a start button and is mounted in a
bracket 10, the shaving apparatus 1 (FIG. 1) is mechan-
ically and/or electrically interlocked.  The bracket 10
is fixedly connected with a wall mount 38 enabling the
complete cleaning device 5 with the shaving apparatus 1
to be mounted on a wall or, alternatively, to be kept in
a stand for storage.

The wall mount 38 and the bracket 10 open to the
right when viewing FIG. 1 as well as the cradle 7 with
the cleaning fluid container 6 combine to form the clean-
ing device 5 which is a unit of U-shaped cross-section.
The shaving apparatus 1 may continue to be stored in the
wall mount 38 also upon completion of the cleaning cycle,
because all cleaning fluid is drained from the wet

. . .

02 238.7-23
05818

- 15 -

portion or the cradle 7 after cleaning is terminated.
The shaving apparatus 1 may also remain in the wall mount
38 for recharging.  The cleaning device 5 is suitable for
utilization with any type of electric shaving apparatus.

The switching means 9 is arranged so as to be dis-
placeable in the direction of a longitudinal center line
11 of the shaving apparatus 1 and is connected, by means
of an electric control device 29, to timing elements
serving to control the cleaning cycle.

The switching means 9 has at its lower end two rela-
tively spaced contact means 12 for establishing contact
with or supplying current to the shaving apparatus 1,
which contact means, on depression of the switching means
9, cooperate with corresponding contact means of the
shaving apparatus 1.  In this manner, the shaving appara-
tus 1 can be set in operation when the switching means 9
is depressed and a power cord, not shown, of the cleaning
device 5 is connected to an electrical outlet.

Adjacent to the shaving apparatus 1 in the casing 4
of the cleaning device 5 is an electric motor 13 having
two electrical contact lugs 14 for connection to the
electricity supply.  Provided at the lower end of the
electric motor 13 is a motor output shaft 15 on which an
impeller or impeller wheel 16 is arranged serving in par-
ticular for drying the cleaned shaving head 3 of the
shaving apparatus 1 following termination of the cleaning
cycle of the shaving head 3 described in more detail in
the following.  The impeller 16 sits in an impeller cas-
ing 17 communicating through an opening 18 with the space
above the cradle 7, and it directs a continuous stream of
hot air heated by a heating means, not shown in the

...

B000154

P    02 238.7-23
                                                          05818

- 16 -

drawings, against the shaving head 3 to effect a drying
action following the cleaning operation.

As mentioned in the foregoing, the bracket 10 com-
bines with its vertically extending leg, a vertically ex-
tending leg of the wall mount 38 and the cradle 7 to form
the U-shaped casing 4 when viewing the cleaning device 5
from the side, in which casing the shaving apparatus 1 is
readily insertable from the side by imparting to it a
lateral tilting motion, to be kept therein for storage.

According to FIG. 1, the cradle 7 extends into the
cleaning fluid container 6 which is filled with cleaning
fluid to two thirds, maximum. Adjoining the underside of
the cradle 7 is a connection means 19 to which the porous
hose member 20 is fitted which is permeable to the fluid
entering the container 6 and prevents contaminants from
penetrating into the cleaning fluid container 6 and
settling at the bottom thereof. The connection means 19
may be of a porous configuration like the hose member 20,
allowing the passage of fluid therethrough to the con-
tainer 6.

The connection means 19 is fixedly connected with an
opening 91, the collecting dish 77 and the overflow de-
vice 26.

The cleaning fluid container 6 may be provided with
a fluid level indicating means 39 enabling the amount of
spent cleaning fluid to be monitored at all times.
According to FIG. 1, the fluid level indicating means 39
may be configured as a small viewing window. In lieu of
the viewing window, it is also possible to provide an
electronic indicating means comprising suitable sensors
indicating the fluid level or also the degree of

. . .

B000155

P    02 238.7-23
05818

- 17 -

contamination of the cleaning fluid 40.   For example,
when the fluid is contaminated to a degree which must not
be exceeded, this condition may be indicated by the
sensors, thus informing the operator of the need to drain
the cleaning fluid 40 through the conduit 76 for
replacement.   Depending on the embodiment, the sensors
may also be used for de-activating the electric control
electrodes,    thereby    automatically    interrupting    the
cleaning cycle and compelling the operator to replace the
cleaning fluid.

As becomes apparent from FIG. 2, the connection
means 19 is in communication with an intake connection
means 22 of the feed pump 23 which delivers the cleaning
fluid to a filter means 24 through a conduit 25.

To perform the cleaning cycle, the shaving apparatus
1 to be cleaned is introduced into the cleaning device 5
from the side and subsequently locked in place by the
switching means 9 which, initially occupying its upper
position, is for this purpose displaced downwards into a
second position until the two contact lugs engage the
contact means 12 provided in the shaving apparatus 1.
The shaving apparatus 1 is thereby interlocked electri-
cally and mechanically, allowing the operator to withdraw
the shaving apparatus 1 not until after the cleaning and
the subsequent drying cycle have been completed, cancel-
ing the interlock.

