P    02 238.7-23
05818

- 24 -

In the embodiment of FIGS. 7 to 9, the filter means
24 is configured as a cylindrical paper filter arranged
coaxially in the casing 101.

According to FIG. 8, the filter means 24 is forced
with a lower end 70 thereof into engagement with an annu-
lar groove 68 provided at the bottom 67 of the can struc-
ture 101 coaxially with the can structure 101.  The annu-
lar groove 68 is comprised of two relatively spaced
parallel annular walls or hem flanges 69, 71 projecting
from the bottom 67 so that the lower end 70 of the filter
means 24 is clampingly engaged within the annular groove
68.  The filter means 24 forms a first chamber receiving
the hair dust, while the remaining part of the casing
forms a second chamber for holding cleaned fluid.

As becomes apparent from FIG. 9, the upper lid 72 of
the can 101 of the container 61 includes four relatively
spaced locating means 73 arranged in cross shape and
serving to locate the filter means in coaxial alignment
within the cleaning fluid container 61.

The lid 72 (FIGS. 7, 9) further includes a foil 74
which is pierced by the conduits 50, 64 as the container
61 is inserted in the casing 4, thereby establishing the
coupling engagement with the inlet and outlet ports 62
and 63, respectively.  Conveniently, the two conduits 50,
64 may be provided with a sharp edge or tip 103 at their
respective ends to facilitate piercing of the foil seal-
ing the ports 62, 63.  It is also possible to seal the
ports 62, 63 by means of a pull-off strap under which
sealing members capable of being pierced may be provided
into which the conduits 50, 64 are inserted.

...

B000163

P    02 238.7-23
05818

- 25 -

FIGS. 5, 10 and 11 illustrate a mechanism 78 for driving the impeller 16 and the feed pump 23. Since it is not desirable to drive the feed pump 23 and the impeller 16 at the same time, they may be driven selectively by the single motor 28. The drive mechanism 78 which also includes the motor 28 is provided with a device reversing the direction of rotation which includes one (FIG. 12) or, according to FIGS. 5 and 11, two overrunning devices 104, one driving the impeller 16 in a clockwise direction, the other driving the feed pump 23 in a direction opposite thereto.

The device reversing the direction of rotation, together with the upper and the lower overrunning device 104, is seated on a motor output shaft 79 of the motor 28 on which also the impeller 16 is arranged. The overrunning device 104 may be provided with a clamp-type locking mechanism including for this purpose a one-way coupling with self-locking frictional engagement. Further, clamping rollers or clamping plates may be provided as coupling means. In the embodiment of FIGS. 11 and 12, the overrunning devices 104 are comprised of internal gear rings 105, 106 having an upper and a lower tooth flank 86. The two internal gear rings 105, 106 are mounted on the motor output shaft 79 so as to rotate freely. The motor output shaft 79 drives a driving flange 81 which includes two diametrically opposite pawl axles 82 receiving each an upper and a lower crescent-shaped pawl 83, 90. The pawls 83, 90 include each two lever arms 108, 109 of different length (FIG. 11), with the longer lever arm 108 being guided in a slotted hole 88 by means of a pin 96, while the other lever arm 109 bears against a spring 84. FIGS. 5 and 11 show each one slotted hole 88.

. . .

B000164

P    02 238.7-23
05818

- 26 -

The pawl 83 (FIG. 11) is pivotal on the pawl axle 82
in the direction of the inner periphery of the impeller
16 between a position shown in solid lines and a position
shown in broken lines by means of the spring 84 bent
twice in V-shape.  The spring 84 includes a U-shaped mem-
ber 110 by means of which it is seated on a hub 97 of the
driving flange 81.  The U-shaped member 110 is formed of
two legs 111 which, each in combination with a further
adjoining leg 112, form a double V.

In the position illustrated in FIG. 11, the two
pawls 83 have an outer end 85 thereof in engagement with
the tooth flanks 86 of the gear ring 105 connected to the
impeller 16, thus establishing a driving relationship, in
a clockwise direction, of the motor 28 to the impeller
16.  The legs 112 of the spring 84 urge, through an abut-
ment means, the end 85 of the lever arm 108 into engage-
ment with the tooth flank 86.

When the motor output shaft 79 is driven in a coun-
terclockwise direction, the pawls 83 are first urged out-
wardly by the tooth flanks 86 and then, at a minimum
rotational frequency, are pivoted on the pawl axle 82
outwardly in a clockwise direction in opposition to the
action of the spring 84 owing to their eccentric arrange-
ment on the pawl axle 82, until they engage a stop 89 of
the slotted hole 88.  This is accomplished in that the
weight component of the lever arm 108 is greater than
that of the other lever arm 109 of the pawl 83 relative
to the pawl axle 82.  As a result, the impeller 16 is
disengaged from the motor output shaft 79.  This position
is maintained until the centrifugal moment has diminished
due to a reduced rotational frequency to a level at which
the spring moment prevails and the pawls 83 return to

. . .

