BF⁻ꞌꞐ

**Braun Aktiengesellschaft**

- 10 -                                    05818/PT2/Hi
                                          20.01.1994

Eine optimale Reinigung erhält man, wenn der Rasierapparat nach folgenden Verfahrensschritten gereinigt und gewartet wird:

a)  der Rasierapparat wird durch Verstellen eines Schaltelements von einer ersten in eine weitere Schaltstellung für den gesamten Reinigungs- und Trockenvorgang mechanisch und/oder elektrisch im Gehäuse der Reinigungsvorrichtung verriegelt,

b)  der Reinigungsvorgang des Scherkopfs des Rasierapparats wird durch Verstellen eines Schaltelements von einer ersten in eine zweite bzw. dritte Schaltstellung für eine kurze bzw. intensive Reinigung begonnen, das Untermesser des Scherkopfs wird angetrieben und die Förderpumpe zur Versorgung des Scherkopfs mit Reinigungsflüssigkeit für eine erste Zeitperiode zwischen 3 und 20 sec eingeschaltet, wobei die Reinigungsflüssigkeit während des Reinigungsvorgangs fortlaufend über einen Filter zum Aufnahmeteil geleitet wird,

c)  nach der ersten Zeitperiode zwischen 3 und 20 sec wird die Förderpumpe abgeschaltet und die Reinigungsflüssigkeit aus dem Aufnahmeteil einem Reinigungsflüssigkeitsbehälter zugeführt,

d)  das Untermesser des Scherkopfes wird für den Trocken- und Schüttelvorgang für eine zweite Zeitperiode zwischen 1 und 30 sec weiter oszillierend angetrieben,

                                          . . .

Braun Form 10.407/1-8/86

                                          B000283

BRAUN

Braun Aktiengesellschaft

- 11 -

05818/PT2/Hi
20.01.1994

e)   die Trockenvorrichtung und/oder die Heizung der
Trockenvorrichtung wird für die zweite und/oder
dritte Zeitperiode zwischen 3 und 30 min eingeschal-
tet und dem Scherkopf Luft für den Trockenvorgang
zugeführt,

f)   nach Ablauf der drei bzw. vier Zeitperioden bzw.
nach dem Trockenvorgang bzw. dem letzten Arbeitsvor-
gang werden die Trockenvorrichtung und/oder die
Heizung der Trockenvorrichtung abgeschaltet und die
elektrische und/oder mechanisch Verriegelung des
Rasierapparats aufgehoben.

Die unter Merkmal c) angegebene Zeitperiode betrifft
einen normalen Reinigungsprozeß, während für einen inten-
siven Reinigungsprozeß eine längere Zeitperiode vorzuse-
hen ist.

Es ist außerdem vorteilhaft, daß durch Verstellen eines
Schaltelements von einer ersten in eine zweite oder drit-
te Schaltstellung der Rasierapparat aufgeladen wird.

Weitere Vorteile und Einzelheiten der Erfindung ergeben
sich aus der nachfolgenden Beschreibung und den Zeichnun-
gen, in denen einige bevorzugte Ausführungsbeispiele
dargestellt sind.

In den Figuren ist die Erfindung an einer Ausführungsform
beispielsweise dargestellt, ohne auf diese Ausführungs-
form beschränkt zu sein. Es zeigt:

...

B000284

BR⌐᠁ᑎ

Braun Aktiengesellschaft

- 12 -                                           05818/PT2/Hi
                                                 20.01.1994


Figur 1     einen Teilschnitt durch eine Reinigungsvor-
            richtung mit einem aufgenommenen Rasierappa-
            rat,

Figur 2     eine Vorderansicht der Reinigungsvorrichtung
            gemäß Figur 1,

Figur 3     eine Draufsicht der Reinigungsvorrichtung
            gemäß Figur 2,

Figur 4     eine schematische Darstellung des zeitlichen
            Ablaufs der Funktionen des Reinigungsprozes-
            ses,

Figur 5     eine Schnittdarstellung entlang der Linien
            B-B gemäß Figur 10,

Figur 6     eine schematische Darstellung des Flüssig-
            keitskreislaufs der Reinigungsvorrichtung,
            insbesondere zwischen dem Aufnahmeteil, dem
            Filter und dem als Kartusche ausgebildeten
            Reinigungsflüssigkeitsbehälter,

Figur 7     den als Kartusche ausgebildeten Reinigungs-
            flüssigkeitsbehälter mit einem integrierten
            Filter gemäß Figur 6,

Figur 8     eine Teilansicht der Befestigung des unteren
            Teils des Filters im Gehäuse des Reinigungs-
            flüssigkeitsbehälters,


                                                         ...

B000285

BR**ⁿ**IN

**Braun Aktiengesellschaft**

- 13 -                                     05818/PT2/Hi
                                           20.01.1994


Figur 9      eine Draufsicht des als Kartusche ausgebil-
             deten, Zentrierelemente aufweisenden Reini-
             gungsflüssigkeitsbehälters gemäß Figur 7,


Figur 10     eine Schnittdarstellung einer eine Freilauf-
             einrichtung aufweisenden Antriebsvorrichtung
             für das Lüfterrad und die Pumpe,


Figur 11     eine Schnittdarstellung entlang der Linie A-A
             gemäß Figur 10,


Figur 12     ein weiteres Ausführungsbeispiel einer An-
             triebsvorrichtung für die Pumpe und die
             Trockenvorrichtung.


Figur 1 zeigt einen elektrischen Rasierapparat bzw. Ra-
sierapparat 1 mit einem Gehäuse 2 und einem aus der dar-
gestellten Mittelstellung in entgegengesetzte Richtungen
um eine Schwenkachse relativ zum Gehäuse 1 schwenkbaren
Scherkopf 3 mit in der Zeichnung nicht dargestelltem
Untermesser.


Der Rasierapparat 1 ist in einem Gehäuse 4 einer Reini-
gungsvorrichtung 5 aufgenommen. Die Reinigungsvorrichtung
5 besteht aus einem Reinigungsflüssigkeitsbehälter 6 zur
Aufnahme einer fettlösenden Reinigungsflüssigkeit 40 und
einem Aufnahmeteil 7, das als Reinigungswanne, Trocken-
wanne und Aufbewahrungsteil ausgebildet ist. Das Aufnah-
meteil 7 ist etwas nach innen gewölbt und dadurch in etwa
der Außenkontur des Scherkopfs 3 des Rasierapparats 1
angepaßt und nimmt nur so viel Reinigungsflüssigkeit auf,
wie für den jeweiligen Reinigungsvorgang erforderlich
ist.

                                                    ...

Braun Form 10 407/1-8/86

B000286

BRAUN

Braun Aktiengesellschaft

- 14 -                                              05818/PT2/Hi
                                                    20.01.1994


Die Reinigungsvorrichtung 5, insbesondere das Naßteil,
d. h. das Aufnahmeteil 7, ist als zur Atmosphäre hin
offenes Reinigungssystem ausgebildet, während der Reini-
gungsflüssigkeitsbehälter 6 sowohl offen als auch, wie in
einem Ausführungsbeispiel (Fig. 7) später erläutert,
teilweise oder ganz geschlossen sein kann.

Der Rasierapparat 1 wird mit dem Scherkopf 3 kopfüber in
das nach oben offene, als Naßteil ausgebildete Aufnahme-
teil 7 eingesetzt. Das Aufnahmeteil 7 wird beim Reini-
gungsvorgang kontinuierlich mit Reinigungsflüssigkeit
durchspült. Die Reinigungsflüssigkeit kann, nachdem ein
bestimmter Verschmutzungsgrad erreicht ist, über eine
verschließbare Leitung 76 abgelassen und durch neue er-
setzt werden.

