

**Figure H**

2. [text illegible]

**NOTE:** [text illegible]

3. Hold the Nozzle of the Vac against the surface to be cleaned and move the unit back and forth to clean up dirt. *(Figure H)*

4. When you are finished vacuuming or need to stop for more than a few moments, slide the Switch back to OFF/CHARGE. This will save the run time for actual vacuuming.

5. For best performance, empty and clean the Vac and Filter after each use. For larger pick-ups, empty the Bowl when it becomes full. (See Dirt Removal and Filter Cleaning below.)

## Dirt Removal And Filter Cleaning



**Figure I**

**NOTE:** Thorough cleaning of the Filter after each use will improve performance.

1. Depress the Bowl Latch with your thumb and slide the Bowl forward off of the unit housing with your free hand. *(Figure I)*

---

1. The Vac must be stored in its Charging Base to be recharged. To store, hold the unit by the Handle Grip with the Bowl facing downward. Push unit straight in and slide up or down until it snaps over the raised triangle. *(Figure F)*



**Figure F**

2. Slide the Operating Switch to the OFF/CHARGE position.

**NOTE:** Removal is easiest if Vac is pulled from top of Handle.

3. Keep the Charger plugged into a standard electrical outlet at all times. When charging, the Charger will become warm to the touch.

4. The batteries require 24 hours charging to reach full capacity.

5. The exposed electrical terminals in the Charging Base are at low voltage and are not a shock hazard.

6. After repeated use the operating times may get shorter. To correct, fully discharge the unit by running it until the fan stops rotating. Then recharge the unit for 24 hours. This procedure improves the batteries' capacity. Repeat several times for best results.

## Operation

**NOTE:** Be sure the Charge Instruction Label is removed before using the unit.

1. When you are ready to vacuum, slide the Operating Switch forward into the ON position. The Operating Switch is conveniently located on the top of the unit, just beyond the Handle Grip. *(Figure G)*



**Figure G**

B000403

# IMPORTANT SAFEGUARDS

When using electrical appliances, basic safety precautions should always be followed, including the following:

PLEASE READ ALL INSTRUCTIONS CAREFULLY BEFORE USING THE UNIT.

## WARNING —To reduce the risk of fire, electrical shock or injury to persons:

- Close supervision is necessary when any appliance is used by or near children. Do not allow to be used as a toy.
- To protect against risk of electrical shock, do not put unit or charging base in water or other liquid.
- Do not operate in the presence of explosives and/or flammable fumes or liquids.
- Do not operate any appliance with a damaged cord or charger or after the appliance malfunctions or is damaged in any manner. Return the appliance to any authorized service facility for examination, repair, or electrical or mechanical adjustment.
- Do not use the charger outdoors.
- Do not abuse the cord. Never carry the charger or base by the cord or yank to disconnect from an outlet; instead grasp the charger and pull to disconnect. Keep cord away from heated surfaces.
- Do not allow the cord to hang over the edge of a table or counter or touch hot surfaces. The unit should be placed or mounted away from sinks and hot surfaces.
- Do not use an extension cord. Plug the charger directly into an electrical outlet.
- Use the charger only in a standard electrical outlet (120V/60Hz).
- Do not attempt to use the charger with any other product; do not attempt to charge this product with any other charger.
- Keep hair, loose clothing, and all parts of body away from openings and moving parts.
- Do not handle plug or appliance with wet hands.

Copyright ©1989, 1990 Black & Decker

2

- Do not put any object into unit openings. Do not use with any openings blocked; keep free of dust, lint, hair, and anything that may reduce air flow.
- Do not operate the unit without a filter in place. Replace a damaged filter promptly.
- Do not pick up toxic substances.
- Do not pick up liquids unless with model, WK10 wet accessory kit.
- Never pick up flammable liquids such as gasoline.
- Do not pick up liquids with the power brush attachment.
- Do not pick up hot liquids.
- Do not vacuum burning materials, such as lit cigarette butts or hot fireplace ashes.
- Do not use on or near hot surfaces.
- Use extra caution when cleaning on stairs.
- This appliance is intended for household use only and not for commercial or industrial use.
- Use only as described in this manual. Use only manufacturer's recommended attachments.
- Unplug the charger from outlet before any routine cleaning or maintenance.
- This product includes rechargeable nickel cadmium batteries. Do not incinerate batteries as they will explode at high temperatures.
- Leaks from battery cells can occur under extreme conditions. If the liquid, which is a 20-35% solution of potassium hydroxide, gets on the skin (1) wash quickly with soap and water or (2) neutralize with a mild acid such as lemon juice or vinegar. If the liquid gets into the eyes, flush them immediately with clean water for a minimum of 10 minutes. Seek medical attention.

## SAVE THESE INSTRUCTIONS

Thank you for purchasing the Black & Decker PowerPro® Dustbuster Plus® Cordless Vac. Before first use, please take a few minutes to read this Use & Care Book and to find a place to keep it handy for reference. Pay particular attention to the safety instructions we have provided for your protection. Review the product warranty and service statements and fill out and mail the owner registration form. For your convenience, please record:

3

B000404

## Cleaning Capabilities/Accessories Reference Guide

This chart will give you a quick reference of the capabilities of your Power Pro® Dustbuster Plus® Cordless Vac and the optional accessories that are available.

