| ἐ ±1 | Projekt Nr. RER 1 | Datum: 24.5.1974 | Seite 2 |

2429372

· 3 ·

<u>Zeichnung 1/a:</u>

Fig. 1    stellt eine perspektivische, teilweise aufge-
schnittene Baugruppe dar, bei der der Rüttel-
antrieb durch eine unwuchtige Exzenterscheibe
erfolgt.

Fig. 2    stellt einen Rütteltisch, der in eine ansonsten
Fig. 1 entsprechende Baugruppe eingesetzt wird
dar, wobei in dieser Ausführungsform der Antrieb
durch einen Schwingankermotor mit aufgesetzter
Schwingmasse erfolgt.

<u>Zeichnung 1/b:</u>

Fig. 3    stellt eine Reinigungsbaugruppe in perspek-
tivischer, teilweise aufgeschnittener Ansicht
dar, bei der der Rüttelantrieb durch
auf den Motor aufgesetzte Kurbel, die in einen
Schlitz des ebenfalls federnd aufgehängten
Rütteltisches eingreift, erfolgt.

Fig. 4    stellt, ebenfalls in perspektivischer und teil-
weise aufgeschnitten gezeichneter Ansicht eine
weitere Ausführungsform der Erfindung dar, bei
der der Rüttelantrieb durch einen Schwinganker-
motor, dessen Schwinganker über einen Zapfen
und eine Bohrung den Rütteltisch antreibt,
erfolgt.

509882/0065

B DOEHLER+BAUMGARTNER
8 München 22 Rauchstraße 59 Telefon 089·34 97 90

B000719

| Projekt Nr: | Datum: | Seite: |
|---|---|---|
| RER 1 | 24.5.1974 | |

2429372

.4.

### Zeichnung 1/c

gibt einen schematischen Schnitt durch die erfindungs-
gemäße Baugruppe nach Zeichnung 1a, Fig.1 und stellt
dabei die Lage des Rütteltisches und seiner federnden
Aufhängungen dar.

### Zeichnung 1/d

zeigt eine Außenansicht der erfindungsgemäßen Baugruppe
nach Zeichnung 1a und 1b, Fig. 1-4 und läßt die Anord-
nung der Anzeige-, Bedienungs- und Anschlußelemente
erkennen.

### Zeichnung 1/e

stellt eine perspektivische Ansicht eines Rütteltisches
nach Zeichnung 1a, Fig.1 dar und veranschaulicht die
Details der Aufnahmehalterung für den Rasierapparat.
Diese Aufnahmehalterung für den Rasierapparat ist allen
erfindungsgemäßen Ausführungsformen im Prinzip gemein-
sam, sie hängt nur vom Fabrikat des zu reinigenden
Rasierapparates ab.

509882/0065

**B** DOEHLER + BAUMGARTNER
8 München 22 Kaulbachstraße 58 Telefon 089·34 97 90

B000720

| | Projekt Nr. RER 1 | Datum: 24.5. 1974 | Seite: 5 |
|---|---|---|---|

2429372

. 5 .

A) Der Rütteltisch

Diese Baugruppe – vorzugsweise als Kunststoff-
spritzteil ausgeführt – beinhaltet die Aufnahme
für den Rasierapparat, die Halterung zur federn-
den Befestigung im Gehäuse und den Antriebs-
motor.

Eine vorzugsweise Ausführungsform dieser Bau-
gruppe besteht aus einem flachen plattenförmigen
Träger, der die Halterung für den Rasierapparat
als angespritzten kaminförmigen und nach den
Außenmaßen des Rasierapparates geformten Aufsatz
trägt, wie es in Zeichnung 1/d dargestellt ist.

Teil 1 dieser Zeichnung zeigt den eigentlichen
Rütteltisch. In den Bohrungen  2  werden geeig-
nete Federelemente (z.B. Spiralfedern, handels-
übliche Schwingelemente in Schraubenform oder
Haltenasen aus gummiartigen Werkstoff) eingesetzt
oder eingehängt und stellen die mechanische Ver-
bindung mit dem Außengehäuse der Baugruppe dar.

509882/0065

B DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000721

| Projekt Nr.: | RER 1 | Datum: | 24.5. 1974 | Seite: 6 |

2429372

- 6 -

Teil 3 ist die Halterung für den Rasierapparat,
in die dieser mit dem Scherkopf nach unten so
eingesetzt wird, daß ev. an der Rasierapparat-
flachseite befindliche Schalter bzw. Bedienungs-
elemente in die nutförmigen Aussparungen 4
passen. Diese Aussparungen 4 werden bei einer
vorzugsweisen Ausführungsform der Erfindung
ferner zum zwangsweisen Betätigen des Schalters
am Rasierapparat benützt, d.h. wird dieser in die
Halterung eingesetzt, so ist sichergestellt, daß
er zur Einleitung des Reinigungsvorganges einge-
schaltet ist.

Eine Öffnung 5 unter dem Halteaufsatz für den
Rasierapparat ermöglicht das Herausfallen der zu
entfernenden Bart- und Schmutzteilchen. Der mit
der Platte 1 fest verbundene Antriebsmotor 7
erzwingt durch die exzentrische unwuchtige Scheibe 6
in Verbindung mit der federnden Aufhängung dieser
Platte eine schwingende Bewegung des Rütteltisches
und damit auch des eingesetzten Rasierapparates.

509882/0065

B DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089·34 97 90

B000722

| ( ± ) | Projekt Nr.: RER 1 | Datum: 24.5.1974 | Seite. 7 |

2429372

- 7 -

In einer vorzugsweisen Ausführungsform der Erfindung
ist dieser Antriebsmotor 7 als rotierendes System
ausgebildet. Eine andere Ausführungsform benützt
einen Schwingankermotor mit an Stelle des Scherkopfes
aufgesetztem Schwinggewicht als Antriebseinheit des
Rütteltisches.

In einer weiteren Ausführungsform der Erfindung wird
der Rüttelantrieb nicht durch eine unwuchtige, rotieren-
de Masse oder durch eine Schwingmasse eines Schwing-
ankermotors vorgenommen, sondern erfolgt formschlüssig,
wie in Zeichnung 1/b, Fig.3 dargestellt wird, durch
die auf der Drehachse des Motors aufgebrachte Kurbel,
die in einen Schlitz des Rütteltisches eingreift. Der
Rütteltisch ist in dieser erfindungsgemäßen Ausführungs-
form durch Schraubenfedern, die die mechanische Halte-
rung im Gehäuse darstellen, so aufgehängt, daß er die
in der Zeichnung 1/a und 1/b durch Pfeile gekennzeich-
nete Bewegung ausführen kann. In der Zeichnung 1/b,
Fig.3 stellen dar:
1  das Gerätegehäuse,  2  den Rütteltisch,  3  die
Aufnahmehalterung für den Rasierapparat,  7  den An-
triebsmotor,  11  die Kurbel zur Umwandlung der ro-
tierenden Bewegung in eine geradlinige,  10  die
Aufhängefedern, von denen 4 Stück zur Halterung vor-
gesehen sind.

