are aligned with corresponding openings 41 defined in the cover plate 40 at its four corners as shown in Figure 6, confronting through such openings 41 with respective flat edges 72a of the bearing flanges 72 of the lateral lids 70 in a manner substantially as shown in Figure 11. Thus, it will readily be seen that, as the motion transmitter 80 within the above described flattened space between the transverse bench 28 and the cover plate 40 is moved close towards the cover plate in a manner as will subsequently be described, the engagement projections 84 contact and push the flat edges 72a of the bearing flanges 72 fast with the lateral lids 70, thereby causing the lateral lids 70 to pivot against the associated coil springs 76 to open the end openings 34a in the end walls 34 of the cap 32. It will also readily be seen that, when the lateral lids 70 are so opened, the flat edges 72a of the bearing flanges 72 fast with the lateral lids 70 are held in contact with the end faces of the associated beams 82, respectively, and therefore, the lateral lids 70 can be kept in position to open the end openings 34a so long as the motion transmitter 80 is held in a position close to the cover plate 40 as shown in Figures 5 and 9.

Referring to Figures 7 to 9, the cover plate 40 has one side edge formed integrally with a depending plate 39 positioned in overlapping relation to the connecting flange 83 integral with the beam 82 and received in a recess (not shown) defined in one of the side walls 28b of the transverse bench 28 which is located on one side of the housing 10 opposite to the switch slide 20 and adjacent the junction between the transverse bench 28 and the stem 26 as shown in Figure 3. The depending plate 39 has a pair of slots 39a defined therein for the passage of connecting arms 78a of the manipulatable slide knob 78 therethrough for connection with the connecting flange 83 in a manner as will be described later, each of said slots extending in a direction perpendicular to the transverse bench and being so sized as to permit the slide knob 78 to be moved between opened and closed positions. The depending plate 39 also has a pair of spaced detent holes 39b and 39c (Figure 7) defined therein at a location intermediately between the slots 39a, which detent holes 39b and 39c correspond to the opened and closed positions, respectively, of the slide knob 78.

For cooperating with the detent holes 39b and 39c in the depending plate 39 integral with the cover plate 40, the connecting flange 83 integral with the beam 82 of the motion transmitter 80 is formed with a generally U-shaped cutout so as to leave a resilient tongue 88 which has a rounded detent projection 88a integrally formed therewith, or otherwise rigidly mounted thereon, for the selective engagement into the detent holes 39b and 39c one at a time.

The slide knob 78 having the arms 78a integrally formed therewith is rigidly connected to the connecting flange 83 with the arms 78a loosely extending through the spaced slots 39a in the depending plate 39 integral with the cover plate 40 such that the motion transmitter 80 can be moved together with the slide knob 78. Although the connection of the arms 78a to the connecting flange 83 may be done in any suitable manner, for example, by the use of a bonding agent or a pressure-fitting technique, an anchoring method is employed in the preferred embodiment. For this purpose, while the free ends of the respective arms 78a are so shaped as to represent an anchor, the connecting flange 83 is formed with a pair of anchoring holes 83a spaced from each other a distance slightly greater or smaller than the span between the arms 78a so that the arms 78a can be connected to the connecting flange 83 by inserting the arms 78a into the associated anchoring holes 83a while the arms 78a are allowed to outwardly or inwardly deform against their own resiliency, as the anchor-shaped free ends of said arms 78a pass therethrough, and then to let them resume the original positions.

From the foregoing description, it has now become clear that, when the slide knob 78 in the closed position as shown in Figure 8 is moved towards the opened position by the application of an external pushing force thereto, the motion transmitter 80 is generally upwardly shifted, as viewed in Figures 7 to 9 with the engagement projections 84 consequently brought into engagement with the flat edges 72a of the bearing flanges 72 of the lateral lids 70, said lateral lids 70 being completely opened as shown in Figure 5 when the slide knob 78 is subsequently clicked into the opened position as shown in Figures 2 and 9. At this time, the detent projection 88a (Figures 7 and 10) is engaged in the detent hole 39b to substantially lock the slide knob 78 in the opened position even though the composite force of the coil springs 76 tending to close the lateral lids 70 may be transmitted to the slide knob 78 through the motion transmitter 80.

