EXHIBIT D

5649556

| UTILITY SERIAL NUMBER 08/370681 | PATENT DATE JUL 2 2 1997 | PATENT NUMBER | |
|---|---|---|---|

5649556

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP/ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/370,681 | 01/10/95 | 015 | 92 | 3405 | |
| | | 134 | | | |

**APPLICANTS**

GERHARD BRAUN, KELKHEIM, FED REP GERMANY.

****CONTINUING DATA****************
VERIFIED

****FOREIGN/PCT APPLICATIONS***********
VERIFIED   FED REP GERMANY   P 4402237.9-23   01/26/94

| Foreign priority claimed ☒ yes ☐ no 35 USC 119 conditions met ☒ yes ☐ no Verified and Acknowledged   Examiner's Initials | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | DEX | 8 | 19 | 1 | $1,100.00 | 02894/285001 |

**ADDRESS**

WILLIS N EBTMAN
FISH AND RICHARDSON
225 FRANKLIN STREET
BOSTON MA 02110-2804

**TITLE**

CLEANING DEVICE FOR CLEANING THE SHAVING HEAD OF A DRY SHAVING APPARATUS

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | |
|---|---|---|
| | | Applications Examiner |

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| 1-24-97 | | Total Claims | Print Claim |
| | Assistant Examiner | 20 | 1 |

| ISSUE FEE | | DRAWING | | |
|---|---|---|---|---|
| Amount Due | Date Paid | FRANKIE L STINSON PRIMARY EXAMINER GROUP 3400 PRIMARY EXAMINER FRANKIE L STINSON Primary Examiner | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| 1290 | 3-14-97 | | 8 | 12 | 1 |
| | | | ISSUE BATCH NUMBER | 184 | |
| Label Area | | PREPARED FOR ISSUE | | | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/92)

**ISSUE FEE IN FILE**

(FACE)

B000001

08/    08/370681

PATENT APPLICATIO

08370681

APPROVED FOR LICENSE ☐

INITIALS JAN 3 1 9 5 2 9

| Date Entered or Counted | | | Date Received or Mailed |
|---|---|---|---|

## CONTENTS

| | | | |
|---|---|---|---|
| 6/22 | 1. | Application  8 dwgs  papers. | |
| | 2. | Am. La. English Trans | 3-2-95 |
| | 3. | Translation | 3-30-95 |
| TW | 4. | Priority Document | 1-20-95 |
| ✓ | 5. | Info. Discl. Statement | 5/1/95 |
| 10/12 RT | 6. | Rejection 3 months | 10-27-95 |
| | 7. | Ext. of time / Amdt A (1) | 2-28-96 |
| 8/19 M | 8. | Rej Jures | 2 1 1998 |
| | 9. | Amdt B | 11/25/96 |
| | 10. | IDS | 11-26-96 |
| 26 | 11. | N O A | 1-24-97 (1) |
| | 12. | N O Allowance | 1-24-97 |
| 3/27/97 | 13. | Formal Drawings  8 sheet of 1. | 3/18/97 |
| | 14. | IDS | 2/11/97 |
| 9/30 | 15. | Suppl N O Allowability | 4/30/97 |
| | 16. | PTO Grant  JUL 22 1997 | |
| | 17. | | |
| | 18. | | |
| | 19. | | |
| | 20. | | |
| | 21. | | |
| | 22. | | |
| | 23. | | |
| | 24. | | |
| | 25. | | |
| | 26. | | |
| | 27. | | |
| | 28. | | |
| | 29. | | |
| | 30. | | |
| | 31. | | |
| | 32. | | |

(FRONT)

B000002



GOVERNMENT PRINTING

## ORIGINAL CLASSIFICATION

| CLASS | SUBCLASS |
|-------|----------|
| 134 | 92 |

APPLICATION SERIAL NUMBER

370,681

APPLICANT'S NAME (PLEASE PRINT)

BRAUN

IF REISSUE, ORIGINAL PATENT NUMBER

### INTERNATIONAL CLASSIFICATION

| B | 0 | 8 | B | | 9/00 |
|---|---|---|---|---|---|

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | |
|-------|------|------|------|
| 134 | 111 | 186 | 166 R |

GROUP ART UNIT: 3405

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME)

FRANKIE L. STINSON
PRIMARY EXAMINER
GROUP 3400

ISSUE CLASSIFICATION SHEET    U.S. DEPART PATE

PTO-270 (REV. 8-91)

**SYMBOLS**
- ✓ ........ Rejected
- = ........ Allowed
- − (Through numberal) Cancelled
- R ........ Restricted
- N ........ Non-elected
- I ........ Interference
- A ........ Appeal
- O ........ Objected

Left table:

| Final | Original | Date |
|-------|----------|------|
| 1 | 1 | ✓ |
| 2 | 2 | ✓ |
| 3 | 3 | ✓ |
| 4 | 4 | ✓ |
| 5 | 5 | ✓ |
| 6 | 6 | O |
| 7 | 7 | ✓ |
| 8 | 8 | ✓ |
| 9 | 9 | ✓ |
| 10 | 10 | ✓ |
| 11 | 11 | ✓ |
| 12 | 12 | ✓ |
| 13 | 13 | ✓ |
| 14 | 14 | O |
| 15 | 15 | O |
| 16 | 16 | O |
| 17 | 17 | O |
| 18 | 18 | O |
| 16 | 19 | |
| 17 | 20 | = |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |
| | 26 | |
| | 27 | |
| | 28 | |
| | 29 | |
| | 30 | |
| | 31 | |
| | 32 | |
| | 33 | |
| | 34 | |
| | 35 | |
| | 36 | |
| | 37 | |
| | 38 | |
| | 39 | |
| | 40 | |
| | 41 | |
| | 42 | |
| | 43 | |
| | 44 | |
| | 45 | |
| | 46 | |
| | 47 | |
| | 48 | |
| | 49 | |
| | 50 | |

Right table:

| Final | Original | Date |
|-------|----------|------|
| | 51 | |
| | 52 | |
| | 53 | |
| | 54 | |
| | 55 | |
| | 56 | |
| | 57 | |
| | 58 | |
| | 59 | |
| | 60 | |
| | 61 | |
| | 62 | |
| | 63 | |
| | 64 | |
| | 65 | |
| | 66 | |
| | 67 | |
| | 68 | |
| | 69 | |
| | 70 | |
| | 71 | |
| | 72 | |
| | 73 | |
| | 74 | |
| | 75 | |
| | 76 | |
| | 77 | |
| | 78 | |
| | 79 | |
| | 80 | |
| | 81 | |
| | 82 | |
| | 83 | |
| | 84 | |
| | 85 | |
| | 86 | |
| | 87 | |
| | 88 | |
| | 89 | |
| | 90 | |
| | 91 | |
| | 92 | |
| | 93 | |
| | 94 | |
| | 95 | |
| | 96 | |
| | 97 | |
| | 98 | |
| | 99 | |
| | 100 | |

(LEFT INSIDE)

B000003

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 134 | 111 155 186 92 184 | 4/14/43 | JMS |
| Above 134 | updated 166C 166R 201 62 116 135 | 1/16/97 | JMS |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 134 | 92 111 186 166R | 1/16/97 | JMS |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| | | |

(RIGHT OUTSIDE)

B000004

PATENT APPLICATION SERIAL NO. 08/370681

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

100 MG 01/26/95 08370681                    1 101      970.00 CK 02894/285001

PTO-1556
(5/87)

B000005

| BAR CODE LABEL | U.S. PATENT APPLICATION | | |
|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/370,681 | 01/10/95 | 015 | 3405 |

**APPLICANT**

GEBHARD BRAUN, KELKHEIM, FED REP GERMANY.


