Fig.12



PART B—ISSUE FEE TRANSMITTAL

142 - $1290
561 - $30

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

1. CORRESPONDENCE ADDRESS

34M2/0124

WILLIS M ERTMAN
FISH AND RICHARDSON
225 FRANKLIN STREET
BOSTON MA 02110-2804

2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change)
INVENTOR'S NAME
Street Address
City, State and ZIP Code
CO-INVENTOR'S NAME
Street Address
City, State and ZIP Code

RECEIVED
Publishing Division
MAR 14 1997
DT

☐ Check if additional changes are on reverse side

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/370,681 | 01/10/95 | 020 | STINSON, F | 3405 | 01/24/97 |

First Named Applicant: BRAUN, GEBHARD

TITLE OF INVENTION: CLEANING DEVICE FOR CLEANING THE SHAVING HEAD OF A DRY SHAVING APPARATUS

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 3 | 02894/285001 | 134-092.000 | I87 | UTILITY | NO | $1290.00 | 04/24/97 |

3. Correspondence address change (Complete only if there is a change)

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1. Fish & Richardson, P.C.
2. _____
3. _____

DO NOT USE THIS SPACE

080 KP 03/19/97 08370681    1 142    1,290.00 CK
080 KP 03/19/97 08370681    1 561      30.00 CK

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)
(1) NAME OF ASSIGNEE:
Braun Aktiengesellschaft
(2) ADDRESS: (CITY & STATE OR COUNTRY)
Kronberg, Germany

☐ This application is NOT assigned.
☒ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.
*PLEASE NOTE:* Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☒ Issue Fee    ☒ Advance Order - # of Copies ___10___

6b. The following fees should be charged to:  06-1050
DEPOSIT ACCOUNT NUMBER _____
(ENCLOSE PART C)
☐ Issue Fee    ☐ Advance Order - # of Copies _____
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____  (Date) 3/10/97

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

1. TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE

PTOL-85B (REV.12-93)(0651-0033)

B000121



## PART C—CHARGE TO DEPOSIT ACCOUNT

**1. CORRESPONDENCE ADDRESS**

WILLIAM B. ERTMAN
FISH AND RICHARDSON
225 FRANKLIN STREET
BOSTON MA 02110-2804

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 08/370,681 | 01/10/95 | 020 | STINSON, F   3405 | 01/24/97 |

| First Named Applicant | | GEBHARD | | |

**TITLE OF INVENTION**: CLEANING DEVICE FOR CLEANING THE SHAVING HEAD OF A DRY SHAVING APPARATUS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 03804-085001 | 134-092.000 | 187 | UTILITY | NO | $1,290.00 | 04/24/97 |

DO NOT USE THIS SPACE

080 RF 03/10/97 08370681     1 142     1,290.00 CK
050 RF 03/10/97 08370681     1 561     30.00 CK

2a. The following fees are enclosed:
☒ Issue Fee   ☒ Advance Order - # of Copies ___10___

2b. The following fees should be charged to: 06-1050
DEPOSIT ACCOUNT NUMBER _____

☐ Issue Fee   ☐ Advance Order - # of Copies ___
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

Authorized Signature: [signature]   3/10/97

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

2. TRANSMIT THIS FORM WITH PART B WHEN AUTHORIZING USE OF A DEPOSIT ACCOUNT

PTOL-85C (REV.12-93)(0651-0033)

B000122

02/21/97 FRI 15:40 FAX 6175428906       F&R PC BOSTON                                    ☒002

PATENT
ATTORNEY DOCKET NO. 02894/285001

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Gebhard Braun             Art Unit: 3405
Serial No.: 08/370,681                Examiner: Stinson
Filed     : January 10, 1995
Title     : CLEANING DEVICE FOR CLEANING THE SHAVING HEAD OF A
            DRY SHAVING APPARATUS

Commissioner of Patents and Trademarks
Washington, DC  20231

FAX COPY RECEIVED
FEB 2 1 1997
GROUP 3400

INFORMATION DISCLOSURE STATEMENT

Applicant submits the references listed on the attached form PTO 1449. These references were cited by the Examiner in pending application Serial No. 08/376,849 (four of the references were cited in the Office Action dated December 13, 1996, and one of the references was cited in the Office Action dated September 18, 1996). Applicant thanks the Examiner for his indication during a telephone conference conducted today that he would consider the references.

