EXHIBIT H

Requested Patent: FR2568111A1

Title: APPARATUS FOR CLEANING ELECTRIC RAZORS ;

Abstracted Patent: FR2568111 ;

Publication Date: 1986-01-31 ;

Inventor(s): BARDEL MARIUS ;

Applicant(s): CAB ETS (FR) ;

Application Number: FR19840012162 19840726 ;

Priority Number(s): FR19840012162 19840726 ;

IPC Classification: A45D27/46 ;

Equivalents: ;

ABSTRACT:

The subject of the invention relates to the technical sector of devices specially designed for cleaning or disinfecting razors. The apparatus comprises a support housing 1 one part of which is arranged to make it possible to hold and position the razor in such a way that the head of the razor is positioned in combination with an opening for access 1d to the inside of the said housing, to interact with means and members shaped in order on the one hand, in a first phase, to dislodge the clippings, and then on the other hand, in a second phase, to remove the dislodged clippings into a removable container constituted by one part of the housing.

(19) RÉPUBLIQUE FRANÇAISE

INSTITUT NATIONAL
DE LA PROPRIÉTÉ INDUSTRIELLE

PARIS

(11) N° de publication : 2 568 111
(à n'utiliser que pour les commandes de reproduction)

(21) N° d'enregistrement national : 84 12162

(51) Int Cl⁴ : A 45 D 27/46.

# (12) DEMANDE DE BREVET D'INVENTION A1

(22) Date de dépôt : 26 juillet 1984.

(30) Priorité :

(43) Date de la mise à disposition du public de la demande : BOPI « Brevets » n° 5 du 31 janvier 1986.

(60) Références à d'autres documents nationaux apparentés :

(71) Demandeur(s) : ETABLISSEMENTS CAB SARL — FR.

(72) Inventeur(s) : Marius Bardel.

(73) Titulaire(s) :

(74) Mandataire(s) : Cabinet Charras.

(54) Appareil pour le nettoyage des rasoirs électriques.

(57) L'objet de l'invention se rattache au secteur technique des dispositifs spécialement conçus pour le nettoyage ou la désinfection des rasoirs.

L'appareil comprend un boîtier-support 1 dont une partie est agencée pour permettre le maintien et le positionnement du rasoir de sorte que la tête du rasoir est positionnée en combinaison avec une ouverture d'accès 1d à l'intérieur dudit boîtier, pour coopérer avec des moyens et organes conformés pour, d'une part, dans un premier temps, décoller les particules de barbe, puis, d'autre part, dans un deuxième temps, évacuer les particules décollées dans un réceptacle amovible que présente une partie du boîtier.



FR 2 568 111 - A1

2568111



L'invention concerne un appareil pour le nettoyage des rasoirs électriques.

L'objet de l'invention se rattache au secteur technique des dispositifs spécialement conçus pour le nettoyage ou la désinfection des rasoirs.

Le but recherché est de créer un appareil permettant le nettoyage automatique des têtes de rasoirs en supprimant par conséquent, l'emploi des brosses manuelles qui équipent normalement lesdits rasoirs.

Un des problèmes qu'il a fallu résoudre, réside dans le fait de pouvoir appliquer l'appareil à tous les types de rasoirs existants parmi lesquels on peut citer principalement les rasoirs à têtes rotatives, à lames vibrantes, à barettes vibrantes. Selon ces différents types, les couvercles de protection des têtes peuvent être articulés ou amovibles.

Outre ce caractère universel, l'appareil doit être compact, fonctionnel et d'un emploi aisé.

Pour résoudre ces problèmes et atteindre le but recherché, l'appareil est remarquable en ce qu'il comprend un boîtier support dont une partie est agencée pour permettre le maintien et le positionnement du rasoir de sorte que la tête du rasoir est positionnée en combinaison avec une ouverture d'accès à l'intérieur dudit boitier pour coopérer avec des moyens et organes conformés pour, d'une part, dans un premier temps, décoller les particules de barbe, puis, d'autre part, dans un deuxième temps, évacuer les particules décollées dans un réceptacle amovible que présente une partie du boîtier.

Selon une autre caractéristique, l'appareil présente des moyens de commande permettant la mise sous tension du rasoir puis sa coupure et simultanément la mise en fonctionnement des organes de nettoyage pendant un temps prédéterminé.

Ces caractéristiques et d'autres encore ressortiront de la suite de la description.

