EXHIBIT Y

# Entwicklung einer Reinigungsstation für Elektrorasierer

Dem Fachbereich für Feinwerktechnik und
Ingenieurinformatik der Fachhochschule
Frankfurt am Main vorgelegte Diplomarbeit
von Stefan Zeischke.

Erstellt in Zusammenarbeit mit der

Braun AG,Kronberg.

B005220

Erklärung _____ Seite  2

Erklärung:

Hiermit versichere ich, daß die dem Referenten Herrn Prof. Dr.
Völker übergebene Diplomarbeit mit dem Thema:


**Entwicklung
einer
Reinigungsstation für Elektrorasierer**


von mir eigenständig und ohne fremde Hilfe durch Personen oder
Institute angefertigt wurde.
Soweit ich bei der Ausarbeitung meiner Diplomarbeit auf Quellen
zurückgegriffen habe, sind diese im Quellenverzeichnis auf Seite
A-15 vollständig angegeben.




Kronberg, am 14.06.1991          _Stefan Zeissl_


B005221

**Vorwort**

Die nachstehende Diplomarbeit entstand in Zusammenarbeit mit der


Braun AG in Kronberg.


Ich bedanke mich bei den Mitarbeitern der Braun AG, die mich
freundlich bei der Beschaffung von Informationen und Unterlagen
unterstützt haben.

Besonderer Dank gilt Herrn Dr. -Ing. Jung für die mir entgegen-
gebrachte Unterstützung bei Braun und Herrn Prof. Dr. Völker
für die sorgfältige Betreuung meiner Arbeit an der
Fachhochschule Frankfurt am Main.

B005222

# Inhaltsverzeichnis

Seite

| | | |
|---|---|---|
| 1.0 | Zusammenfassung | 5 |
| 1.1 | Problemformulierung | 6 |
| 1.2 | Stand der Technik | 7 |
| 1.3 | Vorgehensweise bei einer alltäglichen manuellen Rasiererreinigung | 8 |
| 1.4 | Verteilung des Rasierstaubes am Rasierer | 9 |
| 1.5 | Wann ist eine Reinigungsstation sinnvoll? | 9 |
| 1.6 | Reinigungsbereiche | 10 |
| 1.7 | Reinigungsgrad manueller Reinigungen | 11 |
| 1.8 | Anforderungsliste | 12/13 |

| | | |
|---|---|---|
| 2.0 | Methodische Lösungssuche | |
| 2.1 | Funktionsstruktur Reinigungsstation | 14 |
| 2.2 | Bestimmung der Aufnahmekapazität an Rasierstaub | 15 |
| 2.3 | Einzelfunktionen - Lösungsvarianten mit Bewertung | |
| 2.3.1 | -Aktivierung | 15 |
| 2.3.2 | -Entfernen | 16 |
| 2.3.3 | -Transportieren | 17 |
| 2.3.4 | -Sammeln | 18 |
| 2.3.5 | -Inaktivieren | 19 |
| 2.4 | Bürstenarten\Bewegungsarten | 20 |
| 2.5 | Bürstenkonzepte 2.5.1-2.5.10 | 21/30 |
| 2.6 | Bewertung der Bürstenkonzepte 2.5.1-2.5.10 | 31 |
| 2.7 | Bewertung Borstenarten\-längen auf Reinigungswirkung | 32 |
| 2.8 | Borstenauswahl | 33 |

| | | |
|---|---|---|
| 3.0 | Test und Bewertung der gewählten Bürste | 34 |
| 3.1 | Test und Bewertung LV1t | 35 |
| 3.2 | Skizze Prinzipmuster LV2t | 36 |
| 3.3 | Test und Bewertung Prinzipmuster unter Variation von Borstendicke und Drehzahl | 37 |

| | | |
|---|---|---|
| 4.0 | Kritik und Ausblick | 38/40 |
| 4.1 | Skizzen | 41/43 |

| | | |
|---|---|---|
| 5.0 | Anhang | -manuelle Rasiererreinigung ... A1-A4 |
| | | -Rasierstaubanalyse ... A5-A6 |
| | | -Meßwerte manuelle Reinigung ... A7-A10 |
| | | -Meßwerte Reinigungsstation ... A11-A14 |
| | | -Quellenverzeichnis ... A15 |

