Bürstenkonzepte _____ Seite  31

## 2.6     Bewertung der Bürstenkozepte

Die Bewertung der Bürstenkonzepte erfolgt durch + = gut, o = durch
schnittlich und - = schlecht mit dem Schwerpunkt auf den Reinigungs-
grad. Die Abdichtung des Gehäuses sowie die Drehrichtung der Bürste
stehen im Zusammenhang mit Herstellungsaufwand. Der konstruktive
Aufwand ist von untergeordneter Rolle, solange eine Realisierung
möglich ist.

| Bürsten-konzept / Kriterium | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reini-gungs-grad | Rasie-rergrund | o | - | - | - | + | o | + | + | + | + |
| | Messer-block | + | o | + | o | + | + | + | o | + | + |
| | Scher-blatt | o | - | o | - | + | - | + | + | + | + |
| | Messer-block-unter-seite | o | - | | - | - | - | + | - | + | + |
| Herstellungs-aufwand | | - | o | o | + | - | o | o | o | o | + |
| Drehrichtung | | - | ! | ! | ! | - | + | - | + | + | o |
| Abdichtung Gehäuse | | o | o | + | + | + | + | + | + | o | + |
| Lebensdauer | | + | - | o | + | | + | o | o | - | o |
| konstruktiver Aufwand | | o | o | - | + | o | o | o | o | o | + |

! keine Drehung, aber aufwendige oszillierende Translation

gewählt

Konzept 10 wird aufgrund der guten Reinigungswirkung, dem geringen
konstruktiven und Herstellungs- Aufwand, das Fehlen von Dichtungs-
problemen, durchschnittlichen, aber der verbesserungsfähigen
Lebensdauer sowie Drehrichtungsproblemen weiterverfolgt.
Die Konzepte 2, 3, 4, 5, 6+ 8 sind auszuschließen, weil in unter-
schiedlichen Bereichen nur eine schlechte Reinigung möglich ist.
    Die Konzepte 1, 7+ 9 können mit Einschränkung weiterverfolgt
werden. Vergleiche Nachteile unter 2.6.1, 2.6.7+ 2.6.9.

B005250

Borstenarten — Seite 32



| Bursten / Rasierer | | Unterschneidung | Rasierergrund | 1) | 2) | |
|---|---|---|---|---|---|---|
| **Borstenlänge 50** | hart | + | + | + | \| | + |
| | harte weiche Borsten | + | + | + | + | + |
| | harte Borsten | + | + | \| | + | \| |
| | hart | \| | \| | + | \| | \| |
| **Borstenlänge 30** | hart | o | \| | + | \| | + |
| | harte weiche Borsten | + | o | + | + | + |
| | harte Borsten | + | o | + | \| | + |
| | hart | \| | \| | + | \| | \| |
| **Borstenlänge 10** | hart | \| | \| | + | \| | + |
| | harte weiche Borsten | \| | \| | + | \| | \| |
| | harte Borsten | \| | \| | + | + | \| |
| | hart | \| | \| | + | \| | \| |

+ = gut, o = durchschnittlich, \| = schlecht

B005251

## 2.8      Borstenauswahl

zur Verfügung stehende Borsten:

|  | Durchmesser [mm] | Werkstoff |
|---|---|---|
| Einzelfasern | 0.09 | Nylon |
|  | 0.13 | Nylon |
|  | 0.15 | Nylon |
|  | 0.20 | Nylon |
| Pinsel | 0.05/0.20 | Schweineborsten |
| Waschbürsten | 0.30 | Nylon |
| Zahnbürsten Oral B | 0.20 | Nylon |
| Flaschenbürsten Fa.Topp Frankfurt | 0.08/0.17 | Schweineborsten |
| Reinigungsbürstchen vom Rasierer | 0.20 | Nylon |

Für die Vorversuche wurden alle zur Verfügung stehenden Borsten-
und Bürstentypen verwendet. Schon in den Bürstenkonzepten kon-
ten einige Typen ausgeschlossen werden (Seite 31).
Nach der Bewertung der Borstenarten auf Reinigungswirkung unter
2.7 auf Seite 32 und der Forderung nach 90% Reinigungsgrad kom-
men nur Radialbürsten mit weichen Borsten von 30- 50 mm Länge
in Frage. Um in diesem ersten Schritt eine geeignete Bürste aus-
zuwählen, reicht eine visuelle Abschätzung über den Reinigungs-
grad aus. Die weiteren Versuche beziehen sich auf zweireihige
Linearbürsten, die mit den im Werk zur Verfügung stehenden Ny-
lonborsten ohne großen Aufwand selbst herstellbar sind.
Mit der Stroboskoplampe wird der Einfädel- und Knickprozess
der Borsten zwischen und unter den Messern sowie in den Hinter-
schneidungen beobachtet.

B005252

3.0    Test und Bewertung der gewählten Bürste

| i | Bartalter | | 1 | 1 | 1 | | |
|---|---|---|---|---|---|---|---|
| 1 | vor | R.komplett | 216.865 | 217.009 | 217.007 | | |
| 2 | der | R.o.Scherbl. | 213.148 | 213.294 | 213.292 | | |
| 3 | Rasur | Scherblatt | 3.717 | 3.714 | 3.717 | | |
| 4 | nach | R.komplett | 216.909 | 217.060 | 217.075 | | |
| 5 | der | R.o.Scherbl. | 213.183 | 213.334 | 213.343 | | |
| 6 | Rasur | Scherblatt | 3.726 | 3.732 | 3.731 | | |
| 7 | | Borstendurchmesser[mm] | .150 | .150 | .150 | | |
| 8 | | Bürstendurchmesser[mm] | 96.000 | 96.000 | 96.000 | | |
| 9 | | Umdrehungen [min-1] | 3300 | 3300 | 3300 | | |
| 10 | Reini- | 1)m[g] | 216.866 | 217.010 | 217.008 | | |
| 11 | gungs- | 1)\|4-10\|[g] | .043 | .050 | .067 | | |
| 12 | grad | 1)11/27[%] | 97.727 | 98.039 | 98.529 | | |
| 13 | ohne | 2)m[g] | 213.149 | 213.296 | 213.292 | | |
| 14 | Gehäu- | 2)\|5-13\|[g] | .034 | .038 | .051 | | |
| 15 | se; | 2)14/28[%] | 97.143 | 95.000 | 100.000 | | |
| 16 | nur | 3)m[g] | 3.717 | 3.714 | 3.717 | | |
| 17 | Bürste | 3)\|6-16\|[g] | .009 | .018 | .014 | | |
| 18 | | 3)17/29[%] | 100.000 | 100.000 | 100.000 | | |
| 19 | Rasier- | \|1-4\|[g] | .044 | .051 | .068 | | |
| 20 | staub | \|2-5\|[g] | .035 | .040 | .051 | | |
| 21 | | \|3-6\|[g] | .009 | .018 | .014 | | |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle 3.0

Bemerkung: Der geforderte Reinigungsgrad von 90%, d.h. die Ent-
fernung des Staubes innerhalb der Systemgrenze Rasierer, wird
erreicht. Zweireihige Linearbürsten mit 96 mm langen Borsten
sind für eine Reinigungsstation geeignet.

Der erzielte Reinigungsgrad liegt über 95% (Zeilen 12, 15, 18).

