## EXHIBIT AA



US005711328A

## United States Patent [19]

### Braun

[11] Patent Number: 5,711,328
[45] Date of Patent: Jan. 27, 1998

[54] CLEANING DEVICE FOR THE SHAVING HEAD OF A DRY SHAVER

[75] Inventor: Gebhard Braun, Kelkheim, Germany

[73] Assignee: Braun Aktiengesellschaft, Frankfurt, Germany

[21] Appl. No.: 376,849

[22] Filed: Jan. 23, 1995

[30] Foreign Application Priority Data

Jan. 26, 1994 [DE] Germany ............ 44 02 238.7

[51] Int. Cl.6 ............................................. B08B 3/04
[52] U.S. Cl. ................... 134/111; 134/116; 134/135; 134/186; 134/201
[58] Field of Search .................. 134/135, 201, 134/198, 102.3, 116, 23, 24, 186, 111; 30/41, 41.3

[56] References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 412,461 | 10/1889 | Cmon ............ 134/201 |
| 1,105,045 | 7/1914 | Shiphard ............ 134/111 |
| 1,782,793 | 11/1930 | Piccione ............ 134/88 |
| 2,485,968 | 10/1949 | Hilliker ............ 134/111 |
| 2,595,838 | 5/1952 | Fugue ............ 134/111 |
| 2,675,012 | 4/1954 | Scales ............ 134/111 |
| 3,041,212 | 6/1962 | Booth ............ 134/155 |
| 3,096,776 | 7/1963 | DeWitt ............ 134/111 |
| 3,172,416 | 3/1965 | Simmons . | 
| 3,227,167 | 1/1966 | Parent, Jr. ............ 134/109 |
| 3,365,267 | 1/1968 | McKinney et al. ............ 134/111 |
| 3,378,019 | 4/1968 | Riolo et al. ............ 134/111 |
| 3,480,022 | 11/1969 | Richardson et al. ............ 134/135 |
| 3,876,649 | 4/1975 | Schimke ............ 134/95 |
| 3,890,988 | 6/1975 | Lee ............ 134/111 |
| 3,908,681 | 9/1975 | Schimke et al. ............ 134/95.2 |
| 4,054,963 | 10/1977 | Taylor . | 
| 4,105,342 | 8/1978 | Plourde ............ 134/111 |
| 4,442,596 | 4/1984 | Nasu ............ 30/41.5 |
| 4,462,415 | 7/1984 | Otzen ............ 134/111 |
| 4,549,352 | 10/1985 | Ochiai et al. ............ 30/41.5 |
| 4,597,126 | 7/1986 | Beech ............ 134/155 |
| 4,631,825 | 12/1986 | Kurigana et al. ............ 30/43.92 |
| 4,730,631 | 3/1988 | Schwartz ............ 134/170 |
| 4,215,486 | 3/1989 | Schinn ............ 134/155 |
| 4,991,609 | 2/1991 | Browning ............ 134/184 |
| 5,064,521 | 11/1991 | Stepanenko et al. ............ 204/224 |
| 5,095,925 | 3/1992 | Elledge et al. ............ 134/184 |
| 5,118,357 | 6/1992 | Sabatka ............ 134/64 R |
| 5,143,101 | 9/1992 | Mor ............ 134/108 |
| 5,156,813 | 10/1992 | Calhoun ............ 134/186 |
| 5,179,890 | 1/1993 | Reuveni et al. ............ 134/108 |
| 5,186,631 | 2/1993 | Kitajima ............ 134/164 |
| 5,318,356 | 6/1994 | Shelton ............ 312/223.1 |
| 5,333,628 | 8/1994 | Ogata et al. ............ 134/64 R |
| 5,335,394 | 8/1994 | Cunningham et al. ............ 134/135 |
| 5,456,275 | 10/1995 | Barish ............ 134/275 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 808932 | 2/1937 | France ............ 134/281 |
| 2568111 | 1/1986 | France ............ A45D 27/46 |
| 2 568 11 | 7/1986 | France . |
| 412981 | 5/1925 | Germany ............ 134/141 |
| 24 29 372 | 8/1976 | Germany . |
| 06 178876 | 6/1994 | Japan . |
| 87679 | 10/1936 | Sweden ............ 134/116 |
| 0 337 132 | 11/1930 | United Kingdom . |
| 1 206 791 | 9/1970 | United Kingdom . |
| 1 206 792 | 9/1970 | United Kingdom . |
| 2 129 732 | 5/1984 | United Kingdom . |

OTHER PUBLICATIONS

Copy of European Search Report dated May 16, 1995.
EP Search report dated Mar. 23, 1995.
Black & Decker, "Powerpro, Dustbuster Plus, Cordless Vacs", 1989, 90, pp. 4, 8–9.

