# List of Non-Confidential Exhibits

| Tab | Description |
|---|---|
| 1 * | Patent 5,711,328 |
| 2 * | Patent 5,649,556 |
| 3 * | Patent 3,989,071 |
| 4 * | Patent 4,015,151 |
| 5 * | Patent 3,365,267 |
| 6 * | Patent 3,478,758 |
| 7 * | Patent 2,976,552 |
| 8 * | Braun's Answer to Remington's First Set of Interrogatories |
| 9 * | Rayovac Corporation's Memorandum in Support of its Motion to Compel Discovery |
| 10 * | Plaintiff's Response to Defendant's Third Set of Interrogatories |
| 11 * | 4/27 Electronic Order |
| 12 * | Rayovac's Second Notice of 30(b)(6) 7/13 |
| 13 * | Joint Motion of the Parties' to Amend the Caption |
| 14 * | Report of Samir Nayfeh |
| 15 * | Second Report of Samir Nayfeh |
| 16 * | Affidavit of Samuel R. Phillips |
| 17 * | Declaration of Gebhard Braun |
| 18 * | Declaration of Dietrich Pahl |

| 19 * | **Braun Invention Disclosure Record** |
|---|---|
| 20 * | **'328 Prosecution History, 8/14/97 Response** |
| 21 * | **DE 44 02 238.7** |
| 22 * | **Braun's Supplemental Responses to Second Set of Interrogatories** |
| 23 * | **'328 Patent Prosecution History, 6/24/96 Response** |
| 24 * | **'328 Patent Prosecution History, 5/15/97 Office Action** |
| 25 * | **'328 Patent Prosecution History, 7/18/97 Interview Summary** |
| 26 * | **Motion to Correct Inventorship** |
| 27 * | **5,704,126** |
| 28 * | **B 1157-1158 (English and German)** |
| 29 * | **Inventorship Oath** |
| 30 * | **Merriam-Webster Online Dictionary definition of the word, "during"** |
| 31 | **Case Phillips v. AWH Corporation** |
| 32 | **Braun's Answers to 2nd Set of Interrogatories** |
| 33 | **Stamm Affidavit** |