# EXHIBIT 8

US005711328A

# United States Patent [19]
## Braun

[11] Patent Number: 5,711,328
[45] Date of Patent: Jan. 27, 1998

[54] CLEANING DEVICE FOR THE SHAVING HEAD OF A DRY SHAVER

[75] Inventor: Gebhard Braun, Kelkheim, Germany

[73] Assignee: Braun Aktiengesellschaft, Frankfurt, Germany

[21] Appl. No.: 376,849

[22] Filed: Jan. 23, 1995

[30] Foreign Application Priority Data

Jan. 26, 1994 [DE] Germany ............... 44 02 238.7

[51] Int. Cl.⁶ .................................................. B08B 3/04
[52] U.S. Cl. ................... 134/111; 134/116; 134/135; 134/186; 134/201
[58] Field of Search .................... 134/135, 201, 134/198, 102.3, 116, 23, 24, 186, 111; 30/41, 41.3

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 412,461 | 10/1889 | Canon | 134/201 |
| 1,105,045 | 7/1914 | Shipherd | 134/111 |
| 1,782,793 | 11/1930 | Piccione | 134/88 |
| 2,485,963 | 10/1949 | Hilliker | 134/111 |
| 2,595,838 | 5/1952 | Fague | 134/111 |
| 2,675,012 | 4/1954 | Scales | 134/111 |
| 3,041,212 | 6/1962 | Booth | 134/155 |
| 3,096,776 | 7/1963 | DeWitt | 134/111 |
| 3,172,416 | 3/1965 | Simmons | |
| 3,227,167 | 1/1966 | Parent, Jr. | 134/109 |
| 3,365,267 | 1/1968 | Mekiney et al. | 134/111 |
| 3,378,019 | 4/1968 | Riolo et al. | 134/111 |
| 3,480,022 | 11/1969 | Richardson et al. | 134/135 |
| 3,876,649 | 4/1975 | Schimke | 134/95 |
| 3,890,988 | 6/1975 | Lee | 134/111 |
| 3,908,681 | 9/1975 | Schimke et al. | 134/95.2 |
| 4,054,963 | 10/1977 | Taylor | |
| 4,105,342 | 8/1978 | Plourde | 134/111 |
| 4,442,596 | 4/1984 | Nasu | 30/41.5 |
| 4,462,415 | 7/1984 | Otzen | 134/111 |
| 4,549,352 | 10/1985 | Ochiai et al. | 30/41.5 |
| 4,597,126 | 7/1986 | Beech | 134/111 |
| 4,631,825 | 12/1986 | Kurigama et al. | 30/43.92 |
| 4,730,631 | 3/1988 | Schwartz | 134/170 |
| 4,815,486 | 3/1989 | Schinn | 134/155 |
| 4,991,609 | 2/1991 | Browning | 134/184 |
| 5,064,521 | 11/1991 | Stepanenko et al. | 204/224 |
| 5,095,925 | 3/1992 | Elledge et al. | 134/184 |
| 5,118,357 | 6/1992 | Sabatka | 134/64 R |
| 5,143,101 | 9/1992 | Mor | 134/108 |
| 5,156,813 | 10/1992 | Calhoun | 134/186 |
| 5,179,890 | 1/1993 | Renveai et al. | 134/108 |
| 5,186,631 | 2/1993 | Kitajima | 134/164 |
| 5,318,356 | 6/1994 | Shelton | 312/223.1 |
| 5,333,628 | 8/1994 | Ogata et al. | 134/64 R |
| 5,335,394 | 8/1994 | Cunningham et al. | 134/135 |
| 5,456,275 | 10/1995 | Barish | 134/275 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 808932 | 2/1937 | France | 134/281 |
| 2568111 | 1/1986 | France | A45D 27/46 |
| 2 568 11 | 7/1986 | France | |
| 412981 | 5/1925 | Germany | 134/141 |
| 24 29 372 | 8/1976 | Germany | |
| 06 178876 | 6/1994 | Japan | |
| 87679 | 10/1936 | Sweden | 134/116 |
| 0 337 132 | 11/1930 | United Kingdom | |
| 1 206 791 | 9/1970 | United Kingdom | |
| 1 206 792 | 9/1970 | United Kingdom | |
| 2 129 732 | 5/1984 | United Kingdom | |

OTHER PUBLICATIONS

Copy of European Search Report dated May 16, 1995.
EP Search report dated Mar. 23, 1995.
Black & Decker, "Powerpro, Dustbuster Plus, Cordless Vacs", 1989,90, pp. 4, 8–9.

