| 04/27/2005 | | Judge William G. Young : Electronic ORDER entered RE: 54 Motion to Compel. MOTION ALLOWED AS TO INTERROGATORIES 6,17,18 AND 19. FURTHER DISCOVERY TO BE PROVIDED WITHIN 30 DAYS OF THE DATE OF THIS ORDER, SAVE THAT CONTENTION INTERROGATORIES NEED NOT BE SUPPLEMENTED UNTIL THE DATE SET FOR THE CLOSE OF DISCOVERY. THE REQUESTED DEPOSITIONS SHALL TAKE PLACE IN BOSTON AS AGREED, DATES TO BE PROVIDED WITHIN 7 DAYS OF THE DATE OF THIS ORDER. MOTION OTHERWISE DENIED. cc/cl. (Bell, Marie) (Entered: 04/27/2005) |