IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH, | ) |
|         Plaintiff, | ) |
| v. | ) Civil Action No. 03-CV-12428-WGY |
| RAYOVAC CORPORATION, | ) |
|         Defendant. | ) |

## AFFIDAVIT OF SAMUEL R. PHILLIPS

1.1   I, Samuel R. Phillips, hereby submit this Affidavit.

1.2   I have prepared three expert reports in connection with the above caption matter, and such reports accurately set forth the opinions I have rendered.

1.3   I understand that each of these reports have been provided to opposing counsel.

1.4   I hereby incorporate by reference into this Affidavit the opinions set forth in my expert reports.

1.5   At trial, as necessary, I expect to testify regarding the opinions set forth in my expert reports.

1.6   I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed this 15th day of August, 2005.

_____
Samuel R. Phillips