IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>        Plaintiff,<br><br>        v.<br><br>REMINGTON PRODUCTS COMPANY, LLC,<br><br>        Defendant. | Civil Action No. 03-CV-12428 (WGY) |

## DECLARATION OF GEBHARD BRAUN

I, GEBHARD BRAUN, declare under penalty of perjury under the laws of the United States of America as follows:

1. I submit this Declaration in support of Braun's Motion to Correct Inventorship.

2. I am the named inventor on U.S. Patent Nos. 5,711,328 and 5,649,556 (collectively, the "patents-in-suit").

3. From 1968 until I retired in 1995, I was an employee of Plaintiff Braun GmbH, and its predecessor Braun Aktiengesellschaft. I will use the term "Braun" to refer to both entities.

4. From 1992 to 1995, I worked under the supervision of Dr. Dietrich Pahl, Director of Research and Development for shavers in Braun's Product Development Group.

5. In 1992, Dr. Pahl asked me to develop further a device for cleaning dry shavers (the "cleaning center") that he had been developing. He showed me technical drawings, functional models and a prototype of the cleaning center.

6. From 1992 until my retirement in 1995, I worked to develop and improve the cleaning center.

7. On July 22, 1993, I filed an internal invention disclosure for a device to clean dry shavers with the Patent Department at Braun. The internal invention disclosure described

9473194

Dr. Pahl's cleaning center as well as certain of the improvements that I had developed under Dr. Pahl's supervision. I attached to this declaration a copy of the internal invention disclosure as Exhibit A, as well as a certified translation as Exhibit B. On September 15, 1993, I filed an invention disclosure addendum. I attach to this declaration a copy of the addendum as Exhibit C, as well as a certified translation as Exhibit D.

8. With Dr. Pahl's approval, the internal invention disclosure named me as the sole inventor of the device to clean dry shavers.

9. On January 26, 1994, Braun filed German patent applications based on the internal invention disclosure, naming me as the sole inventor.

10. In January of 1995, Braun filed two applications in the United States based on the German patent applications and my internal invention disclosure. I retired from Braun shortly thereafter, and I was minimally involved in the prosecution of the U.S. patent applications. Consistent with the inventorship listed on the corresponding German patent applications, I signed an Inventor's Declaration as the sole inventor of the patents-in-suit.

11. At the time I signed the Inventor's Declaration for the U.S. patent applications, I was not aware of any differences between German and U.S. patent laws.

12. Based on his development of the cleaning center and his subsequent collaboration with me while he was my supervisor, I believe that Dr. Pahl is a co-inventor with me on the patents-in-suit.

13. I do not object to amending the inventorship of the patents-in-suit to add Dr. Pahl as a co-inventor to the patents-in-suit.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9473194                                    -2-

Executed on July [14], 2004  
Kelkheim, Germany

_____  
Gebhard Braun  
Spessartstr. 18, D-65779  
Kelkheim, Germany