PATENT
ATTORNEY DOCKET NO. 02894/284001

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant : Gebhard Braun            Art Unit: 3405
Serial No.: 08/376,849              Examiner: Stinson
Filed    : January 23, 1995
Title    : CLEANING DEVICE FOR THE SHAVING HEAD OF A DRY SHAVER

Box: AF

Assistant Commissioner for Patents
Washington, DC 20231

RESPONSE

In response to the Examiner's action mailed May 15, 1997, please amend the application as follows.

In the claims:

Cancel claims 7 and 24.

1.  (Thrice amended) A cleaning device comprising:

a cradle structure <u>including a concave surface for</u> [adapted to receive] <u>receiving</u> a shaving head of a shaving apparatus,

a cleaning fluid container, <u>said cradle structure including an outlet port connecting the cradle structure with the cleaning fluid container, said outlet port allowing hair to drain from said cradle structure,</u> and

a feed device for feeding cleaning fluid from said cleaning fluid container to said cradle structure, said cradle structure being arranged above a fluid level of the cleaning fluid in said cleaning fluid container during the feeding of said cleaning fluid to said cradle structure.

Date of Deposit _Aug 14, 1997_
I hereby certify under 37 CFR 1.8(a) that this correspondence is being deposited with the United States Postal Service as first class mail with sufficient postage on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.

_Rita A. LoBue_

9.
2̸.   (Twice amended) [A device as claimed in claim 1, further comprising] A cleaning device comprising:

   a cradle structure adapted to receive a shaving head of a shaving apparatus,

   a cleaning fluid container,

   a feed device for feeding cleaning fluid from said cleaning fluid container to said cradle structure, said cradle structure being arranged above a fluid level of the cleaning fluid in said cleaning fluid container during the feeding of said cleaning fluid to said cradle structure, and

   an electric arrangement for temporarily operating the shaving head of the shaving apparatus and the feed device.

11.
3̸.   (Twice amended) [A device as claimed in claim 1, further comprising] A cleaning device comprising:

   a cradle structure adapted to receive a shaving head of a shaving apparatus,

   a cleaning fluid container,

   a feed device for feeding cleaning fluid from said cleaning fluid container to said cradle structure, said cradle structure being arranged above a fluid level of the cleaning fluid in said cleaning fluid container during the feeding of said cleaning fluid to said cradle structure, and

   a drying device.

14.
8̸.   (Twice amended) [A device as claimed in claim 1, wherein the] A cleaning device comprising:

2

B000376

a cradle structure adapted to receive a shaving head of a shaving apparatus, said cradle structure [is] being permanently open to atmosphere,

a cleaning fluid container, and

a feed device for feeding cleaning fluid from said cleaning fluid container to said cradle structure, said cradle structure being arranged above a fluid level of the cleaning fluid in said cleaning fluid container during the feeding of said cleaning fluid to said cradle structure.

---

Claim 9, line 2, replace "claim 23" with --claim 1--.

Claim 10, line 2, replace "claim 24" with --claim 23--.

---

15.
12. (Twice amended) [A device as claimed in claim 11, further comprising] A cleaning device comprising:

a cradle structure adapted to receive a shaving head of a shaving apparatus,

a cleaning fluid container,

a feed device for feeding cleaning fluid from said cleaning fluid container to said cradle structure, said cradle structure being arranged above a fluid level of the cleaning fluid in said cleaning fluid container during the feeding of said cleaning fluid to said cradle structure,

a collecting dish and a filter, said collecting dish being positioned underneath the cradle structure and including an outlet opening connecting with the filter, and

3

B000377

a hose member permeable to the cleaning fluid provided between the collecting dish and the filter.

Claim 13, line 2, replace "claims 10 or 12" with -- claim 12--.

12. (Twice amended) [A device as claimed in claim 11, wherein the] A cleaning device comprising:

a cradle structure adapted to receive a shaving head of a shaving apparatus,

a cleaning fluid container,

a feed device for feeding cleaning fluid from said cleaning fluid container to said cradle structure, said cradle structure being arranged above a fluid level of the cleaning fluid in said cleaning fluid container during the feeding of said cleaning fluid to said cradle structure, said feed device [includes] including a suction side and a delivery side, and

a collecting dish and a filter, said collecting dish being positioned underneath the cradle structure and including an outlet opening connecting with the filter, the outlet opening being connected to the suction side of the feed device, the filter being in communication with the delivery side of the feed device.

