(19) **BUNDESREPUBLIK DEUTSCHLAND**

DEUTSCHES PATENTAMT

(12) **Offenlegungsschrift**
(10) DE 44 02 238 A 1

(51) Int. Cl.⁶:
A 45 D 27/46
A 45 D 27/48
B 26 B 19/40
A 45 D 27/22
F 04 B 23/02
H 02 J 7/00
B 01 D 35/02

(21) Aktenzeichen: P 44 02 238.7
(22) Anmeldetag: 26. 1. 94
(43) Offenlegungstag: 27. 7. 95

(71) Anmelder:
Braun AG, 60326 Frankfurt, DE

(72) Erfinder:
Braun, Gebhard, Ing.(grad.), 65779 Kelkheim, DE

Prüfungsantrag gem. § 44 PatG ist gestellt

(54) Reinigungsvorrichtung für den Scherkopf eines Trockenrasierers

(57) Die Erfindung bezieht sich auf eine Reinigungsvorrichtung 5 mit einem Aufnahmeteil 7 für den Scherkopf 3 eines Rasierapparats 1, sowie wenigstens einem Reinigungsflüssigkeitsbehälter 6, 61 und einer von einem Motor 28 antreibbaren Fördereinrichtung für die Reinigungsflüssigkeit, wobei das Aufnahmeteil 7 für den Scherkopf 3 getrennt vom Reinigungsflüssigkeitsbehälter 6 angeordnet und zur Reinigung mit Reinigungsflüssigkeit aus dem Vorratsbehälter versorgt wird.



DE 44 02 238 A1

Beschreibung

Die Erfindung bezieht sich auf eine Reinigungsvorrichtung mit einem Aufnahmeteil für den Scherkopf eines Rasierapparats, sowie wenigstens einem Reinigungsflüssigkeitsbehälter und einer von einem Motor antreibbaren Fördereinrichtung für die Reinigungsflüssigkeit.

Es ist bereits aus der US-PS 3,172,416 eine Reinigungsvorrichtung für den Scherkopf eines Trockenrasierers bekannt, die aus einem Reinigungsgehäuse besteht, in dem im oberen Bereich ein Aufnahmeteil für den Scherkopf eines Rasierapparats vorgesehen ist. Die einzelnen Bauteile des Scherkopfs werden nach einem ersten Ausführungsbeispiel durch einen Luftstrom gereinigt, der über ein Propellergebläse und Filterelemente dem Scherkopf kontinuierlich zugeführt wird. Ist der Scherkopf jedoch stark verschmutzt und weist beispielsweise Talg bzw. Fettreste auf, so läßt sich eine Reinigung des Scherkopfs mittels eines Luftstroms nicht in gewünschtem Maße erzielen. Das gesamte Gehäuse der Reinigungsvorrichtung, die von Luft durchspült wird, muß zur Atmosphäre hin gut abgedichtet sein, damit der aufgewirbelte Haarstaub nicht nach außen dringen kann.

Das gleiche gilt auch für die Reinigungsvorrichtung nach einem anderen Ausführungsbeispiel (US-PS 3,172,416), wonach die Reinigung des Scherkopfs über eine Reinigungsflüssigkeit erfolgt, die hierzu über im Gehäuse vorgesehene Strömungskanäle geleitet wird. Der Scherkopf sitzt für die gesamte Reinigungsdauer in einem im oberen Teil des Gehäuses vorgesehenen Aufnahmeteil, das ständig bis oben hin mit Reinigungsflüssigkeit befüllt ist, und von dieser durchströmt wird. Hierzu ist im Gehäuse eine Förderpumpe vorgesehen. Da die Reinigungsflüssigkeit während des Reinigungsprozesses nicht gefiltert wird, gelangen immer wieder Haarreste zum Aufnahmeteil und dadurch in den Scherkopfbereich, so daß durch diesen Reinigungsvorgang ebenfalls keine zufriedenstellenden Reinigungsresultate erzielt werden, zumal nach Abstellen der Fördereinrichtung Reinigungsflüssigkeit mit Haarresten im Aufnahmeteil zurückbleibt und dadurch nicht vollständig aus dem Scherkopf entfernt werden kann. Ist der Reinigungsvorgang beendet, so muß der Rasierapparat aus dem Aufnahmeteil herausgenommen werden, damit der Scherkopf abtropfen und erst dann an der Luft trocknen kann. Dabei bleiben die durch die Reinigungsflüssigkeit mitbeförderten Haarreste an den Bauteilen des Scherkopfs haften, so daß letztlich keine vollständige Reinigung des Scherkopfs erzielt wird. Die im unteren Teil des Gehäuses vorgesehene Kammer zur Aufnahme der Reinigungsflüssigkeit und der Schmutzpartikel muß während des Umwälzvorgangs der Reinigungsflüssigkeit so verschlossen bleiben, daß die sich bereits abgesetzten Schmutzpartikel nicht wieder aufgewirbelt werden. Trotzdem kann nicht verhindert werden, daß bei der Zirkulation der Reinigungsflüssigkeit ständig ungefilterte Reinigungsflüssigkeit zum Scherkopf gelangt.

Ferner ist es nachteilig, daß der Rasierapparat nur während des Reinigungsvorgangs im Aufnahmeteil der Reinigungsvorrichtung aufgenommen werden kann. Anschließend muß der Rasierapparat entnommen werden und wird dann oberhalb des Aufnahmeteils auf einer Abtropffläche separat abgestellt.

Demgemäß besteht die Erfindungsaufgabe darin, die Reinigungsvorrichtung zu verbessern.

Gelöst wird die Aufgabe erfindungsgemäß dadurch, daß das Aufnahmeteil für den Scherkopf getrennt vom Reinigungsflüssigkeitsbehälter angeordnet ist und zur Reinigung mit Reinigungsflüssigkeit aus dem Vorratsbehälter versorgt wird.

Durch die Förderpumpe läßt sich die Reinigungsflüssigkeit kontinuierlich so lange dem im getrennten Aufnahmeteil aufgenommenen Scherkopf zuführen, bis eine vollständige Reinigung des Scherkopfs erfolgt ist. Danach kann die Förderpumpe der Reinigungsvorrichtung abgeschaltet werden und nach Entfernen der Reinigungsflüssigkeit aus dem Aufnahmeteil der Scherkopf im Aufnahmeteil getrocknet werden.

Hierzu ist vorteilhaft, daß das Aufnahmeteil als Aufbewahrungsvorrichtung für den Rasierapparat ausgebildet ist, der eine elektrische Einrichtung für die Inbetriebnahme des Rasierapparats und der Reinigungsvorrichtung oder des Rasierapparats, der Reinigungsvorrichtung und einer Lufttrockenvorrichtung zugeordnet ist. Der Rasierapparat braucht also nicht wie bisher aus dem Aufnahmeteil entfernt zu werden, sondern er kann auch in diesem getrocknet und anschließend aufbewahrt werden. Hierzu ist das Aufnahmeteil als Reinigungswanne, Trockenwanne und/oder Aufbewahrungsvorrichtung ausgebildet und/oder in der Reinigungsvorrichtung vorgesehen.

Ferner ist es vorteilhaft, daß das Aufnahmeteil bzw. der Scherkopf für eine bestimmte Zeitperiode über die Förderpumpe aus dem Reinigungsflüssigkeitsbehälter mit Reinigungsflüssigkeit versorgbar ist, und daß das Aufnahmeteil danach für den Trockenprozeß zur Verfügung steht, ohne den Rasierapparat aus dem Reinigungsgerät herausnehmen zu müssen.

Vorteilhaft ist es auch, daß dem Aufnahmeteil zur Aufnahme des Scherkopfs eine vom Aufnahmeteil getrennte Lufttrockenvorrichtung zugeordnet ist, die über eine elektrische Einrichtung dann aktivierbar ist, wenn die Reinigungsflüssigkeit aus dem Aufnahmeteil in den Reinigungsflüssigkeitsbehälter abgeleitet ist.

Ferner ist es vorteilhaft, daß das Aufnahmeteil außerhalb der Reinigungsflüssigkeit und/oder oberhalb des Flüssigkeitsspiegels der im Reinigungsflüssigkeitsbehälter vorgesehenen Reinigungsflüssigkeit angeordnet ist und zumindest das Aufnahmeteil und/oder der Reinigungsflüssigkeitsbehälter nach außen bzw. zur Atmosphäre hin ständig geöffnet ist. Hierdurch läßt sich der Rasierapparat ohne Aufwand in das Aufnahmeteil einsetzen und wieder herausnehmen, ohne daß irgendwelche, das Aufnahmeteil verschließende Teile verwendet werden müssen. Ferner kann auf eine aufwendige Abdichtung verzichtet werden, so daß eine kostengünstige Reinigungsvorrichtung gebaut werden kann, die wesentlich bedienungsfreundlicher ist als das bisher bekannte Reinigungssystem.

