

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/376,849 | 01/23/95 | BRAUN | G | |

34M2/0515

WILLIS M ERTMAN
FISH & RICHARDSON
225 FRANKLIN STREET
BOSTON MA 02110-2804

| EXAMINER |
|---|
| STINSON |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3405 | 15 |

DATE MAILED: 05/15/97

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

B000365

PTO-90C (Rev. 2/95)
*U.S. GPO: 1997-422-198/60031

1- File Copy

Serial Number: 08/376,849 -2-

Art Unit: 3405

A. The following is a quotation of 35 U.S.C. § 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.
>
> Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

B. Claims 1, 7, 8, 9, 11, 15 and 23-27 are rejected under 35 U.S.C. § 103 as being unpatentable over either Mekiney et al. or Hilliker. Re claim 1, the patent to Mekiney and Hilliker are cited disclosing a cleaning device comprising a cradle (12 and 6 respectively), a cleaning fluid container and a feed device that differs from the claim only in the recitation of the intended use, namely that of cleaning the head of a shaving apparatus. Nonetheless, the intended use is not deemed to structurally define over the device of either Mekiney or Hilliker. Re claim 7, Mekiney and Hilliker disclose the cradle dish-shaped as instantly claimed. Re claims 8 and 25, Mekiney and Hilliker disclose the open container. Re claim 9, Mekiney and Hilliker disclose the fluid supply and draining. Re claims 11 and 15, Mekiney discloses the filter and collector. Re claim 23, Hilliker and Mekiney

B000366

Serial Number: 08/376,849                                              -3-

Art Unit: 3405

disclose the overflow. Re claim 24, Hilliker and Mekiney disclose the outlet port. Re claim 26, Mekiney discloses the drive means. Re claim 27, Mekiney discloses the control circuit

D.  Claims 2-6, 8, 12, 13, 14 and 16-22 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

E.  Applicant's arguments with respect to claims 1-27 have been considered but are deemed to be moot in view of the new grounds of rejection.

F.  Applicant's amendment necessitated the new grounds of rejection. Accordingly, **THIS ACTION IS MADE FINAL.** See M.P.E.P. § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 C.F.R. § 1.136(a).

    A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL
ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS
ACTION.  IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS
OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION
IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED
STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE
ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE
PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE
MAILING DATE OF THE ADVISORY ACTION.  IN NO EVENT WILL THE
STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM
THE DATE OF THIS FINAL ACTION.

G.  The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. In French'932, Piccione, Canon and Booth, note the cleaning means.

B000367

Serial Number: 08/376,849 -4-

Art Unit: 3405

H. Any inquiry concerning this communication or earlier communications from the examiner should be directed to F.L.Stinson whose telephone number is (703) 308-0861. The examiner can normally be reached on M-F(1st week) and T-F (2nd week) from 8:30 AM to 5:00 pm. The fax phone number for this Group is (703) 308-7766. Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 308-0861.

Frankie L. Stinson
Primary Examiner
Group Art Unit 3405

B000368