| Interview Summary | Application No. 08/376,849 | Applicant(s) BRAUN |
|---|---|---|
| | Examiner Frankie L. Stinson | Group Art Unit 3405 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Frankie L. Stinson*   (3) _____

(2) *Ms. P. Crystal*   (4) _____

Date of Interview: Jul 18, 1997

Type: ☒ Telephonic   ☐ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No. If yes, brief description: _____

Agreement ☒ was reached.   ☐ was not reached.

Claim(s) discussed: *1 and 16*

Identification of prior art discussed:
*Hillker and Mekiney*

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
*It was noted that claim 1 would be amended to include the shape of the cradle (concave) and the drainage port at the base of the concave cradle and to include the bracket. It was also noted that the claim, as proposedly amended, appears to define patentable subject matter. Allowance will be held in abeyance pending an updated search.*

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

1. ☐ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☐ Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

FRANKIE L. STINSON
PRIMARY EXAMINER
ART UNIT 3405

U. S. Patent and Trademark Office
PTO-413 (Rev. 10-95)       Interview Summary       B000374       Paper No. 17