## DEUTSCHES PATENTAMT

Zweibrückenstraße 12
8000 München 2

Telefon: (0 89) 21 95 - 0;   Telex: 5 23 534
Telefax: (0 89) 21 95 - 22 21
Telefonische Auskünfte: (0 89) 21 95 - 34 02

**Deutsches Patentamt - Dienststelle Berlin**

Gitschiner Straße 97
1000 Berlin 61

Telefon: (0 30) 25 94 - 0;   Telex: 1 83 604
Telefax: (0 30) 25 94 - 6 93
Telefonische Auskünfte: (0 30) 25 94 - 677

### Erläuterungen zu Feld ⑦

Der Recherchenantrag ist vom Prüfungsantrag unabhängig.

Wird er vor dem Prüfungsantrag gestellt, so werden nur die bei der zuständigen Prüfungsstelle vorliegenden öffentlichen Druckschriften ermittelt, die für die Beurteilung der Patentfähigkeit des Anmeldungsgegenstandes in Betracht zu ziehen sind.

Wird zuerst der Prüfungsantrag gestellt, so ist ein danach gestellter Recherchenantrag ohne Wirkung. Er gilt als nicht gestellt; die entrichtete Gebühr wird zurückgezahlt. Die gleichzeitige Stellung eines Prüfungs- und Recherchenantrages ist nur erforderlich, wenn zusätzlich zur Prüfung der Patentanmeldung auf Patentfähigkeit auch die Ermittlung des einschlägigen Standes der Technik in Form eines Recherchenberichtes gewünscht wird.

### Erläuterungen zu Feld ⑩

Abbuchung erfolgt nur von eigens für diesen Zweck bei der Dresdner Bank AG München, Promenadeplatz 7, 8000 München 2, eingerichteten Abbuchungskonten (nach den Bedingungen gemäß MittPräsDPA Nr 2/90 vom 15. Dezember 1989, Bl. f. PMZ 1990,1)

### Kostenhinweise

Als Gebühren sind zu entrichten:

- für eine Patentanmeldung .............................. 100,- DM Anmeldegebühr
- für eine Recherche ........................................ 200,- DM Antragsgebühr
- für die Prüfung der Anmeldung
  - bei gestelltem Recherchenantrag .............. 250,- DM Antragsgebühr
  - ohne Recherchenantrag ............................ 400,- DM Antragsgebühr
- für die Lieferung von Ablichtungen der ermittelten Druckschriften
  - im Recherchenverfahren ............................ 30,- DM Antragsgebühr
  - im Prüfungsverfahren ................................. 20,- DM Antragsgebühr

Bei der Zahlung sind der Verwendungszweck (Anmelde-, Recherchenantrags-, Prüfungsantrags-, Ablichtungsantragsgebühr) und, soweit bekannt, das Aktenzeichen (P . . . . . . . . . .) anzugeben.

**Bankverbindungen des Deutschen Patentamts:**   Postgiroamt München       791 91-803 (BLZ 700 100 80)
                                                  Landeszentralbank München   700 010 54 (BLZ 700 000 00)

B001157

**GERMAN PATENT OFFICE**
[see source for address and contact information]

**German Patent Office- Berlin Bureau**
[see source for address and contact information]

**Explanations to field 7**

A search application is independent from an application for examination.

If the search application is filed before the application for examination, then only such public documents available to the examining department shall be examined that should be taken into account when assessing the patentability of the subject of the application.

If the application for examination is filed first, then any application for search filed afterwards is ineffective. Such an application for search is deemed not to have been filed. Any fee paid is to be reimbursed. The simultaneous filing of an examination application and a search application is required only if, in addition to the examination of the patentability, the determination of the relevant state of the art is also desired.

**Explanations to field 10**

Direct debits can be effected only to an account opened specifically for this purpose with the Dresdner Bank AG München, Promenadeplatz 7, 8000 München

**Instructions on fees:**

These are the fees to be paid:

| | |
|---|---|
| For a patent application: | DM 100, registration fee |
| For a search | DM 200, application fee |
| For the examination of an application | |
| With an application for search filed | DM 250, registration fee |
| Without an application for search | DM 400, application fee |
| For the delivery of photocopies | |
| of the determined documents | |
| in search proceedings | DM 30, registration fee |
| in examination proceedings | DM 20, application fee |

When effecting a **payment**, please indicate the **title** (application, search, examination, photocopies) and, if known, the **reference number** (P ......).

