# Declaration and Power of Attorney For Patent Application
## *Erklärung Für Patentanmeldungen Mit Vollmacht*
### German Language Declaration

| | |
|---|---|
| Als nachstehend benannter Erfinder erkläre ich hiermit an Eides Statt: | As a below named inventor, I hereby declare that: |
| dass mein Wohnsitz, meine Postanschrift, und meine Staatsangehörigkeit den im Nachstehenden nach meinem Namen aufgeführten Angaben entsprechen. | My residence, post office address and citizenship are as stated below next to my name. |
| dass ich, nach bestem Wissen der ursprüngliche, erste und alleinige Erfinder (falls nachstehend nur ein Name angegeben ist) oder ein ursprünglicher, erster und Miterfinder (falls nachstehend mehrere Namen aufgeführt sind) des Gegenstandes bin, für den dieser Antrag gestellt wird und für den in Patent beantragt wird für die Erfindung mit dem Titel: | I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled |
| Reinigungsvorrichtung für den Scherkopf eines Trockenrasierers | Cleaning Device for the Shaving Head of a Dry Shaver |
| deren Beschreibung<br>(zutreffendes ankreuzen)<br>[X] hier beigefügt ist.<br>[ ] am _____ unter der<br>Anmeldungsseriennummer _____<br>eingereicht wurde und am _____<br>abgeändert wurde (falls tatsächlich abgeändert). | the specification of which<br>(check one)<br>[X] is attached hereto.<br>[ ] was filed on _____ as<br>Application Serial No. _____<br>and was amended on _____<br>(if applicable) |
| Ich bestätige hiermit, dass ich den Inhalt der obigen Patentanmeldung einschliesslich der Ansprüche durchgesehen und verstanden habe, die eventuell durch einen Zusatzantrag wie oben erwähnt abgeändert wurde. | I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above. |
| Ich erkenne meine Pflicht zur Offenbarung irgendwelcher Informationen, die für die Prüfung der vorliegenden Anmeldung in Einklang mit Absatz 37, Bundesgesetzbuch, Paragraph 1.56(a) von Wichtigkeit sind, an. | I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a). |
| Ich beanspruche hiermit ausländische Prioritätsvorteile gemäss Abschnitt 35 der Zivilprozessordnung der Vereinigten Staaten, Paragraph 119 aller unten angegebenen Auslandsanmeldungen für ein Patent oder eine Erfindersurkunde, und habe auch alle Auslandsanmeldungen für ein Patent oder eine Erfindersurkunde nachstehend gekennzeichnet, die ein Anmeldedatum haben, das vor dem Anmeldedatum der Anmeldung liegt, für die Priorität beansprucht wird. | I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed: |

Page 1 of 3

Form PTO-FB-240 (8-83)    Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE

B000261

## German Language Declaration

Prior foreign applications
Priorität beansprucht

| P 44 02 238.7 | DE | 26th January 1994 | Priority Claimed |
|---|---|---|---|
| (Number)<br>(Nummer) | (Country)<br>(Land) | (Day/Month/Year Filed)<br>(Tag/Monat/Jahr eingereicht) | [X] Yes / Ja  [ ] No / Nein |
| (Number)<br>(Nummer) | (Country)<br>(Land) | (Day/Month/Year Filed)<br>(Tag/Monat/Jahr eingereicht) | [ ] Yes / Ja  [ ] No / Nein |
| (Number)<br>(Nummer) | (Country)<br>(Land) | (Day/Month/Year Filed)<br>(Tag/Monat/Jahr eingereicht) | [ ] Yes / Ja  [ ] No / Nein |

Ich beanspruche hiermit gemäss Absatz 35 der Zivilprozessordnung der Vereinigten Staaten, Paragraph 120, den Vorzug aller unten aufgeführten Anmeldungen und falls der Gegenstand aus jedem Anspruch dieser Anmeldung nicht in einer früheren amerikanischen Patentanmeldung laut dem ersten Paragraphen des Absatzes 35 der Zivilprozessordnung der Vereinigten Staaten, Paragraph 112 offenbart ist, erkenne ich gemäss Absatz 37, Bundesgesetzbuch, Paragraph 1.56(a) meine Pflicht zur Offenbarung von Informationen an, die zwischen dem Anmeldedatum der früheren Anmeldung und dem nationalen oder PCT internationalen Anmeldedatum dieser Anmeldung bekannt geworden sind.

