# Merriam-Webster OnLine

Merriam-Webster FOR KIDS • Encyclopædia BRITANNICA
Merriam-Webster ONLINE • Merriam-Webster COLLEGIATE • Merriam-Webster UN

**Embryo and Fetus**
Super resource for information and advanced prenatal diagnosis.

**Authentic Antique Posters**
Art Nouveau-Art Deco, 1880's-1960's Over 3000 Original Vintage Posters

**World War 2 posters**
Ideal place for World War II posters and other Military products

**World war ii videos**
Shop the Official PBS S Support Local Programm

HOME
PREMIUM SERVICES
 M-WCollegiate.com
 M-WUnabridged.com
 Britannica.com
 Multi-User Licenses
DOWNLOADS
WORD OF THE DAY
WORD GAMES
WORD FOR THE WISE
ONLINE STORE
HELP

Merriam-Webster Inc Company Information

## Merriam-Webster Online Dictionary

Thesaurus ⦿
Dictionary ○

One entry found for **during**.

Main Entry: **dur·ing** 🔊
Pronunciation: `'dur-i[ng]` *also* `'dyur-`
Function: *preposition*
Etymology: Middle English, from present participle of *duren* to last, from Old French *durer,* from Latin *durare* to harden, endure, from *durus* hard; perhaps akin to Sanskrit *dAru* wood -- more at TREE
**1** : throughout the duration of <swims every day *during* the summer>
**2** : at a point in the course of <was offered a job *during* a visit to the capital>

For **More Information on "during" go to Britannica.com**
Get the **Top 10 Search Results for "during"**

Ad
Merriam-Webster



**Palm & Pocket PC**
Browse and download Merriam-Webster e-books and games for Pa and Pocket P PDAs and Mo Phones
Merriam-Webster Online Stor

**Handheld Collegiate**
Now you can