IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )   Civil Action No. 03-CV-12428-WGY |
|  | ) |
| RAYOVAC CORPORATION, | ) |
|  | ) |
| Defendant. | ) |

**DECLARATION OF LAURA B. STAMM IN SUPPORT OF DEFENDANT RAYOVAC'S MOTION FOR SUMMARY DETERMINATION**

1. I, Laura B. Stamm, hereby submit this declaration in support of Defendant Rayovac Corporation's motion for summary judgment.

2. I have prepared an expert report in connection with the above-captioned matter.

3. This report was provided to opposing counsel pursuant to the Court's scheduling order.

4. I hereby incorporate by reference my expert report into the present declaration.

5. If called upon to testify at trial, my testimony will be consistent with the opinions and conclusions set forth in my aforementioned expert report.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Executed this 19th day of August, 2005.

_____
Laura B. Stamm