

ROPES & GRAY LLP

ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951-7000   F 617-951-7050

BOSTON   NEW YORK   PALO ALTO   SAN FRANCISCO   WASHINGTON, DC   www.ropesgray.com

August 16, 2005

Daniel J. Maher
(617) 951-7165
djmaher@ropesgray.com

James A. Shimota
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Re:   *Braun v. Rayovac*

Dear Jim:

Enclosed please find three dvd's, bates-labeled collectively B049673 – B138495. As noted previously, these documents are for attorneys eyes only. Please insure that confidential and proprietary information is treated appropriately.

Very truly yours,

Daniel J. Maher

DJM
Enclosures

cc:   William L. Patton, Esq.
      Stanley Liang, Esq.
      Heather Cowen
      Dalila Wendlandt, Esq.
      (all without enclosures)