IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAYOVAC CORPORATION, )<br>)<br>Defendant. )<br>)<br>)<br>_____ ) | Civil Action No. 03-CV-12428-WGY |

## UNOPPOSED MOTION OF DEFENDANT RAYOVAC CORPORATION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR RECONSIDERATION

Pursuant to Local Rule 7.1(B)(3), Defendant Rayovac Corporation ("Rayovac"), by its attorneys, hereby moves this Court for leave to file Rayovac Corporation's Reply Brief in Support of Its Motion for Reconsideration.

Rayovac believes that in light of Plaintiff's Response to Defendant's Motion for Reconsideration, a brief response relating to the issue of document production will be of assistance to the Court, and therefore, Rayovac seeks leave to file a reply brief for consideration by the Court.

Counsel for Plaintiff Braun GbmH does not oppose this motion for leave to file a reply brief in support of its Motion for Reconsideration.

WHEREFORE, Defendant Rayovac Corporation submits this motion for leave to file its reply brief and respectfully requests that the Court allow the filing of the aforementioned Reply Brief Relating to Its Motion for Reconsideration.

Respectfully submitted,

RAYOVAC CORPORATION

By its attorneys,

  /s/ Joseph E. Haviland
Thomas E. Dwyer, Jr. (BBO No. 139660)
Joseph E. Haviland (BBO No. 643814)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-1122
617-371-1000 [phone]
617-371-1037 [facsimile]

Mark A. Pals (admitted *pro hac vice*)
James A. Shimota (admitted *pro hac vice*)
Kevin S. Ueland (admitted *pro hac vice*)
James B. Coughlan (admitted *pro hac vice*)
KIRKLAND & ELLIS, LLP
Aon Center
200 E. Randolph Dr.
(312) 861-2000 [phone]
(312) 861-2200 [facsimile]

Dated: August 26, 2005

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on August 26, 2005, counsel for Defendant Rayovac Corporation conferred with counsel for Plaintiff Braun GmbH, William Patton, relating to this motion. Plaintiff's counsel indicated that Plaintiff Braun GmbH did not oppose this motion for leave to file a reply.

  /s/ Joseph E. Haviland
Joseph E. Haviland