IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRAUN GmbH,

        Plaintiff,

v.

RAYOVAC CORPORATION,

        Defendant.

Civil Action No. 03-CV-12428-WGY

**DECLARATION OF DALILA ARGAEZ WENDLANDT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

I, Dalila Argaez Wendlandt, hereby declare under penalty of perjury that:

1. I am an associate at the law firm of Ropes & Gray, counsel for plaintiff Braun GmbH. I make this declaration in support of Braun GmbH's Opposition to Defendant's Motions for Summary Judgment.

2. Attached hereto as <u>Exhibit A</u> is a true and accurate copy of the rough draft of the transcript for the deposition of Samuel R. Phillips, taken August 30, 2005.

<u>September 13, 2005</u>          /s/ Dalila Argaez Wendlandt
Date          Dalila Argaez Wendlandt