SAMUEL R. PHILLIPS, AUGUST 30, 2005

Page 101

1          SAMUEL R. PHILLIPS,
2  called as a witness herein, having been previously
3  duly sworn and having testified, was examined and
4  testified further as follows:
5          EXAMINATION (RESUMED)
6  BY MS. WENDLANDT:
7      Q.  Welcome back.
8      A.  Thank you.
9      Q.  Mr. Phillips, I'm asking you to turn
10  your attention to Exhibit 4, tab 10, the Maatz
11  patent, U.S. patent No. 3,500,840.
12          What is the cradle structure adapted to
13  receive the shaving head of the shaving apparatus
14  in the Maatz patent?
15      A.  It's got -- it's got a rack with some
16  holes in it.  It has a row of magnets and it has a
17  grid or perforated shelf.  All of those serve as a
18  structure to receive shaving apparatus.
19      Q.  Are you referring to the numbers 17, 16
20  and 15 in figure 2?
21      A.  Yes.  Yes.
22      Q.  What is the shaving apparatus that rack
23  10 is adapted to receive?  Rack 15.  I'm sorry.
24      A.  Unlike some of the previous --

Page 102

1  previous -- the prior art we discussed previously,
2  it doesn't show any pictures of the tools being in
3  there, but scissors, razors, combs, all kinds of
4  barber tools.
5      Q.  Are razors a shaving apparatus?
6      A.  No.
7      Q.  Combs?
8      A.  No.
9      Q.  But razors are?
10      A.  Razors are.
11      Q.  And is rack 15 adapted to receive the
12  shaving head of a clipper, hair clippers?
13      A.  Maatz does not name clippers
14  specifically.  The provisions, though, for
15  accepting them are the same as in some of the
16  patents we've discussed previously, namely, racks
17  and magnets.  So, yes, it is adapted to holding the
18  heads of clippers.
19      Q.  So, to hold the heads of a clipper you
20  would use magnet 16 and rack 15 together?
21      A.  Certainly magnet 16.  I think more
22  likely magnet 16 and the perforated tray 17
23  together.
24      Q.  The Maatz patent discloses a drain.

Page 103

1  Does the drain dry the barber tools?
2      A.  It aids the drying.  The tools dry
3  naturally in air, but without the drain they
4  wouldn't dry at all.
5      Q.  What is the bracket for insertion of the
6  hair clipper apparatus in the Maatz patent?
7      A.  The rack -- well, 15 is -- there is
8  nothing that identifies the racks specifically.  15
9  comes the closest.  It's pointing to a hole in the
10  rack.  That would be the bracket.
11      Q.  The actual hole that the number 15 is
12  pointing to?
13      A.  Well, 15 is pointing to a hole.  There
14  is nothing pointing to the rack as a -- as a whole,
15  w-h-o-l-e.  But the piece of metal that the hole is
16  in, that hole 15 is in, that's the rack.  Would be
17  some different hole, one that was aligned with a
18  magnet would be the bracket.
19      Q.  Can you explain that, what hole aligned
20  with the magnet?
21      A.  Well, you would -- there would be a
22  hole -- a hole aligned -- the picture here shows
23  the magnets kind of spaced without relation to the
24  holes in the rack above them, but if you

Page 104

1  specifically wanted to -- let me rephrase this.
2          Depending upon the shape of the shaver
3  head, you either would need a bracket or not and if
4  you needed one, the rack in which hole 15 is put
5  would be it.
6      Q.  So, it's your understanding of the Maatz
7  patent that the rack in which hole 15 exists is a
8  bracket for insertion of, for example, the hair
9  clipper apparatus?
10      A.  Well, for shaving apparatus.
11      Q.  So, in your one example, one of the
12  shaving apparatuses was a hair clipper?
13      A.  Yes, or a straight razor.
14      Q.  Okay.  Let's stick with the hair
15  clipper.  What is the bracket for insertion of the
16  hair clipper apparatus in the Maatz patent?
17      A.  It would be one of the holes in rack 15.
18      Q.  And that would be the same with regard
19  to a straight razor?
20      A.  Yes, probably be a different hole.
21      Q.  Because?
22      A.  Because they are different shapes or
23  sizes.
24      Q.  Is there in your opinion any difference

26 (Pages 101 to 104)

SAMUEL R. PHILLIPS, AUGUST 30, 2005

Page 105

1 between cleaning something and sterilizing it?
2    A.    There is certainly some difference.
3    Q.    What is that difference?
4    A.    But it's clear that sterilizing is a
5 form of cleaning.
6    Q.    So, in the Teknek case concerning the
7 cleaning machine for sheet, sheets?
8    A.    Sheets.
9    Q.    Was that a sterilizing machine?
10   A.    No.
11   Q.    And why -- what is the distinction then?
12 Are you saying sterilizing is a subset of cleaning?
13   A.    Yes, I do.
14   Q.    Okay.  And what distinguishes a
15 sterilizing process from a cleaning process?
16   A.    Well, a sterilizing process bears the
17 additional burden of killing any germs that are
18 there but there is a lesser burden on removing
19 particles.  So you have a concept of clean dirt,
20 which is exactly what you have in an operating
21 room.
22   Q.    You have clean dirt in an operating
23 room?
24   A.    Yes.

Page 106

1    Q.    Why do you say that?
2    A.    Well, semiconductor clean rooms are
3 where people really know how to clean and they are
4 a lot more rigorously enforced than anything I have
5 seen in a hospital.  Their shoes, beard, hair nets,
6 all those things are not well taken care of in an
7 operating room.
8    Q.    So, an operating room is a sterile
9 environment or sterilized environment but not
10 necessarily clean?
11   A.    That's right.  Now, sterilizing with a
12 wet sterilant is intrinsically a cleaning process.
13   Q.    Why do you say that?
14   A.    You are washing.  Physical removal of
15 dirt unavoidably.
16   Q.    And how is the dirt removed when
17 something is sterilized with a wet liquid?
18   A.    With washing it specifically.  And in
19 fact some of the prior art, there is sterilization
20 with spraying on from a spray can.
21   Q.    Right.  Let's turn to that.  I think
22 it's the Loeffler patent.  Let me see what it is.
23 It's tab 6 to Exhibit 4.  U.S. Patent 2,976,552.
24       Can you explain to me -- is this what

Page 107

1 you were referring to?
2    A.    Yes.
3    Q.    Can you explain to me how this is a
4 cleaning as well as sterilizing process?
5    A.    Yes.  The spraying process is a washing
6 process.  I'm familiar with its use for cleaning
7 things.
8    Q.    And how does the spray in the Loeffler
9 patent physically remove the dirt or particles?
10   A.    By dissolving some of the material and
11 by impingement on the rest -- on other material.
12   Q.    What do you mean by "dissolving some of
13 the material"?
14   A.    Well, depends what's in the -- in the
15 sterilant, but conceivably there are solvents in
16 there.  It's perhaps alcohol-based.  We don't
17 really know.  It just says sterilant or sterilizing
18 liquid is probably what it says.
19   Q.    I believe at column 2, line 52 or 53 it
20 says, "Spraying can 60, containing the sterilizing
21 fluid."
22   A.    Yes.  It also -- it also says -- no, I
23 think your reference number is right.
24   Q.    And from that reference, you believe

Page 108

1 that conceivably it could contain solvents?
2    A.    Yes.
3    Q.    Spray can 60?
4    A.    Yes.
5    Q.    Is that something about which you are
6 confident?
7    A.    It mentions -- it mentions in column 1,
8 line 43 that the head of a clipper is cleansed in
9 the device.  It mentions cleansing again at line
10 59.  There may be other places.
11   Q.    Sticking with that first reference, the
12 line is, "It is, in view of this, the further
13 object of the invention to provide means for
14 automatically applying a suitable sterilizing fluid
15 to the head of the clipper each time it is cleansed
16 in that device."
17       You read that to be that the sterilizing
18 fluid is doing the cleansing, or do you?
19   A.    It's assisting with the cleansing.  I
20 realize this device has a brush as an important
21 part of it.
22   Q.    What is the function of the brush?
23   A.    The brush is to agitate the surface and
24 cooperating with the liquid does the cleaning.  Not

27 (Pages 105 to 108)

SAMUEL R. PHILLIPS, AUGUST 30, 2005

Page 109

1  just the dry brushing. It's a wet brushing, which
2  is more thorough.
3      Q.   And so the brushes are carrying away
4  some of these dirt particles?
5      A.   Yes, presumably they are falling on the
6  floor of the device.
7      Q.   You also said in answer to my previous
8  question that one of the ways the spray can is
9  washing is that it impinges the rest of the
10 material. You said it dissolves some and then it
11 impinges on the other. What does that mean,
12 impinging?
13     A.   Well, impacts. It's got a connotation
14 of velocity in it. There is relative motion, which
15 can dislodge small particles, perhaps those that
16 the brush misses.
17     Q.   Do you know whether spray can 60
18 includes solvents?
19     A.   No, I don't. I -- since probably the
20 cheapest sterilizing fluid you could use would be
21 alcohol of the various kinds, it's likely to be
22 alcohol and the alcohols are solvents. So, there
23 would be a combination of cleaning and sterilizing.
24     Q.   In this Loeffler patent, what is the

Page 110

1  feed device for feeding cleaning fluid from spray
2  can 60 to the cradle structure?
3      A.   The spray can has -- is charged at the
4  factory with compressed gas and -- which you of
5  course cannot see in the picture, but it's there.
6  And there is a dip tube in the can and then a valve
7  at the top of the can and then a spray nozzle which
8  is visible. That's Item 76. And that combination
9  is the feed device.
10         So it's got four elements: The
11 pressurized gas, the dip tube, the valve and the
12 spray nozzle.
13     Q.   I'm sorry. The dipped?
14     A.   The dip tube.
15     Q.   Dip tube. Okay.
16     A.   It's not shown there, but that's the
17 only way you can get liquid out of a spray can.
18     Q.   Asking you to turn your attention to
19 Exhibit 3, your third report, paragraph 134.
20     A.   Yes.
21     Q.   You state, "The valve 75 is a fluid feed
22 device"?
23     A.   Yes.
24     Q.   Is it the valve alone or the four

Page 111

1  components that you just now named that are the
2  feed device of the Loeffler patent?
3      A.   Well, the valve is a fluid feed device,
4  but there are others. I'm not sure what your
5  question is.
6      Q.   I guess my question is: Is it the valve
7  alone that is the fluid feed device or is it the
8  valve in conjunction with these three other
9  elements, the compressed gas, the dip tube and the
10 nozzle?
11     A.   It's in conjunction with the three other
12 objects. Each of them is a fluid feed device.
13 Collectively they are the fluid feed device.
14     Q.   What do you mean, "each is a fluid feed
15 device"?
16     A.   Well, a component of a system is a part
17 of a system.
18     Q.   But a component of a system isn't the
19 system?
20     A.   I just said that. That's correct.
21     Q.   Okay. But you said that valve 75 is a
22 fluid feed device?
23     A.   It's a.
24     Q.   Yes. It's a component of the fluid feed

Page 112

1  device?
2      A.   Yes. That would be more complete.
3      Q.   In paragraph 135 on the next page, you
4  conclude, "I continue to believe that the fluid
5  level in the spray can will always be below the
6  cradle structure during feeding."
7          Can you explain that statement or what's
8  the basis of your belief there?
9      A.   Upon -- the complete accuracy of that
10 statement depends upon where the liquid level is in
11 the can at the start, and I do not know the
12 proportion of gas and liquid in the can. I don't
13 know how full it is filled at the factory.
14         Depending on the level that is filled,
15 though, there is a level at which the -- with the
16 geometric arrangement shown in the picture, the
17 level of the liquid will be below and remain below
18 the head of the clipper.
19     Q.   Going down to paragraph 138.
20     A.   Yes.
21     Q.   At page 39 you state, "The hair clipper
22 in the Loeffler patent obviously has a center of
23 gravity."
24     A.   Yes.

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087   800.708.8087   FAX: 312.704.4950

SAMUEL R. PHILLIPS, AUGUST 30, 2005

Page 113

1    Q.    Have you calculated where the center of
2    gravity would be --
3    A.    No.
4    Q.    -- in the Loeffler patent?
5    A.    No.
6    Q.    Turning your attention to Exhibit 6,
7    which is Exhibits 38, 39, 40 and 41 to your
8    reports.
9    A.    Thank you.
10    Q.    At Exhibit 40.
11    A.    Yes.
12    Q.    You have Mnller patent.
13    A.    Yes.
14    Q.    U.S. Patent 4,154,003.
15    A.    Yes.
16    Q.    I couldn't find the Mnller patent cited
17    in your report, but I was wondering why it was
18    included as an exhibit?
19    A.    It is cited but it's hard to find.
20    Q.    Okay.
21    A.    It is on page 41.
22    Q.    Of the third report?
23    A.    In the footnote.  Yeah.
24    Q.    What is the proposition for which you

Page 114

1    are citing this patent for?
2    A.    That one can combine washing and drying
3    in the same -- in the same device.  They don't have
4    to be separated.
5    Q.    What is the connection between that and
6    this case?
7    A.    It's -- it's rebutting what some of
8    Dr. -- what -- some of what Dr. Nayfeh says where
9    he is talking about the -- that it's bad to have
10    the cleaning fluid introduced into the drying
11    device.
12    Q.    I see.  And with regard to Exhibit 6,
13    tab 41, which I believe is a Japanese abstract,
14    patent abstract?
15    A.    Yeah.
16    Q.    And it may include the patent itself
17    also.  What is the proposition for which you are
18    citing this patent?
19    A.    I don't recall right now.
20         Well, at the bottom of page 44 in
21    footnote 14 there is -- I think I mentioned earlier
22    that there were such things as electric wet razors,
23    and I knew that Panasonic is a leading maker of
24    those and Panasonic is a brand of Matsushita who

Page 115

1    owns its patents.  So it's not very surprising.
2         And what they have got is an impeller in
3    there.  It's -- the proposition is to augment the
4    Salas information or the Salas prior art.
5    Q.    Okay.  Mr. Phillips, do you dispute that
6    each of the Rayovac cleaning systems that are
7    accused of infringement in this patent litigation
8    each include a cleaning fluid container?
9    A.    I don't dispute that.
10    Q.    And do you dispute that each of them
11    include a structure that's arranged above the fluid
12    level of the cleaning fluid in the container?
13    A.    I don't dispute that.
14    Q.    Do you dispute that each of them contain
15    a drying device?
16    A.    They each contain a drying device.
17    Q.    Turning your attention to Exhibit 2,
18    your second report.
19    A.    Yes.
20    Q.    At paragraph 79 of your report, you
21    begin to describe what you refer to as acceptable
22    non-infringing substitutes?
23    A.    Yes.
24    Q.    The first such substitute is a -- either,

Page 116

1    one or two gas cleaning systems that Rayovac is
2    currently developing?
3    A.    Yes.
4    Q.    What is the basis for your opinion that
5    that gas cleaning system is a non-infringing
6    substitute, an available non-infringing substitute?
7    A.    I understand that available means that
8    it could be placed on the market in some short time
9    without defining what short means.  It doesn't mean
10    that you can go and buy one today.  But it means
11    that Rayovac could manage its business so that you
12    could go and buy one before too long, whatever "too
13    long" means.
14    Q.    To conclude that Rayovac could place
15    such a gas cleaning system on the market in a short
16    time, whatever that time is, to whom did you speak?
17    A.    Mr. Chasen.
18    Q.    Anyone else?
19    A.    No.  Well, I spoke to Mr. Shimota.
20    Q.    Anyone else at Rayovac?
21    A.    No one else at Rayovac.
22    Q.    And did you review any documents in
23    connection with your opinion that the gas cleaning
24    system is an available non-infringing substitute?

