## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>        Plaintiff,<br><br>v.<br><br>REMINGTON PRODUCTS COMPANY, LLC<br><br>        Defendant. | Civil Action No. 03-CV-12428-WGY |

## NOTICE OF APPEARANCE

Now comes the undersigned, Jessica P. Driscoll. and hereby enters her appearance on behalf of Remington Products, LLC in the above-entitled matter.

Respectfully submitted,

/s/ Jessica P. Driscoll

_____
Jessica P. Driscoll (BBO No. 655394)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371.1000

Dated: September 13, 2004