# Rayovac Exhibit List

| EX. NO. | DESCRIPTION |
|:---:|---|
| 1 | U.S. Patent No. 5,711,328 |
| 2 | Rayovac's Markman Brief |
| 3 | Braun's Markman Brief |
| 4 | Rayovac's foil products as drawn by Dr. Nayfeh |
| 5 | Rayovac's foil products as drawn by Dr. Nayfeh |
| 6 | Pictures of Rayovac Products |
| 7 | First Expert Report of Samir Nayfeh |
| 8 | Second Expert Report of Samir Nayfeh |
| 9 | MeKiney Patent |
| 10 | Davies Patent |
| 11 | Maatz Patent |
| 12 | Excerpts from the '556 Patent File History |
| 13 | Schinn patent |
| 14 | Cunningham Patent |
| 15 | Excerpts from the '328 File History |
| 16 | Pahl Declaration |
| 17 | Braun's Response to Rayovac's First Set of Interrogatories. |
| 18 | U.S. Patent No. 5,649,556 |
| 19 | Braun's Response to Rayovac's Third Set of Interrogatories |
| 20 | Braun's Response to Rayovac's Second Set of Interrogatories |
| 21 | Braun German patent No. DE 44 02 238.7 |
| 22 | U.S. Patent No. 3,989,071 |

| 23 | U.S. Patent No. 4,015,151 |
|----|---------------------------|
| 24 | U.S. Patent No. 5,704,126 |
| 25 | Inventorship Oath for the '328 patent |
| 26 | Translation of Susan Christian of TransPerfect Translations of the word "aufnameteil" to mean "receptacle." |
| 27 | Translation of the German word "aufnameteil" |
| 28 | Deposition Minuscript of Gebhard Braun |
| 29 | Deposition Minuscript of Dietrich Pahl |
| 30 | Deposition Minuscript of Norbert Smetana |
| 31 | Deposition Minuscript of Samir Nayfeh |
| 32 | Deposition Minuscript Phillips |
| 33 | Braun internal memo regarding 08/03/93 Smetana meeting |
| 34 | Deposition Minuscript Hoeser |
| 35 | Phillips First Expert Report |
| 36 | Phillips Second Expert Report |
| 37 | Phillips Third Expert Report |
| 38 | Deposition Minuscript of Jim Chasen |
| 39 | Zeischke Thesis |
| 40 | Stiegler's June 4, 1993 memorandum to Dr. Pahl |
| 41 | Deposition Minuscript of Wolfgang Vorbeck |
| 42 | Third Expert Report of Samir Nayfeh |
| 43 | Braun Invention Disclosure Record |
| 44 | Hoeser Timeline |
| 45 | Braun Invention Disclosures with translations |
| 46 | Smetana's August 3, 1993 |

| 47 | **Comparison drawings** |
|---|---|

**Note: Exhibits 28, 29, 31, 34, 39, and 42 are being filed in 2 parts due to their size.**