# EXHIBIT

# 4

R-5500 & R-5700



