# EXHIBIT 5

# Women's





EXHIBIT 164
8-26-05