# EXHIBIT
# 27

ARD ERNST

DR.-ING. RICHARD ERNST

BUCH

# DICTIONARY

LLEN TECHNIK

# OF ENGINEERING AND TECHNOLOGY

suzeitlicher Techniken und Verfahren

with extensive treatment of the most modern techniques and processes

) I

VOLUME I

LISCH

GERMAN-ENGLISH

und erheblich erweiterte Auflage

Fifth edition completely revised and enlarged

PRESS · NEW YORK

OXFORD UNIVERSITY PRESS · NEW YORK

VERLAG · WIESBADEN

OSCAR BRANDSTETTER VERLAG · WIESBADEN