# EXHIBIT
# 29A

Dietrich Pahl   April 28, 2005

---

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2
 3   BRAUN GmbH,            )
                           )
 4        Plaintiff,       )
                           )
 5        -vs-             )  No. 03-CV-12428 (WGY)
                           )
 6   RAYOVAC CORPORATION,  )
                           )
 7        Defendant.       )
 8
 9        Videotaped deposition through interpreter of
10   DIETRICH PAHL, Ph.D taken before CAROL CONNOLLY, CSR,
11   CRR, and Notary Public, pursuant to the Federal Rules of
12   Civil Procedure for the United States District Courts
13   pertaining to the taking of depositions, at Braun GmbH,
14   Frankfurter Strasse 145, D-61476 Kronberg im Taunus,
15   Germany, at 9:53 a.m. on the 28th day of April, A.D.,
16   2005.
17
18
19
20
21
22
23
24
```

**Page 2**

```
 1        There were present at the taking of this
 2   deposition the following counsel:
 3        ROPES & GRAY, LLP by
          MR. WILLIAM L. PATTON
 4        MS. LESLEY F. WOLF
          One International Place
 5        Boston, Massachusetts 02110-2624
          (617) 951-7000
 6
          on behalf of the Plaintiff;
 7
 8        KIRKLAND & ELLIS, LLP
          MR. JAMES SHIMOTA
 9        200 East Randolph Drive
          Chicago, Illinois 60601
10        (312) 861-2000
11        on behalf of the Defendant;
12
          ALSO PRESENT:  Mr. Uwe Sievers
13                       Braun GmbH;
14                       Dr. Wolfgang Stutius
                         Ropes & Gray;
15
                         Dr. Wolfgang Vorbeck
16                       Braum GmbH;
17                       Ms. Jeanette Fröhlich
                         Interpreter;
18
19                       Mr. Kevin Duncan
                         Legal Videographer.
20        - - - - -
21
22
23
24
```

**Page 3**

```
 1             VIDEOTAPED DEPOSITION OF
                     GEBHARD BRAUN
 2
 3                   April 28, 2005
 4   EXAMINATION BY:                      PAGE
 5   Mr. James Shimota                    5
 6
 7         * * * * * *
 8            EXHIBITS
 9                                        PAGE
10   Deposition Exhibit No. 27            101
11   Deposition Exhibit No. 28            121
12   Deposition Exhibit No. 29            121
13   Deposition Exhibit No. 30            122
14   Deposition Exhibit No. 31            122
15   Deposition Exhibit No. 32            150
16   Deposition Exhibit No. 33            153
17   Deposition Exhibit No. 34            174
18   Deposition Exhibit No. 35            192
19
20
21
22
23
24
```

**Page 4**

```
 1        THE VIDEOGRAPHER:  Good morning.  We are going on
 2   video record at 9:53 a.m.  Today's date is April 28,
 3   2005.  My name is Kevin Duncan.  I am a certified legal
 4   videographer in association with LegaLink-Chicago.  The
 5   court reporter today is Ms. Carol Connolly.
 6        Here begins the videotaped deposition of
 7   Dr. Dietrich Pahl, Ph.D taken in the matter of the
 8   Gillette Company, et al. versus Remington Products
 9   Company in the United States District Court for the
10   District of Massachusetts.  This deposition is being
11   held at the Gillette and Braun Company, Kronberg,
12   Germany.
13        Would counsel please identify themselves for
14   the record, state whom they represent starting with the
15   noticing party.
16        MR. SHIMOTA:  Jim Shimota from Kirkland and Ellis
17   appearing on behalf of Rayovac Corporation.
18        MR. PATTON:  Bill Patton from Ropes & Gray from
19   Boston on behalf of the Braun Company.
20        THE VIDEOGRAPHER:  Thank you.  Will the court
21   reporter swear in the interpreter and also the witness.
22
23
24
```

LegaLink Chicago
1-800-868-0061   www.legalink.com

Dietrich Pahl    April 28, 2005

Page 5

1    JEANETTE FRÖLICH,
2  called as an Interpreter herein, was sworn to interpret
3  questions from English to German and answers from German
4  to English:
5    DIETRICH PAHL, Ph.D.,
6  called as a witness herein, having been first duly
7  sworn, was examined upon oral interrogatories and
8  testified as follows:
9    EXAMINATION
10    By Mr. Shimota:
11  Q    Good morning, sir.
12  A    Good morning.
13  Q    Would you please state your name for the
14  record?
15  A    My name is Dietrich Pahl, P-A-H-L.
16  MR. PATTON:  Jim, before we proceed, I just want to
17  note for the record that, while, of course, the
18  deposition occur in English, but, of course, it's not
19  his first language.  So if he needs assistance at any
20  time, he would like to ask our interpreter.
21    And I also assume that the stipulation we
22  entered into at the beginning will be true here, that
23  all objections except as to form are reserved to the
24  time of trial.

Page 6

1  MR. SHIMOTA:  That's fine.
2  Q    Dr. Pahl, absolutely, if there's any time if
3  you feel you cannot understand any of my questions OR
4  would like to have it translated, please do.
5  A    Thank you.
6  Q    In that regard, before we begin I'd like to go
7  through a few bits of deposition basics.  You understand
8  that I'm here to ask you questions and you will provide
9  answers to those questions, correct?
10  A    Sure.
11  Q    It's also important that during the course of
12  the deposition that the court reporter be able to take
13  down everything that is said.  So I will do my best not
14  to speak over you, and I would ask that you do your best
15  not to speak over when I'm speaking.  Can you do that,
16  please?
17  A    I'll try hard.
18  Q    It is difficult, but we can try.
19  A    Sure.
20  Q    It's also important that you understand my
21  questions.  If at any point you feel that you need
22  clarification to any question that I ask you, I would
23  request that you would please do so.  Would you do that?
24  A    Yes.

Page 7

1  Q    And, also during the course of the day, if you
2  had previously given an answer and you believe that that
3  answer is incomplete or in -- later believe it is
4  incomplete or incorrect, would you please tell me that?
5  A    Yes.
6  Q    And, finally, is there any reason that you can
7  think of sitting here today that you are unable to
8  provide truthful and accurate answers to my questions?
9  A    No.
10  Q    I'd like to ask you Dr. Pahl, are you
11  represented by counsel today?
12  MR. PATTON:  It's me.
13  THE WITNESS:  It's him.  I understand that.
14  MR. SHIMOTA:  Q  When did you become or when did you
15  retain counsel?
16  A    I personally didn't engage or hire counsel.
17  He's here since I don't know what time and I met him
18  first time yesterday.
19  Q    Let me ask -- try and ask this.  When did
20  Mr. Patton or the firm of Ropes and Gray become your
21  lawyer?
22  A    Let's say yesterday onwards.  Day before
23  yesterday.  Excuse me.
24  Q    I understand.  Do you understand that there is

Page 8

1  a litigation between Braun and Rayovac over a patent
2  matter?
3  A    Yes, I have been informed of that.
4  Q    And are you acting as a consultant on behalf of
5  Braun in connection with the patent litigation?
6  A    I don't know whether I'm consultant.  I view
7  myself as a witness.
8  Q    Are you being compensated by Braun in any way
9  for -- in order to assist them in connection with the
10  litigation?
11  A    Up till now not.  I hope they will pay me for
12  lunch.
13  Q    I'm sure they will.
14  A    And coffee, of course.
15  Q    Coffee is good.  It's free.
16    Could you describe for me briefly -- do you
17  understand if I use the term high school what is meant
18  by that?
19  A    Yes, right.
20  Q    Can you describe for me your educational
21  background following high school?
22  A    At the end of high school I started to work on
23  my Ph.D on high school after course.  After that I got a
24  job -- I was mechanical engineer and I started off with

2 (Pages 5 to 8)

Dietrich Pahl    April 28, 2005

Page 9

1  machine tool company designing machines for special
2  processes.
3      THE INTERPRETER:  Excuse me.  I think there was a
4  misunderstanding between high school and university.  I
5  think hochschule is university.  May I clarify, try to
6  clarify what your question was?
7      MR. SHIMOTA:  Yes, absolutely.
8      A   I'm sorry.  For me technical high school is
9  identical with technical university.
10     THE INTERPRETER:  After 12 years, 13 years of
11 school.
12     THE WITNESS:  After my baccalaureate I started
13 studying machine tool business and I finish that one in
14 -- starting in '69, 1969, then I work on my Ph.D.  And
15 this lasted up until -- excuse me.  This lasted up until
16 '69.  So it took me 4 years to do the Ph.D.  I studied
17 until '65, plus four years Ph.D until was ready.
18        Then my first job was machine tool company
19 where I worked until '73, and in '73 -- October, '73, I
20 joined Braun as head of the department of industrial
21 engineering.  From '76 onwards up until '81 I was plant
22 manager or has been called director of Braun Ireland
23 Limited.  It was a plant which has been established on
24 the Green Cross to create 1,500 jobs in five years and

Page 10

1  this I had to do.  At the time we produced cigarette
2  lighters and then later on personal care products, hair
3  care products mostly.
4        From '81 to until I think '93 I became head of
5  the dry shaver development department here in Kronberg.
6  From that job I wanted to leave the company but my boss
7  at the time told me it was impossible so I changed over
8  to the research department for dry shavers working on a
9  three-day week, and this I did until -- perhaps not
10 exact date is in my head, I have to look it up, but '98,
11 yes, when I left Braun and retired.
12     Q   Starting first with the university -- what
13 university did you study at?
14     A   Has been called technical high school in Achen.
15 Achen is a place in Germany, west of Germany.
16     Q   Is that spelled --
17     A   A-C-H-E-N.
18     Q   What did you study at the technical high
19 school?
20     A   It was called manufacturing engineering then
21 you got your degree as we call in Germany diplom
22 engineer.  What it is in English, I don't know.
23     Q   Is manufacturing engineering the same thing as
24 mechanical engineering or is it different?

Page 11

1      A   It's the same basically.  Let's put it that
2  way.  Mechanical engineer is the overall word,
3  manufacturing engineering is specialty underneath it,
4  cover under umbrella of mechanical engineering.
5      Q   How is it a subset of mechanical engineering?
6      A   How?
7      Q   How is it a specialization of mechanical
8  engineering?
9      A   After studying round about 4 semesters 2 years
10 in general study you have to specialize to certain
11 areas, and I choose manufacturing engineering.
12 Manufacturing engineering means that you are studying
13 processes like thermodynamics, mechanics, machine tool
14 design, machine tool elements then you finish up with a
15 degree, like a diplom engineer.
16     Q   Did you study any -- at the technical high
17 school, did you ever study any cleaning processes?
18     A   No, nothing about cleaning processes.
19     Q   Did you take any course work in, for example,
20 separations?
21     A   What?
22     Q   Did you study processes such as filtration?
23     A   During the period of time when I make my Ph.D I
24 was working on -- did work on a process which was called

Page 12

1  electrochemical maching.  And electrochemical machining
2  is more or less corrosion type of process, controlled
3  corrosion type of process, you can name it like that.
4  And you know when there's corrosion there is also
5  elements which are called rust, which are
6  oxygen-hydrogen connections with metal, and it formed
7  sludge.  And to clean the liquid, the electrolyte it's
8  called from that sludge you need filters which don't
9  work too well, but you do it ideally with centrifuges.
10        So I started off prior to my studying with
11 another company that were specialized in centrifuges to
12 develop a special type of centrifuge for the sludge for
13 the electrochemical machining.
14     Q   Is -- was the electrochemical machining -- was
15 the electrochemical machining what you wrote your thesis
16 on?
17     A   Yes.
18     Q   What -- in what year did you publish your
19 thesis?
20     A   That has to be -- let me think, '69.
21     Q   Do you still have a copy of your thesis?
22     A   Yes.
23     Q   If asked to would you be willing to provide a
24 copy of your thesis?

3 (Pages 9 to 12)

Dietrich Pahl    April 28, 2005

Page 13

1    A    Sure.  I give it to you and you forward it.
2    Q    Could you describe generally what course work
3  you took while you were studying for your Ph.D?
4    A    What do you mean by course work?
5    Q    Which subjects did you --
6    A    When you do your Ph.D you don't study anymore.
7  The contrary happens.  You have to give lessons or
8  exercises -- give the students some jobs to do and you
9  control them.
10        First of all, you have a lesson and then comes
11  a practical type of work and you give to the guys, your
12  students, you give certain targets which they have to
13  fulfill and be theoretically or be practically, and
14  then, of course, you correct the thing and give the
15  notes.
16    Q    Let me see if I understand.  When you were
17  working towards your Ph.D, were you teaching classes to
18  students?
19    A    Yes, yes.
20    Q    What classes did you teach?
21    A    In the special field of -- has been called
22  metal removal processes which includes spark erosion,
23  ultrasonic drilling or machining and electrochemical
24  machining.

Page 14

1    Q    Do you recall what textbook you used?
2    A    Pardon?
3    Q    In the class that you taught do you recall the
4  text you used?
5    A    They were things that I had to develop on
6  myself to explain to the students the processes and the
7  answers or the questions and trials I gave them I have
8  to develop on my own.  So there were no books.  There
9  were basically newspaper sheets with all the information
10  on them which had been handed to the students.
11    Q    Do you still have some of the lessons?
12    A    No, none of them.
13    Q    I can imagine.
14        You mentioned also you went to work for a
15  machine tool company in 1973?
16    A    Right.
17    Q    Do you remember the name of that company?
18    A    Has been called Nassovia, N-A-S-S-O-V-I-A.  The
19  company is no longer existed.
20    Q    What were your responsibilities at Nassovia?
21    A    I was responsible to design -- explain.  In
22  this company there had been build machine for two
23  processes, copy milling and spark erosion.  They wanted
24  to have a third electrochemical machining which they

Page 15

1  wanted to use for producing dies, forge dies.  And my
2  job was to design the machine for electrochemical
3  machining because nobody had a clue about what the
4  process was like.  So I was a specialist.
5        So I was working with a couple of designers to
6  design the machine and build it and try making tests or
7  test works for outside customers.  Somebody came along
8  said, look, I have to have a turbine blade machine in
9  very exotic alloy, I had to do the thing.
10        I had to develop the tool, the work -- the
11  electrodes tool in a certain shape, which was not just
12  the contrary of a shape the people wanted, the turbine
13  blade, had to have some corrections which I had to
14  calculate and so on, so forth, run tests with what I
15  developed there and then present it, turbine blade, for
16  instance, to the consumer to make him decide whether he
17  buys the machine yes or no.
18    Q    I understand.  So did you eventually develop
19  the machine --
20    A    Sure.
21    Q    Can you describe for me in general what the
22  components of the machine were?
