# EXHIBIT
# 39A

# DEVELOPMENT
## OF
## A CLEANING STATION FOR
## ELECTRIC SHAVERS

Master's thesis submitted by Stefan Zeischke to the Special Field for Precision Engineering and Engineering Computer Sciences of the Technical University of Frankfurt am Main.

Published in cooperation with

Braun AG, Kronberg.

Braun v. Rayovac

Exhibit 46

B005220

Explanation _____ Page 2 _____

Explanation:

I hereby warrant that the Master's Thesis handed in to the Examiner, Prof. Dr. Völker with the topic:

Development
of a
Cleaning Station for Electric Shavers

was written by me independently and without any outside assistance by individuals or institutes.
To the extent I referred to sources in preparing my Master's Thesis, such sources are completely indicated on the List of References on Page A-15.

Kronberg, on 06/14/1991                    [signature] _____

B005221

**Prefix**

*The Master's Thesis below came about in cooperation with*

**Braun AG in Kronberg.**

I would like to thank the employees of Braun AG, who were so kind as to support me in acquiring information and documents.

Dr. Jung, Engineer, deserves special thanks for the support he offered me at Braun, and Prof. Völker for his careful accompaniment of my work at the Technical University of Frankfurt am Main.

B005222

## Table of Contents

| | | Page |
|---|---|---|
| 1.0 | Summary | 5 |
| 1.1 | Problem Formulation | 6 |
| 1.2 | State of the Art | 7 |
| 1.3 | Procedure with Everyday, Manual Shaver Cleaning | 8 |
| 1.4 | Distribution of Shaver Dust on the Shaver | 9 |
| 1.5 | When is a Cleaning Station Worthwhile? | 9 |
| 1.6 | Cleaning Areas | 10 |
| 1.7 | Cleaning level of Manual Cleaning | 11 |
| 1.8 | List of Requirements | 12/13 |
| | | |
| 2.0 | Methodical Search for a Solution | |
| 2.1 | Functional Structure of a Cleaning Station | 14 |
| 2.2 | Determination of the Accommodation Capacity for Shaver Dust | 15 |
| 2.3 | Individual Functions - Solution Variants with Assessment | |
| 2.3.1 | - Activation | 15 |
| 2.3.2 | - Removal | 16 |
| 2.3.3 | - Transportation | 17 |
| 2.3.4 | - Collection | 18 |
| 2.3.5 | - Deactivation | 19 |
| 2.4 | Kinds of Brushes / Kinds of Movement | 20 |
| 2.5 | Brush Concepts 2.5.1 – 2.5.10 | 21/30 |
| 2.6 | Assessment of Brush Concepts 2.5.1 – 2.5.10 | 31 |
| 2.7 | Assessment of Kinds / Lengths of Bristles on Cleaning Effect | 32 |
| 2.8 | Selection of Bristles | 33 |
| | | |
| 3.0 | Test and Assessment of the Selected Brush | 34 |
| 3.1 | Test and Assessment of LV1t | 35 |
| 3.2 | Sketch of Elementary Model of LV2t | 36 |
| 3.3 | Test and Assessment of Elementary Model, while Varying Bristle Thickness and Rotational Speed | 37 |
| | | |
| 4.0 | Criticism and Perspective | 38/40 |
| 4.1 | Sketches | 41/43 |
| | | |
| 5.0 | Annex  - Manual Shaver Cleaning | A1-A4 |
| | - Shaver Dust Analysis | A5-A6 |
| | - Measurement Values of Manual Cleaning | A7-A10 |
| | - Measurement Values of the Cleaning Station | A11-A14 |
| | - List of References | A15 |

B005223

## 1.0    Summary

An elementary model of a cleaning station was developed, whereby the shaving parts of the Braun Flex Control 6013 are cleaned within 15 s to an average cleaning level of 93%. The shaving head with the blade block and shear blade are introduced one after the other into a cylindrical housing in which a linear brush with two rows is rotated at 3,200 min$^{-1}$.

The rotational direction of the brush reverses every 5 s, in order to clean the second side of the blade block.

The shaver dust removed with the brush is suctioned through an opening along the perimeter of the housing with a blower and collected in a dust chamber, which is located in front of the fan impeller rotating at 10,000 min$^{-1}$ and the dust filter.

These results were produced by systematically contrasting and assessing solution variants within the current development level.

This preparation forms the basis for further work.

[photo]

Fig. 1.0 Elementary Model of a Cleaning Station

B005224

## 1.1    Problem Formulation

A reasonably-priced cleaning station must be developed for the currently available Braun Flex Control 6013 Electric Shaver, with which the shaving parts can be quickly and easily cleaned after daily shaving.

Users of electric shavers clean their shavers after each shave, but only 29% use the associated, small cleaning brush. 56% clean them by blowing, tapping or shaking their shavers, which leads to the formation of a layer on the blades (cf. Pages A2 – A4).

The shaver should be cleaned after every shave (see Page A–1), since skin, sebum and beard hair are deposited on the blades. If this layer is not regularly removed, then the cutting performance of the shaver declines, depending on the thickness and hardness of the layer.

After a daily shave, the skin sebum can still be easily removed from the blades with a brush, since it has not hardened. If the blade is not cleaned of any skin sebum, then the skin sebum will harden, due to heat produced by friction arising between the blade block and sheer blade. The skin sebum can then still only be removed with great effort.

The cleaning station is intended to make shaver cleaning comfortable. In addition, hygiene is increased and cleaning time significantly shortened, since it is no longer necessary to rid the sink of shaver dust.


[chart]


Unclean:                                               Shaver gut
   -   shaver head          Cleaning station      Cleaned shaving parts
   -   sheer blade
   -   blade block                  Energy


Fig. 1.1 Depiction of a Black Box

B005225

## 1.2    State of the Art

The topic of cleaning electric shavers dates as far back as the electric shaver itself. The development of cleaning aids refers, on the one hand to the shaver, or rather, a shaver with integrated or external suction, a washable shaver, a shaver with devices to scrape off the dust from the blades, etc., and, on the other, to such external instruments as so-called "shaver cleaning instruments, devices or stations."

