# EXHIBIT
# 39B

# Entwicklung
## einer
# Reinigungsstation
## für
# Elektrorasierer

Dem Fachbereich für Feinwerktechnik und
Ingenieurinformatik der Fachhochschule
Frankfurt am Main vorgelegte Diplomarbeit
von Stefan Zeischke.

Erstellt in Zusammenarbeit mit der

Braun AG,Kronberg.

Braun v. Rayovac

Exhibit 16

B005220

Erklärung _____    Seite  2


**Erklärung:**

Hiermit versichere ich, daß die dem Referenten Herrn Prof. Dr.
Völker übergebene Diplomarbeit mit dem Thema:


**Entwicklung**

**einer**

**Reinigungsstation für Elektrorasierer**

von mir eigenständig und ohne fremde Hilfe durch Personen oder
Institute angefertigt wurde.
Soweit ich bei der Ausarbeitung meiner Diplomarbeit auf Quellen
zurückgegriffen habe, sind diese im Quellenverzeichnis auf Seite
A-15 vollständig angegeben.


Kronberg, am 14.06.1991            _Stefan Zeiselt_


B005221

**Vorwort**

Die nachstehende Diplomarbeit entstand in Zusammenarbeit mit der

**Braun AG in Kronberg.**

Ich bedanke mich bei den Mitarbeitern der Braun AG, die mich
freundlich bei der Beschaffung von Informationen und Unterlagen
unterstützt haben.

Besonderer Dank gilt Herrn Dr. -Ing. Jung für die mir entgegen-
gebrachte Unterstützung bei Braun und Herrn Prof. Dr. Völker
für die sorgfältige Betreuung meiner Arbeit an der
Fachhochschule Frankfurt am Main.

B005222

# Inhaltsverzeichnis

Seite

1.0   Zusammenfassung.....................................5
1.1   Problemformulierung.................................6
1.2   Stand der Technik...................................7
1.3   Vorgehensweise bei einer alltäglichen manuellen
      Rasiererreinigung...................................8
1.4   Verteilung des Rasierstaubes am Rasierer............9
1.5   Wann ist eine Reinigungsstation sinnvoll?...........9
1.6   Reinigungsbereiche.................................10
1.7   Reinigungsgrad manueller Reinigungen...............11
1.8   Anforderungsliste...............................12/13


2.0   Methodische Lösungssuche
2.1   Funktionsstruktur Reinigungsstation................14
2.2   Bestimmung der Aufnahmekapazität an Rasierstaub....15
2.3   Einzelfunktionen - Lösungsvarianten mit Bewertung
2.3.1                    -Aktivierung...................15
2.3.2                    -Entfernen.....................16
2.3.3                    -Transportieren................17
2.3.4                    -Sammeln.......................18
2.3.5                    -Inaktivieren..................19
2.4   Bürstenarten\Bewegungsarten........................20
2.5   Bürstenkonzepte 2.5.1-2.5.10....................21/30
2.6   Bewertung der Bürstenkonzepte 2.5.1-2.5.10.........31
2.7   Bewertung Borstenarten\-längen auf Reinigungswirkung..32
2.8   Borstenauswahl.....................................33


3.0   Test und Bewertung der gewählten Bürste............34
3.1   Test und Bewertung LV1t............................35
3.2   Skizze Prinzipmuster LV2t..........................36
3.3   Test und Bewertung Prinzipmuster unter Variation
      von Borstendicke und Drehzahl......................37


4.0   Kritik und Ausblick.............................38/40
4.1   Skizzen.........................................41/43


5.0   Anhang          -manuelle Rasiererreinigung........A1-A4
                      -Rasierstaubanalyse...............A5-A6
                      -Meßwerte manuelle Reinigung......A7-A10
                      -Meßwerte Reinigungsstation......A11-A14
                      -Quellenverzeichnis................A15

B005223

## 1.0      Zusammenfassung

Es wurde ein Prinzipmuster einer Reinigungsstation entwickelt,
mit dem die Scherteile des Braun Flex- Control 6013 innerhalb
von 15 s auf einen Reinigungsgrad von im Mittel 93% gereinigt
werden. Scherkopf mit Klingenblock und Scherblatt werden nach-
einander in ein zylindrisches Gehäuse zugeführt in dem eine
zweireihige Linearbürste mit 3200 min$^{-1}$ rotiert.
Die Drehrichtung der Bürste wechselt nach 5 s, um die zweite
Klingenblockseite zu reinigen.
Der mit der Bürste entfernte Rasierstaub wird durch eine Öffnung
am Umfang des Gehäuses mit einem Gebläse abgesaugt und in einer
Staubkammer gesammelt, die sich vor dem mit 10000 min$^{-1}$ dre-
henden Lüfterrad und dem Staubfilter befindet.
Dieses Ergebnis ergab sich aus der systematischen Gegenüberstel-
lung und Bewertung von Lösungsvarianten innerhalb der jeweiligen
Entwicklungsstufe.
Diese Ausarbeitung ist eine Basis für weiterführende Arbeiten.



Bild 1.0 Prinzipmuster Reinigungsstation

B005224

## 1.1    Problemformulierung

Für einen vorhandenen Elektrorasierer Braun Flex- Control 6013
ist eine kostengünstige Reinigungsstation zu entwickeln, mit der
die Scherteile nach der täglichen Rasur schnell und einfach ge-
reinigt werden können.
Die Benutzer von Elektrorasierern reinigen ihren Rasierer nach
jeder Rasur, aber nur 29% mit dem zugehörigen Reinigungsbürst-
chen. 56% reinigen durch Wegblasen, Abklopfen oder Abrütteln
ihren Rasierer, was zur Bildung einer Schicht auf den Messern
führt (vergleiche Seiten A2-A4).
Der Rasierer sollte nach jeder Rasur gereinigt werden (siehe
Seite A-1), da sich beim Rasieren Haut, Talg und Barthaare
an den Messern ablagern. Wenn diese Schicht nicht regelmäßig
entfernt wird, mindert sich die Schnittleistung des Rasierers
in Abhängigkeit von der Schichtdicke und -härte.
Nach der täglichen Rasur läßt sich der Hauttalg noch leicht mit
einer Bürste von den Messern entfernen, da er nicht ausgehärtet
ist. Wird das Messer längere Zeit nicht vom Hauttalg gereinigt,
verhärtet der Hauttalg durch die Reibungswärme, die zwischen
Messerblock und Scherblatt entsteht. Der Hauttalg läßt sich nur
noch unter großem Aufwand entfernen.
Die Reinigungsstation soll die Rasiererreinigung komfortabel ge-
stalten. Außerdem wird die Hygiene gesteigert und die Reini-
gungszeit durch den Wegfall der Reinigung des Waschbeckens vom
Rasierstaub wesentlich verkürzt.



Bild 1.1 Black- Box- Darstellung                        B005225

## 1.2      Stand der Technik

Das Thema Reinigung von Elektrorasierapparaten ist schon so alt
wie der Elektrorasierer selbst. Die Entwicklung von Reinigungs-
hilfen beziehen sich zum einen auf den Rasierer, d.h. Rasierer
mit integrierter oder externer Absaugung, abwaschbare Rasierer,
Rasierer mit Vorrichtungen zum Abschaben des Staubes von den
Messern, etc. und zum anderen auf externe Geräte sogenannte
Rasiererreinigungs- geräte, -vorrichtungen oder -stationen.

Zum Thema Reinigungsstation gibt es einige Schutzrechte. Die
vorgeschlagenen Wirkprinzipien sind unterschiedlicher Art und
reichen von

        - unbeweglichen Bürsten, über denen der eingeschaltete
          Rasierer den Messerblock oszillierend bewegt,
        - einfachen Gebläsen mit Filter,
        - einer rotierenden Radialbürste mit Reinigungsflüssigkeit,
        - einer Rüttelvorrichtung,
        - einem Bürstenband mit Absaugung bis zu
        - seperaten Pinseln mit Absaugung.

Bis heute gibt es keine Reinigungsstationen auf dem Markt.

B005226

| | |
|---|---|
| 8 | Bürstchen aus Schrank holen und ablegen |
| 16 | Scherblattträger abziehen, mehrmals auf Waschbeckenrand aufklopfen und abblasen |
| 18 | Scherblattträger ablegen |
| 20 | Reinigungsbürstchen greifen |
| 26 | Klingenblock mit Bürstchen reinigen |
| 28 | Klingenblock drehen um 90° |
| 34 | Messerkopfgrund mit Bürstchen reinigen |
| 36 | Klingenblock drehen um 90° |
| 42 | 2.te Klingenblockseite mit Bürstchen reinigen |
| 46 | einschalten und abblasen |
| 48 | Bürstchen ablegen |
| 50 | Scherblattträger greifen und aufstecken |
| 52 | Rasierer ablegen |
| 60 | Bürstchen greifen und in Schrank zurücklegen |
| 75 | Waschbecken reinigen |
| 85 | Hände waschen |
| 95 | Hände abtrocknen |

Zeit t [s]

**Bild 1.3 Vorgehensweise bei der alltäglichen manuellen Rasiererreinigung**

B005227

## 1.4    Verteilung des Rasierstaubes am Rasierer

Zur Untersuchung der Verteilung des Rasierstaubes am Rasierer
(Braun Flex-Control) wurde eine fortlaufende Untersuchung an
zahlreichen Probanden und verschiedenen Rasierapparaten durchge-
führt. Es wurde der saubere Rasierapparat vor und sofort nach
der Rasur gewogen, so daß aus der Gewichtsdifferenz die angefal-
lene Rasierstaubmenge ermittelt werden konnte. Die Messung wurde
auf einer Präzisionswaage mit digitaler Auflösung von 1mg durch-
geführt: Genauigkeit ± 1mg. (Meßwerte in Tabellen A-7 bis A-10)
Die Meßabstände jeder Einzelmessung waren kurz, sodaß der Ein-
fluß der Luftfeuchtigkeit vernachlässigt werden kann. Die Aus-
wertung der Relativwerte führt zu den Diagrammen 1.7.1 - 1.7.4
auf Seite 11.
Bei einer üblichen manuellen Rasiererreinigung nach Bild 1.3
auf Seite 8 erreicht man unter dem Zeitaufwand von 95 s einen
Reinigungsgrad beim Rasiererrumpf von 94% und beim Scherblatt
von 80% (vgl. 1.7.2+ 1.7.3). Hinzu kommen noch die Kosten für
das Wasser, welches zum Wegspülen des Rasierstaubes aus dem
Waschbecken aufgewendet wird.

## 1.5    Wann ist eine Reinigungsstation sinnvoll?

Bild 1.7.4 auf Seite 11 zeigt, daß mit zunehmendem Bartalter
relativ immer weniger Rasierstaub im Rasierer verbleibt. Ab
einem Bartalter von 4 Tagen wird mit dem Langhaarschneider vor-
geschnitten und mit dem Kurzhaarsystem fertigrasiert. Die mit
dem Langhaarschneider geschnittenen Haare befinden sich außer-
halb der Systemgrenze Rasierer, also auf Hemd, Waschbecken,
Ablage o.ä..
Bei älteren Bärten heben sich die Vorteile der Station auf, da
die mit dem Langhaarsystem geschnittenen Barthaare nicht inner-
halb die Systemgrenze "Reinigungsstation" gelangen können.

