# EXHIBIT 40

| B R A U N | | Besprechungsnotiz |
|---|---|---|
| Teilnehmer: | G. Braun,    N. Smetana<br>(T-ER 2)    (T-EF 2) | Besprechungsort:<br>Büro Smetana |
| Thema: | Rasiererreinigungsgerät<br>Gebläseeinsatz und Luftführung | Datum:  03.08.93 |
| Verteiler : | Teilnehmer,  Dr.D.Pahl  (T-ER),  Dr.R.Jung  (T-EF) | |

### Prinzip des Funktionsmusters    (Ist-Zustand)

Der benutzte Rasierer wird mit dem verschmutzten Rasierkopf nach unten in das
Reinigungsgerät gesteckt, zunächst mit Reinigungsflüssigkeit durchspült und
anschließend in der gleichen Position mit einem kalten Luftstrom getrocknet.
Die Trocknungszeiten sind jedoch lt. Aussage von Herrn Braun noch zu lang bzw.
das Trocknungsergebnis ist nicht zufriedenstellend. Außerdem stört das Geräusch
des vorläufig eingesetzten Axialgebläses aus dem Airstyler (ø 31 mm).

### Verbesserung der Trocknungseigenschaften

Die Diskussion ergab, daß die Lufttrocknung des Rasiermesserkopfes durch mehrere
Maßnahmen verbessert werden kann. Ziel ist es, die Luft mit ausreichend hoher
Geschwindigkeit direkt an die noch feuchten Stellen am Scherblatt und im Messer-
kopf zu leiten. Zunächst sollte deshalb die benötigte Luftmenge und Geschwindig-
keit ermittelt werden, um den Rasierkopf in einer gewünschten Zeit zu trocknen.
Diese Parameter können mit einer einfachen Versuchsanordnung ermittelt werden.
Der Aufbau besteht aus:

- Hilfsgebläse bzw. Testgebläse (siehe 2) mit variabler Drehzahl
- Laminar Flow Element zur Durchsatzmessung  (in T-EF 2 vorhanden)
- ein oder mehrere schmale Zuströmdüsen  (siehe 1)
- Halterung für Rasiererkopf mit verbesserter Luftführung  (siehe 3)

1) Die **düsenförmige Zuströmung** sollte am Austrittsquerschnitt die gleiche läng-
   lich, schmale Form wie die Scherfolie(n) besitzen. Die Querschnittsfläche
   braucht dabei nicht größer wie die Projektion der angeblasenen Scherfolien
   zu sein, - ggf. etwas kleiner. Mehrere Öffnungen nebeneinander sind im
   Prinzip möglich. Der Abstand zwischen der Zuströmung und der Scherfolie
   sollte relativ klein sein. Eine (leicht) schräge Anströmung in Richtung der
   Rasierkopfspitze ist ebenfalls vorteilhaft.   [ Skizze 1 ]

2) Das verwendete **Gebläse** muß deshalb in der Lage sein den einen relativ hohen
   Druck zur Durchströmung dieser Düse(n) und der nachfolgenden Strömungswider-
   stände aufzubauen. Rechnerische Abschätzungen hierzu sind möglich.
   Der Luftdurchsatz ist dabei nur zweitrangig, denn er ergibt sich aus der
   Querschnittsfläche mal der erreichbaren Strömungsgeschwindigkeit.
   Die Leistung eines kleinen Mabuchimotors (vgl. Airstyler) ist ausreichend.

Attorneys' Eyes Only

B004615

Braun v. Rayovac

Exhibit 9

- 2 -

Eine endgültig Gebläseauswahl ist erst mit den Ergebnissen der Trocknungs-
versuche möglich. Denkbar ist der Einsatz eines kleinen Radialgebläses, das
mit den Düsen durch einen 'Strömungskanal' verbunden ist. Vorversuche hierzu
können in T-EF durchgeführt werden.

3) Zur Zeit kann die Trocknungsluft seitlich und unterhalb des Rasiererkopfes
vorbeiströmen. Sie gelangt deshalb nicht bzw. nicht ausreichend durch die
Scherfolie bis zu den feuchten Messerköpfen. Die Trocknung dauert zu lange.
Die Halterung für den Rasiererkopf muß deshalb dahingehend geändert werden,
daß diese freien Querschnitte zumindest seitlich wegfallen. Der Spalt unter
dem Kopf sollte nur so groß sein, daß die Reinigungsflüssigkeit abströmen
kann. Eine Abdichtung dieses Spaltes beim Trockenblasen wäre hilfreich.
[ Skizze 2 ]

Bei der Reinigung des Flex Control bietet es sich an, den gesamten Kopf
schräg zu stellen, um auch den zweiten Klingenblock direkt mit Flüssigkeit
und danach mit Luft anströmen zu können. Zwei passend angebrachte Zuström-
düsen sind hierbei effektiver als eine.   [ Skizze 3 ]

4) Falls mit diesen Maßnahmen die Trocknung immer noch zu lange dauert, sollte
der Einbau einer kleinen Heizung für den Luftstrom diskutiert werden.

5) Bei der Verwendung eines Motors zum Antrieb der Flüssigkeitspumpe und des
Lüfters ist der Mehraufwand für die elektronische und mechanische Regelung
zu bedenken, da beide Systeme mit unterschiedlichen Drehzahlen und Motor-
belastungen arbeiten, sowie nacheinander eingesetzt werden müssen.

N. Smetana



Skizze 1



IST   Skizze 2   ⊕

IST   Skizze 3   ⊕

B004616   Attorneys' Eyes Only

**BRAUN**
Interne Korrespondenz

| | | | |
|---|---|---|---|
| An: | H. Schäfer/T-ER | Kopien an: | H. Cimbal/T-ER |
| | | | H. Faulstich/T-PPM |
| Datum: | 09.06.1993 | | H. Gebert/T-QTA |
| | | | H. Goswami/T-QT |
| Von: | A. Stiegler/ho.132/T-QTA | | H. Dr. Pahl/T-ER |
| App.: | 2913 | | |

**Rasierer-Reinigungsgerät**
**VDE-Präsentation am 04.06.93**

Teilnehmer:  H. Kraus/VDE
H. Petretti/T-ER
H. Stiegler/T-QTA

Die Approbationsfähigkeit wurde anhand eines transparenten Funktionsmusters beurteilt.

Nach Aussage des VDE würde dieses Gerät nach VDE 0700 Teil 1 mit Anlehnung an andere Normen (z. B. für Geschirrspüler oder Medizingeräte) geprüft.

Nach Beurteilung der Handhabung scheint ein Berührungsschutz bedingt durch die Steckverbindung mit Netzspannung für den Rasierer nur mit Wandmontage möglich zu sein.

Der Hinweis, den Rasierer erst zu entnehmen, wenn er trocken ist, ist nicht ausreichend. Eine mechanische Verriegelung ist erforderlich, damit der Rasierer nur im trockenen Zustand benutzt wird. Das Gerät ist kopflastig.

Vor Beginn einer Prüfung muß das Medium Reinigungsmittel auf seine Unbedenklichkeit bezüglich Gesundheit, Brandgefahr und Explosionsgefahr untersucht werden bzw. der Nachweis erfolgen.

Die Unbedenklichkeit der Explosionsgefahr kann nur durch das Physikalisch Technische Bundesamt (PTB) in Braunschweig oder Berlin nachgewiesen werden.

Eine weitere Beurteilung kann erst nach Klärung der aufgeführten Probleme erfolgen.

Mit freundlichen Grüßen

A. Stiegler

Attorneys' Eyes Only

B004617