# EXHIBIT
# 42B

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 66

JAMES CHASEN - CONFIDENTIAL
1
2  reservoir so it can be used up again.
3       That was just an observation I had
4  made that -- it's all designed to just drain
5  right out, but like any drain, you're going to
6  be left with a few droplets on there and that
7  contributed to not using up as much fluid as
8  you'd like.
9       Q.   Thank you.
10            (Exhibit 14 for
11  identification, Multi-page document, copy of
12  notebook, production numbers R 000185 through
13  R 000243.)
14       Q.   Mr. Chasen, I've placed before you
15  Exhibit 14. Can you identify what this is?
16       A.   This is my lab book, and its
17  primary function, it's kind of like a doodle
18  page for a lot of people.  I scratch little
19  notes and things.  And what I'll do, if I run a
20  test, I'll put some of the raw data in here and
21  then I'll transfer that to a more formal
22  document, just so you know what really this is.
23       Q.   When we discussed at the beginning
24  of your deposition what documents you reviewed
25  in connection with your preparation, was this

Page 67

JAMES CHASEN - CONFIDENTIAL
1
2  doodle pad --
3       A.   Yes, I skimmed this as well.
4       Q.   You skimmed this Exhibit 14?
5       A.   Yes.
6       Q.   Asking you to turn your attention
7  to page R-188, number 7 on that page says,
8  "Drain hole in basin needs to be greater than 3
9  million meters."  Why is that so?
10       A.   We wanted -- we wanted the fluid to
11  drain out quicker.  We did not want to fill the
12  basin with fluid in our design.
13       In our design, that's actually a
14  bad thing, to fill the basin with fluid.
15       Q.   Why?
16       A.   What happens is, if that -- if the
17  heads, the cutting heads go under the fluid
18  level -- in other words, if the level starts to
19  rise, all of those cutters start to rotate
20  underneath the fluid and it creates too much
21  power draw.  The shaver loads down and the power
22  dry, the transformer can't supply enough power
23  to the shaver to turn it, so that was a very bad
24  thing.
25       We wanted to make sure that the

Page 68

JAMES CHASEN - CONFIDENTIAL
1
2  fluid goes out, drains out, and goes right to
3  the filter, kind of like your sink.
4       And some of the initial analysis of
5  this product -- that's why I wrote this note --
6  in testing some of these earlier designs, the
7  pump was putting out too much fluid and the
8  level was rising and that's what we didn't want.
9  We wanted that to drain right out.
10       Q.   Asking you to turn your attention
11  to the next page, there's a line that starts,
12  "Lead-in chamfers-basin ribs."
13       Can you explain what these lead-in
14  chamfers are?
15       A.   I believe for assembly purposes to
16  put the basin in, you put some lead-in so that
17  when you're assembling it, it kind of guides it
18  in.  That's probably what that referred to.
19       Q.   Asking you to turn to page R-201,
20  at the top it says, "SLA Model 3."
21       What is that?
22       A.   Oh, stereolithography model, SLA.
23       That's our terminology that we use
24  for rapid prototyping of parts.
25  Stereolithography is a process by which rapid

Page 69

JAMES CHASEN - CONFIDENTIAL
1
2  prototypes are made.
3       You start with a computer-generated
4  model in your computer, a 3-D model, and you
5  send the file to these fabrication houses and
6  they form this model in layers, one layer at a
7  time.  It starts with a vat of liquid and then a
8  laser scans it one layer at a time from the
9  computer-generated model and you get the
10  complete model built.
11       It's a rapid prototyping tool and
12  you'll probably see a lot of SLA version this or
13  that.  I tried to keep track of what version we
14  were working with because we made very -- a lot
15  of different iterations of models, so SLA 1
16  would be the first model, SLA 2 would be the
17  second and so forth and so on.
18       So "SLA model" is just a
19  terminology for prototype.
20       Q.   And each of these SLA models that
21  you were looking at were of the cleaning device?
22       A.   And/or some of the subsystems.
23  and/or some of the components that make up the
24  shaver.
25       Q.   Asking you to turn your attention

18 (Pages 66 to 69)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 70

JAMES CHASEN - CONFIDENTIAL

1
2  to page R-209, at the top of the page you write,
3  "Run until dry - i.e. same as Braun."
4      What does that mean?
5      A.  You know, I was skimming through
6  this before and I saw that sentence and I don't
7  know what I meant there. I'm sorry, I really
8  don't. "Dry, same as Braun" -- because if you
9  look at the page before, it doesn't -- it's kind
10  of like out of context.
11      The only thing I can think of was,
12  it was -- I don't remember.  Honestly, it was
13  just a note that I scribbled in there.  It could
14  have been made -- I believe it refers to running
15  the unit dry, meaning like at the end of the
16  Braun cycle, the cleaning cycle, your fan turns
17  on and dries the unit.  There's a fan that dries
18  it, and at the end of the cycle, it's dry.  The
19  shaver is dry.
20      So when I was running some of my
21  cleaning tests, I wanted to get it to the same
22  dryness level as the Braun unit.  That's
23  probably what that is, but I can't be 100
24  percent sure.
25      Q.   Why were you using the Braun unit

Page 71

JAMES CHASEN - CONFIDENTIAL

1
2  as a benchmark?
3      A.   It was just a comparison.  It was
4  another cleaning device that we wanted to just,
5  you know, evaluate for dryness.  Competitive
6  benchmark, I guess.
7      Q.   What was the length of the
8  development process for the CCS-1 product?
9      A.   When I came on board or the whole
10  -- from, like, inception to production?
11      Q.   From conception until it left
12  research and development.
13      A.   You mean -- let me clarify a little
14  bit the best I can.
15      I came on in January of '03, and
16  approximately nine to ten months later we had
17  our first off-tool sample.
18      Q.   What's an --
19      A.   Off-tool.  Meaning molded, like you
20  see here.  Off-tool molded part.
21      Now, there was some work done prior
22  to my arriving that you could see in the
23  documents that show some dates back in 2001, so,
24  I mean, you could say it went from 2001 until
25  the end of '03.  You know what I'm saying?

Page 72

JAMES CHASEN - CONFIDENTIAL

1
2      So I don't know very well how
3  defined this is, how long -- I just mainly know
4  from when I started on it, this is how long it
5  took.
6      But prior to that, there was some
7  -- you know, stop, go, stop, go.  That kind of
8  thing.  Where it just kind of lingered.
9      Q.   Do you know whether Rayovac started
10  to design its own cleaning system prior to
11  Braun's release of its Braun Syncro cleaning
12  system?
13      A.   I honestly don't know.  I honestly
14  don't know.  Sorry.
15      Q.   At some point Rayovac started
16  developing the CCS-2, which is the model you've
17  said works with the foil, the men's foil?
18      A.   Yes.  The original intent was to
19  try to introduce both of them simultaneously,
20  but we didn't have the resources so they decided
21  to have us concentrate on the rotary model
22  first.
23      Plus, they were having some issues
24  with the shaver, the Haking shaver.  The MS 5500
25  was a new shaver for Remington/Rayovac and had

Page 73

JAMES CHASEN - CONFIDENTIAL

1
2  some bugs in it that had to be worked out, so
3  the shaver really wasn't ready anyway, so the
4  R-9500, the rotary, was already in production,
5  aside from the modifications that we had to
6  make, so that's why that one was picked first.
7      Q.   When was the development of the
8  CCS-2 started up again?
9      A.   I'd have to refer to my notes.  I
10  don't know exact dates.  It was after -- we were
11  concentrating on the rotary, and then there was
12  a time where we were -- the design was well
13  along and we were waiting for tooling, and then
14  we kind of started ramping up on the CCS-2
15  model.
16      As far as exactly when, if I could
17  look at my notes and maybe I'll find a date in
18  here.
19      Q.   Can you look at Exhibit 14 and see
20  if you can find a date?
21      A.   Let me see if I can find something
22  for you.  Actually, a better document, I'm sure
23  you have copies of all of it, a lab book with --
24  it's in Excel, it's like a big Excel spreadsheet
25  and it says "Foil Shaver Cleaning Systems" and

19  (Pages 70 to 73)

7a129155-49aa-4907-8dee-42ac5376e13a

06/27/2005 16:56 FAX                                                @040/079

ESQUIRE DEPOSITION SERVICES
HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 74

```
 1        JAMES CHASEN - CONFIDENTIAL
 2  it has sequential experimental dates, test one
 3  was done on this date and this is what I
 4  performed. Test two was performed on this date
 5  and this is what was performed.
 6        That would be a way better document
 7  than this thing.
 8        (Exhibit 15 for
 9  identification, Multi-page document entitled,
10  "Development Test Report," production numbers
11  R 001048 through R 001063.)
12    A.    March 10th.
13    Q.    Of what year?
14    A.    That's got to be '03. I should
15  have made the width column longer. It truncated
16  the last date. It's on there.
17        The first time I started looking at
18  foil was March 10th of '03, but if you look
19  here, it goes item 1 and 2, March 10th and March
20  12th I was looking at an MS-3, and it was
21  another three whole months to item 3, so I
22  started to dabble a little bit. But it wasn't
23  until June of '03 that I started really doing
24  work on the 5000 series, so maybe more accurate
25  would be June of '03 was when we kind of started
```

Page 75

```
 1        JAMES CHASEN - CONFIDENTIAL
 2  getting into that.
 3    Q.    And what was the motivation behind
 4  the CCS-2?
 5    A.    To have a cleaning system for a
 6  foil line, that was marketing's instructions,
 7  that they wanted us to develop a cleaning system
 8  for foil.
 9        (Exhibit 16 for
10  identification, Two-page document, E-mails,
11  production numbers R 003569 through R 003570.)
12    Q.    Mr. Chasen, Exhibit 16 are two
13  e-mails, the last one dated April 27, 2004.
14        Have you seen these before?
15    A.    Can I read it?
16    Q.    Sure.
17    A.    It looks familiar although I was
18  not on the original distribution. It might have
19  been forwarded to me because it does look
20  familiar to me.
21    Q.    Do you know why Rayovac was doing a
22  comparison between the MS 5500 CS and the Braun
23  Activator?
24    A.    Most likely it was for sales force;
25  and if they're going to sell this product,
```

Page 76

```
 1        JAMES CHASEN - CONFIDENTIAL
 2  they're going to say, "Well, how does it compare
 3  to the Braun?", so they wanted to become
 4  knowledgeable with respect to the Braun system,
 5  how ours compares.
 6    Q.    You mentioned the MS 5500
 7  before, the MS --
 8    A.    "Cleaning system" is probably what
 9  that means, cleaning system.
10    Q.    Thank you.
11    A.    You might be able to buy the 5500
12  without the cleaning system -- but I'm not
13  sure -- in some markets. That may be why you
14  see that.
15    Q.    When was the development of the
16  CCS-3, the women's foil shaver cleaner, begun?
17    A.    May I look at my notes?
18    Q.    Certainly, yes. You're referring
19  to --
20    A.    Exhibit 15.
21        I first started looking, dabbling a
22  little bit in September of '03.
23    Q.    Was anybody else at Rayovac working
24  on the CCS-3?
25    A.    Sure.
```

Page 77

```
 1        JAMES CHASEN - CONFIDENTIAL
 2    Q.    Prior to September '03?
 3    A.    In what capacity?
 4    Q.    In the design development capacity.
 5    A.    No, no.
 6    Q.    What was Rayovac's motivation in
 7  developing the CCS-3?
 8    A.    Marketing's desire for a women's
 9  cleaning system.
10        (Exhibit 17 for
11  identification, Multi-page document entitled,
12  "WDF with Cleaning Base Questions," production
13  numbers R 004385 through R 004390.)
14    Q.    Mr. Chasen, I've placed before you
15  Exhibit 17, which is a document entitled, "WDF
16  With Cleaning Base Questions, 9/16/03."
17    A.    Okay.
18    Q.    First, have you seen this document
19  before?
20    A.    It doesn't look familiar.
21    Q.    I draw your attention to number 5
22  on the first page, which is, "Are there any new
23  technologies or areas of exploration beyond the
24  scope of the CCS-1 that would require
25  investigation"? What was Rayovac's answer to
```

20 (Pages 74 to 77)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 78

1      JAMES CHASEN - CONFIDENTIAL
2  that question?
3      A.    Their answer to the question was
4  that there was really this new technology
5  meeting the basic method of injecting fluid and
6  having it circulate around would be the same.
7          However, there were some areas that
8  had to be looked at such as how it gets
9  connected up with the base, meaning the
10  technical connection up at the top, because
11  you've got to appreciate all shavers are
12  different so it's going to be different how you
13  electrically connect at the top.
14          That was an area that needed to be
15  looked at, the circuit strategy, and electronics
16  a little bit because in that particular model
17  versus the CCS-1, the shaver is run under its
18  own battery power versus the other one is run by
19  a power supply, and it was also a concern that
20  women's deodorants, especially in the underarm
21  area, could affect the shaver as well, and the
22  cleaning fluid getting gunked up as well, that
23  kind of thing.
24      Q.    Are you familiar with Rayovac's
25  costs in the research and development for the

Page 79

1      JAMES CHASEN - CONFIDENTIAL
2  CCS-1?
3      A.    No idea.
4      Q.    Or the CCS-2 or 3?
5      A.    I don't have any of that
6  information.
7          Yuri may have some of that, but you
8  would need to talk to a finance guy, I would
9  think.
10      Q.    Do you know how long the research
11  and development of the CCS-2 took as opposed to
12  the CCS-1, which we've spoken about?
13      A.    Well, it's -- to this day we're
14  looking at improvements, so it's hard to -- we
15  didn't just -- you can't draw a line and say we
16  stopped and walked away.
17          The main effort went from a finite
18  period to when first product was produced, but
19  then, you know, it continued a little bit
20  thereafter, so can you clarify your question a
21  little bit? Do you want to know up to the point
22  it went to production?
23      Q.    I think we established before you
24  turned your attention to the design of CCS-2, in
25  June of '03, how long after that was research

Page 80

1      JAMES CHASEN - CONFIDENTIAL
2  and development ongoing until a product --
3      A.    I'll tell you -- I'm looking again
4  at Exhibit 15.
5      Q.    Mr. Chasen, let me ask you a
6  different question.
7      A.    To give you some idea, I got an
8  off-tool -- what we call an engineering built
9  sample, and I was evaluating that on May 19th of
10  '04.
11          An engineering built tool sample is
12  a sample that's almost ready for production;
13  we're getting parts in, we're looking, you know
14  what I mean? I'm just trying to give you a
15  frame of reference here.
16      Q.    Is the engineering tool sample the
17  same as what you referred to earlier as the
18  off-tool sample?
19      A.    Yes.
20          It was probably June-ish of '04 was
21  probably a good frame of reference for you.
22      Q.    Besides the CCS-1 through 3, are
23  there any other cleaning devices that Remington
24  currently has under development?
25      A.    Yes.

