# EXHIBIT 44

# History "how to clean a shaver"    BRAUN

**1950**

- Quick cleaning cutter block beats against a rib
- Ultrasonic cleaning after sales service
- Tap of foil frame shaver runs / shakes
- Blowing
- Cleaning with water Test at BRAUN
- Cleaning box / sink cleaning wet & dry
- Cleaning fluid as a key part in the market adhesive film inside of the cutter block

**1975**

- Cutter block cleaned with a comb (AIR)
- Cutter block Teflon coated
- Cleaning with rinsing water USA a. Japan (AIR)
- Cleaning with water Test at BRAUN
- Dust was removed by suction device
- Dust is collected with a electrostatic equipment inside of the shaver

3-Dec-03 06:22    J. Hoeser    B002043

Attorneys' Eyes Only

Braun v. Rayovac
Defendant's Exhibit
67

# History "how to clean a shaver"  BRAUN

**1975** — **2000**

- Market research, cleaning habits. Germany (MICRON)
  - Cleaning with water, test at BRAUN (Nr 77(20))
- Market research: Comparison cleaning Philips / Braun. Sweden
- Fresenius 1. Hygiene Study: Comparison of different cleaning methods
- First Prototype: Braun / Dr. Pahl
- Second Prototype: Braun / Dr. Pahl
- Fresenius 2. Hygiene Study: Comparison of different cleaning methods incl. C&C
- Thesis for Diploma: Cleaning station Braun / FH Ffm
- Market research Japan. Use of wet / dry shaver
  - Cleaning with water USA ( Philips )
- Cleaning with water, USA, Japan and Europa ( Panasonic )
- Cleaning with water, USA, Japan and Europa ( Panasonic ) Lady Shaver
- Philips Washable Quadra Action USA
- Launch Japan Braun Syncro System

3-Dec-03  06:22

Attorneys' Eyes Only

J. Hoeser   2

B002044



# Design Development C & C

## About 5 Ideas with 5 variations each

bRAun

Januar 1998

## Basic Idea
Oktober 1997

5-Dec-03 06:22   Attorneys' Eyes Only   J. Hoeser   4   B002046

## Cartridge development                                BRAUN

| Outlet and cartridge position very critical! | Stability, space of filter mesh and function of the needle very critical! | Number of cleaning cycles? |
|---|---|---|

Blow moulded cartridge Body; Shape depends on design model. Combination of inlet and outlet. Pump outside of the cartridge, plastic needle to take cleaning fluid out.

Blow moulded cartridge Body; Shape depends on function and design. Inlet and outlet separate. Pump outside of the cartridge, steel needle to take cleaning fluid out.

Blow moulded cartridge and welded cartridge. Shape depends on Function, number of cleaning cycles production process and Design. Inlet and Outlet separate. Submerged pump inside of the cartridge.

3-Dec-03 06:22

J. Hoeser

Attorneys' Eyes Only

B002047