# EXHIBIT 45

VERTRAULICH                                    DNNUII

Nur für angegebene Adressaten bestimmt!

Bitte <u>innerhalb von 1o Tagen</u> bearbeiten und <u>direkt</u> an PT zurückgeben!

VON: Patentabteilung

AN : 1. Gilbert Greaves, BM-R
     2. Dr. Dietrich Pahl, T-ER
     3. ..........................
     4. ..........................

Betr. : Erfindungsmeldung - Rollen-Nr. 05818

Anliegend überreichen wir Ihnen oben genannte Erfindungsmeldung zur Prüfung mit der Bitte um Stellungnahme zu nachstehenden Punkten:

1. Halten Sie den Vorschlag für eine praktisch ausführbare Lösung zur Erreichung des beabsichtigten Zieles?

   *Ja*

2. Ist vorgesehen, den Vorschlag in einem bestehenden oder zukünftigen Produkt zu verwirklichen? In welchem?

   *EVTL. 6016 + GERÄTE NACH '94*

3. Befürworten Sie eine Schutzrechtsanmeldung?

   *Ja*

4. Ist besondere Eile geboten bei einer möglichen Schutzrechtsanmeldung? Wenn ja, warum?

   Ist Kontaktaufnahme mit Dritten beabsichtigt? Wenn ja, warum?

   *Ja, da Wettbewerb dieselben Probleme hat*

   *NEIN*

5. Ist Ihnen über die Angaben in der Erfindungsmeldung hinausgehender Stand der Technik bekannt (Angabe der Fundstellen)?

   *S. ANLAGEN*

6. Falls der Vorschlag aus Ihrer Abteilung stammt:

6.1 Halten Sie die Erfinderangaben für zutreffend?

   *JA*

6.2 Wie kamen die Erfinder zu diesem Vorschlag (<u>gezielte Aufgabenstellung</u>, allgemeiner Auftrag, bekannte Mängel u.ä.)?

.................................                    *3.8.93*
Unterschrift                                         Datum

PT 02.1

Braun v. Rayovac

Exhibit 43

Attorneys' Eyes Only
B000861

BRAUN

CONFIDENTIAL

Only intended for the stated addressee!
Please handle within 10 days and return directly to the PT!

From: Patent Department
To:  1. Gilbert Greaves, BM-R
     2. Dr. Dietrich Pahl, T-ER
     3.
     4.

Re.:  Invention application – file no. 05818

Enclosed we are sending you the aforementioned invention application for checking with a request for your opinion concerning the following points:

| | | |
|---|---|---|
| 1. | Do you consider the proposal to be a practicable solution to achieve the intended objective? | yes |
| 2. | Is it proposed to implement the proposal in an existing or future product? In which? | possibly 6016 + machines after '94 |
| 3. | Do you approve a protected right application? | yes |
| 4. | Is a particular rush requested in a possible protected right application? If yes, why? Is contact with third parties intended? If yes, why? | yes the competition has the same problems<br><br>no |
| 5. | Are you aware of prior art going beyond the details in the invention application (state sources)? | see enclosures |
| 6. | If the proposal originates from your department: | |
| 6.1 | Do you consider the inventor details to be correct? | yes |
| 6.2 | How did the inventor arrive at this proposal (deliberate task, order, known deficiency, etc.)? | |

[signatures]_____   8/3/93_____
Signature                 Date

Attorneys' Eyes Only
B000861ENG


TRANSPERFECT TRANSLATIONS

# AFFIDAVIT OF ACCURACY

This is to certify the attached document, *Erfindungsmeldung - rollen-Nr. 05818/Invention Application - File No. 05818, 8/3/1993*, has been translated from German into English by staff members of TransPerfect Translations familiar with both the German and English languages and is to the best of our knowledge, ability and belief, a true and accurate translation.

*Susan Christian* (signature)
Susan Christian
TransPerfect Translations, Inc.
15 Broad St., Suite 305
Boston, MA 02109

Sworn to before me this
25th day of May 2004

_____
Signature, Notary Public

NICOLE P. VOLIN
Notary Public
Commonwealth of Massachusetts
Commission Expires Aug 14, 2008

_____
Stamp, Notary Public

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON DC

B000861CER

 TRANSPERFECT|TRANSLATIONS

## AFFIDAVIT OF ACCURACY

This is to certify the attached document, *Erfindungsmeldung - rollen-Nr. 05818/Invention Application - File No. 05818, 8/3/1993*, has been translated from German into English by staff members of TransPerfect Translations familiar with both the German and English languages and is to the best of our knowledge, ability and belief, a true and accurate translation.

