# EXHIBIT 46

| BRAUN | Meeting Notes |
|---|---|
| Participants: G. Braun, N. Smetana | Place of Conference: |
| Subject:  Shaving cleaning device Blower attachment and air ducting | Office Smetana<br>Date: 08/03/93 |
| Distribution list: Participants, Dr. D. Pahl (T-ER), Dr. R. Jung (T-EF) | |

Principle of the prototype (actual state)
The used shaver is placed downwards with the soiled shaver head into the cleaning device and is firstly rinsed with cleaning fluid and is then dried in a cold airstream. The drying times are however still too long according to Mr. Braun or the drying result is not satisfactory. Furthermore, the sound of the provisionally used axial blower from the Airstyler (Ø 31 mm) is disturbing.

Improvement of the drying qualities
The discussion concluded that air drying of the shaver cutter block can be improved by taking several measures. The object is to direct the air with sufficiently high speed directly onto the moist area of the shaving foil and in the cutter block. Thus, firstly the necessary amount of air and speed should be established in order to dry the shaver head in a desired period of time.
The construction consists of:
- An auxiliary blower or test blower (see 2) with variable rotational speed
- Laminar Flow Element for flow rate measurement (present in T-EF 2).
- One or more narrow inflow nozzles (see 1)
- Holder for shaver head with improved air ducting (see 3)

1) The nozzle-shaped inflow on the outlet cross cut should have the same longish, narrow shape as the shaving foil(s). The cross cut surface does not need to be greater than the projection of the shaving foils which are blown onto – if necessary somewhat smaller. In principle, several openings alongside one another are possible. The distance between the inflow and the shaving foil should be relatively small. A (slightly) inclined inflow in the direction of the tip of the shaver head is also advantageous. [Sketch 1]

2) The blower used must therefore be in a position to build up a relatively high pressure for the flow through of this nozzle / these nozzles and the subsequent flow resistance. Arithmetical estimates of this are possible. The air rate is secondary, because it results from the cross cut surface times the achievable flow speed. The performance of a small Mabuchi (cf. Air styler) is adequate.

Attorneys' Eyes Only
B004615

Braun v. Rayovac

Exhibit 10

A final selection of blower is not possible until the results of the drying tests are available. The use of a small radial blower, which is connected to the nozzles of a "flow channel" is conceivable. Preliminary test of this can be carried out in T-EF.

3) At present the drying air can flow laterally and below the shaver head. It therefore does not reach or does not adequately reach through the shaving foil into the moist cutting blocks. Drying takes too long. The holder for the shaver head must be sufficiently changed so that these free cross cutters fall away at least laterally. The gap below the head should only be large enough so that the cleaning fluid can flow away. A seal of the gap would be helpful.

[Sketch 2]
While cleaning the flex control, it is possible to hold the entire head at an angle in order to be able to direct fluid and then air directly onto the second blade block. Two appropriately arranged inflow nozzles are more effective here than one. [Sketch 3]

4) In case the drying still takes too long with these measures the installation of a small heater for the air stream should be discussed.
5) When using <u>one</u> motor for driving the fluid pump and the blower the additional cost of electronic and mechanical regulation should be considered as both systems operate with differing rotational speeds and motor loads and must be inserted next to each other.

N. Smetana


Skizze = sketch

[see source for sketches]

Attorneys' Eyes Only
B004616

BRAUN
Internal Correspondence

| | | | |
|---|---|---|---|
| To: | Mr. Schäfer/T-ER | Copies to: | Mr. Cimbal/T-ER |
| | | | Mr. Faulstich/T-PPM |
| Date: | 06/09/1993 | | Mr. Gerbert/T-QTA |
| | | | Mr. Goswami/T-QT |
| From: | A. Stiegler/ho.132/T-QTA | | Dr. Pahl/T-ER |

App.: 2913

Shaver Cleaning Device
VDE Presentation on 06/04/93

Participants:   Mr. Kraus/VDE
                Mr. Petretti/T-ER
                Mr. Stiegler/T-QTA

The ability for approbation was evaluated on the basis of a transparent prototype.

According to the statement of VDE, this device was tested according to VDE 0700, Part 1 in conformity with other norms (eg. for dishwashers or medical apparatus).

