# EXHIBIT 47



