# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 03-CV-12428-WGY |
| | ) |
| RAYOVAC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO SUBSTITUTE APPEARANCE OF COUNSEL

Now comes Jessica Driscoll, on behalf of the law firm of Dwyer & Collora, LLP, and moves to substitute her appearance for attorney Joseph E. Haviland in the above-captioned matter.

As reason for this motion, counsel states that Mr. Haviland unexpectedly passed away on September 1, 2005.

Respectfully submitted,

_____/s/ Jessica Driscoll_____
Jessica Driscoll  (BBO 655394)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA 02210
(617) 371-1000

*Attorneys for Defendant Rayovac Corporation*

September 15, 2005