IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-CV-12428-WGY |
| ) | |
| RAYOVAC CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## RAYOVAC CORPORATION'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Pursuant to Local Rule 7.1(B)(3), Defendant Rayovac Corporation, by its attorneys, hereby moves this Court for leave to file a Reply Memorandum in Support of its Motions for Summary Judgment. The Reply Memorandum is attached hereto as Exhibit A.

Rayovac seeks to file a short reply brief in order to address several misstatements of law made by Braun in its Opposition Brief. Rayovac believes that a full briefing on the issues of correction of inventorship and inequitable conduct will be of assistance to the Court.

Counsel for Plaintiff Braun GmbH does not oppose this motion.

        Respectfully submitted,

        RAYOVAC CORPORATION

        By its attorneys,

        __/s/ Jessica P. Driscoll_____
        Thomas E. Dwyer, Jr. (BBO No. 139660)
        Jessica P. Driscoll (BBO No. 655394)
        DWYER & COLLORA, LLP
        600 Atlantic Avenue
        Boston, MA 02210-1122
        Phone: (617) 371- 1000
        Facsimile: (617) 371-1037

        Mark A. Pals, P.C. (admitted *pro hac vice*)
        James A. Shimota (admitted *pro hac vice*)
        Kevin S. Ueland (admitted *pro hac vice*)
        James B. Coughlan (admitted *pro hac vice*)
        KIRKLAND & ELLIS LLP
        Aon Center
        200 E. Randolph Dr.
        Chicago, IL 60601
        Phone: (312) 861-2000
        Facsimile: (312) 861-2200

Dated: September 20, 2005

## Local Rule 7.1 Certification

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on September 19, 2005, counsel for Defendant Rayovac Corporation conferred with counsel for Plaintiff Braun GmbH, Dalila Argaez Wendlandt, relating to this motion. Plaintiff's counsel indicated that Plaintiff Braun GmbH consents to the filing of this motion.

        /s/ Kevin S. Ueland_____
        Kevin S. Ueland