# Exhibit

# 2

# ROPES & GRAY

ROPES & GRAY LLP

ONE INTERNATIONAL PLACE      BOSTON, MA 02110 2624     617 951 7000      F 617 951 7050

BOSTON      NEW YORK      PALO ALTO      SAN FRANCISCO      WASHINGTON DC      www.ropesgray.com

May 13, 2005

William L. Patton
(617) 951-7572
william.patton@ropesgray.com

James A. Shimota, Esq.
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, Illinois 60601

      Re:  Braun GmbH v. Rayovac Corporation
           Case No. 1-03-cv-12428-WGY

Dear Jim:

It is apparent from Mr. Hoeser's deposition that there are documents which should have been produced by Braun. We are taking immediate steps to rectify this. We will, of course, be willing to discuss with you scheduling additional U.S. depositions of Braun witnesses if, after reviewing any additional materials, you conclude there is such a need.

Very truly yours,

William L. Patton

WLP:gb

9725758_1