# Exhibit 13

| ID | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|
| B PRIV001 | 6/11/1999 | R. Reinartz | H. Klauer | Letter re: European patent (UK) No. 0864975 | Attorney-Client |
| B PRIV002 | 6/8/1999 | R. Prentice | R. Reinartz | Letter re: Patent Application No. 95 100 493.6-1260 | Attorney-Client |
| B PRIV003 | 2/25/1999 | R. Prentice | R. Reinartz | Letter re: Patent Application No. 95 100 493.6-1260 | Attorney-Client |
| B PRIV004 | 1/20/1999 | H. Klauer | R. Prentice | Patent Application No. 95 100 493.6-1260 | Attorney-Client |
| B PRIV005-B PRIV006 | 1/15/1999 | R. Prentice | H. Klauer | Letter re: Patent Application No. 95 100 493.6-1260 | Attorney-Client |
| B PRIV007 | 11/6/1999 | Braun GmbH | R. Prentice | Invoice for legal services | Attorney-Client |
| B PRIV008 | 8/2/2001 |  | U. Sievers | Index of Fees re: 05818 | Attorney-Client |
| B PRIV009-B PRIV010 | 8/21/2001 | Braun GmbH | M. Sato | Letter re: Japanese Patent application No. 9754/1995 | Attorney-Client |
| B PRIV011 | 1/31/1995 | Braun Aktiengesellschaft | M. Sato | Letter re: New Japanese Patent Application | Attorney-Client |
| B PRIV012-B PRIV014 | 12/21/1994 | Kyowa Patent and Law Office | Braun Aktiengesellschaft | Instructions | Attorney-Client |

Page 1

| Bates | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|
| B PRIV015 | 6/11/1999 | R. Reinartz | H. Klauer | Letter re: European Patent (UK) No. 0664975 | Attorney-Client |
| B PRIV016 | 6/8/1999 | R. Prentice | R. Reinartz | Letter re: Patent Application 95 100 457.1-1260 | Attorney-Client |
| B PRIV017 | 3/1/1999 | R. Prentice | R. Reinartz | Letter re: European Patent Application No. 95 100 457.1-1260 | Attorney-Client |
| B PRIV018 | 2/25/1999 | R. Prentice | R. Reinartz | Letter re: European Patent Application No. 95 100 457.1-1260 | Attorney-Client |
| B PRIV019 | 1/20/1999 | H. Klauer | R. Prentice | Letter re: European Patent Application No. 95 100 457.1-1260 | Attorney-Client |
| B PRIV020-B PRIV021 | 1/15/1999 | R. Prentice | H. Klauer | Letter re: European Patent Application No. 95 100 457.1-1260 | Attorney-Client |
| B PRIV022 | 11/6/1999 | Braun GmbH | R. Prentice | Invoice for legal services | Attorney-Client |
| B PRIV023 | 8/2/1999 | | H. Klauer | Index of Fees re: 05818 | Attorney-Client |
| B PRIV024 | 8/14/1999 | | H. Klauer | Index of Fees re: 05818 | Attorney-Client |
| B PRIV025 | 3/1/1999 | R. Reinartz | R. Prentice | Letter re: European Patent Application No. 95 100 493.6-1260 | Attorney-Client |
| B PRIV026 | 8/7/2001 | Braun GmbH | Kyowa Patent and Law Office | Letter re: Japanese Patent Application No. 009754/95 | Attorney-Client |

