# Exhibit 15

Page 1

```
 1                              Volume:  I
 2                              Pages:  1 - 327
 3                              Exhibits:  80 - 102
 4
 5          IN THE UNITED STATES DISTRICT COURT
 6            FOR THE DISTRICT OF MASSACHUSETTS
 7    - - - - - - - - - - - - - - - x        -
 8    BRAUN GmbH,                    )
 9              Plaintiff,           )
10                                   )     CIVIL ACTION NO.
11    vs.                            )     03-CV-12428-WGY
12                                   )
13    RAYOVAC CORPORATION,           )
14              Defendant.           )
15    - - - - - - - - - - - - - - - x
16          VIDEOTAPED 30(b)(6) DEPOSITION
17             OF MATTHEW HOLMES PARKER
18           JUNE 6, 2005 - 7:14 a.m.
19
20                ROPES & GRAY
21            ONE INTERNATIONAL PLACE
22            BOSTON, MASSACHUSETTS
23
24    Reporter:  Donna J. Whitcomb, CSR/RPR/RMR
```

```
 1  begun the Legalink proceedings following the launch
 2  of the rotary system into the United States.
 3      Q.  Can you tell me again, this coincides with
 4  the time you became the business management
 5  director?
 6      A.  Yes, it does.
 7      Q.  Do you remember what happened first; did
 8  you become the business management director and then
 9  you learned of the litigation?
10      A.  No, the litigation had already begun.
11      Q.  At the time that the litigation began did
12  you receive any instructions that you were to retain
13  any documents that you have pertaining to the
14  cleaning system?
15      A.  I wasn't given instructions one way or the
16  other.
17      Q.  Between the time that you became aware of
18  the litigation and now, have you destroyed any
19  documents pertaining to the cleaning systems?
20      A.  No, I have not.
21      Q.  Were you asked to search for documents in
22  your files regarding the cleaning systems?
23      A.  Recently we were asked to search our
24  e-mail systems for any documents relating to the
```