# Exhibit 16

Page 1

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
2
3   BRAUN GmbH,                    )
                                   )
4              Plaintiff,          )
                                   )
5              -vs-                )   No. 03-CV-12428 (WGY)
                                   )
6   RAYOVAC CORPORATION,           )
                                   )
7              Defendant.          )
8
9          Videotaped deposition through interpreter of
10  NORBERT SMETANA taken before CAROL CONNOLLY, CSR, CRR,
11  and Notary Public, pursuant to the Federal Rules of
12  Civil Procedure for the United States District Courts
13  pertaining to the taking of depositions, at Braun GmbH,
14  Frankfurter Strasse 145, D-61476 Kronberg im Taunus,
15  Germany, at 10:14 a.m. on the 29th day of April, A.D.,
16  2005.
17
18
19
20
21
22
23
24

1       THE WITNESS:   No, not in combination with attorneys.
2       MR. SHIMOTA:   Q   So I want to make sure that you
3   understood me.  You are aware that there is a case, a
4   patent litigation between Rayovac and Braun currently,
5   correct?
6       A   Yes.
7       Q   And in connection with that -- let me just set
8   it aside.
9           In the past year have attorneys come to you,
10  attorneys from either outside law firm or within Braun
11  itself, come to you and asked you to provide them with
12  your documents related to -- documents you possess
13  related to your work on the shaver cleaning system?
14      A   No, no.
15      Q   So would you be able to check to see if you
16  still maintained electronic information -- would you be
17  able to check to see whether you maintained -- would you
18  be able to check to see if you still had electronic
19  information related to your work on the shaver cleaning
20  system on your personal computer?
21      A   The Windows Explorer has such a function.
22  That's the way it could work, such function with date,
23  from-to.
24      Q   And have you recently performed that search