# Exhibit 20



**ROPES & GRAY LLP**
ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951-7000   F 617-951-7050
BOSTON   NEW YORK   PALO ALTO   SAN FRANCISCO   WASHINGTON, DC   www.ropesgray.com

September 22, 2005

Dalila Argaez Wendlandt
(617) 951-7884
dwendlandt@ropesgray.com

**BY FACSIMILE (312-861-2200)**

Kevin S. Ueland
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, IL 60601

    Re:    *Braun v. Rayovac*, Civil Action No. 03-CV-12428-WGY

Dear Kevin:

    Per your request yesterday afternoon, I have once again investigated the case study referenced during Gilbert Greaves' deposition. Based on a reasonable search of its files (including those electronically maintained), Braun states that it no longer has the case study in its custody, possession or control.

                            Very truly yours,

                              Dalila Argaez Wendlandt

DAW/dmr
cc:    William L. Patton
        Stanley D. Liang
        Daniel J. Maher

9822922_1