IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>                Plaintiff,<br><br>v.<br><br>RAYOVAC CORPORATION,<br><br>                Defendant. | Civil Action No. 03-CV-12428-WGY |

## BRAUN GmbH'S MOTIONS *IN LIMINE* NOS. 1-4

For all the reasons set forth in the accompanying Memorandum in Support, Braun GmbH hereby moves *in limine* to exclude certain evidence and argument. Specifically, Braun moves as follows:

- To preclude Rayovac's expert from testifying as to Rayovac's defense that the '328 patent is indefinite.

- To preclude Rayovac from offering evidence regarding the untimely made allegation of inequitable conduct with respect to the ultrasonic cleaner, or, in the alternative, summary judgment should be granted to Braun.

- To preclude Rayovac's expert from testifying on the appropriate translation of German terms because he is not qualified to render any opinion as to the translation of the German patent application into English.

- To preclude Rayovac from offering testimony evidence or argument on its hypothetical non-infringing alternatives.

Wherefore, Braun respectfully requests that its motions *in limine* be GRANTED.

    Respectfully submitted,

    BRAUN GmbH
    By its Attorneys


    /s/ Dalila Argaez Wendlandt
    William L. Patton (BBO #391640)
    Dalila Argaez Wendlandt (BBO #639280)
    ROPES & GRAY LLP
    One International Place
    Boston, MA 02110-2624
    (617) 951-7000

    Stanley D. Liang (admitted *pro hac vice*)
    ROPES & GRAY LLP
    1251 Avenue of the Americas
    New York, NY 10021
    (212) 596-9000

    Attorneys for Plaintiffs

Dated: October 14, 2005

**Local Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(2), the undersigned certifies that on October 14, 2005, counsel for Plaintiff Braun GmbH conferred with counsel for Defendant Rayovac Corp. relating to this motion.

/s/Dalila Argaez Wendlandt
Dalila Argaez Wendlandt