*Braun GmbH v. Rayovac Corporation*
*Civil Action No. 03-CV-12428-WGY*

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| A | Exhibit List |
| B | 8/25/05 Samir Nayfeh Deposition |
| C | 4/29/05 Gilbert Greaves Deposition |
| D | 5/11/05 Juergen Hoeser Deposition |
| E | 5/12/05 Juergen Hoeser Deposition |
| F | 6/3/05 James Doyle Deposition |
| G | 5/12/05 Alan Schoepp Deposition |
| H | 4/29/05 Norbert Smetana Deposition |
| I | 4/26/05 Gebhard Braun Deposition |
| J | 6/28/05 Sean Martin Deposition |
| K | Samir Nayfeh First Expert Report |
| L | Samir Nayfeh Second Expert Report |
| M | Samuel Phillips First Expert Report |
| N | Samuel Phillips Second Expert Report |
| O | Samuel Phillips Third Expert Report |
| P | Laura Stamm Expert Report |
| Q | U.S. Patent No. 2,976,552 |
| R | Braun GmbH's Supplemental Answers to Rayovac's Interrogatory Nos.1-7, 13, 15 and 19 |
| S | Rayovac's Second Amended Answer and Counterclaim |
| T | Samir Nayfeh Third Expert Report |
| U | 5/5/05 James Chasen Deposition |
| V | U.S. Patent No. 5,711,328 |

EXHIBIT A