Operation of the switching means 9 causes the feed
pump 23 to be driven which then delivers cleaning fluid
40 to the cradle 7 and to the shaving head 3 for a pre-
determined period of time, the fluid dislodging all of
the hair dust 75 in the shaving head 3  (see segment 30
to 31 in FIG. 4).

. . .

B000156

P    02 238.7-23
05818

- 18 -

The cleaning fluid with the hair dust then passes
through the outlet port 27, the cradle 7 and the overflow
device 26 to the hose member 20 permeable to the fluid
flowing to the container 6, and onwards directly to the
feed pump 23 and back to the filter means 24.  As this
occurs, some of the fluid will, of course, also flow to
the cleaning fluid container 6 through the hose member
20.  This has the advantage that the cleaning fluid with
the complete hair dust 75 from the shaving apparatus 1 is
delivered in concentrated form to the filter means 24 in
which the cleaning fluid is completely cleaned.  The hose
member 20 thus ensures that hair particles can not enter
the cleaning fluid container 6 through the hose member 20
and that hair dust is not allowed to settle in the clean-
ing fluid container 6.

The feed pump 23 is permanently connected to the
cleaning fluid container 6 through the hose member 20
permeable to the fluid, as a result of which fluid is
supplied thereto at all times without air being drawn in,
not even when the pump is turned on at the start of a
cleaning cycle and the piping has drained its fluid to
the cleaning fluid container 6.  The cleaning fluid
cleaned in the filter means 24 is conveyed to the cradle
7 through an outlet connection means 37 of the filter
means 24.

FIG. 3 shows schematically in top plan view the ar-
rangement of the essential parts of the cleaning device 5
including, for example, the feed pump 23 and an associ-
ated motor 28 which is turned on by the switching means
9.  When viewing this Figure, there is shown to the right
of the bracket 10 supporting the shaving apparatus 1 the
electric control device 29 including timing elements, not

. . .

B000157

P    02 238.7-23
05818

- 19 -

shown, for controlling the individual stages of the
cleaning cycle. Further arranged in the area of the
bracket 10 is the motor 28 adapted to drive directly the
impeller 16 which is operatively associated with a heat-
ing means for heating the air used for drying the shaving
apparatus 1.

To be able to step the line voltage down to the
requisite operating voltage, the cleaning device 5 is
provided with a transformer 36.

FIG. 4 is a schematic diagram depicting the individ-
ual stages of the cleaning cycle as a function of time.
The individual segments between points 30 to 34 show the
individual cyclic stages of the cleaning device 5.

When, as initially mentioned, the switching means 9
is actuated at point 30 in FIG. 4 by downward displace-
ment (control button 9 depressed), this has the concur-
rent effect of causing oscillation of the inner cutters,
not shown, of the shaving apparatus 1, thereby producing
in the shaving head 3 a flow with partially occurring
cavitation which dislodges hair dust and grease particles
from the inner cutters of the shaving head completely.
Owing to the fluid being agitated, the fluid level in the
cradle 7 is temporarily increased, while at the same time
splashes are produced in the area of the shaving head 3
performing a thorough cleaning function on the shaving
head 3 as well as the inner cutters although the level of
the cleaning fluid reaches only part of the shaving head
3. Depending on the type of cleaning fluid utilized and
the degree of contamination of the shaving head, the
cleaning action lasts between 3 and 60 seconds (see seg-
ment a between points 30 and 31). When the shaving
apparatus 1 is not cleaned at regular intervals, the

. . .

B000158

P   02 238.7-23
                                                    05818

- 20 -

cleaning cycle (segment a between points 30 and 31) is
extended correspondingly.  To accomplish this, the clean-
ing device may be provided with a two-step switch not
shown in the drawings, the first step being intended for
a regular  cleaning cycle and the second step for an in-
tensive cleaning cycle.

On completion of the cleaning cycle, the feed pump
23 is automatically turned off at point 31 (end of the
cleaning cycle) of FIG. 4.  This then enables the clean-
ing fluid to be drained completely through the outlet
port 27, causing the wet portion or the cradle 7 to be
evacuated.  The level in the cleaning fluid container 6
rises a small amount.  The outlet port 27 may also be
closable by a valve, not shown in the drawings, which
opens automatically when point 31 is reached.  After
about 30 seconds, the cradle 7 is completely emptied (see
segment b between points 31 and 32, draining the cradle
7).

After the cradle 7 is drained at point 32, the shav-
ing head 3 continues oscillating for some time, shaking
off any cleaning fluid that may still adhere to the shav-
ing head 3.  After the set time has elapsed, the shaving
apparatus 1 is turned off, and the inner cutter of the
shaving head 3 stops moving at point 33 (end of the vi-
bratory cycle).  The turn-on and turn-off operations are
accomplished by means of an electromagnetic reed switch
95 shown schematically which, according to FIG. 1, is
accommodated in the housing 2 of the shaving apparatus 1.
When the reed switch 95 is opened automatically on com-
pletion of the vibratory cycle, operation of the shaving
apparatus 1 is also discontinued, initiating at point 33
the drying cycle described in the following (segment d).