B000165

P    02 238.7-23
05818

- 27 -

their engaged positions according to FIG. 11 (see the
position of pawl 83 shown in solid lines).

By driving the motor output shaft 79 in a manner
similar to the mode of operation of FIG. 11, yet in a
counterclockwise direction, two further pawls 90 arranged
below the driving flange 81 are then equally pivoted on
the pawl axles 82 by means of the spring 84, their ends
85 engaging the tooth flanks 86, so that the pump 23 is
operated by the same motor 28 and by a hollow shaft 107
disposed on the motor output shaft 79, whereas the two
upper pawls 83 are maintained disengaged. At the begin-
ning of the cleaning operation, only the pump 23 is
driven according to FIG. 11, and the impeller 16 is re-
leased according to FIG. 5.

The two lower pawls 90 do not leave their engaged
positions, thereby canceling the driving relationship of
the motor 28 to the feed pump 23, until the direction of
rotation of the motor 28 is changed. Because the outer
ends of the pawls 83, 90 do not slip over the tooth
flanks 86, noise and wear are prevented from occurring
with the pawls 83, 90 running freely.

Owing to the advantageous driving relationship for
selectively driving the feed pump 23 and the impeller 16,
the requirement of having to provide a second drive motor
for driving feed pump 23 and impeller 16 separately is
obviated, so that cost savings may be realized.

The motor 28 and the impeller 16 as well as the pump
23 not shown in FIGS. 5, 10 and 11 and, if desired, the
cleaning fluid container 61 may be arranged vertically on
a common axis, which enables the number of gear parts be-
tween the motor 28, the pump 23 and the impeller 16 to be

...

P    02 238.7-23
05818

- 28 -

reduced to a minimum and, in consequence, allows the cas-
ing 4 of the cleaning device 5 to be built to smaller
dimensions (see FIG. 12).

A further embodiment of a drive mechanism for the
pump 23 and the drying device incorporating the impeller
16 is illustrated in FIG. 12.

In this embodiment, an overrunning arrangement 78
similar to the overrunning device of FIG. 11 comprises
only two pawls 83 or some other coupling means. The
coupling means establish a driving relationship between
the motor 13 and the pump 23 or prevent the pump 23 from
following the motor 13 in rotation when its direction of
rotation is reversed. It will be understood that an
overrunning arrangement configured in a manner different
from the one shown in FIG. 11 may also be utilized.

When the overrunning arrangement establishes a driv-
ing connection between the motor 13 - rotating, for
example, in a counterclockwise direction - and the pump
23, the pump 23 is driven jointly with the impeller 16,
and the pump 23 is in a position to direct cleaning fluid
to the cradle 7.

The impeller 16 is prevented from drawing air from
the cradle 7 because a louvered shutter 149 provided in
the opening 18 remains closed as a result of the vacuum
produced by the impeller 16.

Because of the very simple configuration of the
overrunning arrangement, the electric motor 13 invariably
drives the impeller 16 in either direction, so that with
the motor 13 driven in a clockwise direction the air
stream produced by the impeller 16 opens the louvered

. . .

⸞      02 238.7-23
                                                        05818

- 29 -

shutter 149 provided in the opening 18, feeding air to the shaving head 3 for drying.

When the motor 13 is driven in a counterclockwise direction, the stream of air produced by the then equally driven impeller 16 generates a vacuum in the area of the opening 18, causing the louvered shutter 149 to be closed again or to remain closed.

B000168

02 238.7-23
05818

- 30 -

Patent Claims

1.   A cleaning device (5), with a cradle structure
(7) receiving the shaving head (3) of a shaving appara-
tus, as well as at least one cleaning fluid container (6,
61) and  a device (23) adapted to be driven by a motor
(28) for feeding the cleaning fluid, **characterized in
that** the cradle structure (7) is arranged above the fluid
level of the cleaning fluid, that the cradle structure
(7) is adapted to be supplied with cleaning fluid from
the cleaning fluid container (6) for the duration of the
cleaning operation of the shaving head, and that the
cradle structure (7) is connected with the cleaning fluid
container (6, 61) through an overflow device (26) and/or
at least one outlet port (27).

2.   A device as claimed in claim 1, **characterized
in that** the device includes an electric arrangement for
temporarily operating the shaving head (3) of the shaving
apparatus (1) as well as the feed device (23).

3.   A device as claimed in claim 1 or claim 2,
**characterized in that** a drying device (16) is arranged in
the device.