Das Aufnahmeteil 7 weist eine Überlaufeinrichtung 26 auf,
damit die Reinigungsflüssigkeit im Aufnahmeteil 7 ein
bestimmtes Niveau nicht übersteigt und nur den Scherkopf
3 bzw. den unteren Teil des Scherkopfs mit Reinigungs-
flüssigkeit umgibt. Ferner befindet sich im Boden des
Aufnahmeteils 7 eine Auslaßöffnung 27, durch die die Rei-
nigungsflüssigkeit mit den Haarresten über ein Flüssig-
keit durchlassendes Schlauchteil 20 vollständig in den
Reinigungsflüssigkeitsbehälter 6 ablaufen kann, wenn der
Reinigungsprozeß abgeschlossen ist. Die Auslaßöffnung 27
ist jedoch so bemessen, daß bei einer Versorgung des
Aufnahmeteils 7 mit Reinigungsflüssigkeit über eine nach-
stehend erläuterte Pumpe 23 das Aufnahmeteil 7 beim Rei-
nigungsvorgang nicht leerläuft, sondern ständig bis zum
Rand gefüllt bleibt und überschüssige Reinigungsflüssig-
keit hauptsächlich über den Rand des Aufnahmeteils 7
gemäß Pfeil in den darunterliegenden Reinigungsflüssig-

                                                         ...

Braun Form 10.407/1-8/88

B000287

BRאUח

Braun Aktiengesellschaft

- 15 -                                              05818/PT2/Hi
                                                    20.01.1994

keitsbehälter 6 abläuft. Auf diese Weise steht für den
Reinigungsprozeß immer genügend Reinigungsflüssigkeit zur
Verfügung. Unterhalb des Aufnahmeteils 7 befindet sich
eine dem Aufnahmeteil 7 angepaßte, ebenfalls konkav aus-
gebildete Auffangwanne 77, die mit der Überlaufeinrich-
tung 26 verbunden bzw. Teil dieser Überlaufeinrichtung 26
ist. Wie aus Figur 1 hervorgeht, sitzt der Scherkopf 3
mittels elastischer Stützelemente 8 auf dem Aufnahmeteil
7 auf, um auf diese Weise beim Einsetzen des Rasierappa-
rats in das Aufnahmeteil 7 Beschädigungen des Rasierappa-
rats zu vermeiden und bei Vibrationen den Rasierapparat
zu dämpfen.

Der Rasierapparat 1 wird (Figur 1) ferner über ein
Schaltelement 9, das als Startknopf ausgebildet sein kann
und in einem Galgen 10 aufgenommen ist, mechanisch
und/oder elektrisch verriegelt. Der Galgen 10 ist mit
einem Wandhalter 38 fest verbunden, mittels dessen die
gesamte Reinigungsvorrichtung 5 mit dem Rasierapparat 1
fest an eine Wand montiert oder auch stehend aufbewahrt
werden kann.

Der Wandhalter 38 und der mit Bezug auf Figur 1 zur rech-
ten Seite hin offene Galgen 10 sowie das Aufnahmeteil 7
mit dem Reinigungsflüssigkeitsbehälter 6 bilden die Rei-
nigungsvorrichtung 5 und eine im Querschnitt U-förmige
Baueinheit. Im Wandhalter 38 kann der Rasierapparat 1
auch nach dem Reinigungsvorgang ständig aufbewahrt wer-
den, da nach dem Reinigungsvorgang keine Reinigungsflüs-
sigkeit im Naßteil bzw. im Aufnahmeteil 7 zurückbleibt.
Im Wandhalter 38 kann der Rasierapparat 1 auch zum Nach-
laden verbleiben. Die Reinigungsvorrichtung 5 läßt sich
für alle elektrischen Rasierapparattypen einsetzen.

                                                        ...

Braun Form 10.407/1 8/86

B000288

BR☐☐N

**Braun Aktiengesellschaft**

- 16 -                                    05818/PT2/Hi
                                          20.01.1994


Das Schaltelement 9 ist in Richtung einer Längsmittel-
achse 11 des Rasierapparats 1 verschiebbar angeordnet und
mittels einer elektrischen Schaltvorrichtung 29 mit Zeit-
gliedern verbunden, die zur Steuerung des Reinigungspro-
zesses dienen.

Das Schaltelement 9 weist an seinem unteren Ende zwei mit
Abstand zueinander angeordnete Kontaktelemente 12 für die
Kontaktierung bzw. Stromversorgung des Rasierapparats 1
auf, die durch Herunterdrücken des Schaltelements 9 mit
den entsprechenden Kontaktelementen des Rasierapparats 1
in Verbindung gebracht werden. Auf diese Weise kann der
Rasierapparat 1 in Betrieb genommen werden, wenn das
Schaltelement 9 heruntergedrückt wurde und ein in der
Zeichnung nicht dargestelltes Anschlußkabel der Reini-
gungsvorrichtung 5 an ein Stromnetz angeschlossen ist.

Neben dem Rasierapparat 1 befindet sich im Gehäuse 4 der
Reinigungsvorrichtung 5 ein Elektromotor 13 mit zwei
elektrischen Kontaktfahnen 14 zum Anschluß an die elek-
trische Stromversorgung. Am unteren Ende des Elektromo-
tors 13 ist eine Motorausgangswelle 15 vorgesehen, auf
der ein Lüfter bzw. Lüfterrad 16 angeordnet ist, das
insbesondere zum Trocknen des gereinigten Scherkopfs 3
des Rasierapparats 1 dient, wenn der nachstehend näher
erläuterte Reinigungsvorgang des Scherkopfs 3 abgeschlos-
sen ist. Das Lüfterrad 16 sitzt in einem Lüfterradgehäuse
17, das über eine Öffnung 18 mit dem Raum oberhalb des
Aufnahmeteils 7 in Verbindung steht, und führt dem zu
trocknenden Scherkopf 3 nach dem Reinigungsvorgang über
eine in der Zeichnung nicht dargestellte Heizung kontinu-
ierlich aufgeheizte Gebläseluft zu.

                                                ...

B000289

ᗺᖇᗩᑌᑎ

Braun Aktiengesellschaft

- 17 -

05818/PT2/Hi
20.01.1994

Der Galgen 10 bildet, wie bereits erwähnt, mit seinem
vertikal verlaufenden Schenkel, dem vertikal verlaufenden
Schenkel des Wandhalters 38 und dem Aufnahmeteil 7 das
mit Bezug auf die Seitenansicht der Reinigungsvorrichtung
5 U-förmige Gehäuse 4, in das der Rasierapparat 1 durch
seitliches Kippen ohne weiteres seitlich einsetzbar ist
und dort ständig aufbewahrt werden kann.

Das Aufnahmeteil 7 ragt gemäß Figur 1 in den Reinigungs-
flüssigkeitsbehälter 6, der maximal zu 2/3 mit Reini-
gungsflüssigkeit gefüllt ist. An die Unterseite des Auf-
nahmeteils 7 schließt sich ein Stutzen 19 an, auf den das
die Flüssigkeit zum Vorratsbehälter 6 durchlassende,
poröse Schlauchteil 20 aufgezogen ist, das dafür sorgt,
daß keine Schmutzpartikel in den Reinigungsflüssigkeits-
behälter 6 gelangen und sich auf dessen Boden absetzen.
Der Stutzen 19 kann wie das Schlauchteil 20 ebenfalls
porös ausgebildet sein und Flüssigkeit zum Vorratsbehäl-
ter 6 durchlassen.