All of the units operate as dry pickup Vacs. The Accessory Kit, AK10, offers extra tools for dry pickups. The Power Brush Kit, PK10, includes a motorized Power Brush which is ideal for carpeting and upholstery. The Wet Pickup Kit, WK10, converts the Vac to pick up wet spills.

|  | DB4000 | DB5000 | DB6000 |
|---|---|---|---|
| Dry pickup capability | Yes | Yes | Yes |
| Accessory Kit AK10 | Included | Included | Optional |
| Power Brush Kit PK10 | Optional | Included | Optional |
| Wet Pickup Conversion Kit WK10 | Optional | Optional | Optional |

## Charging

Longest life and best performance can be obtained if the PowerPro® Dustbuster Plus® Cordless Vac is used often until all of the charge is used up. Then charge at normal temperatures (between 40° and 105°F) for 24 hours.

5

---

Date product received: _____
Complete model number: _____
(located on the bottom of the unit)

## Table of Contents

Important Safeguards ............................................. 2
Reference Guide .................................................... 5
Charging ............................................................. 7
Operation ............................................................ 8
Dirt Removal and Filter Cleaning ............................ 9
Accessory Kit AK10 ............................................. 11
Power Brush Kit PK10 ......................................... 11
Quick Reference Guide ........................................ 14
Need Service or Accessories? ............................... 14
Accessories Order Form ....................................... 15
Full Two-Year Warranty ........................... Back Cover
Satisfaction Guaranteed ........................... Back Cover

---



Although the PowerPro® Dustbuster Plus® Cordless Vac comes fully assembled, check to be sure all of the parts are included and in place before use. Identify the model you have purchased and check for the proper parts.

4

B000405

E U R O P E A N    P A T E N T    O F F I C E

Patent Abstracts of Japan



PUBLICATION NUMBER     : JP6178876
PUBLICATION DATE       : 28-06-94
APPLICATION NUMBER     : JP920333228
APPLICATION DATE       : 14-12-92


VOL: 18    NO: 514    (M - 1680)
AB. DATE : 28-09-1994  PAT: A 6178876
PATENTEE : TOKYO ELECTRIC CO LTD
PATENT DATE:28-06-1994

INVENTOR : TANIOKA SUSUMU; others: 02

INT.CL.  : B26B19/44; A45D27/46

TITLE    : ELECTRIC RAZOR

ABSTRACT  : PURPOSE:To provide an electric razor which can assuredly clean by
washing away beard scum which has adhered on the internal blade
or external blade by filling an appropriate quantity of a
detergent in the beard storage space thoroughly and easily.
CONSTITUTION:When the title electric razor is fitted in a main
body case 11, an external blade 29 is covered in such a manner
that a communicating port (external blade base opening 21) is
internally wrapped, and a gap D is formed on the outside of the
external blade 29. By doing this, a closed space to form a
detergent circulating passage R which passes through the gap D
and a beard storage space (annular recessed part 20) via the
external blade base opening 21 and external blade 29, is formed
between the electric razor and the main body case 11. At the same
time, a cap 12 which is equipped with a liquid injection port
(cap communicating port 47) to the gap D is formed, and the cap
12 is fitted on the main body case 11, a washing liquid (liquid
detergent S) is filled in the detergent circulating passage R,
and an internal blade 29 is rotated. By this method, generated
air bubbles B circulate between the gap D and annular recessed
part 20, and clean the electric razor.

B000406

PTO UTILITY GRANT

Paper Number ___ 20

## The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.*

*If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.*

*If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to an statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.*

*Bruce Lehman*
Commissioner of Patents and Trademarks

*Marjorie V. Turner*
Attest

The United States of America

Form PTO-1584 (Rev. 2/97)

B000406A    FPI-LOM

(RIGHT INSIDE)



MA

5711328

| UTILITY SERIAL NUMBER 08/376849 | PATENT DATE JAN 27 1998 | PATENT NUMBER |
|---|---|---|

| SERIAL NUMBER 08/376,849 | FILING DATE 01/23/95 | CLASS 134 | SUBCLASS (11) -46 | GROUP ART UNIT 1307 | EXAMINER STINSON |
|---|---|---|---|---|---|

APPLICANTS
GEBHARD BRAUN, KELKHEIM, FED REP GERMANY.

**CONTINUING DATA************************
VERIFIED

**FOREIGN/PCT APPLICATIONS************
VERIFIED    FED REP GERMANY    P 44 02 238.7    01/26/94

CERTIFICATE

SEP 8 1998

OF CORRECTION

| Foreign priority claimed ☒ yes ☐ no | AS FILED → | STATE OR COUNTRY DEX | SHEETS DRWGS. 8 | TOTAL CLAIMS 22 | INDEP. CLAIMS 1 | FILING FEE RECEIVED $1,058.00 | ATTORNEY'S DOCKET NO. 02894/284001 |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☒ yes ☐ no | | | | | | | |
| Verified and Acknowledged    Examiner's initials | | | | | | | |

ADDRESS
WILLIS M ERTMAN
FISH & RICHARDSON
225 FRANKLIN STREET
BOSTON MA 02110-2804

TITLE
CLEANING DEVICE FOR THE SHAVING HEAD OF A DRY SHAVER

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | Applications Examiner |
|---|---|

| NOTICE OF ALLOWANCE MAILED | CLAIMS ALLOWED | |
|---|---|---|
| 9-23-97 | Total Claims 27 | Print Claim 17 |

| ISSUE FEE | | Assistant Examiner | DRAWING | | |
|---|---|---|---|---|---|
| Amount Due 1290.00 | Date Paid 10/03/97 | | Sheets Drwg. 8 | Figs. Drwg. 12 | Print Fig. 1 |