Die in der Zeichnung 1/b, Fig.4 dargestellte Aus-
führungsform der Erfindung verwendet zum Antrieb

509882/0065

Ð DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089 349700

B000723

| Projekt Nr. | Datum: | Seite. |
|---|---|---|
| RER 1 | 24.5.1974 | 8 |

2429372

## - 8 -

einen Schwingankermotor 7a, der über einen Betäti-
gungshebel in eine Bohrung des Rütteltisches ein-
greift und so dessen, ebenfalls durch Pfeile ange-
deutete, Bewegung erzwingt.

Des weiteren sei bemerkt, daß sonstige mechanische
Ausführungsformen, insbesondere andersartige An-
ordnungen von Motor und Betätigungselementen, wie
z.B. kraftübertragende Pleuelstangen usw. Teil der
Erfindung bilden.

509882/0065

Ɓ DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000724

| £1. | Projekt Nr: RER 1 | Datum: 24.5.1974 | Seite: 9 |
|---|---|---|---|

2429372

. 9 .

B) <u>Die Abfallschublade</u>

Die in der Zeichnung 1/d mit Ziffer 3 und in den
Zeichnungen 1/a und 1/b mit der Ziffer 9 bezeich-
nete Abfallschublade befindet sich unmittelbar
unter der Öffnung 5 (Zeichnung 1/e) des Rüttel-
tisches und ist in einer geeigneten Führung
(8 in den Zeichnungen 1/a und 1/b) nach vorne
herausnehmbar gehaltert. Die aus dem Rasierapparat
gelösten Bart- und Schmutzteilchen fallen durch die
Öffnung 5 in diese Abfallschublade 3 (bzw. 9)
und können dann von Zeit zu Zeit durch Herausnehmen
dieser Schublade und Entleeren derselben entfernt
werden. Die Abfallschublade 3 (bzw. 9) soll vor-
zugsweise aus einem durchsichtigen Material ge-
fertigt werden, um eine Sichtkontrolle des Füllzu-
standes zu ermöglichen.

C) <u>Das Gehäuse</u>

Das Außengehäuse einer bevorzugten Ausführungsform
dieser Erfindung ist in Zeichnung 1/d dargestellt.
Dabei bedeutet 1 den mit dem Scherkopf nach unten
eingesetzten Rasierapparat, 2 die Abdeckung der
Rasierapparathalterung, die mit dem Gehäuse eine

B DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34○○○○

B000725

| | Projekt Nr.: | | Datum: | | Seite: |
|---|---|---|---|---|---|
| £ } | | RER 1 | | 24.5.1974 | 10 |

2429372

· 10 .

Einheit bildet und zum Berührungs- und Staub-
schutz des Geräteinneren dient. Ferner ist in
dieser bevorzugten Ausführungsform der Erfindung
ein seitlich angebrachter Netzanschluß 6 vor-
gesehen, der zur elektrischen Verbindung des
Rasierapparatemotors mit der Reinigerschaltung
dient und auch zur Stromversorgung während des
Rasiervorganges benützt wird.

509882/0065

B DOEHLER + BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-349790

B000726

| | Projekt Nr | | Datum: | Seite |
|---|---|---|---|---|
| ± 1. | RER 1 | | 24.5. 1974 | 11 |

2429372

· 11 ·

D) Die elektrische Schaltung

    Der Betätigungsmotor des Rüttlers und der An-
triebsmotor des Rasierapparates müssen beim
Reinigungsvorgang gleichzeitig mit Strom ver-
sorgt werden. Während des Rasiervorganges darf
nur der Motor des Rasierapparates elektrische
Energie bekommen. Der Rüttelmotor muß stromlos
sein. Die erfindungsgemäße Ausführungsform des
Gerätes benützt zur zwangsweisen Auslösung
dieser unterschiedlichen Schaltvorgänge einen
in der Halterung für den Rasierapparat unterge-
brachten Schalter, der als einpoliger Umschal-
ter ausgelegt ist. Ist der Rasierapparat aus
der Halterung entnommen, so geht dieser Schal-
ter in die Ruhestellung und trennt die Netzver-
bindung zum Antriebsmotor des Rüttlers auf.
Wird der Rasierapparat dagegen in die Halterung
eingesetzt, so wird dieser Schalter geschlossen
und beide Motoren können gleichzeitig parallel
mit Strom versorgt werden.

509882/0065

Ð DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000727

2429372

· 12 ·

Zwei mit der Wiederholtaste 4 (Zeichnung 1/d)
verknüpfte Zeitglieder – in einer bevorzugten
Ausführungsform werden dazu Thermobimetall-
schalter verwendet – ergeben die zeitliche
Fixierung des eigentlichen Reinigungsvor-
ganges. Schalter I, der mit dem Ruhekontakt
des in der Halterung befindlichen Schalters
verbunden ist, schaltet innerhalb einer be-
stimmten Zeitspanne nach Einsetzen des Rasier-
apparates in diese Halterung beide Motoren
ein.

Schalter II, der mit der Wiederholtaste 4
elektrisch gekoppelt ist, schaltet die ge-
samte Stromversorgung des Rüttlers nach einer
vorher fest einstellbaren Zeitspanne aus und
beendet somit den Reinigungsvorgang. Schalter I
ist dabei als einpoliger Umschalter mit einem
Arbeits- und einem Ruhekontakt ausgeführt,
Schalter II muß als zweipoliger Schalter
ausgeführt werden, um den VDE-Vorschriften
Genüge zu leisten, d.h. das gesamte
Reinigungsgerät wird nach Beendigung

509882/0065

**B** DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089·34 97 90

B000728

| ± 1 | Projekt Nr.: RER 1 | Datum: 24.5. 1974 | Seite: 13 |
|-----|---------|---------|---------|

2429372

- 13 .

des Reinigungsvorganges 2-polig galvanisch vom
Netz getrennt.

Ein weiterer Schalter III befindet sich in der
Rückseite des Gehäuses und ist so angeordnet,
daß er bei eingesetzter Abfallschublade von
dieser betätigt wird. Dieser Schalter III ist
mit dem Schalter II so verbunden, daß sich eine
UND-Verknüpfung ergibt, d.h., daß nur dann, wenn
beide Schalter geschlossen sind, also dann, wenn
sowohl der Rasierapparat in die Halterung einge-
setzt wird als auch die Abfallschublade sich in
der richtigen, in einer weiteren erfindungsge-
mäßen Ausführungsform durch eine Rast erzwungene
Position befindet, der Antriebsmotor des Rüttlers
an das Netz bzw. an den Zeitschalter angeschlossen
ist.