However, the application of an external pulling force to the slide knob 78 to move the latter from the opened position towards the closed position results in the pivotal movement of the lateral lids 70 by the action of the coil springs 76 to close the respective end openings 34a. It is to be noted that at this time, i.e., as the slide knob 78 is moved towards the closed position, the detent projection 88a that has been engaged in the detent hole 39b is passed onto the detent hole 39c allowing the tongue 88 to flex against its own resiliency.

The washable electric shaver constructed and operable in the manner described hereinbefore can be washed in the following manner after or during the course of the shaving operation.

Referring to Figure 12, after the shaving has been done, or in the course of the shaving operation, and when the shaving head 22 is desired to be washed, the user should move the slide knob 78 from the closed position to the opened position to open the lateral lids 70. Then, the shaver should be held in position with either one of the end openings 34a aligned with a flush of water flowing from a city water supply faucet 90, allowing the water to flow from one end opening 34a to the other through the interior of the shaving head 22 as shown. At this time, the lateral lids 70 in their opened positions concurrently serve as baffles for substantially preventing, or minimizing, the water from splashing rearwardly onto the housing or grip 10. However, should it happen that the water used to wash the

shaving head 22 splashes or overflows so much as to flow towards the housing or grip 10, the splashing or overflowing water can advantageously be drained, in a manner as shown by the arrow-headed lines in Figure 12, because of the presence of the constricted area 30 (Figures 1 to 3) defined exteriorly between the stem 26 and the transverse bench 28. Accordingly the splashing or overflowing water will not substantially reach the housing or grip 10 and, therefore, the housing or grip 10 can advantageously firmly held by the hand of the user with no substantial possibility of the occurrence of slip between the hand and the exterior surface of the housing or grip 10. In addition, the hair clippings washed out from the shaving head 22 will not adhere to the housing or grip 10 because the water that has flown through the interior of the shaving head carrying the hair clippings does not flow upwards, as viewed in Figure 12, along the transverse bench.

Moreover, since the slide knob 78 is arranged at a location circumferentially opposite to the switch slide 20 with respect to the body of the shaver and is arranged adjacent the junction between the stem 26 and the transverse bench 28 where the transverse bench 28 tilts relative to the stem 28, there is no possibility of the slide knob 78 being erroneously moved during the shaving.

Although this invention has fully been described in connection with the preferred embodiment thereof with reference to the accompanying drawing, it is to be noted that various changes and modifications are apparent to those skilled in the art from the reading of the disclosure set forth above. By way of example, it is possible to employ a single engagement projection on the motion transmitter for each of the lateral lids. In addition, the shape and construction of the motion transmitter may not be limited to those described and shown, but may be in the form of an elongated plate or strip having its opposite ends formed with the engagement projections.

Such changes and modifications are, unless they depart from the scope of this invention as defined by the appended claims, to be understood as included therein accordingly.

CLAIMS

1. A washable electric shaver comprising an elongate water-tight housing serving as a hand-grip, a shaver motor mounted within the housing, an on/off switch having an operating element mounted on the housing for controlling an electrical power supply for driving the shaver motor, a shaving head having a generally T-shaped body mounted on one end of the housing so that the shaver as a whole has a generally T-shaped configuration, a cap which is removably mounted on the top of the T-shaped body and which has a stationary perforated shear plate replaceably carried thereby, a movable shear element which is mounted on the T-shaped body for movement in engagement with the inner surface of the stationary shear plate to cut hairs which, in use, project through the plate, and means which is arranged to be driven by the shaver motor to drive the movable shear element, a pair of end openings located at opposite ends of the cap and aligned with each other adjacent the opposite ends of the movable shear element, a pair of pivotally mounted closure flaps which are biassed to close the end openings, and a flap opening mechanism having an actuating element movable between an inoperative position in which the flaps are closed and an operative position in which the flaps, and thereby the end openings, are open.

2. A shaver according to claim 1, in which the operating element and the actuating element are positioned on opposite faces of the shaver.

3. A shaver according to claim 1 or claim 2, in which the T-shaped body comprises a stem and a transverse bench on which the cap is mounted, the bench being tilted relative to the stem so that it faces forwards and upwards to present the stationary shear plate of the shaving head to the face of the user when the housing is held in a generally upright position, and in which the actuating element is mounted on the T-shaped body at a location adjacent the junction between the stem and the bench and facing generally away from the direction in which the bench is tilted.