**CONTINUING DATA********************
VERIFIED

_____


**FOREIGN/PCT APPLICATIONS************
VERIFIED        FED REP GERMANY    P 4402237.9-23    01/26/94

_____


| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| DEX | 8 | 19 | 1 | $1,100.00 | 02894/285001 |

**ADDRESS**

WILLIS M ERTMAN
FISH AND RICHARDSON
225 FRANKLIN STREET
BOSTON MA 02110-2804

**TITLE**

CLEANING DEVICE FOR CLEANING THE SHAVING HEAD OF A DRY SHAVING APPARATUS

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                    Certifying Officer



# APPLICATION

# FOR

# UNITED STATES LETTERS PATENT

TITLE:     CLEANING DEVICE FOR CLEANING THE SHAVING HEAD OF A DRY SHAVING APPARATUS

APPLICANT:     **GEBHARD BRAUN**

"EXPRESS MAIL" Mailing Label Number RB656234876US

Date of Deposit January 10, 1995
I hereby certify under 37 CFR 9.10 that this correspondence
is being deposited with the United States Postal Service as
"Express Mail Post Office To Addressee" with sufficient
postage on the date indicated above and is addressed to the
Commissioner of Patents and Trademarks, Washington, D.C.
20231.

Richard Sorders

B000007

BRAUN  073706811

Bra      tiengesellschaft

05838/PT2/Hi
20.01.1994

Reinigungsvorrichtung zur Reinigung des Scherkopfs eines
Trockenrasierapparats

Die Erfindung bezieht sich auf eine Reinigungsvorrichtung
zur Reinigung des Scherkopfs eines Trockenrasierapparats
mit einem Aufnahmeteil, in das der Scherkopf einsetzbar
ist, einem Reinigungsflüssigkeit aufweisenden Reinigungs-
flüssigkeitsbehälter, sowie einer von einem Motor an-
treibbaren Fördereinrichtung für die Reinigungsflüssig-
keit.

Es ist bereits aus der US-PS 3,172,416 eine Reinigungs-
vorrichtung für den Scherkopf eines Trockenrasierers
bekannt, die aus einem Reinigungsgehäuse besteht, in dem
im oberen Bereich ein Aufnahmeteil für den Scherkopf
eines Rasierapparats vorgesehen ist. Die einzelnen Bau-
teile des Scherkopfs werden nach einem ersten Ausfüh-
rungsbeispiel durch einen Luftstrom gereinigt, der über
ein Propellergebläse und Filterelemente dem Scherkopf
kontinuierlich zugeführt wird. Ist der Scherkopf jedoch
stark verschmutzt und weist beispielsweise Talg bzw.
Fettreste auf, so läßt sich eine Reinigung des Scherkopfs
mittels eines Luftstroms nicht in gewünschtem Maße erzie-
len. Das gesamte Gehäuse der Reinigungsvorrichtung, die
von Luft durchspült wird, muß zur Atmosphäre hin gut
abgedichtet sein, damit der aufgewirbelte Haarstaub nicht
nach außen dringen kann.

Das gleiche gilt auch für die Reinigungsvorrichtung nach
einem anderen Ausführungsbeispiel (US-PS 3,172,416),
wonach die Reinigung des Scherkopfs über eine Reinigungs-
flüssigkeit erfolgt, die hierzu über im Gehäuse vorgese-
hene Strömungskanäle geleitet wird. Der Scherkopf sitzt

. . .

Braun Form Id 407/1 8/86

**BRAUN**

Braun Aktiengesellschaft

- 2 -

05838/PT2/Hi
20.01.1994

für die gesamte Reinigungsdauer in einem im oberen Teil
des Gehäuses vorgesehenen Aufnahmeteil, das ständig bis
oben hin mit Reinigungsflüssigkeit befüllt ist, und von
dieser durchströmt wird. Hierzu ist im Gehäuse eine För-
derpumpe vorgesehen. Da die Reinigungsflüssigkeit während
des Reinigungsprozesses nicht gefiltert wird, gelangen
immer wieder Haarreste zum Aufnahmeteil und dadurch in
den Scherkopfbereich, so daß durch diesen Reinigungsvor-
gang ebenfalls keine zufriedenstellenden Reinigungsresul-
tate erzielt werden, zumal nach Abstellen der Fördercin-
richtung Reinigungsflüssigkeit mit Haarresten im Aufnah-
meteil zurückbleibt und dadurch nicht vollständig aus dem
Scherkopf entfernt werden kann. Ist der Reinigungsvorgang
beendet, so muß der Rasierapparat aus dem Aufnahmeteil
herausgenommen werden, damit der Scherkopf abtropfen und
erst dann an der Luft trocknen kann. Dabei bleiben die
durch die Reinigungsflüssigkeit mitbeförderten Haarreste
an den Bauteilen des Scherkopfs haften, so daß letztlich
keine vollständige Reinigung des Scherkopfs erzielt wer-
den kann. Die im unteren Teil des Gehäuses vorgesehene
Kammer zur Aufnahme der Reinigungsflüssigkeit und der
Schmutzpartikel muß während des Umwälzvorgangs der Reini-
gungsflüssigkeit so verschlossen bleiben, daß die sich
bereits abgesetzten Schmutzpartikel nicht wieder aufge-
wirbelt werden. Trotzdem kann nicht verhindert werden,
daß bei der Zirkulation der Reinigungsflüssigkeit ständig
ungefilterte Reinigungsflüssigkeit zum Scherkopf gelangt.

Da der Behälter zur Aufnahme der Reinigungsflüssigkeit
fest im Gehäuse der Reinigungsvorrichtung integriert ist,
ist der Austausch der Reinigungsflüssigkeit sehr aufwen-
dig.

. . .

B000009

# BRAUN

Braun Aktiengesellschaft

- 3 -                                      05838/PT2/Hi
                                           20.01.1994

Demgemäß besteht die Erfindungsaufgabe darin, die Reini-
gungsvorrichtung derart zu verbessern, daß der Reini-
gungsflüssigkeitsbehälter auf einfache Weise jederzeit
ersetzt werden kann.

Gelöst wird die Aufgabe erfindungsgemäß dadurch, daß der
Reinigungsflüssigkeitsbehälter von der Reinigungsvorrich-
tung trennbar ist und einen integrierten Filter aufweist.
Da der Filter im Reinigungsflüssigkeitsbehälter fest
integriert ist, läßt sich dieser nach Verbrauch der Rei-
nigungsflüssigkeit, bzw. nachdem sich der Filter weit-
gehend mit Schmutzpartikeln zugesetzt hat, mit der Reini-
gungsflüssigkeit ohne weiteres entnehmen, da dieser hier-
zu lediglich von der Förderpumpe gelöst werden muß. Nun
läßt sich ein neuer Reinigungsflüssigkeitsbehälter mit
einem neuen Filter in den Wandhalter zur Aufnahme des
Trockenrasierapparats einsetzen und erneut mit der För-
derpumpe verbinden. Die Reinigungsvorrichtung ist auf
diese Weise wieder vollständig funktionsfähig und kann
über einen längeren Zeitraum ohne Wartungseingriffe zur
Reinigung des Trockenrasierapparats eingesetzt werden.