Please apply any charges or credits to Deposit Account No. 06-1050.

Respectfully submitted,

Date: Feb. 21, 1997

*Phyllis Kuchar* Reg. No. 58,524
Eric L. Prahl
Reg. No. 32,590

Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Telephone: 617/542-5070
Facsimile: 617/542-8906
228643.B11

Date of Deposit  Feb 21, 1997
I hereby certify that this correspondence is being facsimile transmitted to the Patent and Trademark Office on the date indicated above.

B000123

02/21/97 FRI 15:40 FAX 6175428906          F&R PC BOSTON                                        ☒003

Sheet __1 (A)__ of __1__

| SUBSTITUTE FORM PTO-1449 (MODIFIED) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. 02894/285001 | SERIAL NO. 08/370,681 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (Use several sheets if necessary) (37 CFR 1.98(b)) | | APPLICANT Gebhard Braun | |
| | | FILING DATE January 10, 1995 | GROUP |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | PATENT NUMBER | ISSUE DATE | PATENTEE | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| ✓ | AA | 3,227,167 | 01/04/66 | Parent | 134 | 109 | |
| | AB | 4,730,631 | 03/15/88 | Schwartz | 134 | 155 | |
| | AC | 5,186,631 | 1/1993 | Kitajima | 134 | 164 | |
| ✓ | AD | 5,333,628 | 08/02/94 | Ogata et al. | 134 | 64 | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT OR PUBLISHED FOREIGN PATENT APPLICATION

| | | DOCUMENT NUMBER | PUBLICATION DATE | COUNTRY OR PATENT OFFICE | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| ✓ | AL | 412981 | 3/15/24 | Germany | | | | |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Place of Publication)

| | AQ | |
|---|---|---|
| | AR | |
| | AS | |

EXAMINER _signature_    DATE CONSIDERED 3/31/99

EXAMINER: Initial citation considered. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Substitute Disclosure Form (PTO-1449)

B000124



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 08/370,681 | 01/10/95 | BRAUN | |

34M2/0430

EXAMINER
STINSON, F

ART UNIT | PAPER NUMBER
3405 |

WILLIS M ERTMAN
FISH AND RICHARDSON
225 FRANKLIN STREET
BOSTON MA 02110-2804

DATE MAILED: 04/30/97

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

B000125

1- File Copy

PTO-90C (Rev. 2/95)
*U.S. GPO: 1997-422-198/60031

|  | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 08/370,681 | BRAUN |
|  | Examiner | Group Art Unit |
|  | Frankie L. Stinson | 3405 |



All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *IDS of Feb 21, 1997*                                                                    .

☒ The allowed claim(s) is/are *1-20*                                                                                                          .

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

   ☐ All  ☐ Some*  ☐ None   of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____ .

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS FROM THE "DATE MAILED"** of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☐ Applicant MUST submit NEW FORMAL DRAWINGS

   ☐ because the originally filed drawings were declared by applicant to be informal.

   ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

   ☐ including changes required by the proposed drawing correction filed on _____, which has been approved by the examiner.

   ☐ including changes required by the attached Examiner's Amendment/Comment.