Pour fixer l'objet de l'invention, sans toutefois le limi-

ter, dans les dessins annexés

La figure 1 est une vue en perspective d'une forme de réalisation de l'appareil montrant le positionnement du rasoir en vue de son nettoyage.

La figure 2 est une coupe de l'appareil selon une première forme de réalisation de moyen et agencement de nettoyage.

La figure 3 est une vue en coupe de l'appareil selon une autre forme de réalisation du moyen de nettoyage.

La figure 4 est une vue en perspective de l'appareil selon une autre forme de réalisation.

Les figures 5 et 6 sont des vues en coupe transversale considérées respectivement selon les lignes 5-5 et 6-6 des figures 2 et 3.

Afin de rendre plus concret l'objet de l'invention, on le décrit maintenant d'une manière non limitative en se référant aux exemples de réalisation des figures des dessins.

L'appareil comprend un boîtier-support (1) dont une partie est agencée pour autoriser le positionnement du corps d'un rasoir (R) de façon que sa tête (Ra) soit disposée à l'intérieur du corps du boîtier (1) pour coopérer avec des moyens et organes de nettoyage automatique de ladite tête. Par exemple, la partie supérieure (1c) du boîtier est équipée d'un couvercle d'obturation articulé (1b) dont la face interne (1b1) présente en débordement des proéminences (1b2) conformées pour permettre le centrage et le positionnement du corps du rasoir.

Ce couvercle est articulé au moyen d'un axe charnière (2) qui est conformé, d'une manière connue, pour maintenir en position d'ouverture ledit couvercle selon différentes valeurs angulaires (X) qui sont fonction du type de rasoir (R) à seule fin que la tête (Ra) soit disposée comme indiqué ci-dessus.

D'une manière préférée, le couvercle(1b) est articulé sur un cadre amovible (3) centré périphériquement eu égard à une ouverture (1d) donnant accès à l'intérieur du boîtier et dans laquelle est engagée l'ensemble de la tête (Ra) du rasoir (R). Une membrane d'é-

tanchéité (4) peut être montée en combinaison avec la périphérie interne du cadre (3), ladite menbrane présentant une ouverture centrale (4a) dimensionnée et profilée en fonction de la tête (Ra) du rasoir (R).

Dans la forme de réalisation montrée figure 2, le nettoyage du rasoir s'effectue par un système de soufflage et d'aspiration. Dans ce but, un panier-support perforé (5) est monté à l'intérieur du boîtier (1), au droit de l'ouverture (1d). Ce panier (5) permet de recevoir la tête du rasoir à nettoyer.

Sous le panier (5) est montée coaxialement une rampe de soufflage pivotante (6) entraînée en rotation par un moteur électrique (M) intégré à l'intérieur du boîtier. L'accouplement de la rampe (6) et du moteur (M) peut s'effectuer par exemple au moyen d'une couronne dentée (6a) montée sur l'axe de rotation (6b) de ladite rampe engrenant avec un pignon (7) monté en bout de l'arbre d'entraînement du moteur (M).

La rampe de soufflage (6) est reliée à une partie d'un ventilateur centrifuge notamment (8) par l'intermédiaire d'un flexible (9). Le ventilateur est aussi entraîné en rotation par le moteur (M) au moyen, par exemple, d'un système d'engrenage (10)-(11). Le profil de la rampe (6) est déterminé de façon à balayer lors de son entraînement en rotation, la totalité de l'embase et de la périphérie du panier-support (5). Des orifices ou ajutages (6c) sont formés sur la rampe pour diriger les jets d'air en partie basse et latéralement (figure 5).

Le panier-support (5) et la rampe rotative (6) sont logés dans un compartiment interne supérieur d'aspiration (1) du boîtier (1), ledit compartiment étant en communication par l'intermédiaire du conduit (12), avec une chambre inférieure (1f) agencée pour le recyclage et la filtration de l'air.

La filtration de l'air pour la retenue des déchets peut être réalisée au moyen, par exemple, d'une cartouche filtrante amovible (13). Un tiroir amovible (14) donne accès à la chambre inférieure (1f).

On conçoit donc que l'entraînement du moteur (M) et concomi-

tamment du ventilateur (8) et de la rampe (6), a pour effet de décoller les déchets de barbe de la tête de rasoir positionnée dans le panier-support (5) sous l'action conjugée de rotation et de soufflage de ladite rampe. Les particules ainsi décollées sont ensuite aspirées en partie basse.