B005223

Zusammenfassung _____    Seite  5

1.0      Zusammenfassung

Es wurde ein Prinzipmuster einer Reinigungsstation entwickelt,
mit dem die Scherteile des Braun Flex- Control 6013 innerhalb
von 15 s auf einen Reinigungsgrad von im Mittel 93% gereinigt
werden. Scherkopf mit Klingenblock und Scherblatt werden nach-
einander in ein zylindrisches Gehäuse zugeführt in dem eine
zweireihige Linearbürste mit 3200 min⁻¹ rotiert.
Die Drehrichtung der Bürste wechselt nach 5 s, um die zweite
Klingenblockseite zu reinigen.
Der mit der Bürste entfernte Rasierstaub wird durch eine Öffnung
am Umfang des Gehäuses mit einem Gebläse abgesaugt und in einer
Staubkammer gesammelt, die sich vor dem mit 10000 min⁻¹ dre-
henden Lüfterrad und dem Staubfilter befindet.
Dieses Ergebnis ergab sich aus der systematischen Gegenüberstel-
lung und Bewertung von Lösungsvarianten innerhalb der jeweiligen
Entwicklungsstufe.
Diese Ausarbeitung ist eine Basis für weiterführende Arbeiten.



Bild 1.0 Prinzipmuster Reinigungsstation

B005224

## 1.1      Problemformulierung

Für einen vorhandenen Elektrorasierer Braun Flex- Control 6013
ist eine kostengünstige Reinigungsstation zu entwickeln, mit der
die Scherteile nach der täglichen Rasur schnell und einfach ge-
reinigt werden können.

Die Benutzer von Elektrorasierern reinigen ihren Rasierer nach
jeder Rasur, aber nur 29% mit dem zugehörigen Reinigungsbürst-
chen. 56% reinigen durch Wegblasen, Abklopfen oder Abrütteln
ihren Rasierer, was zur Bildung einer Schicht auf den Messern
führt (vergleiche Seiten A2-A4).

Der Rasierer sollte nach jeder Rasur gereinigt werden (siehe
Seite A-1), da sich beim Rasieren Haut, Talg und Barthaare
an den Messern ablagern. Wenn diese Schicht nicht regelmäßig
entfernt wird, mindert sich die Schnittleistung des Rasierers
in Abhängigkeit von der Schichtdicke und -härte.

Nach der täglichen Rasur läßt sich der Hauttalg noch leicht mit
einer Bürste von den Messern entfernen, da er nicht ausgehärtet
ist. Wird das Messer längere Zeit nicht vom Hauttalg gereinigt,
verhärtet der Hauttalg durch die Reibungswärme, die sich zwischen
Messerblock und Scherblatt entsteht. Der Hauttalg läßt sich nur
noch unter großem Aufwand entfernen.

Die Reinigungsstation soll die Rasiererreinigung komfortabel ge-
stalten. Außerdem wird die Hygiene gesteigert und die Reini-
gungszeit durch den Wegfall der Reinigung des Waschbeckens vom
Rasierstaub wesentlich verkürzt.



Bild 1.1 Black- Box- Darstellung

B005225

## 1.2     Stand der Technik

Das Thema Reinigung von Elektrorasierapparaten ist schon so alt
wie der Elektrorasierer selbst. Die Entwicklung von Reinigungs-
hilfen beziehen sich zum einen auf den Rasierer, d.h. Rasierer
mit integrierter oder externer Absaugung, abwaschbare Rasierer,
Rasierer mit Vorrichtungen zum Abschaben des Staubes von den
Messern, etc. und zum anderen auf externe Geräte sogenannte
Rasiererreinigungs- geräte, -vorrichtungen oder -stationen.

Zum Thema Reinigungsstation gibt es einige Schutzrechte. Die
vorgeschlagenen Wirkprinzipien sind unterschiedlicher Art und
reichen von

    - unbeweglichen Bürsten, über denen der eingeschaltete
      Rasierer den Messerblock oszillierend bewegt,
    - einfachen Gebläsen mit Filter,
    - einer rotierenden Radialbürste mit Reinigungsflüssigkeit,
    - einer Rüttelvorrichtung,
    - einem Bürstenband mit Absaugung bis zu
    - seperaten Pinseln mit Absaugung.