Die Einzelfunktion "Rasierstaub entfernen" ist somit erfüllt.

B005253

## 3.1      Test und Bewertung LV1t

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | vor | R.komplett | 217.015 | 217.026 | 217.015 | 217.064 | 217.060 |
| 2 | der | R.o.Scherbl. | 213.297 | 213.306 | 213.297 | 213.347 | 213.344 |
| 3 | Rasur | Scherblatt | 3.719 | 3.719 | 3.719 | 3.721 | 3.716 |
| 4 | nach | R.komplett | 217.111 | 217.133 | 217.070 | 217.159 | 217.154 |
| 5 | der | R.o.Scherbl. | 213.363 | 213.395 | 213.344 | 213.412 | 213.420 |
| 6 | Rasur | Scherblatt | 3.748 | 3.737 | 3.731 | 3.747 | 3.732 |
| 7 | | Borstendurchmesser[mm] | .090 | .090 | .090 | .090 | .150 |
| 8 | | Bürstendurchmesser[mm] | 96.000 | 96.000 | 96.000 | 96.000 | 96.000 |
| 9 | | Umdrehungen [min-1] | 2800 | 2800 | 2800 | 2800 | 3200 |
| 10 | Reini- | 1)m[g] | 217.045 | 217.042 | 217.021 | 217.076 | 217.064 |
| 11 | gungs- | 1)\|4-10\|[g] | .066 | .091 | .049 | .083 | .090 |
| 12 | station | 1)11/27[%] | 68.750 | 85.047 | 89.091 | 87.368 | 95.745 |
| 13 | mit ab- | 2)m[g] | 213.319 | 213.322 | 213.306 | 213.356 | 213.347 |
| 14 | abgedich- | 2)\|5-13\|[g] | .044 | .073 | .038 | .056 | .073 |
| 15 | teter Dose | 2)14/28[%] | 66.667 | 82.022 | 80.851 | 86.154 | 96.053 |
| 16 | | 3)m[g] | 3.724 | 3.720 | 3.719 | 3.724 | 3.717 |
| 17 | | 3)\|6-16\|[g] | .024 | .017 | .012 | .023 | .015 |
| 18 | | 3)17/29[%] | 82.759 | 94.444 | 100.000 | 88.462 | 93.750 |
| 19 | | vor der | | | | | |
| 20 | | Rasur | | | | | |
| 21 | Dose | m[g] | 8.348 | 8.350 | 8.350 | 8.347 | 8.697 |
| 22 | | nach der | | | | | |
| 23 | | Rasur | | | | | |
| 24 | | m[g] | 8.388 | 8.400 | 8.371 | 8.376 | 8.733 |
| 25 | | \|24-21\|[g] | .040 | .050 | .021 | .029 | .036 |
| 26 | | 25/27[%] | 41.667 | 46.729 | 38.182 | 30.526 | 38.298 |
| 27 | Rasier- | 1-4\|[g] | .096 | .107 | .055 | .095 | .094 |
| 28 | staub | 2-5\|[g] | .066 | .089 | .047 | .065 | .076 |
| 29 | | 3-6\|[g] | .029 | .018 | .012 | .026 | .016 |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle 3.1

Beziehend auf LV1t unter 2.3.4 "Rasierstaub sammeln" wird hier überprüft,
ob eine einfache Auffangbox anforderungsgerecht sammelt (nur 10% vom ent-
fernten Staub dürfen extern entweichen).

Eine Auffangbox ohne Absaugung gewährleistet nicht die Forderung nach
90% des vom Rasierer entfernten Staubes innerhalb der Systemgrenze
zu sammeln. Siehe Zeile 26 (prozentuale Rasierstaubmenge innerhalb
der Systemgrenze).

Es ist LV2t zu testen und bewerten.

B005254

Skizze Prinzipmuster (LV2t)                                    Seite  36



BRAUN

PRINZIPMUSTER LV2t

REINIGUNGSSTATION

**3.3      Test und Bewertung Prinzipmuster LV2t unter Variation von Borstendicke und Drehzahl**



Bild 3.3 zeigt, daß die Reinigungsstation den gleichen Gesamt-
reinigungsgrad erreicht, wie die manuelle Reinigung unter 1.3
auf Seite 8. Der Rasiererrumpf mit Klingenblock wird etwas
schlechter, das Scherblatt wesentlich gründlicher gereinigt.
Aus den Tabellen A-11 bis A-14 folgt, daß mit steigendem Bor-
stendurchmesser die Drehzahl der Bürste erhöht werden kann,
ohne daß die Borsten seitlich ausknicken oder sich um die Dreh-
achse wickeln. Dies ist prinzipiell vorteilhaft, da sich die
Reinigungszeit bei gleichbleibendem Reinigungsgrad verkürzt.
Die durchschnittliche Menge Rasierstaub innerhalb der System-
grenze Reinigungsstation liegt bei 81 %. Ein Teil des Schwundes
ist durch statische Aufladung von Haaren und Kunststoffgehäuse
bedingt.
Die Drehrichtung des Motors wird durch Umpolen am Netzgerät ge-
ändert.
Die Absaugung geschieht durch einen am Saugrohr modifizierten
handelsüblichen Handstaubsauger, weil das die schnellste Lö-
sung war. Die Saugleistung ist bei rotierender Bürste an der
Zufuhröffnung spürbar. Loser Staub vom Rasierer/Scherblatt kann
an der Öffnung abgesaugt werden.

B005256

Kritik und Ausblick

4.1      Bürsten:

Die Borsten biegen sich bei der Rotation durch den Luftwider-
stand S- förmig. Daher laufen die Spitzen der Bürste auf einem
kleineren Teilkreisdurchmesser. Der Gesamtdurchmesser der Bürste
kann somit ca. 1-2 mm größer ausgelegt werden, als der Innen-
durchmesser des Gehäuses. Sind die Borsten länger, spleißt die
Überlänge durch das Schlagen an die Gehäuseöffnungen auf. Das
kann sich eventuell positiv auf den Reinigungsvorgang auswirken.
In einem Dauertest kann überprüft werden, ob das Aufspleißen der
Borsten nur in der Überlänge auftritt und unkritisch ist.
Da sich der Bürstentyp zweireihige Linearbürste mit 96 mm Bors-
tenlänge und 0.20 mm Borstendurchmesser gut bewährt hat, wurde
die Firma Mink Bürsten in Göppingen beauftragt, eine Musterbürs-
te nach Skizze auf Seite 43 herzustellen. Ergebnisse mit der
Bürste können hier aus Termingründen nicht mehr dokumentiert
werden.

4.2      Gehäuse:

Der Gehäusedurchmesser kann voraussichtlich von 94 mm auf
80-85 mm reduziert werden (Baugröße). Für die ersten Prinzipmus-
ter standen nur Plexiglasrohre mit 67 mm und 94 mm Durchmesser
zur Verfügung. Das 67 mm Rohr erwies sich als zu klein, da
schon bei Drehzahlen von 800 min⁻¹, je nach Borstendicke, die
Borsten sich um die eigene Achse wickelten.
Im 94 mm -Gehäuse kann die Bürste bis ca. 4000 min⁻¹ belastet
werden.

4.3      Rasierer:

Der Schwingkopf des Rasieres darf nicht in einem des Totpunkte
klemmen, damit das Herausführen des Rasierapparates gewährleis-
tet ist.