Primary Examiner—Frankie L. Stinson
Attorney, Agent, or Firm—Fish & Richardson P.C.

[57] ABSTRACT

The invention is directed to a cleaning device 5, with a cradle structure 7 receiving the shaving head 3 of a shaving apparatus 1, as well as at least one cleaning fluid container 6, 61 and a device adapted to be driven by a motor 28 for feeding the cleaning fluid, wherein the cradle structure 7 receiving the shaving head 3 is arranged separately from the cleaning fluid container 6 and is supplied with cleaning fluid from the container.

27 Claims, 8 Drawing Sheets



# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments:** 2

**Patent #:** 5711328    **Issue Dt:** 01/27/1998    **Application #:** 08376849    **Filing Dt:** 01/23/1995
**Inventor:** GEBHARD BRAUN
     **Title:** CLEANING DEVICE FOR THE SHAVING HEAD OF A DRY SHAVER

**Assignment: 1**
   **Reel/Frame:** 007769/0797    **Recorded:** 01/23/1995    **Pages:** 4
   **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
     **Assignor:** BRAUN, GEBHARD    **Exec Dt:** 12/21/1994
     **Assignee:** BRAUN AKTIENGESELLSCHAFT
       FRANKFURTER STRABE 145/POSTFACH 1120
       FRANKFURT, GERMANY
   **Correspondent:** FISH & RICHARDSON P.C.
       ERID L. PRAHL
       225 FRANKLIN STREET
       BOSTON, MA 02110-2804

**Assignment: 2**
   **Reel/Frame:** 011035/0269    **Recorded:** 08/17/2000    **Pages:** 11
   **Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).
     **Assignor:** BRAUN AKTIENGESELLSCHAFT    **Exec Dt:** 12/13/1999
     **Assignee:** BRAUN GMBH
       FRANKFURTER STRASSE 145
       D-61476 KRONBERG, GERMANY
   **Correspondent:** FISH & RICHARDSON P.C.
       ERIC L. PRAHL
       225 FRANKLIN STREET
       BOSTON, MA 02110-2804

Search Results as of: 11/19/2003 3:01:11 P.M.

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web interface last modified: Oct. 5, 2002

Substitute Form PTO-15(     12-28-1995     **COVER SHEET**   Attorney Docket No.: 0285
**ONLY**    40.-501

Commissioner of Patents    ||||||||||||||||||    tached original document.   08/376849

100110961

1. Name of conveying party(ies):      2. Name and address of receiving party(ies):
   **Gebhard Braun**      **Braun Aktiengesellschaft**
        Frankfurter Straße 145/Postfach 1120
   Additional name(s) attached? ☐ Yes ■ No    Frankfurt, Germany

3. Nature of conveyance:      Additional names/addresses attached? ☐ Yes ■
   ■ Assignment
   ☐ Merger
   ☐ Security Agreement
   ☐ Change of Name
   ☐ Other:

   Execution Date: **December 21, 1994**

4. Application number(s) or patent number(s):
   If this document is being filed with a new application, the execution date of the application is: December 21, 1
   A. Patent Application No.(s):      B. Patent No.(s):

   Additional numbers attached? ☐ Yes ■ No

5. Name/address of party to whom correspondence    6. Total number of applications/patents involved: 1
   concerning document should be mailed:

      7. Total fee (37 CFR 3.41): $40
   **Erid L. Prahl**      ■ Enclosed
   Fish & Richardson P.C.      ☐ Authorized to charge deposit account
   225 Franklin Street
   Boston, MA 02110-2804

      8. Deposit account number: 06-1050
        If the fee above is being charged to deposit
        account, a duplicate copy of this cover sheet is
        attached. Please apply any additional charges
        any credits, to our Deposit Account No. 06-10

   **DO NOT USE THIS SPACE**

9. Statement and signature: To the best of my knowledge and belief, the foregoing information is true and correct
   and the attached is the original document.