Primary Examiner—Frankie L. Stinson
Attorney, Agent, or Firm—Fish & Richardson P.C.

[57] ABSTRACT

The invention is directed to a cleaning device 5, with a cradle structure 7 receiving the shaving head 3 of a shaving apparatus 1, as well as at least one cleaning fluid container 6, 61 and a device adapted to be driven by a motor 28 for feeding the cleaning fluid, wherein the cradle structure 7 receiving the shaving head 3 is arranged separately from the cleaning fluid container 6 and is supplied with cleaning fluid from the container.

27 Claims, 8 Drawing Sheets



# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments: 2**
  **Patent #:** 5711328    **Issue Dt:** 01/27/1998    **Application #:** 08376849    **Filing Dt:** 01/23/1995
  **Inventor:** GEBHARD BRAUN
    **Title:** CLEANING DEVICE FOR THE SHAVING HEAD OF A DRY SHAVER

**Assignment: 1**
  **Reel/Frame:** 007769/0797    **Recorded:** 01/23/1995    **Pages:** 4
  **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
    **Assignor:** BRAUN, GEBHARD    **Exec Dt:** 12/21/1994
    **Assignee:** BRAUN AKTIENGESELLSCHAFT
      FRANKFURTER STRABE 145/POSTFACH 1120
      FRANKFURT, GERMANY
  **Correspondent:** FISH & RICHARDSON P.C.
      ERID L. PRAHL
      225 FRANKLIN STREET
      BOSTON, MA 02110-2804

**Assignment: 2**
  **Reel/Frame:** 011035/0269    **Recorded:** 08/17/2000    **Pages:** 11
  **Conveyance:** CHANGE OF NAME (SEE DOCUMENT FOR DETAILS).
    **Assignor:** BRAUN AKTIENGESELLSCHAFT    **Exec Dt:** 12/13/1999
    **Assignee:** BRAUN GMBH
      FRANKFURTER STRASSE 145
      D-61476 KRONBERG, GERMANY
  **Correspondent:** FISH & RICHARDSON P.C.
      ERIC L. PRAHL
      225 FRANKLIN STREET
      BOSTON, MA 02110-2804

Search Results as of: 11/19/2003 3:01:11 P.M.

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723
Web interface last modified: Oct. 5, 2002

Substitute Form PTO-15[ ]  
Attorney Docket No.: 028[ ]

**12-28-1995**

**COVER SHEET 40.-50 ¢**
**ONLY**

Commissioner of Patents

tached original document. 08/376849

100110961

1. Name of conveying party(ies):
**Gebhard Braun**

Additional name(s) attached? ☐ Yes ■ No

2. Name and address of receiving party(ies):
**Braun Aktiengesellschaft**
**Frankfurter Straße 145/Postfach 1120**
**Frankfurt, Germany**

Additional names/addresses attached? ☐ Yes ■ No

3. Nature of conveyance:
   ■ Assignment
   ☐ Merger
   ☐ Security Agreement
   ☐ Change of Name
   ☐ Other:

[Mailroom stamp: JAN 23 1995]  1-23-95

Execution Date: **December 21, 1994**

4. Application number(s) or patent number(s):
If this document is being filed with a new application, the execution date of the application is: December 21, 1[ ]
   A. Patent Application No.(s):
   B. Patent No.(s):

Additional numbers attached? ☐ Yes ■ No

5. Name/address of party to whom correspondence concerning document should be mailed:

   Erid L. Prahl
   Fish & Richardson P.C.
   225 Franklin Street
   Boston, MA 02110-2804

6. Total number of applications/patents involved: 1

7. Total fee (37 CFR 3.41): $40
   ■ Enclosed
   ☐ Authorized to charge deposit account

[Stamp: 66080 U.S. PTO 12/28/95]

8. Deposit account number: **06-1050**
If the fee above is being charged to deposit account, a duplicate copy of this cover sheet i[s] attached. Please apply any additional charges any credits, to our Deposit Account No. 06-10[50]

**DO NOT USE THIS SPACE**

9. Statement and signature: To the best of my knowledge and belief, the foregoing information is true and correct and the attached is the original document.