14. (Twice amended) A device as claimed in claim 1, further comprising a filter connected to an inlet of the cradle

4

B000378

structure[, and an outlet port provided in the cradle structure connected to the cleaning fluid container].

18. (Twice amended) [A device as claimed in claim 1, further comprising] A cleaning device comprising:

   a cradle structure adapted to receive a shaving head of a shaving apparatus,

   a cleaning fluid container,

   a feed device for feeding cleaning fluid from said cleaning fluid container to said cradle structure, said cradle structure being arranged above a fluid level of the cleaning fluid in said cleaning fluid container during the feeding of said cleaning fluid to said cradle structure, and

   a bracket for insertion of the shaving apparatus therein[, and a switch for interlocking the shaving apparatus to the bracket].

Claims 17, 19 and 22, line 2, replace "claim 16" with --claim 28--.

Please add the following new claims.

19. A device as claimed in claim 18, further comprising a switch for interlocking the shaving apparatus to the bracket.--

5

B000379

27. A cleaning device comprising:

a cradle structure adapted to receive a shaving head of a shaving apparatus,

a cleaning fluid container, said cradle structure including an outlet port connecting the cradle structure with the cleaning fluid container,

a feed device for feeding cleaning fluid from said cleaning fluid container to said cradle structure, said cradle structure being arranged above a fluid level of the cleaning fluid in said cleaning fluid container during the feeding of said cleaning fluid to said cradle structure, and

a hose member permeable to the cleaning fluid provided between the overflow device and the cleaning fluid container, said hose member being immersed in the cleaning fluid held in the cleaning fluid container.---

REMARKS

Applicant's representative thanks the Examiner for the telephone interview conducted on July 18, 1997.

In the Examiner's action, the Examiner indicated that claims 2-6, 8, 12, 13, 14 and 16-22 would be allowable if rewritten in independent form. We have rewritten claims 2, 3, 8, 12 and 14 in independent form including the limitations of the base claim and any intervening claims. Therefore, we submit that claims 2, 3, 8, 12 and 14, and dependent claims 4, 5 and 13, are in condition for allowance. We have also rewritten claim 13 in independent form, through its alternative dependency from claim

10, as new claim 29. Therefore, we submit that claim 29 is in condition for allowance.

During the telephone interview of July 18, 1997, the Examiner indicated that claim 16 including the limitation of a bracket would remain allowable if amended to delete the recitation of the switch. We have therefore rewritten claim 16 in independent form to include the limitations of claim 1, and deleted the reference to the switch. New claim 28, dependent on claim 16, recites the switch. We submit that claim 16, and claims 17-22, 27 and 28 dependent thereon, are in condition for allowance.

The Examiner has rejected claims 1, 7, 8, 9, 11, 15 and 23-27 as obvious over either MeKiney or Hilliker.

We wish to note that claim 27 depends from claim 19, which the Examiner has indicated is allowable. Therefore, we submit that claim 27 is allowable.

Regarding the remaining rejected claims, the Examiner further indicated during the telephone interview that amending claim 1 to include the limitations that the cradle structure has a concave surface for receiving the shaving head and an outlet port allowing hair to drain from the cradle structure would place claim 1 in condition for allowance. Therefore, we have added these limitations to claim 1, and we submit that neither MeKiney nor Hilliker teach or suggest such a structure. Rather, instead of an outlet port, Hilliker relies on the floating out of garbage or scraps over the lip of catch basin 6 to drain debris from the catch basin (see, for example, column 4, lines 9-10), and

7

MeKiney's merely teaches a rectangular tank 12, not a cradle structure having a concave surface. Therefore, we submit that claim 1, and claims 9-11, 15, 23, 25 and 26 dependent thereon, are in condition for allowance.

We submit that all of the claims are now in condition for allowance, which action is requested.

We have not received an initialed copy of the PTOL form that accompanied an information disclosure statement filed April 8, 1997. We respectfully request that the Examiner initial and return the form as soon as possible.

Filed herewith is a check in payment of the excess claims fees required by the above amendments. Please charge any additional fees, or make any credits, to Deposit Account No. 06-1050.

Respectfully submitted,

Date: Aug. 14, 1997

_____
Eric L. Prahl
Reg. No. 32,590

Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

Telephone: 617/542-5070
Facsimile: 617/542-8906
245969.B11