Vorteilhaft ist es auch, daß das Aufnahmeteil mit einer Überlaufeinrichtung und/oder mit mindestens einer Auslaßöffnung ausgestattet ist, über die Reinigungsflüssigkeit zu einem Reinigungsflüssigkeitsbehälter geleitet werden kann und der Querschnitt der Auslaßöffnung im Aufnahmeteil so bemessen ist, daß während des Reinigungsvorgangs weniger Reinigungsflüssigkeit durch die Auslaßöffnung abfließt, als über die Förderpumpe dem Aufnahmeteil zugeführt wird. Durch die Überlaufeinrichtung, die Bestandteil des Aufnahmeteils ist, wird sichergestellt, daß das Aufnahmeteil ständig mit ausreichender Reinigungsflüssigkeit, d. h. bis zum oberen Randbereich des Aufnahmeteils, gefüllt bleibt.

Die Reinigung wird durch die oszillierende Bewegung des Scherkopfs unterstützt. Dadurch kann im Reini-

gungsvorgang zeitweise eine Kavitation und auch eine mechanische und/oder strömungstechnisch bedingte Reinigung erfolgen. Die oszillierende Bewegung des Scherkopfs bewirkt, daß Reinigungsflüssigkeit hochspritzt und in alle Bereiche des Scherkopfs dringt. Dabei kann ein Teil der aufgewühlten Flüssigkeit über die Überlaufeinrichtung abfließen und dem Reinigungskreislauf wieder zugeführt werden, ohne daß die Flüssigkeit nach außen gelangt.

Wird nach Beendigung des Reinigungsprozesses die Förderpumpe zur Weiterbewegung der Reinigungsflüssigkeit abgestellt, so kann die Reinigungsflüssigkeit sofort über die im Aufnahmeteil vorgesehene Auslaßöffnung abfließen und automatisch der Trockenvorgang für den Scherkopf einsetzen.

Gemäß einer bevorzugten Ausführungsform der erfindungsgemäßen Lösung ist schließlich vorgesehen, daß zwischen der Überlaufeinrichtung und dem Reinigungsflüssigkeitsbehälter ein die Reinigungsflüssigkeit durchlassendes Schlauchteil vorgesehen ist. Durch das Schlauchteil wird sichergestellt, daß dem Reinigungsflüssigkeitsbehälter kein Haarstaub zugeleitet wird und sich dort absetzt.

Von besonderer Bedeutung ist für die vorliegende Erfindung, daß unterhalb des dem Scherkopf angepaßten Aufnahmeteils eine Auffangwanne vorgesehen ist, die zum Anschluß der Filtereinrichtung mit einer Auslaßöffnung versehen ist, und daß die Filtereinrichtung aus einem Stutzen besteht, auf den ein die Flüssigkeit zum Vorratsbehälter durchlassendes Schlauchteil aufgezogen ist, das in die im Reinigungsflüssigkeitsbehälter vorgesehene Reinigungsflüssigkeit eingetaucht ist.

Durch die Überlaufeinrichtung wird, wie bereits erwähnt, das Aufnahmeteil bis zum oberen Rand stets mit Reinigungsflüssigkeit gefüllt. Überschüssige Reinigungsflüssigkeit kann dann ohne weiteres über die Überlaufeinrichtung in die unterhalb des Aufnahmeteils vorgesehene Auffangwanne geleitet werden, die mit dem entsprechenden Stutzen in Verbindung steht. Der Stutzen mit dem Schlauchteil ragt dabei ständig in die im Reinigungsflüssigkeitsbehälter vorgesehene Reinigungsflüssigkeit. Das Schlauchteil stellt dabei sicher, daß sich kein Schmutz im Reinigungsflüssigkeitsbehälter ansammelt, und daß zu Beginn des Reinigungsvorgangs die Pumpe über das Schlauchteil Flüssigkeit aus dem Vorratsbehälter ansaugen kann.

Vorteilhaft ist es, daß der Stutzen mittel- oder unmittelbar mit der Einlaßseite der Förderpumpe verbunden ist, deren Auslaßseite über eine Leitung mit einem Filter in Verbindung steht. Wird zu Beginn des Reinigungsprozesses die Pumpe eingeschaltet, so saugt sie keine Luft, da der Schlauch ständig in der Flüssigkeit eingetaucht ist. Vorteilhaft ist es auch, daß der Filter über einen Auslaßstutzen mit dem Aufnahmeteil und eine im Aufnahmeteil vorgesehene Auslaßöffnung mit dem Reinigungsflüssigkeitsbehälter verbunden ist.

Die über die Förderpumpe angesaugte Reinigungsflüssigkeit aus dem Reinigungsflüssigkeitsbehälter gelangt, wie bereits erwähnt, über den Stutzen und das Schlauchteil zur Einlaßseite der Förderpumpe und über die Auslaßleitung und ggf. über eine weitere Leitung zu dem Filter, der wiederum mit dem Aufnahmeteil der Reinigungsvorrichtung in Verbindung steht. Hierdurch wird der Reinigungskreislauf für die Reinigungsflüssigkeit geschlossen.

Ferner ist es vorteilhaft, daß der Rasierapparat in eine als Galgen ausgebildete Halterung bzw. in einen Wandhalter einsetzbar und über ein Schaltelement mechanisch und/oder elektrisch verriegelbar ist. Durch die vorteilhafte Ausbildung dieser Halterung läßt sich der Rasierapparat einwandfrei und gut geschützt unbegrenzt lange in der Reinigungsvorrichtung deponieren und für den Reinigungsvorgang mechanisch sowie elektrisch in der Halterung arretieren, so daß nach Betätigung des Schaltelements der Rasierapparat nicht mehr entnommen werden kann, sondern erst dann, wenn der Reinigungs- und Trockenvorgang vollständig abgeschlossen ist und der Rasierapparat zur Rasur benötigt wird. Dies wird durch die vorteilhafte Trennung von Aufnahmeteil und Reinigungsflüssigkeitsbehälter möglich, da sich nach Beendigung der Reinigung im Aufnahmeteil keine Reinigungsflüssigkeit halten kann.

Hierzu ist es vorteilhaft, daß das Schaltelement zur mechanischen und/oder elektrischen Verriegelung des Rasierapparats gegen die Stellkraft einer Feder aus einer "Aus"-Stellung bzw. entriegelbaren Stellung in mindestens eine den Rasierapparat verriegelnde Stellung bringbar ist, die auch der "Ein"-Stellung zur elektrischen Aktivierung des Rasierapparats entspricht, und daß die "Ein"-Stellung zur elektrischen Aktivierung des Rasierapparats auch zur Aktivierung der Reinigungsvorrichtung dient.

Vorteilhaft ist es außerdem, daß die "Ein"-Stellung zur elektrischen Aktivierung einer Laderegelung, insbesondere einer Laderegelung einer Ladevorrichtung im Rasierapparat, dient, und daß das Schaltelement mit einem elektrischen Steuerkreis verbindbar ist, der für eine bestimmte bzw. programmierbare Zeitdauer die Reinigungsvorrichtung einschaltet und nach der Reinigung des Scherkopfs für eine bestimmte bzw. programmierbare Zeitdauer die Trockenvorrichtung des Rasierapparats zugeschaltet wird.

Ist der Reinigungs- und Trockenvorgang für den Scherkopf des Rasierapparats abgeschlossen, so wird über ein entsprechendes Zeitschaltglied die mechanische bzw. elektrische Verriegelung des Rasierapparats aufgehoben, und dieser kann, wenn es gewünscht wird, aus der Halterung der Reinigungsvorrichtung entnommen werden. Solange jedoch der Rasierapparat entweder als Netz- oder als Akkuversion eingesetzt werden soll, kann er in dem vorteilhaft ausgebildeten Aufnahmeteil abgestellt bleiben, da dieses nach Abschluß des Reinigungsvorgangs trocken bleibt.

Die Reinigungsvorrichtung ist für alle elektrischen Rasierapparate ausgelegt. Wird z. B. ein Rasierapparat für Akkubetrieb in der Halterung aufgenommen, so kann er ebenfalls dort verbleiben und nachgeladen werden, wenn er sich durch längeren Nicht-Gebrauch entladen haben sollte.

Durch die vorteilhafte Ausbildung der Reinigungsvorrichtung in Verbindung mit einer Aufbewahrungseinrichtung erhält man ein sehr kompaktes Gerät, mit dem der Rasierapparat in sehr kurzer Zeit gereinigt, getrocknet gegebenenfalls aufgeladen und, falls gewünscht, deponiert werden kann.

Hierzu ist es vorteilhaft, daß der über das Schaltelement aktivierbare elektrische Steuerkreis zur Steuerung der verschiedenen Arbeitsintervalle der Reinigungsvorrichtung einschaltbar ist, zur Steuerung des Reinigungs- und Trockenvorgangs abschaltbar ist, die elektrische und/oder mechanisch Verriegelung aufhebt und/oder den Ladevorgang des Rasierapparats beendet.