The bank of the German Patent Office:   Postgiroamt München   [see source for numbers]
                                          Landeszentralbank München

B001157ENG

05818-PT2

# Erfinderbenennung

*Die Erfinderbenennung muß auch erfolgen, wenn der Anmelder selbst der Erfinder ist. Ist der Anmelder Miterfinder, so ist er auch mitzubenennen.*

| Amtliches Aktenzeichen *(wenn bereits bekannt)* |
|---|
|  |

**Bezeichnung der Erfindung** *(bitte vollständig)*

| Reinigungsvorrichtung für den Scherkopf eines Trockenrasierers |
|---|
|  |
|  |
|  |

**Erfinder** *(bei mehr als vier Erfindern bitte gesond. Blatt benutzen)*

| Vor- und Zuname | Vor- und Zuname |
|---|---|
| ① Ing.-grad. Gebhard Braun | ③ |
| **Anschrift** Spessartstraße 18  65779 Kelkheim | **Anschrift** |
| ② Vor- und Zuname | ④ Vor- und Zuname |
| **Anschrift** | **Anschrift** |

**Das Recht auf das Patent ist auf den Anmelder übergegangen durch:**
*(z.B. Erfinder ist/sind d. Anmelder, Inanspruchnahme aufgrd. §§ 6 u. 7 ArbnErfG, Kaufvertrag mit Angabe des Datums, Erbschaft usw.)*

| Inanspruchnahme aufgrund §§ 6 und 7 ArbnErfG vom 10. August 1993 |
|---|
|  |
|  |

Es wird versichert, daß nach Wissen der Unterzeichner weitere Personen an der Erfindung nicht beteiligt sind.

Kronberg , den 21.01.1994
Braun Aktiengesellschaft
In allgemeiner Vollmacht 308/88

*Eigenhändige Unterschrift des Anmelders oder der Anmelder bzw. des Vertreters*
*Bei Firmen genaue, eingetragene Firmenbezeichnung angeben*

H.-D. Klauer

## Antrag auf Nichtnennung als Erfinder

*Nur von denjenigen oben genannten Erfindern auszufüllen, die nach außen hin nicht bekanntgegeben werden wollen (§ 63 Abs. 1 S. 3 PatG). Der Antrag kann jederzeit widerrufen werden. Ein Verzicht des Erfinders auf Nennung ist ohne rechtl. Wirksamkeit (§ 63 Abs. 1 S. 4 u. 5 PatG).*

☐ Es wird beantragt, den bzw. die Unterzeichner in der oben angegebenen Patentanmeldung als Erfinder nicht öffentlich bekanntzugeben. Die Einsicht in die obige Erfinderbenennung wird nur bei Glaubhaftmachung eines berechtigten Interesses gewährt.

_____ , den _____

*Eigenhändige Unterschrift des Erfinders oder der Erfinder*

P 2792
2.90

B001158

05818-PT2                           **Designation of the inventor**

*The inventor must be designated even if the applicant herself/himself is the inventor. If the applicant is a co-inventor, she/he must also be designated.*

| Official reference number (if already known) |
|---|
|   |

**Title of the invention** *(Please indicate the complete title)*

| Cleaning Device for the Shaving Head |
| of a Dry Shaver |
|   |
|   |

**Inventor** *(if more than four inventors, please use a separate sheet)*

| Name and surname<br>Ing.-grad. Gebhard Braun | Name and surname |
|---|---|
| Address<br>Spessartstraße 18<br>65779 Kelkheim | Address |

| Name and surname | Name and surname |
|---|---|
| Address | Address |
|   |   |

The right to the patent **has devolved to the applicant by:**
*(e.g., the inventor is the applicant, claimed on the basis of Sections 6 and 7 of Employees' Inventions Act, purchase contract indicating the date, inheritance, etc.)*

| Claimed on the basis of Sections 6 and 7 of the Employees' Inventions Act of August 10, 1993 |
|---|
|   |
|   |

I herewith assure that, to the best of my belief and knowledge, no other persons are involved in this invention.

Kronberg,_____ on 1/21/1994_____
Braun Aktiengesellschaft
By general power of attorney 308/88

[signature]_____
The applicant's or attorney's signature in her/his own hand.
For companies, exact, registered name of the company.
H.-D. Klauer

---

**Application for non-disclosure of an inventor**

*This section is to be filled out only by those of the above-mentioned inventors who do not wish to be disclosed (Section 63, Paragraph 1, Page 3 of the Patent Act).*
*This application can be withdrawn at any time. A person's renunciation of being disclosed has no legal effect (Section 63, Paragraph 1, Pages 4 and 5 of the Patent Act).*

☐ We request that the undersigned person(s) not be publicly disclosed as inventor(s) in the indicated patent application. The inspection of the above disclosure of inventor(s) shall be allowed only if the credibility of an entitled interest so requires.

_____, on _____

_____
Inventor(s)'s signature in her/his/their own hand          B000577

B001158ENG