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| (Application Serial No.)<br>(Anmeldeseriennummer) | (Filing Date)<br>(Anmeldedatum) | (Status)<br>(patentiert, anhängig, aufgegeben) | (Status)<br>(patented, pending, abandoned) |
|---|---|---|---|
| (Application Serial No.)<br>(Anmeldeseriennummer) | (Filing Date)<br>(Anmeldedatum) | (Status)<br>(patentiert, anhängig, aufgegeben) | (Status)<br>(patented, pending, abandoned) |

Ich erkläre hiermit, dass alle von mir in der vorliegenden Erklärung gemachten Angaben nach meinem besten Wissen und Gewissen der vollen Wahrheit entsprechen, und dass ich diese eidesstattliche Erklärung in Kenntnis dessen abgebe, dass wissentlich und vorsätzlich falsche Angaben gemäss Paragraph 1001, Absatz 18 der Zivilprozessordnung der Vereinigten Staaten von Amerika mit Geldstrafe belegt und/oder Gefängnis bestraft werden koennen, und dass derartig wissentlich und vorsätzlich falsche Angaben die Gültigkeit der vorliegenden Patentanmeldung oder eines darauf erteilten Patentes gefährden können.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Form PTO-FB-240 (8-83)  Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE

B000262

| | |
|---|---|
| German Language Declaration | |
| VERTRETUNGSVOLLMACHT: Als benannter Erfinder beauftrage ich hiermit den nachstehend benannten Patentanwalt (oder die nachstehend benannten Patentanwälte) und/oder Patent-Agenten mit der Verfolgung der vorliegenden Patentanmeldung sowie mit der Abwicklung aller damit verbundenen Geschäfte vor dem Patent-und Warenzeichenamt: *(Name und Registrationsnummer anführen)* | POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. *(list name and registration number)*<br><br>Willis M. Ertman, Reg. No. 18,658<br>Timothy A. French, Reg. No. 30,175<br>John M. Skenyon, Reg. No. 27,468<br>Peter J. Devlin, Reg. No. 31,753<br>Barry E. Bretschneider, Reg. No. 28,055<br>Ralph A. Mittelberger, Reg. No. 33,195<br>Donal B. Tobin, Reg. No. 25,711<br>Eric L. Prahl, Reg. No. 32,590 |
| Telefongespräche bitte richten an: *(Name und Telefonnummer)*     Willis M. Ertman   at   (617) 542-5070 | Direct Telephone Calls to: *(name and telephone number)* |
| Anschrift: | Send Correspondence to:<br>Willis M. Ertman, Esq.<br>Fish & Richardson<br>225 Franklin Street<br>Boston, MA 02110-2804 |
| Voller Name des einzigen oder ursprünglichen Erfinders:<br>Gebhard Braun | Full name of sole or first inventor |
| Unterschrift des Erfinders   /s/ Gebhard Braun   Datum  Dec. 21, 94 | Inventor's signature                   Date |
| Wohnsitz<br>Spessartstraße 18, D-65779 Kelkheim | Residence   DE |
| Staatsangehörigkeit<br>German | Citizenship |
| Postanschrift<br>Spessartstraße 18, D-65779 Kelkheim,<br>Fed. Republic of Germany | Post Office Address |
| Voller Name des zweiten Miterfinders (falls zutreffend) | Full name of second joint inventor, if any |
| Unterschrift des Erfinders              Datum | Second Inventor's signature             Date |
| Wohnsitz | Residence |
| Staatsangehörigkeit | Citizenship |
| Postanschrift | Post Office Address |
| *(Bitte entsprechende Informationen und Unterschriften im Falle von dritten und weiteren Miterfindern angeben).* | *(Supply similar information and signature for third and subsequent joint inventors.)* |

Page 3 of 3

Form PTO-FB-240 (8-83)                                                Patent and Trademark Office-U.S. DEPARTMENT OF COMMERCE