29 (Pages 113 to 116)

SAMUEL R. PHILLIPS, AUGUST 30, 2005

Page 117

1    A.   Yes, I did.
2    Q.   Placing before you what I have marked as
3  Phillips Exhibit 8, which is tab 37 to your report.
4  Are those the documents that you reviewed in
5  connection with forming your opinion?
6    A.   Yes, they are.
7    Q.   Did you review any other documents?
8    A.   I recall there were some -- some kind of
9  test reports, some kind of written documents
10  conditioned with these pictures, but I don't now
11  see them. They were not very formal test reports,
12  but I don't know where they are.
13    Q.   Well, the last two pages of the tab 37
14  is a document entitled "Carbon Dioxide Rotary
15  Shaver Cleaner Operating Instructions."
16         Is that what you are referring to?
17    A.   I think there is more than that. But I
18  don't see it here and I know that Mr. Shimota
19  turned over to you everything that we had. So,
20  maybe my memory is wrong.
21    Q.   Well, if you did see such test reports,
22  do you still have a copy of them?
23    A.   Presumably I do. But everything I have
24  like this I got from Mr. Shimota in the first

Page 118

1  place. So, it's --
2    Q.   It could just be that it was missing
3  from the actual document we reviewed at Ropes &
4  Gray?
5    A.   Or it could be that I'm wrong. I just
6  don't know which is which. I thought there were
7  some documents that kind of look like this
8  instruction but that they were more -- more
9  test-oriented.
10         Not trying to hold anything out on you
11  here.
12    Q.   I just want to make sure we have
13  everything.
14    A.   Right. We have what we have.
15    MS. WENDLANDT: Jim, to the extent there are
16  such test reports, if you could produce them, that
17  will be great.
18    MR. SHIMOTA: Sure. If there is anything we
19  haven't produced, I will.
20  BY MS. WENDLANDT:
21    Q.   What did Mr. Chasen tell you about the
22  gas cleaning system that he was developing?
23    A.   Let me get my report in front of me here
24  just to refresh my memory so I don't leave anything

Page 119

1  out.
2         What he told me was he was developing a
3  completely dry system and, as you know, in the art
4  there are -- there are blower and vacuum systems
5  designed to clean razors. His concept -- but all
6  of them to date that I have -- that I know anything
7  about involve a fan or blower or some
8  electric-powered motive device.
9         And his concept was to use compressed
10  gas and while it could be done with an air
11  compressor -- well, he mentions it here I see.
12         He's got two kinds. One of them uses a
13  miniature compressor and the other one uses CO2
14  cylinders of the small kind, usually called
15  Sparkletts cylinders. That is a trade name. It's
16  "Spark" and then l-e-t-t-s, two Ts.
17         Such cartridges have been adapted for,
18  oh, pellet guns, starting small engines, all kinds
19  of things, and are available in the market.
20    Q.   Have you seen Mr. -- either of
21  Mr. Chasen's gas cleaning systems?
22    A.   No, only photographs and discussion with
23  him on the phone while looking at the photographs.
24    Q.   Do the photographs tell you that it

Page 120

1  could be an effective cleaning system?
2    A.   Yes.
3    Q.   How do they show that?
4    A.   They showed some before and after
5  pictures. Again, that's either him stepping
6  through them with me on the phone -- well, you see,
7  he has numbered the tests and there is a
8  progression of development and as it proceeds
9  through this progression, the after photographs get
10  cleaner and cleaner.
11         And I think that he has some comparisons that
12  I am not sure I can show them to you here. I think
13  he has some comparisons that show after -- after
14  wet cleaning to establish a benchmark. So, he's
15  satisfied that the thing is doing a good job of
16  cleaning.
17    Q.   What is the status of Mr. Chasen's gas
18  cleaning system today?
19    A.   As far as I know it is ready to be
20  turned into a product. Still a laboratory unit as
21  far as I know, but the -- the heavy-duty
22  engineering is done.
23    Q.   And these are -- that conclusion is
24  based on your discussions with Mr. Chasen?

30 (Pages 117 to 120)

SAMUEL R. PHILLIPS, AUGUST 30, 2005

Page 121

1   A.   Yes.
2   Q.   Those discussions were prior to your
3 submission of the second Phillips report?
4   A.   Yes, yes, it was.
5   Q.   Another non-infringing available
6 substitute that you described in your report is
7 elimination of the dryer.
8   A.   Yes.
9   Q.   Is elimination of the dryer something
10 that Rayovac is currently developing?
11   A.   I don't -- I don't recall. I -- there
12 are -- there are two things you can do about
13 eliminating a dryer. You can just not have one or
14 you can -- and take the penalty of a longer drying
15 time. Or you can substitute some different means
16 of drying such as induction heat, as Mr. Hoeser
17 mentions.
18      I understand that Braun has -- currently
19 markets both kinds, that is, no dryer at all and an
20 induction heating form of dryer in addition to the
21 blower one that is in dispute here.
22      I think Rayovac is contemplating the
23 same things; but where it lies, I don't know.
24   Q.   And what is your basis of your belief

Page 122

1 that Rayovac is contemplating the same things?
2   A.   I don't think I talked to Mr. Chasen
3 about that, but I talked to Mr. Shimota about that.
4   Q.   Have you seen any documents concerning
5 the elimination of the dryer?
6   A.   No.
7   Q.   What were your discussions were
8 Mr. Shimota about the elimination of the dryer?
9   A.   Just that they might -- that Rayovac
10 might do it. Certainly be easy to do.
11   Q.   Why is the development of an induction
12 heating device to dry -- I'm sorry. Start that
13 again.
14      Why is the introduction of an induction
15 heating device to dry the shaver head easy to do?
16 I'm not saying it's not. I just don't know.
17   A.   The one that I said was easy to do was
18 take out the dryer entirely. The induction heater,
19 it would take some development. It's by no means
20 rocket science. There are plenty of people to help
21 you design that.
22   Q.   But you haven't spoken to anyone at
23 Rayovac who would be one of those people?
24   A.   No, I haven't.

Page 123

1   Q.   With regard to your non-infringing
2 substitute involving the covers.
3   A.   Yes.
4   Q.   Which I think are on page -- well,
5 paragraph 98 of your report.
6   A.   Yes.
7   Q.   Is that something that Rayovac is
8 currently considering?
9   A.   I don't know the extent they are
10 considering it. It's -- Rayovac did provide these
11 sketches and Rayovac says it would be easy for them
12 to do. And having looked at the sketches, I agree
13 with them.
14   Q.   And who at Rayovac provided the
15 sketches?
16   A.   They came to me through Mr. Shimota. I
17 don't know where they came from in Rayovac.
18   Q.   Did you talk to anyone at Rayovac about
19 the cover substitute?
20   A.   I might have talked to Mr. Chasen while
21 I had him on the phone, but I don't remember it.
22 Not much to talk about.
23   Q.   With regard to the non-infringing
24 available substitute which would require

Page 124

1 elimination of the bracket in the Rayovac device.
2   A.   Yes.
3   Q.   To whom did you speak to with regard to
4 that one?
5   A.   I don't think I talked to anybody about
6 that. It's just that they could do it.
7   Q.   Why do you say they could do it?
8   A.   Well, there is so much precedent.
9 Cordless telephone comes immediately to mind. The
10 only thing the bracket does is -- it does two
11 things. It adds stability and it adds electric
12 power and both of those you can do with other
13 devices that are well-known. I mean, I know of
14 them and presumably Rayovac knows of them.
15   Q.   But you haven't spoken to anyone at
16 Rayovac to confirm that?
17   A.   I don't believe I have.
18   Q.   And you haven't seen any Rayovac
19 documents concerning this?
20   A.   No, definitely not seen any Rayovac
21 documents.
22   Q.   Have you tested these what you call
23 available non-infringing substitutes against any of
24 the other claims in the '328 patent, that is, the

31 (Pages 121 to 124)

SAMUEL R. PHILLIPS, AUGUST 30, 2005

Page 125

1 ones that have not been asserted in this case?
2     A.   I don't think I have.  I don't think
3 I've paid any attention to the non-asserted ones.
4     Q.   Can I ask you to look at claim 9 of the
5 '328 patent, which is Exhibit 7.
6     A.   All right.
7     Q.   As I read them, the only difference
8 between claim 9 and claim 11, which is one of the
9 asserted claims, is that claim 11 requires a drying
10 device and claim 9 requires an electrical
11 arrangement for temporarily operating the shaving
12 head of the shaving apparatus and the feed device?
13     A.   Yes.
14     Q.   Is that your reading as well?
15     A.   Let me do my own comparison here.
16     Q.   Sure.
17     A.   Yes, I think you're reading this
18 correct.
19     Q.   So, with regard to the non-infringing
20 substitute which would eliminate the dryer, would
21 that non-infringing substitute escape infringement
22 of claim 9?
23     MR. SHIMOTA:  Objection; outside the scope,
24 form.

Page 126

1 BY THE WITNESS:
2     A.   Of course, I haven't reached an opinion
3 on that.  I'd have to study that a bit to see what
4 the -- what the result would be.
5 BY MS. WENDLANDT:
6     Q.   Do you know whether the -- any of the
7 three Remington or Rayovac products accused of
8 infringement in this case have an electrical
9 arrangement that operates both the feed device and
10 the shaving head?
11     MR. SHIMOTA:  Objection.
12 BY THE WITNESS:
13     A.   No, I'm sorry, I don't know.
14 BY MS. WENDLANDT:
15     Q.   Okay.  Turning your attention back to
16 claim 1 of the '328 patent, which is the -- one of
17 the elements is a cradle structure with an outlet
18 port.
19        Isn't the dimension of the outlet port
20 something that you would need to know in order to
21 answer the question whether the cradle structure is
22 able to retain cleaning fluid?
23        Again, assuming that claim 1 did not
24 have a concave cradle structure.

Page 127

1     A.   Oh, assuming that.
2     Q.   Yes.
3     A.   If it didn't have the concave structure,
4 the need for the outlet port disappears.  I mean it
5 says that the outlet port allows hair to drain.
6 There is nothing to drain from -- I mean, that's
7 entirely dependent upon the first element being the
8 way it is.  The minute you take the concave surface
9 away, there is nothing to drain.
10     Q.   So, you couldn't have a cradle structure
11 that wasn't concave that had an outlet port?
12     A.   I'm having a hard time of thinking what
13 it might be.
14     Q.   So, the outlet port -- the existence of
15 an outlet port to one of ordinary skill in the art
16 would imply a concave cradle structure?
17     A.   Yes.  Because if it's not concave, then
18 it's plane or convex.  I don't know what else it
19 can be.  Or it can be porous and, in any event,
20 there is no particular need for a drain because the
21 water will just run off.
22     Q.   Before our lunch break you had testified
23 that you had taken apart a shaving head of a
24 shaving apparatus during this case and also

Page 128

1 previously in connection with cleaning --
2     A.   Yes.
3     Q.   -- your own shaving apparatus?
4     A.   Yes.
5     Q.   And at that time you said that the point
6 of the invention here was that you wouldn't have to
7 do that, that is, take it apart?
8     A.   That's my understanding of it.  It's
9 supposed to be convenient.
10     Q.   Where in the '328 patent, Exhibit 7, do
11 you see that the point of the invention is to add
12 this level of convenience to cleaning the shaving
13 head?
14     A.   Would you repeat the question, please.
15     Q.   Sure.
16     MS. WENDLANDT:  Can you read back the
17 question.
18        (WHEREUPON, the record was read
19        by the reporter as requested as
20        follows:  Q.  Where in the '328
21        patent, Exhibit 7, do you see that
22        the point of the invention is to
23        add this level of convenience to
24        cleaning the shaving head?)

32 (Pages 125 to 128)

SAMUEL R. PHILLIPS, AUGUST 30, 2005

Page 129

1  BY THE WITNESS:
2      A.   Whereas I do not find those specific
3  words, I find several references of storing the
4  razor and of -- and of avoiding taking it apart.
5  BY MS. WENDLANDT:
6      Q.   And what are those references?
7      A.   Well, let me go through it again and
8  find them for you.
9      Q.   Sure.
10     A.   Column 2, line -- beginning with line 5,
11 the inference I draw is that you don't want to take
12 it -- don't want to remove the shaving head.
13     Q.   Okay.
14     A.   Since it's discussing an advantage over
15 a prior art.
16         Then there is -- there is -- I'm going
17 to skip around a little as I remember them.
18         It can be operated -- let's see. In
19 column 4, at the top, there is some discussion of
20 operating it while it's in the cleaner, and it has
21 to be together for you to do that. I have to find
22 the exact reference for you.
23         I'm jumping back to the first page of
24 the patent again. Well, he mentions a storage

Page 130

1  device, column 2, line 22, and it's associated with
2  arrangement for operating it electrically.
3         So, the cradle is configured as a
4  cleaning dish, a drying dish and/or a storage
5  device all together and all of that says to me you
6  don't want to take it apart.
7         Then around line 40, you ought to
8  operate it after drainage. I'm sorry. That's
9  something else. Forget that.
10        At the top of column 3 he mentions more
11 specifically the benefit of operating it while it's
12 under water.
13     Q.   And from that benefit you infer that you
14 don't take it apart?
15     A.   I do infer that. At the bottom of
16 column 3, beginning about line 63, he talks again
17 about storing it, perfect, well protected,
18 indefinite period of time, locked in place.
19        Again, the inference I draw, until -- he
20 goes on the next one, "until the cleaning and
21 drying operations are completed and the shaving
22 apparatus is needed for a shave." Again, the
23 inference is that it's together, not disassembled.
24        There may be others, but that is --

Page 131

1  those are some.
2      Q.   Can you describe for me the process by
3  which your reports were drafted; that is, did you
4  write the initial draft? Who did that?
5      A.   I did write an initial draft and
6  Mr. Shimota rewrote it and we had a number of
7  meetings in which we would discuss aspects of the
8  report. So, I've been over the report in
9  considerable detail several times.
10     Q.   Were these meetings in person or
11 telephonic?
12     A.   Typically in person.
13     MS. WENDLANDT: If we could just take a
14 five-minute break, I may be done.
15        (WHEREUPON, a recess was had
16         from 1:56 to 2:01 p.m.)
17 BY MS. WENDLANDT:
18     Q.   You will recall that prior to the lunch
19 break we spoke about the disclosure in the Simmons
20 patent of a cleaning fluid that -- to which one
21 would add a lubricant?
22     A.   Yes, I do recall that.
23     Q.   In light of that disclosure, do you
24 still opine that it would be counterintuitive to

Page 132

1  one skilled in the art to add the lubricant to the
2  cleaning fluid in the '328 patent?
3      A.   In light of that, no, I don't.
4      MS. WENDLANDT: I have no further questions.
5      MR. SHIMOTA: Okay. I have nothing.
6         Signature is reserved.
7         (Time Noted: 2:02 p.m.)
8         FURTHER DEPONENT SAITH NAUGHT.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087  800.708.8087  FAX: 312.704.4950

SAMUEL R. PHILLIPS, AUGUST 30, 2005

Page 133

1.    IN THE UNITED STATES DISTRICT COURT
2.         DISTRICT OF MASSACHUSETTS
3
4   BRAUN GmbH,            )
5          Plaintiff,  )
6   -vs- ·             ) Civil Action No.
7   RAYOVAC CORPORATION,      ) 03-CV-12428-WGY
8          Defendant.  )
9
10
11        I hereby certify that I have read the
12  foregoing transcript of my deposition given at the
13  time and place aforesaid, consisting of Pages 1 to
14  132, inclusive, and I do again subscribe and make
15  oath that the same is a true, correct and complete
16  transcript of my deposition so given as aforesaid,
17  and includes changes, if any, so made by me.
18
19             SAMUEL R. PHILLIPS
20  SUBSCRIBED AND SWORN TO
21  before me this     day
22  of         , A.D. 2005.
23        Notary Public
24

Page 134

1   STATE OF ILLINOIS )
2              ) SS:
3   COUNTY OF DU PAGE )
4        I, CORINNE T. MARUT, C.S.R. No. 84-1968,
5   a Certified Shorthand Reporter of the State of
6   Illinois, do hereby certify:
7        That previous to the commencement of the
8   examination of the witness, the witness was duly
9   sworn to testify the whole truth concerning the
10  matters herein;
11       That the foregoing deposition transcript
12  was reported stenographically by me, was thereafter
13  reduced to typewriting under my personal direction
14  and constitutes a true record of the testimony
15  given and the proceedings had;
16       That the said deposition was taken
17  before me at the time and place specified;
18       That the reading and signing by the
19  witness of the deposition transcript was agreed
20  upon as stated herein;
21       That I am not a relative or employee or
22  attorney or counsel, nor a relative or employee of
23  such attorney or counsel for any of the parties in
24  hereto, nor interested directly or indirectly in

Page 135

1   the outcome of this action.
2        IN WITNESS WHEREOF, I do hereunto set my
3   hand at Chicago, Illinois, this 1st day of
4   September, 2005. ·
5
6
7
8        CORINNE T. MARUT, C.S.R. No. 84-1968
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 136

1           INDEX
2   SAMUEL R. PHILLIPS        EXAMINATION
3   BY MS. WENDLANDT.................. 3
4   BY MS. WENDLANDT.................. 101
5
6
7        EXHIBITS
8   PHILLIPS DEPOSITION EXHIBIT    FIRST REFERRED TO
9   Phillips Exhibit 1................. 6
10  Phillips Exhibit 2................. 6
11  Phillips Exhibit 3................. 6
12  Phillips Exhibit 4................. 6
13  Phillips Exhibit 5................. 30
14  Phillips Exhibit 6................. 78
15  Phillips Exhibit 7................. 53
16  Phillips Exhibit 8................. 117
17
18
19
20
21
22
23
24

34 (Pages 133 to 136)