23    A    Of course.  First of all, need a body which has
24  to be corrosion proof because you are dealing with salty

Page 16

1  liquids which cause corrosion.  Within that machine body
2  you need a table where you put your work piece on, and
3  on the other side you need a feeding or driving
4  mechanism which drives the tool, the tool electrode with
5  a constant speed into the work piece.
6        In this process the work piece is the inert
7  which is on the plus pole of the generator, and the
8  electrode is on the minus pole of a generator.  And the
9  generator works with tension of 10 to 20 volts but with
10  high current because metal removal rate is one-to-one
11  depending on the current, which means more current the
12  more you move per time.
13        To come up to that process you need an
14  electrolyte, and this is normally sodium chloride
15  solution or a sodium nitrate solution.  And you have to
16  feed that thing into that which has been formed by
17  narrowing the two electrode to the work piece.  And the
18  gap has a width of .12, .3 over millimeter, tiny little
19  gap.  And we have now to flush in the gap the
20  electrolyte by means of high pressure pump.  You have to
21  figure out that the current -- and we are dealing with 5
22  to 20,000 amperes will be transferred into heat, and the
23  heat has to be eliminated out of the gap between two
24  gases of the cathode by the electrolyte flowing, which

4 (Pages 13 to 16)

Dietrich Pahl    April 28, 2005

Page 17

1  means you need a good stream, very homogenous stream
2  picture. With high velocity you get the heat out.
3       If you don't get the heat out the current --
4  the electrolyte will evaporate, the metal would not be
5  removed and cathode and inert will go together and you
6  will create a short circuit.
7       To avoid that you need a tank, high pressure
8  pump and a good electrolyte feeding system. So you have
9  three elements: Machine with drive, the generator and
10  the electrolyte system it's called. When the
11  electrolyte is getting out of that gap between the two
12  pieces, work piece and tool, it has sludge in it, plus a
13  certain amount of hydrogen gases and oxygen gases.
14       The latter disappear in the atmosphere, you
15  have ventilator to blow them on top of the roof, but the
16  sludge goes back into the tank of the electrolytes and
17  from there it has to be removed, and as I told you
18  prior, by means of filters, even better centrifuges.
19       It's hard to explain that complicated process
20  without drawings and sketches, but I hope you got it.
21     Q   Sure. I understand.
22     A   Because this process is not very common. It
23  has had a good promising future, but then came
24  definitely the problem with the sludge. Some -- if you

Page 18

1  have machine, chromium alloys, you create chromates,
2  which are possible, and the sludge has to be deposited
3  somewhere safely which creates costs, and from there the
4  process became not economical anymore.
5       It's today only used in -- for parts which
6  cannot -- for materials which cannot be machined
7  conventionally by, say, milling. So it's been used
8  especially in the turbine field or the jets have
9  electrochemical machines, turbine blades in the thing,
10  and it's also used for drilling small holes into the
11  turbine blades for cooling them.
12       And the efficiency of nowadays jet engines
13  wouldn't be so high if they wouldn't have the cooling
14  possibility, and these holes are, let's say, .3, .4
15  millimeters holes, but they are not straight. They are
16  curved with the curved jaw of the turbine blade. And
17  this to do conventionally with a drill is impossible,
18  but this process manages that.
19     Q   In your machine where was the tank in relation
20  to the table for the work piece?
21     A   Let's put that way. You can put the tank
22  anywhere. You simply need hoses for the connection
23  between tank, pump and machine. With that machine I
24  designed a block of tanks, pump integrated with

Page 19

1  centrifuge integrated and fully integrated for big
2  particles which are on a tray which you can hook on a
3  crane and put everywhere where you want. The machine
4  was totally separate from that linked by hoses as was
5  generator could be separated linked by cables with a
6  thickness and couple of them to get the current through.
7     Q   How could -- And the tank, I assume the
8  electrolyte would eventually become spent, is that
9  correct?
10     A   No. Electrolyte is going to be cleaned. What
11  happens -- sorry. I have to correct myself. What
12  happens is that the salt doesn't -- the sodium chloride
13  doesn't disappear, but the water will be distributed
14  into hydrogen/oxygen and this means a use of water. So
15  you have to refill water in the thing from time to time
16  to keep the connectivity of the electrolyte constant and
17  wouldn't -- conductivity would erase in due course of
18  time.
19     Q   Well, would -- the filter would eventually
20  become spent, I assume, though, is that right?
21     A   The filter only service to get big particles of
22  electrolyte, let's say, for instance some chips of
23  metals or scent or something like that. It's simply
24  there to avoid that particles are being locked or

Page 20

1  blocked in the tiny little gap between the two
2  electrodes, work piece and tool electrode. If there
3  would be a metal part or a piece of sample wouldn't be
4  flushed through. You have automatically -- what is
5  it --
6       DR. STUTIUS: Vortex.
7     A   Where the electrolyte couldn't flow anymore so
8  it will heat up there, evaporate then you would create
9  short circuits. That's why you have to be sure that
10  bigger particles, bigger than the sludges, sludge
11  elements that you filter them out of the electrolyte.
12  If, for instance, you are working in a clean
13  environment, and there's no chance that you get
14  particles in the tank, you basically wouldn't need a
15  filter.
16       MR. SHIMOTA: Q I understand. Did you ever replace
17  the filters?
18     A   I would say -- I did not -- when I was working
19  I didn't replace the filters, but let's say if you are
20  -- because you are running tests on a -- shift work, but
21  I would say in a company who was working with us process
22  I'd say once a month or every half a year they should
23  check whether the filters would be cleaned.
24     Q   So you could clean it -- would you clean it or

Dietrich Pahl    April 28, 2005

Page 21

1  would you replace it?
2     A   No, clean.
3     Q   How would you clean the filter?
4     THE INTERPRETER:  Counter flow.
5     A   Counter flow, yes.  Reverse flow.  That's the
6  right word.
7     MR. SHIMOTA:  Q  I understand.  After -- When the
8  process was completed, would there be anything done to
9  dry the work piece?
10    A   Yes.  Depending on what material you have
11  machined, you have to not only dry, you have to try to
12  get rid of the salt crystals which might still stick on
13  it to avoid corrosion.
14       So in this case you normally pour into water
15  with a -- there is liquids which we add to water and
16  they assure that the water is being pushed off the
17  surface.  I don't know the special wording for it.
18    Q   Would the water be blown off the work piece?
19    A   Later on possibly, yes, but it depends --
20  depending on the size work piece et. cetera what you
21  will do there.  Wouldn't be blown normally not.  Would
22  be rinsed in water to make sure that you have no more
23  salt crystals which might cause corrosion.  Then, of
24  course, to get rid of the water, the rest of the water,

Page 22

1  you take that specific liquid which make sure the water
2  is being pushed off the surface and also conservating
3  the surface.  Later on I might come to the right
4  wording.
5     Q   When you think about it.
6     A   Dehydrated liquid.
7     Q   Let me think about it.  I might get that too.
8     A   Possibly after lunch.
9         Dewatering fluid they are called.  Never heard
10  about It.
11    Q   I have heard about it.  I'm just trying to --
12    A   They are called dewatering fluid.
13    Q   Let me think about it.  Let me finish this up.
14       In your device there would not have been a fan
15  or a blower?
16    A   I told you there is a fan that is needed to
17  evaporate the hydrogen gases which occur in the process
18  for safety reasons, of course.  They are explosive in
19  certain mixture.
20    Q   Is the fan used at all for drying in any form
21  or just to pull the gas out?
22    A   Just to pull the gas out to be sure there will
23  be no explosion.
24    Q   Did you prepare for your deposition?  Prior to

Page 23

1  today did you meet with counsel and prepare for your
2  deposition?
3     A   For which deposition?  For any?
4     Q   No, no.  For the deposition that's occurring
5  today.
6     A   No.
7     Q   On your own did you review any documents to
8  help you remember things in anticipation of this
9  deposition?
10    A   I once did when I first got aware there might
11  be a problem I'm not named as inventor.  I have been
12  asked whether I could find something for -- I dig
13  through all my files, and there weren't too many, and I
14  found a presentation from 1992, I think '92, where we
15  got a new boss, the R & D people, and he wanted to know
16  what the guys have in their head.  And he asked as to
17  implementation about visions and futures of the
18  appliances me and my colleagues were working on.  For me
19  it was the dry shaver.  At that presentation I found and
20  I gave it to the Braun patent department and I think it
21  must be somewhere in your files even.
22    Q   I do have it.  I take it you still have some
23  personal files at home from your work at Braun?
24    A   Basically very little, only the personal ones,

Page 24

1  but it's of no use anymore.
2     Q   Aside from the presentation that you found, do
3  any of your -- do any of your files pertain -- let me
4  take one step back.
5         You're aware that the patents at issue involve
6  a shaver cleaning system, right?
7     A   Yes, sure.
8     Q   Do any of the -- of your personal files at home
9  aside -- aside from the presentation that you found, are
10  there any documents in your files at home related to
11  that work?
12    A   No, nothing.  Even not the patent forms, patent
13  applications, I have nothing.
14    Q   So let me just -- at -- any documents that you
15  have -- you have searched for all the records for
16  documents related to the shaver cleaning system,
17  correct?
18    A   I gave them to Braun.  It was the presentation.
19    Q   So you've given everything which is the
20  presentation to Braun?
21    A   Yes.
22    Q   I understand.  If there were a trial between
23  Rayovac and Braun, would you come to the United States
24  and testify if you were asked to by Braun?

6 (Pages 21 to 24)

Dietrich Pahl    April 28, 2005

Page 25

1    A    And if they would pay the transfer fees. I
2    have a good relationship to my old company. I certainly
3    will help them.
4    Q    During -- let me just take a step back. You
5    came to Braun as the head of industrial engineering in
6    1976, is that correct?
7    A    Correct.
8    Q    What location?
9    A    No, '73. Sorry. '73 I said. '76 I went to
10    Ireland. That is correct.
11    Q    Would that have been in Kronberg, here?
12    A    Yes.
13    Q    At that time what were your responsibilities?
14    A    I was head of the industrial engineering
15    department and the task of this department was basically
16    to -- was a link pin between R & D and production, which
17    means as soon as a project has been accepted we had to
18    do the budgeting, how much do we have to invest. We had
19    to calculate the direct cost of the thing. We had in
20    conjunction with our purchasing department to determine
21    the machines, the automatic assembly lines, et cetera,
22    et cetera and what -- bring the product into production
23    from the stage of prototypes made by R & D until the
24    series starts in production. We had to supervise and

Page 26

1    help assist and organize the whole way through product.
2    Q    During your work as the head of industrial
3    engineering, did you have occasion to become familiar
4    with any cleaning processes?
5    A    No.
6    Q    So I take it then that the products you were
7    focusing on through the entire process -- the products
8    that you were focusing on were not cleaned at any point?
9    A    Let's put that way. If there was a shaver
10    product and the foil of the shaver product is being
11    manufactured here in Kronberg by special process and
12    once it has to be cleaned, but this is a normal ongoing
13    type of production.
14    When we design a new shaver we have to look
15    after what they did years before, how to -- the cleaning
16    of the foils. This was state of the art and we could
17    just simply say, okay, you produce a shaver in Kronberg
18    and not in Japan or something like that. So we didn't
19    go into these details which has been established years
20    before.
21    Q    What was the state of the art for cleaning the
22    foils when -- at that time period?
23    A    As far as I remember simply rinsing by water
24    then there was a guy at the end standing with hair dryer

Page 27

1    made by Braun, of course, and a cloth and he was
2    sweeping the thing off to have no water stains on the
3    shaver foil, and that was it.
4    Q    Was there basically an assembly line with
5    the --
6    A    No. The assembly -- at the end of the every
7    assembly line there is always with every product more or
8    less lady sitting there with a cloth and trying to get
9    fingerprints off the appliances which are being put on
10    the appliances, on housing of appliances in due course
11    of production, assembly.
12    Q    So I guess -- how were the shaving head or the
13    foils being rinsed with water?
14    A    Automatically. You have to figure out that the
15    foils are being produced on a huge, big sheet of metal
16    which are going from one bath to another.
17    Electrochemical process the country where I told you I
18    was doing my Ph.D with.
19    They go from bath to bath. The last bath is
20    rinsing. They go into a water tank, getting out of
21    there, might be in some nozzle with spray which spray
22    water on them, and then they are being put to the side
23    where the operator takes these plates with foils on,
24    puts them on a cloth, takes this hair dryer and with

Page 28

1    this cloth piece and sweeps over them, finished.
2    Q    So how did the -- taking a step back.
3    How did the water get into the bath for rinsing
4    the foil?
5    A    Well, like every electrolyte there's operator
6    who does it.
7    Q    It was pumped into the bath in some way?
8    A    Water from the tap, take from the tap. Not
9    special type of water, just ordinary town water.
10    Q    So there would be a hose maybe with a spigot or
11    something that would spray?
12    A    Might be that. I assume it was more
13    sophisticated, pipe and --
14    Q    Sure. Would the foil be placed manually by
15    hand into the bath?
16    A    No, it was automatic. Over the different bath
17    there is an automatic device, robot arm which goes from
18    bath to bath and sinks the foils into the bath, and then
19    it goes back, picks another one to another bath and some
20    process.
21    With one line about three automatic robot arms
22    which are controlled by a certain program that define
23    the bath where the specific foil plate has to be
24    positioned into.

7 (Pages 25 to 28)

Dietrich Pahl    April 28, 2005

Page 29

1  Q   Earlier in the process where you have the
2  electrolyte bath, how was that electrolyte transported
3  to that -- those baths?
4     A   I didn't quite hear the question.
5     Q   It was kind of inarticulate.
6        Part of the rinsing step there were electrolyte
7  baths, correct?
8     A   Yes.
9     Q   How was the fluid transported into the
10 electrolyte baths?
11    A   Don't ask me that specifically. I can't tell
12 you. Some operator. I haven't a clue.
13    Q   In this process that you're describing for me,
14 do you know how old that would have been when you were
15 -- in 1973?
16    A   You mean the full production process?
17    Q   Yes.
18    A   It was 6 tons it came. It was 6 ton S. It was
19 special type of Braun dry shaver. It went from punched
20 foils where they punched the holes into the
21 electrochemical process of producing foils. And this
22 was in -- prior to Americans bought us. Somewhere in
23 the -- I would say late '50s. I wasn't with the company
24 when that process came on stream.

Page 30

1     Q   Do you know if there would have been any
2  documents which would describe the electrochemical
3  process for the shavers?
4     A   I'm sure there are some, and I'm sure they are
5  top secret or at least had been top secret because it
6  was at the time a unique process. By means of having
7  the flexibility or freedom to design any type of foils
8  Braun had an advantage as concerned the efficiency of
9  dry shaving, and, of course, they wanted to have that
10 process top secret for them. So nothing has been
11 published.