A few protected rights exist on the topic of cleaning stations. The proposed effective principles are of a diverse nature, extending from

- Immovable brushes, over which the turned-on shaver moves across the blade block using oscillation,
- Simple blower with a filter,
- A rotating radial brush with cleaning fluid,
- A shaking device,
- A brush band with suction, up to
- Separate tiny brushes with suction.

Up to the present time, no cleaning stations are on the market.

B005226

<u>Manual Shaver Cleaning</u> _____ Page 8 _____

| 8 | Take small brush out of cabinet and set aside |
|---|---|
| 16 | Remove shear blade carrier, tap on sink edge several times and blow off |
| 18 | Set shear blade carrier aside |
| 20 | Pick up small cleaning brush |
| 26 | Clean blade lock with small brush |
| 28 | Turn blade block 90° |
| 34 | Clean blade head base with small brush |
| 36 | Turn blade block 90° |
| 42 | Clean 2nd blade block side with small brush |
| 46 | Switch on and blow off |
| 48 | Set small brush aside |
| 50 | Pick up sheer blade carrier and set up |
| 52 | Set shaver aside |
| 60 | Pick up small brush and put back into cabinet |
| 75 | Clean sink |
| 85 | Wash hands |
| 95 | Dry hands |

[vertical text]
Time t(s)

Fig. 1.3 Procedure with Everyday, Manual Shaver Cleaning

B005227

1.4    Distribution of Shaver Dust on the Shaver

In order to investigate the distribution of shaver dust on the shaver (Braun Flex Control) an ongoing study was performed on numerous subjects and various shaving devices. The clean shaving device was weighed before and immediately after shaving, so that the amount of shaver dust collected could be determined from the difference in weight. The measurement was made on a precision scale with digital resolution of 1 mg: precision +/- 1 mg (measurement values in Tables A-7 through A-10). The measurement ranges of each individual measurement were short so that any influence of humidity in the air could be disregarded. The assessment of the relative values results in Diagrams 1.7.1 – 1.7.4 on Page 11.

With a customary, manual shaver cleaning as per Fig 1.3 Page 8, one achieves, with a time expenditure of 95 s, a cleaning level in the shaver body of 94% and 80% at the shear blade (cf. 1.7.2 + 1.7.3). To this must still be added the expenses for water, which is used to rinse the shaver dust out of the sink.

1.5    When is a Cleaning Station Worthwhile?

Fig. 1.7.4 on Page 11 shows that as the age of the beard increases, relatively less shaver dust remains in the shaver. As of a beard age of 4 days, the long hair trimmer is used first, and then shaving is completed with the short hair system. Hair cut with the long hair trimmer is found outside the system boundary of the shaver, or rather, on one's shirt, sink, storage location, etc.
With older beards, the advantages of the station are more pronounced, since the beard hair trimmed using the long hair system cannot end up inside the system boundary of the "Cleaning Station."

B005228

1.6    Cleaning Areas on the Shaver

1.6.1    Shaver without Sheer Blade

[see original for figure]

1.
long hair trimmer
        blade block

1.6.2    Shear blade

[see original for figure]

2.
Shear foil
Frame

3.
From above:

4.
Corners for dirt

5.
Inside:

B005229

Cleaning Level with Manual Cleaning _____ Page 11 _____
[see original for figures]

1.
1.7.1 Cleaning level
        Complete shaver

2.
loose dust
simple cleaning
small brush
thorough brushing
Waste

3.
1.7.2 cleaning level
Shaver or shear blade

4.
Cleaning level (%)

5.
Loose dust
switch on shaver
small brush
thorough brushing
Waste

6.
1.7.3 Cleaning level
shear blade

7.
Loose dust
tap off shear blade
small brush
thorough brushing
Waste

8.
1.7.4 dust in the shaver / total dust
(dust outside system boundary)

9.
Dust in the shaver (%)

10.
Beard age (days)

B005230

List of Demands _____ Page 12 _____

1.8    List of Requirements

Geometry:

Requirements    – construction size similar to mouthwash
                (Bx Hx T 100x 100x 80)
                –    Accommodation capacity of shaver dust for 100 shaves
                –    Exemplary solution for Flex Control 6013
                –    Develop storage concept
                –    Simple change of changeable parts
                –    Pay attention to easy cleaning of the cleaning station


Desire       – Integration: – Wall holder
                            – Charging device
             – Compatible for other BAG shavers

Energy:

Goal   –    220 energy supply; 50 Hz, or battery

Active material:

Requirements:
                –    Uses no liquid for cleaning
                –    Uses recyclable plastics

Safety:

Requirements    OBSERVE BRAUN working standards (detailed preparation
                of Safety (VDE) and Quality requirements referring to small
                devices and/or electric shavers)


B005231

List of Demands _____ Page 13

Use:

Requirements:    - noise $\leq$ shaver = 60 dBA noise level
                 - service life is 60 h (proportional time of use of shavers is at least 200 h)
                 - removes at least 90% of shaver dust present
                 - cleaning time $\leq$ 15 s (time to pick up device)
                 - only a max. of 10% of the shaver dust removed from the shaver may fall outside
                 - long hair trimmer and lower housing part should be cleaned as per the established task
                 - clean shear parts separately from one another

Area of application:

Requirement    - private household, in the bathroom

Costs:

Requirement    - selling price $\leq$ DM 50.00 (more or less equals 15 – 20% of the peak shaver price) relative to piece counts of 100,000 / year.

General:

Requirement    - environmentally-friendly device concept

B005232

Functional Structure _____ _____ _____          Page 14 _____

[see original for figures]

1.     Unclean shaver
2.     Remove shaver parts
3.     Insert shaver body
       Insert shear blade
       Loose dust falls out
4.     Prepare station
       Collect loose dust
5.     Energy
6.     Activate station
       Remove shaver dust
       Transport shaver dust
       Collect shaver dust
       Deactivate station
7.     System boundary
8.     Remove shaver dust
9.     [illegible] station
10.    Remove shaver body
       Remove shear blade
11.    Introduce shaver parts
12.    Shaver cleaned

B005233

2.2    Determination of the Accommodation Capacity for Shaver Dust

$V = i*m/8 = 100*45\ mg/(1.34g/cm^3) + 3.36\ cm^3$, with:

| | |
|---|---|
| V | = Volume |
| i | = number of shaves |
| m | = ▲ – mass /day |
| δ | = hair thickness |

### 2.3.1 Solution Variants in the Individual Functions

Assessment of the Individual Functions

Activation
of the cleaning station

| Mechanical | - translatory | - switch |
|---|---|---|
| | - rotating | - rotary switch |

| - Optical | - photoelectric beam |
|---|---|
| | - IR sensor |

A distinction must basically be made as to whether the activation should be automatic, by supplying the shaver, or manual. This however depends on the overall concept.