**1.6       Reinigungsbereiche am Rasierer**

**1.6.1    Rasierer ohne Scherblatt**



1     Langhaar-
       schneider

       Klingen-
       block

**1.6.2    Scherblatt**



2     Scherfolie

       Rahmen

3     von oben:

5     innen:

4     Schmutzecken

B005229



B005230

## 1.8     Anforderungsliste

**Geometrie:**

| Forderungen | -Baugröße ähnlich Munddusche |
|---|---|
| | (Bx Hx T 100x 100x 80) |
| | -Aufnahmekapazität Rasierstaub für 100 Rasuren |
| | -exemplarische Lösung für Flex-Control 6013 |
| | -Aufbewahrungskonzept entwickeln |
| | -einfaches Auswechseln von Austauschteilen |
| | -auf leichte Reinigung der Reinigungsstation |
| | achten |
| Wunsch | -Integration : -Wandhalter |
| | -Ladegerät |
| | -kompatibel für andere BAG-Rasierer |

**Energie:**

| Wunsch | -Energieversorgung 220V ; 50Hz, Akku oder |
|---|---|
| | Batterie |

**Werkstoff:**

| Forderungen | -keine Flüssigkeiten zum Reinigen verwenden |
|---|---|
| | -recyclebare Kunststoffe verwenden |

**Sicherheit:**

| Forderungen | -BRAUN- Werknormen beachten (detaillierte |
|---|---|
| | Ausarbeitung der Sicherheits- (VDE) und |
| | Qualitätsanforderungen bezogen auf Kleinge- |
| | räte bzw. Elektrorasierer) |

B005231

<u>Anforderungsliste</u>                                                        <u>Seite  13</u>

**Gebrauch:**

Forderungen     -Geräusch ≤ Rasierer = 60 dBA Schalleistung
                -Lebensdauer mind. 60 h (proportional Benutz-
                 ungsdauer Rasierer mind. 200 h)
                -mind. 90 % vom im Rasierer vorhandenen
                 Rasierstaub entfernen
                -Reinigungszeit ≤ 15 s (Eingriffszeit Gerät)
                -nur max. 10 % des vom Rasierer entfernten
                 Rasierstaubes dürfen extern entweichen
                -Langhaarschneider und unteres Gehäuseteil
                 sollen laut Aufgabenstellung nicht gereinigt
                 werden
                -Scherteile getrennt voneinander reinigen


**Anwendungsbereich:**

Forderung       -privater Haushalt, im Bad


**Kosten:**

Forderung       -Verkaufspreis ≤ 50.- DM (≈ 15-20 % vom Spitzen-
                 rasiererpreis) bezogen auf Stückzahlen von
                 100000/Jahr


**Allgemein:**

Forderung               -umweltgerechtes Gerätekonzept

B005232

Funktionsstruktur                                    Seite  14



B005233

Aufnahmekapazität _____ Seite  15

**2.2     Bestimmung der Aufnahmekapazität an Rasierstaub**

$V = i*m/\delta = 100*45mg/(1.34g/cm^3) = 3.36cm^3$     mit:

$V$ = Volumen

$i$ = Anzahl der
        Rasuren

$m = \Delta$ - Masse/Tag

$\delta$ = Haardichte

### 2.3.1    Lösungsvarianten der Einzelfunktionen

Bewertung der Einzelfunktionen

-aktivieren
 der Reini-
 gungsstation

| -mechanisch | -translatorisch | -Schalter |
|---|---|---|
|  | -rotatorisch | -Drehschalter |

| -optisch | -Lichtschranke |
|---|---|
|  | -IR-Sensor |

Im wesentlichen ist zu unterscheiden, ob die Aktivierung automa-
tisch durch Zuführen des Rasierers oder manuell geschehen soll.
Dies ist jedoch abhängig vom Gesamtkonzept.

Bemerkung zu 2.3.2 bis 2.3.4 :

Die Lösungsvarianten der drei folgenden Einzelfunktionen entfer-
nen, transportieren und sammeln von Rasierstaub werden mit + =
gut, o = durchschnittlich und - = schlecht bewertet. Der Schwer-
punkt der Bewertungen liegt bei der Effektivität der jeweiligen
Einzelfunktion. Die Genauigkeit ist hier ausreichend, da nur
grundsätzliche Versuche oder Überlegungen durchgeführt wurden.

B005234

Lösungsvarianten                                          Seite  16

## 2.3.2   Lösungsvarianten der Einzelfunktionen

### Bewertung der Einzelfunktionen

| Funktion | Lösungsvariante | | Bewertung | | |
|---|---|---|---|---|---|
| | | | Reinigungs-wirkung | kon-struk-tiver Auf-wand | Her-stel-lungs-auf-wand |
| Rasier-staub entfernen | | | | | |
| -mechanisch | -rotieren | -Bürsten,Walze | + | o | + |
| | -oszillieren | -Zahnbürstenantrieb | o | o | o |
| | | -Bürsten | + | + | o |
| | -schaben | -Gummiwalze aus Scheibe | o | o | o |
| | -abstreifen | -Gummiwalze aus Scheibe | o | o | o |
| | -vibrieren | -Rasierer | − | + | + |
| | | -Rüttelmechanismus | − | − | − |
| | -klopfen | -Rasierer klopft gegen Anschlag | − | + | + |
| | -umlaufen | -Band mit Borsten | o | + | − |
| -pneuma-tisch | -saugen | -Unterdruckpumpe | − | − | o |
| | -blasen | -Gebläse | o | o | o |
| | | -schnell rotierende Bürsten | − | o | + |
| | -Druckwellen | -Pumpe | o | − | o |
| | -sandstrahlen | -Partikel auf Scherkopf blasen und elektrisch trennen | o | − | − |
| -elektrisch | -Ultraschall | -Piezo(Resonanz) | − | o | o |
| | -Druckwellen | -Lautsprecher | − | o | o |
| | -polarisieren | -Kondensatorprinzip | − | − | − |
| | -Mikrowellen | -Magnetron | − | − | − |
| -optisch | -infrarot | | − | o | o |
| | -Laserstrahl | | − | − | − |
| -chemisch | -Oxidation\ Reduktion | -Gas | − | o | o |
| | -Kohäsion\ Adhäsion | -Knetmasse | − | − | o |
| | | -Wachs | − | − | o |

+ = gut
o = durchschnittlich
~ = schlecht

Die Wertungspriorität liegt bei der Reinigungswirkung woraus folgt,
daß nur Bürsten gut reinigen können. Alle anderen Lösungsvarianten
werden ausgeschlossen.

B005235

Lösungsvarianten _____ **Seite  17**

**2.3.3    Lösungsvarianten der Einzelfunktionen**

**Bewertung der Einzelfunktionen**

| Funktion | Lösungsvariante | Bewertung | | |
|---|---|---|---|---|
| | | Trans-port-effek-tivi-tät | kon-struk-tiver Auf-wand | Her-stel-lungs-auf-wand |
| Rasier-staub transpor-tieren | | | | |
| -mechanisch | -Förderband | + | o | - |
| | -Erdbeschleunigung | o | + | + |
| | -Fliehkraft(schnell rotierende Bürsten ≫Strömungskanal) | o | o | o |
| | -weiche Bürsten mit Abstreifer | o | + | + |
| -pneumatisch | -saugen(Unterdruck-pumpe) | + | o | o |
| | -blasen(Gebäse) | + | o | o |
| | -saugen und blasen (Abluft vom Saugen zum Blasen verwenden) | + | o | o |
| -elektrisch | -statisch geladene Fläche | - | - | o |

+ = gut
o = durchschnittlich
- = schlecht

Ein Förderband ist zu teuer und verlangt viel Bauraum. Es ist
daher auszuschließen.

LV1t*: Es muß experimentell ermittelt werden, ob mechanischer
Transport durch Erdbeschleunigung oder weiche Bürsten mit Ab-
streifer effektiv genug sind, da Konstruktion und Herstellung we-
niger Aufwand bedeuten, oder:

LV2t*: ob eine pneumatische Lösung erforderlich ist, die einen
Mehraufwand erfordern würde.

*LV1t = Lösungsvariante 1 Rasierstaub transportieren

*LV2t = Lösungsvariante 2 Rasierstaub transportieren

B005236

Lösungsvarianten _____ Seite  18

## 2.3.4   Lösungsvarianten der Einzelfunktionen

### Bewertung der Einzelfunktionen

| Funktion | Lösungsvariante | Bewertung | | |
|---|---|---|---|---|
| | | Effektivität sammeln | Konstruktiver Aufwand | Herstellungsaufwand |
| Rasier- staub entfernen | | | | |
| -mechanisch | -Massenträgheit   -Box | o | + | + |
| | -Filter | + | o | o |
| | -Staubbeutel | + | o | o |
| -elektrisch | -statisch geladene Fläche | - | - | - |
| -chemisch | -Kohäsion\          -Knetmasse | o | o | o |
| | Adhäsion        -Wachs | o | o | o |

+ = gut
o = durchschnittlich
- = schlecht


Beim Sammeln des Rasierstaubes muß berücksichtigt werden, daß die
kleinsten Staubpartikel eine Korngröße von 20 µm haben. Die Ent-
scheidung, welche Lösungsvariante die geeignetste ist, hängt von
der Wahl der Transportlösungsvariante ab. Realisierbar erschei-
nen nur Box, Filter oder Staubbeutel.

B005237

## 2.3.5    Lösungsvarianten der Einzelfunktionen

### Bewertung der Einzelfunktionen

-inaktivieren
 Reinigungs-
 station

| -mechanisch | -translatorisch | -Schalter |
|---|---|---|
|  | -rotatorisch | -Drehschalter |

| -optisch | -Lichtschranke |
|---|---|
|  | -IR-Sensor |

Auch hier ist zu unterscheiden, ob die Inaktivierung automatisch
durch Abführen des Rasierers oder manuell geschehen soll; abhän-
gig vom Gesamtkonzept.

Bei optischer Realisierung ist eine Inaktivierung mittels Staub-
kontrolle möglich: wenn nur noch eine bestimmte Anzahl Rasier-
staubpartikel pro Volumeneinheit (ppm) vorhanden ist, schaltet
die Reinigungsstation automatisch ab.

B005238

B005239

Bürstenkonzepte _____ Seite 21

**Bemerkung zu 2.5.1 bis 2.5.10:**

Die folgenden 10 Bürstenkonzepte sind grob skizziert und mit
wichtigen konzeptspezifischen Bemerkungen beschrieben. Eine Wer-
tung aller Konzepte ist auf Seite 31 zu finden.