Page 81

1      JAMES CHASEN - CONFIDENTIAL
2      Q.    What are those?
3      THE WITNESS: I can talk about --
4      MR. SHIMOTA: Yes.
5      A.    Air cleaning system. It uses high
6  pressure gas to expel hair out of the shaver.
7      Q.    Any other systems?
8      A.    No.
9      Q.    With which shavers is the CCS-1
10  designed to work? You've mentioned --
11      A.    The R-9500, yes.
12          There are two shavers, the R-9500
13  and the --
14      Q.    Is it 9700?
15      A.    It might be. It doesn't have the
16  LCD display. It's just got indicators.
17          The shaver itself looks exactly the
18  same. Instead of having this LCD display,
19  that's eliminated, and it has, like, lights. I
20  don't remember the exact model number, but you
21  must have it in some of your documents.
22          (Exhibit 18 for
23  identification, Two-page document, product
24  specifications, production numbers R 004897
25  through R 004898.)

21 (Pages 78 to 81)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 82

JAMES CHASEN - CONFIDENTIAL

1    Q.    Mr. Chasen, I've put before you
2 Exhibit 18, which is a document dated November
3 15, 2002 called, "R-9500/9700 Micro Flex Plus
4 Rotary Shavers With Cleaning Capacity."
5    A.    This is early. They changed the
6 numbers. This is an earlier document. This is
7 dated November of 2002, and they're giving the
8 R-9700 with the LCD display, and I believe this
9 is the R-9500 -- yes. They changed the number
10 since then, since this document, so I don't
11 think this is valid anymore.
12    I'm sure that information is
13 readily available, but there is one other model
14 that doesn't have the LCD display. Yuri would
15 definitely know that off the top of his head.
16    Q.    Do you know what the R-9400 is?
17    A.    I'm not sure. I'm not sure.
18    I mean, Remington makes so many
19 different models of shaver models that I get
20 confused a little bit with the numbers. I'm
21 most familiar on the ones I worked with, but
22 they make a lot of derivatives.
23    These are really the three main
24 platforms that go with the cleaning system, what

Page 83

JAMES CHASEN - CONFIDENTIAL

1 we call the Rotary 9000 series. So it's this
2 exact same shaver, but different bells and
3 whistles, different display. That kind of
4 thing. Same thing with this one. There's
5 another model that has an LCD display.
6    Q.    The foil?
7    A.    On the foil.
8    And I believe on the women's there
9 might be another iteration as well. So when you
10 say "what models," really, there's three models,
11 base models or platforms, and then one or two
12 derivatives under there are just like very minor
13 things like a display or a button or something
14 like that. There is no big other features
15 really.
16    Q.    Who would be aware of the various
17 combinations of shaver and cleaner device?
18    A.    Anybody in marketing.
19    Marketing would definitely be able
20 -- Yuri would definitely know that because he deals with
21 that day in and day out. Marketing would be
22 your best shot. If you asked them to produce a
23 matrix, they would probably get that for you as
24 well, and that would, you know --

Page 84

JAMES CHASEN - CONFIDENTIAL

1    (Exhibit 19 for
2 identification, Multi-page document headed
3 "Men's 2006 Shaving," production numbers
4 R 000133 through R 000184.)
5    Q.    I've placed before you Exhibit 19,
6 which is entitled, "Men's 2006 Shaving," dated
7 September 29, 2004.
8    I'm going to ask you to turn to
9 page 45 of that exhibit.
10    A.    Okay.
11    Q.    This time-line, which is on page
12 45, there is at Q3 2005 a new product listed
13 which says, "New R-9400 with cleaning."
14    Are you aware of that product?
15    A.    Yes. I bet you that's the one
16 without the LCD display. That's got to be what
17 that is, 9400.
18    Q.    Do you know if that product has
19 been launched by Rayovac?
20    A.    Pretty sure, because they were
21 working on that when I was still in Bridgeport,
22 which was, like, about eight months ago,
23 actually, so I believe that that might already
24 be out there.

Page 85

JAMES CHASEN - CONFIDENTIAL

1    Q.    Would it be the marketing people --
2    A.    Marketing people would definitely
3 know or Yuri would know that as well, but I'm
4 pretty sure that that has been done.
5    Q.    Mr. Chasen, I'm asking you to look
6 at the CCS-1, which I'm putting before you.
7    Can you tell me what the function
8 of the basin is?
9    A.    It's to channel the fluid to the
10 filter.
11    Q.    I notice that on the basin of the
12 CCS-1 there are some ribs or tabs. I'm not sure
13 what the technical term would be.
14    A.    Right.
15    Q.    What is the purpose of those?
16    A.    That's so that you don't damage
17 some of these heads as you put it into the unit.
18 So as you put it in, it will kind of just keep
19 it positioned.
20    Q.    What supports the shaving head?
21    A.    Well, actually, it's the -- you've
22 got a post in the bottom of the basin that acts
23 as a stop and you've got your injection manifold
24 that helps align everything.

22  (Pages 82 to 85)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 86

JAMES CHASEN - CONFIDENTIAL
1
2    Q.   You had just said that the ribs
3  keep the shaver head in place. Isn't that an
4  alignment function?
5    A.   Well, really what helps align it is
6  these three -- what guides it are these three
7  pins in the manifold.
8    Q.   And does the shaver head rest on
9  those pins?
10    A.   Yes. They go inside these holes
11  here and kind of help position it. Then you've
12  got a stop down here.
13    Q.   If I could just take that from you
14  and take it apart. Can you tell me what the
15  function of the lower base is, which I've now
16  handed it to you and taken the filter out of?
17    A.   It's to hold the cleaning solution.
18    Q.   Can you show me on this device
19  where the pump is? I think it's actually on the
20  top portion.
21    A.   It's actually right in here, in
22  this casing here, and this is the pump inlet
23  right here.
24    Q.   And it's got a filter on the
25  bottom?

Page 87

JAMES CHASEN - CONFIDENTIAL
1
2    A.   Right.
3    Q.   And what is the purpose of the
4  pump?
5    A.   To circulate the fluid from the
6  lower housing to the manifold, and then the
7  manifold feeds fluid to the hair pocket and then
8  that feeds into the basin, into the filter.
9    Q.   Does this CCS-1 device have a
10  drying mechanism?
11    A.   Yes.
12    Q.   Where is that?
13    A.   It's inside here.
14    Do you want me to take this apart?
15    Q.   No.
16    A.   You could see it here.
17    Do you see the fan in there?
18    Q.   You're indicating the top portion?
19    A.   Yes, where these vents are. It's
20  located in there, and you can also see a little
21  bit of it right there.. The outlet comes right
22  here and it kind of blows some air right
23  underneath the head of the shaver.
24    Q.   And what parts does the dryer
25  consist of?

Page 88

JAMES CHASEN - CONFIDENTIAL
1
2    A.   It's got a housing, a fan housing
3  and the fan itself, it's a squirrel cage fan, as
4  we call it, centrifugal fan, so it's basically
5  two parts and they snap together, and then
6  you've got a motor -- also, it's called an
7  impeller fan. It's all the same.
8    Q.   Directing your attention to the
9  CCS-2 device, which works with the male foil
10  shaver, can you tell me what the function of the
11  basin is?
12    A.   It's exactly the same as the CCS-1.
13  It just channels the fluid down into the filter.
14    A good analogy would be a sink.
15  It's the same exact thing. It just drains it
16  into the filter. That's really what its
17  function is.
18    Q.   There's a pivoting number in the --
19  I'm not sure what you call it, but there's
20  something that pivots in the CCS-2 device that I
21  didn't notice in the CCS-1 device.
22    A.   You're talking about this thing
23  here and that that flips up and down?
24    Really all this is, it's the
25  manifold -- it's basically the manifold, but

Page 89

JAMES CHASEN - CONFIDENTIAL
1
2  it's spring-loaded; so it's a spring-loaded
3  manifold is what it is.
4    Q.   What is the function of that
5  manifold?
6    A.   It's designed to align with the
7  head there.
8    Q.   Are there any differences between
9  the CCS-1 and the CCS-2 with regard to the
10  cleaning base? That is the bottom portion.
11    A.   Actually, these are
12  interchangeable. I could take this and put that
13  on there and vice versa; so to answer your
14  question, they're exactly the same.
15    Q.   What about the pump?
16    A.   The pump is exactly the same.
17    Q.   And the dryer?
18    A.   The dryer is exactly the same.
19    Q.   I'm going to hand you the CCS-3
20  which works with the women's shaver.
21    A.   I hate this color.
22    Q.   Aside from the color differences,
23  is there any difference between the CCS-2 and 3?
24    A.   Functionally, it's the same again.
25  The bottom half is the same. The bottom

23 (Pages 86 to 89)

7a129155-49aa-4907-8dee-42ac5376e13a

06/27/2005 16:58 FAX @044/079

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 90

1       JAMES CHASEN - CONFIDENTIAL.
2    housing. The fan is the same.
3       Q.    Is the same pump used?
4       A.    The same pump is used. It's got a
5    similar, but not exact, design for this
6    manifold. This spring-loaded manifold is
7    slightly different, but in theory it's kind of
8    like the same thing. We only inject in two
9    locations here, where at this we're injecting at
10   four locations.
11      Q.    So there's four locations for
12   injections in the male shaver?
13      A.    You see these two holes here?
14   That's where the fluid gets injected. On the
15   men's system, the MS 5500, there are four
16   locations. That's what you see there, those
17   four holes.
18            And on the R-9500, there are three
19   locations, so all of the manifolds are different
20   in design, but in function, they're all the
21   same. The outlet from the pump feeds a tube
22   which goes to the manifold, which then injects
23   the fluid into the hair pocket.
24            (A recess was taken.)
25            (Exhibit 20 for

Page 91

1       JAMES CHASEN - CONFIDENTIAL
2    identification, Two-page document entitled, "Co2
3    Rotary Shaver Cleaner Operating Instructions,"
4    production numbers R 010951 through R 010952.)
5       Q.    Mr. Chasen, I've placed before you
6    Exhibit 20, which is a document entitled,
7    "Carbon Dioxide Rotary Shaver Cleaner Operating
8    Instructions, Prototype Vintage Number 6."
9       A.    Actually, I just did this, so this
10   I'm very familiar with.
11      Q.    You created this document?
12      A.    Yes.
13      Q.    What does this document describe?
14      A.    A new cleaning system that we are
15   developing using Co2 cylinders, disposable Co2
16   cylinders to clean a shaver.
17      Q.    Is that the air cleaner you were
18   discussing before?
19      A.    Yes. The air cleaner — I've done
20   a lot of evaluation on this type of system, and
21   it's — do you want the full history or just —
22   I don't want to go on and on, but do you want to
23   just ask specifically about this particular
24   approach?
25            There were some related to this but

Page 92

1       JAMES CHASEN - CONFIDENTIAL
2    weren't powered by CO2, but in all the systems
3    it relies on pressurised gas released rapidly to
4    extract hair from a shaver, so in its
5    fundamental form, they're all the same in that
6    regard.
7       Q.    When did Rayovac begin the design
8    of that product using pressurized gas?
9       A.    Do you have my file for that —
10   give me a second. I need to think.
11            I want to say approximately June of
12   '04, approximately. But it wasn't on this exact
13   approach when I started the idea of a different
14   . type of cleaning system.
15      Q.    What was the motivation behind
16   creating a different type of cleaning system?
17      A.    I just didn't like the liquid. It
18   was messy and I saw a lot of negatives
19   associated with that. So I wanted to create a
20   better way of cleaning a shaver that's less
21   messy.
22            In my original approach, we had a
23   little mini compressor that actually charged up
24   a cylinder so you wouldn't even have replaceable
25   Co2 cartridges, and the filter was easy. You

Page 93

1       JAMES CHASEN - CONFIDENTIAL
2    could reuse the filter as well.
3            So from a consumer perspective,
4    they didn't have to buy anything. They could
5    use it every single day. It was clean. They
6    didn't have to deal with flammable alcohol or
7    spilling or mess or anything. So, in my
8    opinion, it's better. It's a better way to go.
9       Q.    Can you describe to me how this
10   Exhibit 20 cleaner functions?
11      A.    Sure. Actually, that's why I wrote
12   this document, because it's basically a use
13   book.
14            What I did was, I developed a
15   prototype and I wanted to instruct somebody how
16   to use it, so it's a — let me step back one
17   second.
18            This is a prototype. This is not a
19   production unit, so it's a little bit not as
20   user friendly as it could be.
21            But essentially, you remove this
22   device here off the back of it and unscrew the
23   base and attach a little Co2 cylinder. Did you
24   ever see those little — like, for whip cream, a
25   little Co2 cartridge?