_____
Susan Christian
TransPerfect Translations, Inc.
15 Broad St., Suite 305
Boston, MA 02109

Sworn to before me this
25th day of May 2004

_____
Signature, Notary Public

NICOLE P. VOLIN
Notary Public
Commonwealth of Massachusetts
Commission Expires Aug 14, 2009

_____
Stamp, Notary Public

ATLANTA
BOSTON
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
NEW YORK
PARIS
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC

Braun v. Rayovac

Exhibit 44

Attorneys' Eyes Only
B000856.1-860CER

65

VERTRAULICH                                              BRAUN

Nur für angegebene Adressaten bestimmt!
Bitte innerhalb von 1o Tagen bearbeiten und direkt an PT zurückgeben!

VON: Patentabteilung

AN :  1.  Gilbert Greaves, BM-R
      2.  Dr. Dietrich Pahl, T-ER
      3.  ..........................
      4.  ..........................

[Stamp: Patentabteilung 6. AUG. 1993]

Betr. : Erfindungsmeldung - Rollen-Nr. 05818

Anliegend überreichen wir Ihnen oben genannte Erfindungsmeldung zur Prüfung mit der Bitte um Stellungnahme zu nachstehenden Punkten:

1. Halten Sie den Vorschlag für eine praktisch ausführbare Lösung zur Erreichung des beabsichtigten Zieles?   *ja*

2. Ist vorgesehen, den Vorschlag in einem bestehenden oder zukünftigen Produkt zu verwirklichen?
   In welchem?   *a jeden Produkt?*

3. Befürworten Sie eine Schutzrechts-anmeldung?   *ja*

4. Ist besondere Eile geboten bei einer möglichen Schutzrechtsanmeldung?   ?
   Wenn ja, warum?

   Ist Kontaktaufnahme mit Dritten beabsichtigt?   ?
   Wenn ja, warum?

5. Ist Ihnen über die Angaben in der Erfindungsmeldung hinausgehender Stand der Technik bekannt (Angabe der Fundstellen)?   *siehe Anlage*

6. Falls der Vorschlag aus Ihrer Abteilung stammt:

6.1 Halten Sie die Erfinderangaben für zutreffend?

6.2 Wie kamen die Erfinder zu diesem Vorschlag (gezielte Aufgabenstellung, allgemeiner Auftrag, bekannte Mängel u.ä.)?

PT 02.1

_____          3/8/93
Unterschrift                     Datum

Attorneys' Eyes Only
B000856.1

BRAUN

CONFIDENTIAL

Only intended for the stated addressee!
Please handle within 10 days and return directly to the PT!

From: Patent Department
To:   1. Gilbert Greaves, BM-R
      2. Dr. Dietrich Pahl, T-ER
      3.
      4.

Re.: Invention application – file no. 05818

Enclosed we are sending you the aforementioned invention application for checking with a request for your opinion concerning the following points:

| | | |
|---|---|---|
| 1. | Do you consider the proposal to be a practicable solution to achieve the intended objective? | yes |
| 2. | Is it proposed to implement the proposal in an existing or future product?<br>In which?          in-house product? | |
| 3. | Do you approve a protected right application? | yes |
| 4. | Is a particular rush requested in a possible protected right application?<br>If yes, why?<br>Is contact with third parties intended?<br>If yes, why? | ʅ<br><br>?<br><br>? |
| 5. | Are you aware of prior art going beyond the details in the invention application (state sources)? | see enclosure |
| 6. | If the proposal originates from your department: | |
| 6.1 | Do you consider the inventor details to be correct? | |
| 6.2 | How did the inventor arrive at this proposal (deliberate task, order, known deficiency, etc.)? | |

[signatures]                    8/3/93
Signature                       Date

Attorneys' Eyes Only
B000856.1ENG

Anlage zur Erfindungsmeldung Rasierer-Reinigungsgerät

Punkt 1

Die Erfindung betrifft ein Reinigungsgerät für Rasierer, welches eine weitgehend automatisch ablaufende, hygienische Scherkopf-Reinigung ermöglicht.

Nach der Rasur kann das Gerät komplett ohne weitere Vorbereitung in den Reiniger gesteckt werden, wo es nach Starten des Reinigungsprogramms vollautomatisch gereinigt und für die nächste Rasur getrocknet wird. Das Gerät kann im Reiniger bleiben, der so zusätzlich die Funktionen von Wandhalter und Ladegerät erfüllt.