According to the handling assessment, a touch guard, determined by the plug-in connection with the mains voltage for the shaver seems possible only with a wall assembly.

The instruction not to remove the shaver until it is dry is not enough. A mechanical lock is necessary, so that the shaver can only be used when dry. The device is top-heavy.

Before the beginning of a test the medium cleaning fluid must be tested for absolute safety with respect to health, inflammability and danger of exploding or documentary evidence should be forthcoming.

Absolute safety with respect to danger of explosion can only be demonstrated through the Physikalisch Technische Bundesamt (PTB) in Braunschweig of Berlin.

A further evaluation cannot take place until the listed problems are cleared up.

Kind regards,

[signature]
A. Stiegler

Attorneys' Eyes Only
B004617



| BRAUN | | Besprechungsnotiz |
|---|---|---|
| Teilnehmer: | G. Braun,    N. Smetana<br>(T-ER 2)    (T-EF 2) | Besprechungsort:<br>Büro Smetana |
| Thema: | Rasiererreinigungsgerät<br>Gebläseeinsatz und Luftführung | Datum:   03.08.93 |
| Verteiler : | Teilnehmer,  Dr.D.Pahl  (T-ER),  Dr.R.Jung  (T-EF) | |

### Prinzip des Funktionsmusters   (Ist-Zustand)

Der benutzte Rasierer wird mit dem verschmutzten Rasierkopf nach unten in das
Reinigungsgerät gesteckt, zunächst mit Reinigungsflüssigkeit durchspült und
anschließend in der gleichen Position mit einem kalten Luftstrom getrocknet.
Die Trocknungszeiten sind jedoch lt. Aussage von Herrn Braun noch zu lang bzw.
das Trocknungsergebnis ist nicht zufriedenstellend. Außerdem stört das Geräusch
des vorläufig eingesetzten Axialgebläses aus dem Airstyler (ø 31 mm).

### Verbesserung der Trocknungseigenschaften

Die Diskussion ergab, daß die Lufttrocknung des Rasiermesserkopfes durch mehrere
Maßnahmen verbessert werden kann. Ziel ist es, die Luft mit ausreichend hoher
Geschwindigkeit direkt an die noch feuchten Stellen am Scherblatt und im Messer-
kopf zu leiten. Zunächst sollte deshalb die benötigte Luftmenge und Geschwindig-
keit ermittelt werden, um den Rasierkopf in einer gewünschten Zeit zu trocknen.
Diese Parameter können mit einer einfachen Versuchsanordnung ermittelt werden.
Der Aufbau besteht aus:

- Hilfsgebläse bzw. Testgebläse (siehe 2) mit variabler Drehzahl
- Laminar Flow Element zur Durchsatzmessung  (in T-EF 2 vorhanden)
- ein oder mehrere schmale Zuströmdüsen  (siehe 1)
- Halterung für Rasiererkopf mit verbesserter Luftführung  (siehe 3)

1) Die düsenförmige Zuströmung sollte am Austrittsquerschnitt die gleiche läng-
   lich, schmale Form wie die Scherfolie(n) besitzen. Die Querschnittsfläche
   braucht dabei nicht größer wie die Projektion der angeblasenen Scherfolien
   zu sein, - ggf. etwas kleiner. Mehrere Öffnungen nebeneinander sind im
   Prinzip möglich. Der Abstand zwischen der Zuströmung und der Scherfolie
   sollte relativ klein sein. Eine (leicht) schräge Anströmung in Richtung der
   Rasierkopfspitze ist ebenfalls vorteilhaft.   [ Skizze 1 ]

2) Das verwendete Gebläse muß deshalb in der Lage sein den einen relativ hohen
   Druck zur Durchströmung dieser Düse(n) und der nachfolgenden Strömungswider-
   stände aufzubauen. Rechnerische Abschätzungen hierzu sind möglich.
   Der Luftdurchsatz ist dabei nur zweitrangig, denn er ergibt sich aus der
   Querschnittsfläche mal der erreichbaren Strömungsgeschwindigkeit.
   Die Leistung eines kleinen Mabuchimotors (vgl. Airstyler) ist ausreichend.