| Bates | Date | From | To | Re | Privilege |
|---|---|---|---|---|---|
| B PRIV027 | 7/11/2001 | Braun GmbH | K. Yoshitake | Letter re: Japanese Patent Application No. 009754/95 | Attorney-Client |
| B PRIV028 | 9/27/2004 | Braun GmbH | H. Nagai | Letter re: Japanese Patent No. 3580881 | Attorney-Client |
| B PRIV029 | 8/2/2001 | | U. Sievers | Index of Fees re: 05838 | Attorney-Client |
| B PRIV030 | 8/2/2000 | | H. Klauer | Index of Fees re: 05838 | Attorney-Client |
| B PRIV031 | 8/2/1999 | | H. Klauer | Index of Fees re: 05838 | Attorney-Client |
| B PRIV032 | 8/14/1998 | | H. Klauer | Index of Fees re: 05838 with attorney notes | Attorney-Client |
| B PRIV033-B PRIV034 | 12/17/1993 | H. Klauer | P. Sartorius | Letter re: 05818; 05839; 05840; 05838 | Attorney-Client |
| B PRIV035 | 7/31/2002 | | U. Sievers | Index of Fees re: 05818 | Attorney-Client |
| B PRIV036 | 12/15/2000 | | U. Sievers | Index of Fees re: 05818 | Attorney-Client |
| B PRIV037 | 8/2/2000 | | H. Klauer | Index of Fees re: 05818 | Attorney-Client |
| B PRIV038 | 8/14/1997 | | H. Klauer; C.Hirsch | Index of Fees re: 05818 | Attorney-Client |
| B PRIV039-B PRIV040 | 11/13/1996 | G. Braun | H. Klauer | Letter re: 05818 | Attorney-Client |
| B PRIV041 | 8/12/1996 | | H. Klauer | Index of Fees re: 05818 | Attorney-Client |
| B PRIV042 | 8/4/1995 | | | Index of Fees re: 05818 | Attorney-Client |
| B PRIV043-B PRIV044 | 8/18/1995 | G. Braun | A. Dietrich | Letter re: German Patent P 4402238.7-23 | Attorney-Client |
| B PRIV045-B PRIV046 | 2/17/1995 | G. Braun | H. Klauer, C. Hirsch | Letter re: 05818 | Attorney-Client |

Page 3

| | | | | |
|---|---|---|---|---|
| B PRIV047 | 8/22/1994 | | Braun GmbH | Internal Patent File re: New Application | Attorney-Client |
| B PRIV048-B PRIV049 | 2/16/1994 | | Braun GmbH | Internal Patent File | Attorney-Client |
| B PRIV050-B PRIV051 | 2/17/1994, 3/7/94 | | H. Klauer & W. Vorbeck | Letter re: Razor | Attorney-Client |
| B PRIV052-B PRIV053 | 11/30/1993 | G. Braun | H. Klauer & E. Cordes | Letter re: 05818 | Attorney-Client |
| B PRIV054-B PRIV055 | 11/25/1993 | H. Klauer | P. Sartorius | Letter re: 05818, 05839, 05840 and 05838 | Attorney-Client |
| B PRIV056 | 9/16/1993 | P. Sartorius | | Letter re: Patent Application 05818 | Attorney-Client |
| B PRIV057 | 8/30/1993 | Braun GmbH | I. Heldmann | Invoice for legal services | Attorney-Client |
| B PRIV058 | 1/10/1994 | H. Klauer | P. Sartorius | Invoice for legal services | Attorney-Client |
| B PRIV059 | 7/31/2002 | | U. Sievers | Index of Fees re: 05838 | Attorney-Client |
| B PRIV060 | 8/14/1998 | | H. Klauer | Index of Fees re: 05838 | Attorney-Client |
| B PRIV061 | 8/14/1997 | | H. Klauer | Index of Fees re: 05838 | Attorney-Client |
| B PRIV062 | 8/12/1996 | | H. Klauer | Index of Fees re: 05838 | Attorney-Client |
| B PRIV063 | 8/4/1995 | | H. Klauer, C. Hirsch | Letter re: 05838 | Attorney-Client |
| B PRIV064-B PRIV065 | 5/26/1995 | G. Braun | H. Klauer, C. Hirsch | Letter re: 05838 | Attorney-Client |
| B PRIV066-B PRIV067 | 2/23/1995 | G. Braun | H. Hirsch | Letter re: 05838 | Attorney-Client |
| B PRIV068-B PRIV069 | 1/10/1994 | H. Klauer | P. Sartorius | Invoice for legal services | Attorney-Client |
| B PRIV070-B PRIV071 | 8/22/1994 | | | Internal Patent File | Attorney-Client |
| B PRIV072-B PRIV073 | 2/7/1994; 3/7/94 | G. Braun | W. Vorbeck, H. Klauer | Letter re: 4402237.9 | Attorney-Client |