. . .

B000159

P    02 238.7-23
05818

- 21 -

Being automatically inserted in the circuit at point
33, the impeller 16 is turned on with or without heating
means and driven by the electric motor 13, thus deliver-
ing dry air to the shaving head 3 for a predetermined
period of time (see segment d between points 33 and 34).
Then the interlock of the shaving apparatus 1 is de-
activated at the control button 9.

FIG. 6 shows schematically the fluid circuit of the
cleaning fluid 40.  The cleaning device 5 incorporates
the cradle 7 in which the shaving apparatus 1 is inserted
in an inverted position so that the shaving head 3 is at
least partially immersed in the cleaning fluid.

The cleaning device 5 further incorporates (FIG. 6)
the feed pump 23 and the motor 28 connected to a supply
of electricity through electrical lines and activatable
by the switching means 9.  The feed pump 23 is driven by
the motor 28 adapted to bear against supporting means in
the casing 4 of the cleaning device 5.

The shaft 43 projecting from the motor 28 drives the
pump 23 provided in a pump casing.

As becomes further apparent from FIG. 6, a collect-
ing reservoir 65 for receiving the cleaning fluid 40 is
provided which is smaller than the cleaning fluid con-
tainer 6 of the first embodiment.  The collecting reser-
voir 65 has a bottom 47 arranged at an inclination, for
example, at an angle of between 20° and 40° to prevent
hair particles from collecting at the bottom 47.  An in-
take connection means 48 of the feed pump 23 is attached
to the lower area of the bottom 47, so that the cleaning
fluid discharged over the overflow device 26 is conveyed,
through the collecting reservoir 65, the intake connec-

...

B000160

P    02 238.7-23
05818

- 22 -

tion means 48 of the feed pump 23 as well as a conduit
50, directly to the filter means 24 illustrated in
greater detail in FIGS. 7, 8 and 9.  The hair dust 55 75
collecting in the reservoir 65 is agitated in the clean-
ing fluid such that it is fed to the filter 24 and re-
tained thereby, rather than being allowed to settle at
the bottom 47 of the collecting reservoir 65.  The fil-
tered cleaning fluid is then circulated back to the
cradle 7 through a conduit 64.

A cleaning fluid container 61 which is configured as
a cartridge in FIG. 6 is provided with an outlet port 63
communicating with the cradle 7 through the conduit 64.
In this manner, the cleaning circuit is closed.

According to this embodiment (FIG. 6), the switching
means 9 activates the feed pump 23 configured as a vane-
type pump drawing air at the beginning of the cleaning
cycle and forcing this air through the conduit 50 into
the cleaning fluid container 61 so that the cleaning
fluid flows from the cleaning fluid container 61 through
the outlet port 63 and the conduit 64 to the drained
cradle 7, refilling it until the cleaning fluid is dis-
charged to the collecting reservoir 65 over the overflow
device 26.  Part of the fluid is continuously drained
through the outlet port 27.  Considering, however, that
the feed pump 23 delivers more fluid to the cradle 7 than
can be drained through the outlet port 27, it is ensured
that during the cleaning cycle the cradle 7 remains
filled with fluid to the level of the overflow device 26.

The container 61 inlet and outlet ports 62, 63 shown
in FIG. 7 may also be provided at a bottom 67 of the con-
tainer 61, enabling the container 61 to be connected to
suitable conduits from above.  It is thereby achieved

. . .

B000161

P    02 238.7-23
05818

- 23 -

that a permanent flow of cleaning fluid is delivered from
the container 61 to the intake of the pump 23, causing
the pump to be under permanent fluid pressure which en-
sures that the pump draws only cleaning fluid, rather
than air, when put into operation.

The container 61 or cartridge shown in FIGS. 7 to 9
is comprised of a cylindrical can structure 101 having a
bottom 67 and a lid 72 in which the inlet port 62 and the
outlet port 63 as well as the filter means 24 are pro-
vided.

The lid 72 is sealed relative to the upper rim of
the container 61 by hemming such as to prevent it from
being pulled off the can structure 101. The conduit 50
arriving from the pump 23 is connected to the inlet port
62, while the conduit 64 leading to the cradle 7 is con-
nected to the outlet port 63. Quick-release coupling
members, not shown in the drawings, may be provided in
the area of the inlet and outlet ports 62, 63 to allow
ready replacement of the cleaning fluid container 61 when
it is necessary to renew the cleaning fluid or when the
filter means 24 provided in the cleaning fluid container
61 has become clogged.

The degree of contamination or the hair dust 75 re-
tained in the filter means 24 may be determined by means
of an indicating device not shown in the drawings. The
indicating device may include a pressure sensor and a
telltale light indicating the degree of contamination or
the pressure status. When the filter means 24 is no
longer usable, the cleaning fluid container 61 is de-
tached from the conduits 50, 64, and a new one is substi-
tuted.

. . .

B000162