4.   A device as claimed in claim 3, **characterized
in that** the drying device (16) is associated with the
cradle structure (7) and is adapted to be activated by
the electric arrangement after the cleaning fluid has
been drained from the cradle structure (7).

5.   A device as claimed in any one of the preceding
claims, **characterized in that** the drying device is formed
of an impeller (16) adapted to be driven.

. . .

B000169

02 238.7-23
05818

- 31 -

6. A device as claimed in any one of the preceding claims, **characterized in that** the drying device is formed of an impeller (16) adapted to be driven and a heating means.

7. A device as claimed in any one of the preceding claims, **characterized in that** the cradle structure (7) is configured in the manner of a dish.

8. A device as claimed in any one of the preceding claims, **characterized in that** at least the cradle structure (7) and/or the cleaning fluid container (6) are permanently open towards the outside, that is, to atmosphere.

9. A device as claimed in any one of the preceding claims, **characterized in that** the area of cross-section of the outlet port (27) in the cradle structure (7) is dimensioned such that during the cleaning operation the amount of cleaning fluid drained through the outlet port (27) is smaller than the amount of cleaning fluid supplied to the cradle structure (7) through the feed device (23).

10. A device as claimed in one or several of the preceding claims, **characterized** in that a hose member (20) permeable to the cleaning fluid is provided between the overflow device (26) and the cleaning fluid container (6).

11. A device as claimed in claim 9, **characterized in that** a collecting dish (77) is provided underneath the cradle structure (7), said dish having an outlet opening (91) connecting with a filter means (24).

. . .

B000170

P   02 238.7-23
05818

- 32 -

12.  A device as claimed in any one of the claims 10
or 11, **characterized in that** the filter means is com-
prised of a connection means (19) to which the hose mem-
ber (20) permeable to the fluid is fitted.

13.  A device as claimed in any one of the claims 10
to 12, **characterized in that** the hose member (20) is im-
mersed in the cleaning fluid (40) held in the cleaning
fluid container (6).

14.  A device as claimed in any one of the claims 9
to 13, **characterized in that** the connection means (19) is
directly or indirectly connected to the suction side of
the feed device (23), its delivery side being in communi-
cation with a filter means (24) through a conduit (25).

15.  A device as claimed in any one of the claims 9
to 14, **characterized in that** the filter means (24) is
connected to the cradle structure (7) by means of an out-
let connection means (37), and that an outlet port (27)
provided in the cradle structure (7) is connected to the
cleaning fluid container (6).

16.  A device as claimed in one or several of the
preceding claims, **characterized in that** the shaving appa-
ratus (1) is insertable into a supporting structure con-
figured as a bracket (10) and is mechanically and/or
electrically interlockable by a switching means (9).

17.  A device as claimed in one or several of the
preceding claims, **characterized in that** the switching
means (9) for mechanically and/or electrically interlock-
ing the shaving apparatus (1) is movable against the
force of a spring from an "Off" position or unlockable

...

B000171

02 238.7-23
05818

- 33 -

position into at least one position interlocking the
shaving apparatus (1).

18.  A device as claimed in one or several of the
preceding claims, characterized in that the "On" position
for electrically activating the shaving apparatus (1)
also serves for activation of the cleaning device (5).

19.  A device as claimed in one or several of the
preceding claims, characterized in that the switching
means (9) is adapted to be connected to an electric con-
trol circuit which activates the cleaning device for a
predetermined or programmable period of time.

20.  A device as claimed in one or several of the
preceding claims, characterized in that, following clean-
ing of the shaving head, the drying device of the shaving
apparatus (1) is additionally activated for a predeter-
mined or programmable period of time.

21.  A device as claimed in one or several of the
preceding claims, characterized in that the electric con-
trol circuit activatable by the switching means (9) is
utilizable for the control of the various operating
stages of the cleaning device (5).

22.  A device as claimed in one or several of the
preceding claims, characterized in that the electric con-
trol circuit activatable by the switching means (9) is
adapted to be de-energized for the control of the clean-
ing and drying cycle, cancels the electrical and/or
mechanical interlock and/or terminates the charging cycle
of the shaving apparatus (1).

add
02
C5

P    02 238.7-23
05818

- 34 -

Abstract of the Disclosure

    The invention is directed to a cleaning device 5,
with a cradle structure 7 receiving the shaving head 3 of
a shaving apparatus 1, as well as at least one cleaning
fluid container 6, 61 and  a device adapted to be driven
by a motor 28 for feeding the cleaning fluid, wherein the
cradle structure 7 receiving the shaving head 3 is ar-
ranged separately from the cleaning fluid container 6 and
is supplied with cleaning fluid from the container.