Der Stutzen 19 ist mit einer Öffnung 91, der Auffangwanne
77 und der Überlaufeinrichtung 26 fest verbunden.

Der Reinigungsflüssigkeitsbehälter 6 kann mit einer Flüs-
sigkeitsanzeige 39 ausgestattet sein, so daß der Ver-
brauch der Reinigungsflüssigkeit jederzeit kontrolliert
werden kann. Die Flüssigkeitsanzeige 39 kann gemäß Figur
1 als kleines Schauglas ausgebildet sein. Anstelle des
Schauglases kann auch eine elektronische Anzeigevorrich-
tung mit entsprechenden Sensoren vorgesehen werden, die
den Füllstand bzw. auch den Verschmutzungsgrad der Reini-
gungsflüssigkeit.40 anzeigt. Wird beispielsweise ein
Verschmutzungsgrad erreicht, der nicht überschritten

...

B000290

BR⌐ℸ∣∩

Braun Aktiengesellschaft

- 18 -                                05818/PT2/Hi
                                      20.01.1994

werden darf, so kann dies über die Sensoren angezeigt
werden, und die Bedienungsperson weiß, daß die Reini-
gungsflüssigkeit 40 über die Ablaßleitung 76 ausgewech-
selt werden muß. Mittels der Sensoren können, je nach
Ausführungsform, auch die elektrischen Schalt-Elektroden
inaktiviert werden, so daß der Reinigungsvorgang automa-
tisch unterbrochen und die Bedienungsperson gezwungen
wird, die Reinigungsflüssigkeit zu ersetzen.

Wie aus Figur 2 hervorgeht, steht der Stutzen 19 mit
einem Saugstutzen 22 der Förderpumpe 23 in Verbindung,
die die Reinigungsflüssigkeit über eine Leitung 25 zu
einem Filter 24 befördert.

Für den Reinigungsvorgang wird der zu reinigende Rasier-
apparat 1 seitlich in die Reinigungsvorrichtung 5 geführt
und dann über das sich in seiner oberen Position befind-
liche Schaltelement 9 verriegelt, das so weit nach unten
in eine zweite Schaltstellung verschoben wird, bis die
beiden Kontaktfahnen auf den im Rasierapparat 1 vorgese-
henen Kontaktelementen 12 aufsitzen. Hierdurch wird der
Rasierapparat 1 elektrisch und mechanisch verriegelt, so
daß die Bedienungsperson den Rasierapparat 1 erst wieder
entnehmen kann, wenn der Reinigungs- und der anschließen-
de Trockenvorgang vollständig abgeschlossen sind und die
Verriegelung gelöst wurde.

Durch Betätigung des Schaltelements 9 wird die Förderpum-
pe 23 angetrieben und dem Aufnahmeteil 7, sowie dem
Scherkopf 3 für eine vorher definierte Zeit Reinigungs-
flüssigkeit 40 zugeführt, die den gesamten Haarstaub 75
im Scherkopf 3 löst (vergleiche Strecke 30 bis 31 in
Figur 4).

...

B000291

BR⌐'∩

Braun Aktiengesellschaft

– 19 –                                        05818/PT2/Hi
                                              20.01.1994

Die Reinigungsflüssigkeit mit dem Haarstaub gelangt über
die Auslaßöffnung 27, das Aufnahmeteil 7 und die Über-
laufeinrichtung 26 zu dem die Flüssigkeit zum Vorratsbe-
hälter 6 durchlassenden Schlauchteil 20, von dort direkt
zur Förderpumpe 23 und wieder zum Filter 24. Bei diesem
Vorgang fließt natürlich auch etwas Flüssigkeit über das
Schlauchteil 20 zum Reinigungsflüssigkeitsbehälter 6.
Dies hat den Vorteil, daß die Reinigungsflüssigkeit mit
dem gesamten Haarstaub 75 aus dem Rasierapparat 1 konzen-
triert zum Filter 24 gelangt, in dem die Reinigungsflüs-
sigkeit vollständig gereinigt wird. Durch das Schlauch-
teil 20 wird also sichergestellt, daß keine Haarreste
über das Schlauchteil 20 in den Reinigungsflüssigkeits-
behälter 6 gelangen und sich kein Haarstaub im Reini-
gungsflüssigkeitsbehälter 6 absetzt.

Die Förderpumpe 23 ist über das die Flüssigkeit durchlas-
sende Schlauchteil 20 ständig mit dem Reinigungsflüssig-
keitsbehälter 6 verbunden, so daß sie, ohne Luft anzusau-
gen, jederzeit Reinigungsflüssigkeit erhält, auch dann,
wenn sie zu Beginn des Reinigungsvorgangs eingeschaltet
wird und die Rohrleitungen sich zum Reinigungsflüssig-
keitsbehälter 6 hin entleert haben. Die im Filter 24
gereinigte Reinigungsflüssigkeit wird über einen Auslaß-
stutzen 37 des Filters 24 dem Aufnahmeteil 7 zugeleitet.

In Figur 3 ist die schematische Anordnung der wesentli-
chen Teile der Reinigungsvorrichtung 5, wie z. B. der
Förderpumpe 23, mit einem zugehörigen Motor 28 in Drauf-
sicht dargestellt, der über das Schaltelement 9 einge-
schaltet wird. In dieser Ansicht befindet sich rechts vom
Galgen 10 zur Aufnahme des Rasierapparats 1 die elektri-
sche Schaltvorrichtung 29 mit nicht dargestellten Zeit-

                                                    ...

B000292

BR᠌ᒬᑌᑎ

Braun Aktiengesellschaft

- 20 -

05818/PT2/Hi
20.01.1994

gliedern zur Steuerung der einzelnen Phasen des Reini-
gungsvorgangs. Ferner ist im Bereich des Galgens 10 der
Motor 28 angeordnet, über den das Lüfterrad 16 direkt
antreibbar ist, das mit einer Heizung zur Erwärmung der
Luft zum Trocknen des Rasierapparats 1 in Wirkverbindung
steht.

Damit die Netzspannung auf die erforderliche Betriebs-
spannung herunter transformiert werden kann, ist die
Reinigungsvorrichtung 5 mit einem Transformator 36 ausge-
stattet.

In Figur 4 ist der schematische Ablauf des Reinigungsvor-
gangs anhand einer Zeitgraphik veranschaulicht. Die ein-
zelnen Strecken zwischen den Punkten 30 bis 34 zeigen
einzelne Arbeitsphasen der Reinigungsvorrichtung 5.

Wird, wie eingangs erwähnt, das Schaltelement 9 gemäß
Figur 4 bei 30 (Schaltknopf 9 gedrückt) betätigt bzw.
nach unten verschoben, so werden gleichzeitig die in der
Zeichnung nicht dargestellten Untermesser des Rasierappa-
rats 1 oszillierend angetrieben und dadurch im Scherkopf
3 eine Strömung mit teilweise auftretender Kavitation
erzeugt, die den Haarstaub und die Fetteile an den Unter-
messern des Scherkopfs vollständig löst. Durch die Ver-
wirbelung wird das Flüssigkeitsniveau im Aufnahmeteil 7
kurzfristig erhöht, und gleichzeitig werden Spritzer im
Bereich des Scherkopfs 3 erzeugt, die für eine gründliche
Reinigung des Scherkopfs 3 sowie der Untermesser sorgen,
obwohl das Niveau der Reinigungsflüssigkeit nur einen
Teil des Scherkopfs 3 umspült. Der Reinigungsvorgang
dauert je nach Art der Reinigungsflüssigkeit und dem
Verschmutzungsgrad des Scherkopfs zwischen 3 und 60 sec

. . .