FRANKIE L. STINSON
PRIMARY EXAMINER
GROUP 3400

Primary Examiner

| | ISSUE BATCH NUMBER SH |
|---|---|

PREPARED FOR ISSUE

Label Area

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8-92)



FILE B000696

(FACE)

08/376849

PATENT APPLICATION

08376849

APPROVED FOR LICENSE ☐

INITIALS

FEB 9 0 531

# CONTENTS

| Date Entered or Counted | | | Date Received or Mailed |
|---|---|---|---|
| 1/23 | 1. | Application *2 Prints* papers. | 2/24/95 |
| | 2. | *Ltr re: drcus* | 2/24/95 |
| | 3. | *Response to notice* | 3/27/95 |
| | 4. | *Decision Granting Petition* | 8-18-95 |
| ✓ | 5. | *Sub Spec* | 1/23/95 |
| 3/18 | 6. | *Rejection 2 months* | 12 we |
| | 7. | *IDS* | 6/24/96 |
| | 8. | *Amdt A* | 6/24/96 |
| 9/16 | 9. | *Final Rej 3mos* | 9-18-96  OD |
| | 10. | *Req for Recon* | 11/21/96 |
| 12/12 | 11. | *Rej 3-0-3* | 12/3/96 |
| | 12. | *Info. Discl. Statement* | 11-25-96 |
| 3/10 | 13. | *Ltr RE IDS* | 3-11-97  1D |
| | 14. | *Amdt B* | 3/10/97 |
| 5/12 | 15. | *Final Rej 3mos* | 5-15-97  OD |
| | 16. | *IDS* | 4-14-97 |
| 7/4 | 17. | *Interview Summary* | 7/18/97 |
| | 18. | *Amdt C AMA* | 8/18/97 |
| 9/22 | 19. | *Notice of Allowance / Note* | 9-23-97 |
| | 20. | PTO Date JAN 27 1998 | |
| | 21. | *CMC* | 8-17-98 |
| | 22. | | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | 30. | | |
| | 31. | | |
| | 32. | | |

(FRONT)

B000697

FRENCH



Nº 808.932                    M. Quaitsch                    Pl. unique

Fig.1



Fig.2



B000698



RÉPUBLIQUE FRANÇAISE.

## MINISTÈRE DU COMMERCE ET DE L'INDUSTRIE.

### DIRECTION DE LA PROPRIÉTÉ INDUSTRIELLE.

# BREVET D'INVENTION.

### Gr. 20. — Cl. 3.                   N° 808.932

**Boîte d'immersion pour rasoir évitant par un lavage automatique après son usage, son démontage et son oxydation.**

M. Otto QUAITSCH résidant en France (Bouches-du-Rhône).

**Demandé le 30 juillet 1936, à 9ʰ 15ᵐ, à Marseille.**
Délivré le 24 novembre 1936. — Publié le 18 février 1937.

Par la sécurité qu'il donne et la rapidité de son emploi, le rasoir mécanique est, de nos jours, d'un usage universel. Cependant, ce système de rasoir nécessite une opération
5 assez délicate et même dangereuse, c'est celle qui consiste à son nettoyage, car tout usager qui désire conserver son rasoir en parfait état de fonctionnement, se trouve dans l'obligation, après chaque barbe, de
10 démonter son rasoir pour le nettoyage ; sans cette précaution élémentaire, l'oxydation de la lame et de son support ne tarderait pas à le rendre inutilisable. Cette opération qui doit se faire avec attention, pour éviter les
15 coupures, demande, de ce fait, un certain temps malgré la dextérité que peut donner l'habitude, elle présente encore les aléas de détérioration par les surfaces pouvant retenir quelques gouttes d'eau, ce qui produit
20 inévitablement l'oxydation que l'on doit éviter.

Ces multiples inconvénients, danger de coupures, de temps passé aux opérations de démontage, nettoyage séchage et remontage
25 et de l'oxydation sont maintenant supprimés par l'objet de la présente invention qui consiste dans une boîte d'immersion pour rasoir, de préférence mécanique, ayant pour principaux buts, de provoquer le lava-
30 ge automatique du rasoir, sans procéder à son démontage, évitant ainsi les accidents

par coupures, l'oxydation de la lame et la perte de temps.

L'invention se caractérise d'abord, par la protection des parties non coupantes de la
35 lame du rasoir au moyen d'un recouvrement à l'aide d'un vernis, de préférence transparent, de composition connue, pour ne pas être dissous par l'alcool, et ensuite de retenir, dans le bas d'un récipient formant une
40 boîte étanche, une certaine quantité ou volume d'alcool, plutôt à un haut degré, dans lequel plongera, de façon a y être complètement immergée, la tête du rasoir mécanique.
45 La boîte d'immersion pour rasoir est représentée sur les dessins annexés donnés à titre explicatif et pouvant également servir d'exemple d'exécution à une des formes de l'objet de l'invention.
50 Sur ces dessins :

La fig. 1 montre, vue en perspective avec des parties intentionnellement enlevées, la boîte d'immersion et son rasoir ;

La fig. 2 représente une des deux surfaces
55 d'une lame coupante recouverte d'une couche de vernis de protection contre l'oxydation.