Während des eigentlichen Reinigungsvorganges,
also dann, wenn beide Motoren - der des Rüttlers
und der des Rasierapparates - laufen, leuchtet
eine am Gerät angebrachte Kontrollampe 5
(Zeichnung 1/d) auf und signalisiert so den Reini-
gungsvorgang. Die Wiederholtaste 4 (Zeichnung 1/d)
leitet bei erneuter Betätigung einen neuerlichen
Reinigungszyklus ein, d.h. sie betätigt Schalter I
und Schalter II.

509882/0065

DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000729

| | Projekt Nr.: RER 1 | Datum: 24.5.1974 | Seite: 14 |
|---|---|---|---|

2429372

·14.

E) Anschluß des Rasierapparates

In einer vorzugsweisen Ausführungsform der Er-
findung ist zum Anschluß des Rasierapparates
am Gerät eine handelsübliche Kaltgerätesteck-
dose vorgesehen, die einen entweder 2- oder
3-poligen Stecker aufnimmt. Über diese Kaltge-
rätesteckdose wird der Rasierapparatemotor
während des Rasiervorganges und während der
Reinigung mit Strom versorgt.

509882/0065

B DOEHLER + BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-349790

B000730

| | RER 1 | 24.5. 1974 | V |
|---|---|---|---|

2429372

. 15 .

Patentansprüche

1. Vorrichtung zum Reinigen von Elektro-Rasierapparaten,
gekennzeichnet durch eine mit einem Vibrationsantrieb
verbundene Rüttelvorrichtung, in welche der zu reinigen-
de Rasierapparat einsetzbar ist und durch einen unter-
halb des Rasierapparates angeordneten Auffangbehälter.

2. Vorrichtung nach Anspruch 1, dadurch gekennzeichnet,
daß die Rüttelvorrichtung die Gestalt eines federnd in
einem Gehäuse gelagerten Rütteltisches hat, der mit
einem den Rasierapparat aufnehmenden Durchbruch versehen
ist, unter welchem sich eine den Auffangbehälter bilden-
de Schublade befindet.

3. Vorrichtung nach Anspruch 1 oder 2, dadurch gekenn-
zeichnet, daß der Vibrationsantrieb ein Schwingankeran-
trieb ist.

4. Vorrichtung nach Anspruch 1 oder 2, dadurch gekenn-
zeichnet, daß der Vibrationsantrieb ein Exzentermotor ist.

5. Vorrichtung nach Anspruch 1 oder 2, dadurch gekenn-
zeichnet, daß der Vibrationsantrieb mittels Kurbel- und
Pleuelstange vorgenommen wird.

509882/0065

B DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000731

| Projekt Nr.: | Datum: | Seite: |
|---|---|---|
| RER 1 | 24.5. 1974 | 18 |

2429372

- 16 -

6. Vorrichtung nach Anspruch 1 oder 2 und Anspruch 5,
dadurch gekennzeichnet, daß die Pleuelstange aus elas-
tischem Material oder einem entsprechend federnd aus-
gebildeten Metallteil besteht.

7. Vorrichtung nach Anspruch 1 oder 2, dadurch gekenn-
zeichnet, daß der Vibrationsantrieb ein Schwinganker-
antrieb ist und daß die Bewegung des federnd in einem
Gehäuse gelagerten Rütteltisches für einen formschlüssig
zwischen diesem Rütteltisch und dem Gehäuse gelagerten
Schwingankermotor vorgenommen wird.

8. Vorrichtung nach Anspruch 2 und Anspruch 4, dadurch
gekennzeichnet, daß der Exzentermotor eine Unwucht an-
treibt und am Rütteltisch angeflanscht ist.

9. Vorrichtung nach einem der Ansprüche 1 bis 5, gekenn-
zeichnet durch einen an der Rüttelvorrichtung bzw. an
dem Rütteltisch angeordneten, durch das Einsetzen des
zu reinigenden Rasierapparates betätigten Tastschalter
zur Einschaltung des Vibrationsantriebs.

10. Vorrichtung nach Anspruch 6, gekennzeichnet durch
einen Zeitschalter zum Wiederausschalten des Vibrations-
antriebs bestimmte Zeit nach Einschaltung durch den Tast-
schalter.

11. Vorrichtung nach Anspruch 7, gekennzeichnet durch
einen Handwiederholungsschalter zur nochmaligen, kurzen
Einschaltung des Vibrationsantriebs nach Abschaltung
durch den genannten Zeitschalter.

509882/0065

**B** DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000732

| | Projekt Nr.: | Datum: | Serie: |
|---|---|---|---|
| ± 1 | RER 1 | 24.5. 1974 | 9 |

2429372

- 17.

12. Vorrichtung nach einem der Ansprüche 1 bis 8,
gekennzeichnet durch einen Betriebsart-Umschalter,
welcher in einer Betriebsstellung nur den Rasier-
apparatantrieb mit Strom versorgt und in der anderen
Stellung einen Parallelbetrieb des Rasierapparat-
motors und des Vibrationsantriebs bewirkt.

13. Vorrichtung nach einem der Ansprüche 1 bis 12, ge-
kennzeichnet durch einen, von der im Anspruch 2 be-
schriebenen Schublade betätigten Schalter, der die
gesamte Stromversorgung bei herausgezogener Schub-
lade, also sowohl die Stromversorgung des Rasierappa-
ratmotors als auch die des Rüttelantriebs, unterbricht.

509882/0065

B DOEHLER + BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000733

| Projekt: | Kontakt: | Datum: |
|---|---|---|
| ℓ | | |
| Thema: | | Projekt Nr :<br>2429372 |

- 19 -

FIG. 3



FIG. 4

509882/0065

Zeichnung RER 1/b

**B** DOEHLER + BAUMGARTNER

8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000734

| Projekt: | | Kontakt: | Datum: |
|---|---|---|---|
| Thema: | | | Projekt Nr.: 2429372 |

- 20 -

Schematischer Schnitt



1) - Rasierapparat
2 - Schwingtisch
3 - Gehäuse
4 - Federelement
5 - Motor
6 - Exzenterscheibe    *duplicate*
7 - Abfallbehälter    *reservoir*

Zeichnung RER 1/c

509882/0065

B DOEHLER + BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000735



2429372

- 21 -

1 – Rasierapparat
2 – Apparatehalterung
3 – Abfallschublade
4 – Wiederholtaste
5 – Kontrollampe
6 – Kaltgerätesteckdose



Reinigungsgerät (Rüttler) – Außenansicht

509882/0065    Zeichnung RER/1/d

**B** DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000736

| Projekt: | | Kontakt: | Datum: |
| --- | --- | --- | --- |
| Thema: | | | Projekt Nr.: |

. 11 .