4. A shaver according to any one of the preceding claims, in which the closure flaps, when open, lie generally in the same plane as each other, extending in directions which are substantially at right angles to the longitudinal axis of the housing.

5. A shaver according to claim 3, in which the T-shaped body has a constricted region at the junction between the stem and the bench.

6. A shaver according to claim 3, in which the closure flaps are pivotally mounted on the transverse bench and, when open, lie in substantially the same plane as each other, extending laterally outwards in opposite directions from the bench.

7. A shaver according to any one of the preceding claims, in which the flap opening mechanism includes a rigid member through which the actuating element acts to open the closure flaps, the actuating element being coupled to an intermediate portion of the rigid member so that they move together, and the opposite ends of the rigid member being arranged to engage the closure flaps.

8. A shaver according to any one of the preceding claims, in which the flap opening mechanism includes a detent mechanism for holding the actuating element in its operative position and preventing it from automatically returning to the inoperative position under the influence of the biasing forces acting on the closure flaps if the actuating element is released.

9. A shaver according to claim 1, substantially as described with reference to the accompanying drawings.

Printed for Her Majesty's Stationery Office, by Croydon Printing Company Limited, Croydon, Surrey, 1984.
Published by The Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from which copies may be obtained.



Europäisches
Patentamt

**EUROPÄISCHER RECHERCHENBERICHT**

Nummer der Anmeldung

EP 95100492.8

| Kategorie | EINSCHLÄGIGE DOKUMENTE<br>Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | Betrifft Anspruch | KLASSIFIKATION DER ANMELDUNG (Int. Cl 6) |
|---|---|---|---|
| A | US - A - 5 064 521 (STEPENENKO et al.) * Spalte 1, Zeile 15; Fig. 1-8 * -- | 1 | A 45 D 27/46 |
| A | GB - A - 0 337 132 (WILLIAM FARGUHARSON IRLAND) * Fig. 1-5 * -- | 1 | |
| A | GB - A - 2 129 732 (KYUSHU HITACHI MAXELL LTD.) * Zusammenfassung; Fig. 1 * -- | | |
| A | GB - A - 1 206 791 (SPERRY RAND CORPORATION) * Fig. 1-5 * -- | | |
| A | GB - A - 1 206 792 (SPERRY RAND CORPORATION) * Gesamt * ---- | | RECHERCHIERTE SACHGEBIETE (Int. Cl6)<br>A 45 D 27/00<br>B 23 H 3/00 |
| | alle anbei; US - Akte vorh. | | |

Der vorliegende Recherchenbericht wurde für alle Patentansprüche erstellt.

| Recherchenort | Abschlußdatum der Recherche | Prüfer |
|---|---|---|
| WIEN | 23-03-1995 | PIRKER |

KATEGORIE DER GENANNTEN DOKUMENTEN
X : von besonderer Bedeutung allein betrachtet
Y : von besonderer Bedeutung in Verbindung mit einer anderen Veröffentlichung derselben Kategorie
A : technologischer Hintergrund
O : nichtschriftliche Offenbarung
P : Zwischenliteratur
T : der Erfindung zugrunde liegende Theorien oder Grundsätze

E : älteres Patentdokument, das jedoch erst am oder nach dem Anmeldedatum veröffentlicht worden ist
D : in der Anmeldung angeführtes Dokument
L : aus andern Gründen angeführtes Dokument
& : Mitglied der gleichen Patentfamilie, übereinstimmendes Dokument

EPA Form 1503 03 82

ANHANG ZUM EUROPÄISCHEN RECHERCHENBERICHT
ÜBER DIE EUROPÄISCHE PATENTANMELDUNG NR. EP 95100492.8

In diesem Anhang sind die Mitglieder der Patentfamilien der im obengenannten europäischen Recherchenbericht angeführten Patentdokumente angegeben.
Die Angaben über die Familienmitglieder entsprechen dem Stand der EPIDOS-INPADOC-Datei am 24. 3.1995
Diese Angaben dienen zur Unterrichtung und erfolgen ohne Gewähr.