Ferner ist es vorteilhaft, daß der Reinigungsflüssig-
keitsbehälter aus zwei Kammern gebildet ist, wobei die
eine Kammer zur Aufnahme der Reinigungsflüssigkeit dient
und die andere Kammer als Filter ausgebildet ist.

Eine zusätzliche Möglichkeit ist gemäß einer Weiterbil-
dung des erfindungsgemäßen Reinigungsflüssigkeitsbehäl-
ters, daß die Kammern nach außen verschlossen und mittel-
oder unmittelbar an Leitungen der Förderpumpe und des
Aufnahmeteils lösbar angeschlossen sind. Die Kupplungs-
elemente zur lösbaren Verbindung zwischen Förderpumpe und

. . .

Braun Form 10.407/1-8/86

**BRAUN**

·aun Aktiengesellschaft

- 4 -                                        05838/PT2/Hi
                                             20.01.1994

Kammern können auch jeweils an den entsprechenden Enden
der Leitung zwischen Förderpumpe und Reinigungsflüssig-
keitsbehälter vorgesehen bzw. in der Leitung fest inte-
griert sein.

Vorteilhaft ist es, daß der Reinigungsflüssigkeitsbehäl-
ter oder die Kammern Öffnungen oder lösbare Verbindungs-
oder Kupplungselemente aufweisen, die in entsprechende
Gegenstücke einsteck- und/oder festklemmbar und abdicht-
bar sind, und zumindest eine der Leitungen endseitig eine
Spitze aufweist und der Reinigungsflüssigkeitsbehälter
und/oder die Öffnungen mittels einer Folie bzw. eines
Laminats verschließbar sind, durch die die Leitungen
einsteckbar sind.

Vorteilhaft ist es ferner, daß in den Öffnungen des Rei-
nigungsflüssigkeitsbehälters je ein Dichtelement vorgese-
hen ist, das von den Endstücken der Leitungen durchstech-
bar ist. Da die Kupplungsleitungen jeweils im Bereich
ihrer Enden mit einer Zuspitzung oder einer scharfen
Kante versehen sein können, lassen sich die Endstücke der
Kupplungsleitungen ohne weiteres in das entsprechende
Gegenstück einsetzen, das beispielsweise mit einer Folie,
einem Metall- oder Kunststofflaminat überzogen werden
kann. Auf diese Weise kann auf Montagewerkzeuge vollstän-
dig verzichtet werden. Durch Einstecken der entsprechen-
den Leitungen in die Ein- und Auslaßöffnungen des Reini-
gungsflüssigkeitsbehälters wird eine einwandfreie Abdich-
tung zwischen den Leitungen und den Öffnungen erzielt, so
daß keine zusätzlichen Abdichtmittel erforderlich sind.

In weiterer Ausgestaltung der Erfindung ist es vorteil-
haft, daß der Reinigungsflüssigkeitsbehälter stirnseitig

...

B000011

BRAUN

aun Aktiengesellschaft

- 5 -

05838/PT2/Hi
20.01.1994

mit Zentrierelementen versehen ist, über die der Filter
im Reinigungsflüssigkeitsbehälter ausgerichtet bzw. seit-
lich abgestützt wird. Da der Reinigungsflüssigkeitsbehäl-
ter mit Zentrierelementen ausgestattet ist, läßt sich
dieser beim Einbau in den Filter genau ausrichten, da die
Zentrierelemente den Filter zwangsweise in die richtige
Position bringen.

Von besonderer Bedeutung ist für die vorliegende Erfin-
dung, daß die Zentrierelemente als im Deckel des Reini-
gungsflüssigkeitsbehälters vorgesehene Stege ausgebildet
sind und daß der Filter fest und koaxial im Gehäuse des
Reinigungsflüssigkeitsbehälters zwischen der koaxial
angeordneten Einlaßöffnung und dem Boden des Gehäuses
angeordnet ist. Durch die koaxiale Anordnung des Filters
im Gehäuse des Reinigungsflüssigkeitsbehälters wird eine
gute Ausnutzung der gesamten Filterfläche gewährleistet.

Im Zusammenhang mit der erfindungsgemäßen Ausbildung und
Anordnung ist es von Vorteil, daß der Filter aus einem
ein Gewebe bzw. einen Fließwerkstoff aufweisenden Fil-
terrohr besteht, das sich über die gesamte Höhe des Gehäu-
ses erstreckt.

Vorteilhaft ist es ferner, daß der Filter an seinen bei-
den Enden durch die Zentrierelemente koaxial im Gehäuse
gesichert ist und daß der Filter an seinem anderen Ende
in einer am Boden des Gehäuses vorgesehenen Ringnut zen-
triert und fest aufgenommen ist. Vorteilhaft ist es auch,
daß die Ringnut aus einer rechtwinklig am Boden des Ge-
häuses angeordneten Wand bzw. Aufbörzelung besteht und
daß das eine Ende der mit dem Auslaßstutzen der Förder-

...

B000012

**BRAUN**

raun Aktiengesellschaft

- 6 -                                    05838/PT2/Hi
                                        20.01.1994

pumpe verbundenen Leitung in die im Deckel koaxial an-
geordnete Einlaßöffnung und den sich daran anschließen-
den, ebenfalls koaxial angeordneten Filter und die zweite
im Reinigungsflüssigkeitsbehälter vorgesehene, mit dem
Aufnahmete̶i̶l̶ ̶o̶d̶e̶r̶ ̶m̶i̶t̶t̶e̶l̶b̶a̶r̶ mit dem Saugstutzen̶ ̶d̶d̶. ̶ ̶F̶ö̶r̶-
derpumpe verbundene Leitung in die Auslaßöffnung des
Deckels dichtend einsetzbar sind. Durch die mittels Wand-
teilen gebildete rechtwinklige Ringnut wird auf einfache
Weise eine einwandfreie Fixierung des Filters im Gehäuse
des Reinigungsflüssigkeitsbehälters gewährleistet. Außer-
dem läßt sich dieser Vorgang ohne weiteres maschinell
ausführen.

Hierzu ist es vorteilhaft, daß der Reinigungsflüssig-
keitsbehälter in einem Wandhalter integrier- und fixier-
bar ist, in den der Rasierapparat von der Seite her ein-
setzbar und über ein Schaltelement mechanisch und/oder
elektrisch verriegelbar ist.