   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

   ☐ Notice of References Cited, PTO-892

   ☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___14___

   ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

   ☐ Notice of Informal Patent Application, PTO-152

   ☐ Interview Summary, PTO-413

   ☐ Examiner's Amendment/Comment

   ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

   ☐ Examiner's Statement of Reasons for Allowance

FRANKIE L. STINSON
PRIMARY EXAMINER
ART UNIT 3405



| P.B.5818 - Patentlaan<br>2280 HV Rijswijk (ZH)<br>☎ (070) 3 40 20 40<br>TX  31 651 epo nl<br>FAX (070) 3 40 30 16 | Europäisches<br>Patentamt<br>Zweigstelle<br>In Den Haag<br>Recherchen-<br>abteilung | European<br>Patent Office<br>Branch at<br>The Hague<br>Search<br>division | Office européen<br>des brevets<br>Département à<br>La Haye<br>Division de la<br>recherche |

Braun Aktiengesellschaft
Patentabteilung,
Postfach 11 20
D-61466 Kronberg
ALLEMAGNE

**Patentabteilung**
Eing. 1 8. APR. 1995
Vorlage
Frist

| | EDV erf. |
|---|---|
| | Bautz |
| | Franke |
| | Hofmann |
| X | Klauer |
| | Klinger |
| | Schm.-Fr. |
| | Vorbeck |
| | Wieske |

Datum/Date
13. 04. 95

Zeichen/Ref. R 5838-PT2/Hel        Anmeldung Nr./Demande n°/Patent Nr./Patent No./Brevet n°

Anmelder/Applicant/Demandeur/Patentinhaber/Proprietor/Titulaire
Braun Aktiengesellschaft

## MITTEILUNG

Das europäische Patentamt übermittelt hiermit

☒ den europäischen Recherchenbericht

☐ die Erklärung nach Regel 45 EPÜ

☐ den europäischen Teilrecherchenbericht nach Regel 45 EPÜ

☐ den ergänzenden europäischen Recherchenbericht betreffend die internationale Anmeldung nach Artikel 157(2) EPÜ

zu der obengenannten europäischen Patentanmeldung. Kopien der im Recherchenbericht aufgeführten Schriften sind beigefügt.

Die folgenden Angaben des Anmelders wurden von der Recherchenabteilung genehmigt:

☒ Zusammenfassung        ☒ Bezeichnung        ☒ Abbildung

☐ Die Zusammenfassung wurde von der Recherchenabteilung abgeändert und der endgültige Wortlaut ist dieser Mitteilung beigefügt.

☐ Die folgende Abbildung wird mit der Zusammenfassung veröffentlicht, weil sie nach Auffassung der Recherchenabteilung die Erfindung besser kennzeichnet als die vom Anmelder angegebene.

Abbildung:

☒ Zusätzliche Kopie(n) der im europäischen Recherchenbericht aufgeführten Schriften.

### RÜCKERSTATTUNG DER RECHERCHENGEBÜHR

Falls Artikel 10 Gebührenordnung in Anwendung kommt, ergeht noch eine gesonderte Mitteilung der Eingangsstelle hinsichtlich der Rückerstattung der Recherchengebühr.

EPO Form 1507 02.93

B000127



Europäisches Patentamt

Nummer der Anmeldung

# EUROPÄISCHER RECHERCHENBERICHT

EP 95100493.6

| Kategorie | EINSCHLÄGIGE DOKUMENTE Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | Betrifft Anspruch | KLASSIFIKATION DER ANMELDUNG (Int. Cl.6) |
|---|---|---|---|
| A | US - A - 5 064 521 (STEPANENKO et al.) * Spalte 1, Zeile 15; Fig. 1-8 * | 1 | A 45 D 27/46 |
| A | GB - A - 0 337 132 (WILLIAM FARQUHARSON IRELAND) * Fig. 1-5 * | 1 | |
| A | GB - A - 2 129 732 (KYUSHU HITACHI MAXELL LTD.) * Zusammenfassung; Fig. 1 * | | |
| A | GB - A - 1 206 791 (SPERRY RAND CORPORATION) * Fig. 1-5 * | | |
| A | GB - A - 1 206 792 (SPERRY RAND CORPORATION) * Gesamt * | | RECHERCHIERTE SACHGEBIETE (Int. Cl.6) A 45 D 27/00 B 23 H 3/00 B 26 B 1/00 |

alle anbei;
keine US-Akte

Der vorliegende Recherchenbericht wurde für alle Patentansprüche erstellt.