Dans la forme de réalisation montrée figure 3, le nettoyage du rasoir s'effectue par un système de brossage et d'aspiration. A cet effet, une brosse vibrante (13) est centrée à l'intérieur du boîtier au droit de l'ouverture (1d), cette brosse étant montée dans un support (S) avec capacité de déplacement latéral alternatif afin de pouvoir être soumise au mouvement vibratoire.

Ce mouvement vibratoire peut être donné, d'une manière connue, au moyen par exemple d'un électro-aimant (16) coopérant avec des agencements (15a) que présente en débordement l'embase (15b) de la brosse (15). Cette embase (15b) est microperforée et coopère avec un caisson d'aspiration (17) relié par gaines (18) dans une chambre inférieure (1g) que présente la base du boîtier, ladite chambre étant assujettie à un ventilateur (19).

Comme précédemment, le ventilateur (19) est entraîné en rotation par un moteur (M). De même, la chambre inférieure est équipée d'une cartouche filtrante (20) ou autre moyen, l'air filtré étant rejeté par une ouverture (1b) que présente une partie du boîtier, ladite ouverture étant en communication avec un agencement que présente le ventilateur (19).

On conçoit donc qu'après entraînement du ventilateur par le moteur (M) et excitation de l'électro-aimant (16), les particules de barbe sont décollées de la tête du rasoir par la brosse vibrante (15) et aspirées par les orifices pour être dirigées dans la cartouche filtrante (20).

Dans une variante de réalisation non illustrée, le nettoyage du rasoir peut s'effectuer par un effet ionisant combiné avec un effet de soufflage ou d'aspiration. Par exemple, l'intérieur du boîtier peut présenter un générateur haute-tension alimentant une électrode ou une tête d'ionisation disposée à proximité de l'ouverture (1d) où débouche la tête à nettoyer.

Le boîtier peut être équipé d'une fiche femelle (21) pour son branchement électrique sur le secteur en vue d'alimenter une prise (22) pour le branchement du rasoir (R). Cette prise (22) est branchée en série avec un commutateur deux positions (23), l'une de ces positions correspondant à la mise sous tension de la prise (22) du rasoir, tandis que l'autre assure la coupure de la prise (22) et simultanément la mise en route du ventilateur asservi à une temporisation pour un arrêt automatique. Le boîtier de l'appareil peut donc faire office de support de rangement au rasoir, positionné en combinaison avec le couvercle en position d'ouverture.

Eventuellement on prévoit une réalisation selon laquelle l'appareil est équipée d'une alimentation électrique autonome. Le boîtier peut présenter différentes formes esthétiques (figures 1 et 4), la disposition du mécanisme interne dépendant de la forme générale extérieure de l'appareil.

Les avantages ressortent bien de la description ; en particulier on souligne :

- le nettoyage automatique, sans intervention manuelle de la tête de rasoir
- la double fonction de l'appareil : nettoyage et support de rangement pour le rasoir
- le caractère quasi universel de l'appareil permettant le nettoyage de la plupart des têtes de rasoir.

2568111



REVENDICATIONS

- 1 - Appareil pour le nettoyage de rasoirs électriques, caractérisé en ce qu'il comprend un boîtier-support (1) dont une partie est agencée pour permettre le maintien et le positionnement du rasoir de sorte que la tête du rasoir est positionnée en combinaison avec une ouverture d'accès (1d) à l'intérieur dudit boîtier, pour coopérer avec des moyens et organes conformés pour, d'une part, dans un premier temps, décoller les particules de barbe, puis, d'autre part, dans un deuxième temps, évacuer les particules décollées dans un réceptacle amovible que présente une partie du boîtier,

- 2 - Appareil selon la revendication 1, caractérisé en ce qu'un panier-support perforé (5) est monté à l'intérieur du boîtier (1) au droit de l'ouverture d'accès (1d) pour recevoir l'ensemble de la tête du rasoir en position de nettoyage, ledit panier étant assujetti à un système de soufflage et d'aspiration,

- 3 - Appareil selon la revendication 2, caractérisé en ce qu'une rampe de soufflage pivotante (6) est reliée à une partie appropriée d'un ventilateur, l'ensemble étant entraîné par un organe moteur commun (M), ladite rampe étant profilée et agencée pour balayer, lors de son entraînement en rotation, la totalité de l'embase et de la périphérie du panier-support (5) ; la rampe (6) et le panier (5) étant logés dans un compartiment interne supérieur d'aspiration (1e) en communication avec une chambre inférieure (1f) agencée pour le recyclage et la filtration de l'air,