Bis heute gibt es keine Reinigungsstationen auf dem Markt.



Bild 1.3 Vorgehensweise bei der alltäglichen
manuellen Rasiererreinigung

B005227

## 1.4    Verteilung des Rasierstaubes am Rasierer

Zur Untersuchung der Verteilung des Rasierstaubes am Rasierer
(Braun Flex-Control) wurde eine fortlaufende Untersuchung an
zahlreichen Probanden und verschiedenen Rasierapparaten durchge-
führt. Es wurde der saubere Rasierapparat vor und sofort nach
der Rasur gewogen, so daß aus der Gewichtsdifferenz die angefal-
lene Rasierstaubmenge ermittelt werden konnte. Die Messung wurde
auf einer Präzisionswaage mit digitaler Auflösung von 1mg durch-
geführt: Genauigkeit ± 1mg. (Meßwerte in Tabellen A-7 bis A-10)
Die Meßabstände jeder Einzelmessung waren kurz, sodaß der Ein-
fluß der Luftfeuchtigkeit vernachlässigt werden kann. Die Aus-
wertung der Relativwerte führt zu den Diagrammen 1.7.1 - 1.7.4
auf Seite 11.
Bei einer üblichen manuellen Rasiererreinigung nach Bild 1.3
auf Seite 8 erreicht man unter dem Zeitaufwand von 95 s einen
Reinigungsgrad beim Rasiererrumpf von 94% und beim Scherblatt
von 80% (vgl. 1.7.2+ 1.7.3). Hinzu kommen noch die Kosten für
das Wasser, welches zum Wegspülen des Rasierstaubes aus dem
Waschbecken aufgewendet wird.


## 1.5    Wann ist eine Reinigungsstation sinnvoll?

Bild 1.7.4 auf Seite 11 zeigt, daß mit zunehmendem Bartalter
relativ immer weniger Rasierstaub im Rasierer verbleibt. Ab
einem Bartalter von 4 Tagen wird mit dem Langhaarschneider vor-
geschnitten und mit dem Kurzhaarsystem fertigrasiert. Die mit
dem Langhaarschneider geschnittenen Haare befinden sich außer-
halb der Systemgrenze Rasierer, also auf Hemd, Waschbecken,
Ablage o.ä..
Bei älteren Bärten heben sich die Vorteile der Station auf, da
die mit dem Langhaarsystem geschnittenen Barthaare nicht inner-
halb die Systemgrenze "Reinigungsstation" gelangen können.

B005228

Reinigungsbereiche am Rasierer                                    Seite 10

**1.6      Reinigungsbereiche am Rasierer**

**1.6.1    Rasierer ohne Scherblatt**



1
Langhaar-
schneider

Klingen-
block

**1.6.2    Scherblatt**



2
Scherfolie

Rahmen

3        von oben:

5
innen:

4    Schmutzecken

B005229

Reinigungsgrad manueller Reinigungen                    Seite  11



B005230

Anforderungsliste _____ Seite  12

1.8    Anforderungsliste

**Geometrie:**

Forderungen      -Baugröße ähnlich Munddusche
                  (Bx Hx T 100x 100x 80)
                 -Aufnahmekapazität Rasierstaub für 100 Rasuren
                 -exemplarische Lösung für Flex-Control 6013
                 -Aufbewahrungskonzept entwickeln
                 -einfaches Auswechseln von Austauschteilen
                 -auf leichte Reinigung der Reinigungsstation
                  achten
Wunsch           -Integration : -Wandhalter
                                 -Ladegerät
                 -kompatibel für andere BAG-Rasierer

**Energie:**

Wunsch           -Energieversorgung 220V ; 50Hz, Akku oder
                  Batterie

**Werkstoff:**

Forderungen      -keine Flüssigkeiten zum Reinigen verwenden
                 -recyclebare Kunststoffe verwenden