B005257

## 4.4    Antrieb:

Eine wichtige Verbesserung von LV2t auf Seite 36 ist der Antrieb
von Lüfterrad und Bürste durch nur einen Motor, wie in Konzept
1. Die Baugröße wird erheblich verkleinert. Mit Hilfe eines Ge-
triebes ist es möglich für Bürste und Lüfterrad die Drehzahl op-
timal auszulegen. Es sind Laufgeräusche zu erwarten.
Das Gehäuse ist horizontal in Höhe der Drehachse der Bürste
geteilt.
Es besteht die Möglichkeit das Gehäuseoberteil für unterschied-
liche Rasierertypen kompatibel zu gestalten. Der Bereich der Zu-
führöffnung sollte trichterförmig sein, damit der beim Abziehen
des Scherblattes herausfallende lose Staub in der Systemgrenze
gesammelt werden kann.


## 4.5    Lüfterrad:

Es gibt zwei denkbare Lüfterradtypen:

1) rückwärtsgekrümmte
   Schaufeln:            in einer Richtung maximale Saugleistung;
                         in der anderen geringere als bei 2).

2) gerade Schaufeln:    in beiden Richtungen geringere Saugleis-
                        tung als bei 1) maximal.

Verwendet man Lüfterrad 1 dreht es erst in Richtung der geringe-
ren Saugleistung, anschließend entgegengesetzt zum vollen
Absaugen.
Mit Lüfterrad 2 hat man konstante Saugleistung über den ganzen
Zyklus.

B005258

## 4.6     Alternative:

In Konzept 2 sind Bürste, Lüfterrad und Motor auf einer Achse
angeordnet. Ein Getriebe entfällt. Die Probleme liegen in der
Drehzahlabstimmung, da für Bürste und Lüfterrad unterschiedliche
Umfangsgeschwindigkeiten ideal sind. Eine einsteckbare Kassette
sammmelt den Staub.

## 4.7     Zuführen des Scherblattes

Bei den Versuchen zur Bestimmung des Reinigungsgrades der Reini-
gungsstation wurde das Scherblatt zum Reinigen in die Zuführöff-
nung des Rasierers gehalten. Weder für Finger noch für Scher-
blatt stellt die weiche, schnell rotierende Bürste eine Gefähr-
dung dar. Der Grad der Reinigung liegt im Durchschnitt bei 96%.
In den inneren Ecken im Scherblatt, in den Totpunkten der oszil-
lierenden Messerbewegung befindet sich der am schlechtesten zu
entfernende Schmutz. Die Zuführung des Scherblattes muß in ei-
nem bestimmten Winkel zur Bürste erfolgen, so daß die Borsten-
spitzen bis in die Ecken gelangen können. Das Gehäuse eines
Funktionsmusters sollte eine gleichzeitige Zuführung und Reini-
gung von Rasiererrumpf und Scherblatt ermöglichen. Das Scher-
blatt muß, da es an beiden Enden verschmutzt ist, entweder sei-
tenweise zugeführt oder im Gehäuse gedreht werden. Eine Drehung
im Gehäuse ist technisch aufwendig und kann die Lebensdauer der
Bürste senken.
Den kleinsten Aufwand stellt eine Öffnung im Gehäuse dar, in
der das Scherblatt manuell während des Bürstenlaufes fixiert
wird. Da die Bürste im Prinzipmuster die Drehrichtung wechselt,
werden beide Ecken im Scherblatt gereinigt. Es bleibt in Ver-
suchen zu ermitteln, wieviel Staub möglicherweise durch die
Scherblattöffnung außerhalb der Sytemgrenze entweicht.

Im Experiment zeigten sich Spuren von ganz feinem weißen Staub,
der der minimale Abrieb der Borsten am Scherblatt ist. Dies
konnte man nur am schwarzen Scherblattrahmen sehen.

B005259



B005260



B005261

Skizze Bürste _____ Seite 43



**Gerät nach jeder Rasur reinigen**

Alle Stoppeln, die das Gerät abgeschoren hat, befinden sich nach der Rasur im Scherkopf. Es ist zweckmäßig, sie jedesmal direkt nach der Rasur zu entfernen und nicht zu warten, bis das Gerät wirklich verschmutzt ist oder sogar seine Leistung nachläßt.

Wie reinigen Sie einen Scherfolienrasierer?



- Setzen Sie die Schutzkappe auf den Scherkopf, damit der Folie nichts passieren kann.
- Ziehen Sie den Scherkopf ab.
- Klopfen oder blasen Sie die Stoppeln heraus.



- Mit dem Bürstchen, das zur Ausstattung Ihres Geräts gehört, reinigen Sie den Klingenblock.
- Niemals die Scherfolie mit dem Brüstchen reinigen — sie könnte beschädigt werden!



- Lassen Sie das Gerät ohne Scherkopf 2–3 Sekunden lang laufen — es schüttelt dabei die restlichen Stoppeln ab.



- Mit speziellen Reinigungssprays, die Sie im Fachgeschäft bekommen, können Sie Ihr Gerät jede Woche einmal gründlicher säubern. Diese Sprays lösen auch die Talgrückstände von den Schneidkanten des Klingenblocks bzw. der Messer.
- Wenn Sie kein Spray verwenden, empfiehlt sich alle ein, zwei Monate eine gründlichere Reinigung mit einer fettlösenden Flüssigkeit.

Quelle: Braun Nathan International, Seite 27

B005263

BRAUN

SCHERSYSTEM

HÄUFIGKEIT DER SCHERKOPFREINIGUNG     (IN %)

| METHODE | NACH JEDER RASUR | 2-3MAL PRO WOCHE | WÖCHENT-LICH | MONAT-LICH | SELTEN |
|---|---|---|---|---|---|
| MEGBLASEN | 43 | 12 | 10 | 2 | 1 |
| ABKLOPFEN | 37 | 9 | 9 | 2 | - |
| ABBÜRSTEN | 26 | 10 | 32 | 10 | 5 |
| ABRÜTTELN | 10 | 7 | 6 | 5 | 3 |

< > MEHRFACHNENNUNG

Bild A- 2

Quelle: Marktuntersuchung 1982 von BRAUN
Benutzer von Braun-Geräten in Deutschland

B005264

**BRAUN**

SCHERSYSTEM

METHODEN DER SCHERKOPFREINIGUNG

| | | |
|---|---|---|
| • ABBÜRSTEN | 29 % | |
| • WEGBLASEN | 24 | DABEI WIRD |
| • ABKLOPFEN | 21 | NUR DER LOSE |
| • ABRÜTTELN | 11 | HAARSTAUB ENTFERNT |
| | | |
| • REINIGUNGSFLÜSSIGKEIT | 9 | ABBÜRSTEN |
| • SONSTIGE FLÜSSIGKEIT | 5 | IST ZUSÄTZLICH |
| • REINIGUNGSSPRAY | 1 | ERFORDERLICH |
| | 100 % | |

Bild A- 3

Quele: Marktuntersuchung 1982 von BRAUN
Benutzer von Braun-Geräten in Deutschland