   **Erid L. Prahl**      _[signature]_      Jan. 23, 1995
   Name of Person Signing      Signature      Date
   Total number of pages including cover sheet, attachments, and document: 4

060 JJ 02/07/95 08376849      1 581    40.00 CK

"EXPRESS MAIL" Mailing Label Number _RB656234078US_

Date of Deposit _January 23, 1995_
I hereby certify under 37 CFR 1.10 that this correspondence
is being deposited with the United States Postal Service as
"Express Mail Post Office To Addressee" with sufficient
postage on the date indicated above and is addressed to the
Commissioner of Patents and Trademarks, Washington, D.C.
20231.

_Marc Cursey_
PAYPAL

REEL: 7769 FRAME: 0797

08/376849

## ASSIGNMENT

KNOWN ALL MEN BY THESE PRESENTS.
That Whereas I, __Gebhard Braun__ of __Spessartstraße 18, 65779 Kelkheim__, Germany, have invented certain improvements in _____

and have disclosed the same in an application for Letters Patent in the United States therefor, said application having been dated and executed by me concurrently herewith; and

WHEREAS BRAUN AKTIENGESELLSCHAFT, a corporation duly organized and existing under the laws of Germany, and having a place of business at Frankfurt, Germany, hereinafter called BRAUN A.G. is desirous of acquiring the said application for Letters Patent of the United States, all inventions therein disclosed, and any and all Letters Patent of the United States and of all other countries which may be granted for the said inventions, or any of them;

NOW THEREFORE, for good and valuable considerations to me paid by BRAUN A.G., the receipt whereof is hereby acknowledged, I do hereby sell, assign, transfer and set over unto BRAUN A.G., its successors and assigns, the entire right, title and interest in, to and under the said application for United States Letters Patent, including all priority rights arising therefrom, all inventions therein disclosed, and any and all Letters Patent of the United States and of all other countries which may be granted for the said inventions, or any of them.

TO HAVE, HOLD and ENJOY the said inventions, the said application, and the said Letters Patent to said BRAUN A.G., its successors and assigns, to its and their own use and said Letters Patent may be granted, as fully and entirely as the same would have been held and enjoyed by me had this assignment and sale not been made.

And I do hereby authorize and request the Commissioner of Patents and Trademarks of the United States to issue any United States Letters Patent which may be granted on the said

PATENT
REEL: 7769 FRAME: 0798

application, or any divisional, reissue or continuation applications, or for the said inventions or any of them, to said BRAUN A.G., its successors and assigns, as assignees of the entire right, title and interest therein and thereto.

And I do hereby, for myself and for my legal representatives, covenant and agree with BRAUN A.G., its successors and assigns, that I have granted to others no license to make, use or sell any of the said inventions, that our right, title and interest in the said inventions has not been encumbered, that I have good right and title to sell and assign the same, and that I will not execute any instrument in conflict herewith.

And I do hereby, for myself and for my legal representatives, further covenant and agree with BRAUN A.G., its successors and assigns, that upon request I will, and they shall execute divisional, reissue or continuation applications, amended specifications, or rightful oaths; communicate to BRAUN A.G., its successors and assigns, any facts known to me relating to the said inventions or the history thereof; execute preliminary statements and testify in any interference proceedings; execute and deliver any application papers, assignments, or other instruments, and do all other acts which, in the opinion of counsel for BRAUN A.G., may be necessary or convenient to secure the grant of Letters Patent to BRAUN A.G., its successors and assigns, or its nominees, in the United States and in all other countries where BRAUN A.G., may desire to have the said inventions, or any of them, patented, with specifications and claims in such form as shall be approved by counsel for BRAUN A.G., and to vest and confirm in BRAUN A.G., its successors and assigns, or its nominees, the full and complete legal and equitable title to all such Letters Patent, without further consideration than now paid but at the expense of BRAUN A.G., its successors and assigns.

IN WITNESS WHEREOF I have hereunto set my hand and seal this 21st day of December, 19 94.

*(signature)*
(Gebhard Braun)

WITNESSES:

Signed in the presence of:

*(signature)*  
Erika Cordes  
Am Kunzengarten 12  
D-65936 Frankfurt  
FRG

*(signature)*  
Ursula Herbert  
Praunheimer Weg 134  
D-60439 Frankfurt  
FRG