Erid L. Prahl _____  [signature]  Jan. 23, 1995
Name of Person Signing    Signature    Date

Total number of pages including cover sheet, attachments, and document: 4

060 JJ 02/07/95 08376849    1 581    40.00 CK

"EXPRESS MAIL" Mailing Label Number RB656234US1[?]
Date of Deposit January 23, 1995
I hereby certify under 37 CFR 1.10 that this correspondence is being deposited with the United States Postal Service as "Express Mail Post Office To Addressee" with sufficient postage on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Marc Curry
PAYPAL [?]

REEL: 7769 FRAME: 0797

08/376849

## ASSIGNMENT

KNOWN ALL MEN BY THESE PRESENTS.
That Whereas I, Gebhard Braun of Spessartstraße 18, 65779 Kelkheim, Germany, have invented certain improvements in _____

_____ and have disclosed the same in an application for Letters Patent in the United States therefor, said application having been dated and executed by me concurrently herewith; and

WHEREAS BRAUN AKTIENGESELLSCHAFT, a corporation duly organized and existing under the laws of Germany, and having a place of business at Frankfurt, Germany, hereinafter called BRAUN A.G. is desirous of acquiring the said application for Letters Patent of the United States, all inventions therein disclosed, and any and all Letters Patent of the United States and of all other countries which may be granted for the said inventions, or any of them;

NOW THEREFORE, for good and valuable considerations to me paid by BRAUN A.G., the receipt whereof is hereby acknowledged, I do hereby sell, assign, transfer and set over unto BRAUN A.G., its successors and assigns, the entire right, title and interest in, to and under the said application for United States Letters Patent, including all priority rights arising therefrom, all inventions therein disclosed, and any and all Letters Patent of the United States and of all other countries which may be granted for the said inventions, or any of them.

TO HAVE, HOLD and ENJOY the said inventions, the said application, and the said Letters Patent to said BRAUN A.G., its successors and assigns, to its and their own use and said Letters Patent may be granted, as fully and entirely as the same would have been held and enjoyed by me had this assignment and sale not been made.

And I do hereby authorize and request the Commissioner of Patents and Trademarks of the United States to issue any United States Letters Patent which may be granted on the said

PATENT
REEL: 7769 FRAME: 0798

application, or any divisional, reissue or continuation applications, or for the said inventions or any of them, to said BRAUN A.G., its successors and assigns, as assignees of the entire right, title and interest therein and thereto.

And I do hereby, for myself and for my legal representatives, covenant and agree with BRAUN A.G., its successors and assigns, that I have granted to others no license to make, use or sell any of the said inventions, that our right, title and interest in the said inventions has not been encumbered, that I have good right and title to sell and assign the same, and that I will not execute any instrument in conflict herewith.

And I do hereby, for myself and for my legal representatives, further covenant and agree with BRAUN A.G., its successors and assigns, that upon request I will, and they shall execute divisional, reissue or continuation applications, amended specifications, or rightful oaths; communicate to BRAUN A.G., its successors and assigns, any facts known to me relating to the said inventions or the history thereof; execute preliminary statements and testify in any interference proceedings; execute and deliver any application papers, assignments, or other instruments, and do all other acts which, in the opinion of counsel for BRAUN A.G., may be necessary or convenient to secure the grant of Letters Patent to BRAUN A.G., its successors and assigns, or its nominees, in the United States and in all other countries where BRAUN A.G., may desire to have the said inventions, or any of them, patented, with specifications and claims in such form as shall be approved by counsel for BRAUN A.G., and to vest and confirm in BRAUN A.G., its successors and assigns, or its nominees, the full and complete legal and equitable title to all such Letters Patent, without further consideration than now paid but at the expense of BRAUN A.G., its successors and assigns.

IN WITNESS WHEREOF I have hereunto set my hand and seal this 21st day of December, 19 94.

_____
(Gebhard Braun)

WITNESSES:

Signed in the presence of:

_Erika Cordes_                                   _Ursula Herbert_

Erika Cordes                                     Ursula Herbert
Am Kunzengarten 12                               Praunheimer Weg 134
D-65936 Frankfurt                                D-60439 Frankfurt
FRG                                              FRG

**EXHIBIT 9**
**FILED UNDER SEAL**