In weiterer Ausgestaltung der Erfindung ist es vorteilhaft, daß der Galgen, der Wandhalter, die Reinigungsvorrichtung, der Reinigungsflüssigkeitsbehälter und/oder die Trockenvorrichtung bzw. der Lüfter eine inte-

grierte Baueinheit bilden, von der der Rasierapparat aufgenommen werden kann.

Eine zusätzliche Möglichkeit gemäß einer Weiterbildung der erfindungsgemäßen Vorrichtung besteht darin, daß der Galgen mit seinem vertikal verlaufenden Schenkel, einem vertikal verlaufenden Schenkel des Wandhalters und dem Aufnahmeteil ein mit Bezug auf die Seitenansicht des Gerätes U-förmiges Gehäuse bildet.

Eine optimale Reinigung erhält man, wenn der Rasierapparat nach folgenden Verfahrensschritten gereinigt und gewartet wird:

a) der Rasierapparat wird durch Verstellen eines Schaltelements von einer ersten in eine weitere Schaltstellung für den gesamten Reinigungs- und Trockenvorgang mechanisch und/oder elektrisch im Gehäuse der Reinigungsvorrichtung verriegelt,
b) der Reinigungsvorgang des Scherkopfs des Rasierapparats wird durch Verstellen eines Schaltelements von einer ersten in eine zweite bzw. dritte Schaltstellung für eine kurze bzw. intensive Reinigung begonnen, das Untermesser des Scherkopfs wird angetrieben und die Förderpumpe zur Versorgung des Scherkopfs mit Reinigungsflüssigkeit für eine erste Zeitperiode zwischen 3 und 20 sec eingeschaltet, wobei die Reinigungsflüssigkeit während des Reinigungsvorgangs fortlaufend über einen Filter zum Aufnahmeteil geleitet wird,
c) nach der ersten Zeitperiode zwischen 3 und 20 sec wird die Förderpumpe abgeschaltet und die Reinigungsflüssigkeit aus dem Aufnahmeteil einem Reinigungsflüssigkeitsbehälter zugeführt,
d) das Untermesser des Scherkopfes wird für den Trocken- und Schüttelvorgang für eine zweite Zeitperiode zwischen 1 und 30 sec weiter oszillierend angetrieben,
e) die Trockenvorrichtung und/oder die Heizung der Trockenvorrichtung wird für die zweite und/oder dritte Zeitperiode zwischen 3 und 30 min eingeschaltet und dem Scherkopf Luft für den Trockenvorgang zugeführt,
f) nach Ablauf der drei bzw. vier Zeitperioden bzw. nach dem Trockenvorgang bzw. dem letzten Arbeitsvorgang werden die Trockenvorrichtung und/oder die Heizung der Trockenvorrichtung abgeschaltet und die elektrische und/oder mechanisch Verriegelung des Rasierapparats aufgehoben.

Die unter Merkmal c) angegebene Zeitperiode betrifft einen normalen Reinigungsprozeß, während für einen intensiven Reinigungsprozeß eine längere Zeitperiode vorzusehen ist.

Es ist außerdem vorteilhaft, daß durch Verstellen eines Schaltelements von einer ersten in eine zweite oder dritte Schaltstellung der Rasierapparat aufgeladen wird.

Weitere Vorteile und Einzelheiten der Erfindung ergeben sich aus der nachfolgenden Beschreibung und den Zeichnungen, in denen einige bevorzugte Ausführungsbeispiele dargestellt sind.

In den Figuren ist die Erfindung an einer Ausführungsform beispielsweise dargestellt, ohne auf diese Ausführungsform beschränkt zu sein. Es zeigt:
Fig. 1 einen Teilschnitt durch eine Reinigungsvorrichtung mit einem aufgenommenen Rasierapparat,
Fig. 2 eine Vorderansicht der Reinigungsvorrichtung gemäß Fig. 1,
Fig. 3 eine Draufsicht der Reinigungsvorrichtung gemäß Fig. 2,
Fig. 4 eine schematische Darstellung des zeitlichen Ablaufs der Funktionen des Reinigungsprozesses,
Fig. 5 eine Schnittdarstellung entlang der Linien B-B gemäß Fig. 10,
Fig. 6 eine schematische Darstellung des Flüssigkeitskreislaufs der Reinigungsvorrichtung, insbesondere zwischen dem Aufnahmeteil, dem Filter und dem als Kartusche ausgebildeten Reinigungsflüssigkeitsbehälter,
Fig. 7 den als Kartusche ausgebildeten Reinigungsflüssigkeitsbehälter mit einem integrierten Filter gemäß Fig. 6,
Fig. 8 eine Teilansicht der Befestigung des unteren Teils des Filters im Gehäuse des Reinigungsflüssigkeitsbehälters,
Fig. 9 eine Draufsicht des als Kartusche ausgebildeten, Zentrierelemente aufweisenden Reinigungsflüssigkeitsbehälters gemäß Fig. 7,
Fig. 10 eine Schnittdarstellung einer eine Freilaufeinrichtung aufweisenden Antriebsvorrichtung für das Lüfterrad und die Pumpe,
Fig. 11 eine Schnittdarstellung entlang der Linie A-A gemäß Fig. 10,
Fig. 12 ein weiteres Ausführungsbeispiel einer Antriebsvorrichtung für die Pumpe und die Trockenvorrichtung.

Fig. 1 zeigt einen elektrischen Rasierapparat bzw. Rasierapparat 1 mit einem Gehäuse 2 und einem aus der dargestellten Mittelstellung in entgegengesetzte Richtungen um eine Schwenkachse relativ zum Gehäuse 1 schwenkbaren Scherkopf 3 mit in der Zeichnung nicht dargestelltem Untermesser.

Der Rasierapparat 1 ist in einem Gehäuse 4 einer Reinigungsvorrichtung 5 aufgenommen. Die Reinigungsvorrichtung 5 besteht aus einem Reinigungsflüssigkeitsbehälter 6 zur Aufnahme einer fettlösenden Reinigungsflüssigkeit 40 und einem Aufnahmeteil 7, das als Reinigungswanne, Trockenwanne und Aufbewahrungsteil ausgebildet ist. Das Aufnahmeteil 7 ist etwas nach innen gewölbt und dadurch in etwa der Außenkontur des Scherkopfs 3 des Rasierapparats 1 angepaßt und nimmt nur so viel Reinigungsflüssigkeit auf, wie für den jeweiligen Reinigungsvorgang erforderlich ist.

Die Reinigungsvorrichtung 5, insbesondere das Naßteil, d. h. das Aufnahmeteil 7, ist als zur Atmosphäre hin offenes Reinigungssystem ausgebildet, während der Reinigungsflüssigkeitsbehälter 6 sowohl offen als auch, wie in einem Ausführungsbeispiel (Fig. 7) später erläutert, teilweise oder ganz geschlossen sein kann.

Der Rasierapparat 1 wird mit dem Scherkopf 3 kopfüber in das nach oben offene, als Naßteil ausgebildete Aufnahmeteil 7 eingesetzt. Das Aufnahmeteil 7 wird beim Reinigungsvorgang kontinuierlich mit Reinigungsflüssigkeit durchspült. Die Reinigungsflüssigkeit kann, nachdem ein bestimmter Verschmutzungsgrad erreicht ist, über eine verschließbare Leitung 76 abgelassen und durch neue ersetzt werden.

Das Aufnahmeteil 7 weist eine Überlaufeinrichtung 26 auf, damit die Reinigungsflüssigkeit im Aufnahmeteil 7 ein bestimmtes Niveau nicht übersteigt und nur den Scherkopf 3 bzw. den unteren Teil des Scherkopfs mit Reinigungsflüssigkeit umgibt. Ferner befindet sich im Boden des Aufnahmeteils 7 eine Auslaßöffnung 27, durch die die Reinigungsflüssigkeit mit den Haarresten über ein Flüssigkeit durchlassendes Schlauchteil 20 vollständig in den Reinigungsflüssigkeitsbehälter 6 ablaufen kann, wenn der Reinigungsprozeß abgeschlossen ist.

7

Die Auslaßöffnung 27 ist jedoch so bemessen, daß bei einer Versorgung des Aufnahmeteils 7 mit Reinigungsflüssigkeit über eine nachstehend erläuterte Pumpe 23 das Aufnahmeteil 7 beim Reinigungsvorgang nicht leerläuft, sondern ständig bis zum Rand gefüllt ist und überschüssige Reinigungsflüssigkeit hauptsächlich über den Rand des Aufnahmeteils 7 gemäß Pfeil in den darunterliegenden Reinigungsflüssigkeitsbehälter 6 abläuft. Auf diese Weise steht für den Reinigungsprozeß immer genügend Reinigungsflüssigkeit zur Verfügung. Unterhalb des Aufnahmeteils 7 befindet sich eine dem Aufnahmeteil 7 angepaßte, ebenfalls konkav ausgebildete Auffangwanne 77, die mit der Überlaufeinrichtung 26 verbunden bzw. Teil dieser Überlaufeinrichtung 26 ist. Wie aus Fig. 1 hervorgeht, sitzt der Scherkopf 3 mittels elastischer Stützelemente 8 auf dem Aufnahmeteil 7 auf, um auf diese Weise beim Einsetzen des Rasierapparats in das Aufnahmeteil 7 Beschädigungen des Rasierapparats zu vermeiden und bei Vibrationen den Rasierapparat zu dämpfen.