SAMUEL R. PHILLIPS, AUGUST 30, 2005

| | | | | | |
|---|---|---|---|---|---|
| **A** | 12:24 | antique 80:4 | April 23:6,7 | 130:1 | 74:14,18 78:4 |
| able 126:22 | admit 66:18 | anybody 124:5 | arbitration | assuming | 78:6 79:24 |
| abrade 73:19 | advantage | anymore 6:11 | 10:14,18 | 126:23 127:1 | 80:3,5 83:20 |
| absent 33:3 | 129:14 | 19:21 67:20 | 12:22 | Atlanta 16:12 | 93:9,18 96:14 |
| absolutely | affect 72:2 | apart 28:12 | arbitrations | 79:24 | 102:4 103:1 |
| 44:12 | aforesaid | 76:15 78:16 | 10:22 | attached 74:3 | barbers 74:21 |
| abstract 114:13 | 133:13,16 | 80:11 82:13 | ARGAEZ 2:6 | attention 18:7 | 75:6,19 93:17 |
| 114:14 | age 76:9 | 83:21 86:6,11 | 100:7 | 24:22 25:11 | barbershop |
| accept 30:10 | agent 70:8 | 86:15 91:16 | argument 36:9 | 38:12 41:2 | 75:10,12 |
| acceptable | agitate 108:23 | 91:16 92:22 | 36:10,14,24 | 46:15 47:10 | barber's 81:21 |
| 115:21 | ago 19:20 21:23 | 127:23 128:7 | 37:20,20 | 59:24 64:18 | 91:16 |
| accepted 39:22 | 77:9 98:10 | 129:4 130:6 | 39:16,18 | 70:2 81:8 | barely 83:8 |
| accepting | agree 37:9 | 130:14 | 40:11 47:16 | 86:23 87:20 | based 58:24 |
| 102:15 | 123:12 | apparatus 31:4 | 49:23 62:3 | 89:3 101:10 | 59:16 120:24 |
| accepts 90:7,8,9 | agreed 37:6 | 31:10,12 | arguments 39:1 | 110:18 113:6 | bases 60:8,14 |
| 90:13 | 39:15 134:19 | 32:10,18 | 39:19 40:13 | 115:17 125:3 | basin 27:13,18 |
| accidentally | agreement | 33:17 34:5,20 | arm 82:8 | 126:15 | 34:24 35:2,11 |
| 71:18 | 36:13,23 | 35:14 41:8 | arranged 3:21 | attorney 38:1 | 35:17 37:10 |
| accuracy 112:9 | 37:19 | 42:7 43:1,13 | 49:5 83:15 | 40:22 134:22 | 37:10,17,17 |
| accused 22:15 | ahead 38:24 | 43:22 46:23 | 115:11 | 134:23 | 40:23 54:17 |
| 115:7 126:7 | 62:22 | 47:5 70:12 | arrangement | attorney's 22:7 | 55:8,9 58:5,13 |
| acquiesced | aid 34:1 | 72:8 78:12 | 112:16 125:11 | 39:18 | 63:1 |
| 39:22 | aids 11:18 | 88:5,18 90:5,6 | 126:9 130:2 | aufnahmeteil | basins 29:23 |
| act 84:15 90:5 | 103:2 | 90:8 94:10,18 | Arris 16:6,15 | 61:5 | basis 26:20 53:1 |
| action 1:6 26:11 | air 69:19,22 | 95:9 96:4,10 | arrow 91:1 | augment 115:3 | 54:14 60:19 |
| 26:11 52:9,9 | 103:3 119:10 | 96:12 98:7 | art 30:17,19,20 | August 1:18 | 62:21 64:21 |
| 73:1 85:20,22 | alcohol 67:23 | 101:13,18,22 | 36:11 39:16 | 99:11 | 64:23 66:5 |
| 99:6 133:6 | 70:16 109:21 | 102:5 103:6 | 71:1,6 76:7 | automatically | 112:8 116:4 |
| 135:1 | 109:22 | 104:9,10,16 | 102:1 106:19 | 108:14 | 121:24 |
| activated 87:5 | alcohols 109:22 | 125:12 127:24 | 115:4 119:3 | available 116:6 | basket 47:6 |
| actual 76:23 | alcohol-based | 128:3 130:22 | 127:15 129:15 | 116:7,24 | 48:5,8,20,22 |
| 103:11 118:3 | 107:16 | apparatuses | 132:1 | 119:19 121:5 | 49:9 50:8,19 |
| adapted 31:3,11 | aligned 103:17 | 104:12 | artificial 9:4 | 123:24 124:23 | 50:22,22 51:1 |
| 31:14,17 32:2 | 103:19,22 | apparently | aside 19:2 23:17 | avoiding 129:4 | 51:6,14,15,20 |
| 32:6,9,17 | allowed 25:21 | 37:16 | 24:20,21 25:4 | awfully 64:11 | 52:12,13,14 |
| 33:16 34:4,11 | allows 127:5 | appear 36:9 | 56:11 57:3,10 | A.D 1:18 133:22 | 52:17 |
| 34:19 35:13 | alternative | appearance | 63:12 65:20 | a.m 1:19 53:21 | baskets 51:3 |
| 36:4 41:1,7 | 63:14 | 82:5 | asked 3:19 | 98:18 | bath 59:23 |
| 43:12,21 | alternatives | appeared 2:8 | asking 24:22 | | beard 106:5 |
| 46:22 47:4 | 62:15 | 2:16 100:9,17 | 38:12 41:2 | **B** | bears 105:16 |
| 49:4 88:4,17 | ambiguous | appears 37:8 | 89:2 101:9 | B 24:23 38:16 | bed 8:1,1,2 |
| 96:3,9 101:12 | 56:18 | 41:15 50:7 | 110:18 | 38:21 48:13 | beginning 26:23 |
| 101:23 102:11 | America 8:23 | 51:5 | aspect 40:15 | 57:20 136:7 | 39:4,8 129:10 |
| 102:17 119:17 | American 61:19 | appliance 10:5 | aspects 131:7 | back 17:1 37:24 | 130:16 |
| add 53:7 70:11 | analogous | 10:6,7 | assembly 87:18 | 43:8 44:24 | begins 27:1 |
| 128:11,23 | 36:24 92:12 | Applica 10:1,4 | 87:19 90:10 | 54:21 69:4 | 33:20 38:17 |
| 131:21 132:1 | analogy 51:24 | 13:1,3,4,5 | 91:9 92:13 | 83:1,16 85:10 | behalf 2:8,16 |
| adding 68:24 | 52:3 85:12 | application | asserted 55:22 | 86:22 101:7 | 9:3 10:4 |
| addition 70:8 | and/or 130:4 | 60:19 61:2,3 | 125:1,9 | 126:15 128:16 | 11:20 14:2 |
| 121:20 | Angeles 13:17 | 61:19 65:3 | assertion 36:20 | 129:23 | 15:18 17:8 |
| additional | 15:12 | applications | assessment | backwards | 22:15 100:9 |
| 105:17 | answer 55:2 | 63:1 67:16 | 28:17 29:18 | 62:16 | 100:17 |
| address 3:11 | 62:9 65:15 | applied 61:23 | 30:14 34:2 | bad 114:9 | belief 112:8 |
| 34:7 | 109:7 126:21 | applying 108:14 | 37:21 39:15 | bags 11:24 | 121:24 |
| adds 124:11,11 | antenna 17:2 | appropriately | assisting 108:19 | Baker 13:12 | believe 4:2 |
| adjudicated | anticipation | 31:10 32:5,8 | assists 93:12 | Baltimore 9:10 | 11:15 18:2,5 |
| | 77:21 | 32:18 | associated | barber 20:9 | 18:13 38:16 |

SAMUEL R. PHILLIPS, AUGUST 30, 2005

| | | | | | |
|---|---|---|---|---|---|
| 43:9 44:9 | Brands 7:9,10 | care 106:6 | characteristics | 51:2,5 69:21 | clippers 24:15 |
| 56:12 65:24 | Braun 1:4 24:7 | carrying 109:3 | 72:3 | 117:15 120:10 | 72:18 74:1 |
| 80:10 107:19 | 24:8 29:2,4,24 | cartridges | charged 110:3 | 120:10 129:20 | 75:19,22 76:1 |
| 107:24 112:4 | 30:1,1,13,17 | 119:17 | Chasen 116:17 | cleaning 14:5,7 | 76:4 80:1 |
| 114:13 124:17 | 37:6,9,9,16 | case 3:16,18 | 118:21 120:24 | 26:11,11 | 90:12 91:5,9 |
| benchmark | 38:6,10 39:2 | 4:16,20 7:4,20 | 122:2 123:20 | 27:17 43:10 | 97:2 102:12 |
| 120:14 | 48:8,22 61:11 | 7:22,23 8:10 | Chasen's | 43:20 49:5,6 | 102:13,18 |
| benefit 130:11 | 61:13 99:4 | 8:16,22 9:2,7 | 119:21 120:17 | 51:16 54:9,12 | clock-wise 83:6 |
| 130:13 | 121:18 133:4 | 9:11,12,14,15 | cheapest 109:20 | 55:14,16 | close 72:24 |
| best 66:3,16 | Braun's 36:9,14 | 9:17 10:1,3,9 | check 71:17 | 56:14 57:6,12 | closely 75:5 |
| better 52:3 | 36:23 39:15 | 10:20 11:1,5 | chemical 26:13 | 58:2,8 59:4,7 | closest 103:9 |
| 69:17 | 48:4,12,19 | 11:11,13,17 | chemistry 26:8 | 66:10,12,17 | clumsy 79:14 |
| big 43:17 46:10 | 50:7 51:2,4 | 11:19,21 12:2 | 26:10 | 66:19 67:12 | collectively 90:4 |
| 85:12 86:18 | break 53:16 | 12:4,7,16 | Chicago 1:18 | 67:14,17,20 | 111:13 |
| bird 27:15 | 98:10,13,15 | 13:13 14:1,17 | 2:12 99:17 | 67:24 68:4,16 | column 33:8,12 |
| birdbath 27:14 | 127:22 131:14 | 14:19,21,23 | 100:13 135:3 | 70:4,7,12,12 | 33:21 54:2 |
| bit 26:7 48:2 | 131:19 | 15:5,24 16:6,7 | chin 82:10 | 77:19 78:1 | 70:2 87:2 |
| 126:3 | bridge 52:1 | 17:3,4 18:4 | chlorinated | 89:7 97:4,13 | 96:21,22 |
| blackish 83:12 | brief 5:7 | 20:22 21:2,5 | 67:18 | 105:1,5,7,12 | 107:19 108:7 |
| blade 19:24 | briefly 96:16 | 21:10,13,18 | choice 67:18 | 105:15 106:12 | 129:10,19 |
| 72:20,22,23 | brush 108:20 | 22:13,18 23:5 | 81:19 91:17 | 107:4,6 | 130:1,10,16 |
| 73:10,13,14 | 108:22,23 | 23:10,23 | circulate 69:19 | 108:24 109:23 | combination |
| 73:16 78:7,10 | 109:16 | 24:18 38:1 | circumstances | 110:1 114:10 | 45:13 89:22 |
| 80:21,22,24 | brushes 97:1 | 42:12 56:17 | 3:15 | 115:6,8,12 | 109:23 110:8 |
| 82:15,16 83:5 | 109:3 | 61:18 74:11 | cited 30:5,19 | 116:1,5,15,23 | combine 114:2 |
| 85:4 90:9,21 | brushing 109:1 | 86:9 90:21,21 | 77:2,20 | 118:22 119:21 | combs 102:3,7 |
| 90:24 91:1,15 | 109:1 | 92:7,7 105:6 | 113:16,19 | 120:1,14,16 | come 15:9 69:4 |
| 91:22 92:4,17 | building 46:11 | 114:6 125:1 | citing 30:19 | 120:18 126:22 | 75:2,16 78:16 |
| 92:19,20 | built 83:3 | 126:8 127:24 | 114:1,18 | 128:1,12,24 | 86:5 |
| blades 72:22 | burden 105:17 | cases 6:19 7:19 | Civil 1:6,12 | 130:4,20 | comes 80:20 |
| 78:1,14 81:2 | 105:18 | 9:13 10:12 | 99:6 133:6 | 131:20 132:2 | 84:19 103:9 |
| 84:16 85:7,9 | buried 96:17 | 13:11 | claim 27:7 54:2 | cleansed 108:8 | 124:9 |
| 85:23 88:22 | business 116:11 | casing 33:7 | 54:5,6,8 55:11 | 108:15 | comfortable |
| 91:11 | buy 20:14 41:1 | catalog 80:6,7 | 55:22,23,24 | cleansing 108:9 | 64:15,17 |
| blocking 35:7 | 116:10,12 | catch 34:24 | 55:24 56:13 | 108:18,19 | coming 3:19 |
| 35:15 | | cause 18:23 | 56:13 57:4,5,6 | clear 10:21 28:7 | 58:15 |
| blower 119:4,7 | **C** | causes 65:3 | 57:11,24 | 39:23 48:4,19 | comma 8:20 |
| 121:21 | cabinet 35:21 | center 112:22 | 58:24 59:5 | 49:8 89:18 | commencement |
| boards 14:6 | 35:23 | 113:1 | 125:4,8,8,9,10 | 95:19 105:4 | 134:7 |
| body 74:13 | calculated | Certain 12:7 | 125:22 126:16 | clearly 31:9 | commencing |
| 82:14 96:17 | 113:1 | 13:2,5 14:9 | 126:23 | 48:8,22 49:19 | 1:19 |
| Boston 2:4 21:3 | California 3:13 | certainly 46:11 | claimed 56:13 | 58:17 | commercial |
| 100:5 | 7:21 | 57:1 68:5,20 | claims 77:22 | clipper 72:8,14 | 67:16 |
| bottom 49:2 | call 3:17 73:4 | 70:17 93:2 | 124:24 125:9 | 74:11,13 76:6 | common 45:10 |
| 79:8 97:17 | 78:3 92:2 | 102:21 105:2 | clarify 7:15 | 76:11,19,23 | 84:5,6 |
| 114:20 130:15 | 124:22 | 122:10 | 71:14 91:14 | 77:11,15,19 | comparable |
| Botts 13:12 | called 1:10 3:4 | Certified 1:15 | clean 14:12,13 | 78:1,6,10,14 | 76:8,9 |
| bought 77:7 | 16:24 91:20 | 134:5 | 66:13 69:2 | 79:15 80:12 | comparison |
| 80:7 | 101:2 119:14 | certify 133:11 | 81:7 86:12,16 | 81:15 83:18 | 125:15 |
| bowl 27:13 63:2 | calling 37:11 | 134:6 | 93:3 105:19 | 88:21 90:11 | comparisons |
| bracket 82:19 | 92:1 | CFM 8:22 | 105:22 106:2 | 91:21 92:4,13 | 120:11,13 |
| 94:10,13,21 | capacity 4:14 | chain 37:23 | 106:3,10 | 95:10,10,11 | complete 28:2 |
| 95:3,5,7,8,10 | captive 80:18 | chamber 49:14 | 119:5 | 102:12,19 | 112:2,9 |
| 103:5,10,18 | captured 14:15 | change 18:23 | cleaned 49:5,13 | 103:6 104:9 | 133:15 |
| 104:3,8,15 | 14:15 | changes 74:19 | 93:10 | 104:12,15,16 | completed 12:3 |
| 124:1,10 | Carbon 117:14 | 74:19 83:21 | cleaner 26:2 | 108:8,15 | 14:17,18 |
| brand 114:24 | card 22:9 | 133:17 | 50:7,15,17 | 112:18,21 | 130:21 |