12    Q   At least as it pertains -- at least when you
13 left, you know where those documents that you think
14 existed would have been located?
15    A   Well, the -- there was a lab who was
16 responsible for the mixture of electrolytes, contents,
17 et cetera. I assume that they knew what did it and they
18 must have some documents there.
19    Q   That would have been here in Kronberg?
20    A   Yes.
21    Q   Do you know who -- this is quite some time ago,
22 but who would have worked in that area at the time?
23    A   Sure. It was first Mr. Blume, Sr. and then
24 Mr. Blume, Jr..

Page 31

1     Q   Mr. Blum, Sr., B-L-U-M?
2     A   B-L-U-M-E. And afterwards his son. And I
3  think he is retired.
4     Q   So in 1976 you then went to live in Ireland,
5  correct?
6     A   Yes.
7     Q   And am I correct that your responsibilities
8  there were first for manufacturing cigarette lighters
9  and then also hair care products?
10    A   Correct.
11    Q   What type of hair --
12    A   And shaver foils.
13    Q   And shaver foils later on.
14    A   That's why I know the process.
15    Q   Did they have the same process --
16    A   Exactly one by one.
17    Q   In Ireland as well?
18    A   One by one.
19    Q   What type of hair care products did you work
20 on?
21    A   We started off with curling irons and then hair
22 dryers, handheld hair dryers.
23    Q   Were there any cleaning processes involved with
24 the curling irons that were manufactured -- that were

Page 32

1  made?
2     A   No, nothing.
3     Q   So there wouldn't have been any process like
4  what was done for the shaving foils?
5     A   No. Apart from the lady at the end of the
6  conveyor line which cleaned it.
7     Q   Wiped it off for fingerprints?
8     A   Correct.
9     Q   Similarly for the hair dryers, were there any
10 cleaning processes?
11    A   No. Nothing necessary to do.
12    Q   Sure. What did you supervise in terms of
13 developing the hair dryers?
14    A   Basically nothing. It had been developed in
15 Kronberg, and my old department, engineering, industrial
16 engineering department transferred the product into the
17 plant in Ireland. What I had to supervise there what
18 these industrial engineers delivered to me was working
19 well.
20    Q   You were focusing on the manufacturing process?
21    A   Yes.
22    Q   In the manufacturing of the cigarette lighters,
23 would there have been any cleaning processes involved?
24    A   Yes. Had been -- what was it, at the time?

8 (Pages 29 to 32)

Dietrich Pahl   April 28, 2005

Page 33

1  I'm not 100 percent sure on it, but there had been a
2  cleaning process because of the fact if you mold the
3  tank in plastic you sometimes need to get the plastic
4  pieces off the core of the mold.  You need lubricant to
5  remove that piece, and this lubricant has to be removed
6  off the piece because if then later on you fill the tank
7  with liquid gas it might have a reaction which might
8  have cracked the filter.
9       So -- but don't -- please -- it has to be --
10  there was a cleaning process, but I'm not 100 percent
11  aware what it was like.  It can only be ultrasonic, but
12  I'm not sure.
13       Q   Let me make sure I understand.
14       So essentially you would have a tool or work
15  piece that would have grease on it, lubricant would be
16  grease, in some way you would need to wash that grease
17  off so you could use the tool again?
18       A   Right.
19       Q   Beyond that you don't remember how that grease
20  was washed off?
21       A   No.
22       Q   Aside from cigarette lighters, curling irons
23  hair dryers, shaver foils did you work on any other
24  products in Ireland?

Page 34

1       A   Yes.  We had to produce the brushes for
2  personal care products and for dry shavers, cleaning
3  brushes for dry shavers and there was another department
4  group who produce the printed circuit boards.
5       Q   The brushes, were these brushes for just the
6  dry shavers or --
7       A   For dry shavers and for hair dryers and hair
8  curlers, hair stylers they were called.  Round hair
9  dryers where you put a brush on which goes into the
10  hairs and takes them then you curl them and you blow hot
11  hair so you go reverse and you have it nice.
12       Q   So the brushes for the curling irons and blow
13  dryers they weren't for any cleaning, they were actually
14  for your hair?
15       A   Right, right.
16       Q   And the other brushes were for --
17       A   For cleaning shavers.
18       Q   For the printed circuit boards, was there any
19  cleaning processes involved with the printed circuit
20  boards?
21       A   Yes.  The cleaning process, again at the end of
22  the line automatic cleaning process where you rinse the
23  printed circuit board with water.  And that's it.  Then
24  the guys who sweeps the water off the -- rinse it.

Page 35

1       Q   Would that be done with a hair dryer as well?
2       A   The cleaning?
3       Q   Once the printed circuit board was rinsed, in
4  order to dry it off, would that be done with a hair
5  dryer or be done manually?
6       A   It was done simply manually.
7       Q   Beyond the products that we've discussed
8  already, was there any other products that you worked
9  with in Ireland?
10       A   No.  Sorry.  I forgot something.  We produced
11  cables, cords for shavers and personal care products.
12  Excuse me.
13       Q   Your memory is very good.
14       A   This was all.
15       Q   So in 1981 you became head of the dry shaver
16  development department?
17       A   Correct.
18       Q   And that was in Kronberg?
19       A   Here in Kronberg.
20       Q   At least to start, at least the beginning
21  what were your responsibilities as head of the dry
22  shaver development department?
23       A   As it says, developing new shavers.
24       Q   In addition to developing new shavers, did you

Page 36

1  also work on developing methods for cleaning the
2  shavers?
3       A   No.
4       Q   So during that -- well, at that time what
5  methods were available at Braun for cleaning shavers?
6       A   What I know is that they produced and marketed
7  -- didn't produce it.  They bought it and marketed or
8  sold a cleaning spray which had to spray on the
9  elements, the foil and cutter block, and then basically
10  to degrease these parts, then you run a brush through it
11  and then it was clean.  Was written on the bottle.
12       Q   This spray, would the spray have been aerosol
13  can?
14       A   Yes.
15       Q   It would have had -- The can would have had
16  fluid at the bottom of it and then tubes in order --
17       A   Never looked into the thing.
18       Q   Okay.
19       A   But I always spray.
20       Q   Do you recall whether there would have been any
21  documents pertaining to this cleaning spray that was
22  sold at the time?
23       A   No, I don't know of any documents, but I assume
24  there was -- surely something, specification for the

9 (Pages 33 to 36)

Dietrich Pahl    April 28, 2005

Page 37

1  producer of the stuff. Braun didn't produce itself.
2  They brought it in.
3      Q  So it was a third party's product that was sold
4  by Braun?
5      A  Yes.
6      Q  At the time you became head of the dry shaver
7  department, did you know of any processes for cleaning
8  shavers that were under development?
9      A  No.
10     Q  During the period of '81 to 1993, did your
11  responsibilities change in any way?
12     A  Put that way I don't know when it was. I got
13  on top of the thing, the development of hair products at
14  the time, when hair plucker became favorable, and they
15  made a good business in the marketplace and Braun wanted
16  to have also join the party to develop hair pluckers.
17     MR. PATTON: I can tell that reporter needs a
18  spelling.
19     THE WITNESS: Hair plucker. Depilitator.
20     MR. SHIMOTA: Q  Epilator.
21     A  Just thinking about the timing. May I have a
22  look into my notes? I think I was until '95 in shaver
23  department then I moved to the research department, but
24  I wanted to verify that.

Page 38

1      Q  I do have documents. I do believe that's
2  correct.
3      A  Might be mixed up a little bit on timing.
4      Q  That seems about right. Let me ask a few
5  questions and we'll get to that.
6          During the course of your -- let's focus on the
7  period from '81 to '95 when you were head of the dry
8  shaver development department. What documents did you
9  generally maintain as part of your work
10  responsibilities?
11     A  Nothing. Only the drawings that the guy
12  produces, but I don't retain them myself.
13     Q  Did you maintain or did you keep a laboratory
14  notebook?
15     A  No.
16     Q  Did you ever keep notes or personal notes
17  regarding your work?
18     A  No.
19     Q  Did you keep a journal of any sort?
20     A  No.
21     Q  Did you have any method for keeping records of
22  what you had done from day-to-day?
23     A  There was no need. The output was important.
24     Q  Well, how -- how were you able to remember --

Page 39

1  as time processed how were you able to remember what had
2  come before?
3      A  Simply by my memory, but it was never necessary
4  to remember what I did when.
5      Q  Did you ever receive memoranda or
6  correspondence from the individuals who worked under
7  you?
8      A  No.
9      Q  Well, in what way would individuals report to
10  you?
11     A  I would say more or less I had an open office.
12  There was secretary, but the secretary could never, ever
13  stop people going into my office, that was her order.
14  And the office was free every time someone wanted to
15  talk to me they had the rights to come in. And I would
16  say every third day I was sitting together with my
17  direct reporting managers and we discussed subjects,
18  problems, new ideas, whatever, but was very open type of
19  corporation with them. By the way, I wasn't only
20  sitting in my office. I was walking around my
21  department, yes, so I was aware what my people did.
22     Q  When you were having -- who were your -- if it
23  changed over time, please tell me, but who were or who
24  was your supervisor when you were head of the dry

Page 40

1  shaving development department?
2      A  It was a guy called Dr. Hexner.
3      Q  Do you recall Dr. Hexner's title?
4      A  Well, he was Ph.D. I don't know -- what's your
5  military academy in America.
6      Q  Do you -- let me try to ask the question.
7      A  The famous one.
8      Q  West Point?
9      A  West Point.
10     Q  What was his position at Braun?
11     A  He was in charge of research and development of
12  all Braun products. He was head of the R & D. I was
13  head of R & D shavers.
14     Q  When you would have meetings with Mr. Hexner,
15  did anyone keep records of those meetings?
16     A  Never.
17     Q  Were you ever involved in meetings during that
18  period where someone would take notes regarding the
19  meeting, keep meeting minutes?
20     A  (Shaking head).
21     Q  During the time you worked at Braun, did you
22  ever have access to e-mail?
23     A  Only last days of my living here. I was forced
24  to have a computer on my desk to receive e-mails.

10 (Pages 37 to 40)

Dietrich Pahl    April 28, 2005

Page 41

1    Q    Would that have been in the last, like, 1997 to
2    '98 or what period of time?
3    A    I would say last five months of my being here,
4    so in '99.
5    MR. PATTON:    '98?
6    THE WITNESS:    Yes, '98.
7    MR. SHIMOTA:    Q    Did you maintain any personal files
8    in your office?
9    A    No.  Apart from the reports, the PPM, program
10   management, they are controlling the activities between
11   R & D, engineering, production and they are reporting --
12   did report on annual -- on monthly basis and these
13   reports I filed in my office.
14   Q    Is it called PPM reports?
15   A    PPM reports.  Later on MPR, monthly product
16   reports, yes.
17   Q    You kept files of those documents?
18   A    Yes.
19   Q    Did you have any other -- did you keep any
20   other paper records?
21   A    I have in my office per project a little file
22   where I put anything in which was linked to a specific
23   project, but basically I was not a type who was -- type
24   who was writing everything down.  I had an open and was

Page 42

1    quite flexible with the idea of being creative type of
2    management.  I have the feeling that if you force people
3    to make every bit and pieces of report you kill
4    creativity and this you cannot even have department you
5    should develop new ideas.
6    Q    Did you have any policy regarding discarding
7    documents?  Let me try to rephrase.
8        Did you from time to time throw documents away
9    in your office?
10   A    When the projects were, let's say, three years
11   old or three years old -- I mean three years in
12   production, from time to time you run through your
13   files, say, okay, getting a little bit narrow in the
14   desk, okay, throw it away.
15   Q    Did you maintain a file pertaining to the
16   shaver cleaning system that you worked on?
17   A    No, I'm not aware of.
18   Q    Well, in your office would you have had any
19   documents relating to the shaver cleaning system to your
20   recollection?
21   A    No.
22   Q    I'm also -- when I say any documents I'm
23   including schematics, drawings.
24   A    I'm aware of none.  Because this was -- how can

Page 43

1    I explain it to you?
2        It was an undercover project.  It was not
3    official one.  I did it basically on my hobby type of
4    thing, and there was no meetings about the shaver
5    cleaner or shaving cleaning center, official meeting in
6    any offices or conference rooms.  It was my personal
7    type of hobby.
8    Q    You make a distinction there would have been
9    official projects and then the shaver cleaning system
10   would have been, I guess, an unofficial project?
11   A    It was unofficial project.
12   Q    I take it at that time -- who at that time
13   would have been aware -- let me strike that.
14       When you were working on the shaver cleaning
15   system at least in the initial stages, who would have
16   been aware of your work?
17   A    The people in Leon because, the R & D group
18   because they had to work on the thing for me.  And in
19   Kronberg at the beginning nobody.
20   Q    Who in Leon -- to your knowledge who in Leon
21   would have been aware of the shaver cleaning work that
22   you were doing?
23   A    All of them in Leon.
24   Q    How many employees were in Leon?

Page 44

1    A    At that time there were 7 to 8.  I'm not 100
2    percent.
3    Q    70 to 80?
4    A    7 to 8 people.
5    Q    Can you recall the names of these -- any of the
6    names of the 7 to 8 people?
7    A    Well, of course, there were these three
8    freelancers, old men which had been retired and then
9    been hired or engaged by the owner of Silk Epil prior to
10   Braun bought the company.  This was a Mr. Gabion,
11   G-A-B-I-O-N.  George is what his pre name.  Mr. Cleyet,
12   C-L-E-Y-E-T.  Who was the third one?  Later on -- leave
13   little blank there, I give you name.
14       They were the freelancers who worked for me on
15   lump sum type payment.  Then there were employed people,
16   a secretary, a model maker, a designer, draftsman --
17   draftsman.  And lab man or guy who could run tests.
18   These were altogether 7 people that were there.
19       Jay -- third man is Loger, L-O-G-E-R.
20   Mr. Loger died.  Mr. Cleyet has, I think, Parkinson.
21   The only guy who is still there is in Gabion.
22   Q    He is --
23   A    He's not there.  He is still alive.  You could
24   talk with him if you want.

11 (Pages 41 to 44)

Dietrich Pahl    April 28, 2005

Page 45

1    Q    I understand.  Out of these individuals in
2    Leon, did any of them assist you in your work on the
3    shaver cleaning system?
4    A    No.  What do you mean any of them?  Apart from
5    them.
6    Q    Well, no among that group of people, did any --
7    did anyone among that group that you have mentioned
8    assist you in your work on the shaver cleaning system?