Note on 2.3.2 thorough 2.3.4:

The solution variants of the three following individual's functions of removal, transportation and collection of shaver dust are assessed with + = good, o = average and – = poor. The focus of the assessments lies on the effectiveness of the current, individual function. Its precision is adequate here, since only basic trials or considerations are carried out.

B005234

2.3.3  Solution Variants of the Individual Functions
       Assessment of the Individual Functions

| Function | Solution variants | | Assessment |
|---|---|---|---|
| Remove shaver dust | | | Cleaning effectiveness<br>    Constr. Expense<br>        Mfg. expense |
| Mechanical | Rotating<br>Oscillating<br><br>Scraping<br>Wiping<br>Vibrating<br><br>Tapping<br><br>Circulating | brushes, roll<br>toothbrush drive<br>brushes<br>Rubber disk roller<br>Rubber disk roller<br>Shaver<br>Shaking mechanism<br>Tap out shaver<br><br>Belt with brushes | [see original] |
| Pneumatic | Suction<br><br>Blowing<br><br>Pressure waves<br>Sand beams | Subcompression pump<br>Fast rotating brushes<br>Pump<br><br>Blow particles onto shear head and separate electrically | [see original] |
| Electrical | Ultrasound<br>Pressure waves<br>Polarization<br>Microwaves | Piezo (Resonance)<br>Loud speaker<br><br>Condenser principle<br>Magnetron | [see original] |
| Optical | Infrared<br>Laser beam | | [see original] |
| Chemical | Oxidation/<br>Reduction<br>Cohesion/<br>Adhesion | Gas<br><br>Plasticine<br>Wax | [see original] |

+ = good
o = average
- = poor
The assessment priority lies with the cleaning effect, which indicates that only brushes are able to clean well. All other solution variants are excluded.

B005235

Solution Variants _____    Page 17

2.3.3  Solution Variants of the Individual Functions

Assessment of the Individual Functions

| Function | Solution Variant | Assessment |
|---|---|---|
| Transporting shaver dust | | Cleaning effectiveness<br>Construction Expense<br>Mfg. expense |
| Mechanical | Conveyor belt<br>Acceleration<br>Centrifugal force (fast rotating brushes → flow channel)<br>Soft brushes with a wiper | [see original] |
| Pneumatic | Suction (vacuum pump)<br>Blowing (blower)<br>Suction and blowing (use exhaust from suction from blowing) | [see original] |
| Electrical | Statically charged surface | [see original] |

+ = Good
o = Average
- = Poor

A conveyor belt is too expensive and requires a lot of construction room. It must therefore be excluded.

LV1t*: It must be determined experimentally whether mechanical transportation by centrifugal force or soft brushes with a wiper are effective enough, since construction and manufacturing mean less expense, or:

LV2t*: Whether a pneumatic solution is required, which would necessitate additional expense.

* LV1t= Solution variant 1 transporting shaver dust
* LV2t= Solution variant 2 transporting shaver dust

B005236

### 2.3.4  Solution Variants of the Individual Functions

Assessment of the Individual Functions

| Function | Solution Variant | | Assessment |
|---|---|---|---|
| Remove shaver dust | | | Collection effectiveness<br>Constr. Expense<br>Mfg. Expense |
| Mechanical | Mass<br>inertia | Box<br>Filter<br>Dust bag | [see original] |
| Electrical | Statically<br>charged<br>surface | | [see original] |
| Chemical | Cohesion/<br>Adhesion | Plasticine<br>Wax | |

+ = Good
o = Average
- = Poor

*It must be taken into account, when collecting the shaver dust, that the smallest dust particles have a particle size of 20 µm. The decision as to which solution variant is more appropriate depends on the selection of the transportation solution variant. Only a box, filter or dust bag seem attainable.*

B005237

2.3.5  Solution Variants of the Individual Functions

Assessment of the Individual Functions

Deactivate cleaning
station

| | | |
|---|---|---|
| Mechanical | Translatory | Switch |
| | Rotating | Rotary switch |
| Optical | Photoelectric beam | |
| | IR sensor | |

Here, as well, a distinction must be made as to whether deactivation should occur automatically by removing the shaver, or manually; this depends on the overall concept.

In case of an optical embodiment, deactivation is possible by means of dust control: If only a certain number of shaver dust particles per unit volume (ppm) is still available, then the cleaning station automatically switches off.

B005238

einfach = simple
kombiniert = combined

konzept = concept
technisch zu aufwendig = technically too expensive
translatorisch = translatory
tech. nicht möglich = technically impossible
rotarisch nicht sinnvoll = rotationally not worthwhile
nicht sinnvoll = not worthwhile
techn. aufwendig = technically costly

[remainder of text cut off]

B005239

Note on 2.5.1 through 2.5.10:

*The following 10 brush concepts are roughly sketched out and described with meaningful concept-specific notes. A valuation of all concepts may be found on Page 31.*

2.5.1 Brush Concept 1

Three small radial brushes; rotating blade block

[see original]

SHAVER            SHAVER

Disadvantages:
- Cutting block turning: additional manual expenditure
- Problems with sealing the housing opening, due to a rotating blade block
- Problems with the rotational directional brushes
- Many individual parts
- Operating noise due to the toothed wheels

Advantages:
- Good cleaning level

B005240

2.5.2  Brush concept 2

Brushes moving up and down

[see original]

SHAVER              SHAVER

Disadvantages:
- Strong mechanical demand on the brushes
- No cleaning - of the underside of the blades
                - of the undercut
                - of the shear chamber bottom
- Change in rotation of the motors in translation of the brushes

B005241

2.5.3  Brush Concept 3

*Electrical toothbrushes as brush drive*

[see original]

Brush movement:

<u>1.)</u>

Braun dc2
Powerdent

<u>2.)</u>
Braun dc1
Powerdent

<u>3.)</u>
Modified
Powerdent
Interplak

SHAVER

Disadvantages:
- Combined drive (1) not convincing in the test
- with transverse movement (2), generally poor cleaning
- with longitudinal movement (3):
    - 4 mm stroke: with electric Powerdent toothbrush: moderate cleaning
    - 12 mm stroke: with modified, electric Interplak toothbrush: improved cleaning
    - longer stroke – better cleaning
- in general, no cleaning
    - of the blade underside
    - of the shear chamber bottom
    - of the undercut

B005242

Brush Concept _____ Page 24 ____

## 2.5.4  Brush Concept 4

Electrical toothbrush as brush drive

[see original]

SHAVER                    <u>In the test</u>:

                          Braun dcl
                          Powerdent

Swinging

Disadvantages:
- No cleaning:
          - of the blade underside
          - of the shear chamber bottom
          - of the undercut

B005243

2.5.5  Brush Concept 5

Inter-plaque system:     10 individual, rotating brushes are driven by an
                         oscillating rack and pinion. The displacement of the
                         rack and pinion is so great that the brushes reverse
                         their rotational direction every 1.5 revolutions. This
                         prevents buckling.
                         This principle is patented.
                         The individual brushes have a diameter of 2 mm, and
                         consist of individual bristles of a diameter of 0.15 mm.
                         The brush distance amounts to 4 mm and the length
                         to 10 mm.

[see original]

[1]
SHAVER
[2]
BRISTLES
        RACK AND PINION
        TOOTHED WHEELS

Disadvantages:
With original bristles no cleaning:
        - of the blade underside
        - of the shear chamber bottom
        - of the undercut
- with non-oscillating rotation, the 10 mm long original blades buckle out
- 25 mm long, individual brushes (cleaning depth of the shaver body) buckle out
and have difficulties in rotation between the blades: no cleaning:
                         - of the blade underside
                         - of the shaver base
- many individual parts such as:
                - brushes
                - toothed wheels
                - rack and pinion
- Conversion of rotation of the motor in oscillating translation of the rack and
pinion; subsequently in oscillating rotation of the brushes

Advantages:
- Very good cleaning between the blades
- Bristles do not become entangled in shear foil
- Individual brushes clean dirty corners in the shear blade

                                                                    B005244

2.5.6  Brush Concept 6

Brush band with wiper

[see original]

COLLECTION                SHAVER      WIPER

Disadvantages:
- No cleaning:        - of the blade underside
                      - of the shear chamber bottoms
                      - only one blade side, depending on rotational direction
- Expensive manufacture of the brush band

Advantages:
- Possibly no suction necessary

B005245

## 2.5.7  Brush Concept 7

Two rotating contour brushes:     - long bristles for shaver base
                                  - short bristles for blades

[see original]

SHAVER                    SHAVER

Disadvantages:
        - contour brushes are more expensive than straight brushes
        - long bristles do not buckle under the blade to clean the shaver base
        - no cleaning of the blade underside
        - many individual parts, such as:  - brushes
                                           - toothed wheels
- With a high rotational speed, considerable running noise caused by toothed wheels can be expected
- Construction size too large with the use of long bristles only

Advantages:
- good cleaning between the blades
- no reversal of rotational direction of the motor necessary → advantage with the eventual integration of a suction device, see Page 38 "Criticism and Prospects" under "Fan Impeller."
- usable with one hand
- with the use of long bristles only very good cleaning in all areas

B005246

2.5.8  Brush concept 8


Rotating brushes with additional translator XXX movement

[see original]

SHAVER               SHAVER

Disadvantages:
- For each movement a motor is necessary
- Depending on the rotational direction of the brushes, cleaning on only one blade side

Advantages:
- One side of the shaver is cleaned well with long bristles
- No reversal of rotational direction of the motor necessary → advantage with the possible integration of a suction device, see Page 38 "Criticism and Prospects" under "Fan Impeller."


B005247

2.5.9  Brush Concept 9

Rotating brush with additional, manual rotation of the shaver

[see original]

SHAVER                          SHAVER

Disadvantages:
- Sealing problems
- Severe strain on the bristles, due to the rotation of the shaver

Advantages:
- No reversal in rotational direction of the motor necessary ➔ advantage with the possible integration of a suction device, see Page 38, "Criticism and Prospects" under "Fan Impeller."

B005248

2.5.9.1     Brush Concept 10

Brush with reversal of rotational direction

[see original]

SHAVER

for t = x s in each direction

Disadvantages:
- Motor must be able to change rotational direction
- Problems with the possible integration of a suction device, due to the rotational direction of the fan impeller

Advantages:
- May be operated with one hand
- With long bristles very good cleaning in all areas
- Acceptable construction size, even with long bristles
- is selected, see Table on Page 31

B005249

2.5  Assessment of the Brush Concepts

An assessment of the brush concepts is performed with + = good, o = average and - = poor, with the focus on the cleaning level. The sealing of the housing, as well as the rotational direction of the blades are associated with manufacturing expense. The construction expense is of a subordinate role, as long as realization is possible.

[see original]

| Brush concept | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Criterion | | | | | | | | | | |
| Cleaning level/ | | | | | | | | | | |
| Shaver base | | | | | | | | | | |
| Blade block | | | | | | | | | | |
| Shear blade | | | | | | | | | | |
| Blade block underside | | | | [see original] | | | | | | |
| Manufacturing expense | | | | | | | | | | |
| Rotational direction | | | | | | | | | | |
| Sealing of housing | | | | | | | | | | |
| Service life | | | | | | | | | | |
| Construction expense | | | | | | | | | | |

! No rotation, but expensive, oscillating translation

Selected

Concept 10 is pursued, due to its good cleaning effect, low construction and manufacturing expense, lack of sealing problems, average service life (capable of improvement), as well as rotational direction problems.
Concepts 2, 3, 4, 5, 6 + 8 must be excluded, because only poor cleaning is possible in various areas.
    Concepts 1, 7 + 9 may be pursued, with restrictions. Refer to Disadvantages under 2.6.1, 2.6.7 + 2.6.9.