**2.5.1    Bürstenkonzept 1**

drei kleine Radialbürsten; gedrehter Messerblock




Nachteile:
-Messerblock gedreht: zusätzlicher manueller Aufwand
-Probleme bei der Abdichtung der Gehäuseöffnung wegen gedreh-
 tem Klingenblock
-Probleme bei der Drehrichtung der Bürsten
-viele Einzelteile
-Laufgeräusche durch Zahnräder

Vorteile:
-guter Reinigungsgrad

B005240

Bürstenkonzepte _____      Seite  22


**2.5.2   Bürstenkonzept 2**

auf und ab bewegte Bürste

  

Nachteile:
-starke mechanische Beanspruchung der Borsten
-keine Reinigung -der Messerunterseite
                 -der Hinterschneidung
                 -des Scherkammerbodens
-Wandlung von Rotation des Motors in Translation der Bürste

B005241

## 2.5.3    Bürstenkonzept 3

elektrische Zahnbürsten als Bürstenantrieb




Bürstenbewegung:

<u>1.)</u>



Braun dc2
Powerdent

<u>2.)</u>



Braun dc1
Powerdent

<u>3.)</u>

Powerdent
Interplak
modifiziert



Nachteile:
-kombinierter Antrieb(1) im Test nicht überzeugend
-bei Querbewegung(2) allgemein schlechte Reinigung
-bei Längsbewegung(3) : -4mm Hub: mit el.Zahnbürste Powerdent:
                          mäßige Reinigung
                        -12mm Hub: mit el.Zahnbürste Interplak
                         modifiziert: verbesserte Reinigung
                        ->langer Hub - bessere Reinigung
-allgemein keine Reinigung - der Messerunterseite
                           - des Scherkammerbodens
                           - der Hinterschneidung

B005242

Bürstenkonzepte _____ Seite  24

2.5.4    Bürstenkonzept 4

elektrische Zahnbürsten als Bürstenantrieb



im Test:

Braun dc1
Powerdent

Nachteile:
-keine Reinigung - der Messerunterseite
                  - des Scherkammerbodens
                  - der Hinterschneidung

B005243

Bürstenkonzepte _____ Seite  25

## 2.5.5   Bürstenkonzept 5

System Interplak: 10 rotierende Einzelbürsten werden von einer
                  oszillierenden Zahnstange angetrieben. Der Hub
                  der Zahnstange ist so groß, daß die Bürsten
                  alle 1.5 Umdrehungen ihre Drehrichtung umkeh-
                  ren. Dadurch wird ein ausknicken vermieden.
                  Dieses Prinzip ist patentiert.
                  Die Einzelbürsten haben einen Durchmesser von
                  2 mm und bestehen aus Einzelborsten von
                  0.15 mm Durchmesser. Der Bürstenabstand be-
                  trägt 4 mm und die Länge 10 mm.



Nachteile:
-bei Originalborsten keine Reinigung: - der Messerunterseite
                                       - des Scherkammerbodens
                                       - der Hinterschneidung
-bei nicht oszillierender Rotation knicken schon die 10mm
 langen Originalbürsten aus
-25mm lange Einzelbürsten (Reinigungstiefe Rasiererrumpf)
 knicken aus und haben Schwierigkeiten bei der Rotation
 zwischen den Messern: keine Reinigung: - der Messerunterseite
                                        - des Rasierergrundes
-viele Einzelteile wie: -Bürsten
                        -Zahnräder
                        -Zahnstange
-Umwandlung von Rotation des Motors in oszillierende Transla-
 tion der Zahnstange; anschließend in oszillierende Rotation
 der Bürsten

Vorteile:
-sehr gute Reinigung zwischen den Messern            B005244
-Borsten fädeln nicht in Scherfolie ein
-Einzelbürsten reinigen Schmutzecken im Scherblatt

Bürstenkonzepte _____    Seite 26

2.5.6    Bürstenkonzept 6

Bürstenband mit Abstreifer



Nachteile:
-keine Reinigung: - der Messerunterseite
                  - des Scherkammerbodens
                  - nur eine Messerseite, je nach Drehrichtung
-aufwendige Herstellung des Bürstenbandes

Vorteile:
-eventuell keine Absaugung erforderlich

B005245

## 2.5.7   Bürstenkonzept 7

zwei rotierende Konturbürsten:  -lange Borsten für Rasierer-
                                                         grund
                                       -kurze Borsten für Messer




Nachteile:
-Konturbürste teurer als gerade Bürsten
-lange Borsten knicken nicht unter das Messer um Rasierer-
 grund zu reinigen
-keine Reinigung der Messerunterseite
-viele Einzelteile wie: -Bürsten
                                   -Zahnräder
-bei hoher Drehzahl erhebliche Laufgeräusche durch Zahnräder zu
 erwarten
-bei Verwendung von nur langen Borsten zu große Baugröße

Vorteile:
-gute Reinigung zwischen den Messern
-keine Drehrichtungsumkehr des Motors notwendig ➤Vorteil bei
 der eventuellen Integration einer Absaugung, siehe Seite 38
 Kritik und Ausblick unter Lüfterrad
-Einhandbedienung
-bei Verwendung von nur langen Borsten sehr gute Reinigung in
 allen Bereichen

B005246

Bürstenkonzepte _____ Seite  28

## 2.5.8   Bürstenkonzept 8

rotierende Bürste mit zusätzlicher translatorischer Bewegung



Nachteile:
-für jede Bewegung ein Motor notwendig
-je nach Drehrichtung der Bürste: Reinigung nur einer
                              Messerseite

Vorteile:
-eine Seite des Rasierers wird mit langen Borsten gut gereinigt
-keine Drehrichtungsumkehr des Motors notwendig ➤Vorteil bei
 der eventuellen Integration einer Absaugung, siehe Seite 38
 Kritik und Ausblick unter Lüfterrad

B005247

**2.5.9   Bürstenkonzept 9**

rotierende Bürste mit zusätzlicher manueller Drehung
des Rasierers



Nachteile:
-Dichtungsprobleme
-starke Beanspruchung der Borsten durch Drehung des Rasierers

Vorteile:
-keine Drehrichtungsumkehr des Motors notwendig ➤Vorteil bei
 der eventuellen Integration einer Absaugung, siehe Seite 38
 Kritik und Ausblick unter Lüfterrad

B005248

<u>Bürstenkonzepte</u> _____ **Seite  30**

## 2.5.10  Bürstenkonzept 10

Bürste mit Drehrichtungsumkehr



**für t= x s in jede Richtung**

**Nachteile:**
-Motor muß die Drehrichtung wechseln können
-Probleme bei der eventuellen Integration einer Absaugung
 wegen der Drehrichtung des Lüfterrades

**Vorteile:**                                    B005249
-Einhandbedienung
-bei langen Borsten sehr gute Reinigung in <u>allen</u> Bereichen
-auch bei langen Borsten akzeptable Baugröße
-wird gewählt, siehe Tabelle Seite 31

Bürstenkonzepte _____ Seite  31

## 2.6    Bewertung der Bürstenkozepte

Die Bewertung der Bürstenkonzepte erfolgt durch + = gut, o = durch
schnittlich und - = schlecht mit dem Schwerpunkt auf den Reinigungs-
grad. Die Abdichtung des Gehäuses sowie die Drehrichtung der Bürste
stehen im Zusammenhang mit Herstellungsaufwand. Der konstruktive
Aufwand ist von untergeordneter Rolle, solange eine Realisierung
möglich ist.

| Bürsten- kon- zept  Kriterium | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reini- gungs- grad | Rasie- rergrund | o | - | - | - | + | o | + | + | + | + |
| | Messer- block | + | o | + | o | + | + | + | o | + | + |
| | Scher- blatt | o | - | - | - | + | + | + | + | + | + |
| | Messer- block- unter- seite | o | - | - | - | - | - | + | - | + | + |
| Herstellungs- aufwand | | - | o | o | + | - | o | o | o | o | + |
| Drehrichtung | | - | ! | ! | ! | - | + | - | + | + | o |
| Abdichtung Gehäuse | | o | o | + | + | + | + | + | + | o | + |
| Lebensdauer | | + | - | o | + | - | + | o | o | - | o |
| konstruktiver Aufwand | | o | o | - | + | o | o | o | o | o | + |

! keine Drehung, aber aufwendige oszillierende Translation

gewählt

B005250

Konzept 10 wird aufgrund der guten Reinigungswirkung, dem geringen
konstruktiven und Herstellungs- Aufwand, das Fehlen von Dichtungs-
problemen, durchschnittlichen, aber der verbesserungsfähigen
Lebensdauer sowie Drehrichtungsproblemen weiterverfolgt.
Die Konzepte 2, 3, 4, 5, 6+ 8 sind auszuschließen, weil in unter-
schiedlichen Bereichen nur eine schlechte Reinigung möglich ist.
     Die Konzepte 1, 7+ 9 können mit Einschränkung weiterverfolgt
werden. Vergleiche Nachteile unter 2.6.1, 2.6.7+ 2.6.9.

Borstenarten _____    Seite  32

| Bürsten | Borsten | Härte | Unterschneidung | | Glasiergrund 1) | 2) | |
|---|---|---|:---:|:---:|:---:|:---:|:---:|
| Borstenlänge 50 |  | hart | + | + | + | − | + |
| |  (harte weiche Borstenpartien) | | + | + | + | + | + |
| | | | + | + | − | + | − |
| |  | hart | − | − | + | − | − |
| Borstenlänge 30 |  | hart | o | − | + | − | + |
| |  (harte weiche Borstenpartien) | | + | o | + | + | + |
| | | | + | o | + | − | − |
| |  | hart | − | − | + | − | − |
| Borstenlänge 10 |  | hart | − | − | + | − | + |
| |  (harte weiche Borstenpartien) | | − | − | + | − | − |
| | | | − | − | + | + | − |
| |  | hart | − | − | + | − | − |
| | Rasierer | |  |  |  | |  |

+ = gut, o = durchschnittlich, − = schlecht

B005251

## 2.8    Borstenauswahl

zur Verfügung stehende Borsten:

| | Durchmesser [mm] | Werkstoff |
|---|---|---|
| Einzelfasern | 0.09 | Nylon |
| | 0.13 | Nylon |
| | 0.15 | Nylon |
| | 0.20 | Nylon |
| Pinsel | 0.05/0.20 | Schweineborsten |
| Waschbürsten | 0.30 | Nylon |
| Zahnbürsten Oral B | 0.20 | Nylon |
| Flaschenbürsten Fa.Topp Frankfurt | 0.08/0.17 | Schweineborsten |
| Reinigungsbürstchen vom Rasierer | 0.20 | Nylon |

Für die Vorversuche wurden alle zur Verfügung stehenden Borsten-
und Bürstentypen verwendet. Schon in den Bürstenkonzepten kon-
ten einige Typen ausgeschlossen werden (Seite 31).
Nach der Bewertung der Borstenarten auf Reinigungswirkung unter
2.7 auf Seite 32 und der Forderung nach 90% Reinigungsgrad kom-
men nur Radialbürsten mit weichen Borsten von 30- 50 mm Länge
in Frage. Um in diesem ersten Schritt eine geeignete Bürste aus-
zuwählen, reicht eine visuelle Abschätzung über den Reinigungs-
grad aus. Die weiteren Versuche beziehen sich auf zweireihige
Linearbürsten, die mit den im Werk zur Verfügung stehenden Ny-
lonborsten ohne großen Aufwand selbst herstellbar sind.
Mit der Stroboskoplampe wird der Einfädel- und Knickprozess
der Borsten zwischen und unter den Messern sowie in den Hinter-
schneidungen beobachtet.