24  (Pages 90 to 93)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 94

JAMES CHASEN - CONFIDENTIAL

1
2       You put it in there, screw it in
3  place and you put this device back on here.
4       You place the shaver inside the
5  cleaning base. You turn on the shaver and then
6  press the Co2 release mechanism and what it does
7  is give a blast of Co2 directly into the shaver
8  and collects the hair which you remove from the
9  bottom.
10      Q.    From the bottom of --
11      A.    Of the device. It's removable.
12  You see in the photo -- the second page, the
13  very bottom here.
14      Again, it's a little bit not user
15  friendly, but it was designed to demonstrate to
16  people the principles of this method of
17  cleaning.
18      So what happens is, it uses an
19  injection manifold like the wet system; but
20  instead of fluid, I'm injecting high pressure
21  Co2, and instead of a basin I've got a rubber
22  seal that goes against the hair pocket of the
23  shaver creating an airtight seal, and then the
24  filter down below catches the hair.
25      Q.    When you say that the rubber seal

Page 95

JAMES CHASEN - CONFIDENTIAL

1
2  goes against the hair pocket of the shaver --
3      A.    Right.
4      Q.    What do you mean by that?
5      A.    On Exhibit 20, the very top
6  picture, you see this, like, gummy color here
7  around the perimeter that's rubber? That's an
8  elastomeric seal.
9      When you put the shaver against
10  that, the hair pocket seals up against there, so
11  that's an airtight seal.
12      So these three opening align with
13  the cutting heads of the shaver.
14      So when you pressurize the hair
15  pocket, all that muck and hair goes down through
16  those three opening and collects in the filter
17  down below.
18      Q.    Where in this top picture is the
19  manifold?
20      A.    It's inside this black housing
21  here.
22      You see this little point, that
23  little dot there? That's one of those little
24  nozzles that stick inside the shaver.
25      Q.    Okay.

Page 96

JAMES CHASEN - CONFIDENTIAL

1
2      A.    And the whole cleaning cycle takes
3  10 seconds and it's completely dry when you take
4  it out so I don't have to dry the shaver, and
5  the cost of this is substantially lower than any
6  of our wet systems as well, so there's a lot of
7  big advantages to this.
8      MS. WENDLANDT: Mr. Chasen, I have
9  no further questions.
10      THE WITNESS: Okay.
11      MR. SHIMOTA: I would like to note
12  for the record I would like this transcript
13  designated "Highly Confidential, Attorneys' Eyes
14  Only."
15      (Time Noted: 12:21 P.M.)
16
                    _____
17                        JAMES CHASEN

18  Subscribed and sworn to before me
    this _____ day of _____, 2005.
19  _____
20
21
22
23
24
25

Page 97

1
2  JAMES CHASEN
   STATE OF NEW YORK  )
3                     ss:
   COUNTY OF NEW YORK )
     I wish to make the following changes, for the
4  following reasons:
     Page Line
     Change From: _____
5     Change To: _____
6  Reason: _____
     Page Line
7     Change From: _____
      Change To: _____
8  Reason: _____
     Page Line
9     Change From: _____
      Change To: _____
10 Reason: _____
     Page Line
11    Change From: _____
      Change To: _____
12 Reason: _____
     Page Line
13    Change From: _____
      Change To: _____
14 Reason: _____
     Page Line
15    Change From: _____
      Change To: _____
16 Reason: _____
     Page Line
17    Change From: _____
      Change To: _____
18 Reason: _____
19                 _____
                       JAMES CHASEN
20 Subscribed and sworn to before me
   this _____ day of _____, 2005.
21 _____
22
23
24
25

25  (Pages 94 to 97)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

---

**Page 98**

```
 1
 2        C E R T I F I C A T E
 3
 4      I, Linda J. Greenberg, Professional
 5  Shorthand Reporter and Notary Public in and for
 6  the State of New York, do hereby certify that,
 7  JAMES CHASEN, the witness whose deposition is
 8  hereinbefore set forth, was duly sworn and that
 9  such deposition is a true record of the
10  testimony given by the witness to the best of my
11  skill and ability.
12      I further certify that I am neither related
13  to or employed by any of the parties in or
14  counsel to this action, nor am I financially
15  interested in the outcome of this action.
16      IN WITNESS WHEREOF, I have hereunto set my
17  hand this 12th day of May, 2005.
18
19
20  _____
           Linda J. Greenberg
21
22  My commission expires:  May 17, 2007
23
24
25
```

---

**Page 100**

```
 1
 2  CONTINUED INDEX:
 3
 4       EXHIBITS
    NO.                              PAGE
 5  (Exhibit 13 for identification, One-page
    document entitled, "Cleaning Solution
 6  Evaporation Comparison," production numbers R
    000965 through R 000968.) ............... 62
 7  (Exhibit 14 for identification, Multi-page
    document, copy of notebook, production numbers R
 8  000185 through
    R 000243.) ............... 66
 9  (Exhibit 15 for identification, Multi-page
    document entitled, "Development Test Report,"
10  production numbers
    R 001048 through R 001063.) ............... 74
11  (Exhibit 16 for identification, Two-page
    document, E-mails, production numbers R 003569
12  through R 003570.) ............... 75
    (Exhibit 17 for identification, Multi-page
13  document entitled, "WDF with Cleaning Base
    Questions," production numbers R 004385 through
14  R 004390.) ............... 77
    (Exhibit 18 for identification, Two-page
15  document, product specifications, production
    numbers R 004897 through R 004192.) ............... 81
16  (Exhibit 19 for identification, Multi-page
    document headed "Men's 2006 Shaving," production
17  numbers R 000133 through R 000184.) ............... 84
    (Exhibit 20 for identification, Two-page
18  document entitled, "Co2 Rotary Shaver Cleaner
    Operating Instructions," production numbers R
19  010951 through R 010952.) ............... 90
20
21
22
23
24
25
```

---

**Page 99**

```
 1
 2       INDEX
 3  WITNESS        EXAMINED BY        PAGE
    JAMES CHASEN   Ms. Wendlandt       4
 4
 5       EXHIBITS
    NO.                              PAGE
 6
 7  (Exhibit 1 for identification, Notice of
    deposition.) ............... 4
 8  (Exhibit 2 for identification, One-page document
    entitled, "Remington Cleaning/Recharging
 9  System," production numbers R 002955.) ............... 13
    (Exhibit 3 for identification, One-page
10  document, handwritten notes, production numbers
    R 000666.) ............... 15
11  (Exhibit 4 for identification, Multi-page
    document, first page entitled, "Shaver Cleaner &
12  Charger System," production numbers R 002935
    through R 002941.) ............... 19
13  (Exhibit 5 for identification, Multi-page
    document, E-mail dated 10/22/01 with attachment,
14  production numbers R 002956 through R 002958.) ............... 25
15  (Exhibit 6 for identification, Multi-page
    document, photographs of cleaning device,
16  production numbers
    R 002950 through R 002954.) ............... 25
17  (Exhibit 7 for identification, Multi-page
    document, E-mail dated 8/23/02, production
18  numbers R 002714 through R 002715.) ............... 31
    (Exhibit 8 for identification, Multi-page
19  document, E-mail dated 9/9/02, production
    numbers R 002729 through R 002732.) ............... 35
20  (Exhibit 9 for identification, Multi-page
    document entitled, "Cleaning System Design,"
21  production numbers
    R 001800 through R 001810.) ............... 43
22  (Exhibit 10 for identification, Multi-page
    document, U.S. Patent No. 5,711,328.) ............... 52
23  (Exhibit 11 for identification, Multi-page
    document, U.S. Patent No. 5,649,556.) ............... 54
24  (Exhibit 12 for identification, One-page
    document entitled, "Cleaning System Feature
25  Comparison," production numbers R 002693.) ............... 57
```

---

26  (Pages 98 to 100)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 101

| A | | | | |
|---|---|---|---|---|
| ability 98:11 | 22:25 30:22 76:23 | 85:6 | bad 67:14,23 | better 73:22 74:6 |
| able 76:11 83:20 | 83:19 | assembling 68:17 | base 28:14 32:17 | 92:20 93:8,8 |
| accommodate | anymore 82:12 | assembly 68:15 | 51:6,8 52:4,6,8,10 | beyond 7:19 26:14 |
| 52:10 | anyway 73:3 | assignment 10:13 | 52:15,22 57:22 | 77:23 |
| accurate 74:24 | apart 86:14 87:14 | assignments 10:12 | 58:3,5,5 63:11 | big 23:7 46:5 73:24 |
| action 1:4 98:14,15 | apparently 33:15 | associated 31:23 | 77:12,16 78:9 | 83:15 96:7 |
| Activator 75:23 | appear 25:20 | 32:15 92:19 | 83:12 86:15 89:10 | binders 7:4 |
| acts 85:23 | appears 33:22 | assume 22:21 | 93:23 94:5 100:13 | bit 37:7 60:25 61:5 |
| actual 31:24 32:15 | 36:15 38:24 | attach 93:23 | based 26:16 27:15 | 61:8 71:14 74:22 |
| advantages 96:7 | appliance 8:4,13 | attached 60:11,13 | 30:5 33:22 39:8 | 76:22 78:16 79:19 |
| affect 78:21 | appliances 8:11 | attachment 25:8 | 42:18 | 79:21 82:21 87:21 |
| ago 34:16 54:20 | Applica 8:14 | 60:5 99:13 | bases 51:21 | 93:19 94:14 |
| 84:23 | application 42:25 | attention 20:9 | basic 78:5 | black 8:9,12 95:20 |
| ahead 12:20,22 | 43:4 | 31:21 58:21 67:6 | basically 8:19 88:4 | blah 60:13,13 |
| air 81:5 87:22 | applications 42:9 | 68:10 69:25 77:21 | 88:25 93:12 | blast 94:7 |
| 91:17,19 | appreciate 35:8 | 79:24 88:8 | basin 41:5 48:14,15 | blender 26:2 |
| airtight 94:23 | 78:11 | attorney 30:19 | 48:18 65:13 67:8 | blows 87:22 |
| 95:11 | approach 24:12,14 | 37:15 53:21 | 67:12,14 68:16 | board 11:8 19:5 |
| alcohol 11:17,19,21 | 24:20 37:6 38:16 | Attorneys 1:18 3:4 | 85:9,12,23 87:8 | 20:19,22 27:7,10 |
| 93:6 | 41:10 91:24 92:13 | 3:8 96:13 | 88:11 94:21 | 27:14 39:10 71:9 |
| alcohol-based | 92:22 | attorney-client | bathroom 63:20 | Bob 17:21,23 |
| 11:25 12:8,10 | approaches 19:2 | 42:19,22 | battery 78:18 | bogey 59:16 |
| 13:8,18 | approximately 8:6 | August 14:4 16:2 | began 9:17,21 | book 59:5 66:16 |
| algorithm 61:18 | 9:23,25 59:13,15 | 16:12 31:13 | beginning 66:23 | 73:23 93:13 |
| align 85:25 86:5 | 71:16 92:11,12 | available 6:11 | begun 76:16 | Boston 3:5 |
| 89:6 95:12 | April 10:4,7,19 | 82:14 | behalf 5:11 6:3 | bottles 20:20 |
| alignment 86:4 | 11:24 75:13 | Avila 10:2 12:15 | 12:5 14:17 17:7 | bottom 20:21 28:7 |
| analogy 63:19 | area 44:7,13 64:13 | 13:4 14:25 19:11 | 23:17 | 44:11,17 48:8 |
| 88:14 | 64:16 78:14,21 | 20:23 23:3 29:18 | believe 13:13 15:8 | 57:9 63:5,23 |
| analysis 28:16 40:8 | areas 77:23 78:7 | 36:10 41:23 43:25 | 16:25 18:3,12 | 64:18 85:23 86:25 |
| 68:4 | ARGAEZ 3:6 | 58:10 59:17 | 21:20 22:3 31:15 | 89:10,25,25 94:9 |
| and/or 69:22,23 | arrival 13:2 | aware 22:5 24:25 | 36:12 43:2 57:15 | 94:10,13 |
| angle 56:12,13 | arrived 12:24 | 25:3 83:17 84:15 | 68:15 70:14 82:9 | brand 34:6 |
| annoying 62:9 | 23:20 | A.M 2:3 | 83:9 84:24 | Braun 1:4 15:12,17 |
| answer 20:24 24:20 | arriving 71:22 | | bells 83:3 | 15:20 16:4,14,21 |
| 33:21 35:6 40:7 | aside 6:19 30:12 | B | benchmark 33:5,5 | 17:4,13,15 18:11 |
| 56:4 77:25 78:3 | 73:5 89:22 | B 20:14 99:5 100:3 | 33:7 71:2,6 | 24:24 28:11,15 |
| 89:13 | asked 38:4 39:13 | Bachelor 7:14 | benefit 61:15 | 29:10 30:10 31:25 |
| answered 33:20 | 39:22 40:9 53:24 | back 17:18 25:14 | best 33:3 62:4 | 32:17,24 33:7,10 |
| 55:12 | 55:13 83:23 | 36:13 38:10 39:24 | 63:19 71:14 83:23 | 33:16,19 36:25 |
| anybody 21:5 | asking 34:7 67:6 | 40:24 65:25 71:23 | 98:10 | 37:2 39:19 40:18 |
| | 68:10,19 69:25 | 93:16,22 94:3 | bet 84:16 | 41:12 47:14 54:2 |