Das Reinigungsprinzip beruht auf der Erkenntnis, daß sich der Scherkopf eines Elektrorasierers ohne Demontage selbst reinigt, wenn er laufend in eine geeignete Reinigungsflüssigkeit getaucht wird. Der im Rasierkopf angesammelte Haarstaub, z. T. festgebacken an verschiedenen Stellen im Schneidsystem, wird durch die mit hoher Frequenz in der Reinigungsflüssigkeit oszillierenden Scherteile gelöst und durch die Öffnungen - insbesondere der Scherfolie - in die Flüssigkeit gespült.

Für die automatische Reinigung ist dafür zu sorgen, daß die gut fettlösende Flüssigkeit laufend erneuert wird und dabei immer in ausreichender Höhe über den Messerköpfen steht.

Die erfindungsgemäße Ausführung sieht vor, den Reinigungsprozeß in einer speziell gestalteten Wanne (1) durchzuführen, in die der Rasierer (2) kopfüber eintaucht. Die Wanne ist noch leer und trocken, der Rasierer ausgeschaltet. Er kann so auch zur Aufbewahrung deponiert werden.

Der Start des Reinigungsvorganges wird durch Drücken des Versorgungsknopfes (3) eingeleitet, durch den der Rasierer mit Betriebs- und Ladestrom versorgt wird. Er wird von einer im Reinigungsgerät eingebauten Elektronik (4) eingeschaltet, die über eine regelbare Zeitautomatik auch die Pumpe (5) schaltet: Reinigungsflüssigkeit wird aus dem integrierten Vorratsbehälter (6) durch einen Filter in die Reinigungswanne gepumpt, in welcher der laufende Rasierer sich auf die beschriebene Weise reinigt. Ein entsprechend dimensionierter Überlauf (7) sichert nach kurzer Pumpenlaufzeit den notwendigen Füllstand, kleine Auslaufbohrungen (8) am Wannenboden ermöglichen das Ablaufen der Restflüssigkeit nach Beendi-gung der Reinigung.

Bevor der Rasierer jetzt entnommen werden kann, wird er von dem eingebauten (Heiz-) Lüfter (9) getrocknet. Eine Sicherheitsschaltung verhindert die vorzeitige Entnahme, um sicherzu-stellen, daß keine Restfeuchtigkeit in das Geräteinnere gelangen kann.

Die verunreinigte Flüssigkeit wird von der Reinigungswanne in einen Filterschlauch (10) geleitet, der durch die (gereinigte) Vorratsflüssigkeit zur Pumpe führt, von der sie direkt durch den Filter (11) wieder zur Reinigungswanne gepumpt wird. Durch geeignete Fließwegegestaltung, Pumpenlaufzeit und -Durchsatz kann sichergestellt werden, daß sich nach Beendigung des Reinigungsprozesses das Reinigungsgefäß und die ableitenden Flüssigkeitswege sowie der gesamte Flüssigkeitsvorrat jeweils in sauberem Zustand befinden; es gibt keinen Schmutz-bereich im Gerät außer dem Filter.

Attorneys' Eyes Only
B000857

Enclosure for invention application Shaver-Cleaner

Point 1

The invention concerns a cleaner for shavers that permits largely automatically running hygienic cleaning of the shaving head.

After shaving the machine can be placed completely into the cleaner without further preparation, where it is cleaned fully automatically after starting the cleaning program and dried for the next shave. The machine can remain in the cleaner, which thus functions additionally as a wall mount and charging device.

The cleaning principle is based on the finding that the shaving head of an electric shaver cleans itself without disassembly, if it is continuously immersed in an appropriate cleaning liquid. The hair dust collected in the shaving head, sometimes baked firmly onto different sites in the cutting system, is loosened by the cutting parts oscillating with high frequency in the cleaning liquid and rinsed into the liquid through the openings – especially the cutting foil.

For automatic cleaning it must be ensured that the liquid that readily loosens grease be continuously removed and is always at a sufficient height above the shaving heads.

The variant according to the invention proposes to conduct the cleaning process in a specially configured trough (1) into which the shaver (2) is immersed upside down. The trough is still empty and dry, the shaver is switched off. It can also be kept in here for storage.

Starting of the cleaning process is initiated by pressing the power supply button (3), through which the shaver is supplied with operating and charge current. It is engaged by an electronic device (4) incorporated in the cleaner that also switches on the pump (5) via a controllable timer: cleaning liquid is pumped from the integrated supply vessel (6) through a filter into the cleaning trough in which the running shaver is cleaned in the described manner. A correspondingly dimensioned overflow (7) ensures the necessary filling level after a short pump running time and small outlet holes (8) on the bottom of the trough permit discharge of the remaining liquid after cleaning is completed.