Attorneys' Eyes Only

B004615

Braun v. Rayovac

Exhibit 9

- 2 -

Eine endgültig Gebläseauswahl ist erst mit den Ergebnissen der Trocknungsversuche möglich. Denkbar ist der Einsatz eines kleinen Radialgebläses, das mit den Düsen durch einen 'Strömungskanal' verbunden ist. Vorversuche hierzu können in T-EP durchgeführt werden.

3) Zur Zeit kann die Trocknungsluft seitlich und unterhalb des Rasiererkopfes vorbeiströmen. Sie gelangt deshalb nicht bzw. nicht ausreichend durch die Scherfolie bis zu den feuchten Messerköpfen. Die Trocknung dauert zu lange. Die Halterung für den Rasiererkopf muß deshalb dahingehend geändert werden, daß diese freien Querschnitte zumindest seitlich wegfallen. Der Spalt unter dem Kopf sollte nur so groß sein, daß die Reinigungsflüssigkeit abströmen kann. Eine Abdichtung dieses Spaltes beim Trockenblasen wäre hilfreich.
[ Skizze 2 ]

Bei der Reinigung des Flex Control bietet es sich an, den gesamten Kopf schräg zu stellen, um auch den zweiten Klingenblock direkt mit Flüssigkeit und danach mit Luft anströmen zu können. Zwei passend angebrachte Zuströmdüsen sind hierbei effektiver als eine.   [ Skizze 3 ]

4) Falls mit diesen Maßnahmen die Trocknung immer noch zu lange dauert, sollte der Einbau einer kleinen Heizung für den Luftstrom diskutiert werden.

5) Bei der Verwendung eines Motors zum Antrieb der Flüssigkeitspumpe und des Lüfters ist der Mehraufwand für die elektronische und mechanische Regelung zu bedenken, da beide Systeme mit unterschiedlichen Drehzahlen und Motorbelastungen arbeiten, sowie nacheinander eingesetzt werden müssen.

N. Smetana



Skizze 1



IST   Skizze 2   ⊕



IST   Skizze 3   ⊕

Attorneys' Eyes Only

B004616

BRAUN
Interne Korrespondenz

| | | | |
|---|---|---|---|
| An: | H. Schäfer/T-ER | Kopien an: | H. Cimbal/T-ER |
| | | | H. Faulstich/T-PPM |
| Datum: | 09.06.1993 | | H. Gebert/T-QTA |
| | | | H. Goswami/T-QT |
| Von: | A. Stiegler/ho.132/T-QTA | | H. Dr. Pahl/T-ER |
| App.: | 2913 | | |

Rasierer-Reinigungsgerät
VDE-Präsentation am 04.06.93

Teilnehmer:   H. Kraus/VDE
              H. Petretti/T-ER
              H. Stiegler/T-QTA

Die Approbationsfähigkeit wurde anhand eines transparenten Funktionsmusters beurteilt.

Nach Aussage des VDE würde dieses Gerät nach VDE 0700 Teil 1 mit Anlehnung an andere Normen (z. B. für Geschirrspüler oder Medizingeräte) geprüft.

Nach Beurteilung der Handhabung scheint ein Berührungsschutz bedingt durch die Steckverbindung mit Netzspannung für den Rasierer nur mit Wandmontage möglich zu sein.

Der Hinweis, den Rasierer erst zu entnehmen, wenn er trocken ist, ist nicht ausreichend. Eine mechanische Verriegelung ist erforderlich, damit der Rasierer nur im trockenen Zustand benutzt wird. Das Gerät ist kopflastig.

Vor Beginn einer Prüfung muß das Medium Reinigungsmittel auf seine Unbedenklichkeit bezüglich Gesundheit, Brandgefahr und Explosionsgefahr untersucht werden bzw. der Nachweis erfolgen.

Die Unbedenklichkeit der Explosionsgefahr kann nur durch das Physikalisch Technische Bundesamt (PTB) in Braunschweig oder Berlin nachgewiesen werden.

Eine weitere Beurteilung kann erst nach Klärung der aufgeführten Probleme erfolgen.

Mit freundlichen Grüßen

A. Stiegler

Attorneys' Eyes Only

B004617