| Bates | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|
| B PRIV074 | 2/16/1994 | | | Internal Patent File Letter re: Notification of Invention | Attorney-Client |
| B PRIV075-B PRIV076 | 11/30/1993 | G. Braun | H. Klauer, E. Cordes | Letter re: 05818; 05839; 05840; 05838 | Attorney-Client |
| B PRIV077-B PRIV078 | 12/21/1993 | H. Klauer | P. Sartorius | Letter re: 05818; 05839; 05840; 05838 | Attorney-Client |
| B PRIV079 | 11/25/1999 | P. Sartorius | H. Klauer | Letter re: 02894/284001 | Attorney-Client |
| B PRIV080-B PRIV081 | | | | Internal Patent File Letter re: 02894/284001 | Attorney-Client |
| B PRIV082 | 7/5/1995 | Fish & Richardson | H. Klauer | Letter re: 02894/284001 | Attorney-Client |
| B PRIV083 | 1/24/1995 | W. Vorbeck | M. Bowzer, Sec. to E. Prahl | Fax re: Braun AG-BAG 05818 | Attorney-Client |
| B PRIV084 | 1/23/1995 | M. Bowzer | H. Klauer | Faxed Letter re: Braun AG-BAG 05818 | Attorney-Client |
| B PRIV085-B PRIV086 | 1/20/1995 | W. Vorbeck | M. Bowzer | Fax re: BAG Convention Deadlines | Attorney-Client |
| B PRIV087 | 1/4/1995 | H. Klauer | L. Murphy, Sec. to W. Ertman | Application Instructions | Attorney-Client |
| B PRIV088 | 12/21/1994 | Fish & Richardson | W. Vorbeck | Braun Remington C&C System Review | Attorney-Client |
| B PRIV089-B PRIV093 | 10/31/2003 | | Braun | Report: Shaver Development | Work Product |
| B PRIV094-B PRIV108 | 11/4/2003 | R. Bader, J. Hoser, A. | M. Steghaus | Report: Shaver Development | Work Product |
| B PRIV109-B PRIV111 | 10/30/2003 | | M. Franke | Report: Shaver Development | Work Product |
| B PRIV112-B PRIV117 | 6/12/2003 | R. Bader | M. Fullgrabe | Report: Shaver Development | Work Product |

| | | | | |
|---|---|---|---|---|
| B PRIV118 | 2/17/1994 | G. Braun | W. Vorbeck, H. Klauer | Letter re: 4402237.9 | Attorney-Client |
| B PRIV119 | 8/22/1994 | | | Internal Patent File | Attorney-Client |
| B PRIV120 | 5/26/1995 | G. Braun | H. Klauer, C. Hirsch | Letter re: 05838 | Attorney-Client |
| B PRIV121 | 2/23/1995 | G. Braun | H. Klauer, C. Hirsch | Letter re: 05838 | Attorney-Client |
| B PRIV122 | 8/10/1993 | G. Braun | R. Einsele, H. Klauer | Letter re: 05818 | Attorney-Client |
| B PRIV123-B PRIV124 | 11/30/1993 | G. Braun | H. Klauer, E. Cordes | Letter re: 05818 | Attorney-Client |
| B PRIV125 | 11/13/1996 | G. Braun | H. Klauer, C. Hirsch | Letter re: 05818 | Attorney-Client |
| B PRIV126 | 2/17/1995 | G. Braun | H. Klauer, C. Hirsch | Letter re: 05818 | Attorney-Client |
| B PRIV127-B PRIV128 | 11/18/1993 | H. Klauer | P. Sartorius | Letter re: New Application | Attorney-Client |
| B PRIV129-B PRIV130 | 12/7/1993 | H. Klauer | P. Sartorius | Fax re: Patents | Attorney-Client |
| B PRIV131 | 2/9/1998 | H. Klauer | E. Prahl | Letter re: U.S. Serial Number 08/376,849 | Attorney-Client |
| B PRIV132-B PRIV133 | 1/13/1998 | H. Klauer | E. Prahl | Letter re: U.S. Serial Number 08/376,849 | Attorney-Client |
| B PRIV134-B PRIV135 | 10/10/1987 | E. Prahl | H. Klauer | Faxed Letter re: U.S. Serial Number 08/376,849 | Attorney-Client |
| B PRIV136-B PRIV138 | 10/2/1997 | H. Klauer | E. Prahl | Letter re: U.S. Serial Number 08/376,849 with handwritten notes | Attorney-Client |