(FIG. 1)

05 Dec 94/BR.

B000173

PRINT O RAWNGS
AS ORIGINAL TLED

US/376840

134
116

# Fig.1



B000174





Fig. 2

Fig. 3

B000175

PRINT OF DRAWINGS
AS ORIGINAL FILED

08/376849



Fig. 4

Startknopf 9
gedrückt

B000176



PRINT OF DRAWINGS AS ORIGINALLY FILED

08/376849

## Fig. 6



PRINT O   RAWINGS
AS ORIGI   Y FILED

08/376849



Fig. 7

Fig. 8



Fig. 9

B000178

PRINTED DRAWINGS
AS ORIGINALLY FILED

08/376849



Fig. 10



Fig.11

Fig.5

B000180



00/376849

Fig.12



B000181



## BIRGIT HUBATSCH

staatl. gepr. Übersetzerin für Englisch (BDÜ)
allgem. vereidigt für Gerichte und Notare im Lande Hessen

Elisabethenstraße 33a  .  D-64390 Erzhausen  .  Telefon/Telefax  (06150) 7438

05818

IN  THE  MATTER OF
German Patent Application
Serial No. P 44 02 238.7-23
Braun Aktiengesellschaft


### DECLARATION


I,  Birgit  Hubatsch,  of  Elisabethenstr.  33a,  D-64390
Erzhausen, Federal Republic of Germany, hereby declare that I
am conversant with the English and German languages and am a
competent translator thereof, duly sworn for the Law Courts
and Public Notaries of Land Hesse.  I also declare that I am
the translator of the documents attached and certify that the
following is a true and accurate translation from the German
original  into  the  English  language  to  the  best  of  my
knowledge and belief.


Dated this 5th day of December 1994


Birgit  Hubatsch
Sworn Translator

B000182



B**¬**UN    00/376849

Braun Aktiengesellschaft

05818/PT2/Hi
20.01.1994

Reinigungsvorrichtung für den Scherkopf eines Trockenra-
sierers

Die Erfindung bezieht sich auf eine Reinigungsvorrichtung
mit einem Aufnahmeteil für den Scherkopf eines Rasier-
apparats, sowie wenigstens einem Reinigungsflüssigkeits-
behälter und einer von einem Motor antreibbaren Förder-
einrichtung für die Reinigungsflüssigkeit.

Es ist bereits aus der US-PS 3,172,416 eine Reinigungs-
vorrichtung für den Scherkopf eines Trockenrasierers
bekannt, die aus einem Reinigungsgehäuse besteht, in dem
im oberen Bereich ein Aufnahmeteil für den Scherkopf
eines Rasierapparats vorgesehen ist. Die einzelnen Bau-
teile des Scherkopfs werden nach einem ersten Ausfüh-
rungsbeispiel durch einen Luftstrom gereinigt, der über
ein Propellergebläse und Filterelemente dem Scherkopf
kontinuierlich zugeführt wird. Ist der Scherkopf jedoch
stark verschmutzt und weist beispielsweise Talg bzw.
Fettreste auf, so läßt sich eine Reinigung des Scherkopfs
mittels eines Luftstroms nicht in gewünschtem Maße erzie-
len. Das gesamte Gehäuse der Reinigungsvorrichtung, die
von Luft durchspült wird, muß zur Atmosphäre hin gut
abgedichtet sein, damit der aufgewirbelte Haarstaub nicht
nach außen dringen kann.

Das gleiche gilt auch für die Reinigungsvorrichtung nach
einem anderen Ausführungsbeispiel (US-PS 3,172,416),
wonach die Reinigung des Scherkopfs über eine Reinigungs-
flüssigkeit erfolgt, die hierzu über im Gehäuse vorgese-
hene Strömungskanäle geleitet wird. Der Scherkopf sitzt
für die gesamte Reinigungsdauer in einem im oberen Teil
des Gehäuses vorgesehenen Aufnahmeteil, das ständig bis

...

Braun Form 10 407/1-8/86

B000183

Br⌐un

**Braun Aktiengesellschaft**

- 2 -                                              05818/PT2/Hi
                                                   20.01.1994