B000293

Brᵃun

Braun Aktiengesellschaft

- 21 -                                    05818/PT2/Hi
                                          20.01.1994

(siehe Strecke a zwischen den Punkten 30 und 31). Wird
der Rasierapparat 1 nicht regelmäßig gereinigt, so wird
der Reinigungsvorgang (Strecke a, 30 bis 31) entsprechend
verlängert. Hierzu kann die Reinigungsvorrichtung mit
einem in der Zeichnung nicht dargestellten Zweistufen-
schalter ausgestattet sein, wobei die erste Schaltstufe
für Normalreinigung und die zweite Stufe für intensive
Reinigung gedacht ist.

Nach Abschluß des Reinigungsvorgangs wird die Förderpumpe
23 bei 31 (Ende des Reinigungsprozesses) gemäß Figur 4
automatisch abgeschaltet. Jetzt kann die Reinigungsflüs-
sigkeit über die Auslaßöffnung 27 vollständig ablaufen
und auf diese Weise läuft das Naß- bzw. das Aufnahmeteil
7 leer. Dadurch steigt das Niveau im Reinigungsflüssig-
keitsbehälter 6 etwas an. Die Auslaßöffnung 27 kann auch
über ein in der Zeichnung nicht dargestelltes Ventil
verschließbar sein, das bei Erreichen des Schaltpunktes
31 automatisch geöffnet wird. Nach ca. 30 sec ist das
Aufnahmeteil 7 vollständig entleert (vergleiche Strecke
b, Punkt 31 bis 32, Entleerung des Aufnahmeteils 7).

Nach dem Entleeren des Aufnahmeteils 7 bei Punkt 32 läuft
der Scherkopf 3 noch etwas weiter, so daß die Rest-Reini-
gungsflüssigkeit vom Scherkopf 3 abgeschüttelt wird. Nach
der eingestellten Zeit wird der Rasierapparat 1 abge-
schaltet, wodurch das Untermesser des Scherkopfes 3 beim
Schaltpunkt 33 (Ende des Schüttelvorgangs) aufhört sich
zu bewegen. Der Ein- und Ausschaltvorgang erfolgt über
einen in der Zeichnung schematisch dargestellten elektro-
magnetischen Reedkontakt-Schalter 95, der gemäß Figur 1
im Gehäuse 2 des Rasierapparats 1 untergebracht ist. Wird
der Reedkontakt-Schalter 95 nach dem Schüttelvorgang

                                                    ...

B000294

BP**ก**าน

Braun Aktiengesellschaft

- 22 -                                    05818/PT2/Hi
                                          20.01.1994

automatisch geöffnet, so hört auch der Rasierapparat 1
auf zu arbeiten, und der nachstehend erläuterte Trocken-
prozeß wird am Schaltpunkt 33 eingeleitet (Strecke d).

Durch automatische Zuschaltung am Schaltpunkt 33 wird das
Lüfterrad 16 mit oder ohne Heizung eingeschaltet und über
den Elektromotor 13 angetrieben, so daß dem Scherkopf 3
für eine bestimmte Zeitdauer (vergl. Stecke d Punkt 33
bis 34) Trockenluft zugeführt wird. Danach wird die Ent-
riegelung des Rasierapparates 1 am Schaltknopf 9 freige-
geben.

In Figur 6 ist der Kreislauf der Reinigungsflüssigkeit 40
schematisch dargestellt. Zu der Reinigungsvorrichtung 5
gehört das Aufnahmeteil 7, in das der Rasierapparat 1
kopfüber so eingesetzt wird, daß der Scherkopf 3 zumin-
dest teilweise in die Reinigungsflüssigkeit eintaucht.

Zu der Reinigungsvorrichtung 5 gehört ferner (Figur 6)
die Förderpumpe 23 und der Motor 28, der über elektrische
Leitungen an ein Stromnetz angeschlossen ist und durch
das Schaltelement 9 aktiviert werden kann. Die Förderpum-
pe 23 wird über den Motor 28 angetrieben, der sich mit-
tels Stützen im Gehäuse 4 der Reinigungsvorrichtung 5
abstützen kann.

Die aus dem Motor 28 herausstehende Welle 43 treibt die
in einem Pumpengehäuse vorgesehene Pumpe 23 an.

Wie aus Figur 6 ferner hervorgeht, ist ein Auffangbehäl-
ter 65 zur Aufnahme der Reinigungsflüssigkeit 40 kleiner
als der Reinigungsflüssigkeitsbehälter 6 gemäß dem ersten
Ausführungsbeispiel. Ein Boden 47 des Auffangbehälters 65

                                                    ...

Braun Form 10.407/1-18/86

B000295

BP**ᴬ'ᴵⁿ**

Braun Aktiengesellschaft

- 23 -                                            05818/PT2/Hi
                                                   20.01.1994


ist geneigt verlaufend angeordnet, beispielsweise in
einem Winkel zwischen 20° und 40°, damit sich auf dem
Boden 47 keine Haarreste ansammeln. Im unteren Bereich
des Bodens 47 ist ein Ansaugstutzen 48 der Förderpumpe 23
angeschlossen, so daß die über die Überlaufeinrichtung 26
ablaufende Reinigungsflüssigkeit über den Auffangbehälter
65, den Ansaugstutzen 48 der Förderpumpe 23 sowie eine
Leitung 50 direkt in den Filter 24 befördert wird, der in
Figur 7, 8, 9 näher veranschaulicht ist. Der im Auffang-
behälter 65 angesammelte Haarstaub wird so in der Reini-
gungsflüssigkeit aufgewirbelt, daß er sich nicht auf dem
Boden 47 des Auffangbehälters 65 absetzt, sondern zum
Filter 24 befördert und von diesem zurückgehalten wird.
Die gereinigte Reinigungsflüssigkeit gelangt über eine
Leitung 64 wieder zum Aufnahmeteil 7.

Ein Reinigungsflüssigkeitsbehälter 61, der in Figur 6 als
Kartusche ausgebildet ist, weist eine Auslaßöffnung 63
auf, die über die Leitung 64 mit dem Aufnahmeteil 7 in
Verbindung steht. Auf diese Weise ist der Reinigungs-
kreislauf geschlossen.

Mit dem Schaltelement 9 wird gemäß diesem Beispiel (Figur
6) die als Flügelzellenpumpe ausgebildete Förderpumpe 23
eingeschaltet, die zu Beginn des Reinigungsvorgangs Luft
ansaugt und diese über die Leitung 50 in den Reinigungs-
flüssigkeitsbehälter 61 preßt, so daß die Reinigungsflüs-
sigkeit aus dem Reinigungsflüssigkeitsbehälter 61 über
die Auslaßöffnung 63 und die Leitung 64 zu dem geleerten
Aufnahmeteil 7 fließt und dieses wieder füllt, bis die
Reinigungsflüssigkeit über die Überlaufeinrichtung 26 in
den Auffangbehälter 65 abfließt. Ein Teil der Flüssigkeit
fließt ständig über die Auslaßöffnung 27 ab. Die Förder-

                                                        ...