La boîte d'immersion pour rasoir, représentée sur la fig. 1 est étanche, elle comporte
60 un couvercle 2 s'emboîtant à frottement doux sur un rebord 3 prévu à cet effet sur

**Prix du fascicule : 6 francs.**

[808.932]  — 2 —

la partie supérieure de la boîte 1, celle-ci comporte un support 4 placé sur son fond 5.

Sur ce support vient reposer la tête du rasoir 6, celle-ci est complètement immergée dans un volume d'alcool représenté en 7.

La hauteur du support 4 est prévue suffisante pour permettre la décantation du savon, des poils et de l'eau porté par la tête du rasoir au moment de son immersion.

Afin d'éviter l'oxydation de la lame 8 (fig. 2) celle-ci est recouverte sur chacun de ses côtés d'une couche 9 de vernis, de préférence incolore et résistant à l'alcool, de composition connue, seules les parties 10 coupantes ne sont pas recouvertes.

La constitution de la boîte d'immersion, d'une part, et la préparation des lames d'autre part, permettent de réaliser un effet ou résultat nouveau qui consiste après s'être rasé, à ne plus démonter son rasoir pour le nettoyer, mais à l'immerger simplement dans l'alcool contenu dans la boîte étanche, celui-ci se chargeant de débarrasser la tête du rasoir de tous les résidus provenant de la barbe réalisant ainsi un lavage automatique des pièces souillées par la coupe de la barbe.

L'expérience a démontré que les organes composant la tête du rasoir acquièrent, par la suite de leur immersion prolongée dans l'alcool, une sorte de répulsion du savon, ce qui évite son adhérence sur ces organes et facilite le rinçage à l'eau au cours de l'opération de la barbe.

Cependant, les formes, les dimensions et les matières utilisées à l'établissement de la boîte d'immersion et à l'isolement des grandes surfaces de la lame, pourront varier sans changer pour cela la disposition générale de l'invention, qui vient d'être décrite.

RÉSUMÉ.

Boîte d'immersion pour rasoir évitant, par un lavage automatique, après son usage, son démontage et son oxydation, caractérisée par : la combinaison d'une lame coupante de rasoir dont les grandes surfaces sont entièrement recouvertes par un des vernis de composition connue, résistant à l'alcool ; d'une boîte fermée par un couvercle étanche, cette dite boîte contenant de l'alcool ; et un support placé dans le fond de la boîte, sur lequel vient s'appuyer la tête du rasoir, ce dit support constituant, par sa hauteur, un dispositif de décantation.

Otto QUAITSCH.

Par procuration :
Étienne ROMAN.

B000700

23    Ex. in Dok.    EOV

(19) RÉPUBLIQUE FRANÇAISE

INSTITUT NATIONAL
DE LA PROPRIÉTÉ INDUSTRIELLE

PARIS

(11) N° de publication : 2 568 111
(à n'utiliser que pour les commandes de reproduction)

(21) N° d'enregistrement national : 84 12162

(51) Int Cl⁴ : A 45 D 27/46.

(12) **DEMANDE DE BREVET D'INVENTION**    A1

(22) Date de dépôt : 26 juillet 1984.

(30) Priorité :

(43) Date de la mise à disposition du public de la demande : BOPI « Brevets » n° 5 du 31 janvier 1986.

(56) Références à d'autres documents nationaux apparentés :

(71) Demandeur(s) : ÉTABLISSEMENTS CAB SARL — FR.

(72) Inventeur(s) : Marius Bardel.

(73) Titulaire(s) :

(74) Mandataire(s) : Cabinet Charras.

(54) Appareil pour le nettoyage des rasoirs électriques.

(57) L'objet de l'invention se rattache au secteur technique des dispositifs spécialement conçus pour le nettoyage ou la désinfection des rasoirs.

L'appareil comprend un boîtier-support 1 dont une partie est agencée pour permettre le maintien et le positionnement du rasoir de sorte que la tête du rasoir est positionnée en combinaison avec une ouverture d'accès 1d à l'intérieur dudit boîtier, pour coopérer avec des moyens et organes conformés pour, d'une part, dans un premier temps, décoller les particules de barbe, puis, d'autre part, dans un deuxième temps, évacuer les particules décollées dans un réceptacle amovible que présente une partie du boîtier.



FR 2 568 111 - A1

B000701

2568111

- 1 -

L'invention concerne un appareil pour le nettoyage des ra-
soirs électriques.

L'objet de l'invention se rattache au secteur technique des
dispositifs spécialement conçus pour le nettoyage ou la désinfec-
5    tion des rasoirs.

Le but recherché est de créer un appareil permettant le net-
toyage automatique des têtes de rasoirs en supprimant par consé-
quent, l'emploi des brosses manuelles qui équipent normalement les-
dits rasoirs.

10    Un des problèmes qu'il a fallu résoudre, réside dans le fait
de pouvoir appliquer l'appareil à tous les types de rasoirs exis-
tants parmi lesquels on peut citer principalement les rasoirs à
têtes rotatives, à lames vibrantes, à barettes vibrantes. Selon
ces différents types, les couvercles de protection des têtes peu-
15    vent être articulés ou amovibles.

Outre ce caractère universel, l'appareil doit être compact,
fonctionnel et d'un emploi aisé.