2429372

### Rüttelreinigung Teil A - Schwingtisch
### (Ziffern siehe Text)



Zeichnung RER 1/e

**B** DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000737

| Projekt | Kontakt: | Datum: |
|---|---|---|
| £ì. | | |
| Thema: | | Projekt Nr: |

2429372

- 23 -

FIG. 1



FIG. 2



A45D    27-00    AT:19.06.1974    OT:08.01.1976

Zeichnung RER 1/a

509882/0065    B DOEHLER+BAUMGARTNER
8 München 22 Kaulbachstraße 59 Telefon 089-34 97 90

B000738

EUROPEAN   PATENT   OFFICE

Patent Abstracts of Japan



PUBLICATION NUMBER   : JP6178876
PUBLICATION DATE     : 28-06-94
APPLICATION NUMBER   : JP920333228
APPLICATION DATE     : 14-12-92

VOL: 18     NO: 514     (M - 1680)
AB. DATE : 28-09-1994  PAT: A 6178876
PATENTEE : TOKYO ELECTRIC CO LTD
PATENT DATE:28-06-1994

INVENTOR : TANIOKA SUSUMU; others: 02

INT.CL.  : B26B19/44; A45D27/46

TITLE    : ELECTRIC RAZOR

ABSTRACT  : PURPOSE:To provide an electric razor which can assuredly clean by
washing away beard scum which has adhered on the internal blade
or external blade by filling an appropriate quantity of a
detergent in the beard storage space thoroughly and easily.
CONSTITUTION:When the title electric razor is fitted in a main
body case 11, an external blade 29 is covered in such a manner
that a communicating port (external blade base opening 21) is
internally wrapped, and a gap D is formed on the outside of the
external blade 29. By doing this, a closed space to form a
detergent circulating passage R which passes through the gap D
and a beard storage space (annular recessed part 20) via the
external blade base opening 21 and external blade 29, is formed
between the electric razor and the main body case 11. At the same
time, a cap 12 which is equipped with a liquid injection port
(cap communicating port 47) to the gap D is formed, and the cap
12 is fitted on the main body case 11, a washing liquid (liquid
detergent S) is filled in the detergent circulating passage R,
and an internal blade 29 is rotated. By this method, generated
air bubbles B circulate between the gap D and annular recessed
part 20, and clean the electric razor.

B000739

134-116          SWEDISH          87,679



Till Patentet N:o 8767

Fig.1.

Fig.2.

Fig.3.

B000740

— 87679 —

ringsform av uppfinningen kan kastrullen, för
avlägsnande av denna obägenhet, anbringas i
fast anslutning med bärningens 3 undersida. För
åstadkommande av detta kan exempelvis bär-
ningen vara höj- och sänkbar på stativåren 2 el-
ler bättre hela stativören hop- och sänkbar rela-
tivt stativplattan på sätt som utan vidare torde
förstås.

### Patentanspråk:

1:o) Vid sådana sterilisationsbehållare för
borrhållarna till tandläkarborrmaskiner, vid vil-
ka borrhållarna fästas vid sterilisationsbehålla-
rens lock, så att de nedskjuta i behållarens even-
tuellt till erforderlig temperatur uppvärmda ste-
riliseringsvätska, den anordningen att locket är
försett med ett däri lagrat, utifrån kringvridbart

axelstycke i nedre änden försett med en mot den
i borrhållaren förefintliga, med en kopplings-
del utrustade axeln svarande kopplingsdel och
så anordnat, att, när borrhållaren fästes vid
lockets undersida, kopplingsdelarna komma i
ingrepp med varandra så att borrhållarens rör-
liga delar genom axelstyckets kringvridning
kunna hållas i rotation under hela eller önskad
del av steriliseringsförloppet.

2:o) Anordning enligt patentanspråket 1:o)
för det fall behållaren är avsedd för samtidig
sterilisering av två eller flera borrhållare, ka-
nnetecknad därigenom, att endast ett av axel-
styckena är anordnat att drivas från en yttre
kraftkälla t. ex. borrmaskinen, medan det eller
de övriga axelstyckena stå i ingrepp med det
drivna axelstycket förmedelst på axelstyckena
anbragta, i varandra ingripande kugghjul eller
liknande transmissionsorgan.

Stockholm 1936  Kungl. Boktr. P. A. Norstedt & Söner  360089

B000741

☐ COPY HEREWITH   ☑ ALL PAGES   ☐ APPLICATION SERIAL NO.
☐ OR OBTAIN FROM
☐ LIBRARY   ☐ SPECIFICATIONS
☐ DIV.   ☐ DRAWINGS   ☐ PATENT NO.
NUMBER COPIES   COUNTRY (if foreign)
TITLE

# BESKRIVNING

OFFENTLIGGJORD AV

KUNGL. PATENT- OCH
REGISTRERINGSVERKET

## SVERIGE



## PATENT № 87679

KLASS 50: h 2

GILTIGT FRÅN DEN 4 APRIL 1935
PUBLICERAT DEN 20 OKT. 1936

*Härtill en ritning.*      Ans. nr 1509/1935. Beg. 24 maj. 1936.

### B. K. F. WALLER, STOCKHOLM.

### Anordning vid sterilisationsbehållare för borrhållarna till tandläkarnas borrmaskiner.

Föreliggande uppfinning har avseende på en anordning vid sådana sterilisationsbehållare för borrhållarna till tandläkarborrmaskiner, vid vilka borrhållarna fastas vid sterilisationsbehållarens lock, så att de nedskjuta i behållarens eventuellt till erforderlig temperatur uppvärmda steriliseringsvätska, och är ändamålet med uppfinningen att åvägabringa en ökad sterilisering-effekt och en säkrare rengöring av borrhållarna än vad hittills varit möjligt. Enligt uppfinningen åstadkommes detta därigenom att locket är försett med ett däri lagrat, utifrån kringvridbart axelstycke i nedre änden försett med en mot den i borrhållaren förefintliga, med en kopplingsdel utrustade axeln svarande kopplingsdel och så anordnad, att, när borrhållaren fästes vid lockets underdela, kopplingsdelarna komma i ingrepp med varandra så att borrhållarens rörliga delar genom axelstyckets kringvridning kunna hållas i rotation under hela eller önskad del av steriliseringsförloppet.

För det fall behållaren är avsedd för samtidig sterilisering av två eller flera borrhållare kan enligt en utföringsform av uppfinningen endast ett av axelstyckena vara anordnat att drivas från en viss kraftkälla, t. ex. borrmaskinen, medan det eller de övriga axelstyckena stå i ingrepp med det drivna axelstycket förmedelst på axelstyckena anbragta i varandra ingripande kugghjul eller likande transmissionsorgan.