| Im Recherchenbericht angeführtes Patentdokument | | Datum der Veröffentlichung | Mitglied(er) der Patentfamilie | | Datum der Veröffentlichung |
|---|---|---|---|---|---|
| US A | 5064521 | 12-11-91 | FI A0 | 903164 | 21-06-90 |
| | | | WO A1 | 9004665 | 03-05-90 |
| | | | EP A1 | 393192 | 24-10-90 |
| | | | EP A4 | 393192 | 23-01-91 |
| | | | JP T2 | 4500838 | 13-02-92 |
| | | | CN A | 1044308 | 01-08-90 |
| GB A | 337132 | | keine | | |
| GB A1 | 2129732 | | keine | | |
| GB A | 1206791 | 30-09-70 | DE A | 1557365 | 24-07-69 |
| | | | FR A | 1564502 | 25-04-69 |
| | | | GB A | 1206792 | 30-09-70 |
| | | | NL A | 6715860 | 24-05-68 |
| | | | NL B | 160597 | 15-06-79 |
| | | | NL C | 160597 | 15-11-79 |
| | | | US A | 3364068 | 16-01-68 |
| GB A | 1206792 | 30-09-70 | DE A | 1557365 | 24-07-69 |
| | | | FR A | 1564502 | 25-04-69 |
| | | | GB A | 1206791 | 30-09-70 |
| | | | NL A | 6715860 | 24-05-68 |
| | | | NL B | 160597 | 15-06-79 |
| | | | NL C | 160597 | 15-11-79 |
| | | | US A | 3364068 | 16-01-68 |

Bezüglich näherer Einzelheiten zu diesem Anhang siehe Amtsblatt des Europäischen Patentamtes, Nr. 12/82.



P.B. 5818 - Patentlaan 2
2280 HV Rijswijk (ZH)
☎ (070) 3 40 20 40
TX 31651 epo nl
FAX (070) 3 40 30 16

Europäisches Patentamt — Zweigstelle in Den Haag Recherchen-abteilung | European Patent Office — Branch at The Hague Search division | Office européen des brevets — Département à La Haye Division de la recherche

Braun Aktiengesellschaft
Patentabteilung,
Frankfurter Strasse 145
D-61476 Kronberg
ALLEMAGNE

Patentabteilung
Eing. 7. JUNI 1995
Vorlage
Frist

Bo

Datum/Date

| Zeichen/Ref./Réf. | Anmeldung Nr./Application No./Demande n°./Patent Nr./Patent No./Brevet n°. |
|---|---|
| 05818-PT2/hel | 95100457.1 |

Anmelder/Applicant/Demandeur//Patentinhaber/Proprietor/Titulaire
Braun Aktiengesellschaft

| | EDV erf. |
|---|---|
| | Bautz |
| | Franke |
| | Hofmann |
| X | Klauer |
| | Klinger |
| | Schm.-Fr. |
| | Vorbeck |
| | Wieske |
| | |

# MITTEILUNG

Das europäische Patentamt übermittelt hiermit

- [X] den europäischen Recherchenbericht
- [ ] die Erklärung nach Regel 45 EPÜ
- [ ] den europäischen Teilrecherchenbericht nach Regel 45 EPÜ
- [ ] den ergänzenden europäischen Recherchenbericht betreffend die internationale Anmeldung nach Artikel 157(2) EPÜ

zu der obengenannten europäischen Patentanmeldung. Kopien der im Recherchenbericht aufgeführten Schriften sind beigefügt.

Die folgenden Angaben des Anmelders wurden von der Recherchenabteilung genehmigt:

- [X] Zusammenfassung
- [X] Bezeichnung
- [X] Abbildung

- [ ] Die Zusammenfassung wurde von der Recherchenabteilung abgeändert und der endgültige Wortlaut ist dieser Mitteilung beigefügt.
- [ ] Die folgende Abbildung wird mit der Zusammenfassung veröffentlicht, weil sie nach Auffassung der Recherchenabteilung die Erfindung besser kennzeichnet als die vom Anmelder angegebene.

Abbildung:

- [ ] Zusätzliche Kopie(n) der im europäischen Recherchenbericht aufgeführten Schriften.