Vorteilhaft ist es ferner, daß der Rasierapparat in ein
zur Atmosphäre hin offenes Aufnahmeteil einsetzbar ist,
das mittels der Förderpumpe mit Reinigungsflüssigkeit aus
dem nach außen hin verschlossenen Reinigungsflüssigkeits-
behälter versorgt wird. Hierdurch erhält man ein offenes
System für die Reinigungsvorrichtung, so daß der Rasier-
apparat jederzeit von außen her seitlich in die Reini-
gungsvorrichtung eingesetzt werden kann, ohne daß hierzu
Bauteile bzw. Deckel an der Reinigungsvorrichtung ent-
fernt werden müssen. In dem Aufnahmeteil selbst ist immer
nur so viel Flüssigkeit enthalten, wie gerade zur Reini-
gung des Scherkopfs benötigt wird. Die übrige Reinigungs-
flüssigkeit befindet sich in dem gegenüber der Atmosphäre
geschlossenen Reinigungsflüssigkeitsbehälter, so daß die

                                              ...

Braun Form Nr 407/1 8/86

BRAUN

Braun Aktiengesellschaft

- 7 -                                    05838/PT2/Hi
                                         20.01.1994

der Reinigungsflüssigkeit beigemischten flüchtigen Stoffe
nicht so schnell verdunsten.

Vorteilhaft ist es auch, daß der Rasierapparat aus dem im
Wandhalter integrierten Reinigungsflüssigkeitsbehälter
über die Förderpumpe zuerst mit Reinigungsflüssigkeit
versorgt und anschließend mittels eines in der Reini-
gungsvorrichtung integrierten Lüfterrads getrocknet wird,
wobei die Förderpumpe und das Lüfterrad über einen ein-
zigen Motor mittels einer Freilaufeinrichtung wahlweise
rechts- bzw. linksdrehend antreibbar sind.

Ferner ist es vorteilhaft, daß die Förderpumpe, der Motor
und/oder das Lüfterrad und der Reinigungsflüssigkeits-
behälter ganz oder zumindest annähernd koaxial zueinander
ausgerichtet und/oder im Gehäuse des Wandhalters bzw. der
Reinigungsvorrichtung eingebaut sind.

Weitere Vorteile und Einzelheiten der Erfindung ergeben
sich aus der nachfolgenden Beschreibung und den Zeichnun-
gen, in denen einige bevorzugte Ausführungsbeispiele
dargestellt sind.

In den Figuren ist die Erfindung an einer Ausführungsform
beispielsweise dargestellt, ohne auf diese Ausführungs-
form beschränkt zu sein. Es zeigt:

Figur 1      einen Teilschnitt durch eine Reinigungsvor-
             richtung mit einem aufgenommenen Rasierappa-
             rat,

Figur 2      eine Vorderansicht der Reinigungsvorrichtung
             gemäß Figur 1,

. . .

B000014

**BRAUN**

raun Aktiengesellschaft

- 8 -                                          05838/PT2/Hi
                                    .           20.01.1994


Figur 3      eine  Draufsicht  der  Reinigungsvorrichtung
             gemäß Figur 2,


Figur 4      eine schematische Darstellung des zeitlichen
             Ablaufs der Funktionen des Reinigungsprozes-
             ses,


Figur 5      eine Schnittdarstellung entlang der Linien
             B-B gemäß Figur 10,


Figur 6      eine  schematische  Darstellung  des  Flüssig-
             keitskreislaufs  der  Reinigungsvorrichtung,
             insbesondere zwischen dem Aufnahmeteil, dem
             Filter  und  dem  als  Kartusche  ausgebildeten
             Reinigungsflüssigkeitsbehälter,


Figur 7      den  als  Kartusche  ausgebildeten  Reinigungs-
             flüssigkeitsbehälter  mit  einem  integrierten
             Filter gemäß Figur 6,


Figur 8      eine Teilansicht der Befestigung des unteren
             Teils  des  Filters  im  Gehäuse  des  Reinigungs-
             flüssigkeitsbehälters,


Figur 9      eine  Draufsicht  des  als  Kartusche  ausgebil-
             deten,  Zentrierelemente  aufweisenden  Reini-
             gungsflüssigkeitsbehälters gemäß Figur 7,


Figur 10     eine Schnittdarstellung einer eine Freilauf-
             einrichtung  aufweisenden  Antriebsvorrichtung
             für das Lüfterrad und die Pumpe,


                                             . . .

B000015

**BRAUN**

aun Aktiengesellschaft

- 9 -                              05838/PT2/Hi
                                  20.01.1994


Figur 11    eine Schnittdarstellung entlang der Linie A-A
            gemäß Figur 10,

Figur 12    ein weiteres Ausführungsbeispiel einer An-
            triebsvorrichtung für die Pumpe und die
            Trockenvorrichtung.


Figur 1 zeigt einen elektrischen Rasierapparat bzw. Ra-
sierapparat 1 mit einem Gehäuse 2 und einem aus der dar-
gestellten Mittelstellung in entgegengesetzte Richtungen
um eine Schwenkachse relativ zum Gehäuse 1 schwenkbaren
Scherkopf 3 mit in der Zeichnung nicht dargestelltem
Untermesser.

Der Rasierapparat 1 ist in einem Gehäuse 4 einer Reini-
gungsvorrichtung 5 aufgenommen. Die Reinigungsvorrichtung
5 besteht aus einem Auffangbehälter 65 zur Aufnahme einer
fettlösenden Reinigungsflüssigkeit 40 und einem Aufnahme-
teil 7, das als Reinigungswanne ausgebildet ist, die
etwas nach innen gewölbt und dadurch in etwa der Außen-
kontur des Scherkopfs 3 des Rasierapparats 1 angepaßt ist
und nur so viel Reinigungsflüssigkeit aufnimmt, wie für
den augenblicklichen Reinigungsvorgang erforderlich ist.

Die Reinigungsvorrichtung 5, insbesondere das Naßteil,
d. h. das Aufnahmeteil 7, ist als zur Atmosphäre hin
offenes Reinigungssystem ausgebildet, während ein Reini-
gungsflüssigkeitsbehälter 61, wie im Ausführungsbeispiel
gemäß Figur 7 später erläutert, verschlossen ist.

Der Rasierapparat 1 wird mit dem Scherkopf 3 kopfüber in
das nach oben offene, als Naßteil ausgebildete Aufnahme-
teil 7 eingesetzt. Das Aufnahmeteil 7 wird beim Reini-

                                        ...

Braun Form Nr. 407/1-8/86

B000016

BRAUN

aun Aktiengesellschaft

- 10 -                                     05838/PT2/Hi
                                           20.01.1994

gungsvorgang kontinuierlich mit Reinigungsflüssigkeit 40
durchspült. Die Reinigungsflüssigkeit kann, nachdem ein
bestimmter Verschmutzungsgrad erreicht ist, über eine
verschließbare Abflußleitung 76 abgelassen und durch neue
ersetzt werden.