| Recherchenort | Abschlußdatum der Recherche | Prüfer |
|---|---|---|
| WIEN | 23-03-1995 | PIRKER |

KATEGORIE DER GENANNTEN DOKUMENTEN
X : von besonderer Bedeutung allein betrachtet
Y : von besonderer Bedeutung in Verbindung mit einer anderen Veröffentlichung derselben Kategorie
A : technologischer Hintergrund
O : nichtschriftliche Offenbarung
P : Zwischenliteratur
T : der Erfindung zugrunde liegende Theorien oder Grundsätze

E : älteres Patentdokument, das jedoch erst am oder nach dem Anmeldedatum veröffentlicht worden ist
D : in der Anmeldung angeführtes Dokument
L : aus andern Gründen angeführtes Dokument

& : Mitglied der gleichen Patentfamilie, übereinstimmendes Dokument

EPA Form 1503 03 82

ANHANG ZUM EUROPÄISCHEN RECHERCHENBERICHT
ÜBER DIE EUROPÄISCHE PATENTANMELDUNG NR. EP 95100493.6

In diesem Anhang sind die Mitglieder der Patentfamilien der im obengenannten europäischen Recherchenbericht angeführten Patentdokumente angegeben.
Die Angaben über die Familienmitglieder entsprechen dem Stand der EPIDOS-INPADOC-Datei am 24. 3.1995
Diese Angaben dienen zur Unterrichtung und erfolgen ohne Gewähr.

| Im Recherchenbericht angeführtes Patentdokument | Datum der Veröffentlichung | Mitglied(er) der Patentfamilie | Datum der Veröffentlichung |
|---|---|---|---|
| US A 5064521 | 12-11-91 | FI A0 903164<br>WO A1 9004665<br>EP A1 393192<br>EP A4 393192<br>JP T2 4500838<br>CN A 1044308 | 21-06-90<br>03-05-90<br>24-10-90<br>23-01-91<br>13-02-92<br>01-08-90 |
| GB A 337132 | | keine | |
| GB A1 2129732 | | keine | |
| GB A 1206791 | 30-09-70 | DE A 1557365<br>FR A 1564502<br>GB A 1206792<br>NL A 6715860<br>NL B 160597<br>NL C 160597<br>US A 3364068 | 24-07-69<br>25-04-69<br>30-09-70<br>24-05-68<br>15-06-79<br>15-11-79<br>16-01-68 |
| GB A 1206792 | 30-09-70 | DE A 1557365<br>FR A 1564502<br>GB A 1206791<br>NL A 6715860<br>NL B 160597<br>NL C 160597<br>US A 3364068 | 24-07-69<br>25-04-69<br>30-09-70<br>24-05-68<br>15-06-79<br>15-11-79<br>16-01-68 |

Bezüglich näherer Einzelheiten zu diesem Anhang siehe Amtsblatt des Europäischen Patentamtes, Nr. 12/82.

```
File 347:JAPIO  OCT 1976-1996/Jun.
     (c) JPO & JAPIO


  S1      1  PN="JP 6178876"


1/5/1
DIALOG(R)File 347:JAPIO
(c) JPO & JAPIO. All rts. reserv.

04534976
ELECTRIC RAZOR

PUB. NO.:      06-178876  [JP 6178876  A]
PUBLISHED:     June 28, 1994 (19940628)
INVENTOR(s):   TANIOKA SUSUMU
               MORIMOTO YASUSHI
               TANAKA MASATOSHI
APPLICANT(s):  TOKYO ELECTRIC CO LTD [000356] (A Japanese Company or
               Corporation), JP (Japan)
APPL. NO.:     04-333228  [JP 92333228]
FILED:         December 14, 1992 (19921214)
INTL CLASS:    [5] B26B-019/44; A45D-027/46
JAPIO CLASS:   30.3 (MISCELLANEOUS GOODS -- Clothing & Personal Belongings)
JOURNAL:       Section: M, Section No. 1680, Vol. 18, No. 514, Pg. 96,
               September 28, 1994 (19940928)
```

ABSTRACT

PURPOSE: To provide an electric razor which can assuredly clean by washing away beard scum which has adhered on the internal blade or external blade by filling an appropriate quantity of a detergent in the beard storage space thoroughly and easily.