- 4 - Appareil selon la revendication 1, caractérisé en ce qu'une brosse (15) est montée à l'intérieur du boîtier (1) au droit de l'ouverture d'accès (1d) pour coopérer avec l'ensemble de la tête du rasoir en position de nettoyage, ladite brosse (15) étant assujettie à un système combiné de vibration et d'aspiration,

- 5 - Appareil selon la revendication 4, caractérisé en ce que

l'embase (15b) de la brosse est montée dans un support (S) avec capacité de déplacement latéral alternatif afin de pouvoir être soumise à un mouvement vibratoire, l'embase (15b) de la brosse étant micro-perforée et coopérant avec un caisson d'aspiration (17) relié à une chambre inférieure (1g) assujettie à un ventilateur (19) entraîné par un organe moteur (M), ladite chambre étant agencée pour le recyclage et la filtration de l'air,

- 6 - Appareil selon la revendication 1, caractérisé en ce que dans la réalisation en variante, un générateur haute-tension alimente une tête d'ionisation disposée à proximité de l'ouverture d'accès (1d), en étant combinée avec avec un système de soufflage ou d'aspiration.

- 7 - Appareil selon l'une quelconque des revendications 1 à 6 caractérisé en ce que la partie supérieure du boîtier (1) est équipée d'un couvercle d'obturation articulé (1b) dont la face interne est agencée pour autoriser le centrage et le positionnement du corps du rasoir, ledit couvercle étant réglable angulairement en position de sorte que l'ensemble de la tête de rasoir est disposé au droit de l'ouverture d'accès (1d).

- 8 - Appareil selon la revendication 7, caractérisé en ce que le couvercle (1b) est articulé sur un cadre amovible (3) centré périphériquement en égard à l'ouverture (1d), une membrane d'étanchéité (4) étant montée en combinaison avec le pourtour interne du cadre (3), ladite membrane présentant une ouverture centrale (3c) profilée et dimensionnée en fonction de la tête du rasoir,

- 9 - Appareil selon la revendication 1, caractérisé en ce qu'il présente des moyens de commande conformés et agencés pour permettre d'une part, la mise sous-tension du rasoir et, d'autre part, la coupure dudit rasoir simultanément à la mise en fonctionnement des organes de nettoyage pendant un temps prédéterminé.




FIG.1




FIG. 2




FIG. 3




FIG. 4

5/5

2568111




FIG.5

FIG. 6

# EXHIBIT I

(19) REPUBLIC OF FRANCE

NATIONAL INSTITUTE OF INDUSTRIAL PROPERTY

PARIS

(11) Publication No.: **2,568,111** (to be used only for ordering copies)

(21) National Registration No.: **84 12162**

(51) Int. Cl.[4]: A 45 D 27/46

(12) APPLICATION FOR PATENT OF INVENTION A1

(22) Date filed: July 26, 1984

(30) Priority:

(43) Date the patent was laid open to public inspection: BOPI "Brevets" No. 5 of January 31, 1986

(60) References to other relevant national documents:

(71) Applicant(s): *ETABLISSEMENTS CAB SARL. – FR.*

(72) Inventor(s): Marius Bardel

(73) Proprietor(s):

(74) Agent(s): Charras Law Offices

(54) DEVICE FOR CLEANING ELECTRIC RAZORS

(57) The subject of the invention pertains to the technical field of devices especially designed for cleaning or disinfecting razors.

The device comprises a support casing 1, one part of which is fitted to permit holding and positioning the razor so that the head of the razor is positioned in combination with an opening *1d* for access to the inside of said casing, in order to cooperate with means and components designed, on the one hand, in a first step, to detach the particles of whiskers; then, on the other hand, in a second step, to discharge the detached particles to a removable receptacle present on one part of the casing.

The invention concerns a device for cleaning electric razors.

The subject of the invention pertains to the technical field of devices especially designed for cleaning or disinfecting razors.

The desired object is to create a device permitting the automatic cleaning of razor heads while consequently eliminating the use of manual brushes with which said razors are normally equipped.

One of the problems that had to be resolved resided in the fact of being able to apply the device to all types of existing razors, among which can principally be cited razors with rotating heads, vibrating blades, vibrating bars, [etc]. According to these different types, the head-protection covers may be articulated or removable.

In addition to having this universal characteristic, the device must be compact, functional and easy to use.