**Sicherheit:**

Forderungen      -BRAUN- Werknormen beachten (detaillierte
                  Ausarbeitung der Sicherheits- (VDE) und
                  Qualitätsanforderungen bezogen auf Kleinge-
                  räte bzw. Elektrorasierer)

B005231

Anforderungsliste _____ Seite  13

**Gebrauch:**

Forderungen       -Geräusch ≤ Rasierer ≈ 60 dBA Schalleistung

                          -Lebensdauer mind. 60 h (proportional Benutz-
                          ungsdauer Rasierer mind. 200 h)

                          -mind. 90 % vom im Rasierer vorhandenen
                          Rasierstaub entfernen

                          -Reinigungszeit ≤ 15 s (Eingriffszeit Gerät)

                          -nur max. 10 % des vom Rasierer entfernten
                          Rasierstaubes dürfen extern entweichen

                          -Langhaarschneider und unteres Gehäuseteil
                          sollen laut Aufgabenstellung nicht gereinigt
                          werden

                          -Scherteile getrennt voneinander reinigen

**Anwendungsbereich:**

Forderung          -privater Haushalt, im Bad

**Kosten:**

Forderung          -Verkaufspreis ≤ 50.- DM (≈ 15-20 % vom Spitzen-
                          rasiererpreis) bezogen auf Stückzahlen von
                          100000/Jahr

**Allgemein:**

Forderung              -umweltgerechtes Gerätekonzept

B005232



B005233

2.2     Bestimmung der Aufnahmekapazität an Rasierstaub

$V = i*m/\delta = 100*45mg/(1.34g/cm^3) = 3.36cm^3$     mit:

$V$ = Volumen

$i$ = Anzahl der
      Rasuren

$m$ = Δ – Masse/Tag

$\delta$ = Haardichte

2.3.1   Lösungsvarianten der Einzelfunktionen


Bewertung der Einzelfunktionen

-aktivieren
 der Reini-
 gungsstation


-mechanisch      -translatorisch      -Schalter
               -rotatorisch         -Drehschalter


-optisch         -Lichtschranke
               -IR-Sensor

Im wesentlichen ist zu unterscheiden, ob die Aktivierung automa-
tisch durch Zuführen des Rasierers oder manuell geschehen soll.
Dies ist jedoch abhängig vom Gesamtkonzept.


**Bemerkung zu 2.3.2 bis 2.3.4 :**

Die Lösungsvarianten der drei folgenden Einzelfunktionen entfer-
nen, transportieren und sammeln von Rasierstaub werden mit + =
gut, o = durchschnittlich und - = schlecht bewertet. Der Schwer-
punkt der Bewertungen liegt bei der Effektivität der jeweiligen
Einzelfunktion. Die Genauigkeit ist hier ausreichend, da nur
grundsätzliche Versuche oder Überlegungen durchgeführt wurden.

B005234

Lösungsvarianten                                    Seite 16

## 2.3.2   Lösungsvarianten der Einzelfunktionen

### Bewertung der Einzelfunktionen

| Funktion | Lösungsvariante | | Bewertung | | |
|---|---|---|---|---|---|
| Rasier-staub entfernen | | | Reinigungswirkung | konstruktiver Aufwand | Herstellungsaufwand |
| -mechanisch | -rotieren | -Bürsten,Walze | + | o | + |
| | -oszillieren | -Zahnbürstenantrieb | o | o | o |
| | | -Bürsten | + | + | o |
| | -schaben | -Gummiwalze aus Scheibe | o | o | o |
| | -abstreifen | -Gummiwalze aus Scheibe | o | o | o |
| | -vibrieren | -Rasierer | – | + | + |
| | | -Rüttelmechanismus | – | – | – |
| | -klopfen | -Rasierer klopft gegen Anschlag | – | + | + |
| | -umlaufen | -Band mit Borsten | o | + | – |
| -pneuma-tisch | -saugen | -Unterdruckpumpe | – | – | o |
| | -blasen | -Gebläse | o | o | o |
| | | -schnell rotierende Bürsten | – | o | + |
| | -Druckwellen | -Pumpe | o | – | o |
| | -sandstrahlen | -Partikel auf Scherkopf blasen und elektrisch trennen | o | – | – |
| -elektrisch | -Ultraschall | -Piezo(Resonanz) | – | o | o |
| | -Druckwellen | -Lautsprecher | – | o | o |
| | -polarisieren | -Kondensatorprinzip | – | – | – |
| | -Mikrowellen | -Magnetron | – | – | |
| -optisch | -infrarot | | – | o | o |
| | -Laserstrahl | | – | – | – |
| -chemisch | -Oxidation\ Reduktion | -Gas | – | o | o |
| | -Kohäsion\ Adhäsion | -Knetmasse | – | – | o |
| | | -Wachs | – | – | o |