B005265

# BRAUN

SCHERSYSTEM

GENERELLE ZUFRIEDENHEIT MIT DER SCHERKOPFREINIGUNG

- SEHR ZUFRIEDEN                    ~ 40 %
- ÜBERWIEGEND ZUFRIEDEN             ~ 41
- MEHR ODER WENIGER ZUFRIEDEN       ~ 13
- NICHT SO ZUFRIEDEN                ~ 4
- GAR NICHT ZUFRIEDEN               ~ 2
                                    ‾‾‾‾‾
                                    ~ 100 %

Bild A- 4

Quelle: Marktuntersuchung 1982 von BRAUN
Benutzer von Braun-Geräten in Deutschland

B005266

Rasierstaubanalyse _____ Seite A- 5

## A-5.1   Rasierstaubeigenschaften

Allgemeine Größen:

Haardichte        1,34g/cm³ ± 0,02g/cm³
Haarwachstum      0,38mm/Tag; 20%
Haardicke         140µm ± 30µm
Anzahl/Fläche     507/cm²; 230 ... 90/cm

Rasiertechnische Größen:

Rasierfläche      310cm² ± 57cm²
Partikelgröße     20µm
Masse/Tag         ø 45mg; max.74mg

vergleiche Bild A-5 und A-6



Bild A-5.2 Rasierstaub (Haaren, Haut und Talg)
Aufnahme Kameramikroskop 37,2-fache Vergrößerung

B005267



Oszillierend geschnittene Barthaare unter dem
Rasterelektronenmikroskop (ohne Haut und Talg)

Quelle: REM, Braun

B005268

Meßwerte manuelle Rasiererreinigung    Seite A- 7

| 1 | | | 4 | 2.25 | 4 | 2 | 1.25 |
|---|---|---|---|---|---|---|---|
| 1 | vor | R.komplett | 216.749 | 216.768 | 216.810 | 214.102 | 214.159 |
| 2 | der | R.o.Scherbl. | 213.002 | 213.014 | 213.059 | 210.391 | 210.443 |
| 3 | Rasur | Scherblatt | 3.746 | 3.751 | 3.751 | 3.709 | 3.716 |
| 4 | nach | R.komplett | 216.904 | 216.876 | 216.944 | 214.249 | 214.261 |
| 5 | der | R.o.Scherbl. | 213.129 | 213.109 | 213.171 | 210.492 | 210.507 |
| 6 | Rasur | Scherblatt | 3.777 | 3.765 | 3.771 | 3.751 | 3.732 |
| 7 | loser | R.komplett | 216.854 | 216.858 | 216.913 | 214.222 | 214.233 |
| 8 | Staub | R.o.Scherbl. | 213.082 | 213.096 | 213.143 | 210.474 | 210.500 |
| 9 | | Scherblatt | 3.776 | 3.762 | 3.770 | 3.750 | 3.732 |
| 10 | Reini- | 1)m[g] | 216.825 | 216.802 | 216.850 | 214.135 | 214.186 |
| 11 | gung: | 1)\|4-10\|[g] | .079 | .076 | .094 | .114 | .055 |
| 12 | Rasierer | 1)11/37[%] | 50.968 | 68.519 | 70.149 | 77.551 | 67.073 |
| 13 | einschal- | 2)m[g] | 213.069 | 213.047 | 213.096 | 210.425 | 210.470 |
| 14 | ten | 2)\|5-13\|[g] | .060 | .062 | .075 | .067 | .037 |
| 15 | Scher- | 2)14/38[%] | 47.244 | 65.263 | 66.964 | 66.337 | 57.813 |
| 16 | blatt | 3)m[g] | 3.756 | 3.754 | 3.753 | 3.711 | 3.717 |
| 17 | ab- | 3)\|6-16\|[g] | .021 | .011 | .018 | .040 | .015 |
| 18 | klopfen | 3)17/39[%] | 67.742 | 78.571 | 90.000 | 95.238 | 93.750 |
| 19 | | 1)m[g] | 216.778 | 216.777 | 216.826 | 214.107 | 214.156 |
| 20 | | 1)\|4-19\|[g] | .126 | .099 | .118 | .142 | .085 |
| 21 | Reini- | 1)20\37[%] | 81.290 | 91.667 | 88.060 | 96.599 | 103.659 |
| 22 | gung | 2)m[g] | 213.026 | 213.026 | 213.073 | 210.398 | 210.440 |
| 23 | mit | 2)\|5-22\|[g] | .103 | .083 | .098 | .094 | .067 |
| 24 | Bürst- | 2)22\38[%] | 81.102 | 87.368 | 87.500 | 93.069 | 104.688 |
| 25 | chen | 3)m[g] | 3.753 | 3.751 | 3.753 | 3.709 | 3.715 |
| 26 | | 3)\|6-25\|[g] | .024 | .014 | .018 | .042 | .017 |
| 27 | | 3)26/39[%] | 77.419 | 100.000 | 90.000 | 100.000 | 106.250 |
| 28 | | 1)m[g] | 216.768 | 216.770 | 216.816 | 214.099 | 214.150 |
| 29 | | 1)\|4-28\|[g] | .136 | .106 | .128 | .150 | .091 |
| 30 | gründ- | 1)29\37[%] | 87.742 | 98.148 | 95.522 | 102.041 | 110.976 |
| 31 | liche | 2)m[g] | 213.014 | 213.021 | 213.067 | 210.392 | 210.434 |
| 32 | Reini- | 2)\|5-31\|[g] | .115 | .088 | .104 | .100 | .073 |
| 33 | gung | 2)32\38[%] | 90.551 | 92.632 | 92.857 | 99.010 | 114.063 |
| 34 | mit | 3)m[g] | 3.751 | 3.751 | 3.752 | 3.707 | 3.714 |
| 35 | Bürst- | 3)\|6-34\|[g] | .026 | .014 | .019 | .044 | .018 |
| 36 | chen | 3)35\39[%] | 83.871 | 100.000 | 95.000 | 104.762 | 112.500 |
| 37 | | \|1-4\|[g] | .155 | .108 | .134 | .147 | .082 |
| 38 | Rasier- | \|2-5\|[g] | .127 | .095 | .112 | .101 | .064 |
| 39 | staub | \|3-6\|[g] | .031 | .014 | .020 | .042 | .016 |
| 40 | | total[g] | .237 | .118 | .226 | .158 | .088 |
| 41 | | ø(37/1)[g] | .039 | .048 | .034 | .074 | .066 |
| 42 | | øges(40/1)[g] | .059 | .052 | .057 | .079 | .070 |
| 43 | | außer- | .082 | .010 | .092 | .011 | .006 |
| 44 | Schwund | halb R. [%] | 34.599 | 8.475 | 40.708 | 6.962 | 6.818 |
| 45 | | inner- [g] | .019 | .002 | .006 | -.003 | -.009 |
| 46 | | halb R. [%] | 8.017 | 1.695 | 2.835 | -1.899 | -10.227 |