Der Rasierapparat 1 wird (Fig. 1) ferner über ein Schaltelement 9, das als Startknopf ausgebildet sein kann und in einem Galgen 10 aufgenommen ist, mechanisch und/oder elektrisch verriegelt. Der Galgen 10 ist mit einem Wandhalter 38 fest verbunden, mittels dessen die gesamte Reinigungsvorrichtung 5 mit dem Rasierapparat 1 fest an eine Wand montiert oder auch stehend aufbewahrt werden kann.

Der Wandhalter 38 und der mit Bezug auf Fig. 1 zur rechten Seite hin offene Galgen 10 sowie das Aufnahmeteil 7 mit dem Reinigungsflüssigkeitsbehälter 6 bilden die Reinigungsvorrichtung 5 und eine im Querschnitt U-förmige Baueinheit. Im Wandhalter 38 kann der Rasierapparat 1 auch nach dem Reinigungsvorgang ständig aufbewahrt werden, da nach dem Reinigungsvorgang keine Reinigungsflüssigkeit im Naßteil bzw. im Aufnahmeteil 7 zurückbleibt. Im Wandhalter 38 kann der Rasierapparat 1 auch zum Nachladen verbleiben. Die Reinigungsvorrichtung 5 läßt sich für alle elektrischen Rasierapparattypen einsetzen.

Das Schaltelement 9 ist in Richtung einer Längsmittelachse 11 des Rasierapparats 1 verschiebbar angeordnet und mittels einer elektrischen Schaltvorrichtung 29 mit Zeitgliedern verbunden, die zur Steuerung des Reinigungsprozesses dienen.

Das Schaltelement 9 weist an seinem unteren Ende zwei mit Abstand zueinander angeordnete Kontaktelemente 12 für die Kontaktierung bzw. Stromversorgung des Rasierapparats 1 auf, die durch Herunterdrücken des Schaltelements 9 mit den entsprechenden Kontaktelementen des Rasierapparats 1 in Verbindung gebracht werden. Auf diese Weise kann der Rasierapparat 1 in Betrieb genommen werden, wenn das Schaltelement 9 heruntergedrückt wurde und ein in der Zeichnung nicht dargestelltes Anschlußkabel der Reinigungsvorrichtung 5 an ein Stromnetz angeschlossen ist.

Neben dem Rasierapparat 1 befindet sich im Gehäuse 4 der Reinigungsvorrichtung 5 ein Elektromotor 13 mit zwei elektrischen Kontaktfahnen 14 zum Anschluß an die elektrische Stromversorgung. Am unteren Ende des Elektromotors 13 ist eine Motorausgangswelle 15 vorgesehen, auf der ein Lüfter bzw. Lüfterrad 16 angeordnet ist, das insbesondere zum Trocknen des gereinigten Scherkopfs 3 des Rasierapparats 1 dient, wenn der nachstehend näher erläuterte Reinigungsvorgang des Scherkopfs 3 abgeschlossen ist. Das Lüfterrad 16 sitzt in einem Lüfterradgehäuse 17, das über eine Öffnung 18 mit dem Raum oberhalb des Aufnahmeteils 7 in Verbindung

8

steht, und führt dem zu trocknenden Scherkopf 3 nach dem Reinigungsvorgang über eine in der Zeichnung nicht dargestellte Heizung kontinuierlich aufgeheizte Gebläseluft zu.

Der Galgen 10 bildet, wie bereits erwähnt, mit seinem vertikal verlaufenden Schenkel, dem vertikal verlaufenden Schenkel des Wandhalters 38 und dem Aufnahmeteil 7 das mit Bezug auf die Seitenansicht der Reinigungsvorrichtung 5 U-förmige Gehäuse 4, in das der Rasierapparat 1 durch seitliches Kippen ohne weiteres seitlich einsetzbar ist und dort ständig aufbewahrt werden kann.

Das Aufnahmeteil 7 ragt gemäß Fig. 1 in den Reinigungsflüssigkeitsbehälter 6, der maximal zu 2/3 mit Reinigungsflüssigkeit gefüllt ist. An die Unterseite des Aufnahmeteils 7 schließt sich ein Stutzen 19 an, auf den das die Flüssigkeit zum Vorratsbehälter 6 durchlassende, poröse Schlauchteil 20 aufgezogen ist, das dafür sorgt, daß keine Schmutzpartikel in den Reinigungsflüssigkeitsbehälter 6 gelangen und sich auf dessen Boden absetzen. Der Stutzen 19 kann wie das Schlauchteil 20 ebenfalls porös ausgebildet sein und Flüssigkeit zum Vorratsbehälter 6 durchlassen.

Der Stutzen 19 ist mit einer Öffnung 91, der Auffangwanne 77 und der Überlaufeinrichtung 26 fest verbunden.

Der Reinigungsflüssigkeitsbehälter 6 kann mit einer Flüssigkeitsanzeige 39 ausgestattet sein, so daß der Verbrauch der Reinigungsflüssigkeit jederzeit kontrolliert werden kann. Die Flüssigkeitsanzeige 39 kann gemäß Fig. 1 als kleines Schauglas ausgebildet sein. Anstelle des Schauglases kann auch eine elektronische Anzeigevorrichtung mit entsprechenden Sensoren vorgesehen werden, die den Füllstand bzw. auch den Verschmutzungsgrad der Reinigungsflüssigkeit 40 anzeigt. Wird beispielsweise ein Verschmutzungsgrad erreicht, der nicht überschritten werden darf, so kann dies über die Sensoren angezeigt werden, und die Bedienungsperson weiß, daß die Reinigungsflüssigkeit 40 über die Ablaßleitung 76 ausgewechselt werden muß. Mittels der Sensoren können, je nach Ausführungsform, auch die elektrischen Schalt-Elektroden inaktiviert werden, so daß der Reinigungsvorgang automatisch unterbrochen und die Bedienungsperson gezwungen wird, die Reinigungsflüssigkeit zu ersetzen.

Wie aus Fig. 2 hervorgeht, steht der Stutzen 19 mit einem Saugstutzen 22 der Förderpumpe 23 in Verbindung, die die Reinigungsflüssigkeit über eine Leitung 25 zu einem Filter 24 befördert.

Für den Reinigungsvorgang wird der zu reinigende Rasierapparat 1 seitlich in die Reinigungsvorrichtung 5 geführt und dann über das sich in seiner oberen Position befindliche Schaltelement 9 verriegelt, das so weit nach unten in eine zweite Schaltstellung verschoben wird, bis die beiden Kontaktfahnen auf den im Rasierapparat 1 vorgesehenen Kontaktelementen 12 aufsitzen. Hierdurch wird der Rasierapparat 1 elektrisch und mechanisch verriegelt, so daß die Bedienungsperson den Rasierapparat 1 erst wieder entnehmen kann, wenn der Reinigungs- und der anschließende Trockenvorgang vollständig abgeschlossen sind und die Verriegelung gelöst wurde.

Durch Betätigung des Schaltelements 9 wird die Förderpumpe 23 angetrieben und dem Aufnahmeteil 7, sowie dem Scherkopf 3 für eine vorher definierte Zeit Reinigungsflüssigkeit 40 zugeführt, die den gesamten Haarstaub 75 im Scherkopf 3 löst (vergleiche Strecke 30 bis 31 in Fig. 4).

Die Reinigungsflüssigkeit mit dem Haarstaub gelangt über die Auslaßöffnung 27, das Aufnahmeteil 7 und die Überlaufeinrichtung 26 zu dem die Flüssigkeit zum Vorratsbehälter 6 durchlassenden Schlauchteil 20, von dort direkt zur Förderpumpe 23 und wieder zum Filter 24. Bei diesem Vorgang fließt natürlich auch etwas Flüssigkeit über das Schlauchteil 20 zum Reinigungsflüssigkeitsbehälter 6. Dies hat den Vorteil, daß die Reinigungsflüssigkeit mit dem gesamten Haarstaub 75 aus dem Rasierapparat 1 konzentriert zum Filter 24 gelangt, in dem die Reinigungsflüssigkeit vollständig gereinigt wird. Durch das Schlauchteil 20 wird also sichergestellt, daß keine Haarreste über das Schlauchteil 20 in den Reinigungsflüssigkeitsbehälter 6 gelangen und sich kein Haarstaub im Reinigungsflüssigkeitsbehälter 6 absetzt.