Page 2

SAMUEL R. PHILLIPS, AUGUST 30, 2005

| | | | | | |
|---|---|---|---|---|---|
| completely | 61:15 63:6 | 30:15 39:24 | 63:2 66:3,4 | 94:20,22 95:3 | 67:19,21 |
| 119:3 | 87:15 | 56:1 61:20 | 78:2 93:5,8 | 95:4 96:2,8 | 73:17 |
| completeness | confused 91:19 | consulted 62:9 | 111:20 125:18 | 101:12 110:2 | data 5:17,20 |
| 78:5 | confusing 55:5 | 65:21 | 133:15 | 112:6 126:17 | date 60:18,23 |
| complex 92:16 | confusion 51:13 | consulting 4:15 | correcting | 126:21,24 | 62:1,1,5 76:21 |
| complicated | conjunction | 8:19 | 36:21 | 127:10,16 | 119:6 |
| 92:15,16 | 111:8,11 | Consumer 10:1 | correction 71:8 | 130:3 | dated 6:16 |
| component | connect 49:16 | contact 38:5 | correctly 43:3 | cradling 40:23 | Davies 95:23 |
| 46:13 111:16 | connecting 58:7 | contacts 73:11 | 61:7 | Cram 13:20,21 | 96:2,8,14,24 |
| 111:18,24 | connection 8:19 | 82:4 | correspondence | cream 20:19 | 97:12,15 |
| components | 9:17 13:11 | contain 108:1 | 37:24 38:4 | cube 45:21,23 | day 1:18 133:21 |
| 92:3 111:1 | 15:4 22:18 | 115:14,16 | counsel 25:18 | Cunningham | 135:3 |
| compressed | 23:9,22 24:5 | contained 44:7 | 134:22,23 | 29:5 46:18,22 | days 86:9 |
| 110:4 111:9 | 49:21 77:20 | container 33:10 | counterintuiti... | 47:19 48:5,8 | dealer 80:5 |
| 119:9 | 78:9 86:8 | 34:2,18 58:9 | 68:16 70:11 | 48:12,20,22 | decision 12:16 |
| compressor | 114:5 116:23 | 97:13,22 | 131:24 | 49:2,3,9,13,23 | 12:18 |
| 119:11,13 | 117:5 128:1 | 115:8,12 | counterprodu... | 50:1,3,11,23 | Defendant 1:8 |
| concave 54:15 | connector 16:9 | containing | 44:3 | 50:24 51:11 | 2:16 99:8 |
| 54:17 55:6,13 | 16:23,24 17:1 | 107:20 | COUNTY | 51:12,16,20 | 100:17 133:8 |
| 55:21 56:13 | connotation | contains 98:6 | 134:3 | 52:12,15 | define 56:20 |
| 56:23 57:7,12 | 109:13 | contaminants | couple 21:23 | currently 23:23 | defined 50:5 |
| 58:1 59:1 | consequence | 26:13 | 74:20 | 34:1 116:2 | defining 116:9 |
| 126:24 127:3 | 27:7 | contemplating | course 5:10,11 | 121:10,18 | definitely |
| 127:8,11,16 | consider 71:15 | 121:22 122:1 | 43:2 71:19 | 123:8 | 124:20 |
| 127:17 | 78:10,14 | context 36:5 | 75:17 110:5 | customer 75:17 | definition 31:14 |
| concavity 55:8 | considerable | 64:5,16 | 126:2 | customers | 57:23 |
| conceivably | 23:14 131:9 | continue 112:4 | courses 5:9 | 74:21 | degree 4:24 |
| 107:15 108:1 | consideration | continues 25:5 | Court 1:1 30:15 | customer's 82:4 | dentures 47:8 |
| concept 27:5 | 71:13,22 72:6 | 51:15 | 53:15 99:1 | cut 73:18 75:4,5 | dependent |
| 105:19 119:5 | considered | continuous | 133:1 | 75:5 84:23 | 127:7 |
| 119:9 | 18:10 19:3 | 58:11,12 | Courts 1:13 | cuts 85:5 | Depending |
| concepts 84:6 | 32:19 65:21 | convenience | Court's 29:19 | cutter 72:16,17 | 104:2 112:14 |
| concerned | considering | 128:12,23 | 56:4,6,11 57:3 | 73:8,13 78:15 | depends 55:7 |
| 12:13 | 123:8,10 | convenient | 57:10 | 83:15 85:20 | 93:24 107:14 |
| concerning 9:4 | consist 92:21 | 35:24 128:9 | cover 17:14 | 86:1 87:5,7,9 | 112:10 |
| 10:5 105:6 | consistent 27:4 | conversation | 22:23 35:9 | 87:15,16 90:9 | DEPONENT |
| 122:4 124:19 | 27:5,9 29:19 | 5:21 | 123:19 · | 91:11,14,15 | 132:8 |
| 134:9 | 53:10,14 | convex 127:18 | covered 16:23 | 91:21 92:17 | deposition 1:10 |
| conclude 112:4 | consisting | cooperate 85:24 | 16:24 59:21 | 92:19,20 | 6:19 7:11 |
| 116:14 | 133:13 | cooperates 95:7 | covers 77:12 | cutting 82:16 | 8:11 12:9 |
| conclusion | consists 92:17 | cooperating | 123:2 | 83:2 84:15 | 16:16 17:22 |
| 120:23 | 92:19 | 108:24 | CO2 119:13 | 85:24 | 21:17,21,22 |
| conditioned | conspicuous | copy 54:1 86:24 | cradle 27:5,10 | CV 6:16,18 · | 22:2 50:15 |
| 117:10 | 40:21 | 117:22 | 27:20,23 | cylinders | 98:19 99:14 |
| conditions | constitute 45:14 | copying 66:14 | 29:20 37:11 | 119:14,15 | 133:12,16 |
| 67:23 | 45:14,15 | cord 81:24 82:1 | 39:23,24 49:3 | C-r-a-m 13:20 | 134:11,16,19 |
| conduct 5:21 | constitutes | Cordless 124:9 | 50:4 54:8,11 | C.S.R 1:14 2:21 | 136:8 |
| conducting | 134:14 | CORINNE 1:14 | 54:19 55:11 | 100:20 134:4 | depositions |
| 17:16 | constructed | 2:21 100:20 | 55:20 56:1,9 | 135:8 | 1:14 |
| confident 108:6 | 90:23 92:14 | 134:4 135:8 | 56:10,12,18 | | describe 3:14 |
| confidential | construction | Corporation | 56:21,23 57:4 | D | 5:5 9:1 12:10 |
| 10:23 | 27:4,7,10 | 1:7 4:12 6:24 | 57:11,24 58:8 | D 136:1 | 16:22 25:13 |
| configured | 29:20 37:5 | · 7:13 8:22 | 59:2,10,13 | DALILA 2:6 | 54:8,11 64:21 |
| 130:3 | 40:1 53:14 | 11:18 99:7 | 61:9,11,20 | 100:7 | 69:14 115:21 |
| confirm 63:4 | 56:4,7,11,16 | 133:7 | 69:17 88:4,13 | damages 9:22 | 131:2 · |
| 124:16 | 56:17 57:4,10 | Corps 72:9 | 88:17 89:15 | 9:23 12:6 | described 3:19 |
| confirmed | construed 27:21 | correct 8:12 | 89:16,21 | dangerous | 14:8 40:1 |

SAMUEL R. PHILLIPS, AUGUST 30, 2005

66:19,21
121:6
describes 27:12
43:10 59:12
66:12 70:3,4
describing 25:9
25:14 59:6,17
description
28:2,6,11
33:10 40:2,3
50:18 53:3,4
design 26:6
42:20 43:5
122:21
designed 44:5
119:5
detached 83:18
83:19 92:8
detail 33:2
66:13 68:7
131:9
details 16:5
18:6
detergent 68:1
determine
33:15 34:18
59:1,2
developing
116:2 118:22
119:2 121:10
development
120:8 122:11
122:19
device 20:5 30:1
41:24 42:6,24
46:21,22
52:16,20
69:18,20 70:6
96:18 97:18
97:19 108:9
108:16,20
109:6 110:1,9
110:22 111:2
111:3,7,12,13
111:15,22
112:1 114:3
114:11 115:15
115:16 119:8
122:12,15
124:1 125:10
125:12 126:9
130:1,5
devices 124:13
diagram 25:24
dictionaries
62:9 63:7,9
dictionary

61:16 63:4
difference
20:16 31:14
42:9 70:16
104:24 105:2
105:3 125:7
differences 26:1
different 27:6
28:3 61:23
75:3,4,19
83:23 103:17
104:20,22
121:15
differentiation
75:14
dimension 46:9
126:19
Dimplex 8:23
9:3,18,21
Dinsmore 8:20
Dioxide 117:14
dip 110:6,11,14
110:15 111:9
dipped 110:13
direct 25:11
direction 55:7
134:13
directions 97:1
directly 134:24
dirt 105:19,22
106:15,16
107:9 109:4
disagree 39:17
40:10 56:6
disagreement
36:13,23
disappears
127:4
disassemble
92:11
disassembled
130:23
disclaim 48:8
48:22
disclaimer 48:5
48:20 49:9
disclose 66:3
70:15 78:1,3
disclosed 66:11
66:18 92:6
discloses 30:15
69:15 70:7
89:7 102:24
disclosure
70:13 131:19
131:23
discuss 29:1,3

67:24 131:7
discussed 25:17
29:21 53:8
78:10 102:1
102:16
discusses 49:12
discussing
29:12 129:14
discussion
26:24 31:20
33:20,24
34:15 36:5
38:17 39:12
48:12 53:5
58:18 119:22
129:19
discussions
25:20 120:24
121:2 122:7
disease 74:22
dish 130:4,4
dishes 68:5
dishwasher
17:17
dislodge 109:15
dispute 115:5,9
115:10,13,14
121:21
dissolve 67:3,4
67:5
dissolves 109:10
dissolving 66:19
68:23,23
107:10,12
distinction 87:9
87:12 105:11
distinguish
37:10 64:1
distinguished
45:12
distinguishes
105:14
distinguishing
37:11 73:5
District 1:1,2,13
99:1,2 133:1,2
divesting 24:8
Division 13:24
document
117:14 118:3
documents
116:22 117:4
117:7,9 118:7
122:4 124:19
124:21
doing 37:10
38:20 70:15

71:19 108:18
120:15
domed 81:3
dome-shaped
80:20
doubles 90:21
Dr 18:14 19:2
36:20 37:3,5
114:8,8
draft 131:4,5
drafted 131:3
drain 35:20
58:14 102:24
103:1,3 127:5
127:6,9,20
drainage 130:8
drains 58:23
draw 129:11
130:19
drawing 95:17
drawings 30:7
31:19
drip 93:17,24
Drive 1:17 2:11
99:17 100:12
driven 72:22
83:14
drives 83:15
driving 83:9
drugstore 20:15
drum 32:8,13
32:17,22 33:4
33:5,10,16
34:3
dry 20:20 67:17
67:19 93:9,17
93:18,24 94:2
94:4 103:1,2,4
109:1 119:3
122:12,15
dryer 94:8
121:7,9,13,19
121:20 122:5
122:8,18
125:20
drying 93:12
103:2 114:2
114:10 115:15
115:16 121:14
121:16 125:9
130:4,21
DU 134:3
due 60:15
duly 3:1,4 101:3
134:8
Dumas 13:15,16
dwendlandt@...

2:7 100:8
dynamics 59:5
59:17
D-i-n-s-m-o-r-e
8:21
D-u-m-a-s
13:15

E

E 38:18,19 39:4
136:1,7
earlier 61:24
62:4 114:21
early 84:10
easier 74:15
82:22
easily 41:24
74:13 91:17
East 1:17 2:11
99:16 100:12
easy 75:22
76:14,15,16
91:17 122:10
122:15,17
123:11
edge 82:17
84:23
edges 84:22
effect 38:2
40:23
effective 120:1
Eggerman 4:4
either 4:5 11:16
29:8 33:4
40:1 57:18,19
69:22 80:3
91:18 104:3
115:24 119:20
120:5
electric 19:15
19:18 20:7,11
20:17,19
23:18,20,24
24:18 72:18
74:11,12,16
76:3,15 77:17
81:15 83:17
83:24 84:3,9
84:10 86:4,10
86:11 92:7
114:22 124:11
electrical 16:9
16:23 63:15
63:20,23 64:2
125:10 126:8
electrically
130:2

electric-powe...
119:8
Electron 17:9
electronics 73:6
element 127:7
elemental 90:17
elementary
5:10
elements 110:10
111:9 126:17
eliminate 93:22
125:20
eliminating
121:13
elimination
121:7,9 122:5
122:1 124:1
Ellis 1:17 2:10
4:8 99:16
100:11
em 20:1
embarrassing
4:1
embodiment
49:12
emphasis 71:11
employee
134:21,22
encloses 45:11
enforced 106:4
engagement
4:11
engineering
120:22
engines 119:18
English 56:21
62:13,14,15
64:6,8
engraved 79:19
entirely 10:21
16:4 28:7
44:15 89:18
95:19 98:15
122:18 127:7
entities 7:12
entitled 117:14
envelop 45:23
enveloping
45:17
envelops 52:14
environment
24:13 52:14
106:9,9
equipment 17:7
17:12 76:7
96:16,17
equivalent

SAMUEL R. PHILLIPS, AUGUST 30, 2005

| | | | | | |
|---|---|---|---|---|---|
| 88:14 95:14 | 128:10,21 | 95:2 109:5 | 129:3,8,21 | 111:14,22,24 | 39:20 42:20 |
| erred 37:5 | 136:8,9,10,11 | familiar 24:12 | fine 7:14 67:4 | 112:4 114:10 | 52:2 54:16 |
| escape 125:21 | 136:12,13,14 | 69:6 107:6 | fineness 75:14 | 115:8,11,12 | 60:20 101:4 |
| essentially 24:6 | 136:15,16 | fan 119:7 | finenesses 75:3 | 126:22 131:20 | 108:12 132:4 |
| establish 120:14 | exhibits 6:14 | far 62:23 92:6 | fingers 79:13 | 132:2 | 132:8 |
| event 127:19 | 24:24 25:6 | 95:21 120:19 | 85:14 | foil 72:1 84:4,8 | |
| eventually | 30:23 65:9 | 120:21 | fire 9:4 | 84:11,13 85:5 | _____ G. _____ |
| 58:16,22 | 113:7 | farther 75:5 | fireplaces 9:5 | 85:6,18 | gas 110:4,11 |
| evidently 66:10 | exist 8:4 | fat 66:19 67:4,5 | firm 8:18 9:6 | foils 84:12 | 111:9 112:12 |
| exact 38:9 | existed 80:10 | 68:21,23,24 | 13:10,14,19 | follows 3:5 | 116:1,5,15,23 |
| 129:22 | existence | fats 67:4 | 15:7,13,20 | 101:4 128:20 | 118:22 119:10 |
| exactly 12:20 | 127:14 · | Fat-dissolving | 16:10 17:18 | food 10:8 | 119:21 120:17 |
| 30:5,19 80:23 | exists 104:7 | 67:14 | 21:12 22:3 | foods 12:14 | gather 34:12 |
| 105:20 | experience 19:7 | favor 9:21 | first 3:4 6:6,14 | footnote 113:23 | general 70:16 |
| examination | 23:19 24:14 | features 33:3 | 7:4,20 9:17 | 114:21 | 96:14 |
| 1:11 3:6 | expert 4:10,11 | 90:3 | 26:15,24 | foregoing | generally 7:22 |
| 101:5 134:8 | 4:15 6:1,5,7,8 | fed 49:5 52:7,8 | 28:23 30:23 | 133:12 134:11 | ·10:22 11:23 |
| 136:2 | 6:9,14,23 8:8 | 97:18 | 53:5 54:2 | forget 80:23 | 14:8 16:22 |
| examined 3:5 | 9:2 11:6 13:3 | Federal 1:12 | 55:21 60:2 | 130:9 | 17:10 41:11 |
| 87:19 101:3 | 18:8,13 20:22 | feed 93:8 97:12 | 64:19 66:9 | form 24:2 95:3 | 69:14 |
| examiner 36:8 | 21:8 22:14,17 | 97:18,19 | 69:3 71:16 | 105:5 121:20 | generically 78:4 |
| 36:14 37:6,8 | 23:24 24:17 | 110:1,9,21 | 78:24 79:2,4,7 | 125:24 | geologic 55:10 |
| 37:24 38:5,10 | explain 26:20 | 111:2,3,7,12 | 81:20 82:2,13 | formal 117:11 | geometric |
| 39:15,22 40:8 | 27:8 28:1 | 111:13,14,22 | 94:12 108:11 | formally 22:8 | 112:16 |
| examiner's | 31:16 45:7 | 111:24 125:12 | 115:24 117:24 | forming 39:13 | German 4:22 |
| 36:23 37:19 | 47:16 51:19 | 126:9 | ·127:7 129:23 | 65:22 117:5 | 4:24 5:3,9,10 |
| 37:23 38:17 | 52:2 53:1 | feeding 51:17 | 136:8 | Fort 13:22 | 5:13 6:2 |
| example 45:19 | 54:16 55:2 | 51:20 52:6 | fit 37:21 | forth 18:9,18,24 | 60:19,24 61:1 |
| 46:2 93:18 | 57:16 60:8,14 | 97:13 110:1 | Fitting 97:20,22 | 37:24 38:10 | 61:2,3,4,15,18 |
| 104:8,11 | 65:1 68:3,7 | 112:6 | five 77:9 | 85:10 | 62:9,13,17 |
| exclude 57:17 | 71:4 73:24 | feeds 52:16 | five-minute | found 12:5 | Germany 5:23 |
| exclusionary | 77:14 103:19 | 97:22 | 131:14 | 14:20 80:6 | German-spea... |
| 57:15,22 | 106:24 107:3 | fellow 3:17 | flapping 27:15 | four 6:20 7:19 | 61:6 |
| exclusively 5:21 | 112:7 | fifth 11:17 | flooding 52:13 | 41:23 77:9 | germs 105:17 |
| Excuse 98:9 | explaining 52:4 | figure 31:2,3,8 | floor 109:6 | 110:10,24 | getting 58:16 |
| exhibit 6:6,7,8 | explanation | 32:7,11,14,15 | flow 26:6 98:16 | fourth 11:13 | Gillette 20:5,10 |
| 6:13,15 19:5 | 74:8 77:10 | 32:16,19,20 | fluid 26:6 27:18 | frame 45:10,11 | 21:1 24:6,7 |
| 24:23 26:15 | extent 72:4 76:1 | 32:21,24 33:3 | 27:22,24 44:6 | 45:15 46:14 | give 10:17 |
| 26:16 27:1 | 77:16 118:15 | 33:3,18,20 | 49:5,6,6 51:17 | framework | 45:18 60:10 |
| 28:23 30:22 | 123:9 | 34:3,3,13,16 | 51:17,21 | 45:8,13,20,22 | 74:9 75:15 |
| 31:7 38:13 | external 97:16 | 34:17 41:12 | 52:16 54:9,12 | frameworks | 77:11 |
| 41:3,3,16 | extremely 14:11 | 43:8 47:2,3. | 54:18 55:9,14 | 45:3,5 | given 6:1 21:17 |
| 47:10 48:11 | eye 81:21 | 50:3,4,23 | 55:17 56:14 | Francisco 22:1 | 22:17 43:6 |
| 48:15 53:4,24 | eyeglasses | 58:17 71:17 | 57:6,12 58:2,8 | Franklin 13:20 | 133:12,16 |
| 60:1,2 64:18 | 49:13,19 | 89:24 91:2 | 58:21,21 59:4 | 13:21 | 134:15 |
| 65:5,6,23 | eyes 46:12 | 95:18,19 | 59:7,13,17 | French 64:23 | gives 44:19 |
| 68:11 69:12 | | 101:20 | 62:19 63:19 | 65:2,4,20 | giving 6:10 |
| 70:20 73:22 | _____ F _____ | figures 27:12 | 63:22 64:3,16 | frequently | glass 84:24 |
| 74:4 78:21 | F 16:24 17:1 | filed 9:13 | 66:10,12,17 | 63:16 | glorified 17:17 |
| 86:23 87:20 | fact 33:5 35:8 | filled 112:13,14 | 66:19 67:8,12 | front 118:23 | GmbH 1:4 99:4 |
| 88:9,9 89:3 | 64:13 74:14 | filter 42:15 43:4 | 67:14,17,24 | full 16:13,13 | 133:4 |
| 93:13 95:22 | 87:19 106:19 | 43:6 | 68:4,17 70:12 | 58:13 86:17 | go 38:24 59:11 |
| 101:10 106:23 | factory 51:2 | filtration 69:20 | 97:13,22 | 112:13· | 62:22 66:13 |
| 110:19 113:6 | 110:4 112:13 | find 39:21 | 107:21 108:14 | function 35:6 | 83:7 116:10 |
| 113:10,18 | failure 66:2 | 56:22 65:4 | 108:18 109:20 | 108:22 | 116:12 129:7 |
| 114:12 115:17 | fair 95:6 | 97:24 113:16 | 110:1,21 | functions 35:5 | goes 130:20 |
| 117:3 125:5 | falling 79:12 | 113:19 129:2 | 111:3,7,12,13 | further 12:22 | going 6:4,12 |