9    A    They all assisted me in the way I gave them the
10   target, I told them what I wanted them to make.  And
11   they make the drawings based on my information and based
12   on the parts which I delivered to them such as
13   electronic parts, such as motors, fan wheels, et cetera.
14   And then they make the drawings or sketches or whatever
15   I did and build the prototype or function of what I
16   built and may make test with it and try to find out --
17   whether the thing works.
18   Q    What tests would they have performed?
19   A    Each of them I gave them dry shavers and they
20   have to shave for three days and then clean them with
21   the machine.  I put them upside down in the bath there
22   or cradle or whatever you call it, put the liquid into
23   the function models, switch the pump on, switch the
24   shaver on.  Redone in the first instance because

Page 46

1    electronic wasn't ready, try to find out whether the
2    shaver was clean at the end and where the debris was,
3    the filter and in the tank.
4    Q    Would the employees have recorded the results
5    of those tests?
6    A    No.  Every second or third week I went over to
7    Leon then we checked the results, say it's fine, filter
8    dirty or didn't work, whatever.  That's normally that
9    was perfect so there was no recording.
10   Q    Who designed -- in Leon who designed the
11   electronic circuitry?
12   A    Nobody.  Electronic circuitry had been
13   developed in Braun by Mr. Cimbal, my lab guy, electronic
14   development lab guy.  I told him what I wanted, cycles,
15   and he designed it.
16   Q    Do you recall when you would have asked
17   Mr. Cimbal to design the electronic circuitry?
18   A    No.  I have to calculate, but would be not
19   accurate date.
20   Q    Just -- you mentioned the presentation that you
21   found.  Would it have been before or after your
22   presentation?
23   A    Before the presentation.
24   Q    So would have been -- we've got the document.

Page 47

1    Would have been prior to November of '92 at least?
2    A    Yes.
3         Sorry may I get myself cup of tea?
4    MR. SHIMOTA:  Sure.  Would you like to take a break?
5    MR. PATTON:  Q  One thing I forgot to mention in my
6    opening speech, any time you want a break, just ask me.
7    THE VIDEOGRAPHER:  We are going off the videotape of
8    tape number 1 at 10:59 a.m.
9         (Off the record)
10   THE VIDEOGRAPHER:  We are going back on the video
11   record at 11:10 a.m.  Here continues tape 1.
12   MR. SHIMOTA:  Q  Welcome back.
13        You mentioned the three individuals,
14   Mr. Gabion, Cleyet and Loger as freelancers.  Can you
15   explain what you meant by freelancers?
16   A    These people got paid on the following basis.
17   This has been installed for the former owner of the
18   company.  They got paid a certain amount, a lump sum,
19   when they -- when they developed the prototype, a
20   functional model.  They got the -- the next stage they
21   got when the tests were sufficient or good enough to go
22   into the next page of development phase, to go into
23   production.  And they got the third stake when they --
24   when the production started off.

Page 48

1         And prior to Bräun buying the company Silk Epil
2    they got also 7 francs 50 per appliance, per epilator
3    being sold in France.
4         So when I took over that department I paid them
5    on the following basis like the same as we stated in
6    three stages, and they got paid for any idea which came
7    to patent, and again with three stages.
8         First of all, stage one when -- when I me
9    because I was the only guy in charge of them when I said
10   this is a patentable idea.  And, of course, I checked
11   prior to that with Braun patent department here in
12   Kronberg.
13        Second stage they got -- stake they got when
14   the patent has been filed -- not filed, has been --
15   filed.  Third stage they got when the patent was
16   granted.  They were not employed by Braun or by me, but
17   simply working on that type of payment.
18   Q    Who were they employed by?
19   A    By nobody.  That's why I called freelancer.
20   Q    When they got the checks, the lump sum check
21   who would the money have been coming from, would it have
22   been coming from Braun?
23   A    From Braun.
24   Q    Did these individuals perform any work on your

12 (Pages 45 to 48)

Dietrich Pahl    April 28, 2005

Page 49

1   shaver cleaning system?
2      A   Yes, all.
3      Q   All of them did?
4      A   Let's put that way, two of them, Gabion and
5   Loger were the head of the department and they worked
6   part-time which means when Gabion was three weeks in
7   Cote d'Azur in the summer house, Loger took over. And
8   when Gabion came back they had one week overlapping and
9   then Loger went to his house at the Cote d'Azur. Great
10  life.
11         And Cleyet was always there. And Cleyet was
12  the guy who made the drawings for everything with --
13  together with his draftsman.
14     Q   What did Gabion do with respect to the shaver
15  cleaning system?
16     A   First of all, he took the order from me with
17  his customer what I wanted because it was all three of
18  them. I explained to them the project because they
19  hadn't a clue about dry shaver. They were only linked
20  to epilators. That was their whole linking. I had to
21  convert them to the job of designing for me the
22  specifications that cleaning center, dry shaver cleaning
23  appliance. When they listened they got bits and pieces
24  I collected for them, I mentioned, motors, shavers and

Page 50

1   et cetera. And while they more or less said to Cleyet,
2   come on, you make a nice drawing for them, that all
3   fits. They supervised them in a way they do it smaller
4   here and they could possibly, let's say, take another
5   sealing or something like that.
6          And I wasn't present when they designed the
7   thing. How they incorporated I only know from what they
8   did with epilators and partially only what they did with
9   cleaning center thing. But normal procedure was the
10  Loger and Gabion, they were the supervisor, Cleyet was
11  the worker.
12     Q   Okay. Is it correct that you told these three
13  gentlemen your idea, in general, and then they over a
14  period of time implemented that idea?
15     A   No, it was not so. I told them my idea in
16  general and I told them the specifics of the thing,
17  i.e., that the shaver has to be upside down, that have
18  to be element, motion basin, call it cradle around the
19  shaver head as narrow as possible so that the shaver
20  head fits somewhat tightly in with a little gap of
21  course that the liquid can flow.
22         I told them to develop a pump, a pump which is
23  common thing. And from the shaver head take the dirty
24  liquid into a tank, from there we suck by pump, press to

Page 51

1   filter, and then back into the shaver head. And after
2   the process of cleaning a pumping liquid in the shaver
3   rattle was finished, wait a certain time so that liquid
4   has been drained out of the cradle then switch on
5   ventilator for drying. That was it.
6      Q   Did any of the three gentlemen do anything to
7   increase the development of the shaver cleaning system?
8      A   No. Of course -- let's put that way. At the
9   beginning the appliance which we had, and again it was
10  due to my information and instruction, there was
11  electric parts on and liquids and the liquid was
12  alcohol. For safety reason I wanted all electric parts
13  and electronics, the motors, being separated from the
14  tank where the liquid was in. And I told them make sure
15  that no -- the preparation of the alcohol comes into the
16  electronic cabinet, electronic area because I was afraid
17  of explosions.
18         And, of course, what they designed was a good
19  sealing around the thing. At the beginning there was
20  the tank part and the cover was electronics which you
21  could tilt, and they was sealed against each other for
22  safety purposes. They would design the sealing around
23  the thing.
24     Q   So that -- the seal that that came from the

Page 52

1   three gentlemen, Gabion, Cleyet, Loger?
2      A   It was some sort of rubber piece, nothing
3   specific.
4      Q   Did any of the three gentlemen do anything else
5   to improve upon your original idea?
6      A   No.
7      Q   Do you know how many of the cleaning systems
8   that they made?
9      A   Three that I told you.
10     Q   They made three? You used -- I think you've
11  used the term prototype and functional models.
12     A   Yes. As I mentioned prior they were basically
13  all similar apart from the prototype which was nicely
14  designed for presentation purposes, but the elements in
15  there were identical. And the process and everything
16  was totally identical only nicer housing for
17  presentation purposes. That's what I call prototype.
18  Our designer here in Braun did aesthetics then it's
19  prototype, but he was not at this time involved in that
20  business so --
21     Q   So would there have been three prototypes then?
22     A   Yes.
23     Q   Do you recall how many functional models there
24  would have been?

13 (Pages 49 to 52)

Dietrich Pahl   April 28, 2005

Page 53

1      A   Sorry. We are mixing up.
2      Q   I want to make sure we're using the terms
3   properly.
4      A   There was three -- three appliances. Two were
5   coarse ones translucent housing that you could see how
6   the process was working, call them functional models.
7   Third one was internally the same, but it has a white
8   housing with round edges which looked a little nicer
9   than the coarse ones. Third one I called prototype. It
10  is not 100 percent correct in the finish of Braun.
11     Q   Who made the prototype? Would Cleyet or
12  Gabion, Cleyet, Loger have made the prototype?
13     A   It was a copy of the other two, and somebody,
14  one of these three, I don't know who, made it nicer from
15  outside. I told them we want to have presentable item.
16  I don't know who did the design on that.
17     Q   That's -- just to be sure that's -- we are
18  talking about the device with white housing and round
19  edges?
20     A   Right.
21     Q   Why did you want to have a -- I think you
22  wanted to have something that was presentable. Why did
23  you want to have something presentable?
24     A   To present it finally when the whole machine

Page 54

1   works, to present it to the people in Braun. And when I
2   talk people, first thing I have to go to is the business
3   director to get his agreement on the thing.
4      Q   Who was the business director of Braun?
5      A   Certain name Gilbert Greaves, GG.
6      Q   Do you recall when you would have presented it
7   to Gilbert Greaves?
8      A   No, I can't tell you.
9      Q   Would it have been before or after the
10  presentation?
11     A   After.
12     Q   Did you tell Mr. Greaves this was something you
13  had been working on in Leon, France?
14     A   Sure.
15     Q   What did Mr. Greaves say to you about your
16  prototype?
17     A   He wasn't too enthusiastic about it to name it
18  politely.
19     Q   Did he give you any reasons why he wasn't
20  enthusiastic about it?
21     A   Yeah. He said that -- he wouldn't like to hand
22  this to our client, dry shaver users, that there's a
23  problem cleaning the dry shaver. He didn't like to put
24  them by means of that appliance with their nose on the

Page 55

1   promise of Braun dry shavers.
2      Q   Would you say that again? I'm sorry.
3      A   If you come into the marketplace with a
4   cleaning device he felt it would emphasize or put
5   emphasis on the fact that Braun has a cleaning problem
6   in dry shavers. He would not stress that point by
7   selling cleaning equipment. You understand this?
8      Q   No. I understand.
9      A   Quite a marketing argument. Of course the
10  other reason it's too expensive.
11     Q   Why did he think it was too expensive?
12     A   Well, I estimated the costs at the time, direct
13  costs to some 25 Deutsch marks, whatever is in Euros I
14  don't know, but 12 Euros, something dollars, plus the
15  liquid.
16         And I told him, look, you should sell the
17  appliance for direct cost, not with your normal margin
18  of X percent on top of it. Simply give it to the
19  consumer with your direct cost and make money with the
20  liquid when you sell the liquid as refill. There you
21  can make money.
22     Q   You told him -- let me see if I got you. You
23  expressed to him there would have an aftermarket for the
24  cleaning liquid?

Page 56

1      A   That's exactly it.
2      Q   At that time did you envision selling the
3   cleaning liquid in a cartridge for the cleaning device?
4      A   At that time not. Basically refill bottle.
5      Q   You would pour the liquid into the device?
6      A   Yes.
7      Q   Did Mr. Greaves say anything -- did Mr. Greaves
8   express anything to you about your idea regarding the
9   aftermarket for cleaning liquid?
10     A   Yes. I should keep out of his business.
11     Q   Did he say basically you're not a business
12  person?
13     A   Correct. I'm stupid engineer.
14     Q   Did he provide any reasons to you that he was
15  not enthusiastic about the cleaning device aside from
16  what we've discussed?
17     A   No, that was it, that.
18     Q   Did he tell you to stop working on the cleaning
19  device?
20     A   No, he couldn't because I was self --
21  independent there and I could do what I want in Leon.
22     Q   Once you -- when you had -- aside from
23  Mr. Greaves, did you present the prototype to any other
24  individuals?

14 (Pages 53 to 56)

Dietrich Pahl    April 28, 2005

Page 57

1    A    Sure.  After that I went to the boss.
2    Q    Who -- that was Mr. Hexner?
3    A    No.  It was Jacquac LaGarde.  It was the boss
4  of Braun, and I gave that thing to him and ask him to
5  test it for me.
6    Q    Would you please -- is it Jacquac?
7    A    Jacquac, J-A-C-Q-U-A-C.  LaGarde, L-A, capital
8  G-R -- A-R-D-E.
9    Q    Did Mr. LaGarde test your device?
10    A    He did.
11    Q    Do you recall the results of this test?
12    A    Yes.  He came back after two weeks and said
13  that his wife said the thing is too big, the thing is
14  too loud and the thing stinks.  I said, okay, fine.
15    Q    So it was too large --
16    A    Too large, too loud, to noisy and too stinky.
17    Q    Why, -- did you know why it was too loud?
18    A    Well, it was two things.  First of all, the dry
19  shaver all that was positioned on rubber cushions was in
20  that cradle.  When you switch it on makes the whole
21  appliance rattle, and because it was hand made type of
22  thing there were loose joints and this creates noise, of
23  course.
24    Q    In the cradle there were I guess little rubber

Page 58

1  cushions and that was what --
2    A    Yes, to absorb the shaking of the shaver but
3  still it had been transferred by means of the push
4  button on top, the clamps which we had at the time was
5  in the housing of the cleaning center and this acts like
6  loud speaker, of course.
7    Q    I understand.  When you say the clamps, what
8  are you referring to?
9    A    You have to hold the shaver into position, you
10  know, we had -- I don't know how the device was like --
11  I'm not entirely sure, but held up there where the cable
12  comes in.  We have to maintain it in position or keep it
13  into position.  And the operation of the shaver is there
14  for our shaving system, and, consequently, it
15  transferred into the housing of the cleaning center and
16  then created noise.
17    Q    And does -- this mechanism you're discussing
18  that's something different than the cradle, is that
19  right?
20    A    Yes.  Which mechanism on top of that?
21    Q    Yes.  On top where you're holding the shaver.
22    A    Yes, that was different than the rubber
23  cushions in the cradle.
24    Q    That's right.  I just want to make sure we're

Page 59

1  talking about different structures.
2    Q    Do you know why there was a problem with the
3  smell of your cleaning system?
4    A    Yes, because of -- well, it was alcohol and I
5  put some aroma --
6    THE INTERPRETER:  Aromatic additives.
7    A    But the smell we never pick exactly the taste
8  of Mr. LaGarde's woman or wife so she felt it was too
9  stinky.
10    MR. SHIMOTA:  Q    Did Mr. LaGarde tell you to stop
11  working on the shaver cleaning system?