B005250

Kinds of Bristles            Page 32

[see original]

| Brushes \ Shaver | Bristle length 10 | | | Bristle length 30 | | | Bristle length 50 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Hard bristles | hard | soft bristles | Hard | Hard bristles | hard | soft bristles | Hard | Hard bristles | hard | soft bristles | Hard |
| Undercut | | | | | | | | | | |
| Shaver base | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

+ = good, o= average and -= poor

B005251

2.8    Bristle Selection

Available bristles:

| | Diameter (mm) | Active material |
|---|---|---|
| Individual fibers | [see original] | Nylon |
| | | Nylon |
| | | Nylon |
| | | Nylon |
| Tiny brushes | | Pig bristles |
| Washing brushes | | Nylon |
| Oral B toothbrushes | | Nylon |
| Bottle brushes, Company: Topp Frankfurt | | Pig bristles |
| Small cleaning brushes from the shaver | | Nylon |

All available bristle and brush types were used for the preliminary trials. Even in the brush concepts, some types can be excluded (Page 31).

Following the assessment of the kinds of bristles for their cleaning effect under 2.7 on Page 32 and the requirement of a 90% cleaning level, only radial brushes with soft bristles of 30-50 mm in length still come into question. To select an appropriate brush in this first step, a visual estimate of the cleaning level is sufficient. The further trials refer to double-row, linear brushes that can be manufactured without great expense with nylon bristles available in the plant. A stroboscope lamp is used to observe the entanglement and buckling process of the bristles between and among the blades, as well as in the undercuts.

B005252

<u>Test and Assessment of the Selected Brush</u>                    <u>Page 34</u>

## 3.0    Test and Assessment of the Selected Brush

| i | | | 1 | 1 | 1 | | |
|---|---|---|---|---|---|---|---|
| 1<br>2<br>3 | Before<br>shaving | Complete shaver,<br>Shaver    w/out    shear<br>blade,<br>Shear blade | | | | | |
| 4<br>5<br>6 | After<br>shaving | Complete shaver,<br>Shaver    w/out    shear<br>blade,<br>Shear blade | | | | | |
| 7<br>8<br>9 | Bristle diameter (mm)<br>Bristle diameter (mm)<br>Revolutions (min$^{-1}$) | | | | | | |
| 10<br>11<br>12 | Cleaning<br>level<br>without | | | | [see original] | | |
| 13<br>14<br>15 | housing:<br>brush<br>only | | | | | | |
| 16<br>17<br>18 | | | | | | | |
| 19<br>20<br>21 | Shaver<br>dust | | | | | | |

1) Complete shaver 2) Shaver without shear blade 3) Shear blade

Table 3.0

Note: the required cleaning level of 90%, or rather, the removal of the dust within the system boundary of the shaver is achieved. Double-row, linear brushes with *96 mm long bristles are appropriate for a cleaning station.*

The cleaning level achieved is above 95% (rows 12,15,18).

The individual function "Removing Shaver Dust" is thus fulfilled.

B005253

Test and Assessment of the Selected Brush                    Page 35

3.1     Test and Assessment of LV1t      [see original]

| i | | Age of beard | 1 | 1 | 1 | |
|---|---|---|---|---|---|---|
| 1 | Before | Complete shaver, | | | | |
| 2 | shaving | Shaver w/out shear blade, | | | | |
| 3 | | Shear blade | | | | |
| 4 | After | Complete shaver, | | | | |
| 5 | shaving | Shaver w/out shear blade, | | | | |
| 6 | | Shear blade | | | | |
| 7 | Bristle diameter (mm) | | | | | |
| 8 | Bristle diameter (mm) | | | | | |
| 9 | Revolutions (min$^{-1}$) | | | | | |
| 10 | Cleaning | | | | | |
| 11 | level | | | | | |
| 12 | without | | [see original] | | | |
| 13 | housing: | | | | | |
| 14 | brush | | | | | |
| 15 | only | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19, 20, 21 | | Before shaving m (g) | | | | |
| 22, 23, 24, 25, 26, | Can | After shaving M (g) | | | | |
| 27, 28, 29 | Shaver dust | | | | | |

1) Complete shaver 2) Shaver without shear blade 3) Shear blade

Table 3.1

With regard to LV1t under 2.3.4 "Collecting Shaver Dust," it is examined here as to whether a simple collection box collects, as per requirements (only 10% of the removed dust may escape externally).

A collection box without suction does not guarantee the requirement that 90% of the dust removed from the shaver be collected within the system boundary. See Row 26 (percent shaver dust volume within the system boundary).

LV2t must be tested and assessed.

B005254

Sketch of Elementary Model (LV2t) _____  Page 36 ____

[see original]

1.    released on

     [illegible]

     free measurement tolerances
     date name
     [illegible]

     **BRAUN**

     active agent [illegible]
     ELEMENTARY MODEL FOR LV2t
     CLEANING STATION

     measurement
     reduced in size

2.    We reserve all rights for this [illegible].
3.    Top view
4.    Opening for shaver
5.    Front view
6.    Motor space
7.    Motor
8.    Handheld vacuum
9.    Shaver
10.   Opening for suction
11.   Dust
     Dust filter
     Handheld vacuum nozzle
12.   Introduce shaver
13.   Shaver
14.   Brush: [illegible]
15.   Pass volume [illegible]

B005255

3.3    Test and Assessment of Elementary Model of LV2t, with varying bristle
       thickness and rotational speed

3.3    Contrast
*hand cleaning / cleaning station*

[see original]
1.    Cleaning level (%)
2.    Complete shaver
      Shaver without shear blade
      Shear blade
3.    Hand cleaning
      Cleaning station

Fig. 3.3 shows that the cleaning station achieves the same overall cleaning level
as the manual cleaning under 1.3 on Page 8. The shaver body with blade block
*is somewhat worse, while the shear blade is cleaned significantly more*
thoroughly. It emerges from Tables A-11 through A-14 that as bristle diameter
increases, the rotational speed of the brushes can be increased without the
bristles buckling sideways or wrapping around the rotational axis. This is, in
principle, advantageous, since the cleaning time is shortened for the same
cleaning level. The average amount of shaver dust within the system boundary of
the cleaning station is around 81%. A part of the waste is determined by the
static charging of hairs and the plastic housing.
The rotational direction of the motor is changed by polar reversal on the net
device.
Suction occurs by means of a hand vacuum customary to the trade, modified on
*the suction tube, because it offered the fastest solution. Suction performance can*
be detected with a rotating brush on the feed opening. Loose dust from the
shaver / shear blade can be suctioned off at the opening.