B005252

3.0      Test und Bewertung der gewählten Bürste

| i | Bartalter | | 1 | 1 | 1 | | |
|---|---|---|---|---|---|---|---|
| 1 | vor | R.komplett | 216.865 | 217.009 | 217.007 | | |
| 2 | der | R.o.Scherbl. | 213.148 | 213.294 | 213.292 | | |
| 3 | Rasur | Scherblatt | 3.717 | 3.714 | 3.717 | | |
| 4 | nach | R.komplett | 216.909 | 217.060 | 217.075 | | |
| 5 | der | R.o.Scherbl. | 213.183 | 213.334 | 213.343 | | |
| 6 | Rasur | Scherblatt | 3.726 | 3.732 | 3.731 | | |
| 7 | Borstendurchmesser[mm] | | .150 | .150 | .150 | | |
| 8 | Bürstendurchmesser[mm] | | 96.000 | 96.000 | 96.000 | | |
| 9 | Umdrehungen [min-1] | | 3300 | 3300 | 3300 | | |
| 10 | Reini- | 1)m[g] | 216.866 | 217.010 | 217.008 | | |
| 11 | gungs- | 1)|4-10|[g] | .043 | .050 | .067 | | |
| 12 | grad ohne | 1)11/27[%] | 97.727 | 98.039 | 98.529 | | |
| 13 | Gehäu- | 2)m[g] | 213.149 | 213.296 | 213.292 | | |
| 14 | se; | 2)|5-13|[g] | .034 | .038 | .051 | | |
| 15 | nur | 2)14/28[%] | 97.143 | 95.000 | 100.000 | | |
| 16 | Bürste | 3)m[g] | 3.717 | 3.714 | 3.717 | | |
| 17 | | 3)|6-16|[g] | .009 | .018 | .014 | | |
| 18 | | 3)17/29[%] | 100.000 | 100.000 | 100.000 | | |
| 19 | Rasier- | 1-4 [g] | .044 | .051 | .068 | | |
| 20 | staub | 2-5 [g] | .035 | .040 | .051 | | |
| 21 | | 3-6 [g] | .009 | .018 | .014 | | |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle 3.0

Bemerkung: Der geforderte Reinigungsgrad von 90%, d.h. die Ent-
fernung des Staubes innerhalb der Systemgrenze Rasierer, wird
erreicht. Zweireihige Linearbürsten mit 96 mm langen Borsten
sind für eine Reinigungsstation geeignet.

Der erzielte Reinigungsgrad liegt über 95% (Zeilen 12, 15, 18).

Die Einzelfunktion "Rasierstaub entfernen" ist somit erfüllt.

B005253

## 3.1      Test und Bewertung LV1t

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1<br>2<br>3 | vor<br>der<br>Rasur | R.komplett<br>R.o.Scherbl.<br>Scherblatt | 217.015<br>213.297<br>3.719 | 217.026<br>213.306<br>3.719 | 217.015<br>213.297<br>3.719 | 217.064<br>213.347<br>3.721 | 217.060<br>213.344<br>3.716 |
| 4<br>5<br>6 | nach<br>der<br>Rasur | R.komplett<br>R.o.Scherbl.<br>Scherblatt | 217.111<br>213.363<br>3.748 | 217.133<br>213.344<br>3.737 | 217.070<br>213.344<br>3.731 | 217.159<br>213.412<br>3.747 | 217.154<br>213.420<br>3.732 |
| 7<br>8<br>9 | Borstendurchmesser[mm]<br>Bürstendurchmesser[mm]<br>Umdrehungen [min-1] | | .090<br>96.000<br>2800 | .090<br>96.000<br>2800 | .090<br>96.000<br>2800 | .090<br>96.000<br>2800 | .150<br>96.000<br>3200 |
| 10<br>11<br>12 | Reini-<br>gungs-<br>station<br>mit ab-<br>abgedich-<br>teter<br>Dose | 1)m[g]<br>1)｜4-10｜[g]<br>1)11/27[%] | 217.045<br>.066<br>68.750 | 217.042<br>.091<br>85.047 | 217.021<br>.049<br>89.091 | 217.076<br>.083<br>87.368 | 217.064<br>.090<br>95.745 |
| 13<br>14<br>15 | | 2)m[g]<br>2)｜5-13｜[g]<br>2)14/28[%] | 213.319<br>.044<br>66.667 | 213.322<br>.073<br>82.022 | 213.306<br>.038<br>80.851 | 213.356<br>.056<br>86.154 | 213.347<br>.073<br>96.053 |
| 16<br>17<br>18 | | 3)m[g]<br>3)｜6-16｜[g]<br>3)17/29[%] | 3.724<br>.024<br>82.759 | 3.720<br>.017<br>94.444 | 3.719<br>.012<br>100.000 | 3.724<br>.023<br>88.462 | 3.717<br>.015<br>93.750 |
| 19<br>20<br>21 | Dose | vor der<br>Rasur<br>m[g] | 8.348 | 8.350 | 8.350 | 8.347 | 8.697 |
| 22<br>23<br>24<br>25<br>26 | | nach der<br>Rasur<br>m[g]<br>｜24-21｜[g]<br>25/27[%] | 8.388<br>.040<br>41.667 | 8.400<br>.050<br>46.729 | 8.371<br>.021<br>38.182 | 8.376<br>.029<br>30.526 | 8.733<br>.036<br>38.298 |
| 27<br>28<br>29 | Rasier-<br>staub | 1-4｜[g]<br>2-5｜[g]<br>3-6｜[g] | .096<br>.066<br>.029 | .107<br>.089<br>.018 | .055<br>.047<br>.012 | .095<br>.065<br>.026 | .094<br>.076<br>.016 |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle 3.1

Beziehend auf LV1t unter 2.3.4 "Rasierstaub sammeln" wird hier überprüft,
ob eine einfache Auffangbox anforderungsgerecht sammelt (nur 10% vom ent-
fernten Staub dürfen extern entweichen).

Eine Auffangbox ohne Absaugung gewährleistet nicht die Forderung nach
90% des vom Rasierer entfernten Staubes innerhalb der Systemgrenze
zu sammeln. Siehe Zeile 26 (prozentuale Rasierstaubmenge innerhalb
der Systemgrenze).

Es ist LV2t zu testen und bewerten.

B005254

Skizze Prinzipmuster (LV2t)                                    Seite  36



B005255

Case 1:03-cv-12428-WGY    Document 188-46    Filed 09/13/2005    Page 38 of 59

3.3    Test und Bewertung Prinzipmuster LV2t unter Variation
       von Borstendicke und Drehzahl



Bild 3.3 zeigt, daß die Reinigungsstation den gleichen Gesamt-
reinigungsgrad erreicht, wie die manuelle Reinigung unter 1.3
auf Seite 8. Der Rasiererrumpf mit Klingenblock wird etwas
schlechter, das Scherblatt wesentlich gründlicher gereinigt.
Aus den Tabellen A-11 bis A-14 folgt, daß mit steigendem Bor-
stendurchmesser die Drehzahl der Bürste erhöht werden kann,
ohne daß die Borsten seitlich ausknicken oder sich um die Dreh-
achse wickeln. Dies ist prinzipiell vorteilhaft, da sich die
Reinigungszeit bei gleichbleibendem Reinigungsgrad verkürzt.
Die durchschnittliche Menge Rasierstaub innerhalb der System-
grenze Reinigungsstation liegt bei 81 %. Ein Teil des Schwundes
ist durch statische Aufladung von Haaren und Kunststoffgehäuse
bedingt.
Die Drehrichtung des Motors wird durch Umpolen am Netzgerät ge-
ändert.
Die Absaugung geschieht durch einen am Saugrohr modifizierten
handelsüblichen Handstaubsauger, weil das die schnellste Lö-
sung war. Die Saugleistung ist bei rotierender Bürste an der
Zufuhröffnung spürbar. Loser Staub vom Rasierer/Scherblatt kann
an der Öffnung abgesaugt werden.

B005256

Kritik und Ausblick

## 4.1     Bürsten:

Die Borsten biegen sich bei der Rotation durch den Luftwider-
stand S- förmig. Daher laufen die Spitzen der Bürste auf einem
kleineren Teilkreisdurchmesser. Der Gesamtdurchmesser der Bürste
kann somit ca. 1-2 mm größer ausgelegt werden, als der Innen-
durchmesser des Gehäuses. Sind die Borsten länger, spleißt die
Überlänge durch das Schlagen an die Gehäuseöffnungen auf. Das
kann sich eventuell positiv auf den Reinigungsvorgang auswirken.
In einem Dauertest kann überprüft werden, ob das Aufspleißen der
Borsten nur in der Überlänge auftritt und unkritisch ist.
Da sich der Bürstentyp zweireihige Linearbürste mit 96 mm Bors-
tenlänge und 0.20 mm Borstendurchmesser gut bewährt hat, wurde
die Firma Mink Bürsten in Göppingen beauftragt, eine Musterbürs-
te nach Skizze auf Seite 43 herzustellen. Ergebnisse mit der
Bürste können hier aus Termingründen nicht mehr dokumentiert
werden.

## 4.2     Gehäuse:

Der Gehäusedurchmesser kann voraussichtlich von 94 mm auf
80-85 mm reduziert werden (Baugröße). Für die ersten Prinzipmus-
ter standen nur Plexiglasrohre mit 67 mm und 94 mm Durchmesser
zur Verfügung. Das 67 mm Rohr erwies sich als zu klein, da
schon bei Drehzahlen von 800 min$^{-1}$, je nach Borstendicke, die
Borsten sich um die eigene Achse wickelten.
Im 94 mm -Gehäuse kann die Bürste bis ca. 4000 min$^{-1}$ belastet
werden.

## 4.3     Rasierer:

Der Schwingkopf des Rasieres darf nicht in einem des Totpunkte
klemmen, damit das Herausführen des Rasierapparates gewährleis-
tet ist.

                                                      B005257

## 4.4    Antrieb:

Eine wichtige Verbesserung von LV2t auf Seite 36 ist der Antrieb
von Lüfterrad und Bürste durch nur einen Motor, wie in Konzept
1. Die Baugröße wird erheblich verkleinert. Mit Hilfe eines Ge-
triebes ist es möglich für Bürste und Lüfterrad die Drehzahl op-
timal auszulegen. Es sind Laufgeräusche zu erwarten.
Das Gehäuse ist horizontal in Höhe der Drehachse der Bürste
geteilt.
Es besteht die Möglichkeit das Gehäuseoberteil für unterschied-
liche Rasierertypen kompatibel zu gestalten. Der Bereich der Zu-
führröffnung sollte trichterförmig sein, damit der beim Abziehen
des Scherblattes herausfallende lose Staub in der Systemgrenze
gesammelt werden kann.