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 102

54:6 55:7 57:10
57:19 58:15,25
59:24 60:18 61:25
62:2,5,21 64:3,10
64:11,14,22,24
70:3,8,16,22,25
72:11 75:22 76:3
76:4
**Braun's** 29:12 30:2
54:7,8,10 55:16
55:19,23 72:11
**breadboard** 27:3
**breathed** 50:8
**Bridgeport** 18:7
30:24 84:22
**briefly** 6:17 7:6,11
**bring** 64:13
**BS** 7:17
**bugs** 73:2
**built** 69:10 80:8,11
**business** 35:2
**button** 83:14
**buy** 57:25 76:11
93:4

---

**C**

**C** 3:1 98:2,2
**cage** 88:3
**calculations** 49:14
**call** 44:20 48:14
58:3 64:16 80:8
83:2 88:4,19
**called** 7:23 8:14
10:22 36:2 82:4
88:6
**capability** 50:19,19
**capacity** 77:3,4
82:5
**Carbon** 91:7
**card** 10:23
**care** 62:5
**careful** 40:16

**cartridge** 20:14,16
36:16,17,22 37:23
38:4,25 39:2,7,11
39:13,16,18,20
40:10,19 41:3
64:7 93:25
**cartridges** 20:21
92:25
**casing** 86:22
**catches** 94:24
**category** 13:10
**CCS-1** 57:19,21,22
57:23 58:5,6 59:6
60:19,20 65:12
71:8 77:24 78:17
79:2,12 80:22
81:9 85:7,13 87:9
88:12,21 89:9
**CCS-2** 57:23 65:12
72:16 73:8,14
75:4 79:4,11,24
88:9,20 89:9,23
**CCS-3** 57:24 65:13
76:16,24 77:7
89:19
**CE** 7:23
**centrifugal** 88:4
**certain** 13:15 27:22
**Certainly** 76:18
**Certified** 2:11
**certify** 98:6,12
**chamfers** 68:14
**chamfers-basin**
68:12
**change** 38:6 97:5,5
97:7,7,9,9,11,11
97:13,13,15,15,17
97:17
**changed** 8:12 11:2
61:23 82:6,10
**changes** 51:4 60:19
61:11 97:3

**channel** 85:10
**channels** 48:18
88:13
**characteristics**
56:6,8
**charge** 13:12 27:13
28:8
**charged** 92:23
**charger** 19:23 21:3
21:6 99:12
**Chasen** 1:11 2:7
4:2,10,11 5:1,9
6:1,6 7:1,9,11 8:1
9:1 10:1 11:1,5
12:1 13:1,25 14:1
15:1,11 16:1,19
17:1 18:1 19:1,25
20:1 21:1 22:1
23:1 24:1 25:1,14
26:1 27:1 28:1
29:1 30:1 31:1,11
32:1 33:1 34:1
35:1,13 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1,19
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1,15 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1,18 63:1 64:1
65:1 66:1,14 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1,12 76:1
77:1,14 78:1 79:1
80:1,5 81:1 82:1,2
83:1 84:1 85:1,6
86:1 87:1 88:1
89:1 90:1 91:1,5
92:1 93:1 94:1

95:1 96:1,8,16
97:1,19 98:7 99:3
**Chicago** 3:9
**chose** 51:7
**Church** 2:9
**circuit** 78:15
**circulate** 78:6 87:5
**Civil** 1:4
**claims** 31:23 32:6
32:12,14
**clarification** 43:11
45:2
**clarify** 5:23 65:10
71:13 79:20
**clean** 22:22,24 23:5
59:14 91:16 93:5
**cleaned** 33:14
**cleaner** 19:23 21:3
21:6 38:25 76:16
83:18 91:3,7,17
91:19 93:10 99:11
100:18
**cleaners** 8:5 24:25
**cleanibility** 24:11
33:16
**cleaning** 5:6 10:9
11:6,11,12,14,25
12:8,10 13:8,18
14:3,11,14 15:15
15:17 16:8,10
18:10,15 21:12,24
22:20 23:12 24:24
25:12,21 26:3,9
27:2,14 28:14
30:16 31:24 32:6
32:7,8,15,16,20
33:11,12 36:4,14
42:2,2 43:17 44:4
44:12 50:6,8,12
51:6,8,20 52:4,6,8
52:10,15,22 53:17
54:9,10 55:8,16

55:19,23,25 56:9
56:13,14,21 57:5
57:10,18,22 58:3
58:4,5 59:2,10,11
61:4,12,14,16,23
61:24,25 62:12,16
62:20 63:12,17,25
64:23 65:6,14,22
69:21 70:16,21
71:4 72:10,11
73:25 75:5,7 76:8
76:9,12 77:9,12
77:16 78:22 80:23
81:5 82:5,25
84:14 86:17 89:10
91:14 92:14,16,20
94:5,17 96:2
99:15,20,24 100:5
100:13
**cleanings** 59:13
**Cleaning/Rechar...**
13:23 99:8
**cleared** 30:21
**closely** 50:20
**colleague** 7:10
**collects** 47:11 94:8
95:16
**college** 7:13,22
**color** 89:21,22 95:6
**column** 59:6 74:15
**combinations**
83:18
**come** 13:7 18:21
22:22 38:7 39:10
49:22 55:5
**comes** 45:3 48:13
87:21
**coming** 11:10 22:13
**comment** 55:10
**commercial** 65:7
65:11
**commission** 98:22

08/27/2005 17:00 FAX                                                         @049/079

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 103

| | | | | |
|---|---|---|---|---|
| common 9:7 | 41:8,25 | 96:1,13 | copied 34:13 | 61:14,23,24,25 |
| communicating 26:24 | conception 71:11 | confidentiality 42:19 | copies 73:23 | 62:12 63:13,17,25 |
| communication 26:21 | concepts 19:10 | conflict 29:4 | copy 66:11 100:7 | 64:23 65:6,14 |
| company 5:11 6:3 | conceptualization 10:15 | confused 82:21 | copying 40:17 | 70:16,16,18 96:2 |
| 7:23 8:14,20,21 | concern 55:7 78:19 | connect 78:13 | corporate 30:19 | cycles 59:2,10,11 |
| 9:12 12:6 18:4 | concerning 14:13 | connected 78:9 | 53:21 | 61:16 |
| 29:19,21 34:15 | conditions 56:16 | Connecticut 1:13 | Corporation 1:7 | cycling 61:16 |
| compare 57:18 | conduct 21:22 | 2:10 18:4,7 | 4:14 5:10 6:3,11 | cylinder 92:24 |
| 58:19 76:2 | 30:14 | connection 29:7 | 8:4,24 9:6 15:2 | 93:23 |
| compares 76:5 | conducting 17:3 | 30:3 50:6,11 | 17:7,24 18:6,9 | cylinders 91:15,16 |
| comparison 57:5 | Confidential 1:18 | 53:16 66:25 78:10 | 23:11 | |
| 57:10,14,17 58:12 | 5:1 6:1 7:1 8:1 | consider 20:16 | correct 12:2 24:23 | **D** |
| 59:18,24 60:17 | 9:1 10:1 11:1 | 53:17 | 40:25 41:6 51:24 | D 3:18 99:2 |
| 71:3 75:22 99:25 | 12:1 13:1 14:1 | considered 20:14 | 57:11 61:10 | dabble 74:22 |
| Comparisons | 15:1 16:1 17:1 | 20:22 38:14 39:8 | corrections 49:13 | dabbling 76:21 |
| 62:16,21 100:6 | 18:1 19:1 20:1 | 41:3 | correctly 63:13 | DALILA 3:6 |
| compete 18:10 | 21:1 22:1 23:1 | consist 87:25 | cost 96:5 | damage 85:17 |
| competing 16:3,14 | 24:1 25:1 26:1 | constraints 15:15 | costs 78:25 | Dana 2:9 |
| competition 15:24 | 27:1 28:1 29:1 | construction 49:17 | counsel 98:14 | data 66:20 |
| 56:23 | 30:1 31:1 32:1 | consultant 9:22,23 | counter 62:10 | date 15:20 16:8,13 |
| competitive 28:13 | 33:1 34:1 35:1 | 9:24 22:13 26:22 | COUNTY 97:3 | 36:19 42:14 73:17 |
| 28:15 33:5 56:19 | 36:1 37:1 38:1 | 27:6,9 28:4,9 | course 30:15 | 73:20 74:3,4,16 |
| 56:20 71:5 | 39:1 40:1 41:1 | 45:18 49:2,5 | COURT 1:2 | dated 16:21 20:6 |
| competitor 15:21 | 42:1 43:1 44:1 | consulting 28:6 | Co2 91:2,15,15 | 25:8 27:19,19 |
| 17:10,12 40:13 | 45:1 46:1 47:1 | 34:4 43:21 | 92:25 93:23,25 | 28:18 31:9,13 |
| complete 69:10 | 48:1 49:1 50:1 | consumer 39:21 | 94:6,7,21 100:18 | 35:11,15 38:11 |
| completely 96:3 | 51:1 52:1 53:1 | 93:3 | cream 93:24 | 43:20 57:8 62:19 |
| components 20:11 | 54:1 55:1 56:1 | consumer's 21:23 | create 92:19 | 75:13 82:3,8 84:7 |
| 45:22 69:23 | 57:1 58:1 59:1 | container 20:15 | created 21:17 | 99:13,17,19 |
| compressor 92:23 | 60:1 61:1 62:1 | contains 44:12 | 62:24 91:11 | dates 14:23 71:23 |
| computer 69:4 | 63:1 64:1 65:1 | contents 42:12 | creates 67:20 | 73:10 74:2 |
| computer-genera... | 66:1 67:1 68:1 | context 70:10 | creating 92:16 | day 59:14 79:13 |
| 69:3,9 | 69:1 70:1 71:1 | continued 55:16,23 | 94:23 | 83:22,22 93:5 |
| conceived 12:18 | 72:1 73:1 74:1 | 79:19 100:1 | CS 75:22 | 96:18 97:20 98:17 |
| concentrate 72:21 | 75:1 76:1 77:1 | continuous 48:20 | cup 64:17,17,19,21 | days 59:15 |
| concentrating | 78:1 79:1 80:1 | contributed 66:7 | current 10:21 | deal 93:6 |
| 73:11 | 81:1 82:1 83:1 | control 26:25 27:13 | currently 11:20 | deals 83:21 |
| concept 18:14,18 | 84:1 85:1 86:1 | controller 26:20 | 24:22 80:24 | decent 33:11 |
| 18:22,25 21:18 | 87:1 88:1 89:1 | controls 61:18 | cutters 47:9 67:19 | decided 36:16 38:8 |
| 36:17 38:25 40:10 | 90:1 91:1 92:1 | conversation 34:5 | cutting 67:17 95:13 | 41:16 59:7 72:20 |
| | 93:1 94:1 95:1 | conversations 31:3 | CV 1:5 | decision 13:7,17 |
| | | | cycle 56:14 61:4,12 | 22:18,19 23:22 |

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 104

Decker 8:9,12
Defendant 1:8 3:8
Defendant's 5:4
defined 18:24 72:3
definitely 22:4
   36:20 82:16 83:20
   85:3
demonstrate 94:15
deodorants 78:20
depicted 17:20
deposition 1:11 2:7
   4:6,14 6:15,21,23
   7:8 9:9 14:17
   15:6 53:14 66:24
   98:7,9 99:7
derivatives 82:23
   83:13
describe 7:21 11:5
   18:16 55:15,22
   91:13 93:9
described 21:19
   28:3
describes 36:14
description 49:3
design 5:5 18:22
   29:17 33:6,8,25
   36:18 38:2,6 39:8
   39:11 40:17,18
   41:7 42:10 43:17
   43:24 44:24 45:20
   50:19,25 53:16
   59:7 63:10 67:12
   67:13 72:10 73:12
   77:4 79:24 90:5
   90:20 92:7 99:20
designated 5:10 6:2
   23:16 96:13
designation 6:7
designed 39:24
   45:15,24 66:4
   81:10 89:6 94:15
designs 68:6

desirable 37:3
desire 39:17 77:8
detail 31:16 47:25
   52:12
details 46:9
determination
   41:17,21
determine 21:23
determined 15:16
   39:14 59:8
develop 32:20 75:7
developed 24:3
   33:17 51:3 93:14
developing 30:15
   72:16 77:7 91:15
development 5:5
   7:3 8:10,25 10:8
   10:24 23:12 33:12
   49:10 50:11 52:4
   52:15 55:17,24
   56:7 71:8,12 73:7
   74:10 76:15 77:4
   78:25 79:11 80:2
   80:24 100:9
device 11:7 14:11
   14:14 15:12,16,17
   16:3,8,10,14,14
   17:4 18:10,15
   21:24 22:20 23:12
   25:12,21,23 26:4
   26:15 33:7 34:2
   37:23 46:22 48:14
   50:12 53:17 54:9
   54:10 55:8,16,20
   55:24,25 58:15
   60:18 61:25 64:10
   64:11 69:21 71:4
   83:18 86:18 87:9
   88:9,20,21 93:22
   94:3,11 99:15
devices 5:6 26:12
   26:25 80:23