Before the shaver can be removed, it is dried by the incorporated (heating) fan (9). A safety switch prevents premature removal in order to ensure that no residual moisture can reach the interior of the shaver.

The contaminated liquid is fed from the cleaning trough into a filtering bag (10) that leads to the pump through the (cleaned) supply liquid, from which it is pumped directly back through the filter (11) to the cleaning trough. By appropriate flow path configuration, pump running time and throughput, it can be ensured that, after the end of the cleaning process, the cleaning vessel and the liquid paths, as well as the entire liquid vessel, are all in the clean state; there is no dirt region in the machine except for the filter.

Attorneys' Eyes Only
B000857ENG

- 2 -

Dies wird durch die Verwendung des Filterschlauches erreicht, der einerseits die gelösten Schmutzpartikel zur Saugseite (12) der Pumpe führt, ohne die Vorratsflüssigkeit zu verschmutzen, gleichzeitig dieser aber ermöglicht, durch die Schlauchwandung zur Pumpensaugseite zu gelangen.

Dieser Kunstgriff ermöglicht eine optimale Reinigung mit Filter auf der Pumpendruckseite (13) und gleichzeitig einen stets sauberen Flüssigkeitsvorrat.

Ein positiver Begleiteffekt des Systems ist die automatische Reinhaltung auch der Filterschlauchinnenseite durch den Flüssigkeitsübertritt von außen zum Schlauchinneren.

Punkt 2

Das Reinigungsgerät ersetzt die unangenehme, staubige Handreinigung durch eine zeitsparende, hygienische Naßreinigung, die den Rasierer - was die Schneidsystem-Sauberkeit anbelangt - mühelos in einen annähernd neuwertigen Zustand versetzt.

Dabei wird das Reinigungsmittel sparsam verwendet, immer wieder gereinigt, und die Schmutzteilchen im Filter gesammelt. Der in kompakter Form im Filter deponierte Rasierstaub kann bequem und hygienisch in größeren Zeitabständen entsorgt werden.

Punkt 3

Ein Reinigungsgerät nach diesem Prinzip ist grundsätzlich für jeden Trockenrasierer machbar. Die beschriebenen Automatikfunktionen setzen aber einen elektronisch zu schaltenden Rasiererschalter voraus, der in den betreffenden Rasierertyp einzubauen ist. Vorzugsweise sind also Neuentwicklungen geeignet, reinigertauglich ausgerüstet zu werden.

Besonders vorteilhaft ist die Automatikreinigung für die zunehmend filigraneren und aufwendigeren Schwingkopfrasierer der neuesten und zukünftigen Rasiererentwicklungen. Sie ermöglicht den Kunden einen problemlosen Umgang mit diesen unseren hochwertigsten Rasiersystemen, ersparen den Ärger durch beschädigte Folien oder Messerköpfe und erhöhen damit auf lange Sicht die Akzeptanz dieser Geräte.

Vorstellbar ist auch die Entwicklung eines Rasierer-Sondermodells, das ausschließlich automatisch zu reinigen ist. Durch den Wegfall der Demontierbarkeit zur Reinigung des Schneidsystems ergeben sich interessante kontruktive Verbesserungsmöglichkeiten, die bisher nicht realisierbar sind.

Punkt 4

Ein primitiver Vorläufer ist unser Schüttelbecher für Messerköpfe, der schon teilweise eine Naßreinigung verwirklicht.

Attorneys' Eyes Only
B000858

This is achieved by using a filtering bag that, on the one hand, leads the loosened dirt particles to the intake side (12) of the pump without contaminating the supply liquid, but at the same time enables it to reach the pump intake side through the tube wall.

This trick permits optimal cleaning with the filter on the pump pressure side (13) and simultaneously permits an always clean liquid supply.

A positive additional effect of the system is automatic cleaning of the filtering bag inside by liquid overflow from the outside to the bag interior.

Point 2

The cleaner replaces the unpleasant, dusty hand cleaning with a time-saving, hygienic wet cleaning, which restores the shaver effortlessly to an almost new condition, as far as cutting system cleanness is concerned.

The cleaning agent is used sparingly, always cleaned again and the dirt particles are collected in the filter. The shaver dust deposited in the filter in compact form can be conveniently and hygienically disposed of over longer time intervals.