| | | | | |
|---|---|---|---|---|
| B PRIV139-B PRIV146 | 5/29/1997 | H. Klauer | E. Prahl | Letter re: U.S. Serial Number 08/376,849, with handwritten notes | Attorney-Client |
| B PRIV147-B PRIV149 | 2/6/1997 | E. Prahl | H. Klauer | Faxed Letter re: BAG 05818 | Attorney-Client |
| B PRIV150-B PRIV151 | | | Fish & Richardson | Legal Research | Attorney-Client |
| B PRIV152-B PRIV153 | 11/8/1996 | E. Prahl | H. Klauer | Letter re: U.S. Patent Application, Serial No. 08/376,849 with attachment | Attorney-Client |
| B PRIV154-B PRIV164 | 10/22/1996 | H. Klauer | E. Prahl | Response to 3/22/96 Examiner's Action with Handwritten Attorney Notes | Attorney-Client |
| B PRIV165-B PRIV174 | | | E. Prahl | Faxed Letter re: BAG 05818 | Attorney-Client |
| B PRIV175-B PRIV176 | 5/21/1996 | E. Prahl | H. Klauer | Letter re: U.S. Patent Application, Serial No. 08/376,849 | Attorney-Client |
| B PRIV177-B PRIV178 | 4/22/1996 | T. Wieske | E. Prahl | Letter re: BAG 05818 | Attorney-Client |
| B PRIV179-B PRIV188 | 4/2/1996 | H. Klauer | W. Vorbeck and E. Prahl | attachment | Attorney-Client |
| B PRIV189 | 12/21/1994 | Fish & Richardson | H. Klauer | Application Instructions | Attorney-Client |

| Bates | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|
| B PRIV190 | 4/7/1997 | H. Klauer | E. Prahl, Franke | Letter re: USSN 08/371,498 | Attorney-Client |
| B PRIV191 | 3/3/1997 | H. Klauer | E. Prahl | Letter re: USSN 08/371,498 | Attorney-Client |
| B PRIV192-B PRIV194 | 7/26/1996 | H. Klauer | E. Prahl | Letter re: Braun AG-BAG 05840 with attachments | Attorney-Client |
| B PRIV195-B PRIV197 | 7/11/1996 | E. Prahl | H. Klauer | Faxed Letter re: USSN 08/371,498 | Attorney-Client |
| B PRIV198-B PRIV200 | 7/10/1996 | H. Klauer | E. Prahl | Faxed Letter re: BAG 05840 and attachment | Attorney-Client |
| B PRIV201-B PRIV202 | 5/21/1996 | E. Prahl | H. Klauer | Letter re: BAG 05840 | Attorney-Client |
| B PRIV203-B PRIV205 | 4/22/1996 | H. Klauer | E. Prahl | Letter re: BAG 05840 | Attorney-Client |
| B PRIV206-B PRIV229 | 4/10/1996 | H. Klauer | E. Prahl | Letter re: Braun AG-BAG 05840 with attachment | Attorney-Client |
| B PRIV230-B PRIV231 | 12/22/1995 | E. Prahl | H. Klauer | Faxed Letter re: USSN 08/371,498 | Attorney-Client |
| B PRIV232-B PRIV248 | 11/15/1995 | W. Vorbeck | E. Prahl | Letter re: Braun AG-BAG 05840 with attachments | Attorney-Client |
| B PRIV249-B PRIV252 | 4/24/1995 | E. Prahl | H. Klauer | Letter re: Assignment of U.S. Patent Application, 08/371,498 with attachments | Attorney-Client |