oben hin mit Reinigungsflüssigkeit befüllt ist, und von
dieser durchströmt wird. Hierzu ist im Gehäuse eine För-
derpumpe vorgesehen. Da die Reinigungsflüssigkeit während
des Reinigungsprozesses nicht gefiltert wird, gelangen
immer wieder Haarreste zum Aufnahmeteil und dadurch in
den Scherkopfbereich, so daß durch diesen Reinigungsvor-
gang ebenfalls keine zufriedenstellenden Reinigungsresul-
tate erzielt werden, zumal nach Abstellen der Förderein-
richtung Reinigungsflüssigkeit mit Haarresten im Aufnah-
meteil zurückbleibt und dadurch nicht vollständig aus dem
Scherkopf entfernt werden kann. Ist der Reinigungsvorgang
beendet, so muß der Rasierapparat aus dem Aufnahmeteil
herausgenommen werden, damit der Scherkopf abtropfen und
erst dann an der Luft trocknen kann. Dabei bleiben die
durch die Reinigungsflüssigkeit mitbeförderten Haarreste
an den Bauteilen des Scherkopfs haften, so daß letztlich
keine vollständige Reinigung des Scherkopfs erzielt wird.
Die im unteren Teil des Gehäuses vorgesehene Kammer zur
Aufnahme der Reinigungsflüssigkeit und der Schmutzparti-
kel muß während des Umwälzvorgangs der Reinigungsflüssig-
keit so verschlossen bleiben, daß die sich bereits abge-
setzten Schmutzpartikel nicht wieder aufgewirbelt werden.
Trotzdem kann nicht verhindert werden, daß bei der Zirku-
lation der Reinigungsflüssigkeit ständig ungefilterte
Reinigungsflüssigkeit zum Scherkopf gelangt.

Ferner ist es nachteilig, daß der Rasierapparat nur wäh-
rend des Reinigungsvorgangs im Aufnahmeteil der Reini-
gungsvorrichtung aufgenommen werden kann. Anschließend
muß der Rasierapparat entnommen werden und wird dann
oberhalb des Aufnahmeteils auf einer Abtropffläche sepa-
rat abgestellt.

. . .

Braun Form 10.407/1-8/86

ᴮ⁻ᑫᵁn

Braun Aktiengesellschaft

- 3 -                                      05818/PT2/Hi
                                           20.01.1994

Demgemäß besteht die Erfindungsaufgabe darin, die Reini-
gungsvorrichtung zu verbessern.

Gelöst wird die Aufgabe erfindungsgemäß dadurch, daß das
Aufnahmeteil für den Scherkopf getrennt vom Reinigungs-
flüssigkeitsbehälter angeordnet ist und zur Reinigung mit
Reinigungsflüssigkeit aus dem Vorratsbehälter versorgt
wird.

Durch die Förderpumpe läßt sich die Reinigungsflüssigkeit
kontinuierlich so lange dem im getrennten Aufnahmeteil
aufgenommenen Scherkopf zuführen, bis eine vollständige
Reinigung des Scherkopfs erfolgt ist. Danach kann die
Förderpumpe der Reinigungsvorrichtung abgeschaltet werden
und nach Entfernen der Reinigungsflüssigkeit aus dem Auf-
nahmeteil der Scherkopf im Aufnahmeteil getrocknet wer-
den.

Hierzu ist vorteilhaft, daß das Aufnahmeteil als Aufbe-
wahrungsvorrichtung für den Rasierapparat ausgebildet
ist, der eine elektrische Einrichtung für die Inbetrieb-
nahme des Rasierapparats und der Reinigungsvorrichtung
oder des Rasierapparats, der Reinigungsvorrichtung und
einer Lufttrockenvorrichtung zugeordnet ist. Der Rasier-
apparat braucht also nicht wie bisher aus dem Aufnahme-
teil entfernt zu werden, sondern er kann auch in diesem
getrocknet und anschließend aufbewahrt werden. Hierzu ist
das Aufnahmeteil als Reinigungswanne, Trockenwanne
und/oder Aufbewahrungsvorrichtung ausgebildet und/oder in
der Reinigungsvorrichtung vorgesehen.

Ferner ist es vorteilhaft, daß das Aufnahmeteil bzw. der
Scherkopf für eine bestimmte Zeitperiode über die Förder-

                                              ...

Braun Form 10.4077.9/88

B000185

BP<sup>n</sup>UN

**Braun Aktiengesellschaft**

- 4 -                                            05818/PT2/Hi
                                                 20.01.1994

pumpe aus dem Reinigungsflüssigkeitsbehälter mit Reini-
gungsflüssigkeit versorgbar ist, und daß das Aufnahmeteil
danach für den Trockenprozeß zur Verfügung steht, ohne
den Rasierapparat aus dem Reinigungsgerät herausnehmen zu
müssen.

Vorteilhaft ist es auch, daß dem Aufnahmeteil zur Auf-
nahme des Scherkopfs eine vom Aufnahmeteil getrennte
Lufttrockenvorrichtung zugeordnet ist, die über eine
elektrische Einrichtung dann aktivierbar ist, wenn die
Reinigungsflüssigkeit aus dem Aufnahmeteil in den Reini-
gungsflüssigkeitsbehälter abgeleitet ist.