B000296

BP⌐∪∩

Braun Aktiengesellschaft

- 24 -                                      05818/PT2/Hi
                                           20.01.1994


pumpe 23 fördert jedoch mehr Flüssigkeit in das Aufnahme-
teil 7, als über die Auslaßöffnung 27 abfließen kann, so
daß sichergestellt ist, daß während des Reinigungsvor-
gangs das Aufnahmeteil 7 stets bis zur Überlaufeinrich-
tung 26 gefüllt bleibt.

Die in Figur 7 dargestellten Ein- und Auslaßöffnungen 62,
63 des Vorratsbehälters 61 können auch unten in einem
Boden 67 des Vorratsbehälters 61 vorgesehen sein, so daß
der Vorratsbehälter 61 von oben her an entsprechende
Leitungen anschließbar ist. Hierdurch wird erreicht, daß
aus dem Vorratsbehälter 61 dem Einlaßstutzen der Pumpe 23
ständig Reinigungsflüssigkeit zufließt bzw. diese ständig
unter Flüssigkeitsdruck steht, so daß die Pumpe bei Inbe-
triebnahme nur Reinigungsflüssigkeit und keine Luft an-
saugt.

Der in den Figuren 7 bis 9 dargestellte Vorratsbehälter
61 bzw. die Kartusche besteht aus einer zylinderförmigen
Dose 101 mit dem Boden 67 und einem Deckel 72, in dem die
Einlaßöffnung 62 und die Auslaßöffnung 63 sowie der Fil-
ter 24 vorgesehen sind.

Der Deckel 72 ist mit dem oberen Rand des Vorratsbehäl-
ters 61 dicht verbörtelt, so daß er nicht von der Dose
101 abgezogen werden kann. Mit der Einlaßöffnung 62 ist
die von der Pumpe 23 kommende Leitung 50 und mit der
Auslaßöffnung 63 die zum Aufnahmeteil 7 führende Leitung
64 verbunden. Im Bereich der Ein- und Auslaßöffnungen 62,
63 können in der Zeichnung nicht dargestellte Schnell-
kupplungselemente vorgesehen sein, die ermöglichen, daß
der Reinigungsflüssigkeitsbehälter 61 ohne weiteres gegen
einen neuen ausgetauscht werden kann, wenn die Reini-

...

B000297

BrᵒUn

Braun Aktiengesellschaft

- 25 -                                      05818/PT2/Hi
                                            20.01.1994

gungsflüssigkeit erneuert werden soll bzw. wenn sich der
im Reinigungsflüssigkeitsbehälter 61 vorgesehene Filter
24 zugesetzt hat.

Der Verschmutzungsgrad bzw. der Haarstaub 75 im Filter 24
läßt sich über eine in der Zeichnung nicht dargestellte
Anzeigevorrichtung feststellen. Zur Anzeigevorrichtung
können ein Drucksensor und eine Kontrolleuchte gehören,
die den Verschmutzungsgrad bzw. Druckzustand anzeigen.
Ist der Filter 24 nicht mehr weiter zu gebrauchen, so
wird der Reinigungsflüssigkeitsbehälter 61 von den Lei-
tungen 50, 64 getrennt und ersetzt.

Im Ausführungsbeispiel gemäß Figur 7 bis 9 ist der Filter
24 als zylinderförmiger Papierfilter ausgebildet und
koaxial im Gehäuse 101 angeordnet.

Gemäß Figur 8 ist ein unteres Ende 70 des Filters 24 in
eine auf dem Boden 67 der Dose 101 vorgesehene Ringnut 68
koaxial zum Gehäuse 101 eingepreßt. Die Ringnut 68 be-
steht aus zwei mit Anstand zueinander angeordneten, par-
allel zueinander verlaufenden, ringförmigen Wänden bzw.
Aufbörtelungen 69, 71, die auf dem Boden 67 aufrechtste-
hend angeordnet sind, so daß in die Ringnut 68 das untere
Ende 70 des Filters 24 fest eingeklemmt ist. Der Filter
24 bildet eine erste, den Haarstaub aufnehmende Kammer
und der übrige Teil des Gehäuses eine zweite Kammer für
gereinigte Reinigungsflüssigkeit.

Wie aus Figur 9 hervorgeht, weist der obere Deckel 72 der
Dose 101 des Vorratsbehälters 61 vier mit Abstand zuein-
ander angeordnete Zentrierelemente 73 auf, die kreuzför-

...

Braun Form 10.407/1-8/86

BP**ח'ın**

Braun Aktiengesellschaft

05818/PT2/Hi
20.01.1994

- 26 -

mig angeordnet sind und der koaxialen Ausrichtung des
Filters im Reinigungsflüssigkeitsbehälter 61 dienen.

Ferner weist der Deckel 72 (Figur 7, 9) eine Folie 74
auf, die beim Einsetzen des Vorratsbehälters 61 in das
Gehäuse 4 von den Leitungen 50, 64 durchstoßen wird, um
die Kupplungsverbindung zu den Ein- und Auslaßöffnungen
62, 63 herzustellen. Die beiden Leitungen 50, 64 können
jeweils an ihrem Ende mit einer entsprechenden scharfen
Kante bzw. Spitze 103 versehen sein, so daß sie eine die
Öffnungen 62, 63 verschließende Folie einfacher durchste-
chen können. Es ist auch möglich, die Öffnungen 62, 63
mittels einer Abziehlasche zu verschließen, unter der
durchstechbare Dichtelemente vorgesehen sein können, in
die die Leitungen 50, 64 eingesteckt werden.

In den Figuren 5, 10 und 11 ist eine Vorrichtung 78 zum
Antrieb des Lüfterrads 16 und der Förderpumpe 23 veran-
schaulicht. Die Förderpumpe 23 und das Lüfterrad 16 sol-
len nicht zur gleichen Zeit angetrieben werden, deshalb
können sie über den einzigen Motor 28 wahlweise angetrie-
ben werden. Die Antriebsvorrichtung 78, zu der auch der
Motor 28 gehört, weist eine Drehrichtungs-Umkehreinrich-
tung auf, die mit einer (Fig. 12) oder gemäß Fig. 5, 11
zwei Freilaufeinrichtungen 104 ausgestattet ist, wobei
die eine im Uhrzeigerdrehsinn das Lüfterrad 16 und die
andere entgegengesetzt dazu die Förderpumpe 23 antreibt.

Die Drehrichtungs-Umkehreinrichtung mit der oberen und
der unteren Freilaufeinrichtung 104 sitzt auf einer Mo-
torausgangswelle 79 des Motors 28, auf der auch das Lüf-
terrad 16 angeordnet ist. Die Freilaufeinrichtung 104
kann mit einer Klemmsperre ausgestattet sein, die hierzu

. . .

B000299

BPᵃU�param

Braun Aktiengesellschaft

- 27 -                                      05818/PT2/Hi
                                            20.01.1994


eine Einwegkupplung mit selbstsperrender Kraftschlüssig-
keit aufweist. Ferner können Klemmrollen oder -platten
als Kupplungselemente vorgesehen sein. Im Ausführungs-
beispiel gemäß Figur 11, 12 bestehen die Freilaufeinrich-
tungen 104 aus eine obere und eine untere Zahnflanke 86
aufweisenden Innenzahnkränzen 105, 106. Diese beiden
Innenzahnkränze 105, 106 sitzen freidrehend auf der Mo-
torausgangswelle 79. Über die Motorausgangswelle 79 wird
ein Mitnehmerflansch 81 angetrieben, der zwei diametral
gegenüberliegende Klinkenachsen 82 zur Aufnahme je einer
oberen und einer unteren sichelförmigen Klinke 83, 90
aufweist. Jede Klinke 83, 90 weist zwei Hebelarme 108,
109 auf (Fig. 11), wobei der etwas längere Hebelarm 108
über einen Zapfen 96 in einer Langlochöffnung 88 geführt
ist und der andere Hebelarm 109 gegen eine Feder 84 an-
liegt. In Figur 5, 11 ist jeweils eine Langlochöffnung 88
veranschaulicht.