Pour résoudre ces problèmes et atteindre le but recherché,
l'appareil est remarquable en ce qu'il comprend un boîtier support
20    dont une partie est agencée pour permettre le maintien et le po-
-sitionnement du rasoir de sorte que la tête du rasoir est position-
née en combinaison avec une ouverture d'accès à l'intérieur dudit
boîtier pour coopérer avec des moyens et organes conformés pour,
d'une part, dans un premier temps, décoller les particules de bar-
25    be, puis, d'autre part, dans un deuxième temps, évacuer les par-
ticules décollées dans un réceptacle amovible que présente une
partie du boîtier.

Selon une autre caractéristique, l'appareil présente des moy-
ens de commande permettant la mise sous tension du rasoir puis sa
30    coupure et simultanément la mise en fonctionnement des organes de
nettoyage pendant un temps prédéterminé.

Ces caractéristiques et d'autres encore ressortiront de la
suite de la description.

Pour fixer l'objet de l'invention, sans toutefois le limi-

B000702

~ 2568111

- 2 -

ter, dans les dessins annexés

La figure 1 est une vue en perspective d'une forme de réali-
sation de l'appareil montrant le positionnement du rasoir en vue
de son nettoyage.

5       La figure 2 est une coupe de l'appareil selon une première
forme de réalisation de moyen et agencement de nettoyage.

La figure 3 est une vue en coupe de l'apparèil selon une au-
tre forme de réalisation du moyen de nettoyage.

La figure 4 est une vue en perspective de l'appareil selon

10    une autre forme de réalisation.

Les figures 5 et 6 sont des vues en coupe transversale consi-
dérées respectivement selon les lignes 5-5 et 6-6 des figures 2 et
3.

Afin de rendre plus concret l'objet de l'invention, on le dé-

15    crit maintenant d'une manière non limitative en se référant aux
exemples de réalisation des figures des dessins.

L'appareil comprend un boîtier-support (1) dont une partie
est agencée pour autoriser le positionnement du corps d'un rasoir
(R) de façon que sa tête (Ra) soit disposée à l'intérieur du corps

20    du boîtier (1) pour coopérer avec des moyens et organes de nettoya-
ge automatique de ladite tête. Par exemple, la partie supérieure
(1c) du boîtier est équipée d'un couvercle d'obturation articulé
(1b) dont la face interne (1b1) présente en débordement des proé-
minences (1b2) conformées pour permettre le centrage et le posi-

25    tionnement du corps du rasoir.

Ce couvercle est articulé au moyen d'un axe charnière (2) qui
est conformé, d'une manière connue, pour maintenir en position
d'ouverture ledit couvercle selon différentes valeurs angulaires
(X) qui sont fonction du type de rasoir (R) à seule fin que la tê-

30    te (Ra) soit disposée comme indiqué ci-dessus.

D'une manière préférée, le couvercle(1b) est articulé sur un
cadre amovible (3) centré périphériquement eu égard à une ouvertu-
re (1d) donnant accès à l'intérieur du boîtier et dans laquelle est
engagée l'ensemble de la tête (Ra) du rasoir (R). Une membrane d'é-

B000703

2568111

- 3 -

tanchéité (4) peut être montée en combinaison avec la périphérie interne du cadre (3), ladite membrane présentant une ouverture centrale (4a) dimensionnée et profilée en fonction de la tête (Ra) du rasoir (R).

5    Dans la forme de réalisation montrée figure 2, le nettoyage du rasoir s'effectue par un système de soufflage et d'aspiration. Dans ce but, un panier-support perforé (5) est monté à l'intérieur du boîtier (1), au droit de l'ouverture (1d). Ce panier (5) permet de recevoir la tête du rasoir à nettoyer.

10    Sous le panier (5) est montée coaxialement une rampe de souf-flage pivotante (6) entraînée en rotation par un moteur électrique (M) intégré à l'intérieur du boîtier. L'accouplement de la rampe (6) et du moteur (M) peut s'effectuer par exemple au moyen d'une couronne dentée (6a) montée sur l'axe de rotation (6b) de ladite

15    rampe     engrenant avec un pignon (7) monté en bout de l'arbre d'entraînement du moteur (M).

La rampe de soufflage (6) est reliée à une partie d'un venti-lateur centrifuge notamment (8) par l'intermédiaire d'un flexible (9). Le ventilateur est aussi entraîné en rotation par le moteur

20    (M) au moyen, par exemple, d'un système d'engrenage (10)-(11). Le profil de la rampe (6) est déterminé de façon à balayer lors de son entraînement en rotation, la totalité de l'embase et de la périphé-rie du panier-support (5). Des orifices ou ajutages (6c) sont for-més sur la rampe pour diriger les jets d'air en partie basse et

25    latéralement (figure 5).

Le panier-support (5) et la rampe rotative (6) sont logés dans un compartiment interne supérieur d'aspiration (1) du boîtier (1), ledit compartiment étant en communication par l'intermédiaire du conduit (12), avec une chambre inférieure (1f) agencée pour le

30    recyclage et la filtration de l'air.

La filtration de l'air pour la retenue des déchets peut être réalisée au moyen, par exemple, d'une cartouche filtrante amovi-ble (13). Un tiroir amovible (14) donne accès à la chambre infé-rieure (1f).