Å bifogade ritning tydliggöres en utföringsform av uppfinningen. Fig. 1 visar behållaren i dess helhet i vertikal längdgenomskärning, fig. 2 tydliggjort locket med däri anbragta borrhållare i större skala och fig. 3 visar locket uppifrån i av en stativplatta, från vilken uppskjuter en standare 2. Vid denna standare är steriliseringsbehållaren fäst medelst barringen 3. Den egentliga behållaren, som inrymmer steriliseringsvätskan och upptill hålles övertäckt av ett borttagbart lock 4, är betecknad med 5. Omkring denna behållare finnes ett hölje 6, som nedtill vilar mot barringen 3 och upptill är förbunden med behållaren 5. Kring denna är anbragt ett elektriskt värmeelement 7, vars strömslutning är kopplad i serie med en termostat 9 på i och för sig känt sätt. I behållarens botten finnes ett avlopp 10, som regleras

av en i en vid bottnens insida anbragt bussning 11 ingångad ventil 12, som kontrolleras av en med ett handtag 13 försedd ventilstång 14, som uppskjuter genom en från lockets kant inskuren öppning 15, så att locket låter sig borttagas utan att ventilen behöver avlägsnas. I locket är vid den på ritningen visade utföringsformen anbragt tvenne nedskjutande med klämskruv 16 försedda hylsor 17, på vilka de med en långsgående uppskärning 18 försedda borrhållarskaften 19 kunna påskjutas och fastklämmas, såsom fig. 2 visar. I dessa hylsor 17 äro enligt uppfinningen axelstyckena 20 vridbart lagrade. Båda axelstyckena äro vid sina nedre ändar försedda med kopplingsdelar 21, t. ex. klokopplingar, som svara mot de i borrhållarna förefintliga axlarnas 22 kopplingsdelar 23, medelst vilka axlarnas 22 normalt sammankopplas med och kringvridas av borrmaskinens drivaxel, men medelst vilka axlarna 22, när borrhållarna äro fästa vid locket till den enligt föreliggande uppfinning avsedda steriliseringsbehållaren, sammankopplas med de i locket vridbart lagrade axelstyckena 20 och kopplingsdelar 21. Det ena av axelstyckena 20 är uppdraget över locket och omgives av en med snappskruva 25 utrustad hylsa 26 samt är vid övre änden utrustad med en kopplingsdel 27, så att detta axelstycke kan bringas i ingrepp med borrmaskinens axel på samma sätt som om hylsan 26 och axelstycket utgjorde bakre änden av en borrhållare 21. För kringvridning av det andra axelstycket 20 äro båda axelstyckena försedda med i varandra ingripande kugghjul 28, som ligga i en utsvängning 29 i locket och hållas övertäckta av en särskild täckplatta 30, som medelst skruvar 31 är fast vid locket. Täckplattan 30 är försedd med ansats eller vårta 33, med vilken en på standaren 2 anbragt, vridbart lagrad klämfjäder 34 kan bringas att samverka i och för lockets 4 kvarhållande på sin plats. Locket kan, såsom visas på ritningen, vara försett med en i behållaren nedskjutande termometer 32.

På stativplattan 1 är avsett att anbringas en kastrull eller annan lämplig behållare för uppsamling av den genom utloppet 10 avtappade oljan. Som denna är mycket het, uppstår lätt en besvärande ångbildning. Enligt en utfö-



# PATENT SPECIFICATION

### Application Date: Sept. 16, 1929.   No. 28,015 / 29.

**337,132**

### Complete Left: June 13, 1930.

### Complete Accepted: Oct. 30, 1930.

20. Nov. 1930.

## PROVISIONAL SPECIFICATION.

## Improvements in Cases or Receptacles for Safety-razors.

I, WILLIAM FARQUHARSON IRELAND, British Subject, of 55, Bath Road, Wolverhampton, do hereby declare the nature of this invention to be as
5 follows:—

This invention relates to safety-razors, and the invention consists essentially in the provision of a case or receptacle for containing the razor when not required
10 for use, the said case or receptacle being arranged or constructed in such a manner that it may also be used for holding shaving water or other hot or cold liquid (such as an anti-corrosive liquid for preserving
15 the blade) thus doing away with the necessity for a separate vessel for this purpose, the improved case or receptacle being preferably adapted to hold the razor firmly in place within the case, and being
20 particularly adapted for use by travellers. For this purpose a screw-on cover may be provided having a sleeve for fitting over the razor handle and adapted to clamp the head-end of the razor firmly against
25 the bottom of the case. The case when opened may form two liquid receptacles, if desired, the one part, for example the upper portion, serving to contain hot liquid, shaving water for example, and
30 the other part or body serving as a vessel for an anti-corrosive liquid or other liquid for preserving or improving the edge of the blade. The arrangement may be such that the razor head is kept in contact with
35 this liquid when the case is closed, the liquid being prevented from gaining access to the body of the case by a rubber or other diaphragm or separating partition which may be constructed to engage
40 the stem of the razor and serve or assist in holding the latter in place. Separate receptacles, for shaving soap or other material, may be provided adapted to fit compactly within the body of the case
45 around the razor stem.

Thus, in carrying out the invention, according to one arrangement the improved case or container for the safety-razor comprises a cylindrical or other
50 suitably shaped body portion fitted with a screw-on lid or cover, the razor, which may be of the Gillette type, being housed within the case with the stem in a verti-

[*Price 1/-.*]

cal position, with the head-end of the razor resting on the bottom of the case, the
55 height of the complete case being approximately equal to the length of the razor, so that the lid or cover, when screwed into place, engages the end of the handle and forces the head-end of the razor firmly
60 against the bottom of the case. A short centrally-disposed depending sleeve is fixed to the inside face of the lid or cover, this sleeve being adapted to fit over the outer end of the handle of the razor and
65 thus hold the said handle centrally within the case. Thus, when the razor is housed within the case and the lid has been screwed into place the razor is effectively prevented from any relative movement,
70 the case being particularly suitable for use by travellers, the razor being completely protected and prevented from damage.