EUROPÄISCHES PATENTAMT DEN HAAG · EUROPEAN PATENT OFFICE THE HAGUE · OFFICE EUROPÉEN DES BREVETS LA HAYE

## RÜCKERSTATTUNG DER RECHERCHENGEBÜHR

Falls Artikel 10 Gebührenordnung in Anwendung kommt, ergeht noch eine gesonderte Mitteilung der Eingangsstelle hinsichtlich der Rückerstattung der Recherchengebühr.

EPO Form 1507 02.93

B000783



Europäisches Patentamt

# EUROPÄISCHER RECHERCHENBERICHT

Nummer der Anmeldung
EP 95 10 0457

## EINSCHLÄGIGE DOKUMENTE

| Kategorie | Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | Betrifft Anspruch | KLASSIFIKATION DER ANMELDUNG (Int.Cl.6) |
|---|---|---|---|
| D,A | US-A-3 172 416 (H. H. SIMMONS)<br>* Spalte 1, Zeile 29 - Spalte 7, Zeile 9; Abbildungen 1-6 * | 1,2,4,5, 8,17,19, 25,27 | A45D27/46<br>B26B19/38 |
| A | FR-A-2 568 111 (ETABLISSEMENTS CAB SARL)<br>* das ganze Dokument * | 1,21,27 | |
| P,A | PATENT ABSTRACTS OF JAPAN<br>vol. 018 no. 514 (M-1680) ,28.September 1994<br>& JP-A-06 178876 (TOKYO ELECTRIC CO LTD) 28.Juni 1994,<br>* Zusammenfassung * | 1,27 | |
| A | US-A-4 054 963 (C. R. TAYLOR)<br>* das ganze Dokument * | 1,2,19, 21,23,27 | |
| A | DE-A-24 29 372 (E. R. BAUMGARTNER)<br>* Seite 3 - Seite 14; Abbildungen * | 1,27 | **RECHERCHIERTE SACHGEBIETE (Int.Cl.6)**<br>A45D<br>B26B |

Der vorliegende Recherchenbericht wurde für alle Patentansprüche erstellt

| Recherchenort | Abschlußdatum der Recherche | Prüfer |
|---|---|---|
| DEN HAAG | 16.Mai 1995 | Raven, P |

**KATEGORIE DER GENANNTEN DOKUMENTE**

X : von besonderer Bedeutung allein betrachtet
Y : von besonderer Bedeutung in Verbindung mit einer anderen Veröffentlichung derselben Kategorie
A : technologischer Hintergrund
O : nichtschriftliche Offenbarung
P : Zwischenliteratur

T : der Erfindung zugrunde liegende Theorien oder Grundsätze
E : älteres Patentdokument, das jedoch erst am oder nach dem Anmeldedatum veröffentlicht worden ist
D : in der Anmeldung angeführtes Dokument
L : aus andern Gründen angeführtes Dokument

& : Mitglied der gleichen Patentfamilie, übereinstimmendes Dokument

**ANHANG ZUM EUROPÄISCHEN RECHERCHENBERICHT ÜBER DIE EUROPÄISCHE PATENTANMELDUNG NR.** EP 95 10 0457

In diesem Anhang sind die Mitglieder der Patentfamilien der im obengenannten europäischen Recherchenbericht angeführten Patentdokumente angegeben.
Die Angaben über die Familienmitglieder entsprechen dem Stand der Datei des Europäischen Patentamts am
Diese Angaben dienen nur zur Unterrichtung und erfolgen ohne Gewähr.

16-05-1995

| Im Recherchenbericht angeführtes Patentdokument | Datum der Veröffentlichung | Mitglied(er) der Patentfamilie | Datum der Veröffentlichung |
|---|---|---|---|
| US-A-3172416 | 09-03-65 | KEINE | |
| FR-A-2568111 | 31-01-86 | KEINE | |
| US-A-4054963 | 25-10-77 | KEINE | |
| DE-A-2429372 | 08-01-76 | KEINE | |

EPO FORM P0461

Für nähere Einzelheiten zu diesem Anhang : siehe Amtsblatt des Europäischen Patentamts, Nr.12/82

B000785

05818
05839

3 / 8



Fig. 4

B000786



## Full Two-Year Warranty

Black & Decker (U.S.) Inc. warrants this product against any defects that are due to faulty material or workmanship for a two-year period after the original date of consumer purchase or receipt as a gift. This warranty does not include damage to the product resulting from accident or misuse.