Das Aufnahmeteil 7 weist eine Überlaufeinrichtung 26 auf,
damit die Reinigungsflüssigkeit im Aufnahmeteil 7 ein
bestimmtes Niveau nicht übersteigt und nur den Scherkopf
3 bzw. den unteren Teil des Scherkopfs mit Reinigungs-
flüssigkeit umgibt. Ferner befindet sich im Boden des
Aufnahmeteils 7 eine Auslaßöffnung 27, durch die die Rei-
nigungsflüssigkeit mit den Haarresten vollständig in den
Auffangbehälter 65 ablaufen kann, wenn der Reini-
gungsprozeß abgeschlossen ist. Das Fassungsvermögen des
Auffangbehälters 65 ist vergleichsweise zum Fassungsver-
mögen des Reinigungsflüssigkeitsbehälters 61 gemäß Figur
7 wesentlich kleiner. Die Auslaßöffnung 27 ist jedoch so
bemessen, daß bei einer Versorgung des Aufnahmeteils 7
mit Reinigungsflüssigkeit über eine nachstehend erläuter-
te Pumpe 23 das Aufnahmeteil 7 beim Reinigungsvorgang
nicht leerläuft, sondern ständig bis zum Rand gefüllt
bleibt und überschüssige Reinigungsflüssigkeit hauptsäch-
lich über den Rand des Aufnahmeteils 7 gemäß Pfeil über
die Überlaufeinrichtung 26 in den darunterliegenden Auf-
fangbehälter 65 abläuft. Auf diese Weise steht für den
Reinigungsprozeß immer genügend Reinigungsflüssigkeit zur
Verfügung. Unterhalb des Aufnahmeteils 7 befindet sich
eine dem Aufnahmeteil 7 angepaßte Auffangwanne 77, die
mit der Überlaufeinrichtung 26 verbunden bzw. Teil dieser
Überlaufeinrichtung 26 ist. Wie aus Figur 1 hervorgeht,
sitzt der Scherkopf 3 über Stützelemente 8 auf dem Auf-
nahmeteil 7 auf, um auf diese Weise beim Einsetzen des

...

B000017

**BRAUN**

un Aktiengesellschaft

- 11 -                                        05838/PT2/Hi
                                             20.01.1994

Rasierapparats in das Aufnahmeteil 7 vor Beschädigungen
zu schützen und bei Vibrationen den Rasierapparat zu
dämpfen.

Der Rasierapparat  wird (Figur 1) ferner über ein
Schaltelement 9 mechanisch und/oder elektrisch verrie-
gelt, das in einem Galgen 10 aufgenommen ist. Der Galgen
10 ist mit einem Wandhalter 38 fest verbunden, mittels
dessen die gesamte Reinigungsvorrichtung 5 mit dem Ra-
sierapparat 1 fest an eine Wand montiert oder auch ste-
hend aufbewahrt werden kann.

Das Schaltelement 9, das als Startknopf ausgebildet sein
kann, ist in Richtung einer Längsmittelachse 11 des Ra-
sierapparats 1 verschiebbar angeordnet und mittels einer
elektrischen Schaltvorrichtung 29 mit Zeitgliedern ver-
bunden, die zur Steuerung des Reinigungsprozesses dienen.

Der Wandhalter 38 und der mit Bezug auf Figur 1 zur rech-
ten Seite hin offene Galgen 10 sowie das Aufnahmeteil 7
mit dem Auffangbehälter 65 bilden die Reinigungsvorrich-
tung 5 und eine im Querschnitt U-förmige Baueinheit. Im
Wandhalter 38 kann der Rasierapparat 1 auch nach dem
Reinigungsvorgang ständig aufbewahrt werden, da nach dem
Reinigungsvorgang keine Reinigungsflüssigkeit im Naßteil
bzw. im Aufnahmeteil 7 zurückbleibt. Im Wandhalter 38
kann der Rasierapparat 1 auch zum Nachladen verbleiben.
Die Reinigungsvorrichtung 5 läßt sich für alle elektri-
schen Rasierapparattypen einsetzen.

Das Schaltelement 9 weist an seinem unteren Ende zwei mit
Abstand zueinander angeordnete Kontaktstifte 12 für die
Stromversorgung des Rasierapparats 1 auf, die durch Her-

                                                    ...

Braun Form 10.407/1-8/86

# BRAUN

...un Aktiengesellschaft

- 12 -                              05838/PT2/Hi
                                    20.01.1994

unterdrücken des Schaltelements 9 mit den entsprechenden
Kontaktelementen des Rasierapparats 1 in Verbindung ge-
bracht werden. Auf diese Weise kann der Rasierapparat 1
in Betrieb genommen werden, wenn das Schaltelement 9
heruntergedrückt wurde und ein in der Zeichnung nicht
dargestelltes Anschlußkabel der Reinigungsvorrichtung 5
an ein Stromnetz angeschlossen ist.

Neben dem Rasierapparat 1 befindet sich im Gehäuse 4 der
Reinigungsvorrichtung 5 ein Elektromotor 13 mit zwei
elektrischen Kontaktfahnen 14 zum Anschluß an die elek-
trische Stromversorgung. Am unteren Ende des Elektromo-
tors 13 ist eine Motorausgangswelle 15 vorgesehen, auf
der ein Lüfter bzw. Lüfterrad 16 angeordnet ist, das
insbesondere zum Trocknen des gereinigten Scherkopfs 3
des Rasierapparats 1 dient, wenn der nachstehend näher
erläuterte Reinigungsvorgang des Scherkopfs 3 abgeschlos-
sen ist. Das Lüfterrad 16 sitzt in einem Lüfterradgehäuse
17, das über eine Öffnung 18 mit dem Raum oberhalb des
Aufnahmeteils 7 in Verbindung steht, und führt dem zu
trocknenden Scherkopf 3 nach dem Reinigungsvorgang über
eine in der Zeichnung nicht dargestellte Heizung kontinu-
ierlich aufgeheizte Gebläseluft zu.

Der Galgen 10 bildet, wie bereits erwähnt, mit seinem
vertikal verlaufenden Schenkel, dem vertikal verlaufenden
Schenkel des Wandhalters 38 und dem Aufnahmeteil 7 das
mit Bezug auf die Seitenansicht der Reinigungsvorrichtung
5 U-förmige Gehäuse 4, in das der Rasierapparat 1 durch
seitliches Kippen ohne weiteres seitlich einsetzbar ist
und dort ständig aufbewahrt werden kann.

Das Aufnahmeteil 7 ragt gemäß Figur 1 in den Auffangbe-

                                              ...

Braun Form Id 40/1-8/86

BRAUN

un Aktiengesellschaft

- 13 -                                        05838/PT2/Hi
                                              20.01.1994

hälter 65, der maximal zu 2/3 mit Reinigungsflüssigkeit
gefüllt ist. An die Unterseite des Aufnahmeteils 7
schließt sich ein Stutzen 19 an.

Der Stutzen 19 ist mit einer Öffnung 91, der Auffangwanne
77 und der Überlaufeinrichtung 26 fest verbunden und
steht ständig in der Reinigungsflüssigkeit. Das Aufnahme-
teil 7 liegt gemäß Figur 1 über dem Auffangbehälter 65,
der mit etwas Reinigungsflüssigkeit 40 gefüllt ist.