CONSTITUTION: When the title electric razor is fitted in a main body case 11, an external blade 29 is covered in such a manner that a communicating port (external blade base opening 21) is internally wrapped, and a gap D is formed on the outside of the external blade 29. By doing this, a closed space to form a detergent circulating passage R which passes through the gap D and a beard storage space (annular recessed part 20) via the external blade base opening 21 and external blade 29, is formed between the electric razor and the main body case 11. At the same time, a cap 12 which is equipped with a liquid injection port (cap communicating port 47) to the gap D is formed, and the cap 12 is fitted on the main body case 11, a washing liquid (liquid detergent S) is filled in the detergent circulating passage R, and an internal blade 29 is rotated. By this method, generated air bubbles B circulate between the gap D and annular recessed part 20, and clean the electric razor.

```
Subaccount is set to 02894.285001/RAL

SYSTEM:OS  - DIALOG OneSearch
   File 350:Derwent World Pat.   1963-1980/UD=9644
        (c) 1996 Derwent Info Ltd


     S1      1  PN="DE 2429372"


  1/5/1    (Item 1 from file: 350)
DIALOG(R)File 350:Derwent World Pat.
(c) 1996 Derwent Info Ltd. All rts. reserv.

001442000  WPI Acc No: 76-A4885X/03
    Electric razor cleaning device with razor holder - includes vibrating
    plate to shake out dirt from razor head onto tray below
Patent Assignee: (BAUM/) BAUMGARTNER E R
Number of Patents: 001
Patent Family:
    CC Number     Kind     Date       Week
    DE 2429372    A        760108     7603    (Basic)
Priority Data (CC No Date): DE 2429372 (740619)
Abstract (Basic): The electric razor cleaning device comprises a holder (2)
    for the razor and a vibrating plate which can be plugged into an
    electric circuit at 6 to vibrate very rapidly so that particles of dirt
    and hair are shaken out from inside the razor head.  A dirt collecting
    tray (3) lies directly beneath the vibrating plate so that the
    accumulating dirt can easily be removed by drawing out the tray.  The
    drive for the electric razor can also be switched on at the same time
    as the plate to provide more efficient working.  the vibration drive
    means for the vibrating plate may be an oscillatory armature drive, an
    eccentric motor or a crank and connecting rod drive.  The device can be
    provided with a timing mechanism for automatically switching off the
    drive after a preset time has elapsed or a manual push-button (4) can
    be added for switching the machine on intermittently.
Derwent Class: P24;
Int Pat Class: A45D-027/00
```

B000131

PTO UTILITY GRANT
Paper Number ___16___

# The Commissioner of Patents and Trademarks

Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.

Therefore, this

## United States Patent

Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America for the term set forth below, subject to the payment of maintenance fees as provided by law.

If this application was filed prior to June 8, 1995, the term of this patent is the longer of seventeen years from the date of grant of this patent or twenty years from the earliest effective U.S. filing date of the application, subject to any statutory extension.

If this application was filed on or after June 8, 1995, the term of this patent is twenty years from the U.S. filing date, subject to an statutory extension. If the application contains a specific reference to an earlier filed application or applications under 35 U.S.C. 120, 121 or 365(c), the term of the patent is twenty years from the date on which the earliest application was filed, subject to any statutory extension.

*Bruce Lehman*
Commissioner of Patents and Trademarks

*Melvina Gary*
Attest

# The United States of America

Form PTO-1584 (Rev. 2/97)

(RIGHT INSIDE)

B000132