In order to resolve these problems and attain the desired object, the device is remarkable in that it comprises a support casing, one part of which is arranged to permit holding and positioning the razor so that the head of the razor is positioned in combination with an opening for access to the inside of said casing to cooperate with means and components designed, on the one hand, in a first step, to detach the whisker particles; then, on the other hand, in a second step, to discharge the detached particles into a removable receptacle that is present on one part of the casing.

According to another characteristic, the device has control means permitting powering on the razor, then turning it off and simultaneously starting the cleaning components for a predetermined time.

These characteristics and others will become apparent from the description which follows.

In order to establish the subject of the invention, however, without limiting it, in the attached drawings:

Figure 1 is a perspective view of one embodiment of the device showing the positioning of the razor for cleaning purposes.

Figure 2 is a section of the device according to a first embodiment of the cleaning means and fittings.

Figure 3 is a sectional view of the device according to another embodiment of the cleaning means.

Figure 4 is a perspective view of the device according to another embodiment.

Figures 5 and 6 are cross-sectional views considered respectively along lines 5-5 and 6-6 of Figures 2 and 3.

In order to render the subject of the invention more concrete, it will now be described in a non-limiting manner by referring to the examples of embodiment of the figures of the drawings.

The device comprises a support casing (1), one part of which is fitted to allow positioning the body of a razor (R) so that its head (Ra) is positioned inside the body of casing (1) to cooperate with means and components for automatic

cleaning of said head. For example, the upper part (1c) of the casing is equipped with an articulated sealing cover (1b) whose inner surface (1b1) has supporting projections (1b2) designed to permit centering and positioning the razor body.

This cover is articulated by means of a hinge axis (2) that is designed, in a known manner, to hold said cover in the open position at different angular values (X) that are a function of the type of razor (R) for the sole purpose of positioning head (Ra) as indicated above.

In a preferred manner, cover (1b) is articulated on a removable frame (3) centered peripherally relative to an opening (1d) giving access to the inside of the casing and in which head assembly (Ra) of razor (R) is engaged. A sealing membrane (4) can be mounted in combination with the inner periphery of frame (3), said membrane having a central opening (4a) with a profile of a size and shape that is a function of head (Ra) of razor (R).

In the embodiment shown in Figure 2, the razor is cleaned by a system of blowing and aspiration. For this purpose, a perforated support basket (5) is mounted inside casing (1), even with opening (1d). This basket (5) permits receiving the head of the razor to be cleaned.

A pivoting blowing ramp (6) is mounted coaxially under basket (5) and is driven in rotation by an electric motor (M) integrated inside the casing. Ramp (6) and motor (M) can be coupled, for example, by means of a crown gear (6a) mounted on the axis of rotation (6b) of said ramp engaging with a pinion (7) mounted at the end of the driveshaft of motor (M).

Blowing ramp (6) is connected on one side to a centrifugal fan (8) by means of a flexible tubing (9). The fan is also driven in rotation by motor (M) by means, for example, of a gear system (10)-(11). The profile of ramp (6) is determined so as to sweep the entire base and periphery of support basket (5) while it is driven in its rotation. Openings or nozzles (6c) are formed on the ramp in order to direct the air jets to the lower part and laterally (Figure 5).

Support basket (5) and rotating ramp (6) are housed in an inner upper operation compartment (1)* of casing (1), said compartment communicating by means of a conduit (12) with a lower chamber (1f) equipped for recycling and filtering air.

The air can be filtered for retaining debris, for example, by means of a removable filter cartridge (13). A removable drawer (14) gives access to lower chamber (1f).

Therefore, it can be conceived that concomitant drive by motor (M) of fan (8) and ramp (6) detaches the whisker debris from the head of the razor positioned in support basket (5) under the joint action of rotation and blowing of said ramp. The particles thus detached are then aspirated into the lower part.

In the embodiment shown in Figure 3, the razor is cleaned by a brushing and aspiration system. For this purpose, a vibrating brush (13)** is centered inside the casing even with opening (1d), this brush being mounted in a support (S) with the capacity to move laterally in an alternating manner so as to be able to be subjected to vibration.

---

* sic; (1e)?—Trans. Note.
** sic; (15)?—Trans. Note.

This vibrating movement can be effected, in a known manner, by means, for example, of an electromagnet (16) cooperating with fittings (15a) that are present projecting from base (15b) of brush (15). This base (15b) is microperforated and cooperates with an aspiration box (17) connected by tubings (18) in a lower chamber (1g) present at the base of the casing, said chamber being subject to a fan (19).