+ = gut
o = durchschnittlich
– = schlecht

Die Wertungspriorität liegt bei der Reinigungswirkung woraus folgt,
daß nur Bürsten gut reinigen können. Alle anderen Lösungsvarianten
werden ausgeschlossen.

B005235

Case 1:03-cv-12428-WGY    Document 125    Filed 08/22/2005    Page 18 of 31

2.3.3   Lösungsvarianten der Einzelfunktionen

Bewertung der Einzelfunktionen

| Funktion | Lösungsvariante | Bewertung | | |
|---|---|---|---|---|
| | | Transporteffektivität | konstruktiver Aufwand | Herstellungsaufwand |
| Rasierstaub transportieren | | | | |
| -mechanisch | -Förderband | + | o | – |
| | -Erdbeschleunigung | o | + | + |
| | -Fliehkraft(schnell rotierende Bürsten »Strömungskanal) | o | o | o |
| | -weiche Bürsten mit Abstreifer | o | + | + |
| -pneumatisch | -saugen(Unterdruckpumpe) | + | o | o |
| | -blasen(Gebäse) | + | o | o |
| | -saugen und blasen (Abluft vom Saugen zum Blasen verwenden) | + | o | o |
| -elektrisch | -statisch geladene Fläche | – | – | o |

+ = gut
o = durchschnittlich
– = schlecht

Ein Förderband ist zu teuer und verlangt viel Bauraum. Es ist daher auszuschließen.

LV1t*: Es muß experimentell ermittelt werden, ob mechanischer Transport durch Erdbeschleunigung oder weiche Bürsten mit Abstreifer effektiv genug sind, da Konstruktion und Herstellung weniger Aufwand bedeuten, oder:

LV2t*: ob eine pneumatische Lösung erforderlich ist, die einen Mehraufwand erfordern würde.

*LV1t = Lösungsvariante 1 Rasierstaub transportieren

*LV2t = Lösungsvariante 2 Rasierstaub transportieren

B005236

**2.3.4   Lösungsvarianten der Einzelfunktionen**

**Bewertung der Einzelfunktionen**

| Funktion | Lösungsvariante | | Bewertung | | |
|---|---|---|---|---|---|
| | | | Effek-tivi-tät sam-meln | Kon-struk-tiver Auf-wand | Her-stel-lungs-auf-wand |
| Rasier-staub entfernen | | | | | |
| -mechanisch | -Massenträgheit | -Box | o | + | + |
| | | -Filter | + | o | o |
| | | -Staubbeutel | + | o | o |
| -elektrisch | -statisch geladene Fläche | | - | - | - |
| -chemisch | -Kohäsion\ Adhäsion | -Knetmasse | o | o | o |
| | | -Wachs | o | o | o |

+ = gut
o = durchschnittlich
- = schlecht

Beim Sammeln des Rasierstaubes muß berücksichtigt werden, daß die
kleinsten Staubpartikel eine Korngröße von 20 µm haben. Die Ent-
scheidung, welche Lösungsvariante die geeignetste ist, hängt von
der Wahl der Transportlösungsvariante ab. Realisierbar erschei-
nen nur Box, Filter oder Staubbeutel.

B005237

2.3.5    Lösungsvarianten der Einzelfunktionen

         Bewertung der Einzelfunktionen


-inaktivieren
 Reinigungs-
 station


-mechanisch      -translatorisch        -Schalter
                 -rotatorisch           -Drehschalter


-optisch         -Lichtschranke
                 -IR-Sensor




Auch hier ist zu unterscheiden, ob die Inaktivierung automatisch
durch Abführen des Rasierers oder manuell geschehen soll; abhän-
gig vom Gesamtkonzept.