1)R.komplett 2)R.o.Scherblatt 3)Scherblatt

Tabelle A- 7

B005269

Meßwerte manuelle Rasiererreinigung                          Seite A- 8

| | Berteiler | | 1 | 2 | s | 1 | 1 |
|---|---|---|---|---|---|---|---|
| 1<br>2<br>3 | vor<br>der<br>Rasur | R.komplett<br>R.o.Scherbl.<br>Scherblatt | 216.666<br>212.932<br>3.733 | 216.665<br>212.932<br>3.733 | 216.677<br>212.940<br>3.737 | 216.689<br>212.953<br>3.735 | 216.699<br>212.962<br>3.737 |
| 4<br>5<br>6 | nach<br>der<br>Rasur | R.komplett<br>R.o.Scherbl.<br>Scherblatt | 216.702<br>212.963<br>3.742 | 216.783<br>213.032<br>3.747 | 216.821<br>213.018<br>3.751 | 216.750<br>212.995<br>3.746 | 216.743<br>212.995<br>3.751 |
| 7<br>8<br>9 | loser<br>Staub | R.komplett<br>R.o.Scherbl.<br>Scherblatt | 216.697<br>212.959<br>3.741 | 216.777<br>213.022<br>3.746 | 216.732<br>212.985<br>3.747 | 216.734<br>212.990<br>3.746 | 216.734<br>212.983<br>3.749 |
| 10<br>11<br>12 | Reini-<br>gung:<br>Rasierer | 1)m[g]<br>1)|4-10|[g]<br>1)11/37[%] | 216.683<br>.019<br>52.778 | 216.702<br>.061<br>68.644 | 216.716<br>.105<br>72.917 | 216.710<br>.040<br>65.576 | 216.703<br>.040<br>90.909 |
| 13<br>14<br>15 | einschal-<br>ten<br>Scher- | 2)m[g]<br>2)|5-13|[g]<br>2)14/38[%] | 212.947<br>.016<br>51.613 | 212.967<br>.065<br>65.000 | 212.972<br>.046<br>58.974 | 212.974<br>.019<br>47.500 | 212.963<br>.032<br>96.970 |
| 16<br>17<br>18 | blatt<br>ab-<br>klopfen | 3)m[g]<br>3)|6-16|[g]<br>3)17/39[%] | 3.736<br>.006<br>66.667 | 3.738<br>.009<br>64.286 | 3.743<br>.008<br>57.143 | 3.740<br>.006<br>54.545 | 3.737<br>.016<br>100.000 |
| 19<br>20<br>21 | Reini-<br>gung<br>mit<br>Bürst-<br>chen | 1)m[g]<br>1)|4-19|[g]<br>1)20\37[%] | 216.663<br>.039<br>108.333 | 216.674<br>.109<br>92.373 | 216.688<br>.133<br>92.361 | 216.693<br>.057<br>93.443 | 216.688<br>.055<br>125.000 |
| 22<br>23<br>24 | | 2)m[g]<br>2)|5-22|[g]<br>2)22\38[%] | 212.927<br>.036<br>116.129 | 212.942<br>.090<br>90.000 | 212.953<br>.065<br>83.333 | 212.956<br>.037<br>92.500 | 212.953<br>.042<br>127.273 |
| 25<br>26<br>27 | | 3)m[g]<br>3)|6-25|[g]<br>3)26/39[%] | 3.733<br>.009<br>100.000 | 3.735<br>.012<br>85.714 | 3.738<br>.013<br>92.857 | 3.735<br>.011<br>100.000 | 3.737<br>.016<br>100.000 |
| 28<br>29<br>30 | gründ-<br>liche<br>Reini-<br>gung<br>mit<br>Bürst-<br>chen | 1)m[g]<br>1)|4-28|[g]<br>1)29\37[%] | 216.659<br>.043<br>119.444 | 216.668<br>.115<br>97.458 | 216.681<br>.140<br>97.222 | 216.690<br>.060<br>98.361 | 216.687<br>.056<br>127.273 |
| 31<br>32<br>33 | | 2)m[g]<br>2)|5-31|[g]<br>2)32\38[%] | 212.926<br>.037<br>119.355 | 212.936<br>.096<br>96.000 | 212.945<br>.073<br>93.590 | 212.956<br>.039<br>97.500 | 212.951<br>.044<br>133.333 |
| 34<br>35<br>36 | | 3)m[g]<br>3)|6-34|[g]<br>3)35\39[%] | 3.733<br>.009<br>100.000 | 3.733<br>.016<br>100.000 | 3.735<br>.016<br>114.286 | 3.735<br>.011<br>100.000 | 3.737<br>.016<br>100.000 |
| 37<br>38<br>39 | Rasier-<br>staub | 1-4[g]<br>2-5[g]<br>3-6[g] | .036<br>.031<br>.009 | .118<br>.100<br>.014 | .164<br>.078<br>.014 | .061<br>.040<br>.011 | .044<br>.033<br>.014 |
| 40<br>41<br>42 | | total[g]<br>φ(37/1)[g]<br>φges(40/1)[g] | .039<br>.036<br>.039 | .125<br>.059<br>.056 | .201<br>.029<br>.040 | .065<br>.061<br>.041 | .047<br>.044<br>.042 |
| 43<br>44<br>45<br>46 | Schwund | außer-<br>halb R. [g]<br>[%]<br>inner-<br>halb R. [g]<br>[%] | .003<br>7.692<br>-.007<br>-17.949 | -.007<br>-6.306<br>.003<br>2.703 | .057<br>28.358<br>.004<br>1.990 | -.020<br>-48.780<br>.001<br>2.439 | -.002<br>-4.762<br>-.012<br>-28.571 |

1)R.komplett 2)R.o.Scherblatt 3)Scherblatt

Tabelle A- 8

B005270

Meßwerte manuelle Rasiererreinigung                                    Seite A- 9