Die Förderpumpe 23 ist über das die Flüssigkeit durchlassende Schlauchteil 20 ständig mit dem Reinigungsflüssigkeitsbehälter 6 verbunden, so daß sie, ohne Luft anzusaugen, jederzeit Reinigungsflüssigkeit erhält, auch dann, wenn sie zu Beginn des Reinigungsvorgangs eingeschaltet wird und die Rohrleitungen sich zum Reinigungsflüssigkeitsbehälter 6 hin entleert haben. Die im Filter 24 gereinigte Reinigungsflüssigkeit wird über einen Auslaßstutzen 37 des Filters 24 dem Aufnahmeteil 7 zugeleitet.

In Fig. 3 ist die schematische Anordnung der wesentlichen Teile der Reinigungsvorrichtung 5, wie z. B. der Förderpumpe 23, mit einem zugehörigen Motor 28 in Draufsicht dargestellt, der über das Schaltelement 9 eingeschaltet wird. In dieser Ansicht befindet sich rechts vom Galgen 10 zur Aufnahme des Rasierapparats 1 die elektrische Schaltvorrichtung 29 mit nicht dargestellten Zeitgliedern zur Steuerung der einzelnen Phasen des Reinigungsvorgangs. Ferner ist im Bereich des Galgens 10 der Motor 28 angeordnet, über den das Lüfterrad 16 direkt antreibbar ist, das mit einer Heizung zur Erwärmung der Luft zum Trocknen des Rasierapparats 1 in Wirkverbindung steht.

Damit die Netzspannung auf die erforderliche Betriebsspannung herunter transformiert werden kann, ist die Reinigungsvorrichtung 5 mit einem Transformator 36 ausgestattet.

In Fig. 4 ist der schematische Ablauf des Reinigungsvorgangs anhand einer Zeitgraphik veranschaulicht. Die einzelnen Strecken zwischen den Punkten 30 bis 34 zeigen einzelne Arbeitsphasen der Reinigungsvorrichtung 5.

Wird, wie eingangs erwähnt, das Schaltelement 9 gemäß Fig. 4 bei 30 (Schaltknopf 9 gedrückt) betätigt bzw. nach unten verschoben, so werden gleichzeitig die in der Zeichnung nicht dargestellten Untermesser des Rasierapparats 1 oszillierend angetrieben und dadurch im Scherkopf 3 eine Strömung mit teilweise auftretender Kavitation erzeugt, die den Haarstaub und die Fetteile an den Untermessern des Scherkopfs vollständig löst. Durch die Verwirbelung wird das Flüssigkeitsniveau im Aufnahmeteil 7 kurzfristig erhöht, und gleichzeitig werden Spritzer im Bereich des Scherkopfs 3 erzeugt, die für eine gründliche Reinigung des Scherkopfs 3 sowie der Untermesser sorgen, obwohl das Niveau der Reinigungsflüssigkeit nur einen Teil des Scherkopfs 3 umspült. Der Reinigungsvorgang dauert je nach Art der Reinigungsflüssigkeit und dem Verschmutzungsgrad des Scherkopfs zwischen 3 und 60 sec (siehe Strecke a zwischen den Punkten 30 und 31). Wird der Rasierapparat 1 nicht regelmäßig gereinigt, so wird der Reinigungsvorgang (Strecke a, 30 bis 31) entsprechend verlängert. Hierzu kann die Reinigungsvorrichtung mit einem in der Zeichnung nicht dargestellten Zweistufenschalter ausgestattet sein, wobei die erste Schaltstufe für Normalreinigung und die zweite Stufe für intensive Reinigung gedacht ist.

Nach Abschluß des Reinigungsvorgangs wird die Förderpumpe 23 bei 31 (Ende des Reinigungsprozesses) gemäß Fig. 4 automatisch abgeschaltet. Jetzt kann die Reinigungsflüssigkeit über die Auslaßöffnung 27 vollständig ablaufen und auf diese Weise läuft das Naß- bzw. das Aufnahmeteil 7 leer. Dadurch steigt das Niveau im Reinigungsflüssigkeitsbehälter 6 etwas an. Die Auslaßöffnung 27 kann auch über ein in der Zeichnung nicht dargestelltes Ventil verschließbar sein, das bei Erreichen des Schaltpunktes 31 automatisch geöffnet wird. Nach ca. 30 sec ist das Aufnahmeteil 7 vollständig entleert (vergleiche Strecke b, Punkt 31 bis 32, Entleerung des Aufnahmeteils 7).

Nach dem Entleeren des Aufnahmeteils 7 bei Punkt 32 läuft der Scherkopf 3 noch etwas weiter, so daß die Rest-Reinigungsflüssigkeit vom Scherkopf 3 abgeschüttelt wird. Nach der eingestellten Zeit wird der Rasierapparat 1 abgeschaltet, wodurch das Untermesser des Scherkopfes 3 beim Schaltpunkt 33 (Ende des Schüttelvorgangs) aufhört sich zu bewegen. Der Ein- und Ausschaltvorgang erfolgt über einen in der Zeichnung schematisch dargestellten elektromagnetischen Reedkontakt-Schalter 95, der gemäß Fig. 1 im Gehäuse 2 des Rasierapparats 1 untergebracht ist. Wird der Reedkontakt-Schalter 95 nach dem Schüttelvorgang automatisch geöffnet, so hört auch der Rasierapparat 1 auf zu arbeiten, und der nachstehend erläuterte Trockenprozeß wird am Schaltpunkt 33 eingeleitet (Strecke d).

Durch automatische Zuschaltung am Schaltpunkt 33 wird das Lüfterrad 16 mit oder ohne Heizung eingeschaltet und über den Elektromotor 13 angetrieben, so daß dem Scherkopf 3 für eine bestimmte Zeitdauer (vergl. Strecke d Punkt 33 bis 34) Trockenluft zugeführt wird. Danach wird die Entriegelung des Rasierapparates 1 am Schaltknopf 9 freigegeben.

In Fig. 6 ist der Kreislauf der Reinigungsflüssigkeit 40 schematisch dargestellt. Zu der Reinigungsvorrichtung 5 gehört das Aufnahmeteil 7, in das der Rasierapparat 1 kopfüber so eingesetzt wird, daß der Scherkopf 3 zumindest teilweise in die Reinigungsflüssigkeit eintaucht.

Zu der Reinigungsvorrichtung 5 gehört ferner (Fig. 6) die Förderpumpe 23 und der Motor 28, der über elektrische Leitungen an ein Stromnetz angeschlossen ist und durch das Schaltelement 9 aktiviert werden kann. Die Förderpumpe 23 wird über den Motor 28 angetrieben, der sich mittels Stützen im Gehäuse 4 der Reinigungsvorrichtung 5 abstützen kann.

Die aus dem Motor 28 herausstehende Welle 43 treibt die in einem Pumpengehäuse vorgesehene Pumpe 23 an.

Wie aus Fig. 6 ferner hervorgeht, ist ein Auffangbehälter 65 zur Aufnahme der Reinigungsflüssigkeit 40 kleiner als der Reinigungsflüssigkeitsbehälter 6 gemäß dem ersten Ausführungsbeispiel. Ein Boden 47 des Auffangbehälters 65 ist geneigt verlaufend angeordnet, beispielsweise in einem Winkel zwischen 20° und 40°, damit sich auf dem Boden 47 keine Haarreste ansammeln. Im unteren Bereich des Bodens 47 ist ein Ansaugstutzen 48 der Förderpumpe 23 angeschlossen, so daß die über die Überlaufeinrichtung 26 ablaufende Reinigungsflüssigkeit über den Auffangbehälter 65, den Ansaugstutzen 48 der Förderpumpe 23 sowie eine Leitung 50 direkt in den Filter 24 befördert wird, der in Fig. 7, 8, 9 näher veranschaulicht ist. Der im Auffangbehälter 65 angesammelte Haarstaub wird so in der Reinigungsflüssig-

keit aufgewirbelt, daß er sich nicht auf dem Boden 47 des Auffangbehälters 65 absetzt, sondern zum Filter 24 befördert und von diesem zurückgehalten wird. Die gereinigte Reinigungsflüssigkeit gelangt über eine Leitung 64 wieder zum Aufnahmeteil 7.

Ein Reinigungsflüssigkeitsbehälter 61, der in Fig. 6 als Kartusche ausgebildet ist, weist eine Auslaßöffnung 63 auf, die über die Leitung 64 mit dem Aufnahmeteil 7 in Verbindung steht. Auf diese Weise ist der Reinigungskreislauf geschlossen.