SAMUEL R. PHILLIPS, AUGUST 30, 2005

| | | | | | |
|---|---|---|---|---|---|
| 9:14 30:21,24 | 112:21 127:5 | hedge 72:19 | H-e-n-e-v-e-l-d | incorporate | instrument |
| 44:6,24 51:24 | hairs 84:14 85:6 | 85:11,11 | 21:14 | 41:6 42:6 | 96:15 |
| 57:22 58:15 | 86:18 97:3 | held 27:18 89:9 | | incorporated | instruments |
| 61:16 62:10 | hand 81:2 82:15 | help 33:15 34:6 | **I** | 42:1 | 97:3,4 |
| 62:13,15 | 82:16 135:3 | 79:13 122:20 | idea 68:8 70:17 | indefinite 37:18 | intend 73:24 |
| 68:21 76:5,10 | handle 90:22 | Heneveld 21:14 | 84:8 | 130:18 | 74:8 76:19 |
| 76:12,13,14 | handles 79:10 | hereto 134:24 | identifies 103:8 | indefiniteness | 77:11 79:16 |
| 77:14 78:19 | 79:11,19 | hereunto 135:2 | Illinois 1:16,18 | 26:18,24 28:9 | intended 25:6 |
| 84:16 86:22 | happen 59:23 | hinges 82:19 | 2:12 14:21 | 36:16 37:2,15 | 35:16 44:18 |
| 112:19 129:16 | happened 23:14 | histories 29:8 | 15:17,18 | 38:8 39:13 | 76:2 96:14,18 |
| good 53:19 69:1 | 23:15 | history 28:16 | 99:17 100:13 | Indicating | intentionally |
| 79:21 98:17 | hard 5:21 30:2 | 29:21 30:18 | 134:1,6 135:3 | 85:16 | 84:24 |
| 120:15 | 85:2 86:1 | 30:20 38:14 | imagine 4:21 | indirectly | interaction |
| Grand 21:16 | 113:19 127:12 | 39:21 40:6,7 | 14:12 | 134:24 | 26:14 |
| granted 38:11 | head 27:13,17 | 40:10,15 48:7 | immediately | individual | interest 70:24 |
| 60:18 | 31:4,9,12 32:9 | 48:10,21 49:1 | 124:9 | 78:18 | 71:5 74:23 |
| graphical 25:8 | 32:17 33:17 | 49:12 | immerse 59:22 | individually | interested 33:19 |
| 25:13,17 | 34:4,11,19 | history's 39:11 | immersed 49:14 | 85:2 | 40:12 80:5,8 |
| grasp 82:15 | 35:3,13 36:6 | Hoeser 50:15 | immersion | induction | 134:24 |
| gravity 55:7 | 41:7 42:2,7,21 | 50:18 121:16 | 27:17 | 121:16,20 | International |
| 58:5 112:23 | 43:1,13,21 | hold 6:11 79:13 | impacts 109:13 | 122:11,14,18 | 2:3 16:6 |
| 113:2 | 46:23 47:5,7 | 82:14 102:19 | impeller 115:2 | industrial 14:15 | 100:4 |
| Gray 2:2 100:3 | 53:12 59:22 | 118:10 | impingement | inexpensive | Internet 77:7 |
| 118:4 | 69:16 72:1,10 | holder 86:1 | 107:11 | 36:1 | interpret 59:16 |
| great 28:11 | 72:13 73:5,7 | holding 17:16 | impinges 109:9 | infer 130:13,15 | interpretation |
| 118:17 | 74:12,15,19 | 46:14 52:13 | 109:11 | inference | 59:10 . |
| grid 101:17 | 75:23 78:11 | 98:6 102:17 | impinging | 129:11 130:19 | intrinsically |
| grounds 30:4 | 78:17 80:11 | holds 34:22,23 | 109:12 | 130:23 | 106:12 |
| guard 72:16 | 81:4,6 82:8,22 | . 53:12 | implication | inflammable | introduce 60:22 |
| 73:8,9,14 | 83:2,15,16,17 | hole 58:23 | 87:17 | 67:22 | introduced 22:9 |
| 78:15 84:2,6,9 | 83:24 86:4 . | 84:16,20,21 | imply 127:16 | influx 59:6 | 114:10 |
| 84:14 91:24 | 87:5,10,14,17 | 84:22 103:9 | important | information | introduction |
| 92:1,20,21 | 87:17,18 88:5 | 103:11,13,15 | 29:21 30:13 | 18:12 66:15 | 60:16 64:22 |
| guarding 20:5 | 88:18 90:9,15 | 103:16,17,19 | 36:15 39:14 | 115:4 | 65:2 122:14 |
| guess 62:2 84:2 | 90:18,24 91:5 | 103:22,22 | 66:10,15 | infringement | invalid 26:18 |
| 91:19 111:6 | 91:9,15,20 | 104:4,7,20 | 71:12,21 | 14:3 15:1 | 28:5 53:2 |
| guessed 64:12 | 92:4,7,19 96:3 | holes 71:24 | 108:20 | 16:9 17:6 . | 60:6,15 62:5 |
| gun 15:23 69:3 | 96:9 101:13 | 72:21 101:16 | inadequate 28:5 | 22:16,24 | 64:22 65:3 |
| guns 15:1 | 102:12 104:3 | 103:24 104:17 | 53:3 | 115:7 125:21 | 66:2 |
| 119:18 | 108:8,15 | holy 63:1 | include 20:13 | 126:8 | invention 20:4 |
| | 112:18 122:15 | home 10:5 12:7 | 27:12 52:22 | initial 131:4,5 | 28:14 66:14 |
| _____ | 125:12 126:10 | 13:2,5 | 57:5,21 58:1 | inlet 58:11 | 84:11 86:13 |
| **H** | 127:23 128:13 | honey 71:18 | 78:15 114:16 | inner 87:5,6,9 | 86:19 108:13 |
| H 136:7 | 128:24 129:12 | hope 53:10 | 115:8,11 | 87:15,16 | 128:6,11,22 |
| hair 24:14 72:8 | heads 74:24,24 | hopefully 84:14 | included 6:24 | insert 83:4,4 | inventor 28:15 |
| 72:13,18 | 75:2 96:13 | hopes 85:5 | 65:5,9 113:18 | inserted 36:1 | 44:19 59:22 |
| 73:24 74:11 | hearing 16:1 | horizontal | includes 50:3 | insertion 94:10 | inviscid 71:23 |
| 75:5,20,24 | 56:17 | 54:18,19,20 | 73:8 87:14 | 94:14 95:11 | involve 119:7 |
| 76:11,19,23 | heat 26:7 | 55:3,8 | 91:21 94:22 | 103:5 104:8 | involved 7:23 |
| 77:10,15,19 | 121:16 | hospital 106:5 | 109:18 133:17 | 104:15 | 11:22 19:21 |
| 78:1 79:15 | heater 122:18 | hours 4:19 | including 23:2,3 | inside 84:16 | 23:4 88:20 |
| 80:1,12 81:15 | heating 121:20 | housing 34:22 | 30:10 46:13 | instance 45:12 | involvement |
| 83:17 85:24 | . 122:12,15 | Houston 5:7 | 55:13 | 69:2 | 10:3 11:4,19 |
| 91:20 94:7 | heavy-duty | hydrocarbon | inclusion 60:6 | instruction | 13:24 14:23 |
| 95:10,11 97:2 | 120:21 | 67:9 | inclusive 133:14 | 118:8 | 17:4 |
| 102:13 103:6 | | hypothetically | inconsistent | Instructions | involving 11:7 |
| 104:8,12,14 | | 40:9 42:8 | 29:19 | 117:15 | 19:22 23:15 |
| 104:16 106:5 | | | | | |

Page 6

SAMUEL R. PHILLIPS,  AUGUST 30, 2005

23:18 24:18
123:2
irrelevant 24:11
31:23 52:8
issue 17:11 34:7
34:9 36:19
issued 69:23
issues 22:23
23:1
ITC 13:7,9
item 34:11
35:23 41:11
41:14 42:16
43:9 44:7,14
47:1 97:17
110:8
i-n-v-i-s-c-i-d
71:24
i.e 12:22 27:23

**J**

jackknife 90:24
James 2:14
13:15,16
100:15
Japanese
114:13
Jim 118:15
Joaquin 3:12
job 120:15
jshimota@kir...
2:15 100:16
judge 21:4
27:21 50:5
56:1
judge's 56:15
judgment 9:18
9:20,21 16:3
jump 50:14
jumping 129:23
June 6:16
jury 12:5 74:1,9
76:2,3,19
77:11,14
79:16

**K**

keep 79:12
85:11
keeping 14:12
44:21
Kennedy 11:20
12:5 13:18
kept 63:2
kerosene 67:9
67:10
kill 20:6

killing 105:17
kind 16:21
19:24 33:4
34:24 35:17
45:9 50:13
52:20 69:21
75:4 79:11
80:20 82:2
83:3,12 84:4,5
84:8 85:17,18
87:15 96:15
103:23 117:8
117:9 118:7
119:14
kinds 70:16
78:4 84:3
90:8 102:3
109:21 119:12
119:18 121:19
King 20:5
Kirkland 1:16
2:10 4:8
99:16 100:11
kitchen 10:5,7
knew 114:23
knobs 79:11
know 4:3 7:16
13:7 18:4
21:4 22:2
23:14 24:8
53:7 56:20,20
56:24 58:10
61:10 62:23
66:14 75:18
76:18 92:2
106:3 107:17
109:17 112:11
112:13 117:12
117:18 118:6
119:3,6
120:19,21
121:23 122:16
123:9,17
124:13 126:6
126:13,20
127:18
knowledge 5:16
knows 124:14

**L**

labeled 6:6
laboratory
120:20
laminated
14:11,14
lamination
14:10

language 5:1
64:10,12
lavatory 35:19
law 8:18 9:6
13:10,14,18
15:7,20 16:10
21:12
lawyers 80:9
leading 114:23
learns 64:8
leave 43:5
118:24
Lee 4:4 29:3,12
31:1,8 32:7,16
33:2,8 36:10
36:15 37:1
38:17 39:2,12
39:16,18
40:11 42:12
43:3 47:19
Lee's 35:18
37:10
left 58:23 82:16
legal 62:6
lesser 105:18
letter 17:1
49:20
let's 32:14,14
58:9 88:6
94:12 104:14
106:21 129:18
level 49:6 58:15
112:5,10,14
112:15,17
115:12 128:12
128:23
lever 83:4,4,5
83:11
Lewis 15:22
lid 35:8 44:1
lies 121:23
light 67:8 70:13
131:23 132:3
Lighter 67:8,10
Likewise 7:7
limited 96:15
line 25:12 33:12
33:21 49:1
54:3 87:4
96:22 107:19
108:8,9,12
129:10,10
130:1,7,16
lines 25:12 31:7
33:9 41:23
44:6 58:9
70:3 79:20

liquid 26:12
34:22 35:20
52:7,8,10,12
53:13 57:2
58:6 59:23
61:19,22
69:19,22 70:4
70:7 97:16,17
106:17 107:18
108:24 110:17
112:10,12,17
liquid-tight
35:24
list 4:17 6:18
7:1,18 11:1,17
12:12,22
13:23 66:24
67:1,2,6
listed 25:4
65:22
lists 24:23
litigation 19:21
20:21,24
23:18 61:11
115:7
little 4:1 26:7,8
35:21 76:17
86:17 129:17
lived 5:8
LLP 1:17 2:2,10
99:16 100:3
100:11
located 13:16
21:15 72:16
locked 130:18
Loeffler 106:22
107:8 109:24
111:2 112:22
113:4
long 4:17 19:20
23:4 31:21
98:10 116:12
116:13
longer 76:17
121:14
look 37:12,23
39:20 46:10
46:12 54:1
55:9 65:11
66:7 75:22
81:5 118:7
125:4
looked 52:18
85:8 123:12
looking 31:2
33:8 34:12,17
43:8 63:16

65:12 86:6
119:23
looks 8:10
32:23 33:1
44:11 48:24
50:4 79:14
89:19
Los 13:17 15:12
lot 19:12 106:4
lots 51:3
lower 33:7 52:1
lowered 51:16
lowering 51:19
52:11,23
lowers 52:17,20
lubricant 68:16
68:20 70:8,11
70:17 131:21
132:1
lunch 98:13
127:22 131:18
l-e-t-t-s 119:16

**M**

Maatz 101:10
101:14 102:13
102:24 103:6
104:6,16
Mach 20:13
machine 11:24
14:7 105:7,9
machines 12:8
13:2 14:5
magnet 91:7
95:13,13,15
102:20,21,22
103:18,20
magnets 88:20
88:21 90:1
91:6 94:16,17
101:16 102:17
103:23
maintain 30:8
maintained
31:21
major 93:2
maker 114:23
making 28:17
29:17 30:13
36:16
manage 116:11
manicurist
96:20
manual 74:11
75:24 76:6,11
76:18 79:15
80:12 92:13

manually 52:22
manufacturing
14:9
March 12:9
Marine 72:9
marked 30:22
53:24 78:20
117:2
markedly 12:6
market 116:8
116:15 119:19
markets 121:19
Markman 16:1
marry 44:20
MARUT 1:14
2:21 100:20
134:4 135:8
Massachusetts
1:2 2:4 99:2
100:5 133:2
material 70:18
107:10,11,13
109:10
mates 83:3
Matsushita
114:24
matter 9:4 10:5
11:6 14:3,24
16:8 17:5
19:21 60:1,6
60:16,22 62:6
64:23
matters 7:24
12:23 13:7,8
134:10
ma'am 43:11
mean 8:5 19:15
20:3 32:2
44:4 50:11
57:19 62:12
71:12,15
85:23 98:15
107:12 109:11
111:14 116:9
124:13 127:4
127:6
meaning 6:2
38:9 62:24
63:5,12
meanings 63:14
64:7,14
means 27:23
28:10,12
31:17 45:10
94:7 108:13
116:7,9,10,13
121:15 122:19

Page 7

SAMUEL R. PHILLIPS, AUGUST 30, 2005

meant 50:13,14.
  61:14
mechanical
  26:6
mechanism
  73:4 97:13
meet 3:21
meeting 3:21
meetings 131:7
  131:10
McKiney 87:23
  88:3,14,16
  89:6,22 91:2
  93:4,10 94:9
  95:11
memory 52:18
  65:19 117:20
  118:24
mentioned 6:22
  31:19 62:8
  114:21
mentions 108:7
  108:7,9
  119:11 121:17
  129:24 130:10
merely 36:6
merit 39:20
mess 86:18
met 23:12
metal 83:10
  103:15
method 17:15
mighty 50:4
Milberg 15:13
  15:13,14
mind 29:16
  124:9
miniature
  119:13
minute 32:11
  127:8
misses 109:16
missing 118:2
misspoke 35:12
mistake 51:9
misunderstan...
  7:3
mixed 68:1
Muller 113:12
  113:16
mode 66:3,16
models 19:13
modern 80:7
moment 15:10
  28:18 36:17
  60:10 96:5
  98:9

monopoly 28:13
months 77:9
Morgan 15:22
motion 52:6
  109:14
motive 119:8
motor 27:16
  52:17,19
  72:23 73:5
  83:9,14
mounted 85:7
moves 83:14
moving 72:22
  72:22,23
  73:13,15
  80:21,24 81:2
  83:8
multiple 64:7
  64:14 74:21
  85:7,9,15
multi-pronged
  85:19
mystery 64:9