12    A    No.  When he mentioned that to me I ask him, if
13  I eliminate all these three problems, what do you think
14  about it.  And he gave me order to continue with the
15  thing.  He felt it was good.
16    Q    Did you tell Mr. LaGarde, Mr. Greaves' feelings
17  regarding the cleaning shaver system?
18    A    Yes, sure.
19    Q    And did he say anything about Mr. Greaves'
20  thoughts on the system?
21    A    No.  He cannot.  He didn't tell me anything.
22    Q    Did you make a formal presentation to
23  Mr. LaGarde?
24    A    No.  I took the stuff under my arm, went to

Page 60

1  him.
2    Q    Did you present the prototype to anyone else
3  aside from Mr. Greaves and Mr. LaGarde?
4    A    No.  After that when I got the go ahead with
5  him, of course, I bring it to Mr. Braun.
6    Q    So you had shown the prototype to Mr. Greaves
7  and Mr. LaGarde prior to showing it to Mr. Braun?
8    A    Yes.
9    Q    And did you tell Mr. LaGarde that you had
10  developed your prototype while working in Leon, France?
11    A    Sure.
12    Q    The Leon facility came to be closed at some
13  point, correct?
14    A    Correct.
15    Q    Were you there for the closing of the facility?
16    A    Yes.  I had the party to arrange, and it was a
17  good one.
18    Q    Were there any documents at Leon at the time
19  that it was closed?
20    A    There were documents all these documents,
21  drawing, et cetera, had been transferred to the Silk
22  Epil plant in south of France near Toulon.
23    Q    Could you -- what plant would you spell that
24  for me?

15 (Pages 57 to 60)

Dietrich Pahl   April 28, 2005

Page 61

1    A   I have to explain to you.  The company which
2    Braun bought was originally a French company and it was
3    named Silk Epil.  Silk like silk, epil like epilator.
4    Q   Right out front.
5        The documents were transferred?
6    A   To that plant, yes.
7    Q   Why were they transferred to that plant?
8    A   Where else should we take them?  Because it's
9    more or less technical drawings where the plant has to
10   look into when they have problems.  So they need
11   documents.
12   Q   Did the 7 to 8 people that were employed at the
13   Leon facility then go to work at the plant in the south
14   of France?
15   A   Only one, the draftsman.  He worked there for
16   I'd say half a year then he got another job, didn't feel
17   too well down there and the lab guy also went down and
18   he's still there.
19   Q   These documents, the documents that were at the
20   Leon facility were transferred to the south of France.
21   I assume that this facility -- To the extent you know,
22   is this facility in the south of France still owned by
23   Braun?
24   A   No.  It's closed.

Page 62

1    Q   When was that facility closed?
2    A   End of last year.
3    Q   How do you know that?
4    A   I'm obviously in contact with the guys.  I was
5    the boss there.  Actually I was with the farewell party
6    or closing party.
7    Q   You were at the closing party for --
8    A   It was a birthday party for the 35th million
9    epilator they produced, and two months later they
10   closed.  So it was in the same time same thing, closing
11   and anniversary.
12   Q   Do you have any knowledge to what happened to
13   the documents in the south of France when they closed?
14   A   No.
15   Q   Over the period when you've kept in contact
16   with at least certain people that you've worked with in
17   Leon originally following the closing of that facility,
18   did you ever speak with them again about your shaver
19   cleaning system?
20   A   No, I don't think so.
21   Q   I assume this is same or similar question.  Did
22   they ever ask you about the shaver cleaning system?
23   A   No.
24   Q   You mentioned also you would have had PPM

Page 63

1    reports in your office.  Would any of the PPM reports or
2    MPR reports have had -- would any of the PPM reports or
3    MPR reports discussed anything relating to your shaver
4    cleaning system?
5    A   Not at all because it was not an official
6    project, consequently the guys didn't have to report on
7    that.  Later on when it became an official project which
8    is now in the marketplace, of course, there might be
9    some.  At this time there wasn't there.
10   Q   When did the shaver cleaning system become an
11   official project?
12   A   I don't remember the exact date or the exact
13   year, but I certainly was in the research department
14   when it became official project.
15   Q   It was an official project while you were at
16   Braun, is that correct?
17   A   It was not an official project as long as I was
18   head of the development department in Braun.  Then
19   when -- after that I transferred to research department
20   and while being there it became an official project.
21   Q   So at some point between 1995 and 1998 it
22   became an official project?
23   A   Yes.
24   Q   Was there any way in which Braun would mark the

Page 64

1    beginning of an official project?
2    A   Sorry.  I didn't get your question.
3    Q   Would there have been any documentation that
4    Braun would issue when an official project would begin?
5    A   I would assume the first MPR report.
6    Q   So for an official project there would be
7    monthly MPR reports?
8    A   Yes.
9    Q   What would be the form of the MPR reports?
10   A   Well, my time it was an overhead chart which
11   had been read by the program project manager.  I think
12   nowadays it's different.  Beam or something like that.
13   Q   What information would be contained in general
14   in the MPR reports?
15   A   Well, first of all, the name of the thing then
16   the direct costs, the investments, the quantities they
17   plan to produce it, then the ongoing status of the art,
18   in what phase it is, what the problems are and when the
19   problems will be solved and that the problems have been
20   solved.
21   Q   Can you think of a -- during your time at least
22   at Braun, can you think of any other documents which
23   would be associated with an official project?
24   A   For every project is one.

16 (Pages 61 to 64)

Dietrich Pahl    April 28, 2005

Page 65

1    Q    Well beyond -- let me see beyond MPR reports.
2    A    I'm not aware of the internal documentation,
3    internal department what people report there.  I don't
4    know.  From my department I can speak.  Development
5    department there were none of any reports because, as I
6    mentioned to you, I hate writing stuff and keeping
7    people off work.
8    Q    I understand.  When you left in 1998, what did
9    you do with whatever documents you had in your personal
10   files?
11   A    The documents in my desk in my office they had
12   been one-to-one transferred to my successor.
13   Q    Who was your successor?
14   A    It was a little bit difficult to explain to
15   you.  Let's put that way.  I had on -- when I went to
16   research department I was not reporting to the director
17   of research, I was reporting to Mr. Hexner, director of
18   R & D.  And when I left the department has been taken
19   over by the director of research, and he put in another
20   guy on my -- into my office let's put that way.  So my
21   job has been filled up with two people basically.
22   Q    So did you split your documents --
23   A    No, no.  I left them in my desk and disappeared
24   after the party.

Page 66

1    Q    Who was the gentleman who stepped into your
2    office?
3    A    This was -- a doctor and I don't know his name.
4    Might come up later on.  But he's -- a funny name.
5    Q    To the best of your knowledge when you left
6    after the party, what documents you had would have been
7    left in your office?
8    A    All of my documents, but it wasn't too much.
9    Q    Aside from maybe your personal effects, you
10   didn't take any of your work home with you?
11   A    No, I left everything.  Even if they brought me
12   functional models, everything in there.
13   Q    You didn't take any prototypes or any
14   functional -- you don't have any of those at your
15   residence either?
16   A    No.
17   Q    I'd like to hand the witness what has
18   previously been marked Defendant's Exhibit 1, the
19   declaration of Dietrich Pahl.
20        How did you come to prepare this declaration?
21   A    Well, someone was called by Braun the Patent
22   Office there was a problem whether I could come into the
23   office.  So I came to Braun and I learned that there is
24   any legal problem in mentioning inventors on a U.S.

Page 67

1    patent, which I wasn't aware of.  And they explain it to
2    me.  And then they wanted to know what was the real
3    story behind that cleaning machine.  I told them the
4    story.  And from there they made this declaration, sent
5    it to me, I looked it -- corrected it, editing which was
6    necessary to add and so on, so forth, send it back to
7    Braun.  They type it newly, control it, checked whether
8    it was correct, and everything was in, then I signed it.
9    Q    So you received an original draft of the
10   declaration which you edited by hand, is that correct?
11   A    I think by telephone.  I called such and such
12   or to correct such and such.
13   Q    You called someone and told them, for example,
14   correct paragraph 1 as such?
15   A    It's faster than with the mail.
16   Q    I understand.  Do you still have the original
17   declaration?
18   A    No, I have no secretary at home.
19   Q    What did you do with the original declaration?
20   A    The original I signed.
21   Q    No.  They provided you a declaration first?
22   A    This is gone down the drain.
23   Q    You destroyed it?
24   A    Sure.  Tore in bits and pieces then --

Page 68

1    Q    Threw it away.
2    A    I understand.
3    Q    When did you first speak with Braun's lawyers
4    about the problem?
5    A    Can you tell me?  A year ago or something,
6    three-quarter year ago or something.  I have no idea.
7    Q    You keep a calendar?
8    A    Yes.
9    Q    Do you have marked down on your calendar when
10   you would have spoken with Braun?
11   A    I assume, but I haven't got the calendar with
12   me.  It's last years.
13   Q    Would you be willing to provide that calendar
14   to me?
15   A    Yeah.  Calendar, no, my private thing.
16   MR. PATTON:  If you're interested in the date I
17   think we can certainly find out the date and tell you.
18   THE WITNESS:  I can give you date, but I cannot give
19   you the calendar.
20   MR. PATTON:  We can tell you when that is.
21   MR. SHIMOTA:  Q  In your calendar did you take any
22   notes regarding your discussions with Braun's lawyers?
23   A    No.  Just written certain date, it's the clock,
24   go to Braun.

17 (Pages 65 to 68)

Dietrich Pahl    April 28, 2005

Page 69

1    Q    Do you remember what changes you asked to be
2    made to --
3    A    No. I think it was not basic changes, only
4    wordings or some things like that, but not basic
5    changes.
6    Q    Nothing -- do you know the term substantive?
7    A    Right.
8    Q    If you could turn to paragraph 5. It states
9    there, I began working on the device by mid 1992 at
10   Braun or research facility in Leon, France.
11        Do you know when you first began working on the
12   device?
13   A    No, I cannot tell you.
14   Q    Would it have been prior to 1992?
15   A    No, wouldn't say prior. Point was that these
16   people in Leon worked specially on epilators, and then
17   when lack of ideas started, had no more jobs for them to
18   do and I thought what can I do with these people there.
19   And then I recall that the idea about doing -- designing
20   machine to clean shavers.
21        So I remember I was on a plane back from Leon
22   to Frankfurt that I made my sketches that -- that job I
23   can go give to them, you know. And then the next
24   meeting was I had all my bits and pieces together which

Page 70

1    I needed for prototyping and I gave them the
2    instruction, what they should do for me. But I cannot
3    put a month on it. But it was not in '91. It was
4    shortly after they had nothing to do. And I have to
5    think what can I -- what job can I give to the people
6    there because I needed them for the projects which were
7    in the due course epilator projects, which were in the
8    due course to get into production. So I couldn't close
9    the office at the time because I need their knowledge,
10   but I have to give them some work to do and money of
11   course, money they were being paid on lump sum basis to
12   link to a target.
13   Q    Do you recall what basically prompted you to
14   come up with the idea for working on the shaver cleaning
15   system?
16   A    What means prompted?
17        Let's put this way, if you have dry shaver, if
18   you shaver dryly, let's say, at least for me, I don't
19   like cleaning. I don't like what I call -- not hygienic
20   filling with all the dirt in the thing. And this was
21   always thinking what can one improve, but never worked
22   on the thing. And what happens, of course, management
23   ask me when National came up with wet and dry shaver
24   that they ask me, hey, you design washable shaver.

Page 71

1        And so I looked into the thing and found out
2    that it was not too hygienic. In other words, if you
3    think of debris which is not only hair stubble, but also
4    skin particles which are greasy and they stick somewhere
5    in any corners, gaps in a chamber in the head of a
6    shaver, and you want to wash it, you're not 100 percent
7    sure that you get every bits and pieces out.
8        And what happens is they stay in the nice warm
9    and humid client in the bathroom they start stinking
10   rather soon by the way. So I looked into the thing and
11   found out and presented it also too Mr. Greaves that
12   this is not the right way to do because here are the
13   proofs that there are bacteria and everything you got,
14   yeah. We have to design a better shaver head so there
15   are no corners so it's washable, so on, so forth.
16        There was another point, a general thing which
17   I learned from my boss Hexner, don't copy leap frog
18   competition. So from time to time when I had time I was
19   thinking what I can do leap frogging. I cannot put a
20   date when they said try with alcohol, which is good
21   thing to dissolve grease, take the action of the motor
22   which is installed in a dry shaver, try to combine it
23   and see what happens. From there the idea has been
24   developed.

Page 72

1        It was not one thing, one goal. It was growing
2    over time. When I had time to think of it I did so.
3    Q    Do you -- so Mr. Greaves at one point told you
4    to -- Mr. Greaves at one point expressed to you that
5    Braun would like to have something to compete with
6    National's shaver?
7    A    Yes.
8    Q    Do you recall when that would have been?
9    A    No. I would say shortly after the National
10   shaver appeared in the market. If you know business
11   management that coming immediately to you that you want to
12   have the same.
13   Q    When you were thinking about your idea for a
14   shaver cleaning system, did you draw upon any of your
15   past experiences in either your education or work?
16   A    No.
17   Q    So you didn't consider the -- your electrical
18   chemical cleaning process?
19   A    No. There is nothing which you can use from
20   that process to -- tiny little handheld shaver or
21   cleaning appliance.
22   Q    So the size of the device matters -- but in
23   your electrical chemical machining process, you had
24   pumping of fluid to clean and then the fluid was

18 (Pages 69 to 72)

Dietrich Pahl    April 28, 2005

Page 73

1  actually -- ultimately filtered as well, correct?
2      A   Yes, sure, but it's totally different matter of
3  subject than having a cleaning system for an appliance.
4  I cannot see any link pin there. Couldn't make use out
5  of what I studied or worked on when I was in university
6  as compared to cleaning center for dry shaver. Didn't
7  see anything there, totally different subject. Not only
8  the size.
9      Q   What other differences were there?
10     A   First of all, in this particular case the main
11 target is to clean an appliance. Electrochemical
12 machining filtering was secondary item, get rid of
13 sludge, not to clean work piece. You have to clean a
14 work piece. It's totally different objective, and the
15 liquid is different. Here's it alcohol. There it's
16 salty solution. Okay. A pump is there, a pump, big
17 deal, pump, to transport liquid always need a pump. Or
18 a different level in height. Pump is a common thing.
19 It's nothing special.
20     Q   Did the fact that you had a tank with cleaning
21 fluid play any part in your thinking about the shaver
22 cleaning system?
23     A   No. When I was thinking of shaver cleaning
24 system I don't think of electrochemical machining.