B005256

Criticism and Prospects

## 4.1    Brushes

The bristles bend into an S-shape during rotation, due to the wind resistance. Therefore, the tips of the brushes run on a smaller, divided circle diameter. The overall diameter of the brush can therefore be designed approx 1-2 mm larger than the interior diameter of the housing. If the bristles are longer, then any excess length will split off by striking the housing openings. This can possibly have a positive effect on the cleaning procedure. It can be investigated in a long-term test as to whether the splitting off of the bristles only occurs on excess length and is not critical.

Since the type of brush—a double-row, linear brush with 96 mm bristle length and 0.20 mm bristle diameter—has been well preserved, the company, Mink Bürsten in Göppingen was commissioned with manufacturing a sample brush according to the sketch on Page 43. Results with the brush cannot be documented here any further, due to time constraints.

## 4.2 Housing:

The housing diameter can likely be reduced from 94 mm to 80 - 85 mm (construction size). For the first elementary models, only Plexiglass tubes of 67 mm and 94 mm in diameter were available. The 67-mm tube proved to be too small, since even at rotational speeds of 800 $min^{-1}$ (depending on bristle thickness), the bristles wrapped around their own axis.

In the 94 mm housing, the brush can be loaded up to 4,000 $min^{-1}$.

## 4.3 Shaver

The swiveling shaver head may not clamp down on one of the dead points, so that the removal of the shaver is guaranteed.

B005257

4.4    Drive:

A significant improvement of LV2t on Page 36 is the drive of the fan impeller and brush with only one motor, as in Concept 1. Construction size is considerably reduced. With the aid of a gear, it is possible for the brush and fan impeller to use the rotational speed optimally. Running noises are to be expected.

The housing is divided horizontally at the height of the rotational axis of the brush.
It is possible to design the top part of the housing to be compatible with various types of shavers. The area of the feed opening should be funnel-shaped, so that the loose dust falling out when the shear blade is removed can be collected within the system boundary.


4.5    Fan Impeller:

There are two conceivable types of fan impeller:

1) Blades bending backwards:    Maximum    suction    performance    in    one direction; in the other direction, less than with 2).

2) Straight blades;    In both directions, lower suction performance than with 1) as a maximum.

If one uses Fan Impeller 1, it first spins in the direction of the least suction performance, then is reversed for full suction.
With Fan Impeller 2, one has constant suction performance over the entire cycle.

B005258

4. 6    Alternative:

In Concept 2, the brushes, ventilator wheel and motor are arranged on a single axis. One gear is missing. The problems lie in the coordination of rotational speed, since differing circumferential speeds are ideal for brushes and fan impellers. A cassette may be inserted to collect the dust.


4.7    Insertion of the shear blade

In the trials to determine the cleaning level of the cleaning station, the shear blade was kept in the supply opening of the shaver. The soft, fast-rotating brush did not represent any hazard to fingers or the shear blade. The cleaning level lies on average at 96%. In the interior corner in the shear blade, in the dead points of the oscillating blade movement, the hardest to remove dirt is found. The insertion of the shear blade must occur in a certain corner against the brush, so that the brush tips can reach into the corners. The housing of a functional model should make possible a concurrent insertion and cleaning of the shaver body and shear blade. The shear blade must, since it has become dirty at both ends, either be inserted sideways or turned within the housing. Turning within the housing is technically costly and can reduce the useful life of the brush.
The smallest expense represents an opening in the housing, in which the shear blade is manually attached during the brush run. Since the brush in the elementary model changes rotational direction, both corners in the shear blade are cleaned. It remains to be determined in trials as to how much dust can possibly escape outside the system boundary through the shear blade opening.

In experiments, traces of very fine, white dust, were detected, which is the minimum abrasion of the bristles on the shear blade. This could only be seen on the black shear blade frame.

B005259

[see original]

1.   [illegible]
2.   Introduce shaver
3.   lid compatible for other shavers
4.   shaver dust
5.   dust filter
6.   dust box with filter, for exchange, for rinsing
7.   change
8.   park position, shaver for charging
9.   Johnson motor [illegible]
10.  Motor control
11.  attach for brushing
12.  Brush [illegible]
13.  opening for suctioning
14.  dust [illegible] / dust
15.  Fan impeller: 10,000 $min^{-1}$
     -   straight blades, lower suction performance
     -   backward-bending blades
             → first rotational direction worse
             → second rotational direction better
16.
     released on

     [illegible]

     free measurement tolerances
     date name
     [illegible]


     active agent [illegible]
     CONCEPT I

B005260

[see original]

1.  Introduce shaver
2.  table device
3.  housing top part compatible for other [illegible] shavers
4.  folds open to change brush
5.  dust cassette for changing!
6.  park position, shaver for charging
7.  Johnson motor 4,000 – 10,000 $min^{-1}$ depending on brush
8.  motor control
9.  fan impeller, problematic as in Concept 1
10. suction channel
11. [illegible]
12. dust collection
13. introduce shaver
14. brush holder
15. rough filter (when changing cassette, no dust must get into the brush chamber
16. released on

[illegible]

free measurement tolerances
date name
[illegible]


active agent [illegible]
CONCEPT 2

B005261

Sketch of brush                                    Page 43

[see original]

1.    To Mr. Steinbrunner
2.    HOUSING
3.    for motor axis
4.    [illegible]

| | |
|---|---|
| Type: _double-row, linear [illegible]_<br>Body material:          }_PVC_<br>Shaft (tube) material:    }<br>Total ø (tolerance): _72 + 96_<br>E Core ø: _8 – 9_<br>C Total length (tolerance): _61_<br>B Roll length: _56_<br>A Working width over brush: _54_<br>Working width: _as discussed_<br>D Pivot ø: $d_1$    $d_g$ _4_<br>(tolerance) $l_1$    $l_g$ _5_<br>feather n. DIN 6885 Bl. 1: _B_<br>        [illegible]<br>Shaft (tube) ø $d_2$<br>Distance from outside a: _as discussed_ | Bristle material: _nylon_<br>Bristle color: _black_<br>Bristle ø: _+ 0.20_<br>LA: _as discussed_<br>Reaming on the circumference: _as discussed_<br>Bundle hole ø: [illegible], _if possible._<br>Punching thread: naked wire.<br>galvanized V2A, V4A<br>Temperature set at:                °C<br>Chemical resistance to:<br>Rotational speed min$^{-1}$: _as high as possible_<br>Balancing: yes/no stat./ dyn.<br>Intended use: _as discussed_ |

| With the request for an offer KW22; delivery, if necessary KW 23. | | |
|---|---|---|
| Art. No.<br>_Mr. Zeischke_<br>_T-EF1_<br>_Braun AG_<br>_6242 Kronberg_<br>_Fax: 06173 / 302440_<br>[illegible] | Date [illegible]<br>Processed _23.5 [illegible]_<br>Tested<br>Standard | Measurement  K. No.<br>Customer _Braun AG / T-EF1_<br>Mink Bürsten<br><br>_Brushes for cleaning station_<br>[illegible] |