## 4.5    Lüfterrad:

Es gibt zwei denkbare Lüfterradtypen:

1) rückwärtsgekrümmte
   Schaufeln:              in einer Richtung maximale Saugleistung;
                           in der anderen geringere als bei 2).

2) gerade Schaufeln:      in beiden Richtungen geringere Saugleis-
                          tung als bei 1) maximal.

Verwendet man Lüfterrad 1 dreht es erst in Richtung der geringe-
ren Saugleistung, anschließend entgegengesetzt zum vollen
Absaugen.
Mit Lüfterrad 2 hat man konstante Saugleistung über den ganzen
Zyklus.

B005258

## 4.6    Alternative:

In Konzept 2 sind Bürste, Lüfterrad und Motor auf einer Achse
angeordnet. Ein Getriebe entfällt. Die Probleme liegen in der
Drehzahlabstimmung, da für Bürste und Lüfterrad unterschiedliche
Umfangsgeschwindigkeiten ideal sind. Eine einsteckbare Kassette
sammmelt den Staub.

## 4.7    Zuführen des Scherblattes

Bei den Versuchen zur Bestimmung des Reinigungsgrades der Reini-
gungsstation wurde das Scherblatt zum Reinigen in die Zuführöff-
nung des Rasierers gehalten. Weder für Finger noch für Scher-
blatt stellt die weiche, schnell rotierende Bürste eine Gefähr-
dung dar. Der Grad der Reinigung liegt im Durchschnitt bei 96%.
In den inneren Ecken im Scherblatt, in den Totpunkten der oszil-
lierenden Messerbewegung befindet sich der am schlechtesten zu
entfernende Schmutz. Die Zuführung des Scherblattes muß in ei-
nem bestimmten Winkel zur Bürste erfolgen, so daß die Borsten-
spitzen bis in die Ecken gelangen können. Das Gehäuse eines
Funktionsmusters sollte eine gleichzeitige Zuführung und Reini-
gung von Rasiererrumpf und Scherblatt ermöglichen. Das Scher-
blatt muß, da es an beiden Enden verschmutzt ist, entweder sei-
tenweise zugeführt oder im Gehäuse gedreht werden. Eine Drehung
im Gehäuse ist technisch aufwendig und kann die Lebensdauer der
Bürste senken.
Den kleinsten Aufwand stellt eine Öffnung im Gehäuse dar, in
der das Scherblatt manuell während des Bürstenlaufes fixiert
wird. Da die Bürste im Prinzipmuster die Drehrichtung wechselt,
werden beide Ecken im Scherblatt gereinigt. Es bleibt in Ver-
suchen zu ermitteln, wieviel Staub möglicherweise durch die
Scherblattöffnung außerhalb der Sytemgrenze entweicht.

Im Experiment zeigten sich Spuren von ganz feinem weißen Staub,
der der minimale Abrieb der Borsten am Scherblatt ist. Dies
konnte man nur am schwarzen Scherblattrahmen sehen.

B005259



1  NEU EILEN

2  RASIERER ZUFÜHREN

3  DECKEL KOMPATIBEL FÜR ANDERE RASIERER

4  PARKIERTE STAUB

5  STAUB FILTER

6  STAUBBOX MIT FILTER zum Austauschen / Ausspülen

7  WECHSEL

8  PARKSTELLUNG RASIERER ZUM AUFLADEN

9

10  MOTOR-STEUERUNG

11  AUFKL. ZUM BÜRSTEN

12  BÜRSTE 5700 1/min ? ESC ÉLECTRO 812

13  ÖFFNUN FÜR ABSAUG.

14  STAUB STAUB RECHTS

15  LÜFTERRAD 4000 min⁻¹
- GERADE SCHAUFELN (GEFAHRE TANGSLEITUNG)
- SCHAUFELN RÜCKWÄRTSKRÜMMT
→ ERSTE DREHRICHTUNG SCHLECHTER SCHELL
→ FILTER

16  KONZEPT I

B005260

1. RASIERER ZU FÖHREN

2. TISCHGERÄT

3. GEHÄUSE OBERTEN KOMARTIBEL FÜR ANDERE BMH-RASIERER

4. AUFKLAPPEN ZUM BÜRSTEN-WECHSEL

5. STRUPKASSETTE ZUM AUSWECHSELN/

6. PARKSTELLUNG RASIERER ZUM AUFLADEN

7. MOTOR JOHNSON 6000 - 9000 min⁻¹ Je nach BORSTE

8. MOTOR-STEUERUNG

9. LÜFTERRAD PROBLEMATIK WIE KONZEPT-1

10. ANSAUG-KANAL

11. FEINFILTER

12. HAARE SAMMELN

13. RASIERER ZU FÖHREN

14. BLISTROKUSAMMLER

15. GROBFILTER (BEI KASSETTENWECHSEL DARF KEIN HAAR IN DIE BÜRSTENKAMMER GELAN

16. KONZEPT 2

B005261

Skizze Bürste                                             Seite  43



B005262.

**Gerät nach jeder Rasur reinigen**

Alle Stoppeln, die das Gerät abgeschoren hat, befinden sich nach der Rasur im Scherkopf. Es ist zweckmäßig, sie jedesmal direkt nach der Rasur zu entfernen und nicht zu warten, bis das Gerät wirklich verschmutzt ist oder sogar seine Leistung nachläßt.

Wie reinigen Sie einen Scherfolienrasierer?



- Setzen Sie die Schutzkappe auf den Scherkopf, damit der Folie nichts passieren kann.

- Ziehen Sie den Scherkopf ab.



- Klopfen oder blasen Sie die Stoppeln heraus.

- Mit dem Bürstchen, das zur Ausstattung Ihres Geräts gehört, reinigen Sie den Klingenblock.



- Niemals die Scherfolie mit dem Bürstchen reinigen – sie könnte beschädigt werden!

- Lassen Sie das Gerät ohne Scherkopf 2-3 Sekunden lang laufen – es schüttelt dabei die restlichen Stoppeln ab.



- Mit speziellen Reinigungssprays, die Sie im Fachgeschäft bekommen, können Sie Ihr Gerät jede Woche einmal gründlicher säubern. Diese Sprays lösen auch die Talgrückstände von den Schneidkanten des Klingenblocks bzw. der Messer.

- Wenn Sie kein Spray verwenden, empfiehlt sich alle ein, zwei Monate eine gründlichere Reinigung mit einer fettlösenden Flüssigkeit.

Quelle: Braun Nathan International, Seite 27

B005263

BRAUN

SCHERSYSTEM

HÄUFIGKEIT DER SCHERKOPFREINIGUNG                (IN %)

| METHODE | NACH JEDER RASUR | 2-3MAL PRO WOCHE | WÖCHENT-LICH | MONAT-LICH | SELTEN |
|---|---|---|---|---|---|
| WEGBLASEN | 45 | 12 | 10 | 2 | 1 |
| ABKLOPFEN | 37 | 9 | 9 | 2 | - |
| ABBÜRSTEN | 26 | 10 | 32 | 10 | 5 |
| ABRÜTTELN | 10 | 7 | 6 | 5 | 3 |

> MEHRFACHNENNUNG <

Bild A- 2

Quelle: Marktuntersuchung 1982 von BRAUN
        Benutzer von Braun-Geräten in Deutschland

B005264

Manuelle Rasiererreinigung _____ Seite A- 3

BRAUN

SCHERSYSTEM

METHODEN DER SCHERKOPFREINIGUNG

- ABBÜRSTEN              29 %
- WEGBLASEN              24
- ABKLOPFEN              21   } DABEI WIRD
- ABRÜTTELN              11     NUR DER LOSE
                               HAARSTAUB ENTFERNT

- REINIGUNGSFLÜSSIGKEIT   9   } ABBÜRSTEN
- SONSTIGE FLÜSSIGKEIT    5     IST ZUSÄTZLICH
- REINIGUNGSSPRAY         1     ERFORDERLICH

                       ─────────
                        100 %

Bild A- 3

Quelle: Marktuntersuchung 1982 von BRAUN
        Benutzer von Braun-Geräten in Deutschland

B005265

BRAUN

SCHERSYSTEM

GENERELLE ZUFRIEDENHEIT MIT DER SCHERKOPFREINIGUNG

- SEHR ZUFRIEDEN ~ 40 %
- ÜBERWIEGEND ZUFRIEDEN ~ 41
- MEHR ODER WENIGER ZUFRIEDEN ~ 13
- NICHT SO ZUFRIEDEN ~ 4
- GAR NICHT ZUFRIEDEN ~ 2
  ~ 100 %

Bild A- 4

Quelle: Marktuntersuchung 1982 von BRAUN
Benutzer von Braun-Geräten in Deutschland

B005266

Rasierstaubanalyse                                    Seite A- 5

## A-5.1   Rasierstaubeigenschaften

Allgemeine Größen

Haardichte
Haarschafte
Haardicke     : ∅140µm; 300µm
Anzahl/Fläche :50/cm² 230 ...90/cm

Rasiertechnische Größen:

Rasierfläche: ∅310cm² ± 57cm²
Partikelgröße: 20µm
Masse/Tag    : ∅ 45mg; max.74mg

vergleiche Bild A-5 und A-6



Bild A-5.2 Rasierstaub Haaren, Haut und Talg.
Aufnahme Kameramikroskop 37,2-fache Vergrößerung

B005267

Rasierstaubanalyse                                    Seite A- 6



Oszillierend geschnittene Barthaare unter dem
Rasterelektronenmikroskop (ohne Haut und Talg)