Dickinson 7:15
difference 9:13
   89:23
differences 89:8,22
different 8:15
   49:23 60:25 61:5
   61:16 69:15 78:12
   78:12 80:6 82:20
   83:3,4 90:7,19
   92:13,16
difficult 37:7 38:6
   39:14
difficulty 37:24
Dioxide 91:7
direct 48:11
directed 36:9
Directing 31:21
   88:8
direction 18:25
   19:6 23:23 38:2
   53:19
directions 31:5
directly 42:2,3 94:7
director 41:22
disclose 42:12
disclosed 42:25
disclosure 42:4,5
   43:3
discussed 21:5
   66:23
discusses 21:2
discussing 91:18
discussion 30:18
   41:24
discussions 33:18
   34:10
display 81:16,18
   82:9,15 83:4,6,14
   84:17
disposable 20:14
   36:15,17,22 91:15
distributed 60:3

distribution 60:14
   75:18
DISTRICT 1:2,3
division 8:13
document 5:19
   13:22 14:3,7,9
   15:7,12,14 16:13
   16:17,21,24 19:22
   20:3,6 21:4 25:7
   25:11 30:5 31:8
   31:14,19 32:5
   34:3 35:10 42:10
   42:12 43:8,16,20
   52:19 54:13 57:4
   57:8 60:2 61:20
   62:15,19,25 63:6
   66:11,22 73:22
   74:6,9 75:10
   77:11,15,18 81:23
   82:3,7,11 84:3
   91:2,6,11,13
   93:12 99:8,10,11
   99:13,15,17,19,20
   99:22,23,24 100:5
   100:7,9,11,13,15
   100:16,18
documents 6:25
   14:13,18 47:2
   51:12 66:24 71:23
   81:21
doing 8:10,20,25
   23:8,14 24:10
   26:23 29:10 30:22
   31:4 34:23 35:6
   49:9,14,14 62:5
   74:23 75:21
doodle 66:17 67:2
dot 95:23
doubt 26:5,6 28:8
Doyle 19:20 34:12
   34:12
drain 64:6 66:4,5

67:8,11 68:9
drains 63:21 68:2
   88:15
draw 67:21 77:21
   79:15
drawing 46:3
drawings 47:23,25
dribbles 48:13
driblets 64:5 65:15
   65:23
dries 70:17,17
Drive 3:9
droplets 66:6
dry 21:24 25:2
   67:22 70:3,8,15
   70:18,19 96:3,4
dryer 87:24 89:17
   89:18
drying 87:10
dryness 70:22 71:5
due 37:24
duly 4:3 98:8
duration 61:12
durations 61:4
duties 22:16

━━━━━━━━━━━━
          E
━━━━━━━━━━━━
E 3:1,1 98:2,2 99:2
   99:5 100:3
earlier 14:13,18,22
   23:20 24:10 68:6
   80:17 82:7
earliest 14:9
early 18:13 50:16
   82:6
easier 37:10
East 3:9
easy 92:25
Edric 50:23
education 7:19
educational 7:12
efficacy 33:11

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 105

56:10,13
effort 79:17
eight 84:23
either 17:21 36:8
54:23 55:3 65:12
elastomeric 95:8
electric 13:12 26:20
47:12
electrically 78:13
Electrolux 8:3
electronic 27:7
electronics 26:23
78:15
eliminated 81:19
ELLIS 3:8
employed 98:13
employee 10:4
employment 7:21
9:2 39:3 40:5
engineer 7:25 8:5,8
8:8 10:5,20,23,24
24:9 29:17 45:20
engineering 7:15
7:24 19:12,14
22:9,14,16 34:8
39:15 41:2,22
49:14 50:19 80:8
80:11,16
engineers 33:8
enter 22:19 40:8
entered 42:16
enters 7:8
entire 62:12
entitled 13:22 14:3
19:23 43:16 57:4
57:9 62:15,20
74:9 77:11,15
84:7 91:2,6 99:8
99:11,20,24 100:5
100:9,13,18
equally 33:14
equated 59:12

especially 22:11
78:20
Esq 3:6,10,18
essentially 93:21
established 11:9,13
53:20 79:23
evaluate 17:10 71:5
evaluated 56:16
evaluating 49:11
49:12,25 50:2
80:9
evaluation 10:16
49:15 56:20 91:20
evaporate 65:24
evaporation 62:16
62:20 65:2 100:6
exact 36:19 39:4
73:10 81:20 83:3
88:15 90:5 92:12
exactly 13:2 19:3
27:18 40:14 73:16
81:17 88:12 89:14
89:16,18
EXAMINATION
4:7
examined 4:3 99:3
example 49:19
Excel 73:24,24
exclusively 50:5
execute 37:7 38:6
executed 21:7
executing 37:24
42:9
executions 21:15
exhibit 4:5,12,17
13:21 14:2 16:16
16:20 17:20 19:21
20:2,7,10 21:2,19
23:24,25 25:6,10
25:17 26:16,17,19
28:19 30:14 31:7
31:12 33:24 35:9

35:14 36:14,14
38:10,24 39:9
40:24,25 43:15,20
45:13 47:20 48:6
48:15 52:18 53:3
54:12,16,23 55:3
57:3,7 60:3 62:14
62:19 66:10,15
67:4 73:19 74:8
75:9,12 76:20
77:10,15 80:4
81:22 82:3 84:2,6
84:10 90:25 91:6
93:10 95:5 99:7,8
99:9,11,13,15,17
99:18,20,22,23,24
100:5,7,9,11,12
100:14,16,17
Exhibits 27:16
expel 81:6
experimental 74:2
expires 98:22
explain 22:25 44:3
48:3 65:18 68:13
exploration 77:23
explored 35:24
expressed 55:7
extract 92:4
Eyes 1:18 96:13
e-mail 25:7 28:18
30:13 31:8 35:10
35:14,18 36:9
60:5,12 99:13,17
99:19
e-mails 7:5 31:12
75:10,13 100:11

F

F 98:2
fabrication 69:5
fact 31:2 37:17
Fairleigh 7:15

fairly 18:24 50:16
familiar 27:24
75:17,20 77:20
78:24 82:22 91:10
fan 56:15 61:17
70:16,17 87:17
88:2,3,3,4,7 90:2
far 23:6 33:10
58:12 73:16
faucet 63:21
feature 37:3 57:5
57:10 99:24
features 58:15,18
58:18 83:15
feeds 87:7,8 90:21
feel 23:14 40:25
fell 19:13
fellow 50:22
figure 38:23 60:9
61:19
figured 45:2
file 69:5 92:9
files 7:5
fill 67:11,14
filled 46:13
filling 20:20
filter 44:13,14 46:7
48:19,22 50:2
64:6 68:3 85:11
86:16,24 87:8
88:13,16 92:25
93:2 94:24 95:16
finance 79:8
financially 98:14
find 42:5 43:8
73:17,20,21
fine 9:12 34:23
46:15 48:5
fine-tuning 61:3
finish 24:18 39:6
finished 4:22
finite 79:17

first 4:3,21 5:20
19:22 22:12 28:24
31:22 35:17,20
39:6 40:4 48:6
53:8 63:5 69:16
71:17 72:22 73:6
74:17 76:21 77:18
77:22 79:18 99:11
fit 26:11
five 6:12 29:19
flammable 93:6
flat 63:11
Flex 57:19 82:4
flip 4:16
flips 88:23
floating 19:17
flow 48:21
fluid 20:21 26:13
41:15 42:2,3
43:13 44:6,16
45:3,10 46:6,11
46:16 48:8,11,12
48:19 56:16 61:16
63:12,17 64:2,25
65:5,13,15 66:7
67:10,12,14,17,20
68:2,7 78:5,22
85:10 87:5,7
88:13 90:14,23
94:20
focus 22:13
foil 22:24 47:6 52:2
57:24 72:17,17
73:25 74:18 75:6
75:8 76:16 83:7,8
88:9
foils 47:5
following 7:22 8:7
97:3,4
follows 4:4
force 75:24
form 18:17 32:3

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 106

69:6 92:5
formal 66:21
formally 42:15
formed 12:4
formulated 36:4
  46:10
formulating 36:3
forth 24:11 38:7
  69:17 98:8
forward 13:17
forwarded 75:19
four 8:6 23:19
  90:10,11,15,17
frame 80:15,21
Frank 29:15,16,17
frankly 53:22
Fred 26:21
free 40:25
frequency 58:23
friendly 93:20
  94:15
full 91:21
full-time 9:24 10:3
function 10:14
  15:16 22:9 34:9
  49:11 52:7 55:10
  58:13 66:17 85:8
  86:4,15 88:10,17
  89:4 90:20
Functionally 89:24
functions 22:10
  61:9 93:10
fundamental 92:5
further 96:9 98:12

**G**

Garbarino 17:21
  17:23
gas 81:6 92:3,8
gee 33:18 38:5
geekhead 35:5
general 56:15

58:13
genesis 11:6,9 12:3
  34:4 36:6
gentleman 24:8
gentlemen 17:22
getting 10:11 75:2
  78:22 80:13
give 43:6 58:11
  80:7,14 92:10
  94:7
given 98:10
giving 82:8
GmbH 1:4
go 13:17 18:25 19:6
  19:6 23:7,22 33:5
  39:24 41:16 45:25
  46:8 48:2 52:6,11
  64:6 65:19,25
  67:17 72:7,7
  82:25 86:10 91:22
  93:8
goal 58:14 59:16
goes 20:15 27:23
  28:19 29:5 38:8
  44:19 47:11,15
  48:9,22 64:18
  68:2,2 74:19
  90:22 94:22 95:2
  95:15
going 5:2 9:8 16:9
  19:6 28:7 33:9
  38:10 40:14,24
  46:5,6,7 66:5
  75:25 76:2 78:12
  84:9 89:19
good 62:7 80:21
  88:14
Gray 3:3,18
greater 67:8
Greenberg 1:24
  2:10 98:4,20
grounded 59:25

group 7:7 40:9
guess 15:20 26:10
  63:19 64:7,13,16
  71:6
guides 68:17 86:6
gummy 95:6
gunked 78:22
guy 26:21 28:8
  50:23 79:8
guys 36:7 56:17

**H**

H 99:5 100:3
hair 24:16 45:5,6
  45:10 46:18,19
  47:3,4,5,11,17
  48:11,13 81:6
  87:7 90:23 92:4
  94:8,22,24 95:2
  95:10,14,15
Haking 51:13,14
  51:25 52:14 55:7
  72:24
half 46:13 50:9
  62:11 89:25
hand 89:19 98:17
handed 86:16
hands 8:12
handwriting 17:19
handwritten 16:17
  99:10
hand-in-hand 52:6
happened 37:18
happens 44:11,16
  67:16 94:18
hard 79:14
hate 89:21
Haven 1:13 2:9
head 26:8 41:4,15
  42:3 43:13 64:20
  64:22 82:16 85:21
  86:3,8 87:23 89:7

headed 84:3 100:16
heads 67:17,17
  85:18 95:13
heard 36:5
Hebron 28:6
held 46:6
help 34:21 43:6
  86:11
helping 53:21
helps 85:25 86:5
hereinbefore 98:8
hereunto 98:16
Heroka 50:17 51:7
  51:20,21 55:6
Hey 53:23
high 81:5 94:20
higher 13:10,13
  22:23
Highly 96:13
hired 8:7 10:5,9,17
  12:23 19:8 45:19
  45:20
history 7:12,21
  91:21
hold 86:17
hole 67:8
holes 86:10 90:13
  90:17
honest 14:20 53:2
  55:4
honestly 70:12
  72:13,13
hour 62:9,11,11
hours 9:25
house 34:5 36:3
household 32:8
houses 69:5
housing 20:21
  44:12 47:7,8 48:8
  87:6 88:2,2 90:2
  95:20
Hubbel 18:6

**I**

IB 59:2,4
idea 11:6,9,10,12
  12:4,8,17 34:20
  40:20 43:13 79:3
  80:7 92:13
ideas 10:15 19:16
identification 4:6
  13:22 16:17 19:22
  25:7,11 31:8
  35:10 43:16 52:19
  54:13 57:4 62:15
  66:11 74:9 75:10
  77:11 81:23 84:3
  91:2 99:7,8,9,11
  99:13,15,17,18,20
  99:22,23,24 100:5
  100:7,9,11,12,14
  100:16,17
identify 66:15
Illinois 3:9
immersed 41:5
immersing 41:14
impact 29:5
impeller 88:7
important 32:23
improvements
  79:14
inception 71:10
include 36:15
includes 38:25 58:2
including 5:7
incomplete 46:3
INDEX 100:1
indicating 87:18
indicators 81:16
Industries 50:17
information 13:5
  51:11 79:6 82:13
infringe 29:10,12
  41:12
infringement 37:5

06/27/2005 17:03 FAX ⌐053/079

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 107

37:12 40:7
infringing 30:22
initial 68:4
initially 12:16
inject 47:17 90:8
injected 90:14
injecting 24:16
 42:2 43:13 45:10
 78:5 90:9 94:20
injection 48:10
 85:24 94:19
injections 90:12
injector 44:20,20
injectors 45:23
 48:21 49:20
injects 46:17 90:22
inlet 86:22
inside 46:8 86:10
 87:13 94:4 95:20
 95:24
instruct 42:11
 93:15
instructed 45:4
Instruction 59:5
instructions 75:6
 91:3,8 100:18
instrumentation
 7:25
intended 18:10
 45:25
intent 26:10 72:18
intents 46:2
interchangeable
 89:12
interchangeably
 9:11
interested 31:23
 32:14,22 98:15
interface 39:21
interfaced 52:8
International 3:4
interpret 34:3

Interval 57:19
interviewed 23:4
introduce 15:23
 39:15 72:19
invented 43:9
inventing 49:8
invention 43:3 49:7
investigation 77:25
involve 50:10
involved 34:9 50:24
involvement 52:14
Island 36:3
issue 65:17,18,20
issues 72:23
item 58:19,19,21
 61:6 74:19,21
items 60:25
iteration 83:10
iterations 69:15
Izumi 51:2,19 52:3
 52:21 55:6
i.e 70:3

J
J 1:24 2:10 98:4,20
James 1:11 2:7
 3:10 4:2,10 5:1
 6:1 7:1 8:1 9:1
 10:1 11:1 12:1
 13:1 14:1 15:1
 16:1 17:1 18:1
 19:1 20:1 21:1
 22:1 23:1 24:1
 25:1 26:1 27:1
 28:1 29:1 30:1
 31:1 32:1 33:1
 34:1 35:1 36:1
 37:1 38:1 39:1
 40:1 41:1 42:1
 43:1 44:1 45:1
 46:1 47:1 48:1
 49:1 50:1 51:1