Point 3

A cleaner according to this principle is feasible in principle for any dry shaver. The described automatic function, however, requires a shaver switch that can be switched electronically, which is incorporated in the corresponding shaver type. Preferably new developments should therefore be appropriately equipped cleaner-compatible.

Automatic cleaning is particularly advantageous for the increasingly more intricate and more demanding oscillating head shavers of the latest and future shaver developments. It enables the customer to handle our best shaver systems without problem, sparing him aggravation from damaged foils or shaving heads and thus increasing the acceptance of these shavers over the long term.

The development of a shaver special model that is to be cleaned exclusively automatically is also imaginable. By eliminating disassembly for cleaning of the cutting system, interesting design improvement possibilities are obtained that thus far could not be implemented.

Point 4

A primitive forerunner is our shaking beaker for the shaving heads, which already partly implements wet cleaning.

The previous state of the art is shown in US Patent No. 3,172,416. The running shaver there is immersed in the cleaning liquid and this liquid is then circulated. To complete the process the shaver is removed, the immersion opening closed and the wet shaver placed in the cover trough to dry. With switching off of the machine a dirt settling zone in the lowermost region of the cleaner is mechanically opened so that suspended

Attorneys' Eyes Only
B000858ENG

- 3 -

Den bisherigen Stand der Teichnik zeigt das US-Patent Nr. 3, 172, 416. Dort wird der laufende Rasierer in die Reinigungsflüssigkeit getaucht und diese Flüssigkeit dabei umgewälzt. Zur Beendigung des Vorgangs wird der Rasierer entnommen, die Eintauchsöffnung geschlossen und der nasse Rasierer zum Abtropfen in die Deckelmulde gesteckt. Mit dem Abschalten des Gerätes wird mechanisch eine Schmutzabsetzzone im untersten Bereich des Reinigungsgerätes geöffnet, sodaß schwebende Schmutzteilchen sich dort absetzen können. Diese Zone wird vor erneutem Betrieb des Gerätes beim Einschalten wieder geschlossen, um eine Aufwirbelung durch den Pumpbetrieb zu verhindern. Eine gesteuerte Stromversorgung des Rasierers über das Rasierernetzkabel vom Reinigungsgerät aus ist ebenfalls dargestellt.

Punkt 5

Hauptnachteil des unter Punkt 4 beschriebenen Reinigungsgerätes ist die dauernde Umwälzung der zunehmend verschmutzten Flüssigkeit zur Reinigung, ein Klarspülen ist nicht möglich, sodaß dieses System heutigen Hygieneansprüchen sicher nicht mehr genügt.

Die umständliche Handhabung sowie das primitive Reinigungsverfahren durch Absetzenlassen sind ebenfalls unbefriedigend.

Daß das Gerät nicht approbationsfähig wäre, wenn der Rasierer naß entnommen werden muß, ist ein zusätzlicher Systemmangel.

Punkt 6

Die Vorgabe war, ein Reinigungsgerät für Rasierer zu entwickeln, das eine hygienische Scherkopfreinigung weitgehend automatisch ohne zusätzliche Vor- oder Nacharbeiten durchführt.

Hintergrund ist neben dem allgemeinen Wunsch nach Verbesserung von Komfort und Hygiene die Entwicklung immer komplizierterer Schneidsysteme, die eine Reinigung zunehmend schwieriger und aufwendiger machen, was die Akzeptanz dieser Geräte eventuell langfristig für einen immer größeren Personenkreis gefährden könnte.

Attorneys' Eyes Only
B000859

dirt particles can settle there. This zone is closed again by operating the machine during engagement in order to prevent turbulization through the pump drive. A controlled power supply of the shaver via the shaver power cord of the cleaner is also shown.

Point 5

The main drawback of the cleaner described under point 4 is the continuous circulation of the increasingly contaminated liquid for cleaning, final rinsing is not possible, so that this system no longer reliably satisfies present-day hygienic requirements.

The awkward handling and the primitive cleaning method by settling are also unsatisfactory. The fact that the machine would not be certifiable, if the shaver has to be removed wet, is an additional system deficiency.

Point 6

The task was to develop a cleaner for shavers that carries out hygienic shaving head cleaning largely automatically without additional preparation or subsequent handling.

The background, apart from the general desire for improvement of comfort and hygiene, is the development of increasingly more complicated cutting systems that make cleaning increasingly more difficult and demanding, which might threaten the acceptance of these machines over the long term for an increasingly larger number of people.

Attorneys' Eyes Only
B000859ENG



Attorneys' Eyes Only
B000860