| | | | | | |
|---|---|---|---|---|---|
| B PRIV253 | 1/12/1995 | W. Vorbeck | M. Bowzer | | Fax re: Braun AG-BAG 05840 | Attorney-Client |
| B PRIV254 | 1/4/1995 | H. Klauer | L. Murphy | | Fax re: BAG Convention Deadlines | Attorney-Client |
| B PRIV255 | 12/21/1994 | Fish & Richardson | W. Vorbeck, H. Klauer | | Application Instructions | Attorney-Client |
| B PRIV256 | 2/24/1995 | W. Vorbeck | E. Prahl | H. Klauer | Letter re: Braun AG-BAG 05840 with handwritten notes | Attorney-Client |
| B PRIV257 | 10/13/1998 | H. Klauer | E. Prahl | H. Klauer | Letter re: U.S. Patent No. 5,711,328 | Attorney-Client |
| B PRIV258 | 8/17/1997 | H. Klauer | E. Prahl | | Letter re: USSN Serial No.: 08/376,849 with handwritten notes | Attorney-Client |
| B PRIV259 | 4/9/1997 | H. Klauer | E. Prahl | | Letter re: USSN Serial No.: 08/376,849 | Attorney-Client |
| B PRIV260 | 11/19/1996 | H. Klauer | P. Kristal | | Letter re: USSN Serial No.: 08/376,849 | Attorney-Client |
| B PRIV261 | 4/30/1996 | H. Klauer | E. Prahl | | Letter re: Assignment of U.S. Patent Application, Serial No. 08/376,849 | Attorney-Client |

| | | | | | |
|---|---|---|---|---|---|
| B PRIV262 | 12/27/1995 | W. Vorbeck | E. Prahl | D. Hopkins | Letter re: BAG 05818 | Attorney-Client |
| B PRIV263 | 7/3/1996 | H. Klauer | P. Kristal | | Letter re: Serial No. 08/376,849 | Attorney-Client |
| B PRIV264 | 8/16/1995 | W. Vorbeck | E. Prahl | | Letter re: BAG 05818 | Attorney-Client |
| B PRIV265 | 3/24/1999 | H. Klauer | E. Prahl | | Letter re: U.S. Patent No. 5,614,030 | Attorney-Client |
| B PRIV266 | 7/15/1996 | H. Klauer | P. Kristal | | Letter re: Serial No. 08/371,498 | Attorney-Client |
| B PRIV267 | 7/3/1996 | H. Klauer | P. Kristal | | Letter re: Serial No. 08/371,498 | Attorney-Client |
| B PRIV268 | 6/7/1996 | H. Klauer | E. Prahl | | Letter re: Braun AG-BAG 05840 | Attorney-Client |
| B PRIV269 | 1/10/1996 | H. Klauer | E. Prahl | | Letter re: Braun AG-BAG 05840 | Attorney-Client |
| B PRIV270 | 4/3/1995 | W. Vorbeck | E. Prahl | | Letter re: Braun AG-BAG 05840 | Attorney-Client |