Ferner ist es vorteilhaft, daß das Aufnahmeteil außerhalb
der Reinigungsflüssigkeit und/oder oberhalb des Flüssig-
keitsspiegels der im Reinigungsflüssigkeitsbehälter vor-
gesehenen Reinigungsflüssigkeit angeordnet ist und zu-
mindest das Aufnahmeteil und/oder der Reinigungsflüssig-
keitsbehälter nach außen bzw. zur Atmosphäre hin ständig
geöffnet ist. Hierdurch läßt sich der Rasierapparat ohne
Aufwand in das Aufnahmeteil einsetzen und wieder heraus-
nehmen, ohne daß irgendwelche, das Aufnahmeteil ver-
schließende Teile verwendet werden müssen. Ferner kann
auf eine aufwendige Abdichtung verzichtet werden, so daß
eine kostengünstige Reinigungsvorrichtung gebaut werden
kann, die wesentlich bedienungsfreundlicher ist als das
bisher bekannte Reinigungssystem.

Vorteilhaft ist es auch, daß das Aufnahmeteil mit einer
Überlaufeinrichtung und/oder mit mindestens einer Auslaß-
öffnung ausgestattet ist, über die Reinigungsflüssigkeit
zu einem Reinigungsflüssigkeitsbehälter geleitet werden
kann und der Querschnitt der Auslaßöffnung im Aufnahme-

                                                    ...

Braun Form 10 40/71-8/88

B⌐9un

**Braun Aktiengesellschaft**

- 5 -                                            05818/PT2/Hi
                                                 20.01.1994

teil so bemessen ist, daß während des Reinigungsvorgangs
weniger Reinigungsflüssigkeit durch die Auslaßöffnung
abfließt, als über die Förderpumpe dem Aufnahmeteil zu-
geführt wird. Durch die Überlaufeinrichtung, die Bestand-
teil des Aufnahmeteils ist, wird sichergestellt, daß das
Aufnahmeteil ständig mit ausreichender Reinigungsflüssig-
keit, d. h. bis zum oberen Randbereich des Aufnahmeteils,
gefüllt bleibt.

Die Reinigung wird durch die oszillierende Bewegung des
Scherkopfs unterstützt. Dadurch kann im Reinigungsvorgang
zeitweise eine Kavitation und auch eine mechanische
und/oder strömungstechnisch bedingte Reinigung erfolgen.
Die oszillierende Bewegung des Scherkopfs bewirkt, daß
Reinigungsflüssigkeit hochspritzt und in alle Bereiche
des Scherkopfs dringt. Dabei kann ein Teil der aufgewühl-
ten Flüssigkeit über die Überlaufeinrichtung abfließen
und dem Reinigungskreislauf wieder zugeführt werden, ohne
daß die Flüssigkeit nach außen gelangt.

Wird nach Beendigung des Reinigungsprozesses die Förder-
pumpe zur Weiterbewegung der Reinigungsflüssigkeit abge-
stellt, so kann die Reinigungsflüssigkeit sofort über die
im Aufnahmeteil vorgesehene Auslaßöffnung abfließen und
automatisch der Trockenvorgang für den Scherkopf einset-
zen.

Gemäß einer bevorzugten Ausführungsform der erfindungs-
gemäßen Lösung ist schließlich vorgesehen, daß zwischen
der Überlaufeinrichtung und dem Reinigungsflüssigkeits-
behälter ein die Reinigungsflüssigkeit durchlassendes
Schlauchteil vorgesehen ist. Durch das Schlauchteil wird

...

Braun Form 10.407/1-8/86

BrᐟUn

**Braun Aktiengesellschaft**

- 6 -                                    05818/PT2/Hi
                                         20.01.1994

sichergestellt, daß dem Reinigungsflüssigkeitsbehälter
kein Haarstaub zugeleitet wird und sich dort absetzt.

Von besonderer Bedeutung ist für die vorliegende Erfin-
dung, daß unterhalb des dem Scherkopf angepaßten Aufnah-
meteils eine Auffangwanne vorgesehen ist, die zum An-
schluß der Filtereinrichtung mit einer Auslaßöffnung
versehen ist, und daß die Filtereinrichtung aus einem
Stutzen besteht, auf den ein die Flüssigkeit zum Vorrats-
behälter durchlassendes Schlauchteil aufgezogen ist, das
in die im Reinigungsflüssigkeitsbehälter vorgesehene
Reinigungsflüssigkeit eingetaucht ist.