Die Klinke 83 ist (Figur 11) zwischen einer mit ausgezo-
genen Linien und einer mit gestrichelten Linien darge-
stellten Position auf der Klinkenachse 82 mittels der
zweimal V-förmig gebogenen Feder 84 in Richtung des In-
nenumfangs des Lüfterrads 16 verschwenkbar. Die Feder 84
besteht aus einem U-förmigen Teil 110, über das die Feder
84 auf einer Nabe 97 des Mitnehmerflansches 81 aufsitzt.
Das U-förmige Teil 110 wird aus zwei Schenkeln 111 gebil-
det, die mit je einem weiteren, sich daran anschließenden
Schenkel 112 ein doppeltes V bilden.


In der in Figur 11 dargestellten Position liegen die
beiden Klinken 83 mit einem äußeren Ende 85 jeweils gegen
die Zahnflanken 86 des mit dem Lüfterrad 16 verbundenen
Zahnkranzes 105 an und stellen auf diese Weise rechts-

                                                    ...

B000300

BRAUN

Braun Aktiengesellschaft

- 28 -

05818/PT2/Hi
20.01.1994

drehend eine Antriebsverbindung zwischen dem Motor 28 und
dem Lüfterrad 16 her. Die Schenkel 112 der Feder 84
drücken über ein Widerlager den Hebelarm 108 mit seinem
Ende 85 gegen die Zahnflanke 86.

Wird die Motorausgangswelle 79 entgegengesetzt zum Uhr-
zeigerdrehsinn angetrieben, so werden die Klinken 83
zuerst über die Zahnflanken 86 nach außen gedrückt und
bei einer Mindestdrehzahl aufgrund ihrer exzentrischen
Anordnung auf der Klinkenachse 82 gegen die Wirkung der
Feder 84 im Uhrzeigerdrehsinn auf der Klinkenachse 82
nach außen geschwenkt, bis sie gegen einen Anschlag 89
der Langlochöffnung 88 zur Anlage gelangen. Das wird da-
durch erreicht, daß der Gewichtsanteil des Hebelarms 108
größer ist als der mit Bezug auf die Klinkenachse 82
andere Hebelarm 109 der Klinke 83. Hierdurch wird das
Lüfterrad 16 von der Motorausgangswelle 79 abgekuppelt.
Diese Stellung bleibt so lange bestehen, bis sich durch
Drehzahlverringerung das Fliehkraftmoment so weit redu-
ziert, daß das Federkraftmoment überwiegt und die Klinken
83 wieder in die Einrastposition gemäß Figur 11 zurück-
kehren (vergl. die mit ausgezogenen Linien dargestellte
Position der Klinke 83).

Durch den Antrieb der Motorausgangswelle 79, ähnlich der
Wirkungsweise gemäß Figur 11, jedoch entgegengesetzt zum
Uhrzeigerdrehsinn, werden nun zwei weitere, unterhalb des
Mitnehmerflansches 81 angeordnete Klinken 90 ebenfalls
mittels der Feder 84 auf den Klinkenachsen 82 verschwenkt
und rasten mit ihren Enden 85 in die Zahnflanken 86 ein,
so daß nun die Pumpe 23 über den gleichen Motor 28 und
über eine auf der Motorausgangswelle 79 angeordnete Hohl-
welle 107 betätigt wird, während die beiden oberen Klin-

...

Braun Form 16.407/1-8/86

B000301

BP**ᴖ**ᴜᴎ

Braun Aktiengesellschaft

05818/PT2/Hi
20.01.1994

- 29 -

ken 83 außer Wirkung bleiben. Zu Beginn des Reinigungs-
prozesses wird nur die Pumpe 23 gemäß Figur 11 angetrie-
ben und das Lüfterrad 16 gemäß Figur 5 freigegeben.

Die beiden unteren Klinken 90 verlassen ihre Rastposition
erst wieder und lösen dadurch die Antriebsverbindung
zwischen Motor 18 und Förderpumpe 23 auf, wenn die Dreh-
richtung des Motors 28 geändert wird. Da die äußeren
Enden der Klinken 83, 90 nicht über die Zahnflanken 86
rutschen, treten bei Freilauf der Klinken 83, 90 keine
Antriebsgeräusche und kein Verschleiß auf.

Durch die vorteilhafte Antriebsverbindung zum wahlweisen
Antrieb von Förderpumpe 23 und Lüfterrad 16 kann auf
einen zweiten Antriebsmotor für den getrennten Antrieb
von Förderpumpe 23 und Lüfterrad 16 verzichtet werden, so
daß Kosten eingespart werden können.

Der Motor 28 und das Lüfterrad 16, sowie die in den Figu-
ren 5, 10 und 11 nicht dargestellte Pumpe 23 und eventu-
ell der Reinigungsflüssigkeitsbehälter 61 können koaxial
untereinander angeordnet sein, so daß die Getriebeteile
zwischen Motor 28, Pumpe 23 und Lüfterrad 16 auf ein
Minimum reduziert werden können und dadurch das Gehäuse
4 der Reinigungseinrichtung 5 kleiner ausgelegt werden
kann (vergleiche hierzu Fig. 12).

Ein weiteres Ausführungsbeispiel einer Antriebsvorrich-
tung für die Pumpe 23 und die Trockenvorrichtung mit dem
Lüfterrad 16 ist in Figur 12 dargestellt.

Ein Freilauf 78, ähnlich der Freilaufeinrichtung gemäß
Figur 11 besteht hier aus nur zwei Klinken 83 oder ande-

...

B000302

ᗺ𝖯ᑫᑌ𝗇

**Braun Aktiengesellschaft**

- 30 -                                                05818/PT2/Hi
                                                     20.01.1994


ren Kupplungselementen. Die Kupplungselemente stellen
eine Antriebsverbindung zwischen Motor 13 und Pumpe 23
her bzw. verhindern bei Drehrichtungsumkehr des Motors 13
das Mitdrehen der Pumpe 23. Anstelle der in Figur 11
dargestellten Freilaufeinrichtung kann auch eine anders
ausgebildete Freilaufeinrichtung eingesetzt werden.

Stellt der Freilauf eine Antriebsverbindung zwischen
Motor 13 - z. B. dreht der Motor im Gegenuhrzeigersinn -
und der Pumpe 23 her, wird die Pumpe 23 gemeinsam mit dem
Lüfterrad 16 angetrieben und die Pumpe 23 kann Reini-
gungsflüssigkeit zum Aufnahmeteil 7 leiten.

Das Lüfterrad 16 kann keine Luft aus dem Aufnahmeteil 7
absaugen, da ein Lamellenverschluß 149 in der Öffnung 18
durch den vom Lüfterrad 16 erzeugten Unterdruck ver-
schlossen bleibt.

Der Elektromotor 13 treibt aufgrund der sehr einfach aus-
gebildeten Freilaufeinrichtung das Lüfterrad 16 ständig
in beiden Richtungen an, so daß beim Antrieb des Motors
13 im Uhrzeigerdrehsinn der Luftstrom des Lüfterrads 16
den in der Öffnung 18 vorgesehenen Lamellenverschluß 149
öffnet und dem Scherkopf 3 Luft für den Trockenprozeß
zuführt.