35    On conçoit donc que l'entraînement du moteur (M) et concomi-

B000704

2568111

- 4 -

tamment du ventilateur (8) et de la rampe (6), a pour effet de décoller les dé-
chets de barbe de la tête de rasoir positionnée dans le panier-
support (5) sous l'action conjuguée de rotation et de soufflage de
ladite rampe. Les particules ainsi décollées sont ensuite aspirées
5    en partie basse.

Dans la forme de réalisation montrée figure 3, le nettoyage
du rasoir s'effectue par un système de brossage et d'aspiration.
A cet effet, une brosse vibrante (13) est centrée à l'intérieur du
boîtier au droit de l'ouverture (1d), cette brosse étant montée
10   dans un support (S) avec capacité de déplacement latéral alterna-
tif afin de pouvoir être soumise au mouvement vibratoire.

Ce mouvement vibratoire peut être donné, d'une manière con-
nue, au moyen par exemple d'un électro-aimant (16) coopérant avec
des agencements (15a) que présente en débordement l'embase (15b)
15   de la brosse (15). Cette embase (15b) est microperforée et coopère
avec un caisson d'aspiration (17) relié par gaines (18) dans une
chambre inférieure (1g) que présente la base du boîtier, ladite
chambre étant assujettie à un ventilateur (19).

Comme précédemment, le ventilateur (19) est entraîné en rota-
20   tion par un moteur (M). De même, la chambre inférieure est équipée
d'une cartouche filtrante (20) ou autre moyen, l'air filtré étant
rejeté par une ouverture (1b) que présente une partie du boîtier,
ladite ouverture étant en communication avec un agencement que pré-
sente le ventilateur (19).

25   On conçoit donc qu'après entraînement du ventilateur par le
moteur (M) et excitation de l'électro-aimant (16), les particules
de barbe sont décollées de la tête du rasoir par la brosse vibran-
te (15) et aspirées par les orifices pour être dirigées dans la
cartouche filtrante (20).

30   Dans une variante de réalisation non illustrée, le nettoyage
du rasoir peut s'effectuer par un effet ionisant combiné avec un
effet de soufflage ou d'aspiration. Par exemple, l'intérieur du
boîtier peut présenter un générateur haute-tension alimentant
une électrode ou une tête d'ionisation disposée à proximité de l'ou-
35   verture (1d) où débouche la tête à nettoyer.

B000705

2568111

– 5 –

Le boîtier peut être équipé d'une fiche femelle (21) pour son
branchement électrique sur le secteur en vue d'alimenter une prise
(22) pour le branchement du rasoir (R). Cette prise (22) est bran-
chée en série avec un commutateur deux positions (23), l'une de ces
5 positions correspondant à la mise sous tension de la prise (22) du
rasoir, tandis que l'autre assure la coupure de la prise (22) et
simultanément la mise en route du ventilateur asservi à une tempo-
risation pour un arrêt automatique. Le boîtier de l'appareil peut
donc faire office de support de rangement au rasoir, positionné en
10 combinaison avec le couvercle en position d'ouverture.

Eventuellement on prévoit une réalisation selon laquelle
l'appareil est équipée d'une alimentation électrique autonome. Le
boîtier peut présenter différentes formes esthétiques (figures 1
et 4), la disposition du mécanisme interne dépendant de la for-
15 me générale extérieure de l'appareil.

Les avantages ressortent bien de la description ; en particu-
lier on souligne :
      – le nettoyage automatique, sans intervention manuelle de la
tête de rasoir
20      – la double fonction de l'appareil : nettoyage et support de
rangement pour le rasoir
      – le caractère quasi universel de l'appareil permettant le
nettoyage de la plupart des têtes de rasoir.

B000706

2568111

– 6 –

REVENDICATIONS

– 1 – Appareil pour le nettoyage de rasoirs électriques, caracté-
risé en ce qu'il comprend un boîtier-support (1) dont une partie
est agencée pour permettre le maintien et le positionnement du ra-
soir de sorte que la tête du rasoir est positionnée en combinai-
5    son avec une ouverture d'accès (1d) à l'intérieur dudit boîtier,
pour coopérer avec des moyens et organes conformés pour, d'une
part, dans un premier temps, décoller les particules de barbe,
puis, d'autre part, dans un deuxième temps, évacuer les particules
décollées dans un réceptacle amovible que présente une partie du
10   boîtier,

– 2 – Appareil selon la revendication 1, caractérisé en ce qu'un
panier-support perforé (5) est monté à l'intérieur du boîtier (1)
au droit de l'ouverture d'accès (1d) pour recevoir l'ensemble de
la tête du rasoir en position de nettoyage, ledit panier étant
15   assujetti à un système de soufflage et d'aspiration,

– 3 – Appareil selon la revendication 2, caractérisé en ce qu'une
rampe de soufflage pivotante (6) est reliée à une partie appro-
priée d'un ventilateur, l'ensemble étant entraîné par un organe
moteur commun (M), ladite rampe étant profilée et agencée pour ba-
20   layer, lors de son entraînement en rotation, la totalité de l'em-
base et de la périphérie du panier-support (5) ; la rampe (6) et
le panier (5) étant logés dans un compartiment interne supérieur
d'aspiration (1e) en communication avec une chambre inférieure
(1f) agencée pour le recyclage et la filtration de l'air,

25   – 4 – Appareil selon la revendication 1, caractérisé en ce qu'une
brosse (15) est montée à l'intérieur du boîtier (1) au droit de
l'ouverture d'accès (1d) pour coopérer avec l'ensemble de la tête
du rasoir en position de nettoyage, ladite brosse (15) étant
assujettie à un système combiné de vibration et d'aspiration,

30   – 5 – Appareil selon la revendication 4, caractérisé en ce que

B000707

~ 2568111

- 7 -

l'embase (15b) de la brosse est montée dans un support (S) avec
capacité de déplacement latéral alternatif afin de pouvoir être
soumise à un mouvement vibratoire, l'embase (15b) de la brosse
étant micro-perforée et coopérant avec un caisson d'aspiration (17)
5    relié à une chambre inférieure (1g) assujettie à un ventilateur
(19) entraîné par un organe moteur (M), ladite chambre étant agen-
cée pour le recyclage et la filtration de l'air.