On detaching the cover the razor may
75 be removed and the lid or body of the case (or both the lid and body) may then be used as a vessel for holding shaving water or other hot liquid or a suitable anti-corrosive or blade preserving liquid. Thus,
80 the lid or cover may be used as a vessel for holding shaving water or other hot liquid and the body portion may be used as a container for an anti-corrosive liquid. The bottom of the body of the
85 receptacle may be concave, so that when the head of the razor is immersed in the liquid, with the handle inclined and resting against the edge of the vessel, (the lid or cover having been removed) two
90 corners only of the head and rest upon the bottom, the blade being thus protected from damage, with the head of the razor raised above or bridging the said concave bottom. A sump or well is thus provided
95 below the blade into which any solid or other matter which has collected on the razor may fall. The upper edge of the body of the case may be slotted or recessed
100 to receive the razor handle. In this manner the razor is kept in one position. The edges of the razor may thus be used alternately, since a reminder is given as to which edge is next to be made use of
105 by always placing the razor in one particular position, such as with the edge

B000743

2                              337,132

last used presented downwards. The life
of the blade may thus be increased.
Where the lid or cover is inverted and
used to contain shaving water or other
5 hot liquid the razor head may rest upon
the central sleeve, which may be of any
suitable length, so that it is thus raised
above the bottom of the vessel thus pro-
vided, the sleeve serving the same pur-
10 pose as the concave bottom of the body
of the receptacle, allowing any solid
particles to fall from the razor, besides
serving to support the razor head above
the bottom in the hottest part of the water
15 and maintaining the handle, which rests,
in a leaning position, against the edge
of the vessel, (which may be recessed or
slotted to receive it), above the surface of
the water, so that it is not unduly heated.
20 Where the body of the vessel only is
used, such as for containing an anti-corro-
sive liquid, the lid or cover may be in-
verted and arranged to fit or screw over
the outside of the body portion to form a
25 base or support for same, and where the
device is used for hot liquids the wall of
the cover may be separated from the wall
of the body portion to provide a heat
insulating air space. The cover may be
30 used in the ordinary way to prevent
evaporation of the liquid, in which case
a hole or opening may be formed in the
cover through which the handle of the
razor may project. The lid and body
35 portions may be secured together by any
other suitable means, other than by a
screw-thread, if desired.

To enable the anti-corrosive or blade
preserving liquid to be carried within the
40 case, when the latter is closed, so that
the liquid is prevented from passing into
the cover or upper part of the case, should
the latter be inverted or placed on one
side, a dividing partition or diaphragm
45 of metal, rubber or other material may
be provided which may have a projection
adapted to fix or steady the razor head.
This diaphragm or partition may be
clamped between the cover and body
50 of the case, being preferably pressed
against an annular shoulder on the one
part by the edge of, or by a shoulder on,
the other part, a rubber packing ring
being provided, where the partition is of
55 metal or other non-yielding material, to
give a liquid-tight joint. The razor may
be housed in the upper part of the case,
being pressed by the cover against the
partition instead of against the bottom
60 of the case. It is preferably arranged,
however, so that the head-end of the razor
may be kept in contact with the liquid
when the case is closed, the razor being
held centrally in an upright position with-
65 in the case by the sleeve on the lid or

cover. For this purpose the diaphragm
or partition may be formed with a central
hole, the screw on the razor head being
inserted through the hole and the handle
then screwed into place, so that the dia- 70
phragm is clamped between the inner end
of the handle and the head of the razor,
the arrangement being such that the head-
end of the razor is always kept in contact
with the liquid. The centre of the dia- 75
phragm may have a central set-down
conical portion to clear the guide-studs
on the razor-head; or, particularly where
the partition is of rubber, recesses may be
formed in the partition to receive the 80
guide studs. If desired, where the parti-
tion is of rubber, a central hole may be
provided through which the razor handle
is inserted, so that the rubber surrounds
and tightly grips the latter. Where the 85
partition or diaphragm is arranged to
grip, or is attached to, the razor, such,
for example, as above described, the sleeve
for engaging over the handle may be
omitted. Where a sleeve is employed, 90
however, it may be fitted, if necessary,
for example when the diameter of the
upper part is too great to provide a suit-
able support for the head end of the
razor (when the part is in use for a hot 95
liquid) with a close fitting liner having
a projecting flange adapted to form a
suitable support; or, where the upper
part of the case does not abut against the
end of the razor handle, the said sleeve 100
may be fitted with a suitable stop or abut-
ment to engage the end of the handle.

The cover and body of the case may be
of substantially equal sizes, if desired,
whilst they may be of any suitable shape. 105
Where the one part is used to contain
shaving water or hot liquid the said part
may be provided with a double wall, the
two walls being separated by an air space,
to reduce the conduction of heat to the 110
outer wall; or the said part may be
covered with any suitable heat insulating
material. A folding or other handle
may be provided, if desired, whilst the
case of the upper part thereof may be 115
fitted with loose metal or other containers
for shaving soap, tooth-paste or other
articles or material, the containers being
suitably shaped to fit around the razor
handle, so as to lie closely together in a 120
compact manner. The lower half or body
of the case may be fitted with an
auxiliary receptacle or compartment closed
by a separate cover and adapted to con-
tain any suitable articles; or the case, 125
when assembled, may house a lid for the
vessel containing the anti-corrosive liquid
for use when the case is open and the
vessels are in use. This auxiliary com-
partment may also house the head end of 130

B000744

4                                337,132

travelling, so that the head-end is im-
mersed in the blade preserving or anti-
corrosive liquid.

Figure 2 represents a cross-section on
5 the line x—x, Figure 1.

Figure 3 is a vertical section through
the body of the receptacle with the outer
cover removed and the inner closure in-
verted to form a temporary cover for th-
10 vessel containing the blade preserving
liquid, illustrating the manner in which
the razor may be placed in the said vessel
after shaving.

Figure 4 is a view of the outer cover
15 inverted and used as a receptacle for shav-
ing water, showing the manner in which
the razor is supported above the bottom
of the receptacle.

Figure 5 represents a vertical section
20 through a safety razor case of a slightly
modified construction.

Figure 6 illustrates another modified
construction.

Referring to Figures 1 to 4 of the draw-
25 ings, the improved case which is adapted
to contain a safety-razor of the Gillette
type, comprises a cylindrical body portion,
1 which is fitted with a screw-on cover 2,
likewise of a cylindrical construction, the
30 said cover and body portion being of sub-
stantially the same size. The lower end
of the body portion 1 is fitted with a
detachable screw-on bottom 3, whilst pro-
vided within the body of the case is an
35 inner vessel 4 adapted to contain a blade
preserving or anti-corrosive liquid, the
said vessel 4 being separated from the
bottom of the case by a compartment 5
and being supported from the walls of
40 the case by an annular flange 6 preferably
integral with the said walls. The upper
edge of the inner vessel or liquid con-
tainer 4 is situated a short distance below
the upper edge of the body 1 of the case
45 and the said vessel is adapted to be covered
by an inner closure 7 of a disc-like forma-
tion, the said closure being provided with
a short upstanding wall 8 adapted to fit
within the mouth of the body part 1. Pro-
50 vided around the lower end of this wall
8 is an external screw-thread adapted to
engage a screw-thread around the inside
of the body of the case, so that the closure
may be screwed down into the latter until
55 it is supported by the flange 6, a rubber
or other packing ring 9 being interposed
between the flange and the closure, as
shown. The flange 6 is preferably formed
60 with an annular raised rim portion 6*
adapted to engage the packing ring, so
that when the closure is screwed down
sufficiently a tight joint is obtained and
the liquid in the vessel 4 is effectively
sealed. The said closure 7 is formed with
65 a central depending sleeve which is in-

ternally threaded to receive the usual
screw-pin 11 on the razor-head 12, so that
by screwing the pin into the sleeve the
razor-head is held securely in position, in
such a manner that it is immersed, 70
together with the blade, in the blade pre-
serving or anti-corrosive liquid in the
vessel 4, as illustrated in Figure 1.