If the product should become defective within the warranty period, we will repair it or elect to replace it free of charge. We will return your product, transportation charges prepaid, provided it is delivered prepaid to any Black & Decker (U.S.) Inc., Household Appliance Company-Owned or Authorized Service Center.

This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

Answers to any questions regarding warranty service/locations may be obtained by writing:

Consumer Assistance and Information
Black & Decker (U.S.) Inc.
6 Armstrong Road
Shelton, CT 06484

Full
2
YEAR
WARRANTY

## Satisfaction Guaranteed

Please return this Black & Decker product within thirty days of purchase for a full refund if you are not completely satisfied. The product must be returned postage prepaid in its original factory carton along with the original dated sales receipt and your name and address to:

Satisfaction Guaranteed Program
Black & Decker (U.S.) Inc.,
6 Armstrong Road, 1 North
Shelton, CT 06484

Please allow 4-6 weeks for your refund.

Pub. No. 168635-10 B000787 Printed in U.S.A.

BLACK&DECKER®

# PowerPro® Dustbuster Plus®
## Cordless Vacs

Model DB5400

**Models DB4400, DB5400 and DB6000**
Listed by Underwriters Laboratories Inc.

**SAVE THIS USE AND CARE BOOK**

B000788

1. The Vac must be stored in its Charging Base to be recharged. To store, hold the unit by the Handle Grip with the Bowl facing downward. Push unit straight in and slide up or down until it snaps over the raised triangle. *(Figure F)*

**Figure F**

2. Slide the Operating Switch to the OFF/CHARGE position.

> **NOTE:** Removal is easiest if Vac is pulled from top of Handle.

3. Keep the Charger plugged into a standard electrical outlet at all times. When charging, the Charger will become warm to the touch.

4. The batteries require 24 hours charging to reach full capacity.

5. The exposed electrical terminals in the Charging Base are at low voltage and are not a shock hazard.

6. After repeated use the operating times may get shorter. To correct, fully discharge the unit by running it until the fan stops rotating. Then recharge the unit for 24 hours. This procedure improves the batteries' capacity. Repeat several times for best results.

## *Operation*

> **NOTE: Be sure the Charge Instruction Label is removed before using the unit.**

1. When you are ready to vacuum, slide the Operating Switch forward into the ON position. The Operating Switch is conveniently located on the top of the unit, just beyond the Handle Grip. *(Figure G)*

**Figure G**

2. [redacted]

> **NOTE:** [redacted]

[redacted]

3. Hold the Nozzle of the Vac against the surface to be cleaned and move the unit back and forth to clean up dirt. *(Figure H)*

**Figure H**

4. When you are finished vacuuming or need to stop for more than a few moments, slide the Switch back to OFF/CHARGE. This will save the run time for actual vacuuming.

5. For best performance, empty and clean the Vac and Filter after each use. For larger pick-ups, empty the Bowl when it becomes full. (See Dirt Removal and Filter Cleaning below.)

## *Dirt Removal And Filter Cleaning*

> **NOTE:** Thorough cleaning of the Filter after each use will improve performance.

1. Depress the Bowl Latch with your thumb and slide the Bowl forward off of the unit housing with your free hand. *(Figure I)*

**Figure I**

# IMPORTANT SAFEGUARDS

When using electrical appliances, basic safety precautions should always be followed, including the following:

PLEASE READ ALL INSTRUCTIONS CAREFULLY BEFORE USING THE UNIT.

**WARNING**—To reduce the risk of fire, electrical shock or injury to persons:

- Close supervision is necessary when any appliance is used by or near children. Do not allow to be used as a toy.
- To protect against risk of electrical shock, do not put unit or charging base in water or other liquid.
- Do not operate in the presence of explosives and/or flammable fumes or liquids.
- Do not operate any appliance with a damaged cord or charger or after the appliance malfunctions or is damaged in any manner. Return the appliance to any authorized service facility for examination, repair, or electrical or mechanical adjustment.
- Do not use the charger outdoors.
- Do not abuse the cord. Never carry the charger or base by the cord or yank to disconnect from an outlet; instead grasp the charger and pull to disconnect. Keep cord away from heated surfaces.
- Do not allow the cord to hang over the edge of a table or counter or touch hot surfaces. The unit should be placed or mounted away from sinks and hot surfaces.
- Do not use an extension cord. Plug the charger directly into an electrical outlet.
- Use the charger only in a standard electrical outlet (120V/60Hz).
- Do not attempt to use the charger with any other product; do not attempt to charge this product with any other charger.
- Keep hair, loose clothing, and all parts of body away from openings and moving parts.
- Do not handle plug or appliance with wet hands.