Der Auffangbehälter 65 kann mit einer Flüssigkeitsanzeige
39 ausgestattet sein, so daß der Flüssigkeitspegel der
Reinigungsflüssigkeit jederzeit kontrolliert werden kann.
Die Flüssigkeitsanzeige 39 kann gemäß Figur 1 als kleines
Schauglas ausgebildet sein. Anstelle des Schauglases kann
auch eine elektronische Anzeigevorrichtung mit entspre-
chenden Sensoren vorgesehen werden, die den Füllstand
bzw. auch den Verschmutzungsgrad der Reinigungsflüssig-
keit 40 anzeigt. Wird beispielsweise ein Verschmutzungs-
grad erreicht, der nicht überschritten werden darf, so
kann dies über die Sensoren angezeigt werden, und die
Bedienungsperson weiß, daß die Reinigungsflüssigkeit 40
über die Ablaßleitung 76 ausgewechselt werden muß. Über
die Sensoren können, je nach Ausführungsform, auch die
elektrischen Schalt-Elektroden inaktiviert werden, so daß
der Reinigungsvorgang automatisch unterbrochen und die
Bedienungsperson gezwungen wird, die Reinigungsflüssig-
keit zu ersetzen.

Wie aus Figur 1 hervorgeht, steht der Stutzen 19 mit dem
Auffangbehälter 65 in Verbindung, an den eine Ansauglei-
tung 48 mit der Förderpumpe 23 angeschlossen ist, die die
Reinigungsflüssigkeit über eine Leitung 50 zu einem Fil-

                                                    ...

B000020

**BRAUN**

un Aktiengesellschaft

- 14 -                                    05838/PT2/Hi
                                          20.01.1994

ter 24 gemäß Figur 7 fördert. Weitere Einzelheiten sind
im Zusammenhang mit Figur 7 und 8 erläutert.

Für den Reinigungsvorgang wird der zu reinigende Rasier-
apparat 1 seitlich in die Reinigungsvorrichtung 5 geführt
und dann über das sich in seiner oberen Position befind-
liche Schaltelement 9 verriegelt, das so weit nach unten
in eine zweite Schaltstellung verschoben wird, bis die
beiden Kontaktfahnen auf den im Rasierapparat 1 vorgese-
henen Kontaktstiften 12 aufsitzen. Hierdurch wird der
Rasierapparat 1 elektrisch und mechanisch verriegelt, so
daß die Bedienungsperson den Rasierapparat 1 erst wieder
entnehmen kann, wenn der Reinigungs- und der anschließen-
de Trockenvorgang vollständig abgeschlossen sind und die
Verriegelung gelöst worden ist.

Durch Betätigung des Schaltelements 9 wird die Förderpum-
pe 23 angetrieben und dem Aufnahmeteil 7, sowie dem
Scherkopf 3 für eine vorher definierte Zeit Reinigungs-
flüssigkeit zugeführt, die den gesamten Haarstaub 75 im
Scherkopf 3 löst (vergleiche Strecke 30 bis 31 in Figur
4).

Die Reinigungsflüssigkeit mit dem Haarstaub 75 gelangt
über die Auslaßöffnung 27 in das Aufnahmeteil 7 und über
die Überlaufeinrichtung 26 zum Auffangbehälter 65 und von
dort direkt über die Ansaugleitung 48 zur Förderpumpe 23
und wieder zum Filter 24. Dies hat den Vorteil, daß die
Reinigungsflüssigkeit mit dem gesamten Haarstaub 75 aus
dem Rasierapparat 1 konzentriert zum Filter 24 gelangt,
in dem die Reinigungsflüssigkeit vollständig gereinigt
wird.

. . .

B000021

**BRAUN**

un Aktiengesellschaft

- 15 -                                    05838/PT2/Hi
                                         20.01.1994

In Figur 3 ist die schematische Anordnung der wesentli-
chen Teile der Reinigungsvorrichtung 5, wie z. B. der
Auffangbehälter 65 und ein Motor 28, in Draufsicht darge-
stellt, der über das Schaltelement 9 eingeschaltet wird.
In dieser Ansicht befindet sich rechts vom Galgen 10 zur
Aufnahme des Rasierapparats 1 die elektrische Schaltvor-
richtung 29 mit nicht dargestellten Zeitgliedern zur
Steuerung der einzelnen Phasen des Reinigungsvorgangs.
Ferner ist im Bereich des Galgens 10 der Motor 28 ange-
ordnet, der über das Lüfterrad 16 direkt antreibbar ist,
das mit einer Heizung zur Erwärmung der Luft zum Trocknen
des Rasierapparats 1 in Wirkverbindung steht.

Damit die Netzspannung auf die erforderliche Betriebs-
spannung herunter transformiert werden kann, ist die
Reinigungsvorrichtung 5 mit einem Transformator 36 ausge-
stattet.

In Figur 4 ist der schematische Ablauf des Reinigungsvor-
gangs anhand einer Zeitgraphik veranschaulicht. Die ein-
zelnen Strecken zwischen den Punkten 30 bis 34 zeigen
einzelne Arbeitsphasen des Reinigungsprozesses.

Wird, wie eingangs erwähnt, das Schaltelement 9 gemäß
Figur 4 bei 30 (Schaltknopf gedrückt) betätigt bzw. nach
unten verschoben, so werden gleichzeitig die in der
Zeichnung nicht dargestellten Untermesser des Rasierappa-
rats 1 oszillierend angetrieben, so daß im Scherkopf 3
eine Strömung mit teilweise auftretender Kavitation er-
zeugt, die den Haarstaub 75 und auch die Fetteile an den
Untermessern des Scherkopfs vollständig löst. Durch die
Verwirbelung wird das Flüssigkeitsniveau im Aufnahmeteil
7 kurzfristig erhöht, und gleichzeitig werden Spritzer im

...

Braun Form Nr. 407/1-6/86

BRAUN

in Aktiengesellschaft

- 16 -                                    05838/PT2/Hi
                                          20.01.1994

Bereich des Scherkopfs 3 erzeugt, die für eine gründliche
Reinigung des Scherkopfs 3 sowie der Untermesser sorgen,
obwohl das Niveau der Reinigungsflüssigkeit nur einen
Teil des Scherkopfs 3 umspült. Der Reinigungsvorgang
dauert je nach Art der Reinigungsflüssigkeit und dem
Verschmutzungsgrad des Scherkopfs zwischen 3 und 60 sec
(siehe Strecke a zwischen den Punkten 30 und 31). Wird
der Rasierapparat 1 nicht regelmäßig gereinigt, so wird
der Reinigungsvorgang entsprechend (Strecke a, 30 bis 31)
verlängert. Hierzu kann die Reinigungsvorrichtung mit
einem in der Zeichnung nicht dargestellten Zweistufen-
schalter ausgestattet sein, wobei die erste Schaltstufe
für Normalreinigung und die zweite Stufe für intensive
Reinigung gedacht ist.

Nach Abschluß des Reinigungsvorgangs wird die Förderpumpe
23 bei 31 (Ende des Reinigungsprozesses) gemäß Figur 4
automatisch abgeschaltet. Jetzt kann die Reinigungsflüs-
sigkeit über die Auslaßöffnung 27 vollständig ablaufen,
so daß auf diese Weise das Naßteil bzw. das Aufnahmeteil
7 leerläuft. Dadurch steigt das Niveau im Auffangbehälter
65 etwas an. Die Auslaßöffnung 27 kann auch über ein in
der Zeichnung nicht dargestelltes Ventil verschließbar
sein, das bei Erreichen des Schaltpunktes 31 automatisch
geöffnet wird. Nach ca. 30 sec ist das Aufnahmeteil 7
vollständig entleert (vergleiche Strecke b, Punkt 31 bis
32, Entleerung des Aufnahmeteils 7).