As previously, fan (19) is driven in rotation by a motor (M). Likewise, the lower chamber is equipped with a filtering cartridge (20) or other means, the filtered air being eliminated through an opening (1b)* present in a part of the casing, said opening communicating with a fitting present on fan (19).

It can therefore be conceived that after driving the fan by motor (M) and exciting electromagnet (16), the whisker particles are detached from the head of the razor by vibrating brush (15) and aspirated through the openings in order to be directed into filtering cartridge (20).

In a variant of embodiment not shown, the razor can be cleaned by an ionizing effect combined with a blowing or aspirating effect. For example, the inside of the casing can have a high-voltage generator supplying an electrode or an ionizing head positioned near opening (1d) where the head to be cleaned emerges.

The casing can be equipped with a female terminal (21) for its electrical connection to the mains in view of supplying a socket (22) for connection of razor (R). This socket (22) is connected in series with a two-position switch (23), one

---

* sic; (1h)?—Trans. Note.

of these positions corresponding to powering on socket (22) of the razor, while the other assures turning off socket (22) and simultaneously starting the fan under control of a timing device for automatic stoppage. The casing of the device can therefore serve as a rack for the razor, positioned in combination with the cover in open position.

Possibly an embodiment can be provided according to which the device is equipped with an its own electrical supply. The casing can have different esthetic forms (Figures 1 and 4), the arrangement of the inner mechanism depending on the general external shape of the device.

The advantages are clearly evident from the description; particularly emphasized are:

- automatic cleaning of the head of the razor without manual intervention

- the dual function of the device: cleaning and forming a support rack for the razor

- the nearly universal nature of the device permitting cleaning most razor heads.

CLAIMS

1. A device for cleaning electric razors, characterized in that it comprises a support casing (1), one part of which is fitted to permit holding and positioning the razor so that the head of the razor is positioned in combination with an opening (1d) for access to the inside of said casing, in order to cooperate with means and components designed, on the one hand, in a first step, to detach the whisker particles; then, on the other hand, in a second step, to discharge the detached particles into a removable receptacle present in a part of the casing.

2. The device according to claim 1, further characterized in that a perforated support basket (5) is mounted inside casing (1) at the level of the access opening (1d) to receive the razor head assembly in the cleaning position, said basket being subjected to a blowing and aspiration system.

3. The device according to claim 2, further characterized in that a pivoting blowing ramp (6) is connected to an appropriate part of a fan, the assembly being driven by a common motor component (M), said ramp being profiled and fitted to sweep the entire base and periphery of support basket (5) when it is driven in rotation; ramp (6) and basket (5) being housed in an inner upper aspiration compartment (1e) communicating with a lower chamber (1f) fitted for recycling and filtering air.

4. The device according to claim 1, further characterized in that a brush (15) is mounted inside a casing (1) even with access opening (1d) in order to

cooperate with the head assembly of the razor in cleaning position, said brush (15) being subjected to a combined system of vibration and aspiration.

5. The device according to claim 4, further characterized in that base (15b) of the brush is mounted in a support (S) that can move laterally in an alternating manner so as to be able to be subjected to vibration, base (15b) of the brush being microperforated and cooperating with an aspiration box (17) connected to a lower chamber (1g) subjected to a fan (19) driven by a motor component (M), said chamber being equipped for recycling and filtering air.

6. The device according to claim 1, further characterized in that in a variant of embodiment, a high-voltage generator supplies an ionization head positioned near access opening (1d), combined with a blowing or aspiration system.

7. The device according to any one of claims 1 to 6, further characterized in that the upper part of casing (1) is equipped with an articulated sealing cover (1b) whose inner surface is fitted to allow centering and positioning of the razor body, said cover being adjustable in angular position so that the razor-head assembly is positioned even with access opening (1d).

8. The device according to claim 7, further characterized in that cover (1b) is articulated to a removable frame (3) centered peripherally facing opening (1d), a sealing membrane (4) being mounted in combination with the inner

periphery of frame (3), said membrane having a central opening (3c) profiled and dimensioned as a function of the razor head.

9. The device according to claim 1, further characterized in that it has control means designed and fitted to permit starting up the razor, on the one hand, and, on the other hand, shutting off said razor simultaneously with the start-up of the cleaning components for a predetermined time.




FIG.1

2,568,111






FIG. 2




FIG. 3




FIG. 4




FIG.5




FIG. 6