Bei optischer Realisierung ist eine Inaktivierung mittels Staub-
kontrolle möglich: wenn nur noch eine bestimmte Anzahl Rasier-
staubpartikel pro Volumeneinheit (ppm) vorhanden ist, schaltet
die Reinigungsstation automatisch ab.


B005238

rotatorisch nicht sinnvoll

Kon-Kon-nicht zept zept sinn 7+1 voll 1

rotatorisch nicht sinnvoll

rotatorisch nicht sinnvoll

Kon A nicht zept sinn voll B 7+1

technisch aufwendig Motor

nicht sinnvoll

Kon-Kon-Kon zept zept zept 7+1 3,2 4

Kon zept 2

translatorisch

technisch aufwendig

nicht sinnvoll

technisch nicht sinnvoll mögl. voll

translatorisch

B005239

Bemerkung zu 2.5.1 bis 2.5.10:

Die folgenden 10 Bürstenkonzepte sind grob skizziert und mit
wichtigen konzeptspezifischen Bemerkungen beschrieben. Eine Wer-
tung aller Konzepte ist auf Seite 31 zu finden.


## 2.5.1    Bürstenkonzept 1


drei kleine Radialbürsten; gedrehter Messerblock

 

Nachteile:
-Messerblock gedreht: zusätzlicher manueller Aufwand
-Probleme bei der Abdichtung der Gehäuseöffnung wegen gedreh-
 tem Klingenblock
-Probleme bei der Drehrichtung der Bürsten
-viele Einzelteile
-Laufgeräusche durch Zahnräder


Vorteile:
-guter Reinigungsgrad

B005240

Bürstenkonzepte _____ Seite 22


## 2.5.2    Bürstenkonzept 2

auf und ab bewegte Bürste

  

Nachteile:
-starke mechanische Beanspruchung der Borsten
-keine Reinigung -der Messerunterseite
                 -der Hinterschneidung
                 -des Scherkammerbodens
-Wandlung von Rotation des Motors in Translation der Bürste

B005241

### 2.5.3   Bürstenkonzept 3

elektrische Zahnbürsten als Bürstenantrieb





Bürstenbewegung:

1.)



Braun dc2
Powerdent

2.)



Braun dc1
Powerdent

3.)

Powerdent
Interplak
modifiziert



Nachteile:
-kombinierter Antrieb(1) im Test nicht überzeugend
-bei Querbewegung(2) allgemein schlechte Reinigung
-bei Längsbewegung(3) : -4mm Hub: mit el.Zahnbürste Powerdent:
                         mäßige Reinigung
                        -12mm Hub: mit el.Zahnbürste Interplak
                         modifiziert: verbesserte Reinigung
                        -»langer Hub - bessere Reinigung
-allgemein keine Reinigung - der Messerunterseite
                           - des Scherkammerbodens
                           - der Hinterschneidung

B005242

## 2.5.4    Bürstenkonzept 4

elektrische Zahnbürsten als Bürstenantrieb



im Test:

Braun dc1
Powerdent

Nachteile:
-keine Reinigung - der Messerunterseite
                 - des Scherkammerbodens
                 - der Hinterschneidung

B005243

Bürstenkonzepte _____ Seite  25


2.5.5    Bürstenkonzept 5


System Interplak: 10 rotierende Einzelbürsten werden von einer
oszillierenden Zahnstange angetrieben. Der Hub
der Zahnstange ist so groß, daß die Bürsten
alle 1.5 Umdrehungen ihre Drehrichtung umkeh-
ren. Dadurch wird ein ausknicken vermieden.
Dieses Prinzip ist patentiert.
Die Einzelbürsten haben einen Durchmesser von
2 mm und bestehen aus Einzelborsten von
0.15 mm Durchmesser. Der Bürstenabstand be-
trägt 4 mm und die Länge 10 mm.