| # | Bartalter | | 1 | 7 | 3 | 1.25 | 3 |
|---|---|---|---|---|---|---|---|
| 1 | vor der Rasur | R.komplett | 216.693 | 216.706 | 216.739 | 216.739 | 216.748 |
| 2 | | R.o.Scherbl. | 212.955 | 212.964 | 212.997 | 212.995 | 213.000 |
| 3 | | Scherblatt | 3.737 | 3.754 | 3.743 | 3.746 | 3.746 |
| 4 | nach der Rasur | R.komplett | 216.737 | 216.880 | 216.857 | 216.831 | 216.774 |
| 5 | | R.o.Scherbl. | 212.989 | 213.114 | 213.098 | 213.064 | 213.024 |
| 6 | | Scherblatt | 3.746 | 3.763 | 3.754 | 3.765 | 3.749 |
| 7 | loser Staub | R.komplett | 216.730 | 216.814 | 216.825 | 216.817 | 216.774 |
| 8 | | R.o.Scherbl. | 212.984 | 213.052 | 213.070 | 213.056 | 213.024 |
| 9 | | Scherblatt | 3.745 | 3.762 | 3.753 | 3.762 | 3.748 |
| 10 | Reinigung: Rasierer einschalten Scherblatt abklopfen | 1)m[g] | 216.713 | 216.781 | 216.781 | 216.786 | 216.768 |
| 11 | | 1)\|4-10\|[g] | .024 | .099 | .076 | .045 | .006 |
| 12 | | 1)11/37[%] | 54.545 | 56.897 | 64.407 | 48.913 | 23.077 |
| 13 | | 2)m[g] | 212.973 | 213.027 | 213.031 | 213.034 | 213.022 |
| 14 | | 2)\|5-13\|[g] | .016 | .087 | .067 | .030 | .002 |
| 15 | | 2)14/38[%] | 47.059 | 58.000 | 66.337 | 43.478 | 8.333 |
| 16 | | 3)m[g] | 3.739 | 3.753 | 3.749 | 3.752 | 3.746 |
| 17 | | 3)\|6-16\|[g] | .007 | .010 | .005 | .013 | .002 |
| 18 | | 3)17/39[%] | 77.778 | 108.889 | 45.455 | 68.421 | 100.000 |
| 19 | Reinigung mit Bürstchen | 1)m[g] | 216.697 | 216.740 | 216.749 | 216.750 | 216.752 |
| 20 | | 1)\|4-19\|[g] | .040 | .140 | .108 | .081 | .022 |
| 21 | | 1)20\37[%] | 90.909 | 80.460 | 91.525 | 88.043 | 84.615 |
| 22 | | 2)m[g] | 212.959 | 212.991 | 213.003 | 213.003 | 213.004 |
| 23 | | 2)\|5-22\|[g] | .030 | .123 | .095 | .061 | .020 |
| 24 | | 2)22\38[%] | 88.235 | 82.000 | 94.059 | 88.406 | 83.333 |
| 25 | | 3)m[g] | 3.739 | 3.752 | 3.746 | 3.748 | 3.746 |
| 26 | | 3)\|6-25\|[g] | .007 | .011 | .008 | .017 | .002 |
| 27 | | 3)26/39[%] | 78.889 | 122.222 | 72.727 | 89.474 | 100.000 |
| 28 | gründliche Reinigung mit Bürstchen | 1)m[g] | 216.690 | 216.721 | 216.746 | 216.746 | 216.750 |
| 29 | | 1)\|4-28\|[g] | .047 | .159 | .111 | .085 | .024 |
| 30 | | 1)29\37[%] | 106.818 | 91.379 | 94.068 | 92.391 | 92.308 |
| 31 | | 2)m[g] | 212.958 | 212.978 | 213.000 | 213.000 | 213.002 |
| 32 | | 2)\|5-31\|[g] | .031 | .136 | .098 | .064 | .022 |
| 33 | | 2)32\38[%] | 91.176 | 90.667 | 97.030 | 92.754 | 91.667 |
| 34 | | 3)m[g] | 3.738 | 3.751 | 3.746 | 3.746 | 3.746 |
| 35 | | 3)\|6-34\|[g] | .008 | .012 | .008 | .019 | .002 |
| 36 | | 3)35\39[%] | 88.889 | 133.333 | 72.727 | 100.000 | 100.000 |
| 37 | Rasierstaub | \|1-4\| [g] | .064 | .174 | .118 | .092 | .026 |
| 38 | | 2-5\| [g] | .034 | .150 | .101 | .069 | .024 |
| 39 | | 3-6\| [g] | .009 | .009 | .011 | .019 | .002 |
| 40 | | total [g] | .048 | .623 | .135 | .105 | .033 |
| 41 | | ø(37/1)[g] | .044 | .025 | .039 | .074 | .009 |
| 42 | | øø+t(40/1)[g] | .048 | .089 | .045 | .084 | .011 |
| 43 | Schwund | außerhalb R. [g] | .004 | .449 | .017 | .013 | .007 |
| 44 | | außerhalb R. [%] | 8.333 | 72.071 | 12.593 | 12.381 | 21.212 |
| 45 | | innerhalb R. [g] | -.003 | .015 | .007 | .007 | .002 |
| 46 | | innerhalb R. [%] | -6.818 | 8.621 | 5.932 | 7.609 | 7.692 |

1)R.komplett 2)R.o.Scherblatt 3)Scherblatt

Tabelle A- 9

B005271

Meßwerte manuelle Rasiererreinigung    Seite A-10

| # | | Bartalter | | 2 | 1.25 | 1 | | |
|---|---|---|---|---|---|---|---|---|
| 1 | vor | R.komplett | | 214.102 | 214.159 | 216.792 | | |
| 2 | der | R.o.Scherbl. | | 210.391 | 210.443 | 213.116 | | |
| 3 | Rasur | Scherblatt | | 3.709 | 3.716 | 3.674 | | |
| 4 | nach | R.komplett | | 214.249 | 214.241 | 216.851 | | |
| 5 | der | R.o.Scherbl. | | 210.492 | 210.507 | 213.170 | | |
| 6 | Rasur | Scherblatt | | 3.751 | 3.732 | 3.685 | | |
| 7 | loser | R.komplett | | 214.222 | 214.233 | 216.842 | | |
| 8 | Staub | R.o.Scherbl. | | 210.476 | 210.500 | 213.160 | | |
| 9 | | Scherblatt | | 3.750 | 3.732 | 3.675 | | |
| 10 | Reini-gung: | 1)=[g] | | 214.135 | 214.186 | 216.812 | | |
| 11 | Rasierer | 1)[4-10][g] | | .114 | .055 | .039 | | |
| 12 | einschal-ten | 1)11/37[%] | | 77.551 | 67.073 | 66.102 | | |
| 13 | Scher-blatt | 2)=[g] | | 210.425 | 210.470 | 213.161 | | |
| 14 | ab-klopfen | 2)[5-13][g] | | .067 | .037 | .029 | | |
| 15 | | 2)14/38[%] | | 66.337 | 57.813 | 53.704 | | |
| 16 | | 3)=[g] | | 3.711 | 3.717 | 3.675 | | |
| 17 | | 3)[6-16][g] | | .040 | .015 | .010 | | |
| 18 | | 3)17/39[%] | | 95.238 | 93.750 | 90.909 | | |
| 19 | Reini-gung mit Bürst-chen | 1)=[g] | | 214.107 | 214.156 | 216.796 | | |
| 20 | | 1)[4-19][g] | | .142 | .085 | .055 | | |
| 21 | | 1)20/37[%] | | 96.599 | 103.659 | 93.220 | | |
| 22 | | 2)=[g] | | 210.398 | 210.440 | 213.120 | | |
| 23 | | 2)[5-22][g] | | .094 | .067 | .050 | | |
| 24 | | 2)22/38[%] | | 93.069 | 104.688 | 92.593 | | |
| 25 | | 3)=[g] | | 3.709 | 3.715 | 3.674 | | |
| 26 | | 3)[6-25][g] | | .042 | .017 | .011 | | |
| 27 | | 3)26/39[%] | | 100.000 | 106.250 | 100.000 | | |
| 28 | gründ-liche Reini-gung mit Bürst-chen | 1)=[g] | | 214.099 | 214.150 | 216.794 | | |
| 29 | | 1)[4-28][g] | | .150 | .091 | .057 | | |
| 30 | | 1)29/37[%] | | 102.041 | 110.976 | 96.610 | | |
| 31 | | 2)=[g] | | 210.392 | 210.434 | 213.119 | | |
| 32 | | 2)[5-31][g] | | .100 | .073 | .051 | | |
| 33 | | 2)32/38[%] | | 99.010 | 114.063 | 94.444 | | |
| 34 | | 3)=[g] | | 3.707 | 3.714 | 3.674 | | |
| 35 | | 3)[6-34][g] | | .044 | .018 | .011 | | |
| 36 | | 3)35/39[%] | | 104.762 | 112.500 | 100.000 | | |
| 37 | Rasier-staub | 1-6 [g] | | .147 | .082 | .059 | | |
| 38 | | 2-5 [g] | | .101 | .064 | .054 | | |
| 39 | | 3-6 [g] | | .042 | .016 | .011 | | |
| 40 | | total [g] | | .147 | .083 | .062 | | |
| 41 | | ø(37/1)[g] | | .074 | .066 | .059 | | |
| 42 | | øges(40/1)[g] | | .074 | .066 | .062 | | |
| 43 | Schwund | außer-halb R. | [g] | | .001 | .003 | | |
| 44 | | | [%] | | 1.205 | 4.839 | ERROR | ERROR |
| 45 | | inner-halb R. | [g] | -.003 | -.009 | .002 | | |
| 46 | | | [%] | -2.041 | -10.843 | 3.226 | | |