Mit dem Schaltelement 9 wird gemäß diesem Beispiel (Fig. 6) die als Flügelzellenpumpe ausgebildete Förderpumpe 23 eingeschaltet, die zu Beginn des Reinigungsvorgangs Luft ansaugt und diese über die Leitung 50 in den Reinigungsflüssigkeitsbehälter 61 preßt, so daß die Reinigungsflüssigkeit aus dem Reinigungsflüssigkeitsbehälter 61 über die Auslaßöffnung 63 und die Leitung 64 zu dem geleerten Aufnahmeteil 7 fließt und dieses wieder füllt, bis die Reinigungsflüssigkeit über die Überlaufeinrichtung 26 in den Auffangbehälter 65 abfließt. Ein Teil der Flüssigkeit fließt ständig über die Auslaßöffnung 27 ab. Die Förderpumpe 23 fördert jedoch mehr Flüssigkeit in das Aufnahmeteil 7, als über die Auslaßöffnung 27 abfließen kann, so daß sichergestellt ist, daß während des Reinigungsvorgangs das Aufnahmeteil 7 stets bis zur Überlaufeinrichtung 26 gefüllt bleibt.

Die in Fig. 7 dargestellten Ein- und Auslaßöffnungen 62, 63 des Vorratsbehälters 61 können auch unten in einem Boden 67 des Vorratsbehälters 61 vorgesehen sein, so daß der Vorratsbehälter 61 von oben her an entsprechende Leitungen anschließbar ist. Hierdurch wird erreicht, daß dem Vorratsbehälter 61 dem Einlaßstutzen der Pumpe 23 ständig Reinigungsflüssigkeit zufließt bzw. diese ständig unter Flüssigkeitsdruck steht, so daß die Pumpe bei Inbetriebnahme nur Reinigungsflüssigkeit und keine Luft ansaugt.

Der in den Fig. 7 bis 9 dargestellte Vorratsbehälter 61 bzw. die Kartusche besteht aus einer zylinderförmigen Dose 101 mit dem Boden 67 und einem Deckel 72, in dem die Einlaßöffnung 62 und die Auslaßöffnung 63 sowie der Filter 24 vorgesehen sind.

Der Deckel 72 ist mit dem oberen Rand des Vorratsbehälters 61 dicht verbördelt, so daß er nicht von der Dose 101 abgezogen werden kann. Mit der Einlaßöffnung 62 ist die von der Pumpe 23 kommende Leitung 50 und mit der Auslaßöffnung 63 die zum Aufnahmeteil 7 führende Leitung 64 verbunden. Im Bereich der Ein- und Auslaßöffnungen 62, 63 können in der Zeichnung nicht dargestellte Schnellkupplungselemente vorgesehen sein, die ermöglichen, daß der Reinigungsflüssigkeitsbehälter 61 ohne weiteres gegen einen neuen ausgetauscht werden kann, wenn die Reinigungsflüssigkeit erneuert werden soll bzw. wenn sich der im Reinigungsflüssigkeitsbehälter 61 vorgesehene Filter 24 zugesetzt hat.

Der Verschmutzungsgrad bzw. der Haarstaub 75 im Filter 24 läßt sich über eine in der Zeichnung nicht dargestellte Anzeigevorrichtung feststellen. Zur Anzeigevorrichtung können ein Drucksensor und eine Kontrolleuchte gehören, die den Verschmutzungsgrad bzw. Druckzustand anzeigen. Ist der Filter 24 nicht mehr weiter zu gebrauchen, so wird der Reinigungsflüssigkeitsbehälter 61 von den Leitungen 50, 64 getrennt und ersetzt.

Im Ausführungsbeispiel gemäß Fig. 7 bis 9 ist der Filter 24 als zylinderförmiger Papierfilter ausgebildet und koaxial im Gehäuse 101 angeordnet.

Gemäß Fig. 8 ist ein unteres Ende 70 des Filters 24 in eine auf dem Boden 67 der Dose 101 vorgesehene Ring-

nut 68 koaxial zum Gehäuse 101 eingepreßt. Die Ringnut 68 besteht aus zwei mit Anstand zueinander angeordneten, parallel zueinander verlaufenden, ringförmigen Wänden bzw. Aufbörtelungen 69, 71, die auf dem Boden 67 aufrechtstehend angeordnet sind, so daß in die Ringnut 68 das untere Ende 70 des Filters 24 fest eingeklemmt ist. Der Filter 24 bildet eine erste, den Haarstaub aufnehmende Kammer und der übrige Teil des Gehäuses eine zweite Kammer für gereinigte Reinigungsflüssigkeit.

Wie aus Fig. 9 hervorgeht, weist der obere Deckel 72 der Dose 101 des Vorratsbehälters 61 vier mit Abstand zueinander angeordnete Zentrierelemente 73 auf, die kreuzförmig angeordnet sind und der koaxialen Ausrichtung des Filters im Reinigungsflüssigkeitsbehälter 61 dienen.

Ferner weist der Deckel 72 (Fig. 7, 9) eine Folie 74 auf, die beim Einsetzen des Vorratsbehälters 61 in das Gehäuse 4 von den Leitungen 50, 64 durchstoßen wird, um die Kupplungsverbindung zu den Ein- und Auslaßöffnungen 62, 63 herzustellen. Die beiden Leitungen 50, 64 können jeweils an ihrem Ende mit einer entsprechenden scharfen Kante bzw. Spitze 103 versehen sein, so daß sie eine die Öffnungen 62, 63 verschließende Folie einfacher durchstechen können. Es ist auch möglich, die Öffnungen 62, 63 mittels einer Abziehlasche zu verschließen, unter der durchstechbare Dichtelemente vorgesehen sein können, in die die Leitungen 50, 64 eingesteckt werden.

In den Fig. 5, 10 und 11 ist eine Vorrichtung 78 zum Antrieb des Lüfterrads 16 und der Förderpumpe 23 veranschaulicht. Die Förderpumpe 23 und das Lüfterrad 16 sollen nicht zur gleichen Zeit angetrieben werden, deshalb können sie über den einzigen Motor 28 wahlweise angetrieben werden. Die Antriebsvorrichtung 78, zu der auch der Motor 28 gehört, weist eine Drehrichtungs-Umkehreinrichtung auf, die mit einer (Fig. 12) oder gemäß Fig. 5, 11 zwei Freilaufeinrichtungen 104 ausgestattet ist, wobei die eine im Uhrzeigerdrehsinn das Lüfterrad 16 und die andere entgegengesetzt dazu die Förderpumpe 23 antreibt.

Die Drehrichtungs-Umkehreinrichtung mit der oberen und der unteren Freilaufeinrichtung 104 sitzt auf einer Motorausgangswelle 79 des Motors 28, auf der auch das Lüfterrad 16 angeordnet ist. Die Freilaufeinrichtung 104 kann mit einer Klemmsperre ausgestattet sein, die hierzu eine Einwegkupplung mit selbstsperrender Kraftschlüssigkeit aufweist. Ferner können Klemmrollen oder -platten als Kupplungselemente vorgesehen sein. Im Ausführungsbeispiel gemäß Fig. 11, 12 bestehen die Freilaufeinrichtungen 104 aus eine obere und eine untere Zahnflanke 86 aufweisenden Innenzahnkränzen 105, 106. Diese beiden Innenzahnkränze 105, 106 sitzen freidrehend auf der Motorausgangswelle 79. Über die Motorausgangswelle 79 wird ein Mitnehmerflansch 81 angetrieben, der zwei diametral gegenüberliegende Klinkenachsen 82 zur Aufnahme je einer oberen und unteren sichelförmigen Klinke 83, 90 aufweist. Jede Klinke 83, 90 weist zwei Hebelarme 108, 109 auf (Fig. 11), wobei der etwas längere Hebelarm 108 über einen Zapfen 96 in einer Langlochöffnung 88 geführt ist und der andere Hebelarm 109 gegen eine Feder 84 anliegt. In Fig. 5, 11 ist jeweils eine Langlochöffnung 88 veranschaulicht.

Die Klinke 83 ist (Fig. 11) zwischen einer mit ausgezogenen Linien und einer mit gestrichelten Linien dargestellten Position auf der Klinkenachse 82 mittels der zweimal V-förmig gebogenen Feder 84 in Richtung des

Innenumfangs des Lüfterrads 16 verschwenkbar. Die Feder 84 besteht aus einem U-förmigen Teil 110, über das die Feder 84 auf einer Nabe 97 des Mitnehmerflansches 81 aufsitzt. Das U-förmige Teil 110 wird aus zwei Schenkeln 111 gebildet, die mit je einem weiteren, sich daran anschließenden Schenkel 112 ein doppeltes V bilden.

In der in Fig. 11 dargestellten Position liegen die beiden Klinken 83 mit einem äußeren Ende 85 jeweils gegen die Zahnflanken 86 des mit dem Lüfterrad 16 verbundenen Zahnkranzes 105 an und stellen auf diese Weise rechtsdrehend eine Antriebsverbindung zwischen dem Motor 28 und dem Lüfterrad 16 her. Die Schenkel 112 der Feder 84 drücken über ein Widerlager den Hebelarm 108 mit seinem Ende 85 gegen die Zahnflanke 86.