                N

N 136:1
nail 15:1,23
name 3:8 15:16
  16:13,13 22:7
  97:20 102:13
  119:15
named 111:1
nameplate
  81:20
naphtha 67:7
native 4:22
natively 84:17
  84:18
naturally 61:3
  103:3
nature 7:22 9:1
  10:2 11:4,18
  12:10 13:24
  14:22 17:4
  22:12,22
  26:12 36:15
  36:24 37:1
NAUGHT
  132:8
Nayfeh 18:14
  36:20 37:3,5
  114:8
Nayfeh's 19:2
necessarily
  61:21 106:10
need 7:15 27:6
  34:8 42:23

65:19 80:12
93:18,22 94:1
94:4 95:1
104:3 126:20
127:4,20
needed 77:16
94:3 104:4
130:22
needs 52:4
Neither 51:1
nets 106:5
never 7:7 64:12
new 17:20 60:1
60:6,16,22
61:22 64:23
night 20:2
non-analogous
36:11,15 37:1
37:20 39:16
40:11
non-asserted
125:3
non-infringing
115:22 116:5
116:6,24
121:5 123:1
123:23 124:23
125:19,21
normally 82:1
North 8:23
Notary 133:23
note 36:8 40:9
48:11
Noted 132:7
notice 46:6
noting 28:21
November
16:17 17:23
23:11,12,15
nozzle 110:7,12
111:10
number 79:17
83:22,22,23
103:11 107:23
131:6
numbered 90:4
120:7
numbers 75:16
101:19
nut 79:9 80:14
80:15

                O

oath 133:15
object 49:4
108:13
Objection 24:2

125:23 126:11
objects 93:7 ·
111:12
oblique 130:8
obtain 77:6
obvious 30:17
42:11,21
43:24 68:24
77:17
obviously
112:22
occurs 38:6
October 17:23
office 46:11
61:7,9 .
offices 1:16
99:15
oh 7:5 47:20
51:7 73:9
86:12 119:18
127:1
oil 32:8,13,16
32:22 33:4,5
33:10,15 34:3
68:21,21,23
69:3,4
okay 4:19 7:5
15:17 16:20
18:7 24:10
28:8 31:16
33:14,20
38:21 42:18
43:20 44:10
44:17 50:2
51:23 53:1,18
56:6 57:22
59:12,20
60:13 68:6,14
79:4 81:23
82:12 88:10
91:13 92:23
104:14 105:14
110:15 111:21
113:20 115:5
126:15 129:13
132:5
old 60:22,24
61:1 76:7,13
76:18,21
omits 66:15
once 14:13
44:20 94:15
ones 92:5 93:2,2
125:1,3
ongoing 8:16
9:11
open 43:18 45:9

47:6 58:14
opened 44:23
opening 43:16
operate 130:8
operated 27:14
129:18
operates 126:9
operating
105:20,21
106:7,8
117:15 125:11
129:20 130:2
130:11
operation 17:17
69:5 86:4
operations
130:21
opine 26:16
60:5 66:1
131:24
opinion 26:21
28:4 29:22
36:16 37:2,15
39:13 42:5
43:24 48:4
53:2 54:14
60:1,9,15
62:19,21 64:4
64:15,22
65:22 66:5
68:15 70:10
70:23 77:21
89:14 94:19
104:24 116:4
116:23 117:5
126:2
opinions 18:10
18:19,21,24
25:1
opposed 20:7
42:8 59:3
opposite 97:1
order 42:24
60:21 66:23
86:12 126:20
ordinary 56:21
62:23 63:5,13
70:24 71:5
127:15
original 20:4
Originally 20:9
ought 130:7
outcome 10:20
11:13 12:4,21
14:19 15:23
18:4 135:1
outer 33:6

outflow 59:7
outlet 58:7,12
63:15,20 64:2
126:17,19
127:4,5,11,14
127:15
outside 98:3
125:23
overflow 58:16
owns 24:6 115:1

                P

Packaging
11:17 12:8
13:2,6
page 6:18 24:23
25:5,12 26:23
27:2 28:22
29:13 38:16
38:21 41:19
45:1 48:24
53:5,6 60:2,3
64:19 66:8
68:13 88:8,8
93:14 112:3
112:21 113:21
114:20 123:4
129:23 134:3
pages 117:13
133:13
paid 125:3
paint 67:9,11
Pals 3:22 4:5
Panasonic
114:23,24
pane 46:6,7
panel 45:12
46:1,3,8
panels 45:13,14
paragraph
24:23 25:4
29:1,3,4,12
31:6 33:14
36:7,19 38:18
38:19 39:4
41:16,18 45:1
47:10,13,17
`47:22 48:3,18
50:6,20 64:19
68:10,12
70:19 71:14
73:21 88:8
89:4 110:19
112:3,19
115:20 123:5
parallel 85:7,15
part 12:21 29:7

SAMUEL R. PHILLIPS, AUGUST 30, 2005

36:3 39:7
42:14 49:22
55:22 73:9,11
80:19 83:8,11
83:19 89:16
89:17,19,19
91:15,21,24
95:4,5,7
108:21 111:16
participate 18:3
particles 97:4
105:19 107:9
109:4,15
particular 6:2
19:16 25:12
45:9 127:20
particularly
81:6
particulars 3:19
parties 24:5
134:23
parts 27:16
34:24 40:24
86:17 88:19
90:20 92:14
92:15,21 93:1
party 13:5
patent 10:9,11
14:3,24 16:8
16:23 17:5,14
22:15 26:1,17
26:17 27:3,24
28:4,5,13 29:3
29:4,5,9,12,18
29:24 30:7
31:1,1,2,8,19
32:8,16 33:2,9
35:18 36:10
36:15 37:1
38:11,14,17
39:3,12,14,16
40:4 41:4,4,6
41:13 43:9,9
44:12,20
46:18,19,21
48:5,9,12,20
48:23 49:9,13
50:8,12,12,23
50:23,24 51:6
51:16,20
52:15 53:2,11
54:1,2 56:19
56:22 58:17
60:5,15,18,21
61:6,8 62:1,5
64:22,23 65:2
65:3,3,4,13,15

65:17,20 66:2
66:2,8,11 69:7
69:9,15,23
76:21 77:22
79:17 86:24
87:1,4,8,23
88:1,3 89:6,22
93:4,11 94:9
95:12,23,23
96:2,8,17,24
97:12 101:11
101:11,14
102:24 103:6
104:7,16
106:22,23
107:9 109:24
111:2 112:22
113:4,12,14
113:16 114:1
114:14,16,18
115:7 124:24
125:5 126:16
128:10,21
129:24 131:20
132:2
patentee 39:1
patents 17:6
29:23 30:5,7
77:1,20 78:9
78:11 102:16
115:1
patents-in-suit
25:10,15 26:5
Paul 22:5,6,8,11
pellet 119:18
penalty 121:14
pending 9:15
11:11 12:2
21:2
penetrate 71:24
people 28:14
106:3 122:20
122:23
perfect 130:17
perfectly 14:13
perforated 84:7
84:13 101:17
102:22
performs 35:4,6
36:2
period 130:18
permanent
92:12
person 3:23
49:19 131:10
131:12
personal 23:17

134:13
persuade 40:13
persuaded 36:9
pertaining 1:13
·Phillips 1:10 3:3
3:10,14 6:6,7
6:8,13 18:8
19:4 24:23
26:15 30:22
38:13 41:3
44:24 46:16
53:23,24
59:24 66:1
78:21 98:19
99:14 101:1,9
115:5 117:3
121:3 133:19
136:2,8,9,10
136:11,12,13
136:14,15,16
phone 119:23
·120:6 123:21
photograph
79:1
photographs
81:9,11,16
92:8 119:22
119:23,24
120:9
phrases 40:16
Physical 106:14
physically
107:9
picked 71:18
picture 79:7,8
79:21 80:15
80:19 81:19
81:20 82:2,6,7
82:13,14,20
82:24 83:6,10
83:20 103:22
·110:5 112:16
pictured 57:1
pictures 74:3
79:18 83:2
102:2 117:10
120:5
piece 103:15
pieces 46:13
78:18 92:8,9
92:10,24
pinches 82:17
pivoted 82:8
place 2:3 6:4,12
28:20 30:21
41:14 43:6
78:19,19

100:4 116:14
118:1 130:18
133:13 134:17
placed 27:13
72:23 116:8
places 59:21
108:10
placing 53:23
117:2
Plaintiff 1:5,11
2:8 99:5
100:9 133:5
plan 74:10
plane 127:18
plastic 11:24
plate 72:23,24
84:7,13
players 13:8
playing 40:22
please 3:8 28:18
36:17 48:1,16
48:16 54:22
96:5,7 128:14
plenty 122:20
PLH 11:2,10,15
13:13
plus 13:9 70:17
point 25:16
28:20 37:22
49:18 53:8
69:10 70:14
86:13,19
128:5,11,22
pointing 55:8
91:1 103:9,12
103:13,14
porous 127:19
port 58:7
126:18,19
127:4,5,11,14
127:15
portable 11:7
portion 35:15
55:3 72:15
82:16
portions 38:14
Portola 3:12
position 79:13
82:10,21,23
possible 43:5
power 124:12
Powers 15:3,19
16:4
practice 28:14
precedent 124:8
precisely 66:23
predecessor

12:11
preliminary
25:19,20
prepositions
5:17,20
PRESENT 2:1
100:1
presentation
76:2,3
presentations
25:8,13,18
presented 79:6
pressure 82:20
pressurized
110:11
presumably
61:5 109:5
117:23 124:14
presume 54:19
56:16
pretty 18:5
37:18 52:19
76:14,16
prevailed 10:24
previous 101:24
102:1 109:7
134:7
previously 6:5
6:23 30:22
53:8 61:11,23
78:20 91:8
101:2 102:1
102:16 128:1
Price 21:14
principal 84:3
prior 4:11
10:11 30:16
49:11,16 62:8
76:7 102:1
106:19 115:4
121:2 129:15
131:18
priority 60:18
60:23 62:1,4
probably 15:9
24:13 49:23
71:11 74:15
76:5 104:20
107:18 109:19
problem 66:9
Procedure 1:12
proceedings
134:15
proceeds 120:8
process 14:16
75:7 105:15
105:15,16

106:12 107:4
107:5,6 131:2
processes 14:9
processing 17:7
17:11
produce;118:16
produced 61:12
61:13 118:19
product 120:20
products 10:2
11:2 126:7
progression
120:8,9
progressively
52:10
projecting
95:15,20,21
proper 37:13
97:20
proportion
112:12
proposition
113:24 114:17
115:3
prosecuting
38:1
prosecution
28:16 29:2,8
29:21 30:13
30:18,20 37:7
38:13 39:11
39:21 40:6,7
40:10,15 48:7
48:10,21 49:1
49:11
protected
130:17
protrude 84:15
provide 108:13
123:10
provided 12:10
97:3 123:14
provisions
102:14
Public 133:23
pull 82:18
pump 44:6,8,11
44:15 69:20
72:3 93:8
punitive 9:22
9:23
purchased
79:23
purpose 35:17
purposes 7:11
92:24 97:5
pursuant 1:11

SAMUEL R. PHILLIPS, AUGUST 30, 2005

| | | | | | |
|---|---|---|---|---|---|
| 99:15 | 124:1,14,16 | recall 9:6 12:20 | 47:14 | relevant 25:9 | 134:5 |
| put 4:20 8:6 | 124:18,20 | 12:24 15:10 | reconvened | 25:14 26:4 | reports 6:5 7:1 |
| 23:16 43:17 | 126:7 133:7 | 15:16 16:19 | 98:20 | 28:16 37:1 | 18:9,9,18,24 |
| 68:16 69:16 | razor 20:2,5,10 | 17:15,18,21 | record 3:9 | 39:19 | 22:17,23 |
| 71:10 82:17 | 20:10,11,12 | 18:17 23:13 | 54:23 128:18 | remain 112:17 | 26:22 113:8 |
| 83:1 104:4 | 20:14,15,17 | 37:22 40:15 | 134:14 | remains 39:23 | 117:9,11,21 |
| putting 38:10 | 20:18,19,22 | 40:16 44:21 | recreational | 48:4 | 118:16 131:3 |
| p.m 98:21 99:12 | 23:23 36:5 | 50:10 65:18 | 7:23 | Remarks 39:8 | requested 54:24 |
| 131:16 132:7 | 59:23 70:8 | 79:22 80:18 | rectangular | remember 82:7 | 128:19 |
| | 77:17,18 | 86:9 114:19 | 46:8 | 81:1 123:21 | require 14:10 |
| Q | 82:15 84:1 | 117:8 121:11 | reduced 12:6 | 129:17 | 27:21 123:24 |
| qualified 62:7 | 86:10,11 89:7 | 131:18,22 | 134:13 | reminded 40:17 | required 76:16 |
| Quattro 21:10 | 89:9 90:9,13 | receive 31:3,9 | reengage 83:16 | Remington 7:6 | requires 27:17 |
| question 29:14 | 90:16,17,20 | 31:12 32:3,5,9 | refer 44:12 | 7:7 26:2 | 125:9,10 |
| 29:17 31:11 | 94:13,14,17 | 32:17 33:16 | 48:19 115:21 | 126:7. | reread 33:2 |
| 33:22,23 | 94:21 95:2 | 34:4,11,19 | reference 26:22 | removal 106:14 | reserved 132:6 |
| 45:18 48:1,2 | 104:13,19 | 35:3,13 36:5 | 48:11 50:15 | remove 44:1 | respect 66:16 |
| 48:17 65:16 | 129:4 | 41:1,7 42:1,7 | 53:4 97:9 | 97:3 107:9 | 73:1 |
| 96:7 109:8 | razors 19:22,23 | 42:20,24 | 107:23,24 | 129:12 | response 39:2 |
| 111:5,6 | 23:19 72:18 | 43:12,21 | 108:11 129:22 | removed 34:23 | rest 107:11 |
| 126:21 128:14 | 84:9,10 90:19 | 46:23 47:5,7,8 | references | 74:13 82:8 | 109:9 |
| 128:17 | 96:13 102:3,5 | 49:4 55:13,16 | 129:3,6 | 106:16 | result 126:4 |
| questions 132:4 | 102:9,10 | 56:14 57:11 | referred 27:19 | removing | results 10:22 |
| quickly 94:1 | 114:22 119:5 | 57:19,20,21 | 29:23 63:3,16 | 105:18 | resumed 99:15 |
| quite 15:16 | reached 126:2 | 57:23 58:1 | 88:6 136:8 | render 30:17 | 101:5 |
| 58:17 79:18 | read 29:16 | 61:24 62:4 | referring 7:12 | rendering 18:10 | retain 27:24 |
| 92:16 | 33:11,14,23 | 63:18 64:2,16 | 36:10 40:23 | repeat 29:14 | 53:13 54:18 |
| | 33:24 39:10 | 88:4 90:5 | 41:12 50:12 | 48:16 128:14 | 55:9,14,16 |
| R | 39:11 40:14 | 96:3,9 97:2 | 50:21,22 97:9 | rephrase 104:1 | 56:14 57:2,2 |
| R 1:10 3:3,10 | 47:13 49:8 | 101:13,18,23 | 101:19 107:1 | report 4:18 6:7 | 57:12,18,18 |
| 98:19 99:14 | 54:5,21,23 | 102:11 | 117:16 | 6:8,9,14 18:13 | 57:19,20,21 |
| 101:1 133:19 | 108:17 125:7 | received 3:17 | refers 47:19 | 19:2,4 26:16 | 57:23 58:1,3 |
| 136:2 | 128:16,18 | 4:24 18:12 | 96:16 | 26:16,24 27:1 | 63:18 64:2,16 |
| rack 88:24 | 133:11 | 56:2 59:13 | refine 48:2 | 27:22 28:4,21 | 126:22 |
| 101:15,22,23 | reading 40:17 | 89:10 91:8 | refresh 47:14 | 28:23,23 | retained 3:15 |
| 102:11,20 | 125:14,17 | receives 35:2 | 52:18 65:19 | 29:11 30:23 | 23:5,9,13 56:2 |
| 103:7,10,14 | 134:18 | 54:9,12 57:6 | 118:24 | 31:7 32:1 | 59:8,14 |
| 103:16,24 | ready 29:15 | 59:3,4 62:19 | refuting 37:2 | 36:7 41:17 | retainer 81:5 |
| 104:4,7,17 | 60:13 83:6 | 91:4 | regard 19:8 | .45:1 47:11,14 | retaining 27:21 |
| racks 102:16 | 120:19 | receiving 63:22 | 29:2 36:16,24 | 47:21,22 | 61:21,21 |
| 103:8 | real 76:21 80:6 | 88:17 | 39:2 47:16 | 48:19 50:6 | 63:22 |
| raise 51:24 | realize 98:9 | receptacle | 75:24 76:3,11 | 53:6 60:2 | retains 54:9,12 |
| Randolph 1:17 | 108:20 | 27:19 31:3,8 | 104:18 114:1 | 64:19 66:9 | 57:6 58:21,21 |
| 2:11 99:16 | realized 50:13 | 34:10 35:14 | 114:12 123:1 | 68:1,10 69:11 | 59:2,3 61:19 |
| 100:12 | really 12:24 | 61:7,14,18 | 123:23 124:3 | 70:19 73:21 | 62:19 |
| rapidly 74:13 | 34:7 36:21 | 62:19 63:1,3,7 | 125:19 | 77:2 88:7 | retention 55:6 |
| Rapids 21:16 | 52:8 62:7 | 63:11,17,18 | relate 33:18 | 89:3 93:13 | .59:18 |
| Rayovac 1:7 | 81:1 106:3 | 64:5,14 | 37:14 | 110:19 113:17 | return 28:13 |
| 4:11 6:23 7:4 | 107:17 | receptacles | related 9:14 | 113:22 115:18 | reuse 94:1 |
| 7:13 99:7 | reason 35:12 | 63:22,23,24 | 38:8 94:17 | 115:20 117:3 | reveals 80:21 |
| 115:6 116:1 | 44:21 51:13 | 64:3,15 | relating 7:24 | 118:23 121:3 | reverse 45:16 |
| 116:11,14,20 | 75:21 | recess 53:20 | relation 64:7 | 121:6 123:5 | review 38:18 |
| 116:21 121:10 | reasons 43:20 | 99:15 131:15 | 103:23 | 131:8,8 | 39:3 60:10 |
| 121:22 122:1 | 44:19 72:5 | recessed 98:20 | relative 52:6 | reported 2:21 | 116:22 117:7 |
| 122:9,23 | 74:20 | reciprocated | 109:14 134:21 | 100:20 134:12 | reviewed 117:4 |
| 123:7,10,11 | rebutting 36:20 | 72:24 85:4,10 | 134:22 | reporter 1:15 | 118:3 |
| 123:14,17,18 | 114:7 | recollection | relatively 84:11 | 54:24 128:19 | revolving 97:1 |