Page 74

1  Never -- it's -- give you another example.
2          There are lot of problems with the patent for
3  hair plucker. I was once in a patent case when people
4  asked me, well, it's so simple the hair plucker when you
5  pluck hairs from the legs of women it must have occurred
6  in your head that it's the same process when you pluck
7  feathers off chicken. That's what they told me. I said
8  incredible the link with that.
9      Q   I guess I didn't ask. Have you ever been
10 deposed before?
11     A   Pardon?
12     Q   Have you been deposed before previously?
13     A   Well, briefly not so extensively, five minutes
14 somewhere there in Munich in German patent.
15     MR. VORBECK: Patent office.
16     MR. SHIMOTA: Q  You gave testimony to the European
17 Patent Office?
18     A   If you can call it testimony. They simply
19 asked me that question and another one. They wanted to
20 know whether the patent of -- the basic patent of the
21 Silk Epil hair plucker, epilator, was easy to find
22 because of they are hair plucking or feather plucking
23 devices on the market, machines, big huge machines where
24 you have -- you're plucking in there, try to get rid of

Page 75

1  the fathers. I couldn't get the link from the leg of a
2  woman to a chicken. I had problems with that.
3      Q   Do you recall when you gave that testimony?
4      A   Pardon?
5      Q   Do you recall when you gave that testimony to
6  the German Patent Office?
7      A   Has to be after we bought the company,
8  something '90. 1990.
9      Q   Would this have been a patent which was issued
10 to you that you gave the testimony on?
11     A   I didn't get your question.
12     Q   Would this have been a patent -- when you gave
13 this testimony, would this have been a patent upon which
14 you were named as an inventor?
15     A   No. It was simply patent of a French guy Al
16 Lassier who sold his patent to the owner of the company
17 Silk Epil who then sold his company to Braun. Just was
18 an expert.
19     Q   Have you served in the capacity as an expert
20 witness on any other occasion?
21     A   No.
22     Q   When you were working on your idea for the
23 cleaning center, did you think about a cleaning process
24 for the shaver heads that Braun had on its line which we

Page 76

1  discussed earlier?
2      A   Well, the newest model, newest type of shavers
3  of course. You see we have three categories of shavers,
4  low price, mid price, high price. To sell cleaning
5  center you cannot sell with low price shaver. You have
6  to put it with deluxe model. For that particular one
7  the thing should have design. These are the appliances
8  I gave to the guys in Leon to shave with and to test
9  with them.
10     Q   You remember we discussed the electrochemical
11 machining process for the foil.
12     A   Yes.
13     Q   Did you consider that when you were thinking of
14 your idea for --
15     A   No, never because nothing to do with that thing
16 concerning cleaning, the dry shaver. Electrochemical
17 process is depositing of ions, metal ions, in this case
18 nickel and platinum on sheet of metal where you put a
19 film where the holes are. And where the stages are
20 between the holes there's a clean metal and you deposit
21 on that metal nickel ions and you peel the whole thing
22 off that metal sheet then you have your foil. Totally
23 different process altogether.
24     Q   In that process though wasn't the foil finally

19 (Pages 73 to 76)

Dietrich Pahl   April 28, 2005

Page 77

1   washed in water?
2       A   Okay.  But as I mentioned to you it has been
3   dipped in and out of the bath then dried with hair dryer
4   and cloth then you apply cleaning.
5       Q   So to your mind that process is different from
6   your idea for the cleaning center?
7       A   Totally.
8       Q   Why is it totally different?
9       A   I'm sure you understand the process what's been
10  done with cleaning center.  What is being done with
11  nickel foils or shaver foils, especially that with your
12  wife does clean dishes, rinsing and drys it, and here is
13  I think little bit different that you have a cradle, you
14  have a complicated item shaver head that's cutter block
15  and foil without being dismantled, you dip it into a
16  liquid, you use the energy of the motion of the motor,
17  by movement of the cutter block and you take alcoholic
18  solution for dissolving the grease.
19          And then, finally, you have dirt which you take
20  out of tank and filter it to be recycled.  And all that
21  thing doesn't happen when I at least wash dishes or your
22  wife does or when the shaver foils are being washed and
23  cleaned.
24      Q   Doesn't that happen though in principle when

Page 78

1   you use an automatic dishwashing machine?
2       MR. PATTON:  Object to the form of the question.
3           If he understands the question he can answer.
4       THE WITNESS:  As far as I understand the dishwasher
5   it sprays water with detergent in and there's rotating
6   movement.  So basically spraying water against cutleries
7   and the drying takes -- it's being washed off by the
8   spray of water and by the detergent and the drying is
9   being done by, I assume, heat, they use hot water.  And
10  then if you switch off the water, the cutlery is hot and
11  evaporates the water sticking on the surfaces.  And this
12  I think is a way the dishwasher works, but I think here
13  there are other things with cleaning center than what
14  happens in dishwasher.
15          I don't see in dishwasher that the cutlery is
16  being moved by means of a motor to make the dirt on the
17  plates get off it, off them.  As far as I know the
18  plates are statically in the dishwasher, point 1.
19          Of course, point 2, is, of course, different
20  liquid you use there.  And, of course, here in a clean
21  center there's other spray used that is diving in liquid
22  process you can name it like that, lousy English I know.
23  But you dive it in liquid and then you -- movement is
24  being done by the engine of the shaver.  For me a

Page 79

1   dishwasher is totally different thing, totally different
2   method than this particular machine to dry the shaver --
3   to clean the shavers.
4       MR. SHIMOTA:  We need to change the tape, take a
5   break.
6       THE WITNESS:  We have a break?  Super.
7       THE VIDEOGRAPHER:  Here concludes tape 1.  We are
8   going off the video record at 12:01 p.m.
9           (Off the record)
10      THE VIDEOGRAPHER:  Good afternoon.  We are going
11  back on the video record at 12:12 p.m.  Here begins
12  tape 2.
13      MR. SHIMOTA:  Q  Welcome back.
14          Right before we broke I believe you compared
15  the spraying in a dishwasher to the operation of a
16  cleaning center.
17      A   Right.
18      Q   Why did you see that as a difference?
19      MR. PATTON:  Object to the form of the question.
20      THE WITNESS:  Sorry.
21      MR. PATTON:  I objected to the form of the question,
22  but if you understand it, you can answer.
23      THE WITNESS:  I understand the question in so far I
24  explained it before the break.  Difference between

Page 80

1   dishwasher and cleaning center you wanted to know?
2       MR. SHIMOTA:  Q  I want to know why you see the
3   spraying of fluid in a dishwasher as different from the
4   operation of the cleaning center in that particular?
5       A   Let's put that way we once considered whether
6   we could spray the stuff in, but I personally feel it's
7   much more efficient if you immerse the shaver head,
8   especially the cutter blocks, into liquid because by the
9   high speed movement of the cutter blocks you have the
10  advantage that you benefit from cavitation which occurs
11  at the blades of a cutter block.
12          We never made test with spraying, as far as I
13  recall, but simply because of thinking we think it's
14  better to dive the head down into liquid than to spray.
15      Q   Spray, spray liquid into the cradle?
16      A   Well, when we pump the liquid in it's basically
17  also spraying, call it spray, you can pump it.  You can
18  call it pumping.  Don't really -- as long as you have a
19  cradle.  How you feed in the liquid into the cradle is
20  irrelevant for my opinion.  The main thing is that the
21  cutter block is immersed into the liquid.
22      Q   When you say the main thing, what do you mean
23  the main thing?
24      A   The most important thing for good cleaning

20 (Pages 77 to 80)

Dietrich Pahl    April 28, 2005

Page 81

1  result is that cutter block is immersed into the liquid.
2  The liquid level is -- put that way. That the cutter
3  blocks are in the liquid, operating in the liquid. And
4  this you can from my opinion only ensure if you have the
5  whole head in a cradle.
6     Q   And so the whole cradle would be then filled
7  with liquid, is that correct?
8     A   Correct.
9     Q   And when that would be operating -- when the
10 shaver head would be immersed in the cradle that's
11 filled with liquid, that would ensure cleaning of the
12 shaver head?
13    A   Better cleaning result, yeah.
14    Q   Well, what other ways did you consider to
15 operate your cleaning system? What other ways did you
16 consider for cleaning the shaver head in your cleaning
17 center?
18    A   I think that it was, simply that thing. Fill
19 up a cradle with liquid, put the shaver in it, let the
20 cutter blocks operate.
21    Q   That's the idea you thought of, right?
22    A   Yes.
23    Q   I'd like to direct your attention to paragraph
24 7 on -- actually why don't you just -- maybe we can work

Page 82

1  through this together as well, what has previously been
2  marked as Defendant's Exhibit 2.
3     A   Exhibit A?
4     MR. PATTON:  It's been marked as Exhibit 2 in the
5  deposition.
6     THE WITNESS:  Okay.
7     MR. SHIMOTA:  Q I ask you first. Do you recognize
8  this document?
9     A   Yes.
10    Q   What is Defendant's Exhibit 2?
11    A   Pardon?
12    Q   What is that document, Defendant's Exhibit 2?
13    A   These are the drawings from Leon. This is --
14 these are executive drawing of what I call prototype,
15 the third version with the round edges and white body.
16    Q   This is the actual drawing of the first
17 prototype?
18    A   Which I named first prototype.
19    Q   For purposes of this deposition, the white
20 device, rounded edges?
21    A   Uh-huh.
22    Q   Do you recall who would have drawn this?
23    A   Who would have designed it?
24    Q   Who would have actually drawn -- did this --

Page 83

1     A   This I don't recall.
2     Q   Do you recall who would have designed it?
3     A   Apparently this was Guy Cleyet because he was
4  in charge of the drawing department, him and a
5  draftsman.
6     Q   Did you have any input into the design of this
7  -- the drawing?
8     A   Well, yeah. The basic elements of the cleaning
9  center, the jobs I gave them, for instance, the cradle
10 with rubber cushions, and you see it's in the cross
11 section BB, you see rubber cushions there where the
12 shaver head is being located onto.
13    'Q   You're looking at DD?
14    A   BB, the lower one, here. This is like things,
15 for instance.
16    Q   Some of these are numbered.
17    A   This has no number. I'll give you another one
18 with number.
19    Q   If you look to paragraph 7 of your declaration,
20 we're looking at two documents as well, but it states in
21 paragraph 7 the cleaning center had many components,
22 including a trough or cradle in which the shaving head
23 of the dry shaver could be placed.
24    I'd ask you first in regards to that paragraph

Page 84

1  what do you mean by a trough or cradle?
2     A   This thing here, it's number P 204. Can be
3  that one. But here, this area here, this is what I call
4  basin or cradle or trough, that one here which is
5  somewhat close to the shape of the shaver head.
6     Q   How close did it have to be to the shaver head?
7     MR. PATTON:  Object to the form.
8     THE WITNESS:  If you take it wider, for instance,
9  than the shaver actually is then you are losing out
10 liquid from the tank and pump it somewhere and it's
11 there. If you make too narrow shaver, it wouldn't fit
12 in. My idea was to have it as close as possible to the
13 shaver head, but also not too narrow. One never knows
14 whether later on another type of shaver will come up and
15 then you have to replace the cradle. So it's something
16 universal type of design you need.
17    MR. SHIMOTA:  Q So when you were working on your
18 prototype though, you were envisioning using this
19 cleaning center -- it was your idea to have a universal
20 type cleaning center?
21    A   Yes.
22    MR. PATTON:  Wait before -- I object to the form of
23 the question. Universal for what?
24    MR. SHIMOTA:  Q Universal for both existing types

21 (Pages 81 to 84)

Dietrich Pahl   April 28, 2005

Page 85

1  of shavers and future development of shavers.
2     A   Yes.
3     Q   Did you envision using your shaver for both
4  foil type shavers and rotary type shavers?
5     A   No because Braun doesn't produce rotary type
6  shavers.
7     Q   Did you ever consider whether your device could
8  be used for rotary type shavers?
9     A   I didn't think of that because that's totally
10  different world. It's Philips, competition.
11     Q   I guess you have used the term basin, trough
12  and cradle to describe what is the structure 204. Do
13  you think of all those terms synonymously in terms of
14  describing what would be 204?
15     A   What means synonymously? I didn't translate it
16  into cradle. I had to only know the German word and
17  French words for it. But it was type of basin. That's
18  what I explain to the French people, bassin.
19     Q   Is this bassin the term that you would have
20  originally used when you were talking to the French
21  people?
22     A   I had to translate my German thinking and
23  German words into French, and basin, bassin, that's what
24  they understand.

Page 86

1     Q   What words did you use in German to describe
2  what would be structure 204?
3     A   Wanne is the right word. What is wanne in
4  English?
5     DR. STUTIUS:  Trough, tub.
6     MR. SHIMOTA:  Q So the word -- it would be
7  V-A-N-N-E?
8     A   W-A-N-N-E.
9     Q   Is wanne a word used to describe the type of
10  tub in which -- a person takes a bath?
11     A   Yes. But that is called badwanne in German,
12  badwanne.
13     Q   Bathtub?
14     A   Bathtub.
15     Q   In paragraph 8 you refer to the cleaning center
16  also a container for cleaning fluid which was positioned
17  below the cradle and then you refer to item 203.
18     A   Yes.
19     Q   Why was the cleaning fluid container positioned
20  below the cleaner?
21     A   Because of gravity.
22     Q   And what did gravity have to do with the
23  location of the container?
24     A   The liquid from the cradle runs down through a

Page 87

1  little hole and overflow into a container. And this
2  container can only be below the cradle and not on top
3  because the gravity forces the stuff to go down.
4     Q   Did you ever consider designing the device such
5  that you would have had the cradle and the container at
6  the same level?
7     A   Later on, later on, yes, that we wanted then,
8  but it was totally different story, might be different
9  patent that I know of to collect it and pump it into
10  cartridge. This cartridge was on top of the cradle, but
11  this is thing which occurred much later on.
12     Q   When you say much later on, how much later on?
13     A   I don't know. Two years, maybe more.
14     Q   This is -- this would have been a replaceable
15  cartridge which would have been roughly at the same
16  level as the cradle?
17     A   The cartridge itself, yes, but prior to that
18  the liquid poured out of the cradle into a small basin
19  from which it was pumped into the cartridge. Actually
20  it's three type of tanks, the cradle, the small tank
21  underneath the cradle and the cartridge.
22     Q   What --
23     A   And the cartridge level was -- I don't know
24  exactly how the drawings was, same level and -- it was

Page 88

1  standing cartilage. I've never seen it in the cradle.
2  It was unimportant because liquid has been pumped to
3  there.
4     Q   Do you recall who came up with the idea of the
5  cartridge at the same level as the cradle?