B005262

Manual Shaver Cleaning _____    Page A – 1 __

**Clean the device after each shave**

All stubble that the device has shaved off is found in the shaver head after shaving. It is worthwhile to remove it each time directly following shaving and not to wait until the device is really dirty or even its performance is reduced. How do you clean a shear foil shaver?

- Place the protective cover on the shaver head, so that nothing can happen to the foil,
- Pull back the shaving head,
- Tap or blow the stubble out,            [see original]
- Using the small brush that comes with your device, clean the blade block. Never use the small brush to clean the shear foil - it could be damaged!
- Let the device run without the shaving head for 2-3 seconds – This shakes any remaining stubble out.

- Using special cleaning sprays available in a specialized store, you can clean your device once a week more thoroughly. These sprays also dissolve any sebum residue from the cutting edges of the blade block and/or blade.
- If you do not use any spray, it is recommended that a more thorough cleaning be performed with a fat-dissolving liquid every one or two months.

Source: Braun Nathan International, Page 27

B005263

Manual Shaver Cleaning _____ Page A – 2

**BRAUN**

SHAVER SYSTEM

FREQUENCY OF SHAVER HEAD CLEANING          (IN %)

| METHOD | AFTER EACH SHAVE | 2 – 3 TIMES PER WEEK | WEEKLY | MONTHLY | SELDOM |
|---|---|---|---|---|---|
| BLOWING | 43 | 12 | 10 | 2 | 1 |
| TAPPING | 37 | 9 | 9 | 2 | - |
| BRUSHING | 26 | 10 | 32 | 10 | 5 |
| SHAKING | 10 | 7 | 6 | 5 | 3 |

SOME ITEMS ARE MENTIONED MORE THAN ONCE

Fig. A – 2

Source:     Market research 1982 by BRAUN
            Users of Braun devices in Germany

B005264

Manual Shaver Cleaning _____     Page A – 3

_____     **BRAUN** _____

SHAVER SYSTEM _____

METHODS OF SHAVER HEAD CLEANING

| | | | |
|---|---|---|---|
| • BRUSHING OFF | 29% | | HERE, ONLY LOOSE |
| • BLOWING OFF | 24 | | HAIR DUST IS |
| • TAPPING OFF | 21 | } | REMOVED |
| • SHAKING OFF | 11 | | |
| | | | |
| • CLEANING LIQUID | 9 | | BRUSHING OFF |
| • OTHER LIQUID | 5 | } | IS ALSO |
| • CLEANING SPRAY | 1 | | NECESSARY |
| | 100% | | |

Fig. A – 3

Source:     Market research 1982 by BRAUN
            Users of Braun devices in Germany

B005265

Manual Shaver Cleaning _____    Page A – 5

                                                        **BRAUN**

SHAVER SYSTEM _____

GENERAL SATISFACTION WITH SHAVER HEAD CLEANING

- VERY SATISFIED                    ~ 40%
- LARGELY SATISFIED                 ~ 41
- MORE OR LESS SATISFIED            ~ 13
- NOT VERY SATISFIED                ~ 4
- NOT AT ALL SATISFIED              ~ 2
                                    ‾‾‾‾‾‾‾
                                    ~ 100%

Fig. A – 4

Source:    Market research 1982 by BRAUN
           Users of Braun devices in Germany

B005266

A – 5.1        Characteristics of Shaver Dust

General size:

Hair density:        1.34 g / cm$^3$ $\pm$ 0.02 g / cm$^3$

Hair growth:         0.38 mm / day $\pm$ 20%

Hair thickness:      140 µm $\pm$ 30 µm

Number / surface:    50 / cm$^2$        Σ30… 90 / cm$^2$

Shaver-related sizes:

Shaver surface:      310 cm$^2$ $\pm$ 57 cm$^2$

Particle size:       20 µm

Mass / day:          ø 45 mg.; max. 74 mg.

Refer to Fig. A – 5 and Fig. A -- 6

[see original]

Fig. A – 5.2   Shaver dust of hairs, skin and sebum
Image taken with a camera microscope with 37.2X magnification

B005267

Shaver Dust Analysis _____ Page A – 6

[see original]

Beard hair cut by oscillation, under the scanning electron microscope (without skin and sebum)

Source: REM, Braun

B005268

[see original for figures]

| i | Beard age | |
|---|---|---|
| 1 | before shaving | complete shaver |
| 2 | | shaver without shear blade |
| 3 | | shear blade |
| 4 | after shaving | complete shaver |
| 5 | | shaver without shear blade |
| 6 | | shear blade |
| 7 | loose dust | complete shaver |
| 8 | | shaver without shear blade |
| 9 | | shear blade |
| 10-18 | Cleaning: Switch on shaver, tap out shear blade | |
| 19-27 | Cleaning with small brush | |
| 28-36 | Thorough cleaning with small brush | |
| 37-42 | Shaver dust | total |
| 43-46 | Waste | outside shaver |
| | | inside shaver |

1) Complete shaver, 2) Shaver without shear blade, 3) shear blade

Table A - 7

B005269


Observed Measurements of Shaver Cleaning                    Page A – 8

[see original for figures]

| i | Beard age | |
|---|---|---|
| 1 | before shaving | complete shaver |
| 2 | | shaver without shear blade |
| 3 | | shear blade |
| 4 | after shaving | complete shaver |
| 5 | | shaver without shear blade |
| 6 | | shear blade |
| 7 | loose dust | complete shaver |
| 8 | | shaver without shear blade |
| 9 | | shear blade |
| 10-18 | Cleaning: Switch on shaver, tap out shear blade | |
| 19-27 | Cleaning with small brush | |
| 28-36 | Thorough cleaning with small brush | |
| 37-42 | Shaver dust | total |
| 43-46 | Waste | outside shaver |
| | | inside shaver |

1) Complete shaver, 2) Shaver without shear blade, 3) shear blade

Table A - 8

B005270

Observed Measurements of Shaver Cleaning          Page A – 9.