Quelle: REM, Braun

B005268

**Meßwerte manuelle Rasiererreinigung**                                   **Seite A- 7**

| | Bartelter | | 4 | 2.25 | 4 | 2 | 1.25 |
|---|---|---|---|---|---|---|---|
| 1 | vor | R.komplett | 216.749 | 216.768 | 216.810 | 214.102 | 214.159 |
| 2 | der | R.o.Scherbl. | 213.002 | 213.014 | 213.059 | 210.391 | 210.443 |
| 3 | Rasur | Scherblatt | 3.746 | 3.751 | 3.751 | 3.709 | 3.716 |
| 4 | nach | R.komplett | 216.904 | 216.876 | 216.944 | 214.249 | 214.241 |
| 5 | der | R.o.Scherbl. | 213.129 | 213.109 | 213.171 | 210.492 | 210.507 |
| 6 | Rasur | Scherblatt | 3.777 | 3.765 | 3.771 | 3.751 | 3.732 |
| 7 | loser | R.komplett | 216.854 | 216.858 | 216.913 | 214.222 | 214.233 |
| 8 | Staub | R.o.Scherbl. | 213.082 | 213.098 | 213.143 | 210.476 | 210.500 |
| 9 | | Scherblatt | 3.776 | 3.762 | 3.770 | 3.770 | 3.732 |
| 10 | Reini- | 1)m[g] | 216.825 | 216.802 | 216.850 | 214.135 | 214.186 |
| 11 | gung: | 1)\|4-10\|[g] | .079 | .074 | .094 | .114 | .055 |
| 12 | Rasierer | 1)11/37[%] | 50.968 | 68.519 | 70.149 | 77.551 | 67.073 |
| 13 | einschal- | 2)m[g] | 213.069 | 213.047 | 213.096 | 210.425 | 210.470 |
| 14 | ten | 2)\|5-13\|[g] | .060 | .062 | .075 | .067 | .037 |
| 15 | Scher- | 2)14/38[%] | 47.244 | 65.263 | 66.964 | 66.337 | 57.813 |
| 16 | blatt | 3)m[g] | 3.756 | 3.754 | 3.753 | 3.711 | 3.717 |
| 17 | ab- | 3)\|6-16\|[g] | .021 | .011 | .018 | .040 | .015 |
| 18 | klopfen | 3)17/39[%] | 67.742 | 78.571 | 90.000 | 95.238 | 93.750 |
| 19 | | 1)m[g] | 216.778 | 216.777 | 216.826 | 214.107 | 214.156 |
| 20 | | 1)\|4-19\|[g] | .126 | .099 | .118 | .142 | .085 |
| 21 | Reini- | 1)20\37[%] | 81.290 | 91.667 | 88.060 | 96.599 | 103.659 |
| 22 | gung | 2)m[g] | 213.026 | 213.026 | 213.073 | 210.398 | 210.440 |
| 23 | mit | 2)\|5-22\|[g] | .103 | .083 | .098 | .094 | .067 |
| 24 | Bürst- | 2)22\38[%] | 81.102 | 87.368 | 87.500 | 93.069 | 104.688 |
| 25 | chen | 3)m[g] | 3.753 | 3.751 | 3.753 | 3.709 | 3.715 |
| 26 | | 3)\|6-25\|[g] | .024 | .014 | .018 | .042 | .017 |
| 27 | | 3)26/39[%] | 77.419 | 100.000 | 90.000 | 100.000 | 106.250 |
| 28 | | 1)m[g] | 216.768 | 216.779 | 216.816 | 214.099 | 214.150 |
| 29 | | 1)\|4-28\|[g] | .136 | .106 | .128 | .150 | .091 |
| 30 | gründ- | 1)29\37[%] | 87.742 | 98.148 | 95.522 | 102.041 | 110.976 |
| 31 | liche | 2)m[g] | 213.016 | 213.021 | 213.067 | 210.392 | 210.434 |
| 32 | Reini- | 2)\|5-31\|[g] | .115 | .088 | .104 | .100 | .073 |
| 33 | gung | 2)32\38[%] | 90.551 | 92.632 | 92.857 | 99.010 | 114.063 |
| 34 | mit | 3)m[g] | 3.751 | 3.751 | 3.752 | 3.707 | 3.714 |
| 35 | Bürst- | 3)\|6-34\|[g] | .026 | .014 | .019 | .046 | .018 |
| 36 | chen | 3)35\39[%] | 83.871 | 100.000 | 95.000 | 104.762 | 112.500 |
| 37 | | \|1-6\|[g] | .155 | .108 | .134 | .147 | .082 |
| 38 | Rasier- | 2-5 [g] | .127 | .095 | .112 | .101 | .064 |
| 39 | staub | 3-6 [g] | .031 | .014 | .020 | .042 | .016 |
| 40 | | total [g] | .237 | .118 | .226 | .158 | .088 |
| 41 | | Φ(37/1)[g] | .039 | .048 | .034 | .074 | .066 |
| 42 | | Φges(40/1)[g] | .059 | .052 | .057 | .079 | .070 |
| 43 | Schwund | außer- [g] | .082 | .010 | .092 | .011 | .006 |
| 44 | | halb R. [%] | 34.599 | 8.475 | 40.708 | 6.962 | 6.818 |
| 45 | | inner- [g] | .019 | .002 | .006 | -.003 | -.009 |
| 46 | | halb R. [%] | 8.017 | 1.695 | 2.653 | -1.899 | -10.227 |

1)R.komplett 2)R.o.Scherblatt 3)Scherblatt

**Tabelle A- 7**

B005269

Meßwerte manuelle Rasiererreinigung                                    Seite A- 8

| | Bartalter | | 1 | 2 | 5 | 1 | 1 |
|---|---|---|---|---|---|---|---|
| 1 | vor der Rasur | R.komplett | 216.666 | 216.665 | 216.677 | 216.609 | 216.699 |
| 2 | | R.o.Scherbl. | 212.952 | 212.952 | 212.940 | 212.953 | 212.962 |
| 3 | | Scherblatt | 3.733 | 3.733 | 3.737 | 3.735 | 3.737 |
| 4 | nach der Rasur | R.komplett | 216.702 | 216.783 | 216.821 | 216.750 | 216.743 |
| 5 | | R.o.Scherbl. | 212.963 | 213.032 | 213.018 | 212.993 | 212.995 |
| 6 | | Scherblatt | 3.742 | 3.747 | 3.751 | 3.746 | 3.751 |
| 7 | loser Staub | R.komplett | 216.697 | 216.777 | 216.732 | 216.734 | 216.734 |
| 8 | | R.o.Scherbl. | 212.959 | 213.022 | 212.985 | 212.990 | 212.983 |
| 9 | | Scherblatt | 3.741 | 3.746 | 3.747 | 3.746 | 3.749 |
| 10 | Reinigung: Rasierer einschalten Scherblatt abklopfen | 1)m[g] | 216.683 | 216.702 | 216.716 | 216.710 | 216.703 |
| 11 | | 1)[6-10][g] | .019 | .081 | .105 | .105 | .040 |
| 12 | | 1)11/37[%] | 52.778 | 68.644 | 72.917 | 65.576 | 90.909 |
| 13 | | 2)m[g] | 212.947 | 212.967 | 212.972 | 212.976 | 212.963 |
| 14 | | 2)[5-13][g] | .016 | .065 | .046 | .019 | .032 |
| 15 | | 2)14/38[%] | 31.613 | 65.000 | 58.976 | 47.500 | 96.970 |
| 16 | | 3)m[g] | 3.736 | 3.738 | 3.743 | 3.740 | 3.737 |
| 17 | | 3)[6-16][g] | .006 | .009 | .008 | .006 | .014 |
| 18 | | 3)17/39[%] | 66.667 | 64.286 | 57.143 | 54.545 | 100.000 |
| 19 | Reinigung mit Bürstchen | 1)m[g] | 216.663 | 216.674 | 216.680 | 216.693 | 216.688 |
| 20 | | 1)[4-19][g] | .039 | .109 | .133 | .057 | .055 |
| 21 | | 1)20\37[%] | 108.333 | 92.373 | 92.361 | 93.443 | 125.000 |
| 22 | | 2)m[g] | 212.927 | 212.942 | 212.953 | 212.956 | 212.953 |
| 23 | | 2)[5-22][g] | .036 | .090 | .065 | .037 | .042 |
| 24 | | 2)22\38[%] | 116.129 | 90.000 | 83.333 | 92.500 | 127.273 |
| 25 | | 3)m[g] | 3.733 | 3.735 | 3.738 | 3.739 | 3.737 |
| 26 | | 3)[6-25][g] | .009 | .012 | .013 | .013 | .014 |
| 27 | | 3)26/39[%] | 100.000 | 85.714 | 92.857 | 100.000 | 100.000 |
| 28 | gründliche Reinigung mit Bürstchen | 1)m[g] | 216.659 | 216.668 | 216.681 | 216.690 | 216.687 |
| 29 | | 1)[6-28][g] | .043 | .115 | .140 | .060 | .056 |
| 30 | | 1)29\37[%] | 119.444 | 97.458 | 97.222 | 98.361 | 127.273 |
| 31 | | 2)m[g] | 212.926 | 212.936 | 212.945 | 212.954 | 212.951 |
| 32 | | 2)[5-31][g] | .037 | .096 | .073 | .039 | .044 |
| 33 | | 2)32\38[%] | 119.355 | 96.000 | 93.590 | 97.500 | 133.333 |
| 34 | | 3)m[g] | 3.733 | 3.733 | 3.735 | 3.735 | 3.737 |
| 35 | | 3)[6-34][g] | .009 | .014 | .016 | .011 | .014 |
| 36 | | 3)35\39[%] | 100.000 | 100.000 | 114.286 | 100.000 | 100.000 |
| 37 | Rasierstaub | [1-4][g] | .036 | .118 | .144 | .061 | .044 |
| 38 | | [2-5][g] | .031 | .100 | .078 | .040 | .033 |
| 39 | | [3-6][g] | .009 | .016 | .016 | .011 | .016 |
| 40 | | total[g] | .039 | .125 | .201 | .065 | .047 |
| 41 | | ø(37/1)[g] | .036 | .059 | .029 | .061 | .044 |
| 42 | | øges(40/1)[g] | .039 | .056 | .040 | .041 | .042 |
| 43 | Schwund | außerhalb R. [g] | .003 | -.007 | .057 | -.029 | -.002 |
| 44 | | außerhalb R. [%] | 7.692 | -6.306 | 28.358 | -48.780 | -4.762 |
| 45 | | innerhalb R. [g] | -.007 | -.003 | .004 | .001 | -.012 |
| 46 | | innerhalb R. [%] | -17.949 | 2.703 | 1.990 | 2.439 | -28.571 |