52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1,16
97:1,19 98:7 99:3
January 9:4,17
 11:24 48:24 50:8
 71:15
Jim 6:16 19:20
 34:12,12 58:11
job 1:25 10:5,10,18
 33:11 49:2,4
 53:22
joined 12:4 23:13
June 74:23,25
 79:25 92:11
June-ish 80:20
jurisdiction 19:13

K
Katz 34:13,19
keep 16:8 62:11
 69:13 85:19 86:3
kind 14:23 19:4,5
 23:6 24:6 27:5
 34:4 42:21 46:4
 47:7,10,11 49:24
 52:6 53:14 59:25
 66:17 68:3,17
 70:9 72:7,8 73:14
 74:25 78:23 83:4

85:19 86:11 87:22
 90:7
kinds 56:22
KIRKLAND 3:8
knew 39:17 53:13
know 5:15 8:15,21
 9:10,15 12:7,9,11
 12:15,17,19 13:3
 15:11,14 16:2
 17:2,15,17,19
 18:2,25 19:3,9,15
 20:18,18 21:11,17
 22:3,8,22 23:9,18
 24:7 26:3,14
 27:17,19 28:10
 29:6,25 30:6,9,17
 31:2 32:11 33:2,8
 33:20 34:16,19
 35:2,7,25 36:7,16
 36:19,20 37:17,20
 37:21 38:18 39:4
 40:19,22 41:9
 43:12 49:8 51:10
 53:2 54:5,21
 59:21,23 60:4,8
 61:7 62:24 66:22
 70:5,7 71:5,25
 72:2,3,7,9,13,14
 73:10 75:21 79:10
 79:19,21 80:13
 82:16,17 83:21,25
 84:19 85:4,4
knowledge 12:6
 14:12 16:5,15
 23:11 25:4 33:23
 38:12
knowledgeable
 36:10 76:4
known 6:9,10
knows 12:13

L

lab 66:16 73:23
 label 44:10,14
 46:12 48:15
lack 33:23
laid 38:15,16
large 63:11
Larsen 45:17,18,20
laser 69:8
Lau 50:23
launched 84:20
layer 69:6,8
layers 69:6
LCD 81:16,18 82:9
 82:15 83:6 84:17
lead-in 68:12,13,16
left 34:15,16 63:22
 65:24 66:6 71:11
length 71:7
lesser 61:25
let's 11:11 19:7
level 61:6 67:18,18
 68:8 70:22
liability 30:14
Liang 3:18 7:8,10
lie 33:10
life 9:8
lights 81:19
liked 36:21 37:4
 39:19
limited 5:7
Linda 1:24 2:10
 98:4,20
line 13:11 34:14
 68:11 75:6 79:15
 97:4,6,8,10,12,14
 97:16
lingered 72:8
liquid 69:7 92:17
listed 5:3 84:13
little 8:15 36:23
 37:7,9,10 47:16
 60:25 61:5,8

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 108

63:22 64:5 66:18
71:13 74:22 76:22
78:16 79:19,21
82:21 87:20 92:23
93:19,23,24,25
94:14 95:22,23,23
lived 50:7
loads 67:21
located 44:7 87:20
locations 90:9,10
90:11,16,19
long 13:3 34:16
36:3 61:17 65:23
72:3,4 79:10,25
longer 74:15
look 15:23 43:8
49:23 53:15 60:9
70:9 73:17,19
74:18 75:19 76:17
77:20 85:6
looked 15:9 33:10
39:18 40:18 41:13
54:18,19 55:3
56:5,9,25 78:8,15
looking 5:20 14:23
15:22 19:2 27:21
54:20,25 61:7
69:21 74:17,20
76:21 79:14 80:3
80:13
looks 26:2,11 75:17
81:17
looseleaf 7:4
lost 65:25
lot 7:4 12:21 14:21
15:9 22:10,11
30:17 38:8 46:9
46:25 47:2 50:4
59:21 66:18 69:12
69:14 82:23 91:20
92:18 96:6
loud 5:17

lower 61:24 86:15
87:6 96:5
Lummus 7:24
L.L.P 3:3,8,18

**M**

Madison 15:5
29:22
main 10:10,12,17
22:13 28:6 79:17
82:24
major 20:11 38:5,5
45:21
making 10:16 27:5
27:10,13 31:23
32:12,14 49:11,13
52:7
male 88:9 90:12
manager 19:12
29:23 34:14
manifold 44:21
45:4,8,24 46:17
47:15,16 48:9,11
85:24 86:7 87:6,7
88:25,25 89:3,5
90:6,6,22 94:19
95:19
manifolds 90:19
manufacturer 8:4
50:17,21 51:8,13
52:22
manufacturers
50:10,15,24 55:6
March 74:12,18,19
74:19
mark 44:9
marked 4:12 14:2
16:20 20:2 25:17
market 15:21 21:22
22:5,19 28:13
marketing 13:14
13:19 19:14,19

22:14 23:7 24:22
33:3,15,25 34:14
35:5 36:21 37:3
38:4 39:12,18
40:9 59:22 60:16
83:19,20,22 85:2
85:3
marketing's 75:6
77:8
marketing-type
22:10
markets 76:13
Massachusetts 1:3
2:12 3:5
materials 49:15,16
49:24
matrix 83:24
matters 6:9,10
maximum 61:6,15
mean 14:21 21:7
23:20,21 27:18
33:2 36:25 37:13
37:25 38:15 39:5
49:16 55:10 59:20
63:15,16 70:4
71:13,24 80:14
82:19 95:4
meaning 56:9
70:15 71:19 78:9
means 11:16 76:9
meant 70:7
mechanical 7:15
mechanism 87:10
94:6
meeting 78:5
meetings 30:23
Mel 30:18,23 31:3
37:14 41:24 53:20
53:23
melting 49:21
memory 6:18
mentioned 15:12

16:6 37:22 76:6
81:10
men's 72:17 84:4,7
90:15 100:16
Mercurio 26:21
29:16
merged 9:6
mess 93:7
messy 92:18,21
meters 67:9
method 78:5 94:16
Micro 82:4
middle 28:20
Milford 18:4
million 67:9
mind 16:9
mini 92:23
minor 51:4 83:13
minutes 60:21
mirror 58:15
model 58:3,7 68:20
68:22 69:4,4,6,9
69:10,16,18 72:16
72:21 73:15 78:16
81:20 82:14 83:6
models 69:15,20
82:20,20 83:11,11
83:12
modifications 52:9
52:12 73:5
molded 71:19,20
moment 31:17
month 43:21 59:15
months 9:23 22:12
23:19 71:16 74:21
84:23
month's 59:13
motivation 13:6
22:18,25 75:3
77:6 92:15
motor 28:16 88:6
move 26:13

moved 29:24
MS-3 74:20
muck 95:15
Multi-page 19:22
25:7,11 31:8
35:10 43:16 52:19
54:13 66:11 74:9
77:11 84:3 99:11
99:13,15,17,18,20
99:22,23 100:7,9
100:12,16
mutual 28:21 29:3

**N**

N 3:1 99:2
name 4:9 50:23
57:9,25
named 26:22
names 8:14
necessarily 11:19
11:21 33:25
need 28:20 29:2
60:21 79:8 92:10
needed 78:14
needs 67:8
negatives 92:18
neither 98:12
never 21:21 36:5
38:12,13,13,17,22
new 1:13 2:9,12
8:10,25 10:15
15:23 72:25 77:22
78:4 84:13,14
91:14 97:2,3 98:6
nice 36:23 50:23
nine 71:16
noise 56:25,25 61:6
61:7
nonfunctioning
24:5
normal 15:25
normally 34:8

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Notary 2:11 98:5
note 68:5 70:13
  96:11
notebook 66:12
  100:7
Noted 96:15
notes 6:17 7:2,3
  16:18 60:4,7
  66:19 73:9,17
  76:17 99:10
notice 2:8 4:6,13
  85:12 88:21 99:7
notified 30:9
notify 29:4
November 82:3,8
nozzles 44:21,22
  47:16 48:10 95:24
number 5:3,12
  20:10 54:5,25
  58:4,22 67:7
  77:21 81:20 82:10
  88:18 91:8
numbered 63:6
numbers 13:24
  16:18 19:24 25:9
  25:12 31:9 35:11
  43:17 57:6 62:17
  66:12 74:10 75:11
  77:13 81:24 82:7
  82:21 84:4 91:4
  99:9,10,12,14,16
  99:18,19,21,25
  100:6,7,10,11,13
  100:15,17,18

O

oath 6:8
objection 18:17
  21:25 22:7 32:2
  32:18,25 33:23
  41:18 42:18 52:23
  55:18 56:3

observation 66:3
obtain 61:14
obvious 12:25
  39:18
obviously 21:14
  41:13
occurrence 15:25
October 20:6 28:18
  38:11
offered 10:3
offices 2:8
off-tool 71:17,19,20
  80:8,18
oh 11:11 43:9 56:14
  65:8 68:22
okay 5:25 9:16 14:8
  17:9 19:5 20:8
  25:22 26:17 28:22
  28:25 29:3 30:21
  31:5,6,20 35:19
  53:23,25 56:2
  77:17 84:11 95:25
  96:10
once 59:14
ones 82:22
One-page 57:4
  62:15 99:24 100:5
ongoing 80:2
open 46:20
opening 95:12,16
openings 47:17,19
operate 58:20
  61:17
operated 58:20
operates 26:15
operating 56:15
  91:3,7 100:18
operation 65:3
opinion 48:3 93:8
opposed 43:3 79:11
options 20:13
order 6:22

original 18:14,18
  19:10 42:5 43:23
  72:18 75:18 92:22
originally 43:24
outcome 98:15
outfit 36:2
outlet 44:19 87:21
  90:21
outline 47:24
Outside 22:2 32:3
  32:19 41:19 52:24
oven 49:22

P

P 3:1,1
package 32:16
pad 67:2
page 4:16,24 5:2,3
  5:20,22 13:22
  16:17 19:22 20:10
  20:11 28:24 31:22
  63:5 66:18 67:7,7
  68:11,19 70:2,2,9
  77:22 84:10,12
  94:12 97:4,6,8,10
  97:12,14,16 99:3
  99:6,8,9,11 100:4
pages 4:21,23
  14:21 15:10 48:6
paragraph 28:20
  31:22 35:18,20
  63:6,7
paragraphs 35:19
parenthesis 59:9
part 22:16 27:6
  32:16 45:13,15
  46:19,23 47:7
  49:8 64:11 71:20
particular 21:12
  47:23 78:16 91:23
parties 98:13
parts 48:2 68:24

80:13 87:24 88:5
party 42:25
patent 30:7 41:14
  42:6,7,8 43:4
  52:19 53:4,5,12
  53:15,18 54:4,6
  54:13,16,17 99:22
  99:23
patents 28:21 29:3
  29:7,12 30:2,10
  40:22 54:2,7,9
  55:8
people 7:7 66:18
  85:2,3 94:16
percent 27:22
  70:24
perfectly 52:25
  55:4
perform 33:19
performance 56:6
  56:8
performed 33:17
  74:4,4,5
perimeter 95:7
period 8:17 79:18
person 10:2 12:9
  12:15 13:5 19:19
  20:23 23:17 36:11
personal 7:5
personally 6:9
  47:13
perspective 39:15
  41:2 93:3
Peter 34:13
phase 27:11 50:21
phases 30:25
photo 94:12
photographs 25:11
  25:20,24 99:15
physical 46:21
picked 51:9 73:6
picture 18:23 27:22

95:6,18
pins 86:7,9
piping 7:24
pivoting 88:18
pivots 46:20 88:20
place 3:4 86:3 94:3
  94:4
placed 13:25 16:19
  19:25 25:16 31:11
  35:13 43:19 53:3
  54:15 57:7 62:18
  66:14 77:14 84:6
  91:5
placing 4:11
Plaintiff 1:5 2:8 3:4
plans 28:22 29:3,5
platforms 82:25
  83:12
play 52:3
playing 61:15
please 4:9,25 9:15
  44:15 60:13
plumbing 26:12
  37:8,24 44:18
Plus 72:23 82:4
pocket 24:16 45:5,6
  45:11 46:18,19
  47:3,4,6,18 48:12
  48:13 87:7 90:23
  94:22 95:2,10,15
point 20:17 39:2,12
  39:14 72:15 79:21
  95:22
portion 57:23
  86:20 87:18 89:10
position 9:20 10:3
  10:21 86:11
positioned 85:20
possibilities 37:5
possibility 37:12
  40:8
possible 33:4 65:22

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 110

post 85:23
power 67:21,21,22
  78:18,19
powered 92:2
preparation 6:18
  14:16 15:9 66:25
prepare 6:14,22
Present 3:17
president 50:22
press 94:6
pressure 81:6
  94:20
pressurize 95:14
pressurized 92:3,8
pretty 33:11 38:3
  51:3 62:9 84:21
  85:5
pretzel 49:23
prevented 37:5
previous 24:8,19
  40:6
previously 4:12
  28:3
price-point 13:10
  22:23
price-points 13:13
primarily 8:25 10:8
  10:12,14 56:8
primary 52:7 66:17
principal 10:23,24
principles 94:16
prior 13:2 15:6
  16:8,10 21:4
  23:12 24:24 38:20
  39:2 55:2 71:21
  72:6,10 77:2
privilege 42:23
privileged 42:20
privy 22:11 51:10
probably 12:14,15
  13:4 20:25 27:20
  28:12,15 29:9