| Bates | Date | Author | Recipient | Description | Privilege |
|---|---|---|---|---|---|
| B PRIV271-B PRIV272 | | | | Internal File: Draft of Patent Claims | Attorney-Client |
| B PRIV273 | 7/31/2002 | | U. Sievers | Index of Fees re: 05840 | Attorney-Client |
| B PRIV274 | 8/2/2001 | | U. Sievers | Index of Fees re: 05840 | Attorney-Client |
| B PRIV275 | 8/2/2000 | | H. Klauer | Index of Fees re: 05840 | Attorney-Client |
| B PRIV276 | 4/3/2000 | | H. Klauer | Index of Fees re: 05840 | Attorney-Client |
| B PRIV277 | 8/21/1999 | | H. Klauer | Index of Fees re: 05840 | Attorney-Client |
| B PRIV278 | 8/14/1998 | | H. Klauer | Index of Fees re: 05840 with handwritten notes | Attorney-Client |
| B PRIV279 | 8/14/1997 | | H. Klauer; C.Hirsch | Letter re: 05840 | Attorney-Client |
| B PRIV280 | 11/13/1996 | G. Braun | H. Klauer | Index of Fees re: 05840 | Attorney-Client |
| B PRIV281 | 8/12/1996 | | H. Klauer | Index of Fees re: 05840 | Attorney-Client |
| B PRIV282 | 8/4/1995 | | H. Klauer | Letter re: 05840 | Attorney-Client |
| B PRIV283 | 8/18/1995 | G. Braun | A. Dietrich | Letter re: 05840 | Attorney-Client |
| B PRIV284 | 2/23/1995 | G. Braun | H. Klauer, C. Hirsch | Invoice for legal services | Attorney-Client |
| B PRIV285 | 1/10/1994 | Aktiengesellschaft Braun | P. Sartorius | Internal Patent File with handwritten notes | Attorney-Client |
| B PRIV286 | 8/22/1994 | | | Letter re: 05818 | Attorney-Client |
| B PRIV287 | 2/17/1994 | G. Braun | W. Vorbeck, H. Klauer | Letter re: 05818 | Attorney-Client |

| | | | | |
|---|---|---|---|---|
| B PRIV288 | 2/16/1994 | | | Internal Patent File Letter re: 05818; 05839; 05840; 05838 | Attorney-Client |
| B PRIV289 | 12/21/1993 | H. Klauer | P. Sartorius | Letter re: 05838 | Attorney-Client |
| B PRIV290 | 11/30/1993 | H. Klauer | P. Sartorius | Letter re: 05818 | Attorney-Client |
| B PRIV291-B PRIV292 | 11/30/1993 | G. Braun | H. Klauer, E. Cordes | Letter re: 05818 | Attorney-Client |
| B PRIV293 | 11/25/1993 | H. Klauer | P. Sartorius | Letter re: 5818; 5839; 5840; 5838 | Attorney-Client |
| B PRIV294-B PRIV295 | | | | Internal Patent File 05840 with handwritten notes | Attorney-Client |
| B PRIV296 | 8/4/1999 | R. Reinartz | H. Klauer | Letter re: European Patent (U.K.) No. 0664974 | Attorney-Client |
| B PRIV297 | 8/2/1999 | R Prentice | R. Prentice | Letter re: European Patent Application 95 100 492.8-1260/0664974 | Attorney-Client |
| B PRIV298 | 5/5/1999 | R. Reinartz | R. Reinartz | Letter re: European Patent Application 95 100 492.8-1260 | Attorney-Client |
| B PRIV299 | 4/29/1999 | R. Prentice | R. Prentice | Letter re: European Patent Application 95 100 492.8-1260 | Attorney-Client |
| B PRIV300 | 4/6/1999 | H. Klauer | R. Prentice | Letter re: European Patent Application 95 100 492.8-1260 | Attorney-Client |