Durch die Überlaufeinrichtung wird, wie bereits erwähnt,
das Aufnahmeteil bis zum oberen Rand stets mit Reini-
gungsflüssigkeit gefüllt. Überschüssige Reinigungsflüs-
sigkeit kann dann ohne weiteres über die Überlaufeinrich-
tung in die unterhalb des Aufnahmeteils vorgesehene Auf-
fangwanne geleitet werden, die mit dem entsprechenden
Stutzen in Verbindung steht. Der Stutzen mit dem
Schlauchteil ragt dabei ständig in die im Reinigungsflüs-
sigkeitsbehälter vorgesehene Reinigungsflüssigkeit. Das
Schlauchteil stellt dabei sicher, daß sich kein Schmutz
im Reinigungsflüssigkeitsbehälter ansammelt, und daß zu
Beginn des Reinigungsvorgangs die Pumpe über das
Schlauchteil Flüssigkeit aus dem Vorratsbehälter ansaugen
kann.

Vorteilhaft ist es, daß der Stutzen mittel- oder unmit-
telbar mit der Einlaßseite der Förderpumpe verbunden ist,
deren Auslaßseite über eine Leitung mit einem Filter in
Verbindung steht. Wird zu Beginn des Reinigungsprozesses
die Pumpe eingeschaltet, so saugt sie keine Luft, da der

                                                    ...

Braun Form B.407/1-8/66

Br^un

Braun Aktiengesellschaft

- 7 -                                         05818/PT2/Hi
                                              20.01.1994


Schlauch ständig in der Flüssigkeit eingetaucht ist.
Vorteilhaft ist es auch, daß der Filter über einen Aus-
laßstutzen mit dem Aufnahmeteil und eine im Aufnahmeteil
vorgesehene Auslaßöffnung mit dem Reinigungsflüssigkeits-
behälter verbunden ist.

Die über die Förderpumpe angesaugte Reinigungsflüssigkeit
aus dem Reinigungsflüssigkeitsbehälter gelangt, wie be-
reits erwähnt, über den Stutzen und das Schlauchteil zur
Einlaßseite der Förderpumpe und über die Auslaßleitung
und ggf. über eine weitere Leitung zu dem Filter, der
wiederum mit dem Aufnahmeteil der Reinigungsvorrichtung
in Verbindung steht. Hierdurch wird der Reinigungskreis-
lauf für die Reinigungsflüssigkeit geschlossen.

Ferner ist es vorteilhaft, daß der Rasierapparat in eine
als Galgen ausgebildete Halterung bzw. in einen Wandhal-
ter einsetzbar und über ein Schaltelement mechanisch
und/oder elektrisch verriegelbar ist. Durch die vorteil-
hafte Ausbildung dieser Halterung läßt sich der Rasier-
apparat einwandfrei und gut geschützt unbegrenzt lange in
der Reinigungsvorrichtung deponieren und für den Reini-
gungsvorgang mechanisch sowie elektrisch in der Halterung
arretieren, so daß nach Betätigung des Schaltelements der
Rasierapparat nicht mehr entnommen werden kann, sondern
erst dann, wenn der Reinigungs- und Trockenvorgang voll-
ständig abgeschlossen ist und der Rasierapparat zur Rasur
benötigt wird. Dies wird durch die vorteilhafte Trennung
von Aufnahmeteil und Reinigungsflüssigkeitsbehälter mög-
lich, da sich nach Beendigung der Reinigung im Aufnahme-
teil keine Reinigungsflüssigkeit halten kann.

Hierzu ist es vorteilhaft, daß das Schaltelement zur

                                                      ...

Braun Form Nr. 407/1-9/86

Bᵣᑫᵤ�∩

Braun Aktiengesellschaft

- 8 -                                05818/PT2/Hi
                                     20.01.1994


mechanischen und/oder elektrischen Verriegelung des Ra-
sierapparats gegen die Stellkraft einer Feder aus einer
"Aus"-Stellung bzw. entriegelbaren Stellung in mindestens
eine den Rasierapparat verriegelnde Stellung bringbar
ist, die auch der "Ein"-Stellung zur elektrischen Akti-
vierung des Rasierapparats entspricht, und daß die "Ein"-
Stellung zur elektrischen Aktivierung des Rasierapparats
auch zur Aktivierung der Reinigungsvorrichtung dient.

Vorteilhaft ist es außerdem, daß die "Ein"-Stellung zur
elektrischen Aktivierung einer Laderegelung, insbesondere
einer Laderegelung einer Ladevorrichtung im Rasierappa-
rat, dient, und daß das Schaltelement mit einem elektri-
schen Steuerkreis verbindbar ist, der für eine bestimmte
bzw. programmierbare Zeitdauer die Reinigungsvorrichtung
einschaltet und nach der Reinigung des Scherkopfs für
eine bestimmte bzw. programmierbare Zeitdauer die Trok-
kenvorrichtung des Rasierapparats zugeschaltet wird.