Wird der Motor 13 entgegengesetzt zum Uhrzeigerdrehsinn
angetrieben, erzeugt der Luftstrom des ständig angetrie-
benen Lüfterrads 16 einen Unterdruck im Bereich der Öff-
nung 18, so daß der Lamellenverschluß 149 wieder ge-
schlossen wird bzw. geschlossen bleibt.

. . .

B000303

BP<sup>n</sup>un

Braun Aktiengesellschaft

- 31 -                                                    05818/PT2/Hi
                                                         20.01.1994


Patentansprüche

1.      Reinigungsvorrichtung (5) mit einem Aufnahmeteil
        (7) für den Scherkopf (3) eines Rasierapparats
        (1), sowie wenigstens einem Reinigungsflüssig-
        keitsbehälter (6, 61) und einer von einem Motor
        (28) antreibbaren Fördereinrichtung für die Reini-
        gungsflüssigkeit, dadurch gekennzeichnet, daß das
        Aufnahmeteil (7) für den Scherkopf (3) getrennt
        vom Reinigungsflüssigkeitsbehälter (6) angeordnet
        ist und zur Reinigung mit Reinigungsflüssigkeit
        aus dem Vorratsbehälter versorgt wird.

2.      Vorrichtung nach Anspruch 1, dadurch gekennzeich-
        net, daß das Aufnahmeteil (7) als Aufbewahrungs-
        vorrichtung für den Rasierapparat (1) ausgebildet
        ist, der eine elektrische Einrichtung für die
        Inbetriebnahme des Rasierapparats (1) und der
        Reinigungsvorrichtung zugeordnet ist.

3.      Vorrichtung nach Anspruch 1, dadurch gekennzeich-
        net, daß das Aufnahmeteil (7) als Aufbewahrungs-
        vorrichtung für den Rasierapparat (1) ausgebildet
        ist, der eine elektrische Einrichtung für die
        zeitweilige Inbetriebnahme des Rasierapparats (1),
        der Reinigungsvorrichtung und einer Lufttrocken-
        vorrichtung zugeordnet ist.

4.      Vorrichtung nach Anspruch 1, dadurch gekennzeich-
        net, daß das Aufnahmeteil (7) als Reinigungswanne,
        Trockenwanne und/oder Aufbewahrungsvorrichtung
        ausgebildet und/oder in der Reinigungsvorrichtung
        vorgesehen ist.

                                                    ...

Braun Form 10.407/1-8/86

B000304

BP**ᴖᴜᴜ**

Braun Aktiengesellschaft

- 32 -

05818/PT2/Hi
20.01.1994

5.      Vorrichtung nach Anspruch 1, **dadurch gekennzeich-
net**, daß das Aufnahmeteil (7) bzw. der Scherkopf
(3) für eine bestimmte Zeitperiode über die För-
derpumpe (23) aus dem Reinigungsflüssigkeitsbehäl-
ter (6) mit Reinigungsflüssigkeit versorgbar ist.

6.      Vorrichtung nach Anspruch 1, **dadurch gekennzeich-
net**, daß dem Aufnahmeteil (7) zur Aufnahme des
Scherkopfs (3) eine vom Aufnahmeteil (7) getrennte
Lufttrockenvorrichtung zugeordnet ist, die über
eine elektrische Einrichtung dann aktivierbar ist,
wenn die Reinigungsflüssigkeit aus dem Aufnahme-
teil in den Reinigungsflüssigkeitsbehälter (6)
abgeleitet ist.

7.      Vorrichtung nach Anspruch 1, **dadurch gekennzeich-
net**, daß das Aufnahmeteil (7) außerhalb der Reini-
gungsflüssigkeit (40) und/oder oberhalb des Flüs-
sigkeitsspiegels der im Reinigungsflüssigkeitsbe-
hälter (6) vorgesehenen Reinigungsflüssigkeit (40)
angeordnet ist.

8.      Vorrichtung nach Anspruch 1, **dadurch gekennzeich-
net**, daß zumindest das Aufnahmeteil (7) und/oder
der Reinigungsflüssigkeitsbehälter (6) nach außen
bzw. zur Atmosphäre hin ständig geöffnet ist.

9.      Vorrichtung nach Anspruch 1, **dadurch gekennzeich-
net**, daß das Aufnahmeteil (7) mit einer Überlauf-
einrichtung (26) und/oder mit mindestens einer
Auslaßöffnung (27) ausgestattet ist, über die
Reinigungsflüssigkeit zu einem Reinigungsflüssig-
keitsbehälter (6, 65) geleitet werden kann.

. . .

B000305

Braun Form 10.40/1-8/86

BRAUN

Braun Aktiengesellschaft

- 33 -

05818/PT2/Hi
20.01.1994

10.  Vorrichtung nach Anspruch 1, **dadurch gekennzeichnet**, daß der Querschnitt der Auslaßöffnung (27) im Aufnahmeteil (7) so bemessen ist, daß während des Reinigungsvorgangs weniger Reinigungsflüssigkeit durch die Auslaßöffnung (27) abfließt, als über die Förderpumpe (23) dem Aufnahmeteil (7) zugeführt wird.

11.  Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, **dadurch gekennzeichnet, daß** zwischen der Überlaufeinrichtung (26) und dem Reinigungsflüssigkeitsbehälter (6) ein die Reinigungsflüssigkeit durchlassendes Schlauchteil (20) vorgesehen ist.

12.  Vorrichtung nach Anspruch 10, **dadurch gekennzeichnet**, daß unterhalb des dem Scherkopf angepaßten Aufnahmeteils (7) eine Auffangwanne (77) vorgesehen ist, die zum Anschluß der Filtereinrichtung mit einer Auslaßöffnung (91) versehen ist.

13.  Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, **dadurch gekennzeichnet, daß** die Filtereinrichtung aus einem Stutzen (19) besteht, auf den das die Flüssigkeit durchlassende Schlauchteil (20) aufgezogen ist.

14.  Vorrichtung nach Anspruch 12, **dadurch gekennzeichnet**, daß das Schlauchteil (20) in die im Reinigungsflüssigkeitsbehälter (6) vorgesehene Reinigungsflüssigkeit (40) eingetaucht ist.

. . .

Braun Form 10 4071-8/86

B000306

BP**ᴖⁱ**ⵏ

Braun Aktiengesellschaft

- 34 -                                05818/PT2/Hi
                                       20.01.1994

15.    Vorrichtung nach Anspruch 12, **dadurch gekennzeich-**
       **net**, daß der Stutzen (19) mittel- oder unmittelbar
       mit der Einlaßseite der Förderpumpe (23) verbunden
       ist, deren Auslaßseite über eine Leitung (25) mit
       einem Filter (24) in Verbindung steht.

16.    Vorrichtung nach Anspruch 15, **dadurch gekennzeich-**
       **net**, daß der Filter (24) über einen Auslaßstutzen
       (37) mit dem Aufnahmeteil (7) und eine im Aufnah-
       meteil (7) vorgesehene Auslaßöffnung (27) mit dem
       Reinigungsflüssigkeitsbehälter (6) verbunden ist.

17.    Vorrichtung nach einem oder mehreren der vorherge-
       henden Ansprüche, **dadurch gekennzeichnet,** daß der
       Rasierapparat (1) in eine als Galgen (10) ausge-
       bildete Halterung bzw. in einen Wandhalter (38)
       einsetzbar und über ein Schaltelement (9) mecha-
       nisch und/oder elektrisch verriegelbar ist.