- 6 - Appareil selon la revendication 1, caractérisé en ce que
dans la réalisation en variante, un générateur haute-tension ali-
10    mente une tête d'ionisation disposée à proximité de l'ouverture
d'accès (1d), en étant combinée avec avec un système de soufflage
ou d'aspiration.

- 7 - Appareil selon l'une quelconque des revendications 1 à 6
caractérisé en ce que la partie supérieure du boîtier (1) est équi-
15    pée d'un couvercle d'obturation articulé (1b) dont la face interne
est agencée pour autoriser le centrage et le positionnement du corps
du rasoir, ledit couvercle étant réglable angulairement en position
de sorte que l'ensemble de la tête de rasoir est disposé au droit
de l'ouverture d'accès (1d).

20    - 8 - Appareil selon la revendication 7, caractérisé en ce que le
couvercle (1b) est articulé sur un cadre amovible (3) centré pé-
riphériquement en égard à l'ouverture (1d), une membrane d'étanchéi-
té (4) étant montée en combinaison avec le pourtour interne du ca-
dre (3), ladite membrane présentant une ouverture centrale (3c)
25    profilée et dimensionnée en fonction de la tête du rasoir.

- 9 - Appareil selon la revendication 1, caractérisé en ce qu'il
présente des moyens de commande conformés et agencés pour permet-
tre d'une part, la mise sous-tension du rasoir et, d'autre part,
la coupure dudit rasoir simultanément à la mise en fonctionnement
30    des organes de nettoyage pendant un temps prédéterminé.

B000708

2568111





FIG.1

B000709

2/5

2568111



FIG. 2

B000710

2568111



FIG. 3

B000711

4/5

2568111



FIG. 4

B000712

5/5

2568111



FIG.5

FIG.6

B000713

141/1

EXAMINER'S
COPY
Div. 27

# DEUTSCHES REICH



AUSGEGEBEN
AM 4. MAI 1925

## REICHSPATENTAMT

# PATENTSCHRIFT

## — № 412981 —

### KLASSE 33c GRUPPE 9
(B 114941 X/33c)

---

### Max Brenneisen in Bern.

#### Rasierpinselreiniger.

Patentiert im Deutschen Reiche vom 18. März 1924 ab.

Für diese Anmeldung ist gemäß dem Unionsvertrage vom 2. Juni 1911 die Priorität auf Grund
der Anmeldung in der Schweiz vom 7. April 1923 beansprucht.

---

Rasierpinselreiniger, bei denen durchfließendes, Desinfektionsmittel enthaltendes Wasser
Verwendung findet, sind schon bekannt. Eine
bestimmte Regelung der Desinfektionsent
5 nahme ist jedoch bei keiner Ausführung vorgesehen. Dieser Übelstand wird durch die
Erfindung dadurch behoben, daß zwischen
der Wasserzufuhr und dem Reinigungsbehälter ein Mischraum mit einem Schwimmer
10 vorgesehen ist, in welchem die Desinfektionsflüssigkeit in gewünschter Menge und Stärke
dem durchfließenden Wasser selbsttätig zugeführt wird.

In der Zeichnung ist eine Ausführungsform
15 des Erfindungsgegenstandes dargestellt, und
zwar zeigt:

Abb. 1 einen Querschnitt, zum Teil in Ansicht,

Abb. 2 eine Draufsicht auf die Reinigungs
20 schale,

Abb. 3 den Mischbehälter für die Desinfektionsmittel,

Abb. 4 den Wasserzufußhahn in offener
Stellung im Querschnitt,

Abb. 5 den Wasserzufußhahn im Querschnitt in seiner Stellung bei Ausströmung
des Desinfektionsmittels.

Das Gehäuse besitzt drei Abteilungen 1, 2
und 3. An der Abteilung 2 ist der Wasserzufußhahn 4 angeschlossen. Das durch den
Hahn einströmende Wasser durchfließt die
Abteilung 2 und setzt hierbei ein kleines
Wasserrad 5 in Bewegung, wobei die Reinigungsschaie 6, welche mittels einer Achse 7
mit dem Wasserrad 5 verbunden ist, ebenfalls
in drehende Bewegung versetzt wird. Die
Reinigungsschaie 6 ist mit Löchern 8 versehen und dient zur Aufnahme des Rasierpinsels 9, der durch den Deckel 10 des Gehäuses eingeführt wird. Die Wasserzufuhr ge