The wall 8 of the closure is provided
with a pair of inwardly-extending integral 75
projection 15, whilst formed in these pro-
jecting parts are a pair of holes 13 dis-
posed diametrically opposite to one
another and adapted to receive the ends
of the handle 14 of the razor, when 80
detached, the projections forming finger-
grips for enabling the closure to be readily
unscrewed or screwed into the body of the
receptacle. After the head-end of the
razor has been secured to the closure the 85
ends of the handle are engaged through
the holes 13 and the closure is screwed
into position, the wall of the body of the
receptacle then covering the holes and thus
retaining the handle in place, as shown in 90
Figure 2. The handle is thus effectively
isolated from the liquid in the vessel 4
and is kept perfectly dry.

The cover 2 of the receptacle is adapted,
when removed and inverted, to be used 95
as a receptacle for hot water or other
liquid for use during shaving and the
said cover is provided with a central pin
16, which is adapted to form a rest or
support for the head-end of the razor, so 100
that the latter is supported above the
bottom of the vessel in the hottest part
of the liquid as shown in Figure 4, a slot
17 being formed in the edge of the cover
to receive the handle of the razor, the 105
handle being kept reasonably cool out of
contact with the hot liquid.

After shaving the closure 7 is removed
from the body 1 of the case and the head-
end of the razor is immersed in the blade 110
preserving or anti-corrosive liquid in the
vessel 4, the handle of the razor resting in
a slot 18 formed in the edge of the body
portion, the bottom of the vessel being
concave so that it is bridged by the razor- 115
head and the blade thus prevented from
being damaged as well as forming a sump
into which the solid matter which may
collected on the head of the razor may
fall. After the razor has been inserted 120
in the liquid the vessel 4 is covered by
the closure 7 to prevent evaporation, the
closure being inverted as shown in Figure
3. A slot 19, adapted to coincide with
the slot 18, is formed in the wall of the 125
closure to receive the handle. When the
closure is inverted in this manner the
central sleeve 10 enables the closure to be
easily removed when required.

For travelling or like purposes, the 130

B000745

337,132                                                    3

a tooth brush, if desired, the handle of the brush lying preferably outside and close to the case so that the brush may be readily removed; or a tooth brush compartment of any other form may be provided.

Any other suitable means may be provided for raising or supporting the head-end of the razor above the bottom of the liquid containing vessel, whether the latter is used for shaving water or anti-corrosive or other liquid. For example, any suitable projections or rests, such as a cross-bar, may be provided for support-ing the razor-head; or the bottom of the vessel may have a central or other up-

standing part instead of being of a con-cave form; or wire or other supports for the razor-head may be attached to the edge of the vessel.

The base of the receptacle may carry a small brush which may be used for clean-ing the razor, the brush preferably having at one or each side a recess between the ends of which the guide-pins on the head-end of the razor may fit, for the purpose of enabling the razor to be more readily and effectively cleaned.

Dated this 14th day of September, 1929.
H. N. & W. S. SKERRETT,
24, Temple Row, Birmingham,
Agents for Applicant.

## COMPLETE SPECIFICATION.

## Improvements in Cases or Receptacles for Safety-razors.

I, WILLIAM FARQUHARSON IRELAND, British Subject, of 55, Bath Road, Wolverhampton, do hereby declare the nature of this invention and in what manner the same is to be performed, to be particularly described and ascertained in and by the following statement :—

This invention relates to cases or recep-tacles for safety razors, and the invention consists in the provision of a case or recep-tacle of an improved construction which is adapted to contain the razor when the latter is not required for use, and which forms or provides, at the same time, a vessel or container for a blade preserving or other liquid, suitable means being pro-vided for sealing the said liquid container and for isolating the handle of the razor from the liquid, and also preferably for supporting the head-end of the razor within the container, so that it may be kept immersed within, or in contact with, the liquid when the case, or the liquid vessel or container, is closed. According to the preferred construction the im-proved case or receptacle is fitted with a lid or cover which is adapted when removed and inverted to be used as a receptacle for hot water, or for a hot solu-tion, for use during shaving, whilst the body of the receptacle forms or is pro-vided with a second vessel or container which may be used to hold the anti-corro-sive or blade preserving liquid, in which the blade, with the razor-head may be immersed after shaving and remain there-in during the intervals between shaving. This second liquid container may be sealed by a separate closure independent of the lid or cover of the case and serving to isolate the handle of the razor from the liquid in the container. The said closure may also carry the head-end of

the razor, so that the blade may be kept immersed in, or in contact with, the liquid when the closure is secured in place. Thus, the screw-pin on the razor head may be engaged with a depending intern-ally-threaded sleeve on the closure, which may be formed with an upstanding flange having holes to receive the handle of the razor; or the closure may have a central hole to receive the screw-pin on the razor-head, the handle being screwed on to the projecting end of the screw-pin, so that it extends up into the cover of the recep-tacle. The handle may then fit into a central sleeve carried by the cover. When the cover is inverted for use as a liquid container this sleeve may be used as a rest for the head-end of the razor. I am aware that it has been suggested to pro-vide a case or container for a safety razor consisting of a cylindrical vessel adapted to serve as a liquid container and fitted with a lid or cover having a tubular extension for the handle of the razor, the extension having springs for gripping the handle, but in such arrangement no provision has been made for isolating the handle of the razor from the liquid, as in my construction, which is arranged to keep the handle of the razor perfectly dry even when the case is inverted. Further, it has not previously been suggested to provide a razor case with a lid or cover adapted to be used as a container for hot water or other liquid, the body of the case forming a second liquid container, with a closure, independent of the lid or cover, for sealing the latter.