Copyright ©1989, 1990 Black & Decker

B000789

- Do not put any object into unit openings. Do not use with any openings blocked; keep free of dust, lint, hair, and anything that may reduce air flow.
- Do not operate the unit without a filter in place. Replace a damaged filter promptly.
- Do not pick up toxic substances.
- Do not pick up liquids unless with model, WK10 wet accessory kit.
- Never pick up flammable liquids such as gasoline.
- Do not pick up liquids with the power brush attachment.
- Do not pick up hot liquids.
- Do not vacuum burning materials, such as lit cigarette butts or hot fireplace ashes.
- Do not use on or near hot surfaces.
- Use extra caution when cleaning on stairs.
- This appliance is intended for household use only and not for commercial or industrial use.
- Use only as described in this manual. Use only manufacturer's recommended attachments.
- Unplug the charger from outlet before any routine cleaning or maintenance.
- This product includes rechargeable nickel cadmium batteries. Do not incinerate batteries as they will explode at high temperatures.
- Leaks from battery cells can occur under extreme conditions. If the liquid, which is a 20-35% solution of potassium hydroxide, gets on the skin (1) wash quickly with soap and water or (2) neutralize with a mild acid such as lemon juice or vinegar. If the liquid gets into the eyes, flush them immediately with clean water for a minimum of 10 minutes. Seek medical attention.

# SAVE THESE INSTRUCTIONS

Thank you for purchasing the Black & Decker PowerPro® Dustbuster® Plus® Cordless Vac. Before first use, please take a few minutes to read this Use & Care Book and to find a place to keep it handy for reference. Pay particular attention to the safety instructions we have provided for your protection. Review the product warranty and service statements and fill out and mail the owner registration form. For your convenience, please record:

Date product received: ______________________

Complete model number: ______________________

(located on the bottom of the unit)

## Table of Contents

Important Safeguards....................2
Reference Guide....................5
Charging....................7
Operation....................8
Dirt Removal and Filter Cleaning....................9
Accessory Kit AK10....................11
Power Brush Kit PK10....................11
Quick Reference Guide....................14
Need Service or Accessories?....................14
Accessories Order Form....................15
Full Two-Year Warranty....................Back Cover
Satisfaction Guaranteed....................Back Cover

Charge Instruction Label (Remove before use.)
Bowl
Handle Grip
Charger
Charging Base/Wall Bracket
Bowl Latch
Dry Filter
PK10 Power Brush Mounting Bracket
AK10 Accessories Mounting Bracket
Furniture Brush
Power Brush
Charging Base/Wall Bracket
Ceiling Wand
Crevice Tool

Although the PowerPro® Dustbuster Plus® Cordless Vac comes fully assembled, check to be sure all of the parts are included and in place before use. Identify the model you have purchased and check for the proper parts.



B000790

## Cleaning Capabilities/Accessories Reference Guide

This chart will give you a quick reference of the capabilities of your Power Pro® Dustbuster Plus® Cordless Vac and the optional accessories that are available.

All of the units operate as dry pickup Vacs. The Accessory Kit, AK10, offers extra tools for dry pickups. The Power Brush Kit, PK10, includes a motorized Power Brush which is ideal for carpeting and upholstery. The Wet Pickup Kit, WK10, converts the Vac to pick up wet spills.

| | DB4400 | DB5400 | DB6000 |
|---|---|---|---|
| Dry pickup capability | Yes | Yes | Yes |
| Accessory Kit AK10 | Included | Included | Optional |
| Power Brush Kit PK10 | Optional | Included | Optional |
| Wet Pickup Conversion Kit WK10 | Optional | Optional | Optional |

## Charging

Longest life and best performance can be obtained if the PowerPro® Dustbuster Plus® Cordless Vac is used often until all of the charge is used up. Then charge at normal temperatures (between 40° and 105°F) for 24 hours.