Nach dem Entleeren des Aufnahmeteils 7 bei Punkt 32 läuft
der Scherkopf 3 noch etwas weiter, so daß die Rest-Reini-
gungsflüssigkeit vom Scherkopf 3 abgeschüttelt werden
kann. Nach der eingestellten Zeit wird der Rasierapparat
1 abgeschaltet, wodurch das Untermesser des Scherkopfes

                                              ...

B000023

BRAUN

ın Aktiengesellschaft

- 17 -

05838/PT2/Hi
20.01.1994

3 beim Schaltpunkt 33 (Ende des Schüttelvorgangs) aufhört sich zu bewegen. Der Ein- und Ausschaltvorgang erfolgt über einen in der Zeichnung schematisch dargestellten elektromagnetischen Reedkontakt-Schalter 95, der gemäß Figur 1 im Gehäuse 2 des Rasierapparats 1 untergebracht ist. Wird der Reedkontakt-Schalter 95 nach dem Schüttel- vorgang automatisch geöffnet, so hört auch der Rasier- apparat 1 auf zu arbeiten, und der nachstehend erläuterte Trockenprozeß wird am Schaltpunkt 33 eingeleitet (Strecke d).

Durch automatische Zuschaltung am Schaltpunkt 33 wird das Lüfterrad 16 mit oder ohne Heizung eingeschaltet und über den Elektromotor 13 angetrieben, so daß dem Scherkopf 3 für eine bestimmte Zeitdauer, beispielsweise 15 sec (vergl. Stecke d Punkt 33 bis 34) Trockenluft zugeführt wird. Danach wird die Ent- riegelung des Rasierapparates 1 am Schaltknopf 9 freigegeben.

In Figur 6 ist der Kreislauf der Reinigungsflüssigkeit der Reinigungsvorrichtung 5 schematisch dargestellt, zu der das Aufnahmeteil 7 gehört, in das der Rasierapparat 1 kopfüber eingesetzt wird, so daß der Scherkopf 3 zumin- dest teilweise in die Reinigungsflüssigkeit eintaucht.

Zu der Reinigungsvorrichtung 5 gehören (Figur 6) ferner die Förderpumpe 23 und der Motor 28, der über elektrische Leitungen an ein Stromnetz angeschlossen ist und über das Schaltelement 9 aktiviert werden kann. Die Förderpumpe 23 wird über den Motor 28 angetrieben, der sich mittels Stützen im Gehäuse 4 der Reinigungsvorrichtung 5 abstüt- zen kann.

. . .

B000024

BRAUN

un Aktiengesellschaft

- 18 -                                    05838/PT2/Hi
                                         20.01.1994

Eine aus dem Motor 28 herausstehende Antriebswelle 43
treibt die in einem Pumpengehäuse vorgesehene Förderpumpe
23 an.

Wie aus Figur 6 ferner hervorgeht, ist der Auffangbehäl-
ter 65 zur Aufnahme der Reinigungsflüssigkeit 40 kleiner
als gemäß Figur 1 im ersten Ausführungsbeispiel. Ein
Boden 47 des Auffangbehälters 65 ist geneigt verlaufend
angeordnet, beispielsweise in einem Winkel zwischen 20°
und 40°, damit sich auf dem Boden 47 keine Haarreste
ansammeln. Im unteren Bereich des Bodens 47 ist ein An-
saugstutzen 48 der Förderpumpe 23 angeschlossen, so daß
die über die Überlaufeinrichtung 26 ablaufende Reini-
gungsflüssigkeit über den Auffangbehälter 65 und die
Ansaugleitung 48 der Förderpumpe 23 sowie eine Leitung 50
direkt in den Filter 24 befördert wird, der in Figur 7,
8, 9 näher veranschaulicht ist. Der im Auffangbehälter 65
angesammelte Haarstaub 75 wird so in der Reinigungsflüs-
sigkeit aufgewirbelt, daß er sich nicht auf dem Boden 47
des Auffangbehälters 65 absetzt, sondern zum Filter 24
befördert und von diesem zurückgehalten wird. Die gerei-
nigte Reinigungsflüssigkeit gelangt über eine Leitung 64
wieder zum Aufnahmeteil 7.

Ein Reinigungsflüssigkeitsbehälter 61 ist als Kartusche
ausgebildet (Figur 7 bis 9) und weist eine Auslaßöffnung
63 auf, die über die Leitung 64 mit dem Aufnahmeteil 7 in
Verbindung steht. Auf diese Weise ist der Reinigungs-
kreislauf geschlossen. Die in Figur 7 dargestellten Ein-
und Auslaßöffnungen 62, 63 des Reinigungsflüssigkeitsbe-
hälters 61 können auch unten in einem Boden 67 des Reini-
gungsflüssigkeitsbehälters 61 vorgesehen sein, so daß der
Reinigungsflüssigkeitsbehälter 61 von oben her an ent-

                                              ...

Braun Form 10.40/11-9/66

BRAUN

n Aktiengesellschaft

- 19 -                                    05838/PT2/Hi
                                          20.01.1994

sprechende Leitungen anschließbar ist. Hierdurch wird
erreicht, daß aus dem Reinigungsflüssigkeitsbehälter 61
dem Einlaßstutzen der Pumpe 23 ständig Reinigungsflüssig-
keit zufließt, so daß die Pumpe bei Inbetriebnahme Reini-
gungsflüssigkeit und keine Luft ansaugt.

Mit dem Schaltelement 9 wird gemäß diesem Beispiel (Figur
6) die als Flügelzellenpumpe ausgebildete Förderpumpe 23
eingeschaltet, die zu Beginn des Reinigungsvorgangs Luft
ansaugt und diese über die Leitung 50 in den Reinigungs-
flüssigkeitsbehälter 61 preßt, so daß die Reinigüngsflüs-
sigkeit aus dem Reinigungsflüssigkeitsbehälter 61 über
die Auslaßöffnung 63 und die Leitung 64 zu dem geleerten
Aufnahmeteil 7 fließt und dieses wieder füllt, bis die
Reinigungsflüssigkeit über die Überlaufeinrichtung 26 in
den Auffangbehälter 65 abfließt. Ein Teil der Flüssigkeit
fließt ebenfalls ständig über die Auslaßöffnung 27 ab.
Die Förderpumpe 23 fördert jedoch mehr Flüssigkeit in das
Aufnahmeteil 7, als über die Auslaßöffnung 27 abfließen
kann, so daß sichergestellt ist, daß während des Reini-
gungsvorgangs das Aufnahmeteil 7 stets bis zur Überlau-
feinrichtung 26 gefüllt bleibt.

Der in den Figuren 7 bis 9 dargestellte Reinigungsflüs-
sigkeitsbehälter 61 bzw. die Kartusche besteht aus einem
zylinderförmigen Gehäuse 101 mit dem Boden 67 und einem
Deckel 72, in dem die Einlaßöffnung 62 und die Auslaßöff-
fnung 63 sowie der Filter 24 vorgesehen sind.