Nachteile:
-bei Originalborsten keine Reinigung: - der Messerunterseite
                                      - des Scherkammerbodens
                                      - der Hinterschneidung
-bei nicht oszillierender Rotation knicken schon die 10mm
 langen Originalbürsten aus
-25mm lange Einzelbürsten (Reinigungstiefe Rasiererrumpf)
 knicken aus und haben Schwierigkeiten bei der Rotation
 zwischen den Messern: keine Reinigung: - der Messerunterseite
                                        - des Rasierergrundes

-viele Einzelteile wie: -Bürsten
                        -Zahnräder
                        -Zahnstange
-Umwandlung von Rotation des Motors in oszillierende Transla-
 tion der Zahnstange; anschließend in oszillierende Rotation
 der Bürsten

Vorteile:
-sehr gute Reinigung zwischen den Messern
-Borsten fädeln nicht in Scherfolie ein
-Einzelbürsten reinigen Schmutzecken im Scherblatt

B005244

Bürstenkonzepte _____ Seite 26

## 2.5.6    Bürstenkonzept 6

Bürstenband mit Abstreifer



Nachteile:
-keine Reinigung: - der Messerunterseite
                  - des Scherkammerbodens
                  - nur eine Messerseite, je nach Drehrichtung
-aufwendige Herstellung des Bürstenbandes

Vorteile:
-eventuell keine Absaugung erforderlich

B005245

Case 1:03-cv-12428-WGY     Document 125     Filed 08/22/2005     Page 28 of 31

2.5.7    Bürstenkonzept 7

zwei rotierende Konturbürsten: -lange Borsten für Rasierer-
                                    grund
                               -kurze Borsten für Messer



Nachteile:
-Konturbürste teurer als gerade Bürsten
-lange Borsten knicken nicht unter das Messer um Rasierer-
 grund zu reinigen
-keine Reinigung der Messerunterseite
-viele Einzelteile wie: -Bürsten
                        -Zahnräder
-bei hoher Drehzahl erhebliche Laufgeräusche durch Zahnräder zu
 erwarten
-bei Verwendung von nur langen Borsten zu große Baugröße

Vorteile:
-gute Reinigung zwischen den Messern
-keine Drehrichtungsumkehr des Motors notwendig ➤Vorteil bei
 der eventuellen Integration einer Absaugung, siehe Seite 38
 Kritik und Ausblick unter Lüfterrad
-Einhandbedienung
-bei Verwendung von nur langen Borsten sehr gute Reinigung in
 allen Bereichen

B005246

## 2.5.8    Bürstenkonzept 8

rotierende Bürste mit zusätzlicher translatorischer Bewegung



Nachteile:
-für jede Bewegung ein Motor notwendig
-je nach Drehrichtung der Bürste: Reinigung nur einer
                                   Messerseite

Vorteile:
-eine Seite des Rasierers wird mit langen Borsten gut gereinigt
-keine Drehrichtungsumkehr des Motors notwendig ➤Vorteil bei
 der eventuellen Integration einer Absaugung, siehe Seite 38
 Kritik und Ausblick unter Lüfterrad

B005247

Bürstenkonzepte _____                                    Seite  29

## 2.5.9    Bürstenkonzept 9

rotierende Bürste mit zusätzlicher manueller Drehung
des Rasierers



Nachteile:
-Dichtungsprobleme
-starke Beanspruchung der Borsten durch Drehung des Rasierers


Vorteile:
-keine Drehrichtungsumkehr des Motors notwendig ⇒Vorteil bei
 der eventuellen Integration einer Absaugung, siehe Seite 38
 Kritik und Ausblick unter Lüfterrad

B005248

## 2.5.10   Bürstenkonzept 10

Bürste mit Drehrichtungsumkehr



für t= x s in jede Richtung

Nachteile:
-Motor muß die Drehrichtung wechseln können
-Probleme bei der eventuellen Integration einer Absaugung
 wegen der Drehrichtung des Lüfterrades

Vorteile:
-Einhandbedienung
-bei langen Borsten sehr gute Reinigung in allen Bereichen
-auch bei langen Borsten akzeptable Baugröße
-wird gewählt, siehe Tabelle Seite 31

B005249