1)R.komplett 2)R.o.Scherblatt 3)Scherblatt

Tabelle A-10

B005272

Meßwerte Reinigungsstation                                          Seite A- 11

| i | | | 1 | 1 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|
| i | Bartalter | | 1 | .75 | 3 | 2 | 3 |
| 1<br>2<br>3 | vor<br>der<br>Rasur | R.komplett<br>R.o.Scherbl.<br>Scherblatt | 217.050<br>213.331<br>3.719 | 217.043<br>213.328<br>3.718 | 211.220<br>207.529<br>3.691 | 211.220<br>207.526<br>3.689 | 211.291<br>207.595<br>3.695 |
| 4<br>5<br>6 | nach<br>der<br>Rasur | R.komplett<br>R.o.Scherbl.<br>Scherblatt | 217.098<br>213.372<br>3.728 | 217.095<br>213.365<br>3.731 | 211.333<br>207.622<br>3.711 | 211.300<br>207.587<br>3.713 | 211.468<br>207.748<br>3.719 |
| 7<br>8<br>9 | Borstendurchmesser[mm]<br>Bürstendurchmesser[mm]<br>Umdrehungen [min-1] | | .200<br>96.000<br>3200 | .200<br>96.000<br>3200 | .200<br>96.000<br>3200 | .200<br>96.000<br>3200 | .200<br>96.000<br>3200 |
| 10<br>11<br>12 | Reini-<br>gungs-<br>station<br>mit Ab-<br>saugung | 1)m[g]<br>1)\|4-10\|[g]<br>1)11/27[%] | 217.053<br>.045<br>93.750 | 217.054<br>.041<br>78.846 | 211.224<br>.109<br>96.460 | 211.232<br>.068<br>85.000 | 211.299<br>.169<br>95.480 |
| 13<br>14<br>15 | | 2)m[g]<br>2)\|5-13\|[g]<br>2)14/28[%] | 213.335<br>.037<br>90.244 | 213.336<br>.029<br>78.378 | 207.531<br>.091<br>97.849 | 207.535<br>.052<br>85.246 | 207.603<br>.145<br>94.771 |
| 16<br>17<br>18 | | 3)m[g]<br>3)\|6-16\|[g]<br>3)17/29[%] | 3.719<br>.009<br>100.000 | 3.719<br>.012<br>92.308 | 3.692<br>.019<br>95.000 | 3.694<br>.019<br>79.167 | 3.697<br>.022<br>91.667 |
| 19<br>20<br>21 | Hand-<br>staub-<br>sauger-<br>düse | vor der<br>Rasur<br>m[g] | 78.541 | 78.583 | 78.022 | 77.955 | 78.620 |
| 22<br>23<br>24<br>25<br>26 | | nach der<br>Rasur<br>m[g]<br>\|24-21\|[g]<br>25/27[%] | 78.583<br>.042<br>87.500 | 78.614<br>.031<br>59.615 | 78.125<br>.103<br>91.150 | 78.018<br>.063<br>78.750 | 78.762<br>.142<br>80.226 |
| 27<br>28<br>29 | Rasier-<br>staub | 1-4\|[g]<br>2-5\|[g]<br>3-6\|[g] | .048<br>.041<br>.009 | .052<br>.037<br>.013 | .113<br>.093<br>.020 | .080<br>.061<br>.024 | .177<br>.153<br>.024 |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle A-11

Bemerkung:
Reinigungsstation zwischen Gehäuse und Saugrohr abgedichtet.

B005273

Meßwerte Reinigungsstation                                      Seite A- 12

| i | Anzahl der Rasuren | | 1 | 1 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|
| i | Bartalter | | 2 | 1 | 4 | 1.5 | 2 |
| 1 | vor | R.komplett | 211.254 | 211.265 | 211.302 | 211.299 | 211.282 |
| 2 | der | R.o.Scherbl. | 207.559 | 207.571 | 207.606 | 207.604 | 207.585 |
| 3 | Rasur | Scherblatt | 3.694 | 3.695 | 3.696 | 3.696 | 3.695 |
| 4 | nach | R.komplett | 211.353 | 211.308 | 211.430 | 211.355 | 211.370 |
| 5 | der | R.o.Scherbl. | 207.644 | 207.603 | 207.709 | 207.642 | 207.659 |
| 6 | Rasur | Scherblatt | 3.712 | 3.703 | 3.720 | 3.711 | 3.712 |
| 7 | Borstendurchmesser[mm] | | .200 | .200 | .200 | .200 | .200 |
| 8 | Bürstendurchmesser[mm] | | 96.000 | 96.000 | 96.000 | 96.000 | 96.000 |
| 9 | Umdrehungen [min-1] | | 3200 | 3200 | 3200 | 3200 | 3200 |
| 10 | Reini- | 1)m[g] | 211.255 | 211.262 | 211.313 | 211.303 | 211.282 |
| 11 | gungs- | 1)｜4-10｜[g] | .098 | .046 | .117 | .052 | .088 |
| 12 | station | 1)11/27[%] | 98.990 | 106.977 | 91.406 | 92.857 | 100.000 |
| 13 | mit Ab- | 2)m[g] | 207.561 | 207.567 | 207.616 | 207.606 | 207.586 |
| 14 | saugung | 2)｜5-13｜[g] | .083 | .036 | .093 | .036 | .073 |
| 15 | | 2)14/28[%] | 97.647 | 112.500 | 90.291 | 94.737 | 98.649 |
| 16 | | 3)m[g] | 3.694 | 3.695 | 3.697 | 3.698 | 3.694 |
| 17 | | 3)｜6-16｜[g] | .018 | .008 | .023 | .013 | .018 |
| 18 | | 3)17/29[%] | 100.000 | 100.000 | 95.833 | 86.667 | 105.882 |
| 19 | | vor der | | | | | |
| 20 | | Rasur | | | | | |
| 21 | Hand- | m[g] | 78.262 | 78.341 | 78.384 | 78.512 | 78.540 |
| 22 | staub- | nach der | | | | | |
| 23 | sauger- | Rasur | | | | | |
| 24 | düse | m[g] | 78.346 | 78.384 | 78.512 | 78.547 | 78.610 |
| 25 | | ｜24-21｜[g] | .084 | .043 | .128 | .035 | .070 |
| 26 | | 25/27[%] | 84.848 | 100.000 | 100.000 | 62.500 | 79.545 |
| 27 | Rasier- | 1-4 [g] | .099 | .043 | .128 | .056 | .088 |
| 28 | staub | 2-5 [g] | .085 | .032 | .103 | .038 | .074 |
| 29 | | 3-6 [g] | .018 | .008 | .024 | .015 | .017 |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle A-12

Bemerkung:
Reinigungsstation zwischen Gehäuse und Saugrohr abgedichtet.