Wird die Motorausgangswelle 79 entgegengesetzt zum Uhrzeigerdrehsinn angetrieben, so werden die Klinken 83 zuerst über die Zahnflanken 86 nach außen gedrückt und bei einer Mindestdrehzahl aufgrund ihrer exzentrischen Anordnung auf der Klinkenachse 82 gegen die Wirkung der Feder 84 im Uhrzeigerdrehsinn auf der Klinkenachse 82 nach außen geschwenkt, bis sie gegen einen Anschlag 89 der Langlochöffnung 88 zur Anlage gelangen. Das wird dadurch erreicht, daß der Gewichtsanteil des Hebelarms 108 größer ist als der mit Bezug auf die Klinkenachse 82 andere Hebelarm 109 der Klinke 83. Hierdurch wird das Lüfterrad 16 von der Motorausgangswelle 79 abgekuppelt. Diese Stellung bleibt so lange bestehen, bis sich durch Drehzahlverringerung das Fliehkraftmoment so weit reduziert, daß das Federkraftmoment überwiegt und die Klinken 83 wieder in die Einrastposition gemäß Fig. 11 zurückkehren (vergl. die mit ausgezogenen Linien dargestellte Position der Klinke 83).

Durch den Antrieb der Motorausgangswelle 79, ähnlich der Wirkungsweise gemäß Fig. 11, jedoch entgegengesetzt zum Uhrzeigerdrehsinn, werden nun zwei weitere, unterhalb des Mitnehmerflansches 81 angeordnete Klinken 90 ebenfalls mittels der Feder 84 auf den Klinkenachsen 82 verschwenkt und rasten mit ihren Enden 85 in die Zahnflanken 86 ein, so daß nun die Pumpe 23 über den gleichen Motor 28 und über eine auf der Motorausgangswelle 79 angeordnete Hohlwelle 107 betätigt wird, während die beiden oberen Klinken 83 außer Wirkung bleiben. Zu Beginn des Reinigungsprozesses wird nur die Pumpe 23 gemäß Fig. 11 angetrieben und das Lüfterrad 16 gemäß Fig. 5 freigegeben.

Die beiden unteren Klinken 90 verlassen ihre Rastposition erst wieder und lösen dadurch die Antriebsverbindung zwischen Motor 18 und Förderpumpe 23 auf, wenn die Drehrichtung des Motors 28 geändert wird. Da die äußeren Enden der Klinken 83, 90 nicht über die Zahnflanken 86 rutschen, treten bei Freilauf der Klinken 83, 90 keine Antriebsgeräusche und kein Verschleiß auf.

Durch die vorteilhafte Antriebsverbindung zum wahlweisen Antrieb von Förderpumpe 23 und Lüfterrad 16 kann auf einen zweiten Antriebsmotor für den getrennten Antrieb von Förderpumpe 23 und Lüfterrad 16 verzichtet werden, so daß Kosten eingespart werden können.

Der Motor 28 und das Lüfterrad 16, sowie die in den Fig. 5, 10 und 11 nicht dargestellte Pumpe 23 und eventuell der Reinigungsflüssigkeitsbehälter 61 können koaxial untereinander angeordnet sein, so daß die Getriebeteile zwischen Motor 28, Pumpe 23 und Lüfterrad 16 auf ein Minimum reduziert werden können und dadurch das Gehäuse 4 der Reinigungseinrichtung 5 kleiner ausgelegt werden kann (vergleiche hierzu Fig. 12).

Ein weiteres Ausführungsbeispiel einer Antriebsvorrichtung für die Pumpe 23 und die Trockenvorrichtung mit dem Lüfterrad 16 ist in Fig. 12 dargestellt.

Ein Freilauf 78, ähnlich der Freilaufeinrichtung gemäß Fig. 11 besteht hier aus nur zwei Klinken 83 oder anderen Kupplungselementen. Die Kupplungselemente stellen eine Antriebsverbindung zwischen Motor 13 und Pumpe 23 her bzw. verhindern bei Drehrichtungsumkehr des Motors 13 das Mitdrehen der Pumpe 23. Anstelle der in Fig. 11 dargestellten Freilaufeinrichtung kann auch eine anders ausgebildete Freilaufeinrichtung eingesetzt werden.

Stellt der Freilauf eine Antriebsverbindung zwischen Motor 13 — z. B. dreht der Motor im Gegenuhrzeigersinn — und der Pumpe 23 her, wird die Pumpe 23 gemeinsam mit dem Lüfterrad 16 angetrieben und die Pumpe 23 kann Reinigungsflüssigkeit zum Aufnahmeteil 7 leiten.

Das Lüfterrad 16 kann keine Luft aus dem Aufnahmeteil 7 absaugen, da ein Lamellenverschluß 149 in der Öffnung 18 durch den vom Lüfterrad 16 erzeugten Unterdruck verschlossen bleibt.

Der Elektromotor 13 treibt aufgrund der sehr einfach ausgebildeten Freilaufeinrichtung das Lüfterrad 16 ständig in beiden Richtungen an, so daß beim Antrieb des Motors 13 im Uhrzeigerdrehsinn der Luftstrom des Lüfterrads 16 den in der Öffnung 18 vorgesehenen Lamellenverschluß 149 öffnet und dem Scherkopf 3 Luft für den Trockenprozeß zuführt.

Wird der Motor 13 entgegengesetzt zum Uhrzeigerdrehsinn angetrieben, erzeugt der Luftstrom des ständig angetriebenen Lüfterrads 16 einen Unterdruck im Bereich der Öffnung 18, so daß der Lamellenverschluß 149 wieder geschlossen wird bzw. geschlossen bleibt.

Patentansprüche

1. Reinigungsvorrichtung (5) mit einem Aufnahmeteil (7) für den Scherkopf (3) eines Rasierapparats (1), sowie wenigstens einem Reinigungsflüssigkeitsbehälter (6, 61) und einer von einem Motor (28) antreibbaren Fördereinrichtung für die Reinigungsflüssigkeit, dadurch gekennzeichnet, daß das Aufnahmeteil (7) für den Scherkopf (3) getrennt vom Reinigungsflüssigkeitsbehälter (6) angeordnet ist und zur Reinigung mit Reinigungsflüssigkeit aus dem Vorratsbehälter versorgt wird.

2. Vorrichtung nach Anspruch 1, dadurch gekennzeichnet, daß das Aufnahmeteil (7) als Aufbewahrungsvorrichtung für den Rasierapparat (1) ausgebildet ist, der eine elektrische Einrichtung für die Inbetriebnahme des Rasierapparats (1) und der Reinigungsvorrichtung zugeordnet ist.

3. Vorrichtung nach Anspruch 1, dadurch gekennzeichnet, daß das Aufnahmeteil (7) als Aufbewahrungsvorrichtung für den Rasierapparat (1) ausgebildet ist, der eine elektrische Einrichtung für die zeitweilige Inbetriebnahme des Rasierapparats (1), der Reinigungsvorrichtung und einer Lufttrockenvorrichtung zugeordnet ist.

4. Vorrichtung nach Anspruch 1, dadurch gekennzeichnet, daß das Aufnahmeteil (7) als Reinigungswanne, Trockenwanne und/oder Aufbewahrungsvorrichtung ausgebildet und/oder in der Reinigungsvorrichtung vorgesehen ist.

5. Vorrichtung nach Anspruch 1, dadurch gekennzeichnet, daß das Aufnahmeteil (7) bzw. der Scher-

kopf (3) für eine bestimmte Zeitperiode über die Förderpumpe (23) aus dem Reinigungsflüssigkeitsbehälter (6) mit Reinigungsflüssigkeit versorgbar ist.

6. Vorrichtung nach Anspruch 1, dadurch gekennzeichnet, daß dem Aufnahmeteil (7) zur Aufnahme des Scherkopfs (3) eine vom Aufnahmeteil (7) getrennte Lufttrockenvorrichtung zugeordnet ist, die über eine elektrische Einrichtung dann aktivierbar ist, wenn die Reinigungsflüssigkeit aus dem Aufnahmeteil in den Reinigungsflüssigkeitsbehälter (6) abgeleitet ist.

7. Vorrichtung nach Anspruch 1, dadurch gekennzeichnet, daß das Aufnahmeteil (7) außerhalb der Reinigungsflüssigkeit (40) und/oder oberhalb des Flüssigkeitsspiegels der im Reinigungsflüssigkeitsbehälter (6) vorgesehenen Reinigungsflüssigkeit (40) angeordnet ist.

8. Vorrichtung nach Anspruch 1, dadurch gekennzeichnet, daß zumindest das Aufnahmeteil (7) und/oder der Reinigungsflüssigkeitsbehälter (6) nach außen bzw. zur Atmosphäre hin ständig geöffnet ist.

9. Vorrichtung nach Anspruch 1, dadurch gekennzeichnet, daß das Aufnahmeteil (7) mit einer Überlaufeinrichtung (26) und/oder mit mindestens einer Auslaßöffnung (27) ausgestattet ist, über die Reinigungsflüssigkeit zu einem Reinigungsflüssigkeitsbehälter (6, 65) geleitet werden kann.