SAMUEL R. PHILLIPS, AUGUST 30, 2005

| | | | | | |
|---|---|---|---|---|---|
| rewrote 131:6 | 133:19 136:2 | 51:8,13 55:4 | setting 56:11 | 104:12 125:11 | 33:5 67:10 |
| rid 69:3 | San 22:1 | 56:3 58:9 | 57:3,10 | 125:12 126:10 | 68:22 72:19 |
| riding 79:12 | satisfied 120:15 | 65:9,13,15 | settled 12:23 | 127:23,24 | 80:6 85:17 |
| right 7:17,18 | Saturday 20:1 | 68:17 70:6,9 | 18:5 | 128:3,12,24 | similarity 46:7 |
| 38:20 39:6,10 | sauna 11:8 | 71:2 74:6 | settlement | 129:12 130:21 | similarly 92:13 |
| 46:1 47:8 | Saunas 11:15 | 75:22 79:10 | 16:21 | sheet 14:5,5 | Simmons 69:6 |
| 53:19 65:6 | Saunders 16:12 | 79:10,18 80:8 | shade 38:9 | 84:24 105:7 | 69:13,15,23 |
| 67:23 69:24 | saying 39:18 | 80:15 82:8 | shape 30:10 | sheets 105:7,8 | 70:3,13,15 |
| 75:16 82:15 | 40:10 105:12 | 83:2,8,10,11 | 92:16 104:2 | shelf 88:14 89:1 | 131:19; |
| 83:6,11 86:21 | 122:16 | 83:21 85:12 | shapes 104:22 | 89:2,17,23 | simply 35:23 |
| 87:2 94:3,5,24 | says 10:14 12:1 | 85:13 86:19 | sharp 84:17,20 | 90:2,2 91:6,7 | 93:16 |
| 106:11,21 | 12:8 16:16 | 87:10 88:6,8 | 84:21,22 85:1 | 94:15,18,20 | simulated 9:4 |
| 107:23 114:19 | 17:22 49:24 | 89:12 93:20 | 96:15 | 101:17 | sink 35:17,19 |
| 118:14 125:6 | 59:22 66:12 | 95:16 97:7,8 | sharpen 85:1 | shell 33:6 | 35:22 36:1,3 |
| rigid 14:6 | 75:15 87:4,16 | 106:22 110:5 | sharpened | Shimota 2:14 | 40:23 |
| rigorously | 96:24 107:17 | 114:12 117:11 | 84:17 85:1 | 3:21 4:6 | siphon 93:4,8,9 |
| 106:4 | 107:18,20,22 | 117:18,21 | shave 130:22 | 23:12 24:2 | 93:16,22 |
| rise 58:16 | 114:8 123:11 | 119:11 120:6 | shaver 19:10,15 | 25:22 98:13 | siphon-like 93:6 |
| river 52:1 | 127:5 130:5 | 126:3 128:11 | 19:19 20:17 | 100:15 116:19 | situation 24:8 |
| rivets 92:12 | scale 30:8 31:19 | 128:21 129:18 | 24:1 26:2 | 117:18,24 | sixth 12:7 49:1 |
| Road 3:12 | scalp 82:4 | seeing 62:16 | 27:13,16 30:6 | 118:18 122:3 | size 14:13 30:6 |
| rocket 122:20 | Schick 21:1,9 | seen 65:17 75:6 | 30:11 69:16 | 122:8 123:16 | 30:9,10 31:23 |
| role 16:7 | 22:15 | 75:12 92:6 | 69:16 74:16 | 125:23 126:11 | 43:2 47:7 |
| room 42:14 | Schinn 29:4 | 106:5 119:20 | 86:4 104:2 | 131:6 132:5 | sized 31:10,15 |
| 105:21,23 | 41:4,5,6,13,24 | 122:4 124:18 | 117:15 122:15 | shiny 83:10 | 32:5,8,18 47:8 |
| 106:7,8 | 42:5,12,14,23 | 124:20 | shavers 19:8,15 | shoes 106:5 | sizes 83:23 |
| rooms 106:2 | 43:8 50:8,12 | self-draining | 20:7 23:18,20 | Shohl 8:20 | 104:23; |
| Ropes 2:2 100:3 | 50:23 51:6,14 | 58:20 | 24:18 84:3 | short 116:8,9,15 | sizing 31:18 |
| 118:3 | science 122:20 | self-regenerat... | 85:8 87:18 | Shorthand 1:15 | skeletal 45:10 |
| rotary 84:4 | scissors 73:2 | 35:21 | shaves 72:10 | 134:5 | skeleton 46:13 |
| 85:17,20 | 85:15 102:3 | selling 80:4 | shaving 20:19 | shovel-like 82:5 | sketches 123:11 |
| 117:14 | scissor-like | semiconductor | 24:12 31:4,4,9 | show 74:10,12 | 123:12,15 |
| rotating 97:1 | 79:10 85:22 | 17:6,11 106:2 | 31:10,12,21 | 76:5,10,12,13 | skill 70:24 71:5 |
| routine 75:11 | 85:23 | Semitool 17:3 | 32:9,10,17,18 | 76:14,19 | 127:15 |
| routinely 74:14 | scope 125:23 | sense 14:6 | 33:17,17 34:4 | 79:16 81:17 | skilled 132:1 |
| 74:17 75:19 | sealer 10:8 | sentence 36:8 | 34:5,11,19,19 | 102:2 120:3 | skin 73:12,16 |
| 83:20 | 12:13 | 48:3 49:11,16 | 35:3,13,14 | 120:12,13 | 73:20 |
| row 101:16 | sealing 11:24 | 49:17 | 36:6 41:7,8 | showed 120:4 | skip 129:17 |
| Rules 1:12 | second 6:8 9:12 | separate 44:5 | 42:1,7,7,21,24 | shown 41:11 | slash 20:1 |
| run 127:21 | 9:14 64:10,11 | 44:18,21 | 43:1,12,13,21 | 82:19,21,23 | slight 70:15 |
| running 27:16 | 64:21 79:2,4,8 | 86:24 | 43:22 46:23 | 83:18 92:7 | 71:8 72:4 |
| | 80:15,19 82:7 | separated 114:4 | 46:23 47:5,5,7 | 95:16 110:16 | slot 83:3 89:9 |
| **S** | 82:20,24 | September | 53:12 70:12 | 112:16 | 89:14,23 |
| S 136:7 | 83:10,19 95:9 | 10:15 135:4 | 72:1,8,13 73:5 | shows 58:17 | 90:14 94:16 |
| sacramental | 115:18 121:3 | series 72:22 | 73:7 78:11,11 | 81:20 82:3,7 | 94:18,19 |
| 62:24 | secret 11:27 | serrated 72:20 | 80:11 81:4,6 | 103:22 | slots 72:21 |
| safekeeping | secrets 11:7,21 | serve 74:21 | 83:24 86:4 | shut 58:22 | 85:19 |
| 82:1 | section 81:3 | 101:17 | 87:5,10,16 | shy 28:1 | sludge 34:23 |
| safety 19:22,23 | see 6:20 7:5 | served 4:10 | 88:4,5,18,18 | side 8:7 16:14 | small 92:15 |
| 20:10,12,15 | 25:3 30:2 | 6:23 24:17 | 90:5,6,8,15 | 79:8,8,9 81:22 | 109:15 119:14 |
| 20:16,18,24 | 32:14 33:2,9 | services 9:2 | 91:4 94:10,12 | 85:9,9 | 119:18 |
| 23:19,23 | 34:8 36:11,12 | 12:10 | 95:9 96:3,4,9 | sides 82:17 | snap 83:5,16 |
| SAITH 132:8 | 38:1 40:12,14 | serving 20:22 | 96:10,12,13 | sidesaddle | snaps 82:21,23 |
| Salas 115:4,4 | 40:16 42:3 | 21:7 23:24 | 96:16,16 98:7 | 79:12 | snow 82:5 |
| Samuel 1:10 3:3 | 44:6,14 46:10 | set 17:2 18:9,18 | 101:13,13,18 | Signature 132:6 | soap 20:19 |
| 3:10 98:19 | 46:12 49:14 | 18:24 64:3 | 101:22 102:5 | signing 134:18 | solid 45:21 46:8 |
| 99:14 101:1 | 49:18 50:9 | 135:2 | 102:12 104:10 | similar 28:10 | 52:7,8,10 |

SAMUEL R. PHILLIPS, AUGUST 30, 2005

| | | | | | |
|---|---|---|---|---|---|
| solvent 70:17 | 110:1,3,7,12 | stick 85:6 | 115:24 116:6 | 111:17,18,19 | 94:22 95:4 |
| solvents 67:18 | 110:17 112:5 | 104:14 | 116:6,24 | 116:5,15,24 | 97:17 |
| 107:15 108:1 | spraying 106:20 | sticking 82:9 | 121:6,15 | 118:22 119:3 | tap 97:16,19 |
| 109:18,22 | 107:5,20 | 83:11 108:11 | 123:2,19,24 | 120:1,18 | taught 66:16 |
| somebody | spring 80:17 | stop 95:1 | 125:20,21 | systems 13:23 | TEA 17:9 |
| 75:15 | 82:20 | storage 129:24 | substitutes | 115:6 116:1 | teach 49:2,3 |
| somewhat | spring-loaded | 130:4 | 115:22 124:23 | 119:4,21 | 53:11 |
| 56:18 | 82:12 | store 8:5 | substrates | S-h-o-h-l 8:20 | technical 63:7 |
| soon 78:17 | SS 134:2 | storing 129:3 | 14:10 | S-t-o-w-a-b-l-e | 63:12 |
| sorry 8:2 9:23 | stability 124:11 | 130:17 | sufficiently | 8:3 | technology 14:4 |
| 15:20 22:4 | start 29:12 39:4 | stoves 9:5 | 71:23 | | 17:10 24:10 |
| 40:19 47:20 | 94:12 112:11 | Stow 8:6 | suggested 62:14 | **T** | 24:11 25:9,14 |
| 47:23 48:16 | 122:12 | stowable 8:1,2 | suitable 30:10 | T 1:14 2:21 | 26:4 |
| 65:8,14 84:18 | starting 28:22 | straight 16:3 | 31:18 70:4,7 | 100:20 134:4 | Teklicon 4:2,3 |
| 88:10 98:2 | 48:6 96:21 | 20:9 90:8,13 | 108:14 | 135:8 136:7 | Teknek 14:2,20 |
| 101:23 110:13 | 119:18 | 90:15,17,19 | Suite 1:17 99:16 | tab 6:16 30:24 | 15:4 105:6 |
| 122:12 126:13 | starts 53:5,6 | 90:20 94:13 | summary 24:24 | 38:13 41:3 | telephone 124:9 |
| 130:8 | state 1:16 3:8 | 94:14,17,21 | supply 35:20 | 46:16 48:11 | telephonic |
| sort 35:20 67:9 | 27:22 31:7 | 104:13,19 | 58:22 | 65:5,6,22 | 131:11 |
| 79:11 82:4,17 | 41:23 45:3 | stream 69:19 | support 24:24 | 69:12 78:21 | television 17:2 |
| sounds 37:18 | 50:7 73:24 | street 46:10 | 31:9 36:6 | 79:1 81:11,12 | 32:21 39:12 |
| source 97:16 | 89:6 110:21 | structure 27:10 | 88:21 95:15 | 87:20,22 | 40:8 59:5 |
| 98:4 | 112:21 134:1 | 29:20 33:16 | supposed 128:9 | 95:23 101:10 | 67:3 78:24 |
| spaced 97:2 | 134:5 | 34:4 35:24 | sure 16:4 22:10 | 106:23 114:13 | 79:21 81:16 |
| 103:23 | stated 62:18 | 41:7,10 42:1,6 | 26:23 28:19 | 117:3,13 | 118:21 119:24 |
| Spark 119:16 | 134:20 | 45:9,14,15,15 | 28:22 30:18 | tabletop 14:13 | telling 28:12 |
| Sparkletts | statement 95:6 | 45:16,19,21 | 36:18 41:21 | 46:5,6 | temporarily 8:6 |
| 119:15 | 112:7,10 | 46:11,22 49:4 | 42:10 44:12 | tabs 6:13 | 125:11 |
| speak 59:12 | statements 29:2 | 53:12 54:8,11 | 44:13,15 48:2 | take 5:9,17,20 | tension 70:23 |
| 62:7 116:16 | 30:12 | 54:19 55:12 | 48:18 52:19 | 8:16 32:5 | 71:16,21 |
| 124:3 | States 1:1,13 | 55:20 56:1,9 | 53:17 57:9 | 42:19,20 | term 55:24 |
| speaker 4:22 | 99:1 133:1 | 56:10,12,23 | 60:12 71:9,18 | 53:16 55:20 | 90:18 |
| speaking 7:2 | stationary | 57:5,5,11,24 | 80:6 86:12 | 70:14 80:11 | terms 24:10 |
| 63:21,23 | 72:20,24 73:9 | 58:8 59:2 | 96:6 98:12 | 80:24 82:13 | 55:10 |
| special 19:13 | 73:10,14 | 88:4,13,17 | 111:4 118:12 | 83:21 86:15 | terribly 5:18 |
| 63:11 | 80:22 81:2 | 89:15,16,21 | 118:18 120:12 | 91:15,16 | 79:5 |
| specific 17:15 | status 120:17 | 94:20 96:3,9 | 125:16 128:15 | 121:14 122:18 | test 117:9,11,21 |
| 129:2 | Staying 95:22 | 101:12,18 | 129:9 | 122:19 127:8 | 118:16 |
| specifically | steel 46:13,14 | 110:2 112:6 | surface 54:17 | 128:7 129:11 | tested 124:22 |
| 40:18 102:14 | stenographic... | 115:11 126:17 | 55:6,13,21 | 130:6,14 | testified 3:5 |
| 103:8 104:1 | 134:12 | 126:21,24 | 56:14,23 57:7 | 131:13 | 6:19 7:19,24 |
| 106:18 130:11 | stepping 120:5 | 127:3,10,16 | 57:13 58:1 | taken 1:11,14 | 11:6,20 101:3 |
| specification | sterilant 106:12 | structures 45:4 | 59:1 70:23 | 21:22,24 | 101:4 127:22 |
| 27:3,6,9,11,12 | 107:15,17 | 45:4 | 71:16,21 82:3 | 42:14 106:6 | testify 11:9 |
| 29:18 30:14 | sterile 106:8 | stuck 79:20 | 108:23 127:8 | 127:23 134:16 | 134:9 |
| 56:19 59:10 | sterility 74:22 | studied 5:3 | surfaces 50:18 | takes 76:17 | testifying 4:15 |
| 59:12 | sterilization | studies 5:5 | surprising | talk 60:13 | 9:3 10:4 14:2 |
| specified 134:17 | 106:19 | study 126:3 | 115:1 | 123:18,22 | 14:24 15:2,18 |
| Spectrum 7:9 | sterilized 74:24 | stuff 80:4 | surrounds | talked 122:2,3 | 16:8,14 17:5,8 |
| 7:10 | 93:10 106:9 | submission 19:4 | 45:11 | 123:20 124:5 | 22:14 |
| spoke 116:19 | 106:17 | 121:3 | swap 75:1 | talking 40:3 | testimony 6:1 |
| 131:19 | sterilizing 105:1 | subscribe | swapping-out | 47:18 114:9 | 7:22 8:13 |
| spoken 122:22 | 105:4,9,12,15 | 133:14 | 75:7 | talks 130:16 | 10:17 12:9 |
| 124:15 | 105:16 106:11 | SUBSCRIBED | sworn 3:2,5 | tank 43:10,21 | 21:18 22:12 |
| spray 106:20 | 107:4,17,20 | 133:20 | 101:3 133:20 | 44:1,5,19,23 | 134:14 |
| 107:8 108:3 | 108:14,17 | subset 105:12 | 134:9 | 88:15 89:10 | tests 120:7 |
| 109:8,17 | 109:20,23 | substitute 75:3 | system 111:16 | 89:17,23 90:1 | |