6     A   I think it was in the normal discussions I had
7  with Mr. Braun when he worked on that project that we
8  thought about what can one do in improvement. You have
9  these normal type of kind of brain storming, simply a
10  discussion, and there you develop ideas. And one of the
11  ideas certainly was to have a cartridge with the filter
12  integrated and that you pump the liquid from little tank
13  underneath the cradle into the cartridge, into the
14  filter in the cartridge and then out of the filter into
15  the cartridge.
16     Q   You refer next to -- in paragraph 9 during the
17  cleaning operation an electrical circuit shown in the AA
18  view of the drawing activated a pump to feed the
19  cleaning fluid from the cleaning fluid container to the
20  cradle. Can you show me in the AA view where the
21  electrical circuit would be. Is that what's referred to
22  as plaque circuit electronique in upper left-hand
23  corner?
24     A   This corner here. This is transformer, this is

22 (Pages 85 to 88)

Dietrich Pahl   April 28, 2005

Page 89

1  transformer from circuit field device, from hair
2  plucker, here is the circuit, the drawing circuit.
3      Q    Where are you pointing for the transformer?
4      A    That whole yoke there. It's written
5  transformer even there.
6      Q    I know it's above the top there.
7      A    So the thing is being cleansed because you tilt
8  the whole thing, and this is transformer which is really
9  heavy doesn't fall right around it's being cleaned
10  there.
11      Q    What was the purpose of the transformer?
12      A    You feed in 220 volts motor for the pump and
13  for hair dryer runs on 12 volts so you need transformer.
14      Q    You need to basically step down the voltage?
15      A    The voltage, and to transform it into direct
16  current, from AC current into direct current.
17      Q    The electronic circuit referred to in the AA
18  view --
19      A    This one here?
20      Q    Yes.
21      A    That's the one that Mr. Cimbal had to design.
22      Q    Do you know whether Mr. Cimbal still works at
23  Braun?
24      A    No, he doesn't work. He's retired.

Page 90

1      Q    Do you know when he left Braun?
2      A    No, not exactly. After '98, that's what I
3  know.
4      Q    Is the name Petretty familiar to you?
5      A    Yes.
6      Q    Did Mr. Petretty also work on the electronic
7  circuitry?
8      A    Yes.
9      Q    Would he have been working on that circuitry at
10  the same time as Mr. Cimbal?
11      A    Mr. Cimbal is the boss of Mr. Petretty. So I
12  was the boss of Mr. Cimbal. Normal thing I do I give
13  the targets to my direct reporting people and he give
14  the target to Mr. Petretty.
15      Q    Basically you know the term chain of command?
16      A    Yes.
17      Q    Do you know whether it was Mr. Cimbal or
18  Mr. Petretty who actually did the work to design the
19  electronic circuit?
20      A    It's Mr. Petretty of course.
21      Q    Do you know whether Mr. Petretty is still
22  working at Braun?
23      A    I assume yeah. I saw him at least a year ago.
24  He's young enough to still work here.

Page 91

1      Q    When they were designing the electronic
2  circuit, do you recall whether Mr. Petretty and
3  Mr. Cimbal kept any records regarding their work?
4      A    No, I don't know offhand.
5      Q    You see in paragraph 9 the final sentence that
6  states, during cleaning the cradle remained above the
7  fluid level of the cleaning fluid in the container. Why
8  was that?
9      A    The only explanation for that is that it's
10  easier for liquids which drains through a little hole
11  into the container. It would have a less resistance
12  when there is air between. If you have the level of the
13  liquid within the container on the same -- above that
14  little nozzle there, you have not the distance in height
15  to have a good draining. That's why you need to have
16  the lower level of the fluid in the container than the
17  cradle. That means -- that's what's written here.
18      Q    So I guess my question is, in terms of your
19  design, I mean, would it have even been possible to have
20  the fluid level at a higher or the same level as the
21  cradle?
22      A    Definitely not -- we have to define level of
23  cradle, what do you mean by that. Is that lower point
24  of the cradle or is the upper level within the cradle

Page 92

1  where the overflow is?
2      Q    I guess I'm going to ask you then, in terms of
3  your declaration, because you define the fluid level,
4  where do you -- what is your point of reference?
5      A    Of reference of what?
6      Q    For the cradle. It says that the fluid level
7  in the container is always -- during cleaning it's below
8  the cradle or the cradle is above the level of fluid in
9  the container.
10      A    My -- what's mentioned in here means that
11  lowest point of the cradle, i.e., there where that
12  little hole opens up into the container.
13      Q    Or where the outlet port is?
14      A    Pardon?
15      Q    Where the outlet port?
16      A    Outlet port. Outlet port against the overflow.
17      Q    That would be at the bottom of what is shown as
18  P204?
19      A    P204, at the lower bottom, yeah, not the
20  internal -- not the inner curve, but outer curve.
21      Q    You'd have one curve which would be basically a
22  plastic part, I assume?
23      A    Right.
24      Q    Then have inner curve and lower curve so it's

23 (Pages 89 to 92)

Dietrich Pahl    April 28, 2005

Page 93

1  the lowest point of that?
2      A    Correct.
3      Q    And in terms of -- you describe in these
4  paragraphs, I'm just asking you general, various
5  features that your prototype had.  Your prototype had
6  all of these features prior to any discussions that you
7  would have had with Mr. Braun, is that correct?
8      A    Yes.
9      Q    When you were -- when you finished on -- when
10  you came up with the idea for your cleaning center, did
11  you think it was a new idea?
12      A    Yeah, it didn't exist in the market yet.
13      Q    Let me ask you it this way.  Did you think you
14  were the first person to think of your type of -- the
15  cleaning center?
16      A    I think I cannot answer with that question.  I
17  don't know what other people are thinking.  Only thing I
18  knew it was not -- somewhat similar appliance in the
19  marketplace.  Didn't exist yet.  Whether some people in
20  Remington were thinking about it, I don't know.
21      Q    I guess -- yeah, I understand your point.  Did
22  you believe that you were the first person who come up
23  with this idea?
24      A    I cannot answer that question I believe.  I

Page 94

1  never thought about it actually not.
2      Q    You never thought whether -- that your cleaning
3  center was a new idea?
4      A    Only to the point that it was nothing else
5  comparable on the market.  This particular case, yes,
6  you're right I knew it was the thing which is not on the
7  market.  So possibly might have been the first thinking
8  of it, but I don't know.
9      Q    I mean did you believe at the time that it was
10  inventive?
11      MR. PATTON:  I object to the form of the question.
12      THE WITNESS:  It's a normal thing here in Braun the
13  designer makes something, either with idea or not.  And
14  he has drawings and functional model.  He must before
15  the thing has been over to present somewhere within the
16  organization, he has to go to patent department, they
17  have to have a look over it and then these people might
18  say, okay, there's a possibility you get patent on that,
19  that, that or on the whole procedure or what you have
20  there.
21      So normally the designer who is the inventor
22  cannot say is this a patentable thing yes or no.  They
23  present it to specialist, a patent department, and they
24  decide, yeah, it's patentable.  So I don't worry about

Page 95

1  whether it's patentable yes or no when I did that.  I
2  didn't worry about that thing.  It's up to the
3  specialists.
4      MR. SHIMOTA:  Q  Well, at the time did you think
5  this was the type of idea that warranted going to the
6  patent specialists?
7      A    Sorry.  I didn't get your question.
8      Q    At the time you were working on your
9  prototype, did you believe that your work was the type
10  of work that warranted reporting it to Braun's patent
11  department?
12      A    Well, every job which is being done in
13  development department should go first to patent
14  department that they have look on it whether it's a
15  chance to get a patent out of it.
16      Q    Is that what you did when you were doing your
17  work --
18      A    At later stage.
19      Q    In later stage you went to the patent
20  department?
21      A    I don't know when exactly I went to them, but
22  this is normal procedure that I present it there or
23  Mr. Braun presented there, I don't know who did it.  I
24  cannot tell you.  And from there they say okay this is

Page 96

1  what to make a draft for patent.
2      Q    So did you present, for example, this drawing
3  to the patent department?
4      A    I'm not sure whether I did it or Mr. Braun did
5  it, but basically what you do you take drawing and
6  prototypes with you to make it easier and then these
7  people start thinking whether there's a chance to get a
8  patent.
9      Q    Did you have any discussions with the patent
10  department --
11      A    Not me, no.  Later on, yes.  But, no, it wasn't
12  me.  It must have been Mr. Braun.
13      Q    When you say later on, what do you mean?
14      A    When they ask me what all about that, whether I
15  think it's good idea, yes or no.  I'm not aware that I
16  discuss the thing prior to Mr. Braun working on it with
17  patent department, no.
18      Q    Well, did you ever work with any attorneys on
19  drafting a patent application for the shaver cleaning
20  system?
21      A    No, nothing, never.
22      Q    Never?
23      A    For cleaning system?
24      Q    Yes, for the cleaning system.

24 (Pages 93 to 96)

Dietrich Pahl    April 28, 2005

Page 97

1    A    As I mentioned, the -- what was being asked,
2    what I think of that thing here, that was the contact
3    with the patent department, and then I give my opinion
4    to them.
5        Q    Well, let me ask this.
6        A    Or did I get your question wrong?
7        Q    No. You can answer it however.
8        I took Mr. Braun's deposition yesterday, and he
9    testified that both you and he worked with an external
10   attorney on drafting the patent application for the
11   shaver cleaning system. Does that refresh your
12   recollection in any way as to whether you worked with an
13   attorney?
14       MR. PATTON: I object to the form of the question,
15   and I'm not sure that that was Mr. Braun's testimony.
16       But with that objection, you can answer if
17   you --
18       THE WITNESS: No, I don't know of any external --
19   how do you call it -- attorney?
20       MR. PATTON: Attorney.
21       THE WITNESS: Attorney -- I worked with on that
22   thing here, never happened.
23       MR. SHIMOTA: Q  Would it surprise you that -- if
24   Mr. Braun had so testified?

Page 98

1    A    Yes. I'm not aware about that, about external
2    attorney.
3        Q    When I say external attorney, I mean someone
4    who does not work for Braun.
5        A    Employed by Braun, yes.
6        Q    That's correct.
7        A    I understand that.
8        Q    Look at paragraph 16 of your declaration.
9    States the parts of the cleaning device are also
10   illustrated in a November of '92 presentation entitled
11   R & D shavers/Future, which I made internally at Braun.
12   Do you see that? To whom did you make that
13   presentation?
14       A    This was an R & D meeting where my boss and my
15   colleagues were sitting together and discussing the
16   future projects or better said visions of what Braun can
17   do in the future.
18       Q    So it would have been your boss Mr. Hexner, is
19   that correct?
20       A    No, it was a new boss, Mr. Jestädt. He -- It
21   was Mr. Jestädt and he came newly into this position and
22   he did ask to find what's in the pipes that everybody
23   makes presentation about vision for their products,
24   product lines.

Page 99

1        Q    Would you please spell that name?
2        A    J-E-S-T-A, with two dots, D-T.
3        Q    Would Mr. Jestädt have become your boss in
4    approximately the end of 1992?
5        A    Yes, about that. I don't know exactly, but in
6    '92 he became my boss.
7        Q    How long did he remain as your boss?
8        A    Until I went, I retired.
9        Q    Until 1998?
10       A    Yes.
11       Q    You also mentioned that colleagues were at your
12   meeting.
13       A    Colleagues, yes.
14       Q    What colleagues would that have been?
15       A    The head of the different other departments,
16   household appliances, personal care appliances, clocks,
17   toothbrush, et cetera, et cetera and the head of
18   research department.
19       Q    Who was the head of the research department?
20       A    I don't know. Could have been Mr. Murtaugh,
21   but I don't know whether he was at the time. Maybe
22   Loveaon. Could also have been Loveaon. Yes.
23       MR. SHIMOTA: Q  I believe you said that after -- at
24   some point in time the patent department asked for your

Page 100

1    opinions regarding the shaver cleaning system, is that
2    correct?
3        A    Correct.
4        Q    What opinions did you give them?
5        A    Basically they have a type of format with
6    different questions and you answer with a yes or no. So
7    I don't have the form in front of me. So I answered the
8    question, and the tendency was is good product, let's go
9    develop and it's worthwhile a patent. So, of course, I
10   sponsored the thing.
11       Q    Did you provide any other opinions to the
12   patent department beyond that?
13       A    No.
14       Q    Anyone ask you about the form that you filled
15   out?
16       A    No, they didn't.
17       Q    In paragraph 16 you refer to a wall mount. Do
18   you see that?
19       A    16 you said?
20       Q    Yes. The last sentence there's referred to
21   with a wall mount.
22       A    16 I don't find the word wall mount. Oh. Oh,
23   there it is. Okay. Yes, but then I need a different
24   drawing.

25 (Pages 97 to 100)

Dietrich Pahl    April 28, 2005

Page 101

1    Q    So the wall mount is not shown in this drawing?
2    A    Not on this one here, but in my presentation.
3    Q    Mark as Defendant's Exhibit 27 a document
4    bearing the Bates range B04847 to B004858 stopping at
5    also -- this includes the English translation as well.
6        (Exhibit 27 marked as requested)
7    A    These are top secret in here even though they
8    are old. They are floating around Remington now?
9    Q    No, just the lawyers.
10    MR. PATTON:  Is there a question?
11    MR. SHIMOTA:  Q  He said he could find the wall
12    mount.  If he could point that out to me.
13    A    Basically two lines.  These two lines here.
14    Q    Which two lines are you referring to?
15    A    See there line here and that line there?  This
16    represents the wall mount where we hook the thing in.
17    MR. VORBECK:  You're reading the text.  It says --
18    the German text says wandeinfassung, that means wall
19    mount.
20    THE WITNESS:  We -- it's only by means of that line
21    there.
22    MR. SHIMOTA:  Q  We talked a little earlier about in
23    your prototype the shaver that -- the rear end of the
24    shaver being held in some way.  Were you referring to

Page 102

1    the wall mount when you talk about that structure which
2    held?
3    A    No.  I'm referring to rubber cushions up here,
4    circuitry.  That's the shaver here.  It sticks out
5    higher here.  And it's being positioned on the rubber
6    cushions down there in the cradle.  It's not presented
7    here because this can be rubber cushion, yeah, that
8    thing there.  There's one here and one on the other
9    side.  And this here was sticking out here with the
10    socket where you put the cord in up here and here are
11    rubber cushions or plastic parts where the shaver is
12    being held so it doesn't tilt in any direction.
13    Q    And those cushions at the top, those were not
14    part of the cradle structure, is that correct?
15    A    Yes, they are not part of the cradle structure,
16    no.
17    Q    It's a different structure?
18    A    Yes.
19    Q    Set this aside for a moment and refer back to
20    your declaration.  Set this aside for a second.