[see original for figures]

| i | Beard age | |
|---|---|---|
| 1 | before shaving | complete shaver |
| 2 | | shaver without shear blade |
| 3 | | shear blade |
| 4 | after shaving | complete shaver |
| 5 | | shaver without shear blade |
| 6 | | shear blade |
| 7 | loose dust | complete shaver |
| 8 | | shaver without shear blade |
| 9 | | shear blade |
| 10-18 | Cleaning: Switch on shaver, tap out shear blade | |
| 19-27 | Cleaning with small brush | |
| 28-36 | Thorough cleaning with small brush | |
| 37-42 | Shaver dust | total |
| 43-46 | Waste | outside shaver |
| | | inside shaver |

1) Complete shaver, 2) Shaver without shear blade, 3) shear blade

Table A - 9

B005271

Observed Measurements of Shaver Cleaning                    Page A – 10


[see original for figures]

| i | Beard age | |
|---|---|---|
| 1 | before shaving | complete shaver |
| 2 | | shaver without shear blade |
| 3 | | shear blade |
| 4 | after shaving | complete shaver |
| 5 | | shaver without shear blade |
| 6 | | shear blade |
| 7 | loose dust | complete shaver |
| 8 | | shaver without shear blade |
| 9 | | shear blade |
| 10-18 | Cleaning: Switch on shaver, tap out shear blade | |
| 19-27 | Cleaning with small brush | |
| 28-36 | Thorough cleaning with small brush | |
| 37-42 | Shaver dust | total |
| 43-46 | Waste | outside shaver |
| | | *inside shaver* |


1) Complete shaver, 2) Shaver without shear blade, 3) shear blade

Table A - 10

B005272

Observed Measurements of Shaver Cleaning _____ Page A – 11

[see original for figures]

| i | Number of shaves | |
|---|---|---|
| ii | Beard age | |
| 1 | *Before shaving* | *complete shaver* |
| 2 | | shaver without shear blade |
| 3 | | shear blade |
| 4 | After shaving | complete shaver |
| 5 | | shaver without shear blade |
| 6 | | shear blade |
| 7 | Bristle diameter (mm) | |
| 8 | Brush diameter (mm) | |
| 9 | Revolutions (min$^{-1}$) | |
| 10-18 | Cleaning station with suction | |
| 19-21 | Handheld vacuum | before shaving |
| 22-26 | nozzle | after shaving |
| 27-29 | Shaver dust | |

1) Complete shaver, 2) Shaver without shear blade, 3) shear blade

Table A – 11

Note:
Cleaning station sealed between housing and suction tube.

B005273

<u>Observed Measurements of Shaver Cleaning</u>                    <u>Page A – 12</u>

[see original for figures]

| | | |
|---|---|---|
| i | Number of shaves | |
| i | Beard age | |
| 1 | Before shaving | complete shaver |
| 2 | | shaver without shear blade |
| 3 | | shear blade |
| 4 | After shaving | complete shaver |
| 5 | | shaver without shear blade |
| 6 | | shear blade |
| 7 | Bristle diameter (mm) | |
| 8 | Brush diameter (mm) | |
| 9 | Revolutions (min$^{-1}$) | |
| 10-18 | Cleaning station with suction | |
| 19-21 | Handheld vacuum | before shaving |
| 22-26 | nozzle | after shaving |
| 27-29 | Shaver dust | |

1) Complete shaver, 2) Shaver without shear blade, 3) shear blade

Table A – 12

Note:
Cleaning station sealed between housing and suction tube.

B005274

Observed Measurements of Shaver Cleaning _____ Page A – 13

[see original for figures]

| | | |
|---|---|---|
| i | Number of shaves | |
| i | Beard age | |
| 1 | Before shaving | complete shaver |
| 2 | | shaver without shear blade |
| 3 | | shear blade |
| 4 | After shaving | complete shaver |
| 5 | | shaver without shear blade |
| 6 | | shear blade |
| 7 | Bristle diameter (mm) | |
| 8 | Brush diameter (mm) | |
| 9 | Revolutions ($min^{-1}$) | |
| 10-18 | Cleaning station with suction | |
| 19-21 | Handheld vacuum | before shaving |
| 22-26 | nozzle | after shaving |
| 27-29 | Shaver dust | |

1) Complete shaver, 2) Shaver without shear blade, 3) shear blade

Table A – 13

Note:
Cleaning station sealed between housing and suction tube.

B005275

Observed Measurements of Shaver Cleaning _____     Page A – 14

[see original for figures]

| | | |
|---|---|---|
| i | Number of shaves | |
| i | Beard age | |
| 1 | Before shaving | complete shaver |
| 2 | | shaver without shear blade |
| 3 | | shear blade |
| 4 | After shaving | complete shaver |
| 5 | | shaver without shear blade |
| 6 | | shear blade |
| 7 | Bristle diameter (mm) | |
| 8 | Brush diameter (mm) | |
| 9 | Revolutions (min$^{-1}$) | |
| 10-18 | Cleaning station with suction | |
| 19-21 | Handheld vacuum | before shaving |
| 22-26 | nozzle | after shaving |
| 27-29 | Shaver dust | |

1) Complete shaver, 2) Shaver without shear blade, 3) shear blade

Table A – 14

Note:
Cleaning station sealed between housing and suction tube.

B005276

A – 15    List of References

| Pahl / Beitz | Construction elements; Berlin, $1986^2$ |
| Würtemberger, G. | Book of Tables on Metal: Wuppertal, $1986^{3\,5}$ |
| Braun Nathan | |
| International | Modern Dry Shaving; Munich, 1983 |

Patent Dept.      Braun AG
REM Dept.         Braun AG
Documentation     Braun AG


Dr. Jung, Engineer; Braun AG
Mr. Klauer; Braun AG
Mr. Jung; Braun AG
Mr. Steinbrunner; at the company Mink Bürsten

B005277