1)R.komplett 2)R.o.Scherblatt 3)Scherblatt

Tabelle A- 8

B005270

Meßwerte manuelle Rasiererreinigung _____ Seite A- 9

| | Bartalter | | 1 | 7 | 3 | 1.25 | 3 |
|---|---|---|---|---|---|---|---|
| 1 | vor der Rasur | R.komplett | 216.693 | 216.706 | 216.739 | 216.739 | 216.748 |
| 2 | | R.o.Scherbl. | 212.955 | 212.964 | 212.997 | 212.995 | 213.000 |
| 3 | | Scherblatt | 3.737 | 3.754 | 3.743 | 3.746 | 3.746 |
| 4 | nach der Rasur | R.komplett | 216.737 | 216.880 | 216.857 | 216.831 | 216.774 |
| 5 | | R.o.Scherbl. | 212.989 | 213.114 | 213.090 | 213.064 | 213.024 |
| 6 | | Scherblatt | 3.746 | 3.763 | 3.754 | 3.765 | 3.748 |
| 7 | loser Staub | R.komplett | 216.730 | 216.814 | 216.825 | 216.817 | 216.774 |
| 8 | | R.o.Scherbl. | 212.984 | 213.052 | 213.070 | 213.056 | 213.024 |
| 9 | | Scherblatt | 3.745 | 3.762 | 3.753 | 3.762 | 3.748 |
| 10 | Reinigung: Rasierer einschalten Scherblatt abklopfen | 1)m[g] | 216.713 | 216.781 | 216.781 | 216.786 | 216.768 |
| 11 | | 1)[4-10][g] | .024 | .999 | .076 | .045 | .006 |
| 12 | | 1)11/37[%] | 54.545 | 56.897 | 64.407 | 48.913 | 23.077 |
| 13 | | 2)m[g] | 212.973 | 213.027 | 213.031 | 213.034 | 213.022 |
| 14 | | 2)[5-13][g] | .016 | .087 | .067 | .030 | .002 |
| 15 | | 2)14/38[%] | 47.059 | 58.000 | 66.337 | 43.478 | 8.333 |
| 16 | | 3)m[g] | 3.739 | 3.753 | 3.749 | 3.752 | 3.746 |
| 17 | | 3)[6-16][g] | .007 | .010 | .005 | .013 | .002 |
| 18 | | 3)17/39[%] | 77.778 | 108.899 | 45.455 | 68.421 | 100.000 |
| 19 | Reinigung mit Bürstchen | 1)m[g] | 216.697 | 216.740 | 216.749 | 216.750 | 216.752 |
| 20 | | 1)[4-19][g] | .040 | .140 | -.108 | .081 | .022 |
| 21 | | 1)20/37[%] | 90.909 | 80.460 | 91.525 | 88.043 | 84.615 |
| 22 | | 2)m[g] | 212.959 | 212.991 | 213.003 | 213.003 | 213.004 |
| 23 | | 2)[5-22][g] | .030 | .123 | .095 | .061 | .020 |
| 24 | | 2)22/38[%] | 88.235 | 82.000 | 94.059 | 88.406 | 83.333 |
| 25 | | 3)m[g] | 3.739 | 3.752 | 3.746 | 3.748 | 3.746 |
| 26 | | 3)[6-25][g] | .007 | .011 | .008 | .017 | .002 |
| 27 | | 3)26/39[%] | 78.889 | 122.222 | 72.727 | 89.474 | 100.000 |
| 28 | gründliche Reinigung mit Bürstchen | 1)m[g] | 216.690 | 216.721 | 216.746 | 216.746 | 216.750 |
| 29 | | 1)[4-28][g] | -.047 | .159 | .111 | .085 | .022 |
| 30 | | 1)29/37[%] | 106.818 | 91.379 | 94.068 | 92.391 | 92.308 |
| 31 | | 2)m[g] | 212.958 | 212.978 | 213.000 | 213.000 | 213.002 |
| 32 | | 2)[5-31][g] | .031 | .136 | .098 | .098 | .022 |
| 33 | | 2)32/38[%] | 91.176 | 90.667 | 97.030 | 92.754 | 91.667 |
| 34 | | 3)m[g] | 3.738 | 3.751 | 3.746 | 3.746 | 3.746 |
| 35 | | 3)[6-34][g] | .008 | .012 | .008 | .019 | .002 |
| 36 | | 3)35/39[%] | 88.889 | 133.333 | 72.727 | 100.000 | 100.000 |
| 37 | Rasierstaub | [1-4][g] | .064 | .174 | .118 | .092 | .026 |
| 38 | | [2-5][g] | .034 | .150 | .101 | .069 | .024 |
| 39 | | [3-6][g] | .009 | .009 | .011 | .019 | .002 |
| 40 | | total[g] | .048 | .623 | .135 | .105 | .033 |
| 41 | | ⌀(37/1)[g] | .044 | .025 | .039 | .074 | .009 |
| 42 | | ⌀ges(40/1)[g] | .048 | .089 | .045 | .084 | .011 |
| 43 | Schwund | außerhalb R. [g] | .004 | .449 | .017 | .013 | .007 |
| 44 | | außerhalb R. [%] | 8.333 | 72.071 | 12.593 | 12.381 | 21.212 |
| 45 | | innerhalb R. [g] | -.003 | .015 | .007 | -.007 | .002 |
| 46 | | innerhalb R. [%] | -6.818 | 8.621 | 5.932 | 7.609 | 7.692 |

1)R.komplett 2)R.o.Scherblatt 3)Scherblatt

Tabelle A- 9

B005271

Meßwerte manuelle Rasiererreinigung                    Seite A- 10

| # | Bartalter | | 2 | 1.25 | 1 | | |
|---|---|---|---|---|---|---|---|
| 1 | vor | R.komplett | 214.102 | 214.159 | 216.792 | | |
| 2 | der | R.o.Scherbl. | 210.391 | 210.443 | 213.116 | | |
| 3 | Rasur | Scherblatt | 3.709 | 3.716 | 3.676 | | |
| 4 | nach | R.komplett | 214.249 | 214.261 | 216.851 | | |
| 5 | der | R.o.Scherbl. | 210.492 | 210.507 | 213.170 | | |
| 6 | Rasur | Scherblatt | 3.751 | 3.732 | 3.685 | | |
| 7 | loser | R.komplett | 214.222 | 214.233 | 216.842 | | |
| 8 | Staub | R.o.Scherbl. | 210.474 | 210.500 | 213.160 | | |
| 9 | | Scherblatt | 3.750 | 3.732 | 3.675 | | |
| 10 | Reini- | 1)=[g] | 214.135 | 214.186 | 216.812 | | |
| 11 | gung: | 1)[4-10][g] | .114 | .055 | .039 | | |
| 12 | Rasierer | 1)11/37[%] | 77.551 | 67.073 | 66.102 | | |
| 13 | einschal- | 2)=[g] | 210.425 | 210.470 | 213.141 | | |
| 14 | ten | 2)[5-13][g] | .067 | .037 | .029 | | |
| 15 | Scher- | 2)14/38[%] | 66.337 | 57.813 | 53.704 | | |
| 16 | blatt | 3)=[g] | 3.711 | 3.717 | 3.675 | | |
| 17 | ab- | 3)[6-16][g] | .040 | .015 | .010 | | |
| 18 | klopfen | 3)17/39[%] | 95.238 | 93.750 | 90.909 | | |
| 19 | Reini- | 1)=[g] | 214.107 | 214.156 | 216.796 | | |
| 20 | gung | 1)[4-19][g] | .142 | .085 | .055 | | |
| 21 | mit | 1)20\37[%] | 96.599 | 103.659 | 93.220 | | |
| 22 | Bürst- | 2)=[g] | 210.398 | 210.440 | 213.120 | | |
| 23 | chen | 2)[5-22][g] | .094 | .067 | .050 | | |
| 24 | | 2)22\38[%] | 93.069 | 104.688 | 92.593 | | |
| 25 | | 3)=[g] | 3.709 | 3.715 | 3.674 | | |
| 26 | | 3)[6-25][g] | .042 | .017 | .011 | | |
| 27 | | 3)26/39[%] | 100.000 | 106.250 | 100.000 | | |
| 28 | gründ- | 1)=[g] | 214.099 | 214.150 | 216.794 | | |
| 29 | liche | 1)[4-28][g] | .150 | .091 | .057 | | |
| 30 | Reini- | 1)29\37[%] | 102.041 | 110.976 | 96.610 | | |
| 31 | gung | 2)=[g] | 210.392 | 210.434 | 213.119 | | |
| 32 | mit | 2)[5-31][g] | .100 | .073 | .051 | | |
| 33 | Bürst- | 2)32\38[%] | 99.010 | 114.063 | 94.444 | | |
| 34 | chen | 3)=[g] | 3.707 | 3.716 | 3.674 | | |
| 35 | | 3)[6-34][g] | .044 | .018 | .011 | | |
| 36 | | 3)35\39[%] | 104.762 | 112.500 | 100.000 | | |
| 37 | Rasier- | [1-6][g] | .147 | .082 | .059 | | |
| 38 | staub | [2-5][g] | .101 | .066 | .054 | | |
| 39 | | [3-6][g] | .042 | .016 | .011 | | |
| 40 | | total[g] | .147 | .083 | .062 | | |
| 41 | | ø(37/1)[g] | .074 | .066 | .059 | | |
| 42 | | øges(40/1)[g] | .074 | .066 | .062 | | |
| 43 | Schwund | außer-halb R. [g] | | .001 | .003 | | |
| 44 | | [%] | | 1.205 | 4.839 | ERROR | ERROR |
| 45 | | inner-halb R. [g] | -.003 | -.009 | .002 | | |
| 46 | | [%] | -2.041 | -10.843 | 3.226 | | |

1)R.komplett 2)R.o.Scherblatt 3)Scherblatt

Tabelle A-10

B005272

Meßwerte Reinigungsstation                                    Seite A- 11

| i | Anzahl der Rasuren | | 1 | 1 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|
| i | Bartalter | | 1 | .75 | 3 | 2 | 3 |
| 1 | vor | R.komplett | 217.050 | 217.043 | 211.220 | 211.220 | 211.291 |
| 2 | der | R.o.Scherbl. | 213.331 | 213.328 | 207.529 | 207.526 | 207.595 |
| 3 | Rasur | Scherblatt | 3.719 | 3.718 | 3.691 | 3.689 | 3.695 |
| 4 | nach | R.komplett | 217.098 | 217.095 | 211.333 | 211.300 | 211.468 |
| 5 | der | R.o.Scherbl. | 213.372 | 213.365 | 207.622 | 207.587 | 207.748 |
| 6 | Rasur | Scherblatt | 3.728 | 3.731 | 3.711 | 3.713 | 3.719 |
| 7 | Borstendurchmesser[mm] | | .200 | .200 | .200 | .200 | .200 |
| 8 | Bürstendurchmesser[mm] | | 96.000 | 96.000 | 96.000 | 96.000 | 96.000 |
| 9 | Umdrehungen [min-1] | | 3200 | 3200 | 3200 | 3200 | 3200 |
| 10 | Reini- | 1)m[g] | 217.053 | 217.054 | 211.224 | 211.232 | 211.299 |
| 11 | gungs- | 1)4-10)[g] | .045 | .041 | .109 | .068 | .169 |
| 12 | station | 1)11/27[%] | 93.750 | 78.846 | 96.460 | 85.000 | 95.480 |
| 13 | mit Ab- | 2)m[g] | 213.335 | 213.336 | 207.531 | 207.535 | 207.603 |
| 14 | saugung | 2)5-13)[g] | .037 | .029 | .091 | .052 | .145 |
| 15 | | 2)14/28[%] | 90.244 | 78.378 | 97.849 | 85.246 | 94.771 |
| 16 | | 3)m[g] | 3.719 | 3.719 | 3.692 | 3.694 | 3.697 |
| 17 | | 3)6-16)[g] | .009 | .012 | .019 | .019 | .022 |
| 18 | | 3)17/29[%] | 100.000 | 92.308 | 95.000 | 79.167 | 91.667 |
| 19 | | vor der | | | | | |
| 20 | | Rasur | | | | | |
| 21 | Hand- | m[g] | 78.541 | 78.583 | 78.022 | 77.955 | 78.620 |
| 22 | staub- | nach der | | | | | |
| 23 | sauger- | Rasur | | | | | |
| 24 | düse | m[g] | 78.583 | 78.614 | 78.125 | 78.018 | 78.762 |
| 25 | | |24-21|[g] | .042 | .031 | .103 | .063 | .142 |
| 26 | | 25/27[%] | 87.500 | 59.615 | 91.150 | 78.750 | 80.226 |
| 27 | Rasier- | 1-4|[g] | .048 | .052 | .113 | .080 | .177 |
| 28 | staub | 2-5|[g] | .041 | .037 | .093 | .061 | .153 |
| 29 | | 3-6|[g] | .009 | .013 | .020 | .024 | .024 |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle A-11

Bemerkung:
Reinigungsstation zwischen Gehäuse und Saugrohr abgedichtet.