37:14,21 41:21,23
  60:9,12 68:18
  69:12 70:23 76:8
  80:20,21 83:24
problems 50:2,4
process 50:14,25
  55:17,24 68:25
  71:8
produce 83:23
produced 14:10
  60:6 79:18
product 5:5 8:5,10
  8:25 10:17 15:21
  15:23 22:23 24:9
  32:8 33:13,18
  34:4,14 36:6
  39:23 40:13 49:12
  49:13 56:7,20,20
  57:23,25 65:7,12
  68:5 71:8 75:25
  79:18 80:2 81:23
  84:13,15,19 92:8
  100:15
production 13:24
  16:18 19:24 25:8
  25:12 31:9 35:11
  43:17 57:5 61:10
  62:17 66:12 71:10
  73:4 74:10 75:11
  77:12 79:22 80:12
  81:24 84:4 91:4
  93:19 99:9,10,12
  99:14,16,17,19,21
  99:25 100:6,7,10
  100:11,13,15,16
  100:18
products 5:6 24:21
Professional 98:4
profile 63:11
progress 46:4
  47:23
project 8:8,8 30:25

38:2 50:22
promotion 29:24
properly 49:14
  52:8
proposal 26:19,24
  27:13
proposing 49:19
protected 41:16
prototype 18:9,21
  21:18,21 24:3
  27:4,10 38:13,17
  69:19 91:8 93:15
  93:18
prototypes 27:6
  69:2
prototyping 10:16
  26:23 49:7 68:24
  69:11
Public 2:11 98:5
puddle 63:19
pump 44:6,6,10,17
  44:19 45:4 46:16
  48:7 56:14 68:7
  86:19,22 87:4
  89:15,16 90:3,4
  90:21
pumps 26:25
purchased 8:20
purpose 57:16
  85:16 87:3
purposes 9:9 46:3
  59:23 68:15
pursuant 2:8
put 45:21 49:22
  66:20 68:16,16
  82:2 85:18,19
  89:12 94:2,3 95:9
putting 68:7 85:7
P.M 96:15

**Q**

question 9:14 20:24

24:18 31:18 32:11
  32:13 33:21 39:6
  39:22 40:3 55:13
  65:10 78:2,3
  79:20 80:6 89:14
questions 34:8,25
  35:7 77:12,16
  96:9 100:13
quicker 67:11
quite 53:22
quote 32:14
quoting 27:11
Q3 84:13

**R**

R 3:1 13:24 16:18
  19:24,24 25:9,9
  25:13,13 31:9,10
  35:11,12 43:18,18
  57:6 62:17,17
  66:12,13 74:11,11
  75:11,11 77:13,13
  81:24,25 84:5,5
  91:4,4 98:2 99:9
  99:10,12,12,14,14
  99:16,16,18,18,19
  99:19,21,21,25
  100:6,6,7,8,10,10
  100:11,12,13,14
  100:15,15,17,17
  100:18,19
ramping 73:14
ran 37:14 56:25
Randolph 3:9
rapid 68:24,25
  69:11
rapidly 92:3
RAS 28:5
raw 66:20
Rayovac 1:7 4:14
  5:10 6:2,7,11 9:6
  9:11 10:22 12:5

12:12 14:10,13,17
  14:25 15:15 16:3
  16:5,6,7,13 17:3,7
  17:23 18:9,15,21
  18:22 19:9 20:16
  21:6,17,22 23:2
  23:11,16 24:25
  29:8 30:10,14,15
  30:23 31:22 32:13
  35:24 36:11,16
  39:3 41:7 43:22
  48:25 50:10,18
  52:21 72:9,15
  75:21 76:23 84:20
  92:7
Rayovac's 13:7,16
  22:19 55:15,22,24
  77:6,25 78:24
read 4:18,20 5:2,14
  5:18 31:16 35:17
  60:21 63:13 75:15
readily 82:14
reading 4:22 27:21
  32:9
ready 73:3 80:12
really 12:21 19:3
  21:13 22:8,10
  32:4 34:24 50:23
  52:25 59:19 60:8
  62:5 66:22 70:7
  73:3 74:23 78:4
  82:24 83:11,16
  86:5 88:16,24
reason 10:17 37:23
  39:5 97:6,8,10,12
  97:14,16,18
reasonably 6:10
reasons 13:15 97:4
receive 7:17
recess 25:5 62:13
  90:24
Recharging 14:4

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

06/27/2005 17:05 FAX                                                                    ☑057/079

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 111

recirculates 48:20
Recommended
58:22
record 25:15 96:12
98:9
redesign 39:24
reduce 61:24
reducing 61:7
refer 58:4 73:9
reference 28:14
80:15,21
referred 68:18
80:17
referring 9:10
24:21 29:14 42:7
54:3,8 64:2,12,19
76:18
refers 70:14
refillable 20:15
refresh 6:17
regard 5:11 6:4,11
23:11 30:13 89:9
92:6
regarding 14:10
regulated 32:8
reintroduce 39:13
40:10
reject 36:17 41:7
rejected 39:2,11
rejection 37:23
related 8:11 33:24
54:9 91:25 98:12
relatively 63:10
release 72:11 94:6
released 92:3
relevant 8:16,22
48:3
relies 92:3
remember 5:21
14:20 54:25 59:19
70:12 81:20
Remington 8:23

9:3,5,11,17 10:3
11:6 13:23 14:3
16:9 17:12 18:15
24:22 30:24 33:6
45:19,20 53:17
57:11,19 58:14
60:18,20 62:21
65:7,11 80:23
82:19 99:8
Remington's 14:10
22:18
Remington/Rayo...
72:25
removable 94:11
remove 93:21 94:8
removed 38:7
39:20
repercussions
40:15
replaceable 92:24
replacement 58:23
Report 74:10 100:9
Reported 1:23
Reporter 2:11 98:5
reporting 10:2
request 59:17
60:14
requested 58:10
59:20
require 77:24
research 5:4 10:24
49:10 71:12 78:25
79:10,25
reservoir 66:2
residual 63:25 64:3
resources 72:20
respect 54:2,6 76:4
respected 40:22
responsibilities
10:6 11:2 49:6
responsibility
61:19

responsible 61:13
rest 86:8
result 6:6 11:3
60:17
results 30:6 49:12
retain 63:12 65:21
retained 48:24
65:13
retention 64:25
65:5
reuse 93:2
review 6:25 14:7
20:5 27:15 28:21
29:2 30:7,10,15
31:18 63:7
reviewed 14:18
29:7 30:2 66:24
reviewing 21:4
Revised 14:4
ribs 68:12 85:13
86:2
right 18:19 21:8,9
23:18 25:19 39:4
39:25 42:13 43:5
44:7,13,17 48:19
49:18,18 51:16
64:6,21 66:5 68:2
68:9 85:15 86:21
86:23 87:2,21,21
87:22 95:3
rise 67:19
rising 68:8
Robert 26:22 29:15
role 51:15 52:3
Ropes 3:3,18
rotary 22:24 26:8,9
51:19 58:7 72:21
73:4,11 82:5 83:2
91:3,7 100:18
rotate 67:19
route 41:16
rubber 94:21,25

95:7
run 62:9,10 66:19
70:3 78:17,18
running 70:14,20
R&D 8:10,25 10:5
10:20 49:10
R-188 67:7
R-201 68:19
R-209 70:2
R-9400 82:17 84:14
R-9500 51:20 73:4
81:11,12 82:10
90:18
R-9500/9700 82:4
R-9700 82:9

S

S 3:1 99:5 100:3
sales 75:24
sample 71:17 80:9
80:11,12,16,18
sat 41:23
satisfied 33:15
saw 23:20 38:22
40:18 41:14,15
53:8 70:6 92:18
saying 11:10 27:3
27:11 28:7 38:16
46:4 71:25
says 10:23 28:5
29:2 32:6,9,10
58:25 59:7,9 63:9
67:7 68:20 73:25
84:14
scanned 7:6 15:8
scans 69:8
Schenck 26:22 27:9
27:25 28:10,19
29:6,15,25 30:12
Science 7:14
scope 22:2 32:3,19
41:19 52:24 77:24

Scott 45:17,18,19
scratch 66:18
screen 49:25
screw 94:2
scribbled 70:13
seal 94:22,23,25
95:8,11
seals 95:10
second 20:10 69:17
92:10 93:17 94:12
seconds 96:3
section 44:7
see 5:19 14:5 15:24
16:22 24:4,14,20
26:7 29:4 46:25
56:23 60:13,22
62:22 69:12 71:20
71:22 73:19,21
76:14 87:16,17,20
90:13,16 93:24
94:12 95:6,22
seeing 5:21
seen 4:13 15:7
16:24 20:2 21:21
25:23,25 31:14
35:14 38:12,17,18
38:20 51:12 53:4
54:17 75:14 77:18
sell 34:6 75:25
send 69:5
senior 8:8
sense 35:2
sentence 63:9 70:6
separate 20:20
September 17:2,11
18:8,20 35:15
76:22 77:2 84:8
sequential 74:2
sequentially 27:2
series 51:17,20
74:24 83:2
seriously 38:14

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 112

set 98:8,16
setting 61:13
shallow 64:9 65:16
shaped 26:8
shaver 13:10,12
    19:23 21:2 22:22
    24:17 26:8,9,11
    31:24 32:7,15,21
    33:12 41:4 42:3
    43:13 45:5 46:8
    46:18,20 47:12
    48:12 51:2,3,16
    51:21 52:2,5,7,10
    52:13,17 58:2
    63:10 64:20,21
    67:21,23 69:24
    70:19 72:24,24,25
    73:3,25 76:16
    78:17,21 81:6,17
    82:20 83:3,18
    86:3,8 87:23
    88:10 89:20 90:12
    91:3,7,16 92:4,20
    94:4,5,7,23 95:2,9
    95:13,24 96:4
    99:11 100:18
shavers 19:12
    21:24 22:24,24
    23:5 25:2 26:4
    51:19 56:22 78:11
    81:9,12 82:5
shaving 5:6 84:4,7
    85:21 100:16
Shimota 3:10 6:19
    18:17 21:25 22:7
    32:2,18,25 41:18
    42:11,17,20,22
    43:2 52:23 55:18
    56:3 81:4 96:11
Shimota's 33:22
shipping 49:21
Shorthand 2:11

98:5
shot 83:23
show 46:11,13,21
    47:25 58:17 71:23
    86:18
showed 23:23
    30:25
shown 21:18 38:21
    44:18 45:9,12
    47:19
shut 64:24
shuts 64:4
side 22:14,14 35:6
significant 9:13
    32:23
similar 24:4 31:24
    32:17,24 90:5
Simone 41:22
    43:14
simple 39:20 48:23
simultaneously
    72:19
single 93:5
sink 63:20,23 68:3
    88:14
sit 64:9
sits 64:20,22
sitting 40:15 64:4
six 29:19
size 15:15
sizes 49:25
skill 98:11
skim 53:12,14
skimmed 14:21
    53:6 54:19,23
    67:3,4
skimming 14:24
    70:5
SLA 68:20,22
    69:12,15,16,18,20
slightly 90:7
Smart 5:7

snap 88:5
sold 8:13 32:16
solidified 38:3
solution 32:7 34:7
    36:4,4 44:12
    56:17 62:16,20
    65:22 86:17 100:5
solutions 35:23
solutions/filter
    58:22
solve 50:3
somebody 12:12
    13:19 33:3 41:21
    60:16 93:15
somebody's 40:17
    62:10
sorry 5:19 11:14
    30:8 36:8 54:24
    70:7 72:14
speak 5:10 6:3,20
    17:6 23:10,17
    49:10
specific 32:11
specifically 91:23
specifications
    81:24 100:15
speculate 17:5,8
spill 56:10,12,13
spilling 93:7
spills 56:11
spoken 79:12
spraying 41:25
spreadsheet 73:24
spring-loaded 89:2
    89:2 90:6
squirrel 88:3
ss 97:2
standpoint 19:14
    19:15 37:9
Stanley 3:18
start 51:18 67:19
    69:3

started 9:22 10:11
    11:23 23:2 43:21
    72:4,9,15 73:8,14
    74:17,22,23,25
    76:21 92:13
starting 7:12
starts 67:18 68:11
    69:7
state 4:9 97:2 98:6
stated 37:11 39:12
    40:6
states 1:2 2:12
    20:13 59:2
stating 32:10
steep 64:3,11,22
step 93:16
stereolithography
    68:22,25
stick 48:5 95:24
sticking 44:21,23
Stoltz 30:18 31:4
    37:15 41:24 53:20
stop 45:7 72:7,7
    85:24 86:12
stopped 79:16
store 58:2
straightforward
    37:9
strategy 78:15
Street 2:9 28:6
strictly 22:9 52:16
studies 21:23 22:5
study 65:3
stuff 23:21 27:5
    56:22 59:21
Subscribed 96:17
    97:20
substantially 96:5
subsystems 49:9
    69:22
sucked 44:17 48:21
sucks 46:16 48:7

supplier 50:18
supply 67:22 78:19
support 64:17
supports 85:21
supposed 46:12
sure 5:24 9:16 22:3
    27:17 28:21 29:3
    29:9,11 30:20,21
    31:4 32:4 33:13
    35:22 38:20 40:11
    40:17,21,23 41:20
    44:5 48:17 51:9
    52:7,25 55:2 62:6
    67:25 70:24 73:22
    75:16 76:13,25
    82:13,18,18 84:21
    85:5,13 88:19
    93:11
surface 65:24
surfaces 64:25
switch 11:3
sworn 4:3 96:17
    97:20 98:8
Syncro 15:12,20
    16:4,14,21 17:13
    17:16 18:11 24:24
    72:11
Syncro's 17:4
system 10:9 11:11
    11:12,14,25 12:8
    12:11 13:8,18,23
    14:4 19:23 21:3,6
    21:12 23:5 24:25
    26:10 27:14 28:14
    30:16 32:21 36:15
    36:23 37:8 39:19
    41:4,4 42:16
    43:17 44:4 48:21
    50:6 57:5,10,18
    57:20 58:25 72:10
    72:12 75:5,7 76:4
    76:8,9,12 77:9