| | | | | |
|---|---|---|---|---|
| B PRIV301-B PRIV302 | 4/1/1999 | R. Prentice | H. Klauer | Letter re: European Patent Application 95 100 492.8-1260 | Attorney-Client |
| B PRIV303 | 4/8/1999 | Braun GmbH | R. Prentice | Invoice for legal services | Attorney-Client |
| B PRIV304-B PRIV306 | | | | Internal Patent File re: 05818 with handwritten notes | Attorney-Client |
| B PRIV307-B PRIV310 | 8/2/1993 | G. Braun | H. Klauer; I. Heidmann | Letter re: 05818, 05839, 05838, 05840 | Attorney-Client |
| B PRIV311-B PRIV312 | 1/11/1994 | H. Klauer | U. Blattner | Note re: 05818, 05839, 05838, 05840 | Attorney-Client |
| B PRIV313-B PRIV402 | 12/2/2003 | P. Douglas | U. Sievers | Letter re: Patent Applications with attachments | Attorney-Client; Work Product |
| B PRIV403-B PRIV475 | 11/24/2003 | D. Tobin | J.P. Fasse | Letter re: Remington Shaver r-9500 | Attorney Client; Work Product |
| B PRIV476-B PRIV573 | Various | | Fish & Richardson | Attorney Working File re: BAG 05840 | Attorney-Client |
| B PRIV574-B PRIV672 | Various | | Fish & Richardson | Attorney Working File re: BAG 05838 | Attorney-Client |
| B PRIV673-B PRIV842 | Various | | Fish & Richardson | Attorney Working File re: BAG 05818 | Attorney-Client |
| B PRIV843 | 8/7/1997 | H. Klauer | E. Prahl | M. Brown | Letter re: Braun BAG 05838 | Attorney-Client |
| B PRIV844 | 7/7/1997 | H. Klauer | E. Prahl | Letter re: Braun BAG 05838 | Attorney-Client |
| B PRIV845 | 5/9/1997 | H. Klauer | E. Prahl | Letter re: Braun BAG 05838 | Attorney-Client |
| B PRIV846 | 3/7/1997 | E. Prahl | H. Klauer | Letter re: USSN Serial No. 08/370,681 | Attorney-Client |
| B PRIV847 | 2/27/1997 | H. Klauer | E. Prahl | Letter re: Braun BAG 05838 | Attorney-Client |

| Bates | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|
| B PRIV848 | 12/3/1996 | H. Klauer | P. Kristal | Letter re: Cleaning Device for Cleaning the Shaving Head of a Dry Shaving Apparatus | Attorney-Client |
| B PRIV849 | 11/8/1996 | E. Prahl | H. Klauer | Letter re: BAG 05838 | Attorney-Client |
| B PRIV850 | 11/8/1996 | E. Prahl | H. Klauer | Letter re: BAG 05838 with handwritten notes | Attorney-Client |
| B PRIV851- B PRIV852 | 10/22/1996 | H. Klauer | E. Prahl | Letter re: U.S. Patent Application Serial No. 08/370,681 | Attorney-Client |
| B PRIV853 | 2/29/1996 | H. Klauer | E. Prahl | Letter re: U.S. Serial No. 08/370,681 | Attorney-Client |
| B PRIV854 | 2/11/1996 | H. Klauer | E. Prahl | Letter re: Assignment of U.S. Patent Application Serial No. 08/370,681 | Attorney-Client |
| B PRIV855 | 1/17/1996 | E. Prahl | H. Klauer | Letter re: BAG 05838 with handwritten notes | Attorney-Client |
| B PRIV856- B PRIV862 | 12/14/1995 | H. Klauer | E. Prahl | Letter re: Braun AG-BAG 05838 with attachment | Attorney-Client |
| B PRIV863 | 6/13/1995 | H. Klauer | E. Prahl | Letter re: Braun AG-BAG 05838 | Attorney-Client |
| B PRIV864 | 4/26/1995 | E. Prahl | H. Klauer | Letter re: 02894/28500001 | Attorney-Client |
| B PRIV865- B PRIV866 | 1/10/1995 | W. Vorbeck | M. Bowzer | Fax re: Braun AG 05838 | Attorney-Client |