Ist der Reinigungs- und Trockenvorgang für den Scherkopf
des Rasierapparats abgeschlossen, so wird über ein ent-
sprechendes Zeitschaltglied die mechanische bzw. elek-
trische Verriegelung des Rasierapparats aufgehoben, und
dieser kann, wenn es gewünscht wird, aus der Halterung
der Reinigungsvorrichtung entnommen werden. Solange je-
doch der Rasierapparat entweder als Netz- oder als Akku-
version eingesetzt werden soll, kann er in dem vorteil-
haft ausgebildeten Aufnahmeteil abgestellt bleiben, da
dieses nach Abschluß des Reinigungsvorgangs trocken
bleibt.

Die Reinigungsvorrichtung ist für alle elektrischen Ra-
sierapparate ausgelegt. Wird z. B. ein Rasierapparat für

                                              ...

Braun Form 10.407/1-8/86

B000190

BP⁷UN

Braun Aktiengesellschaft

- 9 -                                    05818/PT2/Hi
                                         20.01.1994

Akkubetrieb in der Halterung aufgenommen, so kann er
ebenfalls dort verbleiben und nachgeladen werden, wenn er
sich durch längeren Nicht-Gebrauch entladen haben sollte.

Durch die vorteilhafte Ausbildung der Reinigungsvorrich-
tung in Verbindung mit einer Aufbewahrungseinrichtung
erhält man ein sehr kompaktes Gerät, mit dem der Rasier-
apparat in sehr kurzer Zeit gereinigt, getrocknet gegebe-
nenfalls aufgeladen und, falls gewünscht, deponiert wer-
den kann.

Hierzu ist es vorteilhaft, daß der über das Schaltelement
aktivierbare elektrische Steuerkreis zur Steuerung der
verschiedenen Arbeitsintervalle der Reinigungsvorrichtung
einschaltbar ist, zur Steuerung des Reinigungs- und
Trockenvorgangs abschaltbar ist, die elektrische und/oder
mechanisch Verriegelung aufhebt und/oder den Ladevorgang
des Rasierapparats beendet.

In weiterer Ausgestaltung der Erfindung ist es vorteil-
haft, daß der Galgen, der Wandhalter, die Reinigungsvor-
richtung, der Reinigungsflüssigkeitsbehälter und/oder die
Trockenvorrichtung bzw. der Lüfter eine integrierte Bau-
einheit bilden, von der der Rasierapparat aufgenommen
werden kann.

Eine zusätzliche Möglichkeit gemäß einer Weiterbildung
der erfindungsgemäßen Vorrichtung besteht darin, daß der
Galgen mit seinem vertikal verlaufenden Schenkel, einem
vertikal verlaufenden Schenkel des Wandhalters und dem
Aufnahmeteil ein mit Bezug auf die Seitenansicht des
Gerätes U-förmiges Gehäuse bildet.

...

Braun Form No. 40/71-8/86

B000191

Br<sup>q</sup>un

Braun Aktiengesellschaft

- 10 -                                    05818/PT2/Hi
                                          20.01.1994


Eine optimale Reinigung erhält man, wenn der Rasierappa-
rat nach folgenden Verfahrensschritten gereinigt und
gewartet wird:

a)   der Rasierapparat wird durch Verstellen eines
     Schaltelements von einer ersten in eine weitere
     Schaltstellung für den gesamten Reinigungs- und
     Trockenvorgang mechanisch und/oder elektrisch im
     Gehäuse der Reinigungsvorrichtung verriegelt,

b)   der Reinigungsvorgang des Scherkopfs des Rasierappa-
     räts wird durch Verstellen eines Schaltelements von
     einer ersten in eine zweite bzw. dritte Schaltstel-
     lung für eine kurze bzw. intensive Reinigung begon-
     nen, das Untermesser des Scherkopfs wird angetrieben
     und die Förderpumpe zur Versorgung des Scherkopfs
     mit Reinigungsflüssigkeit für eine erste Zeitperiode
     zwischen 3 und 20 sec eingeschaltet, wobei die Rei-
     nigungsflüssigkeit während des Reinigungsvorgangs
     fortlaufend über einen Filter zum Aufnahmeteil ge-
     leitet wird,

c)   nach der ersten Zeitperiode zwischen 3 und 20 sec
     wird die Förderpumpe abgeschaltet und die Reini-
     gungsflüssigkeit aus dem Aufnahmeteil einem Reini-
     gungsflüssigkeitsbehälter zugeführt,

d)   das Untermesser des Scherkopfes wird für den Trok-
     ken- und Schüttelvorgang für eine zweite Zeitperiode
     zwischen 1 und 30 sec weiter oszillierend angetrie-
     ben,

                                                    . . .

B000192