18.    Vorrichtung nach einem oder mehreren der vorherge-
       henden Ansprüche, **dadurch gekennzeichnet,** daß das
       Schaltelement (9) zur mechanischen und/oder elek-
       trischen Verriegelung des Rasierapparats (1) gegen
       die Stellkraft einer Feder aus einer "Aus"-Stel-
       lung bzw. entriegelbaren Stellung in mindestens
       eine den Rasierapparat (1) verriegelnde Stellung
       bringbar ist.

19.    Vorrichtung nach einem oder mehreren der vorherge-
       henden Ansprüche, **dadurch gekennzeichnet,** daß die
       "Ein"-Stellung zur elektrischen Aktivierung des
       Rasierapparats (1) auch zur Aktivierung der Reini-
       gungsvorrichtung (5) dient.

                                              . . .

B000307

BP**⁰**l**Π**

Braun Aktiengesellschaft

- 35 -                                    05818/PT2/Hi
                                          20.01.1994

20.   Vorrichtung nach einem oder mehreren der vorherge-
      henden Ansprüche, dadurch gekennzeichnet, daß die
      "Ein"-Stellung zur elektrischen Aktivierung einer
      Laderegelung insbesondere einer Laderegelung einer
      Ladevorrichtung im Rasierapparat (1) dient.

21.   Vorrichtung nach einem oder mehreren der vorherge-
      henden Ansprüche, dadurch gekennzeichnet, daß das
      Schaltelement (9) mit einem elektrischen Steuer-
      kreis verbindbar ist, der für eine bestimmte bzw.
      programmierbare Zeitdauer die Reinigungsvorrich-
      tung einschaltet.

22.   Vorrichtung nach einem oder mehreren der vorher-
      gehenden Ansprüche, dadurch gekennzeichnet, daß
      nach der Reinigung des Scherkopfs für eine be-
      stimmte bzw. programmierbare Zeitdauer die Trok-
      kenvorrichtung des Rasierapparats (1) zugeschaltet
      wird.

23.   Vorrichtung nach einem oder mehreren der vorherge-
      henden Ansprüche, dadurch gekennzeichnet, daß der
      über das Schaltelement (9) aktivierbare elektri-
      sche Steuerkreis zur Steuerung der verschiedenen
      Arbeitsintervalle der Reinigungsvorrichtung (5)
      einsetzbar ist.

24.   Vorrichtung nach einem oder mehreren der vorherge-
      henden Ansprüche, dadurch gekennzeichnet, daß der
      über das Schaltelement (9) aktivierbare elektri-
      sche Steuerkreis zur Steuerung des Reinigungs- und
      Trockenvorgangs abschaltbar ist, die elektrische

                                          . . .

Braun Form XI 4077 r 8/86

BP**ⁿ**ⁱⁿ

Braun Aktiengesellschaft

- 36 -

05818/PT2/Hi
20.01.1994

und/oder mechanische Verriegelung aufhebt und/oder den Ladevorgang des Rasierapparats (1) beendet.

25. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, **dadurch gekennzeichnet, daß** der Galgen (10), der Wandhalter (38), die Reinigungsvorrichtung (5), der Reinigungsflüssigkeitsbehälter (6) und/oder die Trockenvorrichtung bzw. der Lüfter (16) eine integrierte Baueinheit bilden, von der der Rasierapparat (1) aufgenommen werden kann.

26. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, **dadurch gekennzeichnet,** daß der Galgen (10) mit seinem vertikal verlaufenden Schenkel, einem vertikal verlaufenden Schenkel des Wandhalters (38) und dem Aufnahmeteil (7) ein mit Bezug auf die Seitenansicht des Gerätes U-förmiges Gehäuse (4) bildet.

27. Verfahren zur Reinigung des Rasierapparats mit einer Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, **gekennzeichnet** durch folgende Verfahrensschritte:

a) der Rasierapparat (1) wird durch Verstellen eines Schaltelements (9) von einer ersten in eine weitere Schaltstellung für den gesamten Reinigungs- und Trockenvorgang mechanisch und/oder elektrisch im Gehäuse (4) der Reinigungsvorrichtung (5) verriegelt,

. . .

B000309

BP᛫᛫IΠ

Braun Aktiengesellschaft

05818/PT2/Hi
20.01.1994

– 37 –

b) der Reinigungsvorgang des Scherkopfs (3) des
Rasierapparats (1) wird durch Verstellen ei-
nes Schaltelements (9) von einer ersten in
eine zweite oder dritte Schaltstellung für
eine kurze oder intensive Reinigung begonnen,
das Untermesser des Scherkopfs (3) wird ange-
trieben und die Förderpumpe (23) zur Versor-
gung des Scherkopfs (3) mit Reinigungsflüs-
sigkeit für ein erste Zeitperiode zwischen 3
und 20 sec eingeschaltet, wobei die Reini-
gungsflüssigkeit während des Reinigungsvor-
gangs fortlaufend über einen Filter (24) zum
Aufnahmeteil (7) geleitet wird,

c) nach der ersten Zeitperiode zwischen 3 und 20
sec wird die Förderpumpe (23) abgeschaltet
und die Reinigungsflüssigkeit aus dem Aufnah-
meteil (7) einem Reinigungsflüssigkeitsbehäl-
ter (6) zugeführt,

d) das Untermesser des Scherkopfs (3) wird für
den Trocken- und Schüttelvorgang für eine
zweite Zeitperiode zwischen 1 und 30 sec wei-
ter oszillierend angetrieben,

e) die Trockenvorrichtung und/oder die Heizung
der Trockenvorrichtung wird für die zweite
und/oder dritte Zeitperiode zwischen 3 und 30
min eingeschaltet und dem Scherkopf (3) Luft
für den Trockenvorgang zugeführt,

...

B000310

BRAUN

Braun Aktiengesellschaft

- 38 -                                          05818/PT2/Hi
                                                20.01.1994

    f)  nach Ablauf der drei bzw. vier Zeitperioden
        bzw. nach dem Trockenvorgang bzw. dem letzten
        Arbeitsvorgang werden die Trockenvorrichtung
        und/oder die Heizung der Trockenvorrichtung
        abgeschaltet und die elektrische und/oder
        mechanische Verriegelung des Rasierapparats
        (1) aufgehoben.

28.  Verfahren zur Reinigung des Rasierapparats mit
     einer Vorrichtung nach einem oder mehreren der
     vorhergehenden Ansprüche, dadurch gekennzeichnet,
     daß durch Verstellen eines Schaltelements (9) von
     einer ersten in eine zweite oder dritte Schalt-
     stellung der Rasierapparat (1) aufgeladen wird.

. . .

B000311

BRᴬUN

Braun Aktiengesellschaft

- 39 -                                          05818/PT2/Hi
                                                20.01.1994


Zusammenfassung (Figur 1)

Die Erfindung bezieht sich auf eine Reinigungsvorrichtung
5 mit einem Aufnahmeteil 7 für den Scherkopf 3 eines
Rasierapparats 1, sowie wenigstens einem Reinigungsflüs-
sigkeitsbehälter 6, 61 und einer von einem Motor 28 an-
treibbaren Fördereinrichtung für die Reinigungsflüssig-
keit, wobei das Aufnahmeteil 7 für den Scherkopf 3 ge-
trennt vom Reinigungsflüssigkeitsbehälter 6 angeordnet
und zur Reinigung mit Reinigungsflüssigkeit aus dem Vor-
ratsbehälter versorgt wird.

B000312