~~K.AKTY~~ 134 / 141

*May 1925*

**412981**

schieht durch die Leitungen 11 und 12, wobei das Wasser den Raum 3 durchlaufen muß. Hierbei wirkt ein Schwimmer 13 selbsttätig, derartig, daß er bei geöffnetem Wasserzuflußhahn 4 gehoben wird und bei geschlossenem Wasserzuflußhahn herabsinkt. Beim Herabsinken des Schwimmers ist die Zuflußöffnung für die Desinfektionsflüssigkeit aus dem Behälter 14 frei (Abb. 3), und das Desinfektionsmittel fließt durch die Leitung 15 in den Rohrstutzen 16 und durch die Ventilöffnung 17 und den oberen, offenen Schwimmerraum 18, bis sich das Ventil 19 setzt und somit den Abschluß bewirkt. Fließt dagegen neues Wasser zu, so wird der Schwimmer 13 gehoben und drückt die Desinfektionsflüssigkeit heraus in den Mischbehälterraum 3, woselbst sie mit dem Wasser vermischt wird.

Gemäß den Abb. 4 und 5 steht der Durchfluß 23 des Hahnes 4 abwechselnd mit den Öffnungen 24, 24' und 25, 25' in Verbindung, so daß bei geöffnetem Hahn, Stellung Abb. 1, der Wasserzufluß frei wird, während bei geschlossenem Hahn der Durchfluß vom Desin-

fektionsbehälter 14 zum Mischbehälter 3 frei wird.

Der Pinsel 9 wird zum Reinigen durch die mit Gummieinlage 20 verdichtete Öffnung des verstellbar auf dem Deckel 10 geschraubten Halters 21 gesteckt. Zum Festhalten des Pinsels dient eine gabelförmige Feder 22, welche beim Einstecken und Herausnehmen des Pinsels hochgeklappt wird, wie in Abb. 1 punktiert angedeutet ist.

### PATENT-ANSPRUCH:

Rasierpinselreiniger, bei welchem die Spülung des Pinsels durch Zuleitung von Druckwasser und Mischung mit einem Desinfektionsmittel erfolgt, dadurch gekennzeichnet, daß ein besonderer Mischbehälter (3) mit einem Schwimmer (13) vorgesehen ist, durch den bei Wasserzufuhr selbsttätig das Durchtrittsventil (19) für die aus einem Hochbehälter (14) fließende Desinfektionsflüssigkeit geöffnet wird.



*Abb. 1.*

*Abb. 2.*

*Abb. 3.*

WATER WHEEL TURNS 6

*Abb. 4.*    *Abb. 5.*

BERLIN. GEDRUCKT IN DER REICHSDRUCKEREI.

B000715

⑤ BUNDESREPUBLIK DEUTSCHLAND

DEUTSCHES PATENTAMT

Int. Cl. ²:    A 45 D 27-00    A45D27/46 A1 √

DT 24 29 372 A1

Ex. in Dok.
Akte 58 18

① **Offenlegungsschrift** 24 29 372

② Aktenzeichen: P 24 29 372.9
② Anmeldetag: 19. 6. 74
④ Offenlegungstag: 8. 1. 76

㉚ Unionspriorität:
㉜ ㉝ ㉛    —

⑤ Bezeichnung: Reinigungsgerät für Elektrorasierer

⑦ Anmelder: Baumgartner, Erich Rudolf; Doehler, Peter; 8000 München

⑦ Erfinder: gleich Anmelder

☉ 12.75   509 882/65    12/60

B000716

DT 24.2

| Reinigungsgerät für Elektrorasierer | Projekt Nr.: RER 1 | Datum: 24. Mai 1974 | Seite: |
|---|---|---|---|

2429372

Reinigungsgerät für Elektrorasierer

Elektrorasierer herkömmlicher Bauart, insbesondere
solche, die zum Antrieb des Schermessers einen
Schwingankermotor verwenden, sind nur mit erheb-
lichem zeitlichen und manuellen Aufwand zu reinigen
und müssen dazu, (vor allem zur Reinigung) zerlegt
bzw. es muß der eigentliche Scherkopf vom Scher-
messer abgehoben werden.

Die erfindungsgemäße Baugruppe zur Lösung dieses
Problems besteht im Prinzip aus einem den Rasier-
apparat haltenden Rütteltisch, der durch eine ge-
trennte Antriebseinheit in sehr schnelle schwingen-
de Bewegungen versetzt wird. Der Rasierapparat
wird in diesem Rütteltisch so gehaltert, daß Bart-
und Schmutzteilchen aus dem Scherkopfinnenraum
durch die Rüttelbewegung nach außen auf die Scher-
kopfoberfläche transportiert werden und abfallen.

Zur Unterstützung dieses Reinigungsvorganges wird
gleichzeitig mit der Betätigung des Eigenantriebes
des Rütteltisches der eingebaute Motor des Rasier-
apparates und damit der Messerkopf betätigt. Die

509882/0065

Ⓑ DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-349790

B000717

| Projekt Nr.: | Datum: | Seite: |
|---|---|---|
| RER 1 | 24.5. 1974 | 2 |

2429372

· 2 ·

erfindungsgemäße Baugruppe besteht somit aus
dem in dem Gehäuse schwingend, z.B. durch
Gummifederelemente, aufgehängten Rütteltisch;
dem Antrieb des Rütteltisches; einer Abfall-
schublade; dem Außengehäuse und aus einem
elektrischen Netzwerk, das eine Reihe von
zwangsmäßig voneinander abhängigen Schaltvor-
gängen sicherstellt.

509882/0065

Ð DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000718