Figure 1 of the accompanying drawings represents a vertical section through a safety razor case or receptacle constructed in accordance with this invention, show-ing the razor secured in position for

B000746

337,132                                    5

razor-head is detached and screwed into the sleeve 10 and the handle engaged with the holes 13 in the wall of the closure, as previously described, the closure being then screwed tightly into the body of the case so that the head-end of the razor is immersed in the anti-corrosive liquid in the vessel 4, which is effectively sealed and the handle separated from the liquid. The cover 2 is then screwed into position, thus forming a compact liquid-tight container, the handle and razor-head being held securely in place. When used for travelling the lower portion of the body 1 of the receptacle, below the vessel 4, is intended to contain, for example, a supply of shaving cream, whilst a shaving brush, a spare supply of anti-corrosive liquid, and, if desired, a preparation for mixing with the hot shaving water, may be housed within the cover 2. The whole receptacle is preferably made of a non-metallic mouldable material, although it may be made of metal or other material, if desired. The bottom 3 of the receptacle may be provided with a deep annular wall, so that it thus forms a cup-like container for the shaving cream or soap, which may thus be removed with the bottom when the latter is unscrewed. The said annular wall may project up into the body of the receptacle; or it may screw over the lower end of the latter, the body portion being in this case, preferably made shorter. A removable partition 21 may be interposed, as shown in Figure 6, between the top of the cup-like container 3 for the shaving cream and the bottom of the inner vessel 4 for the liquid, so as to prevent the shaving cream from gaining access to the upper part of the body 1 of the vessel.

The construction of the receptacle illustrated in Figure 5 of the drawings is substantially the same as the above described, except that the razor is secured in place in a different manner. Instead of the inner closure 7 carrying a depending sleeve, the said closure, which may be shaped as shown, is formed with a central hole to receive the screw pin 11 of the razor-head, the handle 14 being screwed on to the end of the pin which projects through the hole as shown, so that the closure is clamped between the handle and the boss on the razor-head, a rubber or other washer 20 being provided to give a tight joint. The head-end of the razor, with the blade, is thus immersed in the blade-preserving liquid, whilst the handle extends up into the cover 2 of the case and is thus kept out of contact with the liquid. To receive the upper end of the handle and to assist in steadying the same the central pin 16 in the cover may

be of a tubular formation, so as to fit over the end of the handle.

When it is not desired for the cover to form a vessel for the shaving or heat treatment liquid it may comprise a central 70 tubular portion adapted to fit over the upstanding handle of the razor (when the latter is arranged as shown in Figure 5) the tubular part terminating in a flanged disc or cap adapted to screw over 75 the body of the receptacle. In this case the wall of the inner closure may project slightly above the edge of the body of the receptacle so that it is engaged and held firmly in place by the cover, when the 80 latter is screwed into position. Screwing of the inner closure is thus unnecessary. When the razor is arranged as shown in Figure 1 the cover may merely consist of a cap or flanged disc arranged to hold the 85 inner closure in place in the same way. If desired, the cap or cover may be arranged to screw into the body part of the case, instead of screwing over the same, in which case the annular wall of 90 the inner closure may be dispensed with, the edge of the cap engaging the inner closure and clamping it down on to its seating. In this arrangement the wall of the cap may be formed with holes to 95 receive and support the ends of the handle of the razor. If desired the outer cap may be dispensed with, the body of the case being covered only by the closure for the inner vessel, the said closure 100 being, in this case, screw-threaded.

The inner closure may be entirely of rubber if desired, and for certain types of razors, where the razor-head has no central boss as illustrated, the closure may 105 be recessed to receive the projecting guide-pins of the razor-head. If formed of metal the cover of the case may have double walls separated by an air space to reduce the conduction of heat to the outer 110 wall; or it may be covered with any suitable heat insulating material.

The case or receptacle may be of any other suitable shape or construction, provided it serves as a housing for the razor 115 and form or provides a vessel or container for blade preserving or other liquid, with means for sealing the said vessel or container and for isolating the handle of the razor from the liquid, preferably so that 120 the head-end of the razor may be kept immersed in the liquid when the case or vessel is sealed.

Having now particularly described and ascertained the nature of my said inven- 125 tion and in what manner the same is to be performed, I declare that what I claim is:—

1. A case or receptacle for safety razors, forming, or provided with, a vessel or 130

6                          337,132

container for blade preserving or other liquid, in combination with means for sealing the said vessel or container and for isolating the handle of the razor from the liquid.

2. A case or receptacle for safety razors forming, or provided with, a vessel or container for blade preserving or other liquid, in combination with means for sealing the said vessel or container, and for carrying or supporting the head-end of the razor within the latter, so that it may be kept immersed within or in contact with, the liquid when the case, or the liquid vessel or container, is closed, together with means for isolating the handle of the razor from the liquid.

3. A case or receptacle for safety razors fitted with a lid or cover adapted to serve as a container for hot water or other liquid, the body of the case forming, or being provided with, a second liquid container, in combination with means for sealing the latter and for supporting or carrying the head-end of the razor within the same, with means for isolating the handle of the razor from the liquid in the sealed container.

4. A case or receptacle for safety razors comprising a body portion fitted with an outer lid or cover and provided with, or forming, a vessel or container for blade preserving or other liquid, the said liquid vessel or container being adapted to be sealed by an inner closure separate from or independent of the outer lid or cover, the said inner closure serving to isolate the handle of the razor from the blade preserving liquid.

5. A case or receptacle for safety razors, as claimed in claim 2 or 4, in which the cover or inner closure for the liquid vessel or container is formed or provided with a hole or aperture, or with an internally-threaded sleeve, adapted to receive a screw-pin carried by the head-end of the razor, so that the said head-end may be secured to the closure, in

such a manner that it may be immersed within the liquid.

6. A case or receptacle for safety razors as claimed in claim 2, 4 or 5, in which the cover or inner closure for the liquid vessel or container is formed with a wall or flange having holes to receive the ends of the handle of the razor, the handle being adapted to be retained in place by the body of the receptacle, so that it extends transversely across the said body portion, substantially as described.

7. A case or receptacle for safety razors as claimed in claim 5, in which the handle of the razor is housed within the outer cover of the case, the said handle being engaged with the screw-pin on the razor-head after the said pin has been passed through the inner closure, so that the latter is clamped between the razor-head and the handle, substantially as described.

8. A case or receptacle for safety razors, as claimed in any one of the preceding claims, in which a compartment is provided in the body of the receptacle below the liquid vessel or container, the bottom of the body portion being detachable, substantially as described.

9. A case or receptacle for safety razors, as claimed in claim 8, in which the detachable bottom of the body portion of the case is in the form of a cup, substantially as described.

10. A case or receptacle for safety razors, as claimed in claim 9 in which a partition is interposed between the cup and the liquid vessel or container, substantially as described.

11. The improved cases or receptacles for safety razors substantially as herein described and as illustrated by the accompanying drawings.

Dated this 12th day of June, 1930.
    H. N. & W. S. SKERRETT,
    24, Temple Row, Birmingham,
        Agents for Applicant.

Redhill: Printed for His Majesty's Stationery Office, by Love & Malcomson, Ltd.—1930.

B000748