Der Deckel 72 ist mit dem oberen Rand des Reinigungsflüs-
sigkeitsbehälters 61 dicht verbördelt, so daß er nicht
von dem Gehäuse 101 abgezogen werden kann. Mit der Ein-
laßöffnung 62 ist die von der Pumpe 23 kommende Leitung

· · ·

B000026

**BRAUN**

in Aktiengesellschaft

- 20 -                              05838/PT2/Hi
                                        20.01.1994

50 und mit der Auslaßöffnung 63 die zum Aufnahmeteil 7
führende Leitung 64 verbunden. Im Bereich der Ein- und
Auslaßöffnungen 62, 63 können in der Zeichnung nicht
dargestellte Schnellkupplungselemente vorgesehen sein,
die ermöglichen, daß der Reinigungsflüssigkeitsbehälter
61 ohne weiteres gegen einen neuen ausgetauscht werden
kann, wenn die Reinigungsflüssigkeit erneuert werden soll
bzw. wenn sich der im Reinigungsflüssigkeitsbehälter 61
vorgesehene Filter 24 zugesetzt hat.

Der Verschmutzungsgrad bzw. der Haarstaub 75 im Filter 24
läßt sich über eine in der Zeichnung nicht dargestellte
Anzeigevorrichtung feststellen. Zur Anzeigevorrichtung
können ein Drucksensor und eine Kontrolleuchte gehören,
die den Verschmutzungsgrad bzw. Druckzustand anzeigen.
Ist der Filter 24 nicht mehr weiter zu gebrauchen, so
wird der Reinigungsflüssigkeitsbehälter 61 von den Lei-
tungen 50, 64 getrennt und ersetzt.

Im Ausführungsbeispiel gemäß Figur 7 bis 9 ist der Filter
24 als zylinderförmiger Papierfilter ausgebildet und
koaxial im Gehäuse 101 angeordnet.

Gemäß Figur 8 ist ein unteres Ende 70 des Filters 24 in
eine auf dem Boden 67 des Gehäuses 101 vorgesehene Ring-
nut 68 koaxial zum Gehäuse 101 eingepreßt. Die Ringnut 68
besteht aus zwei mit Anstand zueinander angeordneten,
parallel zueinander verlaufenden, ringförmigen Wänden
bzw. Aufbörtelungen 69, 71, die auf dem Boden 67 auf-
rechtstehend angeordnet sind, so daß das untere Ende 70
des Filters 24 fest in die Ringnut 68 eingeklemmt ist.
Der Filter 24 bildet eine erste, den Haarstaub aufnehmen-
de Kammer und der übrige Teil des Gehäuses eine zweite

...

BRHUN

.ın Aktiengesellschaft

- 21 -                                            05838/PT2/Hi
                                                  20.01.1994

Kammer für gefilterte Reinigungsflüssigkeit.

Wie aus Figur 9 hervorgeht, weist der obere Deckel 72 des
Gehäuses 101 des Reinigungsflüssigkeitsbehälters 61 vier
.... ..ostand zueinander angeordnete ....... ierelemente 73
auf, die kreuzförmig angeordnet sind und der Ausrichtung
des Filters im Reinigungsflüssigkeitsbehälter 61 dienen.

Ferner weist der Deckel 72 (Figur 7, 9) eine Folie 74
auf, die beim Einsetzen des Reinigungsflüssigkeitsbehäl-
ters 61 in das Gehäuse 4 von den Leitungen 50, 64 durch-
stoßen wird, um die Kupplungsverbindung zu den Ein- und
Auslaßöffnungen 62, 63 herzustellen. Die beiden Leitungen
50, 64 können jeweils an ihrem Ende mit einer entspre-
chenden scharfen Kante bzw. Spitze 103 versehen sein, so
daß sie eine die Öffnungen 62, 63 verschließende Folie
einfacher durchstechen können. Es ist auch möglich, die
Öffnungen 62, 63 mittels einer Abziehlasche zu verschlie-
ßen, unter der durchstechbare Dichtelemente vorgesehen
sein können, in die die Leitungen 50, 64 eingesteckt
werden.

In den Figuren 5, 10 und 11 ist eine Vorrichtung 78 zum
Antrieb des Lüfterrads 16 und der Förderpumpe 23 veran-
schaulicht. Die Förderpumpe 23 und das Lüfterrad 16 sol-
len nicht zur gleichen Zeit angetrieben werden, deshalb
können sie über den einzigen Motor 28 wahlweise angetrie-
ben werden. Die Antriebsvorrichtung 78, zu der auch der
Motor 28 gehört, weist eine Drehrichtungs-Umkehreinrich-
tung auf, die mit einer (Fig. 12) oder gemäß Fig. 5, 11
zwei Freilaufeinrichtungen 104 ausgestattet ist, wobei
die eine im Uhrzeigerdrehsinn das Lüfterrad 16 und die
andere entgegengesetzt dazu die Förderpumpe 23 antreibt.

...

Braun Form 10.40/1 B/86

B000028

BRAUN

*in* Aktiengesellschaft

- 22 -

05838/PT2/Hi
20.01.1994

Die Drehrichtungs-Umkehreinrichtung mit der oberen und
der unteren Freilaufeinrichtung 104 sitzt auf einer Mo-
torausgangswelle 79 des Motors 28, auf der auch das Lüf-
terrad 16 angeordnet ist. Die Freilaufeinrichtung 104
kann mit einer Klemmsperre ausgestattet sein, die hierzu
eine Einwegkupplung mit selbstsperrender Kraftschlüssig-
keit aufweist. Ferner können Klemmrollen oder -platten
als Kupplungselemente vorgesehen sein. Im Ausführungs-
beispiel gemäß Figur 11, 12 bestehen die Freilaufeinrich-
tungen 104 aus eine obere und eine untere Zahnflanke 86
aufweisenden Innenzahnkränzen 105, 106. Diese beiden
Innenzahnkränze 105, 106 sitzen freidrehend auf der Mo-
torausgangswelle 79. Über die Motorausgangswelle 79 wird
ein Mitnehmerflansch 81 angetrieben, der zwei diametral
gegenüberliegende Klinkenachsen 82 zur Aufnahme je einer
oberen und einer unteren sichelförmigen Klinke 83, 90
aufweist. Jede Klinke 83, 90 weist zwei Hebelarme 108,
109 auf (Fig. 11), wobei der etwas längere Hebelarm 108
über einen Zapfen 96 in einer Langlochöffnung 88 geführt
ist und der andere Hebelarm 109 gegen eine Feder 84 an-
liegt. In Figur 5, 11 ist jeweils eine Langlochöffnung 88
veranschaulicht.

Die Klinke 83 ist (Figur 11) zwischen einer mit ausgezo-
genen Linien und einer mit gestrichelten Linien darge-
stellten Position auf der Klinkenachse 82 mittels der
zweimal V-förmig gebogenen Feder 84 in Richtung des In-
nenumfangs des Lüfterrads 16 verschwenkbar. Die Feder 84
besteht aus einem U-förmigen Teil 110, über das sie auf
einer Nabe 97 des Mitnehmerflansches 81 aufsitzt. Das
U-förmige Teil 110 wird aus zwei Schenkeln 111 gebildet,
die mit je einem weiteren, sich daran anschließenden
Schenkel 112 ein doppeltes V bilden.

...

B000029