B005274

Meßwerte Reinigungsstation                                      Seite A- 13

| i | Anzahl der Rasuren | | 1 | 3 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|
| i | Bartalter | | 2 | 3 | 1 | 3 | 2 |
| 1 | vor | R.komplett | 217.059 | 210.995 | 217.059 | 211.267 | 217.061 |
| 2 | der | R.o.Scherbl. | 213.341 | 207.280 | 213.341 | 207.573 | 213.343 |
| 3 | Rasur | Scherblatt | 3.719 | 3.711 | 3.719 | 3.694 | 3.719 |
| 4 | nach | R.komplett | 217.167 | 211.193 | 217.132 | 211.434 | 217.152 |
| 5 | der | R.o.Scherbl. | 213.427 | 207.436 | 213.400 | 207.722 | 213.421 |
| 6 | Rasur | Scherblatt | 3.741 | 3.754 | 3.733 | 3.712 | 3.733 |
| 7 | Borstendurchmesser[mm] | | .150 | .150 | .153 | .200 | .200 |
| 8 | Bürstendurchmesser[mm] | | 96.000 | 96.000 | 96.000 | 96.000 | 96.000 |
| 9 | Umdrehungen [min-1] | | 3920 | 3920 | 3920 | 3200 | 3200 |
| 10 | Reini- | 1)m[g] | 217.059 | 211.019 | 217.061 | 211.271 | 217.089 |
| 11 | gungs- | 1)\|4-10\|[g] | .108 | .174 | .071 | .163 | .063 |
| 12 | station | 1)11/27[%] | 100.000 | 87.879 | 97.260 | 97.605 | 69.231 |
| 13 | mit Ab- | 2)m[g] | 213.341 | 207.299 | 213.343 | 207.577 | 213.371 |
| 14 | saugung | 2)\|5-13\|[g] | .086 | .057 | .145 | .050 |  |
| 15 |  | 2)14/28[%] | 100.000 | 87.821 | 96.610 | 97.315 | 64.103 |
| 16 |  | 3)m[g] | 3.719 | 3.720 | 3.719 | 3.694 | 3.719 |
| 17 |  | 3)\|6-16\|[g] | .022 | .034 | .014 | .018 | .014 |
| 18 |  | 3)17/29[%] | 100.000 | 79.070 | 100.000 | 100.000 | 100.000 |
| 19 |  | vor der |  |  |  |  |  |
| 20 |  | Rasur |  |  |  |  |  |
| 21 | Hand- | m[g] | 77.617 |  | 77.760 | 78.138 | 77.840 |
| 22 | staub- | nach der |  |  |  |  |  |
| 23 | sauger- | Rasur |  |  |  |  |  |
| 24 | düse | m[g] | 77.697 |  | 77.833 | 78.278 | 77.888 |
| 25 |  | \|24-21\|[g] | .080 |  | .073 | .140 | .048 |
| 26 |  | 25/27[%] | 74.074 |  | 100.000 | 83.832 | 52.747 |
| 27 | Rasier- | 1-4\|[g] | .108 | .198 | .073 | .167 | .091 |
| 28 | staub | 2-5\|[g] | .086 | .156 | .059 | .149 | .078 |
| 29 |  | 3-6\|[g] | .022 | .043 | .014 | .018 | .014 |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle A-13

Bemerkung:
Reinigungsstation zwischen Gehäuse und Saugrohr abgedichtet.

B005275

Meßwerte Reinigungsstation                                        Seite A- 14

| i | | | 1 | 1 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|
| i | Bartalter | | 3 | 2 | 2 | 3 | 1 |
| 1 | vor | R.komplett | 211.285 | 217.085 | 217.140 | 217.170 | 217.162 |
| 2 | der | R.o.Scherbl. | 207.586 | 213.365 | 213.417 | 213.446 | 213.434 |
| 3 | Rasur | Scherblatt | 3.695 | 3.720 | 3.720 | 3.720 | 3.728 |
| 4 | nach | R.komplett | 211.408 | 217.208 | 217.215 | 217.306 | 217.220 |
| 5 | der | R.o.Scherbl. | 207.691 | 213.470 | 213.474 | 213.548 | 213.483 |
| 6 | Rasur | Scherblatt | 3.714 | 3.733 | 3.740 | 3.762 | 3.737 |
| 7 | Borstendurchmesser[mm] | | .200 | .200 | .200 | .200 | .200 |
| 8 | Bürstendurchmesser[mm] | | 96.000 | 96.000 | 96.000 | 96.000 | 96.000 |
| 9 | Umdrehungen [min-1] | | 3200 | 3200 | 3200 | 3200 | 3200 |
| 10 | Reini-gungs-station mit Ab-saugung | 1)m[g] | 211.297 | 217.140 | 217.140 | 217.170 | 217.164 |
| 11 | | 1)|4-10|[g] | .111 | .068 | .075 | .136 | .056 |
| 12 | | 1)11/27[%] | 90.244 | 55.285 | 100.000 | 100.000 | 96.552 |
| 13 | | 2)m[g] | 207.599 | 213.415 | 213.415 | 213.444 | 213.437 |
| 14 | | 2)|5-13|[g] | .092 | .055 | .059 | .104 | .046 |
| 15 | | 2)14/28[%] | 87.619 | 52.381 | 103.509 | 101.961 | 93.878 |
| 16 | | 3)m[g] | 3.698 | 3.720 | 3.723 | 3.728 | 3.725 |
| 17 | | 3)|6-16|[g] | .016 | .013 | .017 | .034 | .012 |
| 18 | | 3)17/29[%] | 84.211 | 100.000 | 85.000 | 80.952 | 133.333 |
| 19 | | vor der | | | | | |
| 20 | | Rasur | | | | | |
| 21 | Hand-staub-sauger-düse | m[g] | 78.151 | 78.859 | 78.969 | 79.038 | 79.151 |
| 22 | | nach der | | | | | |
| 23 | | Rasur | | | | | |
| 24 | | m[g] | 78.847 | 78.967 | 79.030 | 79.151 | 79.209 |
| 25 | | |24-21|[g] | .696 | .108 | .061 | .113 | .058 |
| 26 | | 25/27[%] | 565.854 | 87.805 | 81.333 | 83.088 | 100.000 |
| 27 | Rasier-staub | 1-4|[g] | .123 | .123 | .075 | .136 | .058 |
| 28 | | 2-5|[g] | .105 | .105 | .057 | .102 | .049 |
| 29 | | 3-6|[g] | .019 | .013 | .020 | .042 | .009 |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle A-14

Bemerkung:
Reinigungsstation zwischen Gehäuse und Saugrohr abgedichtet.

B005276

A-15    Quellenverzeichnis


Pahl/Beitz              Konstruktionselemente; Berlin, $1986^2$
Würtemberger, G.        Tabellenbuch Metall; Wuppertal, $1986^{35}$
Braun Nathan
International            Die moderne Trockenrasur; München, 1983



Patentabteilung        Braun AG
REM- Abteilung         Braun AG
Dokumentation          Braun AG



Herr Dr. -Ing. Jung; Braun AG
Herr Klauer; Braun AG
Herr Jung; Braun AG
Herr Steinbrunner; Firma Mink Bürsten

B005277