10. Vorrichtung nach Anspruch 1, dadurch gekennzeichnet, daß der Querschnitt der Auslaßöffnung (27) im Aufnahmeteil (7) so bemessen ist, daß während des Reinigungsvorgangs weniger Reinigungsflüssigkeit durch die Auslaßöffnung (27) abfließt, als über die Förderpumpe (23) dem Aufnahmeteil (7) zugeführt wird.

11. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß zwischen der Überlaufeinrichtung (26) und dem Reinigungsflüssigkeitsbehälter (6) ein die Reinigungsflüssigkeit durchlassendes Schlauchteil (20) vorgesehen ist.

12. Vorrichtung nach Anspruch 10, dadurch gekennzeichnet, daß unterhalb des dem Scherkopf angepaßten Aufnahmeteils (7) eine Auffangwanne (77) vorgesehen ist, die zum Anschluß der Filtereinrichtung mit einer Auslaßöffnung (91) versehen ist.

13. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß die Filtereinrichtung aus einem Stutzen (19) besteht, auf den das die Flüssigkeit durchlassende Schlauchteil (20) aufgezogen ist.

14. Vorrichtung nach Anspruch 12, dadurch gekennzeichnet, daß das Schlauchteil (20) in die im Reinigungsflüssigkeitsbehälter (6) vorgesehene Reinigungsflüssigkeit (40) eingetaucht ist.

15. Vorrichtung nach Anspruch 12, dadurch gekennzeichnet, daß der Stutzen (19) mittel- oder unmittelbar mit der Einlaßseite der Förderpumpe (23) verbunden ist, deren Auslaßseite über eine Leitung (25) mit einem Filter (24) in Verbindung steht.

16. Vorrichtung nach Anspruch 15, dadurch gekennzeichnet, daß der Filter (24) über einen Auslaßstutzen (37) mit dem Aufnahmeteil (7) und die im Aufnahmeteil (7) vorgesehene Auslaßöffnung (27) mit dem Reinigungsflüssigkeitsbehälter (6) verbunden ist.

17. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß der Rasierapparat (1) in eine als Galgen (10) ausgebildete Halterung bzw. in einen Wandhalter (38) einsetzbar und über ein Schaltelement (9) mechanisch und/oder elektrisch verriegelbar ist.

18. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß das Schaltelement (9) zur mechanischen und/oder elektrischen Verriegelung des Rasierapparats (1) gegen die Stellkraft einer Feder aus einer "Aus"-Stellung bzw. entriegelbaren Stellung in mindestens eine den Rasierapparat (1) verriegelnde Stellung bringbar ist.

19. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß die "Ein"-Stellung zur elektrischen Aktivierung des Rasierapparats (1) auch zur Aktivierung der Reinigungsvorrichtung (5) dient.

20. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß die "Ein"-Stellung zur elektrischen Aktivierung einer Laderegelung insbesondere einer Laderegelung einer Ladevorrichtung im Rasierapparat (1) dient.

21. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß das Schaltelement (9) mit einem elektrischen Steuerkreis verbindbar ist, der für eine bestimmte bzw. programmierbare Zeitdauer die Reinigungsvorrichtung einschaltet.

22. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß nach der Reinigung des Scherkopfs für eine bestimmte bzw. programmierbare Zeitdauer die Trockenvorrichtung des Rasierapparats (1) zugeschaltet wird.

23. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß der über das Schaltelement (9) aktivierbare elektrische Steuerkreis zur Steuerung der verschiedenen Arbeitsintervalle der Reinigungsvorrichtung (5) einsetzbar ist.

24. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß der über das Schaltelement (9) aktivierbare elektrische Steuerkreis zur Steuerung des Reinigungs- und Trockenvorgangs abschaltbar ist, die elektrische und/oder mechanische Verriegelung aufhebt und/oder den Ladevorgang des Rasierapparats (1) beendet.

25. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß der Galgen (10), der Wandhalter (38), die Reinigungsvorrichtung (5), der Reinigungsflüssigkeitsbehälter (6) und/oder die Trockenvorrichtung bzw. der Lüfter (16) eine integrierte Baueinheit bilden, von der der Rasierapparat (1) aufgenommen werden kann.

26. Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß der Galgen (10) mit seinem vertikal verlaufenden Schenkel, einem vertikal verlaufenden Schenkel des Wandhalters (38) und dem Aufnahmeteil (7) ein mit Bezug auf die Seitenansicht des Gerätes U-förmiges Gehäuse (4) bildet.

27. Verfahren zur Reinigung des Rasierapparats mit einer Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, gekennzeichnet

DE   44 02 238   A1

17                                                         18

durch folgende Verfahrensschritte:

a) der Rasierapparat (1) wird durch Verstellen eines Schaltelements (9) von einer ersten in eine weitere Schaltstellung für den gesamten Reinigungs- und Trockenvorgang mechanisch und/oder elektrisch im Gehäuse (4) der Reinigungsvorrichtung (5) verriegelt,

b) der Reinigungsvorgang des Scherkopfs (3) des Rasierapparats (1) wird durch Verstellen eines Schaltelements (9) von einer ersten in eine zweite oder dritte Schaltstellung für eine kurze oder intensive Reinigung begonnen, das Untermesser des Scherkopfs (3) wird angetrieben und die Förderpumpe (23) zur Versorgung des Scherkopfs (3) mit Reinigungsflüssigkeit für ein erste Zeitperiode zwischen 3 und 20 sec eingeschaltet, wobei die Reinigungsflüssigkeit während des Reinigungsvorgangs fortlaufend über einen Filter (24) zum Aufnahmeteil (7) geleitet wird,

c) nach der ersten Zeitperiode zwischen 3 und 20 sec wird die Förderpumpe (23) abgeschaltet und die Reinigungsflüssigkeit aus dem Aufnahmeteil (7) einem Reinigungsflüssigkeitsbehälter (6) zugeführt,

d) das Untermesser des Scherkopfs (3) wird für den Trocken- und Schüttelvorgang für eine zweite Zeitperiode zwischen 1 und 30 sec weiter oszillierend angetrieben,

e) die Trockenvorrichtung und/oder die Heizung der Trockenvorrichtung wird für die zweite und/oder dritte Zeitperiode zwischen 3 und 30 min eingeschaltet und dem Scherkopf (3) Luft für den Trockenvorgang zugeführt,

f) nach Ablauf der drei bzw. vier Zeitperioden bzw. nach dem Trockenvorgang bzw. dem letzten Arbeitsvorgang werden die Trockenvorrichtung und/oder die Heizung der Trockenvorrichtung abgeschaltet und die elektrische und/oder mechanische Verriegelung des Rasierapparats (1) aufgehoben.

28. Verfahren zur Reinigung des Rasierapparats mit einer Vorrichtung nach einem oder mehreren der vorhergehenden Ansprüche, dadurch gekennzeichnet, daß durch Verstellen eines Schaltelements (9) von einer ersten in eine zweite oder dritte Schaltstellung der Rasierapparat (1) aufgeladen wird.

Hierzu 8 Seite(n) Zeichnungen

ZEICHNUNGEN SEITE 1

Nummer: DE 44 02 238 A1
Int. Cl.6: A 45 D 27/46
Offenlegungstag: 27. Juli 1995

Fig. 1



508 030/341

ZEICHNUNGEN SEITE 2

Nummer: DE 44 02 238 A1
Int. Cl.⁶: A 45 D 27/46
Offenlegungstag: 27. Juli 1995

Fig. 2

Fig. 3

508 030/341

ZEICHNUNGEN SEITE 3

Nummer: DE 44 02 238 A1
Int. Cl.⁶: A 45 D 27/46
Offenlegungstag: 27. Juli 1995



Fig. 4

508 030/341

ZEICHNUNGEN SEITE 4

Nummer: DE 44 02 238 A1
Int. Cl.⁶: A 45 D 27/46
Offenlegungstag: 27. Juli 1995



Fig. 11

Fig. 5

508 030/341

ZEICHNUNGEN SEITE 5

Nummer: DE 44 02 238 A1
Int. Cl.⁶: A 45 D 27/46
Offenlegungstag: 27. Juli 1995

Fig. 6



508 030/341

ZEICHNUNGEN SEITE 6

Nummer: DE 44 02 236 A1
Int. Cl.⁶: A 45 D 27/46
Offenlegungstag: 27. Juli 1995



Fig. 7

Fig. 8

Fig. 9

508 030/341

ZEICHNUNGEN SEITE 7

Nummer: DE 44 02 238 A1
Int. Cl.6: A 46 D 27/46
Offenlegungstag: 27. Juli 1995



Fig. 10

508 030/341

ZEICHNUNGEN SEITE 8

Nummer: DE 44 02 238 A1
Int. Cl.6: A 45 D  27/46
Offenlegungstag: 27. Juli 1995

Fig.12



508 030/341