Page 12

test-oriented
 118:9
text 58:18 79:20
Thank 38:20
 39:7 41:20
 47:24 65:7
 68:14 101:8
 113:9
theft 11:7,21
theory 74:23
thereof 38:14
thermodyna...
 26:7
thin 46:8 84:9
 84:12
thing 5:13 34:1
 35:19 43:16
 50:19 69:1
 71:21 76:13
 79:3,14 80:10
 83:9,12 90:23
 120:15 124:10
things 14:11
 20:13 67:2
 80:5 106:6
 107:7 114:22
 119:19 121:12
 121:23 122:1
 124:11
think 4:21
 10:23 11:14
 11:15 12:19
 12:20 15:15
 16:2,2,13
 18:11,12 22:8
 22:11 23:11
 25:16 26:8
 30:16 31:13
 31:17,17
 32:19 34:10
 34:21,21
 35:10,10,12
 36:4,21 37:5
 39:19 42:11
 42:19,21 43:3
 43:4,23 51:9
 52:11,11 53:9
 62:24 63:2
 65:8 68:8
 69:22 70:14
 72:7,11 77:12
 77:12,16
 79:24 80:24
 85:1,2 87:14
 93:1,5 95:6
 97:20 98:1,3
 102:21 106:21

107:23 114:21
117:17 120:11
120:12 121:22
122:2 123:4
124:5 125:2,2
125:17
thinking 25:24
 57:15 127:12
thinks 72:9
thinner 67:10
 67:11
third 6:9 10:1
 18:13 19:2,4
 26:16 27:1
 29:11 31:6
 32:1 36:7
 41:16 45:1
 47:10,20,22
 48:18 50:6
 68:10 70:19
 73:21 81:19
 89:3 93:13
 110:19 113:22
Thor 7:21 8:9
thorough 109:2
thought 3:20
 43:7 118:6
thousands 73:2
three 6:4 7:12
 18:8,18,24
 22:21 25:12
 31:7 75:20
 77:9 81:11,18
 111:8,11
 126:7
tie 11:14
tied 37:4
Tilia 10:2,23
time 9:13 18:11
 18:20 19:20
 23:14 53:18
 53:19 98:17
 108:15 116:8
 116:16,16
 121:15 127:12
 128:5 130:18
 132:7 133:13
 134:17
times 131:9
tiny 71:24 73:2
 86:17
today 116:10
 120:18
Tokyo 17:9
told 80:9 119:2
tool 14:21 15:17
 15:18 94:1

tools 76:16 78:4
 78:6 93:10,17
 96:14 102:2,4
 103:1,2
top 35:15 36:2,3
 43:18 44:23
 47:6 69:18
 79:8,9 80:20
 81:22 82:5
 89:24 110:7
 129:19 130:10
topology 30:9
 31:21
Toronto 91:6
Tossed 40:18,20
tossing 40:24
towel 93:19,23
 94:6,7
trade 11:7,21
 11:22 119:15
traditional 20:1
trailer 8:1
trailers 7:20,23
transcript
 133:12,16
 134:11,19
transfer 26:7
translated 61:6
translation
 61:12,14
transmission
 74:22
trap 86:18
traveled 5:15
 5:23
tray 96:11
 97:14,23 98:6
 102:22
trial 6:20 8:14
 12:1 16:17,18
 18:1 21:17
 25:6
trimmer 85:11
 85:12
trimmers 72:19
tripartite 13:8
trouble 28:12
 52:4
true 45:3,16
 62:4 133:15
 134:14
truth 134:9
try 45:8 53:9
 57:9 65:8
trying 12:19,19
 37:9 97:24
 118:10

Ts 119:16
tube 93:17,22
 110:6,11,14
 110:15 111:9
turn 6:15 18:7
 24:22 30:24
 38:12 41:2
 46:15 47:9
 56:19,22
 78:21 82:13
 89:2 92:10,21
 95:23 98:6
 101:9 106:21
 110:18
turned 58:13
 117:19 120:20
turning 7:18
 13:23 17:3
 59:9,24 64:18
 70:2 81:8
 86:22 87:20
 98:8 113:6
 115:17 126:15
two 10:11 22:21
 24:12 75:20
 79:6,10 81:9
 83:23 84:3,15
 85:23 87:13
 90:3,7,20 92:6
 92:8,24 93:6
 96:24 116:1
 117:13 119:12
 119:16 121:12
 124:10
two-step 69:4
type 5:13 50:8
 51:5
typewriting
 134:13
typically 20:20
 131:12
typo 51:10
t-o-s-s-e-d
 40:20

U

ultrasonic 50:7
 50:14,17 51:2
 51:5
Um-hmm 9:24
 38:15
unavoidably
 106:15
underneath
 80:17
underside 82:3
understand

20:13 24:5,7
 27:19 33:24
 34:9 35:18
 38:7 42:9
 55:3,22 62:2
 86:14 116:7
 121:18
understanding
 28:8 30:7
 60:17,20 63:6
 63:13 86:3
 104:6 128:8
undertaken 5:6
Unfortunately
 65:10
unique 64:6
unit 120:20
United 1:1,12
 99:1 133:1
University 5:7
unnamed 98:4
unscrew 80:14
upside 69:16
usage 63:13
use 19:20 20:18
 23:17 25:6
 45:10 50:8
 51:5 66:15
 67:5,19 72:3
 75:19,20
 84:11 94:3
 96:19 102:20
 107:6 109:20
 119:9
useful 5:18
uses 56:24
 119:12,13
usual 23:1
usually 119:14
U.S 31:1 41:4
 46:19 60:21
 61:8 69:9
 88:1 95:23
 101:11 106:23
 113:14

V

v 21:1
vacuum 10:8
 12:7,13 13:2,6
 69:21 119:4
vague 18:6
validity 22:23
Valley 3:12
valve 110:6,11
 110:21,24
 111:3,6,8,21

various 78:4
 109:21
variously 69:19
velocity 109:14
Venable 9:8,9
vendor 79:22
 80:1
versatile 96:18
versions 62:15
veterinarian
 96:19
view 16:4 39:21
 61:18 81:21
 82:3 108:12
views 79:6
 81:18
viscosity 70:22
 71:1,4,11,12
 71:17,20,22
 72:2,5
visible 110:8
visits 75:11
vote 11:14
vs 1:6 7:21 8:22
 10:2 99:6
 133:6

W

wafer 17:16
wafers 17:13
Wait 32:11
 47:18 87:6
wall 63:15,20
want 6:11 15:13
 23:6 30:10
 57:17,18
 69:17 73:15
 75:4 93:3
 98:13 118:12
 129:11,12
 130:6
wanted 76:8
 104:1
wants 49:21
 74:20
Warrior 7:20
wash 35:17
 58:13 68:5
washed 26:13
washer 69:21
 80:17 85:19
washing 17:13
 17:13,16
 26:12 106:14
 106:18 107:5
 109:9 114:2
wasn't 22:8

SAMUEL R. PHILLIPS, AUGUST 30, 2005

| | | | | | |
|---|---|---|---|---|---|
| 127:11 | 98:15 101:2 | X 136:1,7 | 12:40 98:21 | 24 65:6 93:5,7,8 | 79:1 81:12 |
| watch 85:14 | 126:1,12 | x-ray 46:12 | 12:52 99:12 | 93:9 | 112:21 113:7 |
| water 58:13,14 | 129:1 134:8,8 | | 13 26:23 54:3 | 25 54:3 | |
| 58:14,15 59:7 | 134:19 135:2 | **Y** | 132 133:14 | 26 47:13,17,23 | **4** |
| 63:2 68:1 | women 19:12 | Yeah 5:14 23:1 | 134 110:19 | 48:18 50:6,20 | 4 6:13,15 13:13 |
| 127:21 130:12 | won 11:15,15 | 42:17 94:24 | 135 112:3 | | 25:5,12 41:3 |
| way 23:16 | 16:4 | 98:5 113:23 | 138 112:19 | **3** | 45:1 47:2,3 |
| 25:19,24 | wondering | 114:15 | 14 25:5 28:22 | 3 6:8,13 12:11 | 48:11 50:3,4 |
| 27:20 35:7 | 113:17 | years 6:20 7:20 | 114:21 | 12:22 13:1 | 50:24 65:5,23 |
| 37:12 43:4 | word 6:2 8:3 | York 17:20 | 15 32:8,13,17 | 18:8 19:5 | 69:12 75:15 |
| 57:15 73:2,16 | 31:14,15 | | 33:4,10,16 | 20:13 24:23 | 75:18 87:20 |
| 82:12 84:19 | 40:20 45:10 | **0** | 34:3 45:1 | 26:16 27:1,2 | 95:22 101:10 |
| 91:18 94:4 | 45:17 46:7,7 | 02110-2624 2:4 | 65:5 68:13 | 31:7 33:21 | 106:23 129:19 |
| 110:17 127:8 | 54:15 55:9 | 100:5 | 70:3 101:20 | 41:16 44:24 | 136:12 |
| ways 61:16 | 56:18,24 61:4 | 03-CV-12428-... | 101:23 102:11 | 47:10 53:4 | 4,154,003 |
| 62:10 109:8 | 61:5,9,20 | 1:7 99:7 | 102:20 103:7 | 60:1 65:22 | 113:14 |
| Weekend 7:20 | 62:24 63:13 | 133:7 | 103:8,11,13 | 68:11 70:20 | 4,815,486 41:4 |
| weeks 21:23 | 64:6 69:18 | | 103:16 104:4 | 73:22 89:3 | 40 33:9,13 |
| Weiss 15:13,14 | words 5:22 | **1** | 104:7,17 | 91:2 93:13 | 113:7,10 |
| 22:5,6,8,11 | 47:15 63:15 | 1 6:6,13,14,16 | 16 6:14 101:19 | 95:18,19 | 130:7 |
| Welcome 101:7 | 64:6 129:3 | 18:8 24:23 | 102:20,21,22 | 110:19 130:10 | 41 113:7,21 |
| well-known | work 3:18,24 | 26:15 28:23 | 17 30:23 101:19 | 130:16 136:3 | 114:13 |
| 15:12 124:13 | 4:1 13:10 | 32:15,15,16 | 102:22 | 136:11 | 42 29:1 44:14 |
| WENDLANDT | 32:14 36:2 | 32:19,24 33:3 | 18 53:6 | 3,172,416 69:9 | 89:7,9 |
| 2:6 3:7 24:9 | 58:5 73:3 | 34:3 54:6,8 | 19 29:12 36:7 | 3,365,267 88:1 | 43 29:1 108:8 |
| 26:3 53:17,19 | worked 4:5 7:4 | 55:11,23 | 38:13 | 3,478,758 95:24 | 44 88:14,24 |
| 53:22 54:21 | 7:7 9:7 13:14 | 56:13 57:4,5,6 | 1965 69:24 | 3,500,840 | 89:1,2,17,19 |
| 55:1 98:12,17 | 50:19 | 57:11,24 | 70:13 | 101:11 | 89:23 90:2 |
| 100:7 101:6 | working 8:18 | 58:24 59:5 | | 3,890,988 31:1 | 91:7 114:20 |
| 118:15,20 | 15:8,21 16:11 | 60:2 64:18 | **2** | 30 44:8,16 58:9 | 45 29:3 33:9,12 |
| 126:5,14 | 17:18 21:12 | 88:9,9 89:24 | 2 6:7,13 18:8 | 88:8,8 99:11 | 33:13 47:1 |
| 128:16 129:5 | 31:13 56:3 | 108:7 126:16 | 33:8,12 41:12 | 136:13 | 46 68:10,13 |
| 131:13,17 | workman 36:2 | 126:23 133:13 | 43:8 101:20 | 30th 1:18 | 88:20,21 90:1 |
| 132:4 136:3,4 | works 14:22 | 136:9 | 107:19 115:17 | 312-861-2336 | 91:7 94:16 |
| wet 20:18 | 15:17,18 | 1st 135:3 | 129:10 130:1 | 2:13 100:14 | 47 29:4 70:19 |
| 106:12,17 | 58:10,19 | 1:56 131:16 | 136:10 | 32 30:23 43:9 | |
| 109:1 114:22 | 69:22 77:15 | 10 17:3 31:3 | 2,976,552 | 43:21 44:1 | **5** |
| 120:14 | 79:14 | 34:11 35:6,7,8 | 106:23 | 328 26:1,17 | 5 3:12 13:18 |
| wets 52:10 | Worth 13:22 | 35:14,16,17 | 2:01 131:16 | 28:5 29:9,24 | 29:13 30:22 |
| wetting 70:8,23 | wouldn't 73:15 | 36:4 41:11,14 | 2:02 132:7 | 39:14 53:2,11 | 31:2,3,8 32:7 |
| 71:16,21 | 103:4 128:6 | 43:18 44:7 | 20 30:24 42:16 | 54:1 58:17 | 32:11,20,21 |
| we're 52:4 | wrapped 81:24 | 101:10,23 | 60:3 | 60:5,15,18 | 33:3,18,20 |
| we've 102:16 | 82:1 | 10:23 53:21 | 200 1:17 2:11 | 65:2 66:2 | 34:3,13,16,17 |
| WHEREOF | write 131:4,5 | 10:36 53:21 | 99:16 100:12 | 77:22 86:23 | 38:13 41:3 |
| 135:2 | writing 49:20 | 100 4:21,21 | 2002 16:17 | 124:24 125:5 | 46:16 65:6 |
| wind 81:1 | written 28:2,5 | 101 5:13 136:4 | 17:23 | 126:16 128:10 | 87:2,6 96:21 |
| window 46:6 | 28:11 53:3,4 | 11 55:22,24 | 2004 6:16 10:15 | 128:20 132:2 | 96:22 129:10 |
| wing 79:9 80:14 | 61:4 117:9 | 125:8,9 | 12:2,9 23:11 | 335 48:13,24 | 136:13 |
| 80:15 | wrong 40:2,2 | 11:55 98:18 | 2005 1:19 8:11 | 34 89:20 90:3,3 | 5,335,394 46:19 |
| wings 27:15 | 71:10 117:20 | 117 136:16 | 23:7 99:11 | 94:16,18,20 | 50 33:6 34:2,18 |
| wish 66:24 67:1 | 118:5 | 12 6:16 33:4,10 | 133:22 135:4 | 36 90:4 | 35:7,9,13,15 |
| 67:6 | wrote 40:9 | 48:11,15 60:2 | 21 31:6 41:3 | 37 117:3,13 | 35:23 36:6 |
| withdraw 82:22 | 47:15 | 88:15 89:10 | 64:19 | 38 89:9,14,23 | 52 107:19 |
| witness 3:1,4 | w-h-o-l-e | 89:17,23 90:1 | 22 46:16,17,18 | 90:4,14 94:16 | 53 107:19 |
| 23:24 24:3 | 103:15 | 94:23 95:4 | 47:10,22 66:8 | 94:18,19 | 136:15 |
| 25:21,23 | | 97:14,22,24 | 130:1 | 113:7 | 55 33:21 |
| 53:16,18 | **X** | 98:1,5,5,5 | 23 41:16,19 | 39 74:4 78:22 | 556 26:17 29:8 |

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087  800.708.8087  FAX: 312.704.4950

SAMUEL R. PHILLIPS, AUGUST 30, 2005

| | | | | | | |
|---|---|---|---|---|---|---|
| 38:14<br>56 33:21<br>5600 1:17 99:16<br>59 33:5 64:19<br>108:10 | 94 38:21,22,23<br>39:5,7<br>94028 3:13<br>95 93:14<br>98 123:5 | | | | | |

| 6 | | | | | | |
|---|---|---|---|---|---|---|
| 6 13:1 70:2<br>78:21 96:21<br>106:23 113:6<br>114:12 136:9<br>136:10,11,12<br>136:14<br>60 107:20 108:3<br>109:17 110:2<br>60601 2:12<br>100:13<br>**617-951-7000**<br>2:5 100:6<br>63 130:16<br>64 91:1 | | | | | | |

| 7 | | | | | | |
|---|---|---|---|---|---|---|
| 7 13:23 15:4<br>41:19 53:24<br>69:12 86:23<br>125:5 128:10<br>128:21 136:15<br>72 73:21<br>73 96:22<br>74 96:11 97:14<br>97:23 98:6<br>75 110:21<br>111:21<br>76 110:8<br>78 136:14<br>79 115:20 | | | | | | |

| 8 | | | | | | |
|---|---|---|---|---|---|---|
| 8 14:21 53:5<br>70:3 87:4,21<br>87:23 117:3<br>136:16<br>8:53 1:19<br>80 97:17,19,20<br>97:22<br>83 38:16<br>84 88:8<br>84-1968 1:15<br>2:21 100:20<br>134:4 135:8 | | | | | | |

| 9 | | | | | | |
|---|---|---|---|---|---|---|
| 9 16:6 58:9 87:4<br>95:23 125:4,8<br>125:10,22<br>92 89:4 | | | | | | |

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087  800.708.8087  FAX: 312.704.4950