21        Paragraph 20 it states, in 1992 as part of my
22    duties as director of research and development for
23    shavers, I began to supervise Mr. Braun and asked him to
24    develop further the cleaning center that I had begun

Page 103

1    developing in France.
2        Do you see that?
3    A    Yes.
4    Q    Would you have asked for Mr. Braun's assistance
5    before or after you gave the presentation -- the future
6    presentation we were just looking at?
7    A    I can't tell you that answer.  I don't know.
8    Q    Would you have done that before or after
9    Mr. Cimbal and Mr. Petretty had done their work on the
10    control circuitry?
11    A    Definitely after because the control circuitry
12    was already in the Leon appliance, and later on I asked
13    Braun to work on it, to continue working on it.
14    Q    How do you know that you asked Mr. Braun to
15    work on the prototype in 1992?
16    A    Well, he was reporting not directly to me.  He
17    was reporting to another person who again reported to
18    me, and he was at the time somewhat -- had no real job,
19    not concrete working in a team.  And so I asked when I
20    had the idea from Braun -- from Leon, somewhat finished
21    and the jobs were finished at the time, yes, which was
22    in the area of late '92, I asked then Mr. Braun to
23    develop further the appliance or the idea into
24    an appliance.  This was basically the functional model

Page 104

1    the one with the round corners, it's the same, but it's
2    nicer, a prototype.  Now it has to be developed in a
3    product which can go into production and then we have to
4    guide the internal production processes of Braun,
5    company of Braun.  That's why I then asked Mr. Braun to
6    do that job for me.  And it was in the area of November
7    of '92 when the Leon guys had finished their job there
8    on that subject.
9    Q    So this -- these events all have been occurring
10    right around the end of 1929, is that correct?
11    A    I did not understand your question.
12    Q    Well, the events that -- the work at Leon, your
13    discussions with Braun and your future presentation,
14    they would have all been occurring around the end of
15    1992?
16    A    Right.
17    Q    Do you recall what you asked Mr. Braun
18    specifically to do with regard to your prototype?
19    A    As I told you to -- design, to develop and
20    to design the ideas of that functional model prototype
21    into producible item.  And this, of course, means, first
22    of all, that there had to be discussions necessary with
23    the aesthetic design department because they are one of
24    the first people involved in a new product to make it

26 (Pages 101 to 104)

Dietrich Pahl   April 28, 2005

Page 105

1 look nice.
2        And, well, he took the elements, the targets
3 what we had, the cradle, filter and pump and whatever we
4 got there to try to develop -- to get the guys in the
5 aesthetic design department to come up with a nice
6 design on it. And, of course, there are other things
7 which he had to investigate such as pumps, pump is very
8 simple thing there, and to find out about better systems
9 for pumps, more efficient ones to optimize heating and
10 this type of thing, all jobs for -- which I gave to
11 Mr. Braun.
12    Q   Do you know who worked on the design in the
13 aesthetic design department?
14    A   I think it was Mr. Schneider. Schneider he's
15 the boss now, yeah. Schneider.
16    Q   Do you recall who worked under Mr. Schneider at
17 the time?
18    A   Might be that he gave it to one of his
19 colleagues or something, but the outcome I know, how the
20 appliance looked like.
21    Q   Do you know if Mr. Schneider still works at
22 Braun?
23    A   Yes, he does.
24    Q   He was working at Braun in 1992 as well,

Page 106

1 correct?
2    A   Yes.
3    Q   Can you think of -- aside from what you've
4 already told me, any other things that Mr. Braun needed
5 to do or that you -- can you think of any other things
6 that you tasked Mr. Braun to do to improve upon your
7 original prototype?
8    A   There was certainly one thing which is the
9 consumption of cleaning liquids to minimize that.
10    Q   Do you mean minimizing the evaporation of
11 cleaning liquid?
12    A   Yes.
13    Q   And how, if at all, was the evaporation of
14 cleaning liquid minimized?
15    A   How it was minimized?
16    Q   Yes.
17    A   That is a very difficult thing. Well, first of
18 all, you have to make sure that once the cradle is
19 emptied from the liquid that what's still left in the
20 shaver head as liquid is to be rattled out, which means
21 that you have to let the shaver run a little bit longer
22 then you switch the pump off. That's one thing.
23        Another thing is, of course, to try to close
24 any holes where liquid can evaporate. Here in this

Page 107

1 particular model there are huge big hole by either whole
2 surface from left to right here and around where the
3 evaporation could take place. There was on the sealing
4 on this thing, but this design like it is being shown
5 here couldn't prevent excessive evaporation.
6        So that's again needed totally different setup
7 of the elements, cradle, filter, pump, electronics, et
8 cetera, to avoid evaporation or minimize evaporation.
9 And that's why -- there was lot of discussions between
10 myself and Mr. Braun and trying to find out how one can
11 optimize or solve that problem and correct along until
12 we found a version which later on has been put into
13 aesthetic design thing.
14    Q   What was the solution to the problem with
15 evaporation?
16    A   The basic thing, this came up in the due course
17 of discussion, is to have a cartridge with an integrated
18 filter which is closed, and there is a majority of
19 liquid sitting in. And you don't have that wide open
20 space there where it can evaporate. And having had the
21 idea of the cartridge then we could position the
22 cartridge anywhere. Then it came to the point when the
23 cartridge was on same level or higher up in the cradle
24 was and -- then, of course, from there Mr. Braun

Page 108

1 developed other ideas such as -- little tank here where
2 the dirty stuff went in and has been pumped by the pump
3 into the cartridge and from the cartridge in the filter
4 and then out again into the cradle.
5        So this came then step by step when you develop
6 a program -- product, you find step by step of the new
7 ideas. One of the major things was that. Another one
8 was to reduce cost, of course, of the thing. You know,
9 here were two motors in and we could have done it with
10 one motor go clock and counterclockwise, driving the
11 pump -- and the fan wheel. That was Mr. Braun's design.
12    Q   Just taking a step back to the evaporation
13 point. If you look back to paragraph 17 in your
14 declaration states that the cradle was open to the
15 atmosphere such that the dry shaver could be inserted
16 from the top into the cleaning device without need to
17 dissemble the shaver or move components or covers from
18 the cleaning center.
19        Now because the cradle had the outlet port,
20 wouldn't it then be the case that cleaning fluid would
21 evaporate from the cradle or through the port of the
22 cradle?
23    A   That was not the problem. The funny thing is
24 that you would find always little drop in that outlet

27 (Pages 105 to 108)

Dietrich Pahl    April 28, 2005

Page 109

1  port if you design it small enough, and this is -- has a
2  function of a sealing. There was basically no
3  evaporation through. The evaporation took place in this
4  particular item here because you have here tank with
5  liquid in, and all the elements sticking there from the
6  top so evaporation could take place.
7      Now, we close the thing with cover you have to
8  make sure here is good sealed thing, and even through
9  other holes and through that chimney where the dry
10 shaver sitting in so that no evaporation takes place
11 there.
12     You understand?
13 Q  I do understand.
14 A  Good.
15 Q  If you go to paragraph 22 of your declaration
16 which states as Mr. Braun's supervised I re --
17 supervisor I reviewed the invention disclosure statement
18 and approved the naming plaintiff Braun as the sole
19 inventor on the internal invention disclosure. Although
20 I developed parts of the cleaning device disclosed in
21 the internal invention disclosure, I had no desire to be
22 named an inventor on any patents based on the cleaning
23 device.
24     First question is, from what Mr. Braun had

Page 110

1  described at the time, did you consider yourself to be
2  an inventor of anything that was described in
3  Mr. Braun's internal invention disclosure?
4  A  Sure.
5  Q  Do you recall what parts you thought you were
6  the inventor of?
7  A  Well, the basic things of the cleaning center,
8  having cradle, sitting on top higher up than the liquid
9  container, having a pump, having a fan wheel and even
10 heating element at the time, which I don't know whether
11 it's mentioned in the patent. The whole system.
12 Basically what's here on the paper. That's my idea and
13 Mr. Braun has improved the things, added things,
14 improvements and further developed things and that's why
15 Mr. Braun could have been named as an inventor.
16 Q  Did you think that Mr. Braun had invented
17 anything?
18 A  Yes.
19 Q  What did you think Mr. Braun had invented?
20 A  For instance, there is -- using only one motor
21 for driving fan wheel and pump by going clock and
22 anticlockwise. Then there is, which is not in that
23 drawing, for instance, another chamber called dish
24 underneath the point where you have that little drainage

Page 111

1  hole. From there the dirty or polluted solution has
2  been sucked off into the pump. This avoids debris. In
3  this case you have debris floating all over the place
4  and forms a sludge down there that is not nice.
5      By that invention of Mr. Braun it was assured
6  there was no sludge in the tank down there and dirt was
7  all sitting in the filter, which is definitely a good
8  idea.
9  Q  Do you recall any other things you thought
10 Mr. Braun had invented?
11 A  I assumed there was again which is not here the
12 interlock. That's the shaver, once it's in the cleaning
13 position is by means of press button fixed or locked
14 into the device so that during the cleaning operation
15 nobody can take it out.
16 Q  How did that differ from the locking mechanism
17 you had in your original device?
18 A  There was none in here. There was no locking
19 thing. There was one -- one you could say a type of
20 locking system in, but it's not 100 percent one, but
21 ever since you have to tilt that cover down here and
22 then you have to put a shaver in here's a little switch
23 which said, okay, as long as the switch is not operated
24 you cannot get the whole system into operation, you have

Page 112

1  to press a switch which means you have to put the cover
2  down here and then the system could be operated, but
3  this is not real interlock. It's a bandage, quicker.
4  Q  I want -- this would come over and the shaver
5  would sit in the cradle and it couldn't fall and move
6  around, right, in the original device?
7  A  Right.
8  Q  Something was providing support?
9  A  Was providing support, but then to get the
10 shaver out of that device here we have to make it
11 somehow free from -- that was the idea which was not
12 presented here in this drawing to get it free out of the
13 cradle. It means you have to tilt the whole thing off.
14 But this releasing this switch button and then you could
15 take the shaver out of the upper part of that housing.
16 There was a security device in the thing, but it was
17 lousy and it was done like that here.
18 Q  Aside from the single motor, the dish below the
19 cradle and the interlock, did you believe that Mr. Braun
20 had come up with any other inventions at the time?
21 A  There was another one. It was the -- what is
22 it? A hose from the dish into the pump which was
23 perforated so that in case the pump was sucking more
24 than the fluid which came out of the cradle, which means

28 (Pages 109 to 112)

Dietrich Pahl    April 28, 2005

Page 113

1 of those holes in that hose it could suck liquid from the
2 tank into the pump into the filter, but there was no air
3 within the whole system, you know, air bubbles.
4    Q    Beyond those four items, is there anything
5 else?
6    A    Not to my knowledge, no. What's written what's
7 covered by these two patents which we are talking about,
8 there might be other patents later on, Braun's
9 inventions are there as well, but I'm not aware of.
10    Q    Did Mr. Braun have anything to do with the
11 control circuitry for the shaver cleaning device?
12    A    Well, basically not apart from circuitry. Say,
13 oh, please Mr. Petretty or Mr. Cimbal do the time from
14 switching of the pump to switching of the shaver little
15 bit longer because otherwise I lose too much liquid.
16 This certainly was in the objective or in the -- his
17 starts. The designing of the electronic circuit itself
18 he has nothing to do with.
19    MR. PATTON:  Jim, it's 5 after 1:00 and the canteen
20 closes at 2:00.
21    MR. SHIMOTA:  Take lunch now.
22    MR. PATTON:  Or whenever it's convenient for you.
23    MR. SHIMOTA:  Q  Let me just ask you one question
24 and we can come back to it when we come back.

Page 114

1        Look at paragraph 13 in your declaration. It
2 starts there in second sentence, the filter was located
3 between the pump and the cradle to ensure that the
4 cleaning fluid fed to cradle during the cleaning was
5 clean.
6        Why was the filter located between the pump and
7 the cradle?
8    A    Very simple because if you only have clean
9 fluid in the cradle, to get clean fluid into the cradle,
10 which is filled up, you have to press the dirty liquid
11 through the filter into the cradle. Because the dirt
12 you need pressure to press liquid through because the
13 filter will be -- is clogging if you do it without
14 pressure or you need -- how can I -- it's from my
15 opinion quite clear. You can do it the following way to
16 explain it to you. If you do it the other way around,
17 which means you have the cradle and then the filter and
18 then the pump, and then you suck the dirty liquid
19 through the filter, and sucking always is -- has a lousy
20 efficiency than pressing. You can easily create couple
21 of atmosphere when you press, but you can only create
22 one atmosphere when you suck. In other words, the
23 liquid will evaporate. That's physics.
24        So this is quite normal that you have this type

Page 115

1 of circuit that you press with a pump the liquid --
2 dirty liquid through the filter into the cradle.
3    Q    So you chose putting the filter on the pressure
4 side because you thought it was more optimal?
5    A    Yes.
6    Q    In your original prototype was the filter
7 removable?
8    A    Yes.
9    Q    So you could -- you had a dirty filter, you
10 could take it out and put a new one in?
11    A    Right. You see it here in the cross section
12 AA.
13    Q    Where in the cross section AA?
14    A    The filter was located on element P241, sitting
15 there.
16    Q    Is it P256?
17    A    No, 241.
18    Q    241 is the filter?
19    A    It was in basement within filter was positioned
20 onto. Okay. And you have that nozzle here looking into
21 the filter. So you could -- you could put the filter or
22 kept the filter and pull -- pushed it -- pulled it
23 upwards and the nozzle here, P241, stays within the
24 appliance. You understand that?

Page 116

1    Q    I understand that.
2    A    Good.
3    MR. SHIMOTA:  This is a convenient time to take
4 lunch.
5    THE VIDEOGRAPHER:  We're going off video record of
6 tape 2 at 1:09 p.m.
7        (Off the record)
8    THE VIDEOGRAPHER:  We're going back on the video
9 record at 1:53 p.m. Here continues tape 2.
10    MR. SHIMOTA:  Q  Welcome back.
11    A    Okay.
12    Q    If you could refer again to your declaration,
13 Exhibit 1. I'll redirect your attention to paragraph
14 22. It states in the final sentence of paragraph 22,
15 although I had developed parts of the cleaning device
16 disclosed in the internal invention disclosure, I have
17 no desire to be named as an inventor on any patents
18 based on the cleaning system.
19        Why did you not have the desire to be name as
20 an inventor?
21    A    There are several reasons.
22    Q    Okay.
23    A    Let's put that way the most important reason is
24 that I wanted the people -- it's by policy that I want

29 (Pages 113 to 116)