B005273

Meßwerte Reinigungsstation                                      Seite A- 12

| i | Anzahl der Rasuren | | 1 | 1 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|
| i | Bartalter | | 2 | 1 | 4 | 1.5 | 2 |
| 1 | vor | R.komplett | 211.254 | 211.265 | 211.302 | 211.299 | 211.282 |
| 2 | der | R.o.Scherbl. | 207.559 | 207.571 | 207.606 | 207.604 | 207.585 |
| 3 | Rasur | Scherblatt | 3.694 | 3.695 | 3.696 | 3.696 | 3.695 |
| 4 | nach | R.komplett | 211.353 | 211.308 | 211.430 | 211.355 | 211.370 |
| 5 | der | R.o.Scherbl. | 207.644 | 207.603 | 207.709 | 207.642 | 207.659 |
| 6 | Rasur | Scherblatt | 3.712 | 3.703 | 3.720 | 3.711 | 3.712 |
| 7 | Borstendurchmesser[mm] | | .200 | .200 | .200 | .200 | .200 |
| 8 | Bürstendurchmesser[mm] | | 96.000 | 96.000 | 96.000 | 96.000 | 96.000 |
| 9 | Umdrehungen [min-1] | | 3200 | 3200 | 3200 | 3200 | 3200 |
| 10 | Reini- | 1)m[g] | 211.255 | 211.262 | 211.313 | 211.303 | 211.282 |
| 11 | gungs- | 1)[4-10][g] | .098 | .046 | .117 | .052 | .088 |
| 12 | station | 1)11/27[%] | 98.990 | 106.977 | 91.406 | 92.857 | 100.000 |
| 13 | mit Ab- | 2)m[g] | 207.561 | 207.567 | 207.616 | 207.606 | 207.586 |
| 14 | saugung | 2)[5-13][g] | .083 | .036 | .093 | .036 | .073 |
| 15 | | 2)14/28[%] | 97.647 | 112.500 | 90.291 | 94.737 | 98.649 |
| 16 | | 3)m[g] | 3.694 | 3.695 | 3.697 | 3.698 | 3.694 |
| 17 | | 3)[6-16][g] | .018 | .008 | .023 | .013 | .018 |
| 18 | | 3)17/29[%] | 100.000 | 100.000 | 95.833 | 86.667 | 105.882 |
| 19 | | vor der | | | | | |
| 20 | | Rasur | | | | | |
| 21 | Hand- | m[g] | 78.262 | 78.341 | 78.384 | 78.512 | 78.540 |
| 22 | staub- | nach der | | | | | |
| 23 | sauger- | Rasur | | | | | |
| 24 | düse | m[g] | 78.346 | 78.384 | 78.512 | 78.547 | 78.610 |
| 25 | | [24-21][g] | .084 | .043 | .128 | .035 | .070 |
| 26 | | 25/27[%] | 84.848 | 100.000 | 100.000 | 62.500 | 79.545 |
| 27 | Rasier- | 1-4][g] | .099 | .043 | .128 | .056 | .088 |
| 28 | staub | 2-5][g] | .085 | .032 | .103 | .038 | .074 |
| 29 | | 3-6][g] | .018 | .008 | .024 | .015 | .017 |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle A-12

Bemerkung:
Reinigungsstation zwischen Gehäuse und Saugrohr abgedichtet.

B005274

Meßwerte Reinigungsstation _____ Seite A- 13

| i | | | 1 | 3 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|
| i | Anzahl der Rasuren | | | | | | |
| i | Bartalter | | 2 | 3 | 1 | 3 | 2 |
| 1 | vor | R.komplett | 217.059 | 210.995 | 217.059 | 211.267 | 217.061 |
| 2 | der | R.o.Scherbl. | 213.341 | 207.280 | 213.341 | 207.573 | 213.343 |
| 3 | Rasur | Scherblatt | 3.719 | 3.711 | 3.719 | 3.694 | 3.719 |
| 4 | nach | R.komplett | 217.167 | 211.193 | 217.132 | 211.434 | 217.152 |
| 5 | der | R.o.Scherbl. | 213.427 | 207.436 | 213.400 | 207.722 | 213.421 |
| 6 | Rasur | Scherblatt | 3.741 | 3.754 | 3.733 | 3.712 | 3.733 |
| 7 | | Borstendurchmesser[mm] | .150 | .150 | .153 | .200 | .200 |
| 8 | | Bürstendurchmesser[mm] | 96.000 | 96.000 | 96.000 | 96.000 | 96.000 |
| 9 | | Umdrehungen [min-1] | 3920 | 3920 | 3920 | 3200 | 3200 |
| 10 | Reini- | 1)m[g] | 217.059 | 211.019 | 217.061 | 211.271 | 217.089 |
| 11 | gungs- | 1)[4-10][g] | .108 | .174 | .071 | .163 | .063 |
| 12 | station | 1)11/27[%] | 100.000 | 87.879 | 97.260 | 97.605 | 69.231 |
| 13 | mit Ab- | 2)m[g] | 213.341 | 207.299 | 213.343 | 207.577 | 213.371 |
| 14 | saugung | 2)[5-13][g] | .086 | .137 | .057 | .145 | .050 |
| 15 | | 2)14/28[%] | 100.000 | 87.821 | 96.610 | 97.315 | 64.103 |
| 16 | | 3)m[g] | 3.719 | 3.720 | 3.719 | 3.694 | 3.719 |
| 17 | | 3)[6-16][g] | .022 | .034 | .014 | .018 | .014 |
| 18 | | 3)17/29[%] | 100.000 | 79.070 | 100.000 | 100.000 | 100.000 |
| 19 | | vor der | | | | | |
| 20 | | Rasur | | | | | |
| 21 | Hand- | m[g] | 77.617 | | 77.760 | 78.138 | 77.840 |
| 22 | staub- | nach der | | | | | |
| 23 | sauger- | Rasur | | | | | |
| 24 | düse | m[g] | 77.697 | | 77.833 | 78.278 | 77.888 |
| 25 | | [24-21][g] | .080 | | .073 | .140 | .048 |
| 26 | | 25/27[%] | 74.074 | | 100.000 | 83.832 | 52.747 |
| 27 | Rasier- | 1-4[g] | .108 | .198 | .073 | .167 | .091 |
| 28 | staub | 2-5[g] | .086 | .156 | .059 | .149 | .078 |
| 29 | | 3-6[g] | .022 | .043 | .014 | .018 | .014 |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle A-13

Bemerkung:
Reinigungsstation zwischen Gehäuse und Saugrohr abgedichtet.

B005275

Meßwerte Reinigungsstation                                      Seite A- 14

| i | Anzahl der Rasuren | | 1 | 1 | 1 | 1 | 1 |
|---|---|---|---|---|---|---|---|
| i | Bartalter | | 3 | 2 | 2 | 3 | 1 |
| 1<br>2<br>3 | vor<br>der<br>Rasur | R.komplett<br>R.o.Scherbl.<br>Scherblatt | 211.285<br>207.586<br>3.695 | 217.085<br>213.365<br>3.720 | 217.140<br>213.417<br>3.720 | 217.170<br>213.446<br>3.720 | 217.162<br>213.434<br>3.728 |
| 4<br>5<br>6 | nach<br>der<br>Rasur | R.komplett<br>R.o.Scherbl.<br>Scherblatt | 211.408<br>207.691<br>3.714 | 217.208<br>213.470<br>3.733 | 217.215<br>213.474<br>3.740 | 217.306<br>213.548<br>3.762 | 217.220<br>213.483<br>3.737 |
| 7<br>8<br>9 | Borstendurchmesser[mm]<br>Bürstendurchmesser[mm]<br>Umdrehungen [min-1] | | .200<br>96.000<br>3200 | .200<br>96.000<br>3200 | .200<br>96.000<br>3200 | .200<br>96.000<br>3200 | .200<br>96.000<br>3200 |
| 10<br>11<br>12 | Reini-<br>gungs-<br>station<br>mit Ab-<br>saugung | 1)m[g]<br>1)|4-10|[g]<br>1)11/27[%] | 211.297<br>.111<br>90.244 | 217.140<br>.068<br>55.285 | 217.140<br>.075<br>100.000 | 217.170<br>.136<br>100.000 | 217.164<br>.056<br>96.552 |
| 13<br>14<br>15 | | 2)m[g]<br>2)|5-13|[g]<br>2)14/28[%] | 207.599<br>.092<br>87.619 | 213.415<br>.055<br>52.381 | 213.415<br>.059<br>103.509 | 213.444<br>.104<br>101.961 | 213.437<br>.046<br>93.878 |
| 16<br>17<br>18 | | 3)m[g]<br>3)|6-16|[g]<br>3)17/29[%] | 3.698<br>.016<br>84.211 | 3.720<br>.013<br>100.000 | 3.723<br>.017<br>85.000 | 3.728<br>.034<br>80.952 | 3.725<br>.012<br>133.333 |
| 19<br>20<br>21 | Hand-<br>staub-<br>sauger-<br>düse | vor der<br>Rasur<br>m[g] | 78.151 | 78.859 | 78.969 | 79.038 | 79.151 |
| 22<br>23<br>24<br>25<br>26 | | nach der<br>Rasur<br>m[g]<br>|24-21|[g]<br>25/27[%] | 78.847<br>.696<br>565.854 | 78.967<br>.108<br>87.805 | 79.030<br>.061<br>81.333 | 79.151<br>.113<br>83.088 | 79.209<br>.058<br>100.000 |
| 27<br>28<br>29 | Rasier-<br>staub | |1-4|[g]<br>2-5|[g]<br>3-6|[g] | .123<br>.105<br>.019 | .123<br>.105<br>.013 | .075<br>.057<br>.020 | .136<br>.102<br>.042 | .058<br>.049<br>.009 |

1)Rasierer komplett 2)Rasierer o.Scherblatt 3)Scherblatt

Tabelle A-14

Bemerkung:
Reinigungsstation zwischen Gehäuse und Saugrohr abgedichtet.

B005276

A-15      Quellenverzeichnis

Pahl/Beitz                Konstruktionselemente; Berlin, $1986^2$
Würtemberger, G.          Tabellenbuch Metall; Wuppertal, $1986^{35}$
Braun Nathan
International              Die moderne Trockenrasur; München, 1983


Patentabteilung           Braun AG
REM- Abteilung            Braun AG
Dokumentation             Braun AG


Herr Dr. -Ing. Jung; Braun AG
Herr Klauer; Braun AG
Herr Jung; Braun AG
Herr Steinbrunner; Firma Mink Bürsten

B005277