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 113

| | | | | |
|---|---|---|---|---|
| 81:5 82:25 90:15 91:14,20 92:14,16 94:19 99:9,12,20 99:24<br>systems 5:8 50:8 56:21 73:25 81:7 92:2 96:6<br>S-T-O-L-T-Z 30:18<br><br>**T**<br>T 98:2,2 99:5 100:3<br>table 24:2,4,14,21<br>tabs 85:13<br>take 40:20 60:23 86:13,14 87:14 89:12 96:3<br>taken 2:7 25:5 62:13 86:16 90:24<br>takes 96:2<br>talk 19:17 79:8 81:3<br>talking 30:5 33:3 43:3 63:24 88:22<br>target 59:9,10<br>tastes 21:23<br>TBD 59:7<br>team 38:19 58:14<br>technical 35:4 38:19 78:10 85:14<br>technologies 77:23<br>technology 78:4<br>tell 7:11 26:17 27:20 57:13 60:15 80:3 85:8 86:14 88:10<br>ten 71:16<br>tend 63:18<br>tendency 56:10<br>tends 63:11 64:8<br>term 85:14<br>terminology 47:2 | 68:23 69:19<br>test 16:21 49:12,21 66:20 74:2,4,10 100:9<br>tested 17:15,18<br>testified 4:4<br>testify 6:8 12:5<br>testimony 13:16 98:10<br>testing 5:5 10:15 28:11 49:7 55:23 68:6<br>tests 17:3 56:25 70:21<br>Thank 43:10 46:24 66:9 76:10<br>theirs 58:20<br>theory 90:7<br>Thermoelectron 35:24,25 36:5<br>thing 4:19 8:11,20 15:19 23:7 38:5 47:6 49:24 60:24 62:6,8 67:14,24 70:11 72:8 74:7 78:23 83:5,5 88:15,22 90:8<br>things 7:6 11:18,21 38:20 56:9 62:4 66:19 83:14<br>think 13:9,11 15:19 30:19 34:17 35:4 35:5 37:3,8 38:22 55:9,13 56:24 58:9 70:11 79:9 79:23 82:12 86:19 92:10<br>thinking 12:20 43:7 46:8<br>third 42:25<br>thought 41:11,11<br>three 7:25 8:2,6 | 9:23 22:12 23:19 44:21,22 47:17 51:20 55:6 74:21 82:24 83:11 86:6 86:6 90:18 95:12 95:16<br>**Thursday** 1:12<br>tick 56:23<br>tie 27:18<br>**Tim** 41:21 43:14<br>time 10:19 11:23 12:21,22 14:15 15:22 16:2,11,12 17:11 18:21 19:4 21:14 23:13,22 24:5 27:5 28:13 30:24 34:13 38:15 40:9 45:14,19,21 45:23 49:2 52:21 53:8 55:2,5 58:9 59:19 60:23 61:3 69:7,8 73:12 74:17 96:15<br>time-line 38:24 43:7,8 84:12<br>tinkering 21:15<br>tip 56:10<br>**Titanium** 5:7<br>title 10:5,18 11:3 49:4<br>today 6:8 23:10 61:10<br>today's 6:15 15:6<br>told 43:24<br>tool 69:11 80:11,16<br>tooling 73:13<br>top 26:8,11 35:19 68:20 70:2 78:10 78:13 82:16 86:20 87:18 95:5,18<br>topic 5:2,11<br>topics 5:15 6:4,12 | **Topiderm** 36:2<br>track 69:13<br>transcript 96:12<br>transfer 66:21<br>transformer 67:22<br>trend 9:7<br>tried 62:11 69:13<br>trouble 49:20<br>true 65:6 98:9<br>truncated 74:15<br>try 19:7 43:7 60:9 72:19<br>trying 34:24 38:23 43:6 56:24 62:3 80:14<br>tube 90:21<br>tubing 48:9<br>turn 4:25 36:13 63:20,21 67:6,23 68:10,19 69:25 84:9 94:5<br>turned 79:24<br>Turning 20:9 58:21<br>turns 56:14,15 70:16<br>tweaks 61:22<br>two 4:21,22 8:2 12:20 17:22 20:13 27:17 31:12 35:19 35:23 48:6 54:21 58:12 74:4 75:12 81:12 83:12 88:5 90:8,13<br>Two-page 75:10 81:23 91:2 100:11 100:14,17<br>type 8:11 21:5 24:11,13,20 34:7 49:16 56:17 91:20 92:14,16<br>types 34:9 | **U**<br>Uh-huh 11:22 14:6<br>uncomfortable 23:14<br>uncommon 27:4<br>underarm 78:20<br>underneath 67:20 87:23<br>understand 6:7 9:5 12:3 40:25 42:18<br>understandable 9:14<br>understanding 22:17<br>Unfortunately 30:4 30:8<br>unit 17:12 28:11,13 28:15 33:16,20 59:24 61:8 63:9 64:3,14,22,24 65:4 70:15,17,22 70:25 85:18 93:19<br>UNITED 1:2<br>units 17:10 58:12<br>University 7:16<br>unscrew 93:22<br>use 55:16,23 63:18 68:23 93:5,12,16<br>user 47:12 93:20 94:14<br>uses 81:5 94:18<br>usually 13:20 40:16<br>U.S 52:19 54:13 99:22,23<br><br>**V**<br>vacuum 8:5<br>Vague 55:18<br>Valentine 17:22 18:5 24:9<br>valid 82:12<br>values 61:5 |

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 114

| | | | | |
|---|---|---|---|---|
| various 83:17 | Wendlandt 3:6 4:8 | working 9:24 11:18 | 100:10 | 10/22/01 25:8 99:13 |
| vat 69:7 | 7:9 42:17,21,24 | 11:20,24 18:3,6 | 001800 43:18 99:21 | 100 27:22 70:23 |
| vents 87:19 | 43:10 55:21 96:8 | 23:4 29:18 36:2 | 001810 43:18 99:21 | 11 54:12,16,23 55:3 |
| versa 89:13 | 99:3 | 50:20 69:14 76:23 | 002695 57:6 99:25 | 99:23 |
| version 69:12,13 | went 6:16 60:15 | 84:22 | 002714 31:9 99:18 | 12 20:6 38:11 57:3 |
| versus 57:11 58:20 | 71:24 79:17,22 | works 13:20 44:4 | 002715 31:10 99:18 | 57:7 60:3 99:24 |
| 62:21 65:2 78:17 | weren't 30:22 92:2 | 48:7 58:6 59:24 | 002729 35:11 99:19 | 12th 74:20 98:17 |
| 78:18 | West 28:6 | 72:17 88:9 89:20 | 002732 35:12 99:19 | 12/18 44:23 |
| vice 89:13 | wet 11:12,14,16 | worth 59:13 | 002935 19:24 99:12 | 12/18/02 43:20 44:4 |
| view 44:19 45:9,12 | 94:19 96:6 | wouldn't 92:24 | 002941 19:24 99:12 | 12:21 96:15 |
| Vintage 91:8 | we're 15:22 19:6 | write 70:2 | 002950 25:13 99:16 | 12428 1:5 |
| | 23:4,8 25:14 | wrote 68:5 93:11 | 002954 25:13 99:16 | 13 20:10 62:14,19 |
| **W** | 40:15,16 42:9 | | 002955 13:24 99:9 | 99:9 100:5 |
| waiting 73:13 | 79:13 80:13,13 | **X** | 002956 25:9 99:14 | 13-A 60:25 |
| walked 23:6 79:16 | 90:9 | X 99:2,5 100:3 | 002958 25:9 99:14 | 13-B 61:2 |
| want 4:18 12:10 | we've 79:12 | | 003569 75:11 | 14 57:8 61:21 66:10 |
| 27:3 31:16 43:6 | WGY 1:5 | **Y** | 100:11 | 66:15 67:4 73:19 |
| 52:11 56:22 62:8 | WHEREOF 98:16 | year 10:10 12:20 | 003570 75:11 | 100:7 |
| 63:18 65:19,25 | whip 93:24 | 34:18 40:5 41:9 | 100:12 | 15 61:6 74:8 76:20 |
| 67:11 68:8 79:21 | whistles 83:4 | 50:9 74:13 | 004385 77:13 | 80:4 82:4 100:9 |
| 87:14 91:21,22,22 | width 74:15 | years 7:25 8:2,6,10 | 100:13 | 16 8:9 75:9,12 |
| 92:11 | Wiggin 2:9 | 29:19,19 | 004390 77:13 | 99:10 100:11 |
| wanted 5:23 13:9 | Wisconsin 15:5 | yesterday 15:9 | 100:14 | 16-year 8:17 |
| 13:12 22:22 29:11 | 29:22 | York 2:12 97:2,3 | 004897 81:24 | 17 17:2 18:8,20 |
| 32:20 33:13 53:14 | wish 34:21 97:3 | 98:6 | 100:15 | 77:10,15 98:22 |
| 59:14,23 62:4,6 | witness 42:13 43:5 | Yuri 10:2 12:15 | 004898 81:25 | 100:12 |
| 67:10,10,25 68:9 | 81:3 96:10 98:7 | 13:4 19:11 20:23 | 100:15 | 18 81:22 82:3 |
| 70:21 71:4 75:7 | 98:10,16 99:3 | 23:3 29:18,23 | 010951 91:4 100:19 | 100:14 |
| 76:3 92:19 93:15 | women's 51:21 | 37:21 41:23 43:25 | 010952 91:4 100:19 | 19 17:11 84:2,6 |
| wasn't 11:10 14:22 | 57:24 76:16 77:8 | 58:10 60:12 79:7 | 02110-2624 3:5 | 99:12 100:16 |
| 22:11 23:15 73:3 | 78:20 83:9 89:20 | 82:15 83:21 85:4 | 03 1:5 18:24 34:18 | 19th 80:9 |
| 74:22 92:12 | word 63:18 | | 50:9 71:15,25 | 1983 7:18 |
| water 63:22 64:5 | words 67:18 | **0** | 74:14,18,23,25 | |
| way 21:7,16 22:21 | work 10:17 12:25 | 000133 84:5 100:17 | 76:22 77:2 79:25 | **2** |
| 34:3 39:19 41:12 | 15:4 19:7 23:20 | 000184 84:5 100:17 | 04 80:10,20 92:12 | 2 13:21 14:2 63:6 |
| 42:9 45:10 48:7 | 24:8,10 29:7 30:3 | 000185 66:12 100:8 | | 69:16 74:19 92:2 |
| 48:22 53:22 58:19 | 46:4 47:14,22 | 000243 66:13 100:8 | **1** | 99:8 |
| 74:6 92:20 93:8 | 48:25 49:9,11,13 | 000666 16:18 99:10 | 1 4:5,12,17 5:3,12 | 2-A 31:22 |
| WDF 51:23,24 | 51:5 71:21 74:24 | 000965 62:17 100:6 | 69:15 74:19 99:7 | 2-5 32:9 |
| 77:12,15 100:13 | 81:10 | 000968 62:17 100:6 | 10 52:18 53:3 54:23 | 20 90:25 91:6 93:10 |
| week 9:25 53:10 | worked 7:23 8:3,23 | 001048 74:11 | 55:3 96:3 99:22 | 95:5 100:17 |
| 54:20,22 | 73:2 82:22 | 100:10 | 10th 74:12,18,19 | 200 3:9 |
| | | 001063 74:11 | | |

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 115

2001 14:4 16:3,12
    17:3,12 18:8,20
    20:6 28:19 31:13
    38:11 39:7 71:23
    71:24
2002 35:15 82:4,8
2003 9:4,18 10:4,7
    10:19 11:24 39:10
    48:25 57:8 61:21
2004 75:13 84:8
2005 1:12 2:2 84:13
    96:18 97:20 98:17
2006 84:4,7 100:16
2007 98:22
21 14:4 16:3,12
22 28:18
23 31:13
245 28:6
25 99:14,16
265 2:9
27 75:13
29 84:8

— 3 —

3 16:16,20 17:20
    67:8 68:20 74:21
    79:4 80:22 89:23
    99:9
3-D 69:4
30 59:2,10,10,15,16
31 99:18
3208 1:25
328 53:4,18 54:3,19
35 99:19

— 4 —

4 19:21 20:2,7 21:2
    21:19 23:24,25
    36:14,14 38:10,24
    39:9 40:24,25
    99:3,7,11
40 9:25
43 99:21

45 84:10,13

— 5 —

5 1:12 2:2 4:16,24
    5:2,3,22 25:6,18
    26:16,18,19 27:16
    28:19 30:14 77:21
    99:13
5,649,556 54:14
    99:23
5,711,328 52:20
    99:22
5/27/03 62:19
5000 74:24
52 99:22
54 99:23
5441 57:20
5500 51:17,25
    72:24 75:22 76:6
    76:11 90:15
556 54:16
57 99:25
5700 52:2

— 6 —

6 5:15 6:4 25:10,17
    25:18 27:16 58:22
    91:8 99:15
6060 13:9
62 100:6
66 100:8

— 7 —

7 5:15 6:4 31:7,12
    33:24 67:7 99:17
7000 51:23,24
74 100:10
75 100:12
77 100:14

— 8 —

8 5:15 6:4 35:9,14
    99:18

8/23/02 31:9 99:17
81 100:15
84 100:17

— 9 —

9 5:15 6:4 35:15
    43:15,20 45:13
    48:6,16 99:20
9/16/03 77:16
9/17/01 16:21
9/9/02 35:11 99:19
9:34 2:3
90 100:19
9000 83:2
9400 84:18
9700 81:14

ESQUIRE DEPOSITION SERVICES
1-866-619-3925