| | | | | |
|---|---|---|---|---|
| B PRIV867 | 1/4/1995 | H. Klauer | L. Murphy | Fax re: BAG Convention Deadlines | Attorney-Client |
| B PRIV868 | 12/21/1994 | | | Application Instructions | Attorney-Client |
| B PRIV869 | 3/27/1995 | | E. Prahl | Patent Attorney Docket Information re 05838 | Attorney-Client |
| B PRIV870 | 1/10/1995 | | E. Prahl | Internal Patent File | Attorney-Client |
| B PRIV871-B PRIV873 | 7/31/1997 | | | Internal Patent File | Attorney-Client |
| B PRIV874-B PRIV875 | 7/22/1997 | | W. Ertman | Internal Patent File | Attorney-Client |
| B PRIV876-878 | 3/10/1997 | | E. Prahl | Checklist re: 05838 with handwritten notes | Attorney-Client |
| B PRIV879 | 3/10/1997 | | E. Prahl | Patent Attorney Docket Information re 05838 | Attorney-Client |
| B PRIV880 | 11/22/1996 | | E. Prahl | Patent Attorney Docket information re 05838 | Attorney-Client |
| B PRIV881 | 11/21/1996 | | | Internal Patent File Checklist re: 05838 with handwritten notes | Attorney-Client |
| B PRIV882-B PRIV883 | 11/22/1996 | | P. Kristal | Patent Attorney Docket Information re 05838 | Attorney-Client |
| B PRIV884 | 11/21/1996 | | E. Prahl | Patent Attorney Docket Information re 05838 | Attorney-Client |
| B PRIV885 | 2/26/1996 | | E. Prahl | | Attorney-Client |

| | | | | |
|---|---|---|---|---|
| B PRIV904 | 9/27/2004 | U. Sievers | M. Sato | Letter re: Japanese Patent Application No. 9750/1995 | Attorney-Client |
| B PRIV905-B PRIV907 | 9/27/2004 | U. Sievers | M. Sato | Faxed Letter re: Japanese Patent Application No. 9750/1995 with attachment | Attorney-Client |
| B PRIV908-B PRIV912 | 8/20/2004 | M. Sato | U. Sievers | Letter re: Japanese Patent Application Nos. 9750/1995; 9759/1995; with attachments | Attorney-Client |
| B PRIV913-B PRIV914 | 6/30/2004 | M. Sato | U. Sievers | Letter re: Japanese Patent Application No. 9750/1995 with attachment | Attorney-Client |
| B PRIV915-B PRIV917 | 6/24/2004 | H. Nagai | U. Sievers | Faxed Letter re: Japanese Patent Application Nos. 9750/1995; 9759/1995; 9750/1995 | Attorney-Client |
| B PRIV918-B PRIV923 | 5/20/2004 | U. Sievers | H. Nagai | Faxed Letter re: Japanese Patent Application Nos. 9750/1995; 9759/1995; 9750/1995 with attachment | Attorney-Client |
| B PRIV924 | 5/19/2004 | U. Sievers | Kyowa Patent and Law Office | Faxed Letter re: Japanese Patent Application Nos. 9750/1995; 9759/1995; 9750/1995 | Attorney-Client |

| | | | | |
|---|---|---|---|---|
| B PRIV925 | 5/18/2004 | H. Nagai | U. Sievers | Faxed Letter re: Japanese Patent Application Nos. 9750/1995; 9759/1995; 9750/1995 | Attorney-Client |
| B PRIV926 | 5/17/2004 | U. Sievers | Kyowa Patent and Law Office | Faxed Letter re: Japanese Patent Application Nos. 9750/1995; 9759/1995; 9750/1995 | Attorney-Client |
| B PRIV927-B PRIV929 | 8/21/2001 | Braun GmbH | M. Sato | Letter re: Japanese Patent Application No. 9750/1995 with attachments | Attorney-Client |