**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

= = = = = = = = = = = = = = = = = = = = = = = = = = = =

BRAUN GmbH,

      Plaintiff,

vs.      Civil Action No. 03CV12428WGY

RAYOVAC CORPORATION,

      Defendant.

= = = = = = = = = = = = = = = = = = = = = = = = = = = =

Deposition of:

ALAN SCHOEPP

= = = = = = = =

Date: Thursday, May 12, 2005

Time: 9:00 o'clock a.m.

Reported by ELIZABETH J. KERNEN

---

**Page 2**

## INDEX

Exhibits Nos.:      Page

21 - Notice of Deposition   5

22 - North America Sales of Men's Shavers Fiscal Year 2004   27

23 - North America Sales of Men's Cleaning System   29

24 - Document regarding R-9500 September '03   49

25 - Men's Shaving Marketing Plan September 2004   54

26 - Rotary and Foil Forecasts for F'04 and F'05   64

27 - Rotary and Foil Forecasts for F'04 and F'05   64

28 - Men's Shaving Business Review September 2004   70

29 - Document regarding units shipped   73

30 - Document regarding R-9500   78

31 - Quote for tooling dated February 12, 2004   92

32 - Quote for tooling dated March 18, 2004   95

33 - Month End Forecast by Material   95

34 - Document describing different attributes of men's shavers   104

35 - Men's Shaving Marketing Plan September 2004   116

36 - Marketing Basis of Interest Form dated November 22, 2002   130

37 - Marketing Basis of Interest Form dated June 19, 2002   141

38 - Men's Shaving National Sales Meeting dated November 2, 2004   153

39 - Marketing Plan 2003   156

---

**Page 3**

40 - E-mails regarding design of parts of shaver cleaner/charger   169

41 - 2003 Business Review Men's Shavers   172

42 - Tested Benchmark Concepts   180

43 - Men's 2006 Shaving Recommendation dated September 29, 2004   189

44 - Remington Men's Electric Shaver Concept Test prepared by Synovate dated September 2004   192

---

**Page 4**

DEPOSITION of ALAN SCHOEPP, a witness of lawful age, taken on behalf of the plaintiff in the above-entitled cause, wherein Braun GmbH is the plaintiff and Rayovac Corporation is the defendant, pending in the United States District Court for the District of Massachusetts, pursuant to notice, before ELIZABETH J. KERNEN, a Notary Public in and for the State of Wisconsin, at the offices of Lathrop & Clark, LLP, Attorneys at Law, 740 Regent Street, Madison, Wisconsin, on May 12, 2005, commencing at 9:00 o'clock a.m.

A P P E A R A N C E S

LESLEY F. WOLF and DALILA ARGAEZ WENDLANDT, ROPES & GRAY, LLP, Attorneys at Law, One International Place, Boston, Massachusetts, appearing on behalf of the plaintiff;

KEVIN S. UELAND, KIRKLAND & ELLIS, LLP, Attorneys at Law, 200 East Randolph, Chicago, Illinois, appearing on behalf of the defendant.

ALAN SCHOEPP,

called as a witness, after being first duly sworn in the above cause, testified under oath as follows:

**EXHIBIT G**

**5**

1    (Exhibit 21 is marked for identification)
2                    EXAMINATION
3    BY MS. WOLF:
4    Q  Good morning.
5    A  Good morning.
6    Q  We met previously, but my name is Lesley Wolf, and
7        with me is my colleague Dalila Wendlandt.  Just for
8        the record, could you state your name.
9    A  Alan Schoepp.
10   Q  And could you spell that also, please.
11   A  A-l-a-n, S-c-h-o-e-p-p.
12   Q  Are you aware that you're here today pursuant to a
13       notice of deposition?
14   A  Yes.
15   Q  I'm going to show you what's been marked Exhibit 21,
16       and just take a moment and take a look at that.
17               (Witness examining document)
18           MR. UELAND:  It's not a big deal
19       with this document, but do you have copies for
20       me?
21           MS. WOLF:  I do.  Sorry.
22           MR. UELAND:  No problem.
23   Q  Have you seen this document before?
24   A  Yes, I have seen a copy of this document.
25   Q  If you could just look on page 5 and review the

**6**

1        numbered paragraphs two through five.
2    A  Yes.
3    Q  Are you aware that you have been designated by Rayovac
4        on those topics as the person most knowledgeable?
5    A  Numbers two through five?
6    Q  Yes.
7    A  Yes.
8    Q  And therefore you understand that you're here not only
9        to testify about your own personal knowledge but on
10       behalf of the Rayovac Corporation?
11   A  Yes.
12   Q  Can you tell me what you did to prepare for today's
13       deposition?
14   A  I had discussions with Tom Parker, our inside legal
15       person, pulled documentation out relative to
16       financials of the accused SKUs, worked with Jim Doyle
17       to ensure I had the complete list of SKUs and spent
18       some time discussing documents with Kevin.
19   Q  Actually, when did you meet with Kevin?
20   A  Yesterday.
21   Q  And for approximately how long?
22   A  I don't know, four hours, five hours.
23   Q  And did you review any documents with Kevin at that
24       time to refresh your recollection?
25   A  We did.

**7**

1    Q  Do you recall any specifically which you reviewed?
2    A  Yes.
3    Q  What were those documents that you recall?
4    A  Documents such as the financials I had pulled
5        previously that were requested.
6           MR. UELAND:  All the documents that
7        Mr. Schoepp and I reviewed yesterday were produced
8        in this litigation.
9    Q  And you mentioned you had previously pulled those.
10       Was that at the request of your attorneys for
11       production?
12   A  Correct, Tom Parker.
13   Q  And were those your own copies or copies that Kevin
14       had brought with him yesterday of those documents?
15   A  Kevin's copies.
16   Q  Had you at any point reviewed transcripts of any of
17       the other depositions that have been taken in this
18       matter?
19   A  No.
20   Q  Now, we're just going to go through your background a
21       little bit, if you could just tell me your educational
22       history starting with college.
23   A  Okay.  I went to the UW-Oshkosh right after high
24       school for two to three years, transferred back to
25       UW-Madison to finish up my degree.

1    Q  And what was your degree in?
2    A  Accounting.
3    Q  And after you finished at UW-Madison did you get any
4        further degrees?
5    A  Yes, I sat for the CPA exam about a year after
6        graduation, and to prepare for that I took a Becker
7        CPA review course.
8    Q  And when did you graduate approximately from
9        University of Wisconsin?
10   A  December 1991.  I'm in progress right now working
11       through the executive M.B.A. program at UW-Madison,
12       but I have not completed the degree.
13   Q  How far along are you?
14   A  Halfway this weekend.
15   Q  Congratulations.
16   A  Thank you.
17   Q  What was your first job after you finished college?
18   A  My first professional job after college was working at
19       Rayovac.
20   Q  So you have been at Rayovac for 14 years?
21   A  Going on 14 years, yes.
22   Q  And what was your first position at Rayovac?
23   A  Cost accountant.
24   Q  And what were your responsibilities as a cost
25       accountant?

9

1  A  Working with some of our off-site locations, plants
2     not located in Madison but not big enough to have
3     their own accountant working with the management team
4     there to establish standard costs and do budget
5     analysis and things.
6  Q  How long were you in that position?
7  A  Just under two years, actually just over a year.
8  Q  And then what was your next position?
9  A  I transferred to our Portage facility to become the
10    plant controller.
11 Q  And what was manufactured at that plant?
12 A  Zinc air hearing aid batteries and at the time silver
13    watch cells.
14 Q  And how long were you there?
15 A  Just under two years.
16 Q  And then what was your next job at Rayovac?
17 A  Transferred back to headquarters as a business analyst
18    in the sales controller area.
19 Q  And what does a business analyst do in the sales
20    controller end?
21 A  Work with the sales force on customer deals, pricing
22    and customer programs as well as customer deductions
23    for things such as volume rebates.
24 Q  Were you working on specific products at that point in
25    time?

10

1  A  At that point in time we just had the Rayovac lines,
2     and I covered all product lines for the customers I
3     worked with.
4  Q  And who were those customers?
5  A  Throughout my tenure in that role I basically had all
6     of our North American -- or our U.S. retail firms,
7     retail customers at one point or another.
8  Q  Who was the largest customer?
9  A  Wal-Mart, K Mart, Target.
10 Q  And how long did you serve in that role?
11 A  While in that function I was in a couple of different
12    roles over a span of just under three years.
13 Q  And what were those various roles?
14 A  Business analyst and then promoted to senior business
15    analyst and while doing that responsibilities remained
16    similar, just scope changed.
17 Q  And when you say scope changed, you just had more
18    responsibility?
19 A  More customers, the larger customers.  Naturally when
20    you start you would work with some of the smaller
21    customers with less responsibility.
22 Q  And then from senior business analyst -- is that your
23    position today?
24 A  No.
25 Q  What is your current position?

11

1  A  I'm the controller for North American marketing.
2  Q  And how long have you been in that position?
3  A  About a year.
4  Q  So going back, you were a senior business analyst from
5     approximately 1996?
6  A  1994 to 1997.
7  Q  So between 1997 and your current position, what was
8     your next position?
9  A  My next position was a short stint as the cost
10    accounting manager, less than six months.
11 Q  And what did you do in that position as the cost
12    accounting manager?
13 A  Worked with various plant locations on the cost of our
14    products as well as budget analysis and standard
15    setting.
16 Q  And then after you were the cost accountant manager?
17 A  I worked on the SAP implementation team.
18 Q  How long did that take to get in place?
19 A  About a year and a half.
20 Q  And from there?
21 A  Went to Canada as the sales and marketing controller.
22 Q  And were those new responsibilities or was it just a
23    similar responsibility to the business analyst work in
24    a different location?
25 A  Similar function, slightly different responsibilities

12

1     naturally.
2  Q  And were you still working with all Rayovac products
3     at that point in time?
4  A  Correct, at that point in time Rayovac products, we
5     didn't have other products.
6  Q  And how long were you in Canada in that position?
7  A  Twenty-one months.
8  Q  From there you came back to headquarters?
9  A  Correct.
10 Q  And when was that?
11 A  April of 2001.
12 Q  And what position did you assume when you returned?
13 A  Manager of finance for North American marketing.
14 Q  And what did you do in that role?
15 A  Worked with the sales and marketing teams, primarily
16    the marketing teams.
17 Q  And was that your position until you became the
18    controller for North American marketing?
19 A  No.
20 Q  One more?
21 A  One more.
22 Q  And what was that position?
23 A  Operations controller.
24 Q  And how did that differ from the manager of finance
25    position?

13

1  A  The manager of finance position was working with the
2     marketing teams.  The operations controller was
3     working with operations in terms of our manufacturing
4     facilities, research and development at the time and
5     supply chain.
6  Q  And then you shifted back to be the -- I'm sorry, in
7     that position as the operations controller, was it
8     still just Rayovac products?
9  A  It was just Rayovac products when I started into that
10    position.  While I was in that position we acquired
11    Varta in Germany, and before I was through with that
12    position we acquired Remington.
13 Q  And did the scope of your job change with each
14    successive acquisition or were your duties essentially
15    the same?
16 A  My duties were similar, but the scope broadened.
17 Q  But you were responsible as the controller for all
18    operations including Remington?
19 A  Correct, for a limited time while we were in
20    transition.
21 Q  What period was that?
22 A  We officially closed the deal in October 2003.  I
23    transitioned out of that role during the spring of
24    2004, and during a large part of that time integration
25    efforts were under way where Remington was largely

14

1     steering their own ship, if you will, run as an
2     independent company.  It was really near the end of my
3     term where the two were actually brought together.
4  Q  And was that part of your responsibility to help get
5     the two together?
6  A  Help facilitate, bring the two together, yes, but not
7     complete it.
8  Q  And has it been completed at this date?
9  A  It has.
10 Q  Were there significant differences in terms of the
11    accounting and operations between Remington and
12    Rayovac?
13          MR. UELAND:  What do you mean by
14       significant?
15 Q  What did you view as the biggest challenges in your
16    role in the integration, if there were?
17 A  Just thinking back, the biggest challenges in my role,
18    I guess clearly understanding how their operations
19    worked and what we would need to do to make sure we
20    didn't drop the ball per se.  First and foremost
21    throughout our transition our goal was to make sure
22    customer satisfaction was not interrupted in any way,
23    shape or form, so making sure we had a thorough
24    understanding of their key business drivers and their
25    key business processes was key and extremely difficult

15

1     to make sure we had a handle on.
2  Q  And did part of that process entail some education
3     about the Remington products themselves?
4  A  I don't know what you mean by education.
5  Q  Did you have to learn, for example, about shaving
6     products?
7  A  There wasn't formal training per se where we sat down
8     and went to a half day seminar to learn about their
9     products, if that's the question.
10 Q  But in your day-to-day capacity you became familiar
11    with Remington's products?
12 A  Yes, but not at a detailed level of every benefit and
13    feature of every model versus every other model.
14 Q  Did you ever have any specific responsibility for what
15    you described as the accused SKUs in this case?
16 A  No, not specific -- I guess can you define what you
17    mean by specific responsibility.
18 Q  Was there ever a point where someone came to you about
19    those groups of products and said, you know, we have
20    to figure out the operations for putting together the
21    Titanium Smart System?
22 A  No, I was never directly involved in supporting those
23    SKUs and running the programs that surround those
24    SKUs.
25 Q  Do you have any current responsibility for those

1     products?
2  A  Such as?
3  Q  Such as I guess marketing, cost analysis, revenue
4     monitoring.
5  A  Yes, as a North American controller I'm charged with
6     working with the brand teams to understand
7     profitability and our P&L on our product lines in
8     North America, so naturally as these SKUs fall in
9     line, fall in as part of that P&L, I have a
10    responsibility to understand their profit levels no
11    more so or no less than other SKUs in the
12    portfolio, though.
13 Q  So you're not in a men's shaving group of any sort,
14    it's a general Remington operation?
15 A  Right, I'm responsible for all of North American
16    marketing, Rayovac and Remington combined.  I do work
17    closer with the Remington teams, but not specifically
18    men's shaving or women's shaving or grooming.  Said
19    differently to answer your question, I'm not dedicated
20    solely to men's shaving.
21 Q  When did you first become aware of the Titanium Smart
22    System products?
23 A  What do you mean by aware, in terms of the fact that
24    we offer them for sale?
25 Q  Yes.

**17**

1  A I don't recall the exact date.
2  Q Approximately?
3  A I know the rotary system came on board first and
4    basically was launching as we acquired the company,
5    and I would suspect that that would be in the latter
6    part of 2003 when I became aware of that particular
7    product.
8  Q And then the foil system?
9  A The foil system wasn't launched until a later point in
10   time, and again I don't recall exactly when I would
11   have become aware of the company's plans to launch
12   that product. It would have been sometime between the
13   fall of 2003 and when it actually launched.
14 Q You started mentioning the various products that are
15   at issue in this litigation. Could you identify --
16   and previously you mentioned that you had looked at
17   specific SKU numbers. Could you identify those
18   products for me.
19 A Yes, I'll identify them by model number rather than by
20   the SKU. The model number is the R-9500 for the
21   rotary cleaning system, the rotary Smart System, and
22   the MS-5500 and the MS-5700 are the micro screen
23   versions.
24 Q Are those the only three products that fall within
25   what you called the Smart Systems?

**18**

1  A Besides the accessories that would go along with it,
2    yes.
3  Q And those three models that you just mentioned, are
4    those shaver number models?
5  A Correct.
6  Q And is it possible just to buy the 9500, R-9500 shaver
7    separately?
8  A No.
9  Q So those are shavers that are specifically marketed
10   with a cleaning system?
11 A Yes.
12 Q Are you aware or do you know when the rotary, the
13   R-9500 was first sold in the United States?
14 A Our sales history would indicate September of 2003 was
15   first shipped from Remington to the customers, and
16   that was prior to Rayovac's acquisition of the
17   company.
18 Q In order to make those products available for shipment
19   in September of 2003, would orders have come in
20   previously to that date?
21 A Orders from?
22 Q From customers.
23 A Most likely, yes, but not being privy to their
24   operation prior to our acquisition, I don't know how
25   their order flow would have worked for sure.

**19**

1  Q Under the current regime, so to speak, under Rayovac's
2    system, how far in advance do orders typically come
3    in?
4  A It depends, depends upon the time of year, it depends
5    upon if it's a new SKU, if it's a SKU being ordered
6    for turn, if it's a line extension, so there are
7    various factors that can drive how far in advance an
8    order may come in.
9  Q For example, I understand that the holiday season is a
10   peak time. If that were the time, for the holiday
11   season, how far in advance generally?
12 A I don't know that there is a specific rule of thumb.
13   Traditionally you would tend to believe that for the
14   holiday season it would be a little longer than a
15   normal, say, turn order, but I'm not familiar with the
16   exact pattern.
17 Q You just identified something called a normal turn
18   order. What is that?
19 A With any goods in the course of business, once an item
20   is in distribution, consumers will go to the store,
21   buy it, the retailer will have some sort of inventory
22   system that will give them an indication of when they
23   need to reorder, so those are basically turn orders to
24   replenish goods that are already listed and in stock.
25 Q Is the R-9500 still being sold in the United States at

**20**

1  this time?
2  A Yes.
3  Q Could you just help me, Rayovac's, do you call it a
4    fiscal year or financial year?
5  A Fiscal year.
6  Q Rayovac's fiscal year runs from what month to what
7    month?
8  A October through September.
9  Q Has that always been the case?
10 A No.
11 Q When did you shift to that fiscal year model?
12 A 1996, I'm guessing, but it's in the '95 to '97 range,
13   and I'm pretty certain it's '96.
14 Q At least since 2001 it's been in place?
15 A Yes.
16 Q And in terms of thinking about the years because this
17   is something that always is hard for me personally, so
18   fiscal year 2004 begins in October of 2003?
19 A Correct.
20 Q So quarter one of fiscal year 2004 would be October
21   through December 2003?
22 A Correct.
23 Q And then January through March is quarter two?
24 A In our fiscal year, yes.
25 Q And April through June is quarter three then?

23

1 A Um-hum.

2 Q And obviously then July through September quarter

3 four?

4 A Correct.

5 Q In terms of monitoring sales volume in the

6 United States, how does Rayovac count sales?

7 A How does Rayovac count sales in our financial

8 statements?

9 Q If there is a difference between your financial

10 statements and other sort of accounting, start with

11 your financial statements.

12 A It's based upon our shipments to our customers.

13 Q So you recognize a sale at the point it leaves your

14 warehouse to a customer?

15 A Basically, yes, with normal allowances for bad debts

16 or return reserves.

17 Q But you don't have any sort of special return rates or

18 arrangements with specific customers that would change

19 that?

20 A Generally not. When we do those are handled on a

21 special case.

22 Q And how would those be accounted for if they were

23 handled on a special case?

24 A Depends upon the arrangement. Can you give some

25 examples of --

---

22

1 Q Well, you said that there may be some in a special

2 case. Has there been one related to the Titanium

3 Smart System products in the last year?

4 A I don't know if the Smart System products were

5 specifically included, but there have been some sales

6 deals where there has been special returns provisions

7 which require different accounting for those sales

8 because it's inappropriate to recognize full revenue

9 on shipment.

10 Q And why would there be some of those special sales

11 deals?

12 A For some customers that may be the way they require us

13 to do business. It may be their requirement. Either

14 you agree to these special deals, special returns

15 provisions or you're not going to be listed in our

16 store.

17 Q Can you tell me who any of these customers are who had

18 those requirements?

19 A Yes.

20 Q Who are they?

21 MR. UELAND: I mean just so you

22 know, there is a protective order in place.

23 Q Anything that you say is confidential and won't be

24 used outside of this litigation or publicly released.

25 A Okay. I was curious how it's applying to the case.

---

1 I'm struggling because obviously that's a bit of

2 confidential information. I know last fall we had a

3 program like that with Kohl's.

4 Q But you're not aware of whether or not the Titanium

5 Smart products were involved in that?

6 A I'm not aware of the specific SKUs in the arrangement.

7 Q Would you be able to find out if they were included?

8 A Yes.

9 Q Okay. If they were included, that would be reflected

10 somehow in the financial statements?

11 A Yes.

12 Q How would it show up? For example, if I wanted to

13 know how many units were sold, if Kohl's said we have

14 the right to return anything up to 50 percent of what

15 you ship, when you shipped 100 units to Kohl's, how

16 would you account for that on the statements?

17 A On our statements at a detail level, at a SKU level,

18 such as the information I pulled for purposes of this

19 deposition, each and every one of those sales would

20 show as a sale at a SKU level.

21 Separate and apart from that, we would either

22 look at the agreement with Kohl's for the terms of how

23 much the return will be and we will book a general

24 accrual to reserve for that to reduce sales and reduce

25 our profits. So during the times when those shipments

---

1 were made to Kohl's, they are recognized as shipments

2 at the SKU level and there is a general reserve for

3 that future return when and if it comes back.

4 At the time in the future when Kohl's has gotten

5 through the time frame that the return provision

6 covers, the sales team will work with the customer to

7 understand how much, if any, of the products they

8 would like to return, ensure appropriate return

9 authorization is granted and then they will share that

10 with Kohl's, Kohl's will return the product back to

11 our facilities, at which time the credit will be

12 generated at a SKU level in the system and the units

13 and the sales dollars will drop.

14 Q Now, you mentioned that this is how you count sales at

15 the financial statement level based upon shipments.

16 A Yes.

17 Q Is there another way you count sales somewhere?

18 A Not internal, but I wasn't sure if your question was

19 driving at consumer take-away.

20 Q What is consumer take-away?

21 A At the retail level?

22 Q Which means what -- yes, consumer take-away at the

23 retail level?

24 A Consumer take-away, the units that are sold, are

25 ultimately bought by consumers.

25

1    Q And those are tracked at Rayovac?
2    A Yes.
3    Q On a formal basis?
4    A I guess I struggle with that.  At a formal basis in
5       terms of --
6    Q Is there a document somewhere that reflects consumer
7       take-away sales?
8    A Not that I'm aware of in terms of a document that we
9       would have that would be a summary of all consumer
10      take-away, no.
11   Q There wouldn't be a summary, but would there be a
12      document somewhere that said Wal-Mart in the month of
13      November we sold X number of units?
14   A We have access to that information.
15   Q And where does your access to that information come
16      from?
17   A In our -- what's the word I'm looking for.  Our
18      Wal-Mart team has access to, just like any other
19      vendor that does business with Wal-Mart, their system
20      where you can access your company's inventory levels,
21      POS and so on.
22   Q And is that reported to somebody?  The Wal-Mart team
23      is monitoring that internally?
24   A Certainly the Wal-Mart team would be monitoring that
25      internally, yes.

26

1    Q And would they report that to a manager?
2    A I'm not in the formal loop of that, so I don't know if
3       there is formal communication on that or not.
4    Q Who is in the formal loop on that?
5    A Our Wal-Mart team.
6    Q And who is part of the Wal-Mart team?
7    A I mean we have several individuals that work on the
8       account.  I don't know --
9    Q Regardless, is there someone who, for example, the
10      Wal-Mart team, the K Mart team, the Kohl's team, is
11      there someone that all of those teams report to?
12   A No.
13   Q There is no centralized --
14   A From a sales standpoint they would report to our
15      executive vice president of North American sales.
16   Q And who is that?
17   A Phil Pellegrino.
18   Q But you personally haven't seen a document that says
19      or documents in your experience that say in any given
20      month this is how many units we sold to or customers
21      took away?
22   A Not of the cleaning systems, no.
23   Q I think the easiest way to think about this is
24      probably on a product-by-product basis.
25           (Exhibits 22 and 23 are marked for identification)

27

1    Q Turn your attention to what's been marked as
2       Exhibit 22.  Is this a document that you have seen
3       before?
4    A It appears to be.
5    Q And what is this document?
6    A This looks like the information that I first pulled
7       when Tom requested, when Tom Parker requested that I
8       pull information for this deposition.
9    Q Does this document have a name, any sort of name?
10   A No.
11   Q Is this something that is pulled from the SAP system?
12   A Ultimately the source data is SAP.
13   Q You say ultimately.  What is the source before?
14   A SAP is where we house our transactional level detail,
15      and it is the system that holds all of our
16      information.  However, we do report that out through a
17      data warehouse type of environment.  So to answer your
18      question very specifically, an individual does not
19      specifically need to be in SAP to access this
20      information.
21   Q If you could walk me through this document a little
22      bit, on the left-hand side it lists SKU numbers,
23      correct?
24   A Correct.
25   Q And those numbers reflect -- 80906 reflects the

28

1       Titanium Smart System, R-9500CS?
2    A Correct.
3    Q Which is what?
4    A That's the R-9500 Smart System cleaning system.  The
5       80906 is just a SKU that we assign so the computer can
6       track unique inventory.
7    Q And just underneath that, the R-9500CS and then there
8       is some other letters next to it, what does that
9       indicate?
10   A SMCP would most likely stand for Sensormatic and
11      Checkpoint.
12   Q Which means?
13   A Those are electronic article surveillance source
14      tagging.  They are the little things in the packages
15      that make the beepers go off when you walk out of the
16      store with something.
17   Q So those are not something that's sold?
18   A No.
19   Q Then just underneath that I see Titanium Smart System
20      R-9500CS/BONUS.
21   A That would probably be a different variation of a
22      SKU.  Maybe there was a bonus offering of, I don't
23      know, a back by mail coupon that was attached to the
24      package or maybe there was a free bonus inside, maybe
25      there was a package of electric shaving conditioner

29

1  that was inside the package, would be some examples of
2  why they might have a bonus.
3  Q Then skipping down a few lines to 81856, the R-9500R
4     RECON?
5  A Yeah, those are factory reconditioned SKUs. They are
6     a result of consumer returns. In order to be resold,
7     they need to be reconditioned, and then they are sold
8     as such. They're not sold as A goods.
9  Q Who are they sold to as reconditioned goods?
10 A They are not sold in our normal channel of
11    distribution, but I don't recall the customer's name
12    offhand. I don't know why it escapes me right now,
13    but the bottom line is it's in the types of channels
14    you would expect it to be in, the closeout channels.
15 Q Then just getting down to the bottom number, 81923,
16    the R-9500CS/SPCL?
17 A I don't know exactly why we would have SPCL. I can't
18    give you the acronym like SMCP or the fact that CDN
19    stands for Canadian. I can tell you that at times our
20    supply chain group will take and have to add
21    characters to a SKU because maybe there is two in a
22    case for this retailer but there is three in a case
23    for that retailer, and if we don't give it a separate
24    SKU and a slightly separate description, our computers
25    and our people won't know which is which. But to the

30

1  general consumer, there would be very little
2  difference between 80906 and an 81922. I mean more
3  than likely it's a packaging variation of sorts.
4  Maybe there is a special promotional offer or
5  something included, but as a rule there is not -- it's
6  the core SKU.
7  Q So moving over to the next column, the year indicates
8     that it's fiscal year '04, quarter one, October, so
9     that's October 2003?
10 A Correct.
11 Q And do these numbers reflect the actual sales made in
12    the month of October?
13 A The actual shipments at a SKU level during our fiscal
14    October.
15 Q Does fiscal October differ from actual October?
16 A Yes.
17 Q How so?
18 A We run on a fiscal year that starts October 1st, ends
19    September 30th. Those are the only hard dates that
20    fall wherever they fall during the week. The rest of
21    our cutoffs we run on a four, four, five quarter, four
22    weeks in the first month, four weeks in the second
23    month, five weeks in the third month, with our
24    official accounting cutoff on the Sunday of that
25    fourth or fifth week. So these sales would have

31

1  definitely started on October 1, 2003, but I would
2  have to have a financial calendar in front of me to
3  tell you exactly when they ended.
4  Q That first column, ILC B4 returns, can you tell me
5     what that refers to?
6  A ILC stands for invoice less cash and B4 returns is
7     just that, it's before the customer overstocks or the
8     consumer returns. It's basically gross sales.
9  Q And you say basically. How does it differ from gross
10    sales?
11 A In our system with the Rayovac products we have what
12    we call a list price, which is just a wholesale list
13    that's published to the world. Our system actually
14    carries that technically as gross sales, but it's not
15    used anywhere in our organization in our reporting
16    because it's not representative of what customers
17    actually pay, and so invoice sales is what customers
18    do pay and invoice sales less cash discounts gross
19    sales because the cash discount is off invoice
20    allowance.
21 Q And accrued returns reflects what?
22 A Accrued returns would reflect the returns that come
23    back from customer overstocks and return goods that
24    are consumer level returns, consumer buys a product,
25    takes it home or is gifted a product and opens it up

1  and for whatever reason tries it out, isn't satisfied,
2  maybe they didn't like the closeness, maybe they
3  didn't like something about it, so ultimately they
4  bring it back to the store opened up and the retailer
5  gives them credit and the retailer collects those and
6  returns back to us. Those are the two types of
7  returns that are in there. They would show up on
8  these statements as they are physically processed at a
9  SKU level.
10 Q And then ILC sales?
11 A Just math, ILC before returns less accrued returns
12    equals ILC sales.
13 Q And in parentheses, EITF sales?
14 A That is net sales as we would report basically at a
15    SKU level, that's net sales as we would report in our
16    financial statements, and the reason EITF is in there
17    is from about two years ago the GAAP changed in the
18    way companies recognize revenue and what they can and
19    can't call net sales, and up until that point our
20    company had a different definition, as many companies
21    did, for net sales, so consequently we put the EITF
22    acronym in there to help the users of the reports
23    understand that was the new definition.
24 Q And do you know what EITF stands for?
25 A Emerging issues task force. It's part of the

33

Financial Accounting Standards Board.

Q And I'm sorry, you may have mentioned this, when did GAAP change to this system?

A About two years ago, it's two to three years ago. I'm trying to recall the exact date. It would have been almost certainly during calendar year 2002, at some point during calendar year 2002 when this went into play, so two to three years ago, certainly before the shipments in question.

Q Now, looking at this page, as of in fiscal October of 2004, then the 9500 cleaning system would have been the only product of the relevant SKUs that was sold at that time?

A Correct.

Q Now, looking at the sheet, would there be able to -- can you tell me how many products or how many units were actually sold in the month of October?

A Not on this first page I cannot.

Q Is there another page in here that you could?

A No.

Q Is that somewhere that -- how would you go about determining the number of units sold in fiscal October?

THE WITNESS: Kevin --

MR. UELAND: Hold on a second. Can

34

we go off the record for a minute.

MS. WENDLANDT: Well, let's answer the question unless you can't.

A I would use a similar reporting tool but pull the key figure units, retail units.

Q So there is a way to generate this report that would include the number of units?

A Yes.

Q Okay. And have you ever generated such a report?

A Yes.

Q And did you provide that to counsel?

A Yes.

Q When did you provide that to counsel?

A Last Friday.

Q Okay. On a monthly basis?

A That's what my question was about was those papers.

MR. UELAND: Let's go off for a second.

(Discussion off the record)

MR. UELAND: We're going back on. It's 10:54. I'm just noting that because at break I found out that we do not have --

MS. WOLF: It's 9:54.

MR. UELAND: You're right, I'm sorry, 9:54 a.m.

35

Q Okay. We were talking about this document just before the break, and you had indicated that it didn't have unit sales numbers on it, but in fact there was a version that existed?

A Correct.

Q Has that document been produced to us in this litigation?

MR. UELAND: Yes.

MS. WOLF: Are you aware, Kevin, can you represent when it was produced to us?

MR. UELAND: It was produced to you on Friday.

MS. WOLF: If you could provide a Bates range for that at some point, that would be helpful.

MR. UELAND: Put it in a letter.

MS. WOLF: It wasn't produced as an individual document on Friday, though, was it?

MR. UELAND: We produced documents on Friday. It was in there.

Q And why did you go back then and just do another report with sales unit number?

A I was asked for more level of detail.

Q And in an initial run-through, why wouldn't you have included the number of units sold?

36

A The initial request was geared as I believe towards sales values, so the information that you see on the sheet in front of you has the sales values and I believe that's all. It has the gross sales value and ultimately gets down to net sales.

Q The information requested, relevant information, as you understood it, who asked you for particular information?

A Tom Parker.

Q Just on this sheet that includes the product number or unit number sold, is that another column, what would that look like?

A That actually has the SKUs going across the top and the line items to the P&L in a more traditional format going down the left side of the page. Ordinarily if you read a financial statement, company's 10K, for example, the line items go down the side, such as sales and cost of sales and so on and the cuts of the data go across in the financial statement, for example, years in this case, SKUs would go across and the line items of our P&L go down.

Q But it contains simply this information with the addition of unit numbers or is there more information on that sheet?

A There is more information relative to our P&L.

39

1  Q Okay. And what additional information is on those
2    sheets?
3  A Cost of goods sold, there are many additional line
4    items I guess getting from the top of the P&L to the
5    bottom of the P&L, trade rebates would be shown,
6    consumer offers, cost of goods sold, gross profit,
7    customer expenses and customer contribution.
8  Q But the units, for example, would be identified by
9    unit, it would be discernible what the units at issue
10   were or is there a special code or accounting used for
11   that? For example, would it read, if you could direct
12   your attention to Exhibit 23, would it look more like
13   this form?
14 A No, this form still has the P&L line items going
15   across the page rather than down.
16 Q But the retail units would be labeled in a similar
17   fashion on the P&L?
18 A Correct.
19 Q And when you say retail units, that reflects what's
20   been shipped to customers rather than consumer
21   take-away?
22 A Correct.
23 Q Could you tell me approximately or exactly if you know
24   the number of R-9500 units sold on a monthly basis?
25        MR. UELAND: For every month that

1  A That is a classification we use internal to Rayovac to
2    stratify our products by different characteristics,
3    brands and sub brands and so on, and the 492 would
4    actually be technically the product hierarchy label
5    used in SAP to track that data.
6  Q Okay.
7  A The 492 has nothing to do with the outside world.
8  Q And going across here, the last column reflects retail
9    units, correct?
10 A Correct.
11 Q While it's done on an annual basis, the R-9500 you
12   said was not sold you said until September 2003?
13 A Correct.
14 Q So therefore that would have been the only -- is that
15   correct that then that would have been the only month
16   it was available?
17 A In fiscal 2003?
18 Q Yes.
19 A Yes.
20 Q So would it be fair to conclude that there were 3,312
21   R-9500s sold in September 2003?
22 A From Remington to their customers, yes.
23 Q If any of those units were subsequently returned, that
24   would show up later in the 2004, if you could go down
25   there to that section, that bar?

38

1    they were sold?
2  Q Let's start with October.
3        MR. UELAND: Object to the question
4    as unfair.
5        MS. WOLF: Objection is noted.
6  Q You can answer.
7        MR. UELAND: If you can.
8  A Utilizing the sheet in front of me, it says -- for
9    which particular time frame are you looking for?
10 Q For October 2004, as an example.
11 A I do not know that information. I do not have that
12   committed to my memory, and the information in front
13   of me is in annual buckets, not monthly.
14 Q Let's look at the top column on Exhibit 23. It refers
15   to FY '03?
16 A Correct.
17 Q And most of our columns appear to be blank, but there
18   are numbers in one column, correct?
19 A Most of our rows?
20 Q I'm sorry, rows, yes.
21 A Yes.
22 Q But it seems that there are some sales recorded for
23   the R-9500CS, is that correct?
24 A Yes.
25 Q What does 492 next to that mean?

1  A Correct, or 2005.
2  Q How long do you permit customers to return?
3  A I'm sorry, I don't understand the question.
4  Q Well, if someone purchased a unit in September 2003,
5    you said that it's possible it wouldn't be returned
6    until 2005?
7  A Because we physically don't serial number each and
8    every one of our units, we don't know specifically
9    when a return comes back, so if we take a return of a
10   R-9500 this month, all we know is we sold it sometime
11   before today. But being we don't have them serially
12   numbered, identified with a serial number, it's
13   virtually impossible to track exactly when that unit
14   came from.
15 Q Just going across the top here, what the various
16   columns are labeled, I think on the other sheet we
17   talked about what ILC B4 returns means. We talked
18   about net EITF sales, the standard cost of I assume --
19   it looks like it's cut off. What is that column?
20 A Standard cost of goods sold.
21 Q What does the standard cost of goods sold refer to?
22 A That is our standard cost of our units times the
23   number of units sold.
24 Q What is included in -- actually, never mind. We'll
25   come back to that later. Gross contribution, is that

41

1  what that next column is?
2  A  On the top row, yes.
3  Q  And what does gross contribution refer to?
4  A  It's net sales less customer cost of sales.
5  Q  And what is considered customer cost of sales, what
6      does that refer to?
7  A  Both standard cost of goods sold and at times as you
8      see FY '04 other customer cost of sales.
9  Q  And what are those other customer cost of sales?
10  A  They could be a variety of items, such as temporary
11      displays, you know, the cardboard prepacks you bump
12      your carts into at Wal-Mart would be a good example of
13      those.  Other examples might include certain consumer
14      promotional offers.  GAAP requires them to be tracked
15      as a cost of sales.
16  Q  And what kinds of promo offers?
17  A  For example, if you were to give away a free item with
18      the sale, such as if we -- example I gave earlier was
19      if there was a sample of electric shave in there and
20      we pay, I don't know, 25 cents for it, that 25 cents
21      is not a promotional cost, it's actually a cost of
22      goods sold that would show up as part of our other
23      customer of cost sales.
24  Q  The fact that there is no separate column for other
25      customer cost of sales for FY '03, does that mean that

42

1      there were no such displays or promotions during that
2      time?
3  A  During FY '03 this information comes from a
4      combination of systems because understand we bought
5      the company October 1 of 2003, so this is information
6      from the Remington system.  Remington did not track
7      those types of expenses at a SKU level as we do in our
8      SAP system, so I can't answer your question as to
9      whether or not they may have had them at a SKU level,
10      but we're unable to track them at a SKU level.
11  Q  We talked about what Rayovac's fiscal year was.  What
12      was Remington's fiscal year?
13  A  Calendar year.
14  Q  So this top column is actually something that was
15      converted into the Rayovac system?
16  A  What do you mean by --
17  Q  I guess it's not done on a monthly basis, but at the
18      time that these sales were made, Remington was still a
19      separate company, is that correct?
20              MR. UELAND:  I think what the
21      witness is struggling with is what you're
22      referring to when you're saying these sales and
23      then this column.
24              MS. WOLF:  Are you objecting?
25  Q  If you understand the question, you can answer.  If

43

1      you don't understand, I'm happy to rephrase.
2  A  Could you please rephrase.
3  Q  Sure.  This top column reflects, as we established,
4      sales made in the month of September 2003, correct?
5  A  Correct.
6  Q  You also said that the Rayovac purchase or merger of
7      Remington became final on October 1st, 2003?
8  A  Correct.
9  Q  So at the time these sales were originally made,
10      Remington was still a separate company, correct?
11  A  Correct.
12  Q  And then at the point that the sale became final, you
13      received information on their sales, correct?
14  A  At a point in the future, yes, between then and now.
15      We didn't on October 1st get a --
16  Q  Understood, but this is something then that was
17      changed to reflect Rayovac's fiscal year and fiscal
18      cycle of accounting?
19  A  That's correct.
20  Q  Okay.  I just wanted to understand that.  Then at the
21      top there is one more column in fiscal year '03 that's
22      customer con.  Is that customer contribution?
23  A  That's correct.
24  Q  And what is customer contribution?
25  A  Customer contribution would be gross contribution less

44

1      customer expenses.
2  Q  And what are customer expenses?
3  A  They would include items such as broker commissions
4      and customer freight out.
5  Q  Broker commissions, what are those?
6  A  Broker commissions are a fee you'll pay a rep, a
7      manufacturer's representative to sell your lines into
8      certain accounts.  Some accounts require the most
9      efficient way to take your goods to market are through
10      a manufacturer's rep.
11  Q  And manufacturer's reps, are those Rayovac employees?
12  A  No, they are outside agencies.  They might carry
13      several lines of generally noncompeting products, but
14      they will call on customers and be your main contact
15      with that customer.  Some of them might be full
16      service and provide some sort of a service, but most
17      of them would be -- it's a commission in lieu of
18      having your primary contact be a Rayovac employee.
19      These rep groups are the primary contact and Rayovac's
20      face to that customer.
21  Q  But does Rayovac also maintain a sales force?
22  A  Yes.
23  Q  And does that sales force interface directly with the
24      customer as well?
25  A  Yes.

45

1  Q How do the functions then of the manufacturing
2    representative differ from the sales force?
3  A With certain accounts there are no manufacturer's
4    representatives. It's direct Rayovac employees
5    calling on accounts. With other accounts it's a
6    combination of the manufacturer's rep calling with our
7    sales force, and some smaller accounts it may just be
8    our manufacturer's rep calling on the account without
9    a Rayovac salesperson present or representing the
10   company.
11 Q Okay. Your question at least to me indicated that
12   there were three sort of categories, and you said the
13   smaller customers, that often it's just a
14   manufacturer's representative or at times there is.
15   Are the larger accounts generally maintained by either
16   sales representatives individually or the combination
17   of sales reps and manufacturing reps?
18 A Yes.
19 Q Of the largest accounts, are those maintained by sales
20   reps or are these manufacturing representatives?
21 A Today I believe it's all direct sales reps.
22 Q And who would you include in those largest accounts,
23   what customers?
24 A Actually, at retail Wal-Mart, K Mart, Target would be
25   examples of those.

46

1  Q Directing your attention back to Exhibit 23, in fiscal
2    year '04 it looks like we have some different column
3    headings that weren't included above. ICL B4 returns
4    is there, NSR Trade, is that returns, is that the --
5  A NSR trade rebates.
6  Q Which are what?
7  A The NSR stands for net sales reductions.
8  Q And what are trade rebates?
9  A Examples of trade rebates would be things like volume
10   rebates that customers earn as part of a program,
11   co-op advertising allowances in most cases. Those
12   would be some key examples. Ultimately they are funds
13   that go to the trade.
14 Q So those aren't customer rebates, for example?
15 A They're not consumer rebates.
16 Q And then net EITF sales we have talked about above.
17   The standard cost of goods sold, we have talked about
18   other customer you mentioned above before. Gross
19   contribution is above. Customer E refers to what?
20 A Customer expenses.
21 Q And what are customer expenses?
22 A It's what we had just spoken about above.
23 Q Consumer and freight -- I'm sorry, you also had
24   mentioned customer freight out. What does customer
25   freight out refer to?

47

1  A As we ship our product to our customers, most
2    arrangements include prepaid freight on our part, so
3    we track that freight against the products and put
4    that into our customer P&L and we do that at an
5    estimated level.
6  Q Now, it looks like for fiscal year 2004 in terms of
7    the 9500CS going across that there were 188,076 units
8    sold, is that correct?
9  A That's correct.
10 Q And 178,152 of those were 80906?
11 A Correct, a core SKU.
12 Q The core SKU is what's considered the most. Then the
13   390, that's the almost 5,000 bonus, is it bonus
14   offerings?
15 A I don't know the exact SKU. 81390 you were asking
16   about?
17 Q Yes.
18 A From document No. 22 that shows the R-9500CS/BONUS,
19   correct.
20 Q And 923 would be the specials?
21 A The SPCL, which I would assume means special, but I
22   don't know that for sure.
23 Q So you don't know exactly what the difference is again
24   between bonus and special?
25 A No, I do not.

1  Q Now, underneath it says reconditioned 493. Those are
2    also 9500s?
3  A Most likely, yes, in fiscal '04 at least.
4  Q The SKU is 81856?
5  A Then yes, they are 9500s.
6  Q And those are an additional 3,000 units?
7  A That's correct, factory reconditioned 3,000 units,
8    yes.
9  Q And those reflect U.S. sales then?
10 A The information on this document is for total
11   North America, so it could include Canada.
12 Q When you say could include Canada, how would we find
13   out if it included Canada?
14 A I would have to take another cut of the data to make
15   sure it was exclusive to U.S., but worst-case
16   scenario, this in fact should be a worst-case scenario
17   for U.S. Naturally our sales are heavily slated to
18   the U.S.
19 Q So this other sheet also indicates it's North America
20   sales. This also includes Canada?
21 A Yes, the CDN SKU, for example, is unique to Canada,
22   81043.
23 Q Okay. So the CDN SKU is unique to Canada, but would
24   the U.S., the ones without the CDN SKU, would those be
25   U.S. sales or U.S. only sold in the United States?

49

1 A Some of them would be unique to the U.S. However,
2 some of them may be bilingual and be sold in both
3 countries.
4 Q Have you ever just printed out these sheets or
5 produced these sheets to counsel for just U.S. sales?
6 A Not that I'm aware of, no.
7 Q But would it be possible to do so?
8 A Yes.
9 MS. WOLF: We would request that
10 that is done and produced to us.
11 MR. UELAND: Put it in a letter.
12 MS. WOLF: It's already been part
13 of the document request, so we expect that that
14 will be produced to us in advance of the expert
15 deadline.
16 Q And then customer C, is that customer contribution
17 that we talked about above?
18 A Correct.
19 Q And just remind me again what customer contribution
20 is.
21 A Customer contribution would be net sales less customer
22 cost of sales less customer expenses.
23 (Exhibit 24 is marked for identification)
24 Q Have you ever seen this document before?
25 A Not that I recall.

50

1 Q Is this a document that looks like it's something that
2 would have been done by somebody at Rayovac?
3 A No, the date at the top says September '03.
4 Q If you look on the second page of it in the bottom
5 corner there is a name, Bruce Adams. Do you know who
6 Bruce Adams is?
7 A No.
8 Q So he's not someone at Rayovac as far as you know?
9 A As far as I know.
10 Q The first line, if we could look, it indicates that
11 this is a forecast or the U.S. marketing forecast.
12 Does Rayovac also create forecasts for products?
13 A I guess what do you mean by create forecasts for
14 products?
15 Q Do you try to predict in any given year how many of
16 each product that you anticipate will be sold to
17 customers in a given month?
18 A Yes.
19 Q And what is the purpose of creating such forecasts?
20 A For inventory planning purposes.
21 Q And in doing that, the forecast numbers, what is the
22 source of the forecast numbers generally?
23 A A combination of sales force, marketing and
24 statistical monitoring input.
25 Q Is that partially based on past experience?

51

1 A Yes.
2 Q Is it fair to say that the best indication of how many
3 units you'll sell in November 2005 was how many units
4 you sold in November 2004?
5 A No.
6 Q What would be the best indication?
7 A Although that's a starting point, there are many other
8 factors that would go into it.
9 Q What other factors would go into it?
10 A Number of customers with the products listed, number
11 of stores those customers have, number of facings
12 within each store, number of other SKUs in the store,
13 to name a few.
14 Q You mentioned that this is a collaborative process
15 between the sales force and marketing and statistical
16 model input. Is someone ultimately responsible for
17 creating the forecasts?
18 A Creating what level of forecasts? I mean we have --
19 Q For inventory planning purposes.
20 A We have an inventory planning group, yes, and they
21 ultimately own an inventory plan.
22 Q What other purposes other than inventory planning
23 would you create forecasts?
24 A At a SKU level?
25 Q Yes.

52

1 A That's the primary use for our forecasting process of
2 total North America at a SKU level would be for
3 inventory planning.
4 Q What about for sales planning?
5 A For total North America we do not rack up a forecast
6 by SKU for sales planning.
7 Q And for marketing?
8 A Same thing.
9 Q After these forecasts are done, are you aware, does
10 inventory planning then go back and ever look at how
11 accurate they were?
12 A To my knowledge, they do in an effort for constant
13 improvement, measure their accuracy and try to
14 improve.
15 Q Generally how good are they?
16 A I don't know the answer to that.
17 Q Has there ever been a time that you are aware of where
18 they have been extremely surprised by either the under
19 performance or over performance of a product?
20 MR. UELAND: Objection, vague as to
21 what you mean by extremely surprised.
22 Q You can answer.
23 A There has been times when their forecast was different
24 from what we had -- the actuals were different from
25 what we had forecasted certainly, and obviously at

53

1 times that came in at an unexpected rate.

2 Q What was the unexpected or the discrepancy attributed

3 to, what kinds of things?

4 A Each situation might be unique.

5 Q Of the situations you are aware of where that

6 happened, what were some of the causes?

7 A Projected consumer take-away was not what we had

8 anticipated it would be, so consequently reorder sales

9 were significantly less.

10 Q So it wasn't that you under predicted sales, you over

11 predicted?

12 A You could cite examples of either situation depending

13 upon the SKUs you're looking at.

14 Q Do you know any particular time where consumer

15 take-away was either significantly higher or lower

16 than forecasts?

17 A Relative to specific SKUs or --

18 Q Relative to any of the Titanium Smart System

19 products.

20 A I'm not aware of any specific examples on the Smart

21 System products where it was substantially ahead of or

22 behind our forecast levels.

23 Q Is there someone who might be aware if that had -- are

24 you saying that it didn't occur?

25 A No, I'm not saying that. In my normal course of

54

1 business I'm not involved at a SKU level comparing

2 forecast to actuals.

3 Q Is there someone in the inventory planning group who

4 would know that?

5 A Yes.

6 Q And who is that?

7 A Sandy Kasdorff.

8       (Exhibit 25 is marked for identification)

9 Q If you could turn to a page that is Bates numbered

10 R13796.

11 A Is this the page? (Indicating)

12 Q You'll see it is "New Products: R-9400" across the

13 top.

14       MR. UELAND: I think the witness

15 should just have some time to review the document.

16       MS. WOLF: The witness asked a

17 question if he was at the right page. I'm happy

18 to give him time.

19       MR. UELAND: No, I understand.

20       MS. WOLF: At this point I'm only

21 asking him a question about this particular page.

22       MR. UELAND: I'm saying it's one

23 page stuck among many. I feel he should have the

24 time to review it.

25       MS. WOLF: If he wants time to

55

1 review it, he can ask. I'm more than happy to

2 give it to him.

3 Q Have you seen this document before, this document as a

4 whole before?

5 A Yes.

6 Q And would you have seen it -- it's dated September

7 2004. Is that about the time you would have seen it?

8 A Probably, yes, maybe not this specific document, you

9 can appreciate as the building needs, there might be

10 various versions of them, right, and revisions.

11 Q And directing your attention to the page, the number I

12 have given you, the new products R-9400, have you seen

13 this page before or something like it?

14 A I have seen new product introduction pages quite

15 often. I don't specifically recall this page from

16 another.

17 Q And you'll see on the bottom right-hand corner of the

18 page it indicates a launch date of April 2005. Did

19 that product in fact launch in April 2005?

20 A No.

21 Q Has it launched at any point in time?

22 A No.

23 Q So the R-9400 is not currently being sold?

24 A Correct.

25 Q And why not?

56

1       MR. UELAND: Object to the question

2 as outside the scope of this deposition.

3 Q You can answer.

4 A As we looked at the SKU, we just decided that it

5 wasn't an appropriate addition to our line.

6 Q So there is currently not an intention of selling the

7 product?

8       MR. UELAND: Same objection.

9 A To my knowledge, no.

10 Q Were you involved in the decision not to introduce the

11 SKU?

12       MR. UELAND: Same objection.

13 A Not directly.

14 Q Were you involved indirectly?

15 A Analyzing sales.

16 Q And what kind of sales did you analyze?

17 A Looking at the sales of our rotary shaving products.

18 Q And who asked you to indirectly participate in this

19 decision?

20 A The marketing management, marketing brand management.

21 Q Was there someone in particular?

22 A Sean Martin.

23 Q And when you reported back to Mr. Martin, what did you

24 tell him based upon your analysis?

25 A I just gathered information regarding unit sales and

57

1  profitability of some existing SKUs for his
2  evaluation.
3  Q So you didn't present any conclusions to him, you just
4  gave him raw data?
5  A Correct.
6  Q We have the R-9500 is the rotary shaver marketed with
7  a cleaning system. Are there any other products that
8  work with what we understand is called CCS1, cleaning
9  center one?
10  A CCS1 is a term I'm not familiar with.
11  Q Are there any other rotary products sold by Rayovac
12  with a cleaning center?
13  A No.
14  Q Is there a shaver called an R-9700 that you are aware
15  of?
16  A No, not that I'm aware of.
17  Q How about an R-9100?
18  A I'm trying to recall if we have a 9100. I know we
19  have a 910. I don't specifically recall if we have a
20  9100 off the top of my head.
21  Q And is a 9170 just a shaver not sold with a cleaning
22  system?
23  A That's correct.
24  Q Is the 9500 considered a higher end shaver over the
25  9170?

-58

1  A Yes.
2  Q Are there others, are there other simple rotary
3  shavers that are sold?
4  A Besides those two models?
5  Q Yes.
6  A Yes.
7  Q Are any of those -- is there any plan to sell any of
8  those with a cleaning center?
9  A Not that I'm aware of.
10  Q Would you be involved in making that decision?
11  A At some point I would be involved in the analysis most
12  likely.
13  Q Who would initiate that decision making?
14  A The brand team, the marketing brand management.
15  Q And that's Sean Martin who we just talked about?
16  A Yes, he is in charge of men's shaving for the
17  marketing perspective.
18  Q So there are no current plans to release any
19  additional rotary shavers with a cleaning system?
20  A Not that I'm aware of.
21       MR. UELAND: Objection, asked and
22  answered.
23  Q Are there any foil shaving systems sold with a
24  cleaning system?
25  A Yes.

59

1  Q And what products are those?
2  A The ones we spoke of earlier.
3  Q So that's the MS-550 and the MS-5700?
4  A No, MS-5500.
5  Q 5500, I'm sorry.
6  A And the MS-5700.
7  Q With regard to the MS-5500, are you aware when the
8  product was first sold in the United States?
9  A The MS --
10  Q 5500.
11  A I believe that was sold during Q4 of fiscal '04.
12  Q You can look at Exhibit 22. Would that help you?
13       (Witness examining document)
14  A Correct, fiscal Q4 of fiscal '04.
15  Q And in what month was that?
16  A August.
17  Q So the MS-5500CSSMCP, what do those other -- what do
18  those letters attached to the 5500 number indicate?
19  A I believe I answered that previously.
20  Q So it means the same thing as on the 5900?
21  A Correct.
22  Q And that would be -- can you remind me what it is.
23  A The SMCP is Sensormatic and Checkpoint.
24  Q Do you have any idea why the -- there is no separate
25  just number listed for the product on the 5500, but

60

1  there is on the 9500. Are you aware of why there is
2  that distinction?
3  A Yes.
4  Q And what is that?
5  A Remington employed a philosophy of separate SKUs, some
6  with source tagging and some without. At least
7  initially, shortly after we acquired the company, we
8  moved in the direction of a single SKU with both tags,
9  so therefore there is not a separate SKU that is not
10  tagged.
11  Q And the unit sales for these products would also be
12  included on the additional sheet that was produced to
13  us last Friday?
14  A Yes.
15  Q And again that would include Canadian sales, however,
16  that sheet?
17  A Yes.
18       MS. WOLF: Again we would ask for
19  U.S. sales figures separating out the Canadian.
20  Q And then the second foil product that you mentioned is
21  the MS-5700?
22  A Yes.
23  Q And do you know when that was first sold in the
24  United States?
25  A It appears during Q1 of fiscal '05.

61

1  Q In October?
2  A Correct.
3  Q How is the 5500 different from the 5700?
4  A The 5500 has LEDs to indicate the battery life. The
5    5700 has an LCD panel to indicate the battery life.
6  Q And that's the only difference?
7  A To my knowledge, yes.
8  Q Is it standard to introduce a separate product just
9    based on that single distinction?
10 A We have done it in the past.
11 Q I guess for someone who doesn't know, what's the
12   difference between them that would be meaningful
13   enough to require the creation of a separate product?
14 A Ultimately that's in the consumer's eyes, what
15   features and benefits they would like to have in a
16   shaver.
17 Q So one is not generally considered superior, it's just
18   a matter of consumer preference?
19 A The LCD panel is considered superior to the LEDs.
20 Q And is the 5700 therefore priced higher than the 5500?
21 A Yes.
22 Q Do you know roughly how much higher?
23 A I believe the retail is approximately $20.
24 Q And the 5700 is still being sold in the United States?
25 A Yes.

62

1  Q Again, the sales volume per unit is included on the
2    additional sheet?
3  A Yes.
4  Q There is on the sheet listed an 81705 SKU, I'm sorry,
5    on Exhibit 22 that says MS-5700NEW?
6  A Um-hum.
7  Q What does that mean, new?
8  A Again it would be a tag that someone in supply chain
9    added to a SKU so that they and the computer system
10   could differentiate it. I'm not familiar with the
11   exact specific differentiating feature, if it's
12   something like a case count difference, if it's
13   something like a larger package. There could be a
14   variety of different reasons why that SKU would be
15   labeled as new.
16 Q If you can direct your attention to page R 004950,
17   looks like the only entry on any of these pages is in
18   accrued returns on the new?
19 A R 004950 --
20 Q It's December 2004.
21 A Okay. I'm on that page.
22 Q Do you know why there would be a return without any
23   sales recorded?
24 A On the 81705?
25 Q Yes.

63

1  A Our returns, depending upon what -- many of our
2    returns are keyed into the system as an order, and so
3    very quite possibly what happened is the customer
4    service rep went into the system and chose the wrong
5    part number, searched for MS-5700, found SKU 81705,
6    typed that in as the SKU, because it's active, the
7    system will process a return against it, so basically
8    it's just human error on typing the SKU on the return.
9  Q Looking at Exhibit 23, is it correct that it doesn't
10   appear that any 81705s have been sold?
11 A Exhibit 23, I'm looking for that SKU on this page.
12            (Witness examining document)
13 A I believe that is correct.
14 Q But you don't know why a separate SKU was created,
15   it's not a new product?
16 A I do not know why a separate SKU was created in this
17   case, no.
18 Q Are you aware of any other products sold in the
19   United States that are the foil system with a cleaning
20   center other than the 5500 and the 5700?
21 A By Rayovac/Remington?
22 Q Yes. Sorry.
23 A No, again, aside from accessory type items, new foils
24   and/or cleaning solution, but in terms of entire
25   systems, no.

1  Q And do you know if there is any plan to introduce any
2    new foil systems?
3  A Foil systems --
4  Q Foil systems with the cleaning center.
5  A No, I'm not aware of any plans to launch new foil
6    systems.
7            (Exhibit 26 is marked for identification)
8  Q Just take a minute and look at that.
9            (Witness examining document)
10           MR. UELAND: Lesley, I have two and
11   one of them is Bates numbered a little bit
12   differently. Which one should I have?
13           MS. WOLF: Let's make sure we have
14   the right one. 2456.
15           MR. UELAND: Okay. I can give this
16   one back to you.
17           MS. WOLF: Actually, I take that
18   back. I labeled the wrong one. We'll do this as
19   26 and we can do that one as 27. The only
20   difference between the two is the number and there
21   is just a note at the bottom.
22           (Exhibit 27 is marked for identification)
23 Q You can take a minute and just make sure it's the same
24   thing. They are different periods.
25           MR. UELAND: So you're representing

Deposition of ALAN SCHOEPP

65

1 that these are the same numbers in here?
2 Q Let's just look at 27 for now, setting aside
3 Exhibit 26. Do you recognize the writing on that
4 page?
5 A This writing? (Indicating)
6 Q Yes.
7 A No.
8 Q And I think you told me who Sean Martin is. He is the
9 director of business?
10 A Brand manager for shaving.
11 Q For men's shaving or all shaving?
12 A As of today, all shaving.
13 Q Is that something that changed recently?
14 A Depends on what you define as recently. Within the
15 last year it has changed. Initially Sean didn't have
16 all of shaving.
17 Q The source of the forecast numbers on there we have
18 already talked about generally, how forecasts are
19 made. Would this be a document that you would have
20 seen before?
21 A No.
22 Q Along the left-hand side you'll notice that there are
23 certain labels, best, better, good and OPP. Can you
24 explain to me what those labels mean.
25 A Those are categories of the shavers that we group them

66

1 into, so a good, better, best offering.
2 Q OPP means offering?
3 A Opening price point.
4 Q So the opening price point, those are generally
5 products that are introduced at the low end, that's
6 considered the low end of the market then?
7 A Correct.
8 Q So the R-9500 is considered a best, top of the line?
9 A Correct.
10 Q On the right-hand side there is something called the
11 R-9400. Is that just a shaver?
12 A Isn't that the shaver we discussed from Exhibit 25?
13 Q You're right, so that is obviously something that has
14 not come to fruition?
15 A Correct.
16 Q And then look at the next page and the MS-5500 and the
17 MS-5700 talked about. Those are both considered top
18 of the line products?
19 A Yes, based on feature offerings.
20 Q And what are feature offerings?
21 A Those are the primary differences between the
22 different categories, the features that come with a
23 shaver, corded, rechargeable, cordless, single foil,
24 dual foil, triple foil, other features, on-off switch
25 versus LED information versus LCD panel, pop-up foil

67

1 versus just all fixed foils.
2 Q Are you aware of what features are part of the 5500
3 and 5700 that put them into the best category?
4 A Again the good, better, best, the OPP good, better,
5 best is about pricing categories, so pricing
6 categories at consumer retail, and the MS-5500 and the
7 MS-5700 are some of our most full-featured shavers,
8 and so consequently they command the higher price
9 point lying in our best category.
10 Q I think I already asked this, but I just want to
11 verify that Rayovac does not have any other forecasts
12 for cleaner sales that you are aware of?
13 A Any other forecasts —
14 Q Because this is clearly labeled a forecast.
15 A A unit forecast, that's correct.
16 Q Again, you wouldn't participate in the making of these
17 forecasts other than —
18 A Not generally at a SKU level, no.
19 Q When you say not at a SKU level, at what level would
20 you participate in?
21 A Our forecasting process is geared toward product lines
22 as the lowest cut of data rather than SKU.
23 Q And what would be the relevant product line for these?
24 A Men's shaving.
25 Q And your involvement is simply in men's shaving?

68

1 A No.
2 Q You're responsible for women's shaving as well?
3 A Responsible for it from what perspective?
4 Q In your daily tasks you're aware of and monitor the
5 sales of the women's shavers?
6 A I work with financial results from a variety of
7 different product lines, including both men's and
8 women's shavers.
9 Q And what other products besides men's and women's
10 shavers?
11 A Grooming, personal care, alkaline, heavy-duty,
12 rechargeables, hearing aid batteries, lights, lantern
13 batteries, I'm trying to think, lithium, basically all
14 of our product lines in one form or another, either
15 myself directly or people that work for me.
16 Q Are you aware that Rayovac now sells a women's shaver
17 with a cleaning system?
18 MR. UELAND: Objection, assumes
19 facts not in evidence.
20 Q You can answer.
21 A We have plans to launch a women's shaver, yes, with a
22 cleaning system.
23 Q Has that product in fact been launched?
24 A I don't know if we have made first shipments or not on
25 that SKU, being that SKU is not part of the

**69**

1  information.
2  Q You mentioned actually that you had pulled up a number
3    of SKUs. How did you identify which ones to pull up?
4  A I asked our marketing management to designate which
5    SKUs this lawsuit would cover, which models it would
6    cover, and then I went and found all of the SKUs
7    associated with those models and pulled the
8    information.
9  Q And when you went to marketing presumably, was your
10   specific request what SKUs this lawsuit would cover or
11   did you give them some sort of classification of
12   product to work with?
13 A No, an E-mail came from Tom requesting information.
14 Q But if in fact the women's shaver had been launched
15   and sold, which I'll represent to you it has, would
16   you have access to the sales volume information in
17   similar kinds of reporting fashion?
18 A Yes.
19         MS. WOLF: We would request
20     production of that information as well pursuant
21     to the document request.
22 Q I'm assuming based on the fact that you weren't aware
23   the product had been sold that you haven't seen any
24   sales numbers for the women's shaver?
25 A Correct.

**70**

1  Q Are you aware of any forecasts for the women's shaver
2    with cleaner?
3  A Not at a specific SKU level in an aggregated fashion
4    such as the information you have shown me here, no.
5  Q Just review, other than the 5500, the R-5500, the
6    MS-5500 and the MS-5700, there are no other -- and the
7    women's shaver, there are no other products being sold
8    with the cleaning center currently?
9  A None that I'm aware of.
10 Q And that there are no other products that are planned
11   to be sold with the cleaning center?
12 A None that I'm aware of.
13 Q And there is no current plan to release the 9400?
14 A No.
15         (Exhibit 28 is marked for identification)
16 Q Take a minute and just flip through this document.
17         (Witness examining document)
18         MR. UELAND: Is there a particular
19     page you would like him to focus on?
20 Q Yes, look at 13426 and 13427.
21         MR. UELAND: And feel free to
22     review as much of it as you want.
23 Q At the bottom column before you get to total there is
24   something called CS. Does that refer to cleaning
25   center products?

**71**

1  A I would guess it refers to cleaning system products.
2  Q So this is not something that you have ever seen
3    before?
4  A I have seen this, just not concentrated at that level
5    of detail.
6  Q What do you mean by not concentrated at that level of
7    detail?
8  A I guess as I flip through these, I would look at that
9    and say it's a natural progression, OPP, MS2, MS3,
10   kind of along that good, better, best just kind of
11   using a different set of labels associated with it,
12   again, you know, kind of categorizing the shavers into
13   categories consistent with their features and
14   benefits...
15 Q I'm interested in, if you look at 13426, on the fiscal
16   '04 YTD, which I assume means year to date?
17 A Um-hum.
18 Q For CS it lists two numbers, a gross dollar number of
19   1.2, which probably needs some zeros added to get to
20   an actual number, and then .4. Do you know what the
21   source of those numbers are?
22 A Individuals that create reports like this have access
23   to information such as that through a variety of
24   systems we have set up at Rayovac, so I can't
25   definitively tell you what it would be sitting here.

1  Q But the gross dollar figure you said that that
2    would -- do you think that probably -- not probably,
3    do you think that reflects the ILC returns, B4 returns
4    that we talked about in common parlance?
5  A It certainly should.
6  Q And this document I believe is dated September 2004,
7    so that is just before the close of fiscal year '03?
8  A Fiscal year '04.
9  Q Okay. If you look at the annual sales of cleaning
10   center products for fiscal year '04, which is
11   Exhibit 23, there seems to be a large difference in
12   the numbers. Can you explain why there is a
13   discrepancy?
14 A No, because there is no date, no specific date on this
15   presentation, Exhibit No. 28. That F'04 year to date
16   data could have been pulled anytime.
17 Q So you think it's possibly unconnected to the
18   September 2004 date, the September 2004 date on the
19   cover of the presentation?
20 A Not necessarily. It very well could have been early
21   September of 2004.
22 Q But at that point would not most of the -- 11 months
23   of the fiscal year would have passed, correct?
24 A That's correct.
25 Q So to get from 1.2 to what I see as 25, unless I'm

73

1 looking --
2 A Where are you getting 25? Bear in mind this 13426 is
3   only foil.
4 Q Is it possible that two million somehow came in at the
5   end of the year or is it more likely that this is just
6   the timing when this was generated?
7           MR. UELAND: Objection, compound.
8       What are you asking him?
9 A Yeah, I don't know.
10 Q My question is was there different data used to
11   generate the annual sales, which is Exhibit 23, versus
12   this report being made in the business review?
13 A The source data should have been exactly the same.
14   Being that I did not create both documents, I cannot
15   affirm that, but it should have been the same.
16 Q Thank you.
17           (Exhibit 29 is marked for identification)
18 Q Is this a document that you have ever seen before?
19 A No.
20 Q So am I correct then that you don't know which -- it
21   just has months labeled August, September, October.
22   Do you know what year?
23 A No, there is no indication anywhere what year.
24 Q And there is no way to tell what products this is
25   referring to either?

74

1 A Not that I'm aware of looking at this document. It
2   could be on alkaline sales. I don't know.
3 Q And you have no idea why the information would be
4   tracked in this sort of nonspecific way then?
5 A No. In the normal course of business you'll be asked
6   for various ad hoc requests at times, and you'll pull
7   the information and that will be that.
8 Q So you have never seen any other documents like this
9   reflecting the cleaning center products?
10 A Not that I'm aware of where we have pulled out which
11   customers and units.
12 Q Looking at the customers listed here, is this what you
13   would consider a representative list of some of the
14   major customers on the cleaning center products?
15 A It would appear so. However, these customers are also
16   major customers on other products of ours as well, so
17   being this is not directly labeled as cleaning system
18   units, I have no bearing to tie this to cleaning
19   systems.
20 Q Are there any other documents that you know of that
21   you are aware of that track sales volume on a product
22   basis?
23 A On a SKU level basis?
24 Q Yes.
25 A Only on ad hoc basis, nothing that I'm aware of that's

75

1 done on a formal basis that is routinely updated from
2   our system. Tracking, I'm just trying to think what
3   people can access on a regular basis. I can't think
4   of anything that's formally out there that
5   communicates unit sales of specifically the cleaning
6   systems.
7 Q Just going back to the last set of numbers that we
8   were looking at and return to the shaving business
9   review, recognizing --
10 A Exhibit 28?
11 Q Yes. Recognizing that this is undated so it's
12   difficult to be precise, would you consider the annual
13   sales numbers to be a more reliable source of
14   information about sales, Exhibit 23 versus Exhibit 28,
15   if one was interested in knowing the gross sales and
16   gross profits?
17 A Yes.
18 Q So 23 would be a superior method for that?
19 A Yes.
20 Q You have faith in the confidence -- you are confident
21   that 23 accurately reflects the annual sales?
22 A Correct.
23 Q Does Rayovac sell cleaning fluid refills for the
24   cleaning center products?
25 A Yes.

76

1 Q And do these products have a separate label or name?
2 A Separate SKU you mean?
3 Q Yes.
4 A Yes.
5 Q Do you happen to know what that is?
6 A The exact SKU number I do not. However, consistent
7   with the model MS-5500, the so-called model number
8   would be CC-100.
9 Q And do you know how cleaning fluid refills are
10   packaged?
11 A Yes.
12 Q How are they packaged?
13 A A cardboard box.
14 Q Are they sold in a single bottle, one pack, two packs?
15 A Single bottle in a cardboard box.
16 Q Are you aware of how many of these are sold on a
17   monthly basis?
18 A I have exposure to that, but I cannot quote that
19   number sitting here.
20 Q Could you create a similar sort of output or
21   spreadsheet that you have regarding the monthly sales
22   for the cleaning fluid refills?
23 A I believe that was also part of last Friday's
24   documents.
25 Q Do you know what the costs are of those sales -- or of

79

1    creating the product?
2    A Not off the top of my head, no.
3    Q Would that be documented somewhere in a similar
4      fashion to the annual report or would you have access
5      to that information?
6    A Yes.
7    Q Obviously since you're not aware of specifically what
8      the costs are, you probably don't know what the
9      specific profit is either?
10   A Again, off the top of my head, no.
11   Q But nonspecifically, are the refills considered a
12     profitable product?
13   A Yes, they generate positive contribution, as do most
14     of our products or we wouldn't be in business.
15   Q Relative to the costs, is it considered a high profit
16     margin?
17   A I have not specifically looked at the profitability of
18     the refills. Just from a materiality standpoint of
19     historically we have not had huge sales dollars there,
20     so it hasn't been an area of heavy analysis.
21   Q Have you seen any forecasts for refill sales?
22   A No.
23          MS. WOLF: Why don't we take a
24     short break.
25          MR. UELAND: It's 10 after 11.

1    I can't comment.
2    Q Who is involved with ramp-up schedules?
3    A Generally the purchasing area would be a primary
4      driver of ensuring the ramp-up schedules are out there
5      with the vendors.
6    Q Just take a look back then. Would a July 2003 begin
7      of manufacture be consistent with a first sale in
8      September 2003?
9    A It would appear reasonable.
10   Q Going back to Exhibit 22, which number on this page,
11     if any, would you say best represents the revenue
12     generated by the sale of the 9500?
13          MR. UELAND: What page?
14          MS. WOLF: On the first page.
15   A The revenue generated by the sale of the R-9500, the
16     $4,704,000.
17   Q Before or after the returns?
18   A The net EITF, so after returns.
19   Q And that would be the same for each month and each of
20     the products then, correct?
21   A Correct.
22   Q And looking at Exhibit 23 then, the same net EITF
23     sales figure that appears there is on an annual basis,
24     a calculation of revenue, correct?
25   A Correct.

78

1          (A short recess is taken)
2          MR. UELAND: Back on at 11:20.
3    Q When was the R-9500 first manufactured?
4    A I don't know that specific date.
5          (Exhibit 30 is marked for identification)
6    A Sections three through five talk about manufacturing
7      dates.
8    Q As part of topic three, manufacturing costs of the
9      dates are relevant to that. If you look at page 2182,
10     what is this document?
11   A I don't know being that it's from prior to Rayovac
12     owning Remington.
13   Q For purposes of this litigation, Remington has merged
14     into Rayovac, the parties agreed that essentially
15     Rayovac would stand in Remington's shoes, if you could
16     just take a minute and look at it and let me know if
17     you can figure out what it is.
18   A It would appear it's a ramp-up schedule to produce
19     products.
20   Q And the first date on that ramp-up schedule is?
21   A The first date on this ramp-up schedule as per
22     engineering time line, as the document says, is
23     July 30th, 2003.
24   Q And are ramp-up schedules generally adhered to?
25   A I'm generally not involved with ramp-up schedules, so

1    Q Other than these two documents, are you aware of --
2      are there any other documents that report revenue for
3      the cleaning center products?
4    A Report revenue to who or to --
5    Q Let's start internally, are there other documents used
6      to report revenue?
7    A Of just the cleaning system?
8    Q Yes.
9    A No.
10   Q What about externally?
11   A Not that I'm aware of.
12   Q When you talk about manufacturing costs, what is
13     included in manufacturing costs?
14          MR. UELAND: For the products at
15     issue, right?
16          MS. WOLF: Yes.
17   A The products at issue are not produced by our own
18     owned facilities, so the standard cost or the cost
19     that goes into the manufacturing cost of those are all
20     purchase prices or we'll purchase a shaver and for the
21     cleaning systems we'll purchase various components,
22     such as the box and the cleaning solution and so on
23     and we'll pay a contractor to assemble them.
24     Additionally, we would include an appropriate amount
25     to cover the duty and the freight associated with

81

1   getting the goods to our site available for sale.
2   Q Are there documents showing these purchase prices?
3   A Certainly there would be POs to our vendors showing
4     f.o.b. pricing.
5   Q And who would have those documents?
6   A Those documents would reside in our SAP system in
7     electronic format.
8   Q And would they be tracked on some sort of SKU basis of
9     what product they were being ordered for?
10  A When you say tracked, you mean does someone do a -- I
11    guess I'm unclear what your question is.
12  Q For example, if you're ordering 1,000 shavers and 750
13    of them are for a cleaning center or are for the
14    R-9500, 250 of them are for somewhere else, could you
15    just type in purchase orders for and list the SKU
16    number for the 9500?
17  A I would imagine if you had the appropriate part
18    numbers or SKU numbers in SAP, you could pull a query
19    of the units ordered.
20  Q And where are the part numbers tracked?
21  A Part numbers are in SAP attached to a given SKU with a
22    description. Once the SKU is set up, it's set up in
23    SAP with a part number and that's forever. Its
24    archived.
25  Q And contractors, even if you pay contractors to

82

1   assemble the products, would those also be tracked in
2     purchase orders?
3   A Most likely, yes.
4   Q And the duty and freight charges?
5   A Duty and freight charges, freight charges are based on
6     an estimate of the freight. As you can appreciate, we
7     would ship a mix of goods at any given point in time,
8     so it would be nearly impossible to individually
9     assign the exact freight cost to every individual
10    SKU. The duty costs are a function of the HTS
11    classification with the U.S. customs, and you look up
12    the classification of the product in the chart and the
13    country of origin and it says a duty rate, and so
14    consequently we accrue that duty rate into the cost of
15    the goods as we pay for them.
16  Q Do you know who makes the shaver for the 9500?
17  A I believe the vendor is Izumi.
18  Q And for the MS-5500 and 5700?
19  A I'm not certain of our vendor name on that one.
20  Q Is it Izumi?
21  A It may be, but I don't believe it is. I believe it's
22    an alternative vendor.
23  Q Do you happen to know who makes the box?
24  A I do not.
25  Q Do you know who would?

83

1   A What's that?
2   Q Would that be also tracked in those purchase orders?
3   A Correct.
4   Q And the cleaning solution?
5   A Again, I know that's done stateside because of the
6     flammability of it and the shipping associated with
7     it, so that is done in the States, but I do not know
8     our vendor name.
9   Q On Exhibit 23 are manufacturing costs included in one
10    of those categories?
11  A Yes.
12  Q Which category?
13  A Standard cost of goods sold.
14  Q But that's not simply manufacturing expenses, correct?
15  A The discussion that we went through before of what's
16    included in manufacturing costs is basically the
17    components of the standard cost.
18  Q What about distribution costs?
19  A Outbound distribution?
20  Q What do you mean, outbound distribution from Rayovac
21    to customers, is that --
22  A I guess I'm trying -- distribution costs --
23  Q Distribution costs from Rayovac to Rayovac's
24    customers.
25  A Okay. Outbound freight from Rayovac to our customers

84

1   is not part of standard cost or part of our
2   manufacturing cost. It's inappropriate with GAAP.
3   Q So where is that tracked?
4   A It's part of customer expenses. Earlier we were
5     discussing broker commissions, and at the same time I
6     believe we discussed distributor customer or freight.
7   Q What about the salaries of sales and marketing people,
8     are they included in distribution costs or
9     manufacturing costs?
10  A No.
11  Q Are those ever allocated on a product category basis?
12  A Salaries of individuals? No, and certainly not at a
13    SKU, but even -- no.
14  Q What were the research and development costs
15    associated with the development of the R-9500?
16         MR. UELAND: Object, it's outside
17    the scope of the topics this witness has been
18    designated for.
19         MS. WENDLANDT: You can answer the
20    question.
21         MR. UELAND: I'm going to instruct
22    him not to answer.
23         MS. WOLF: On what basis?
24         MR. UELAND: It's outside the
25    scope.

85

1    MS. WOLF: The scope of topic three
2    includes revenue, manufacturing costs,
3    distribution costs, profitability. To the extent
4    research and development are costs, the witness
5    should have been prepared and should be ready to
6    answer. If he can't answer, he can say that.
7        MR. UELAND: I don't believe that
8        *it falls within the category.*
9    Q Do you know the research and development costs?
10   A I do not know.
11   Q Do you know who would be aware of the research and
12       development costs?
13   A *I don't know that we separately track research and*
14       *development costs at an individual project or SKU*
15       *level such as this. There is nowhere in our system I*
16       *would be aware where anyone would be able to pull that*
17       *information.*
18   Q Even in engineering?
19   A Again, in our system, no.
20   Q But the budgeting allocation must come from some
21       source, correct?
22   A Budgeting allocation?
23   Q If someone in engineering wants to develop a new
24       product, presumably they need funds to do so, correct?
25   A Correct.

86

1    Q They would make a request somehow?
2    A Our system is not set up to micror manage our men's
3        shaving engineers to track when they're working on
4        feature A versus feature B. Our engineers are on
5        board to develop the best consumer products we can and
6        the level of granularity would be at a men's shaver
7        level, not down at a specific SKU level in terms of
8        tracking our research and development costs.
9    Q But there is a research and development budget for
10       men's shaving?
11   A *Correct.*
12   Q And who would have access to that budget?
13   A In terms of in the system?
14   Q Who would be able to know what the research and
15       development budget for men's shaving was in any given
16       year?
17   A I'm trying to think. The best individual related to
18       men's shaving, I would guess the person would be Yuri
19       Avili.
20   Q If you could flip back to Exhibit 30, the first page,
21       document Bates numbered R 002178, what is this
22       document?
23   A This document appears to be an estimated cost of an
24       R-9500 shaver and CCS1 cleaning unit cost, as it says
25       on the top, looking at various different options.

87

1    Q And which option did Rayovac choose to use?
2    A I don't know.
3    Q Would that be Yuri again who would know that?
4    A Yuri or potentially Sean. Like in the first option
5        talks about the colors of the carton, certainly we
6        wouldn't ask Yuri to make that decision.
7    Q Under option two there is something that says still
8        *waiting for Greg to develop. Do you know who Greg is?*
9    A No.
10   Q So the figure for standard cost of goods sold, that
11       would be what you would call manufacturing costs?
12   A Correct.
13   Q And could you generate a report on a monthly basis
14       again and quarterly basis that would reflect those
15       costs on a monthly and quarterly basis as opposed to
16       an annual basis?
17   A What did you want produced in that report?
18   Q The standard cost of goods sold.
19   A That's included in the documents that were sent last
20       Friday.
21   Q That's included. Okay. And the distribution costs,
22       which you said were the customer expenses, is that
23       correct?
24   A They are part of customer expenses tracked on a SKU
25       level.

1    Q You said they are part of customer expenses. What
2        else goes into customer expenses that you wouldn't
3        consider distribution costs?
4        MR. UELAND: Objection, asked and
5        answered. We talked about this at length this
6        morning.
7    Q Answer the question.
8    A Broker commissions would be included in that. That
9        would be the largest factor.
10   Q So you would exclude broker commissions from
11       distribution costs?
12   A Correct. The documents I submitted on Friday split
13       those out, show distribution separate from broker
14       commissions, and to the degree there is merchandiser
15       costs there, but those are rarely, if ever, tracked at
16       a SKU basis.
17   Q And then the gross profits of the products would match
18       up with which column?
19   A The gross contribution is listed.
20   Q And again the document you gave us on Friday also
21       breaks that out on a monthly and quarterly basis?
22   A Yes.
23   Q And then just to be clear, what comes out from gross
24       contribution to get to net profit?
25   A Between gross contribution and customer contribution

89

1  are customer expenses.
2  Q And you consider customer contribution to be the net
3    profit then?
4  A It's the lowest level at which we track SKU
5    profitability.
6  Q And the document you provided on Friday includes that
7    at a monthly and quarterly level as well?
8  A Yes.
9  Q Is there a marketing budget for the cleaning center
10   products?
11 A We do not track a marketing budget specifically for
12   cleaning systems.
13 Q Which marketing budget would they fall within?
14 A Men's shaving.
15 Q Is that the same for advertising budget as well?
16 A That's correct.
17 Q But there is no specific allocation beyond the men's
18   shaving grouping of those products?
19 A No specific allocation of?
20 Q Of the budget for marketing or advertising.
21 A No, we don't track it in our system, no.
22 Q Have there been any print ads for the cleaning center
23   products?
24 A Not that I'm aware of.
25 Q What about television ads for the cleaning center

90

1    products?
2  A There were television ads in which we advertised the
3    products that included a cleaning system, yes.
4  Q Was that specific to the R-9500 or was it all?
5  A There was a television ad that included the R-9500 in
6    it.
7  Q What else did it include?
8  A That was the only product that was shown in that
9    particular advertisement, but the advertisement was
10   not specific to cleaning systems per se.
11 Q And the funds that paid for that television commercial
12   came out of a general men's shaving advertising
13   budget?
14 A Yes.
15 Q Are there any people within marketing who are focused
16   on marketing and selling the cleaning center products?
17 A Exclusively?
18 Q Start with exclusively, yes.
19 A No.
20 Q Are there people who while not exclusively focused on
21   it are specialists, so to speak, in the cleaning
22   center area?
23       MR. UELAND: Objection, vague as to
24   what you mean by specialist.
25 A No, our brand managers carry the whole line. We don't

91

1    have an individual over there in our marketing area
2    that's a cleaning systems specialist.
3  Q So everyone who is a brand manager for men's shaving
4    markets the cleaning center product as part of their
5    responsibilities?
6  A As part of their responsibilities along with all other
7    men's shaving products.
8  Q Are the division of manufacturing costs versus
9    distribution costs the same for the MS-5500 and
10   MS-5700 that they are for the R-9500?
11 A Manufacturing costs and distribution costs?
12 Q No, the actual costs themselves, but there is no
13   distinction in the way the accounting is done as
14   between products?
15 A Right, the product, the accounting for items such as
16   standard cost and distribution costs are the same for
17   both SKUs.
18 Q Was it the same for Remington?
19 A Remington only had the one SKU that they sold.
20 Q And was the way Remington accounted for that SKU the
21   same as the way Rayovac accounts for that SKU?
22 A Remington did not track freight at a SKU level,
23   distribution out to the customers, so in general
24   Remington did not track the same level of granularity
25   on their SKUs as we track.

92

1  Q And again the document that you provided last Friday
2    included all of the distribution costs, revenue,
3    manufacturing costs for the 5500 and 5700 as well?
4  A Yes, based upon our sales of that product, yes.
5       MR. UELAND: Before we start a new
6    document, can we take a quick break?
7       MS. WOLF: Sure.
8       MR. UELAND: It will be a quick
9    one. 11:47.
10      (A short recess is taken)
11      MR. UELAND: Thanks. Back on at
12   11:49.
13 Q Just to verify, that document, you provided that to
14   counsel — with the breakdown by month and quarter,
15   you provided that to counsel last Friday?
16 A Correct.
17 Q And you did that at the request of counsel?
18 A Correct.
19 Q And when did they ask you for that document?
20      MR. UELAND: I'm going to object
21   and instruct the witness not to answer on the
22   grounds of privilege. Don't answer that.
23 Q I'm going to show you what is now 31.
24      (Exhibit 31 is marked for identification)
25 Q What is this document?

93

1  A It appears to be a quote for tooling.
2  Q And what is tooling?
3  A Tooling our parts that are required to manufacture, to
4    routinely manufacture the same part over and over
5    again.
6  Q But this is a cost -- is this a cost that Rayovac
7    would bear or the manufacturer would bear?
8  A Depends upon the negotiation.
9  Q If it were a cost that Rayovac were bearing, would it
10   be included in manufacturing costs?
11 A Tooling depreciation could be included in the
12   manufacturing cost. It's not always included in the
13   manufacturing cost, but it could be included in
14   manufacturing.
15 Q How do you decide when it is and is not included in
16   manufacturing cost?
17 A It's somewhat subjective as to whether or not we build
18   it into the standard cost of the product.
19 Q And though it's somewhat subjective, what factors go
20   into that decision?
21 A The overall value of the tooling, the estimated life
22   of the tooling and the impact of that cost in the
23   SKU's overall cost, so definitely if it's immaterial,
24   why bother.
25 Q With regard to the manufacture of the cleaning center,

94

1    has Rayovac paid the tooling costs?
2  A I don't know.
3  Q Who would know?
4        MR. UELAND: Can I just ask for
5    clarification, when you say cleaning center, which
6    one are you referring to?
7  Q With regard to the cleaning center for the rotary,
8    we'll start there.
9  A Being the cleaning system for the rotary was produced
10   before we bought the company, we would have to go back
11   into archive records of Remington if they exist at
12   that level, I can't fathom they do, to find where the
13   tooling was paid for or how it was paid for.
14 Q Is there an individual who would know whether or
15   not --
16 A There is not an expert, if you will, that came over
17   from Remington. Their financial staff did not
18   transfer to Rayovac.
19 Q What about for the foil cleaning center?
20 A The foil cleaning center we would have to check with
21   our operations group of how they built the standard on
22   that.
23 Q Is there someone specific in the operations group?
24 A Kristin Rider is the operations controller.
25 Q And how about the cleaning center for the women's

95

1    shaver?
2  A Same as the 5500.
3        (Exhibit 32 is marked for identification)
4  Q What is this document?
5  A Which part of the document?
6  Q The second page.
7  A Appears to be a tooling quote.
8  Q For which product?
9  A The WDF-7000.
10 Q Does this document give you any indication of how the
11   cost was accounted for?
12 A It does not.
13 Q Do you know who manufactures the women's shaver?
14 A I do not.
15 Q What about the cleaning base for the women's shaver?
16 A I do not.
17        (Exhibit 33 is marked for identification)
18 Q Take a minute and look at that document.
19        (Witness examining document)
20 Q What is this document?
21 A I don't know.
22 Q Have you ever seen it before?
23 A I have not.
24 Q In the lower left-hand corner it says REM, I assume
25   month end forecast by MATL. What is MATL?

3

1  A I can speculate that REM MoEnd Fcst by material stands
2    for Remington month end forecast by material, and the
3    next characters I would guess, can speculate represent
4    the date, April 5th -- wait a minute. I'm not sure
5    what those characters represent because we haven't hit
6    the year 2024 yet.
7  Q When you say material --
8  A MATL, material, yes.
9  Q What type of material would that refer to?
10 A That is a unique SKU within SAP.
11 Q And that number is not used anywhere else?
12 A What do you mean?
13 Q Is it only within SAP?
14 A I don't know what you mean by that.
15 Q Does that number -- I guess the third column is also
16   labeled MATL, and there is a series of numbers?
17 A Correct.
18 Q Are those numbers associated with the models listed
19   just to the left of them?
20 A Yes.
21 Q Is that association only for purposes of SAP?
22 A That association is for purposes of SAP and for other
23   systems that utilize SAP data such as the data
24   warehouse where I pulled the information from.
25 Q That's something that's internal then to Rayovac?

97

1 A The material number?

2 Q Yes.

3 A It's an internal thing to Rayovac, not to say that it

4    couldn't appear on a customer's order or invoice, so

5    it becomes an external thing.

6 Q But it's not like a SKU number that would show up on

7    the product itself?

8 A If it would show up on the product itself, it would be

9    in an inconspicuous way that a consumer wouldn't

10    notice it.  It would be for internal identification

11    only if it were to show up at all.

12 Q The first column says PCTR.  What does that mean?

13 A PCTR is an abbreviation for profit center.

14 Q And it seems there are a series of profit centers.

15    What is profit center 4110?

16 A Men's shaving.

17 Q And what about 4120?

18 A Women's shaving.

19 Q 4130?

20 A Grooming.

21 Q 4140?

22 A Accessories and spares.

23 Q That would include the cleaning fluid then?

24 A That's correct.

25 Q 4150?

98

1 A Personal care.

2 Q 4160?

3 A I'm pretty certain that's other Remington,

4    miscellaneous Remington items that don't have a home

5    in the previous mentioned categories.

6 Q What kinds of things would that be?

7 A We have a clothes shaver, for example.

8 Q A clothes shaver?

9 A You know, to shave the lint fur balls off of your

10    clothes -- or not fur balls, but lint balls off of

11    your clothes, so it doesn't really have a fit in any

12    one of our shaving or grooming categories, so odds and

13    ends such as that, generally not a significant portion

14    of our business.

15 Q The next column after materials is total.  Do you know

16    what that number -- what does that number reflect?

17 A I don't know.  It's not labeled on this document what

18    the number reflects.

19 Q And you see it's faint on the photocopy, but there is

20    some writing on at least the first page?

21 A In various areas, yes, there is.

22 Q Do you happen to recognize any of that writing?

23 A Recognize it in the sense of can I read it to you?

24 Q Whose it might be.

25 A No idea.

99

1 Q If this is a printout from the SAP system, do you know

2    why certain numbers are crossed out?

3 A I don't know that this is or is not a printout from

4    the SAP system and I don't know why anything would be

5    crossed off of it.

6 Q Is this grouping of profit center, is this a common

7    grouping at Rayovac?

8 A Yes.

9 Q Are you responsible for all of these profit centers

10    within the scope of your job?

11 A I work with all of these profit centers, yes.

12 Q Are there a lot of people who work with these, all of

13    these profit centers?

14 A I guess what do you mean by a lot of people?

15 Q What I'm trying to understand is what this document

16    is, so I'm trying to narrow the universe of who might

17    have made it and for what purpose it was made, what

18    these numbers reflect, so if there is something unique

19    about the group or the product categories that are

20    listed on it that would help us identify that, that

21    would be helpful.

22        MR. UELAND:  So is there a question

23    pending right now?

24 Q Yes, the question was are there a lot of people who

25    would be concerned with this grouping of profit

100

1    center.

2 A There are more people besides myself that span

3    multiple profit centers within our company.

4 Q Would you say that there are a hundred?

5 A No.

6 Q Fewer than a hundred?

7 A Yes.

8 Q Would you say that there are 50?

9 A Fewer than 50.

10 Q Would you say that there are 10?

11 A Probably more than 10.

12 Q Are there 20 approximately?

13 A Probably in the range.  I mean in the different

14    functional areas around the organization, marketing is

15    the one place where you're unique by product line, but

16    it's not uncommon in other areas.  I guess if you want

17    to throw our sales force into that, the number can

18    jump up over 20 in a heck of a hurry because currently

19    we charter our sales force to sell every single

20    product line, so to the degree these exist within

21    their customers, they're going to be concerned about

22    absolutely every product line.  So to go back to the

23    number, it could be considerably more than 20

24    depending on your definition of who is involved and

25    what are they looking at.

101

1  Q Excluding the sales force momentarily, of those 20
2     people, are there within that grouping people who
3     frequently generate reports?
4            MR. UELAND: Objection, vague as to
5       what you mean by frequently, objection as to what
6       you mean by reports. I mean as the question
7       stands, I think it's infirm.
8  Q That's fine. You can answer.
9  A People generate various ad hoc information on a
10    regular basis, you know, as needed.
11 Q Do you generate reports like this?
12 A Like this one here? (Indicating)
13 Q Yes.
14 A No, I do not.
15 Q You indicated that forecasts generally come from an
16    inventory group. Would they be included in the 20
17    people that would be concerned with all of these
18    profit centers and product categories?
19 A Yes, certain individuals down there would span all of
20    the profit centers.
21 Q And who are those individuals?
22 A Sandy Kasdorff would probably be the best person. Her
23    boss would be another, but she's the best.
24            (Discussion off the record)
25 Q And just looking at this list, as we go down it, would

102

1     you identify the products that refer to the cleaning
2     center or that incorporate and are sold with the
3     cleaning center.
4  A Okay. By material number, by model number or --
5  Q By model number probably.
6  A The MS-5500, I believe we have been speaking about
7     that as well as the MS-5700 and the R-9500, the
8     WDF-7000.
9  Q Just going back on the R-9500, there seem to be two of
10    them listed. In material next to one there is an NS
11    next to it. What does that designate?
12 A Most likely that stands for not salable. Within
13    Rayovac as with creating the cardboard prepacks we
14    spoke of earlier, over time we have found a need to
15    have a SKU that might not be in a case, for example,
16    or it's in a bulk pack configuration and so we have to
17    have a separate identifier for that SKU so that all of
18    a sudden it doesn't ship to a customer order, and so
19    the NS would be added to the core SKU saying, hey,
20    this is exactly the same SKU except for it's ready to
21    be packaged into a tray pack or a secondary prepack.
22 Q What is a tray pack?
23 A Tray pack is along the lines of a cardboard prepack I
24    was describing that you bump your cart into at
25    Wal-Mart. The difference is a prepack is entirely

103

1     freestanding and truly are the ones that bring
2     everybody all the pain down the aisles. Tray packs
3     are generally utilized to merchandise an end cap on
4     the retailer's shelving.
5  Q An end cap?
6  A When you go down the aisles in the stores, you
7     generally are going perpendicular to the aisles, and
8     on the end most retailers will merchandise products,
9     generally featured products because, let's face it,
10    it's prime real estate, so they will -- that's what we
11    refer to as an end cap.
12 Q And do you ship those items, do you ship those tray
13    packs whole? How do they arrive at a Wal-Mart?
14 A Yeah, fully loaded. .
15 Q So all they have to do is take it out of a box and
16    there is this huge display with the shavers already in
17    it?
18 A Yes.
19 Q I'm sorry, we were going through the products. The
20    WDF-7000 is the last one you had named.
21 A Yes, the WDF-7000 is correct. Going down to the
22    accessories, CC-100, which I believe we spoke of
23    earlier, there are three SPs that go along with it. I
24    believe they are SP-21, and from memory I don't recall
25    which of the SP-90s, but there are two of the SP-90s

104

1     as well.
2  Q When you say SP, what are those?
3  A SP stands for spare parts. Those would be foils and
4     cutters. Those would be the types of products that
5     would be resold and they're available at retail for a
6     consumer to purchase replacement parts for their
7     shaver.
8  Q So those four you said, the three SP -- two SP-90s and
9     an SP-21, those are all spare foil and cutter parts?
10 A They are specifically referenced in the documents from
11    last Friday.
12 Q So we have the monthly, quarterly and annual sales and
13    profit information, all those?
14 A I'm not sure if you have monthly, but you would have
15    quarterly and annual records.
16 Q And that includes costs and --
17 A Same level of detail as all of the others, financial
18    information we have been speaking of.
19            MS. WOLF: I think it's probably a
20       good point to break for lunch.
21            (A noon recess is taken)
22            (12:15 p.m. - 1:07 p.m.)
23            (Exhibit 34 is marked for identification)
24 Q What is this document?
25 A This document appears to be a listing of most of our

105

1  men's shaver items describing various attributes about
2  the shavers.
3  Q There is a row called list price. What does that list
4  price reflect?
5  A That list price would generally be the price that the
6  trade would pay, the retailers would pay for the
7  product.
8  Q Now, you said generally the price that the trade would
9  pay. Why only generally?
10 A As you can appreciate, not every SKU is sold to every
11  customer at exact same invoice price in all cases due
12  to unique circumstances in negotiations.
13 Q Does anyone pay what's actually called the list price?
14 A Yes.
15 Q Who pays the list price in general?
16 A The rule of thumb is the majority of the customers pay
17  list price or very close to list price, so I can't
18  tell you if it's off a couple pennies, but it's not a
19  situation where there would be significant discounts.
20 Q And would any discounts from this list price be
21  reflected in the revenue and sales profits figures
22  that reflects actual pricing?
23 A That reflects actual pricing of the units as sold to
24  the customers.
25 Q Is there a listing somewhere of the prices that are

106

1  charged to particular customers?
2  A For Remington SKUs?
3  Q Yes.
4  A No.
5  Q How then is it monitored?
6  A We have business analysts that work with sales teams
7  or groups of sales teams to work with a given set of
8  customers and their SKUs to ensure that they're
9  appropriately priced.
10 Q So taking as an example Target, how would Target go
11  about placing an order for, say, the 9500?
12 A Target would most likely submit an EDI order to us.
13 Q I'm sorry.
14 A Electronic data interchange that submit via computer.
15 Q And what would that order contain, they would request
16  a particular number of units?
17 A Generally, yes.
18 Q At a particular price?
19 A Most of our -- yes, most of our customers request a
20  price. I don't know if Target specifically requests
21  pricing with their orders, but I believe they do.
22 Q So the EDI would come in to who?
23 A SAP.
24 Q And then what would then happen once the order came in
25  to SAP?

107

1  A SAP is set to automate the back office functions, if
2  you will. It will go into a cue until such time as
3  required that we actually ship product and then it
4  will come up for delivery, and at the DC they'll pull
5  the appropriate product and ship the product to Target
6  and after it's shipped it would be invoiced, basically
7  automated functions within any good business system.
8  Q Now, would a salesperson responsible for Target know
9  that an EDI had come in, would they be notified?
10 A I'm not aware of any formal notification each time an
11  EDI comes into our sales force.
12 Q And if the EDI comes in with a particular price on it,
13  is that price something that's already been negotiated
14  with the customer?
15 A Most times, yes.
16 Q And when it's not, what happens?
17 A When a customer requests a product from us with a
18  requested price, the system will price that item as
19  it's been configured to, you know, with the rules and
20  guidelines for whatever is in the system to price that
21  item for that particular customer. Should that match
22  the customer's requested price, it's a nonissue. The
23  order goes through its normal channels and is shipped
24  at the appropriate time and invoiced at the
25  appropriate time. Should, however, that item not have

108

1  any price or that item in our system calculate out at
2  a different price than the customer's requested
3  purchase order, that order goes on a sales hold and
4  the customer service area contacts the appropriate
5  people to determine whose price is correct and why.
6  Q So someone puts pricing data into the SAP system?
7  A Correct.
8  Q And who does that?
9  A Customer service area, a section of our customer
10  service area is dedicated toward maintaining customer
11  master data, including their pricing.
12 Q So there is customer master data that indicates
13  pricing?
14 A Customer master data -- pricing is basically a part of
15  master data, yes.
16 Q And where does the information on pricing that's part
17  of customer master data come from?
18 A I don't know what you mean by where does it come from.
19 Q Who tells them what to input into the system for, say,
20  what Target's pricing is?
21 A The business analyst would provide direction on the
22  SKU level pricing.
23 Q And from the SAP system would there be a way to print
24  out a list of master data pricing?
25 A No.

109

1  Q No?
2  A You would think there would be, but no.
3  Q What about for an individual customer, is there a
4     list?
5  A Again the best way to validate pricing in SAP is to
6     literally go in and type a sample order for a
7     customer, put a quantity of one down and not save the
8     order and then you can see what the pricing comes up,
9     but there is not a utility within SAP that says I want
10    to know for the SKUs Target buys what is their invoice
11    price, press a button and out it comes, there is not a
12    facility in SAP to provide that.
13 Q Looking at this last column here, which is the R-9500,
14    it gives a list price of $98.95. Does that look to be
15    an accurate price?
16 A That appears to be an accurate price of what we would
17    charge our customers for that product, yes.
18 Q Okay. You mentioned that there is a range based on
19    discounts. Does anyone pay more than the list price?
20 A On occasion at Remington products, yes.
21 Q And why would someone pay more than list price?
22 A Perhaps they had a large volume rebate program that is
23    if you want to do business with us, this is our model,
24    you will give us X prices and on those prices you'll
25    honor back end programs or bill trade rebate programs

110

1  of X percent. Then that might say in order for a SKU
2     to remain profitable, you need to price them at a
3     higher price on the invoice so that their overall net
4     price when they get their volume rebate or other
5     discounts is in line.
6  Q So the list price would be higher in actuality, they
7     would end up paying less than the list price?
8  A I'm sorry, I don't understand the question.
9  Q Sure. You said some people would pay more than list
10    price based on, if I understood you correctly, the
11    fact that at the end of the day they would be getting
12    some sort of rebate back?
13 A Most likely that would be a reason why someone would
14    have an invoice price higher than list.
15 Q And why would someone prefer to pay a higher list
16    price and receive a rebate rather than simply pay a
17    lower list price?
18 A Certain retailers have programs that are set up, they
19    tell us how they want the deal structured and their
20    programs say if you're doing business with me, I need
21    to have a 10 percent rebate for X, Y or Z. We're not
22    in the business to dictate how or why they use that
23    money necessarily, at times we are, but not generally,
24    so if that's the way they want to structure the
25    program, at the end of the day net sales is the same,

111

1  whether we give it to them off invoice or we give it
2     to them in a bill back, it still comes out of net
3     sales.
4  Q So everything is reflected at the end of the day in
5     terms of net sales?
6  A Um-hum.
7  Q Are there people who pay lower than list price?
8  A Yes.
9  Q What is the highest list price that you have seen that
10    Remington has charged for the 9500?
11 A From this sheet or just in general what's the highest
12    price we ever charged anyone?
13 Q The latter.
14 A I wouldn't have that information in my head. I mean I
15    could potentially go out and dig it up, but I don't
16    have that information.
17 Q And what about the lowest price?
18 A Again the same. I mean SKU level pricing at a
19    customer level is a pretty finite cut of data to have.
20 Q Would it be less than $90?
21 A I honestly don't know.
22 Q I'm trying to get a sense of what the range is and the
23    variation off of list price.
24 A I understand that. In the documents conveyed last
25    Friday the invoice pricing is on there or the invoice

2

1  dollars are on there and the retail units are on there
2     as well as an average price.
3  Q Okay.
4  A But to identify unique circumstances where somebody is
5     on the high end of the scale or the low end of the
6     scale, I can't answer that.
7  Q But you did say $98.95 appears to be a price that is
8     an accurate one?
9  A Yeah.
10 Q I guess traveling over to -- actually, it's not on
11    here. The pricing of the 5500, do you know what the
12    list price is for the 5500?
13 A I don't know the exact list price of the 5500.
14 Q Approximately?
15 A Approximately $80.
16 Q And the 5700?
17 A Again I don't know the exact number. It's in the $90
18    to $100 range.
19 Q And the WDF-7000?
20 A I do not know a list price on the WDF-7000 off the top
21    of my head.
22 Q Approximate?
23 A My best estimate sitting here is $60.
24 Q Do changes in pricing in terms of list pricing ever
25    take place?

113

1   A  You mean once an item is established?
2   Q  Yes.
3   A  Yes.
4   Q  Which products have there been changes in pricing on
5      of the cleaning center products?
6   A  To my knowledge, there has been no changes to the list
7      prices of the cleaning system products since their
8      introduction.
9   Q  Though there haven't been any to the cleaning center
10     product list prices, generally why would a list price
11     on a product change?
12  A  Could be a variety of different reasons why a list
13     price might change.  It could be a situation where the
14     initial one was set incorrectly, could be a situation
15     where we're transitioning to a new SKU, so to ensure
16     we continue to move through the old product, you might
17     offer a lower price on it while you're transitioning
18     through, could be any number of reasons.
19  Q  You said the list price is something that's set.  Who
20     sets the list price?
21  A  That would be a Sean Martin type function, marketing
22     management.
23  Q  And what goes into that pricing decision?
24  A  What goes into that pricing decision is understanding
25     the product that we are offering, the features and

114

1      benefits that it contains, how it will fit into the
2      retail price points at retail amongst the other SKUs
3      that are offered for sale at retail and then from
4      there we look at a retailer's margin, what it would
5      reasonably be expected to be to back into what our
6      invoice price would need to be in order to sell that
7      product and have it fit in the trade appropriately.
8   Q  Does Rayovac have a set idea of what profit it would
9      like to make?
10  A  We do not have a set idea or a set number.  If someone
11     were to say black and white what is your number for
12     profitability in men's shaving, there is not a uniform
13     answer that you will get.
14  Q  On the cleaning center products, if you know, is there
15     a set number of profitability?
16  A  No.
17  Q  Is there an approximate level of profitability?
18  A  No, again, going back to the model of our pricing, the
19     features and benefits that are available, and
20     obviously making sure you're making money at the end
21     of the day.
22  Q  If you were to approximate the level of profit, what
23     would you place it at?
24  A  Customer contribution was on the sheets we shared the
25     other day.  Approximate value on the cleaning system

115

1      upper thirties, upper 30 percent.
2   Q  And is that consistent with other men's shaving
3      products?
4   A  It's consistent with some other men's shaving
5      products, although in others it's not.
6   Q  Which ones is it consistent with?
7   A  Our other rotaries, it's consistent with our
8      other rotary offerings.
9   Q  And it's not consistent with the foil?
10  A  Correct.
11  Q  Is the profit on foil generally higher or lower?
12  A  Generally higher.
13  Q  Why is the profit level lower with the cleaning center
14     foils?
15  A  Our cleaning system, there is a tremendous amount of
16     features included in the product, what can I say, a
17     pop-up foil, rubber fins to lift the hairs, obviously
18     the cleaning system itself adds a tremendous cost into
19     it, and so at the end of the day it's a collection of
20     features and benefits that consumers are willing to
21     pay for, that will bear this price out in the
22     marketplace.  Unfortunately, our cost as a percent of
23     that and the foil system cleaning shavers is more than
24     what the consumer price will carry on non-cleaning
25     systems relative to our cost.

116

1   Q  How do you determine what the consumer price will
2      carry?
3   A  That's back to what we had just discussed about
4      analyzing what SKUs are in the marketplace.
5   Q  And when you say what SKUs are in the marketplace, are
6      those Remington or Rayovac's own SKUs or competitor
7      products?
8   A  Both.
9   Q  So you look at the prices of competitor products in
10     setting pricing?
11  A  Yes, as any good business would launch a product, you
12     need to know what you're selling against if you wish
13     to be successful, so not only do we have to look at
14     what our own offerings are and price according to
15     that, we need to look at what the competition is
16     offering.
17            (Exhibit 35 is marked for identification)
18  Q  Actually, I would like you to compare it with
19     Exhibit 25 just for a minute.
20  A  Is there anything specific you would like me to
21     compare?
22  Q  They're both labeled the Men's Shaving Marketing Plan
23     from September 2004, but they're actually different
24     documents.  Do you know why are there multiple
25     versions of this same document?

117
1  A It's quite possible one version of this document would
2     be used from a marketing management standpoint and
3     used to present to the senior marketing management
4     while the other document could have been used to
5     present to the sales force.
6  Q And does one of these look more like a senior
7     management type of document?
8  A Obviously the thinner one would say to you more senior
9     management. However, that may not be the case
10    depending upon what level of detail they wanted to go
11    into with senior management versus what level of
12    detail they would want to show to the sales force, so
13    it would take -- I could evaluate the two and try --
14 Q But the sales force often would have access to more
15    information than a senior management presentation?
16 A Not necessarily, no.
17 Q Do you know why they would be called the same thing
18    rather than designated something different?
19 A No. I mean that would be up to whoever wrote the
20    title on the slide.
21 Q Looking at what we just marked as Exhibit 35, if you
22    could take a look at pages 8 and 9.
23              (Witness examining document)
24 A Okay.
25 Q Starting with page 8, could you explain what that

118
1     heading at the top of the page means.
2  A "Deflationary category pricing driven by Braun and
3     Norelco, Remington average retail up 9.5 percent,"
4     within our retailer mind categories growth is key, so
5     we do our best to focus on initiatives that can drive
6     category growth, and so consequently looking at
7     average retail price per unit and seeing that our
8     average retail price per unit is going up while
9     competitors are going down and the category is going
10    down is a good tool for us to take to the trade.
11 Q So it's good for Remington that its prices are going
12    up while others are going down?
13 A In the spirit of driving category growth, it's a good
14    thing to have the average price going up.
15 Q But presumably it's not good for your competitors?
16 A What's not good for our competitors?
17 Q The deflationary category pricing.
18 A Correct, if the deflationary -- if the retails are
19    going down, that means they're trading consumers down
20    to a lower cost unit for whatever reason, which makes
21    it all the more difficult to grow category sales.
22 Q Is deflationary category pricing sometimes referred to
23    as price erosion?
24 A I guess it could be, although I would view them as two
25    different things because price erosion to me says it's

119
1     on an existing SKU per se. When I hear the two, when
2     I hear price erosion, I sort of assimilate it with
3     just the same SKU has gone down in price, where I hear
4     deflationary category pricing, it says to me it's a
5     family of SKUs.
6  Q So men's shaving or cleaning products would refer to
7     deflationary category pricing --
8  A Right.
9  Q -- versus the 9500 would have price erosion?
10 A Yes, as I look at it I would say those terms are more
11    appropriately aligned.
12 Q The concept is similar?
13 A The concept is similar, but not always, again because
14    price erosion could be a situation, for example, as we
15    spoke about earlier, should we transition from an
16    existing SKU to a new SKU and in the process give a
17    discount that the retailer passes to the consumer,
18    that will show up as price erosion. That's not
19    necessarily -- it's not necessarily one and the same
20    with deflationary category where we would introduce an
21    entirely new line or entirely new set of shavers at
22    the OPP level, for example. That would be category
23    deflation.
24 Q And what would cause, other than I think you just
25    mentioned the introduction of new entry level

120
1     products, deflationary category pricing?
2  A Shifts in consumer choices to less valuable offerings
3     would be one thing that would offer it, would change
4     it, introductions of new competitive SKUs, like OPP
5     type SKUs would certainly drive it there.
6  Q You said new competitor SKUs. Would that be both
7     Remington or Rayovac's own and new competitors
8     entering the marketplace outside the companies?
9  A All of the above, basically everything from Remington
10    to Norelco to Braun to some of the knock-offs we have
11    seen in the market this last holiday season that were
12    very much OPP driven SKUs, those will deflate the
13    category. Whether we offer it, Braun offers it or
14    Norelco offers it or an unnamed competitor brings it
15    to the category, if it gets traction in consumer
16    take-away and it's at a lower price point, which is
17    basically what this chart is all about, average price
18    point, it's just going to bring the average down.
19 Q You mentioned knock-offs in the market last holiday
20    season. What were you referring to?
21 A There is a product called ShaveMan and Titanium Turbo.
22 Q And what is the ShaveMan?
23 A The ShaveMan is a mini travel shaver battery operated
24    at a very, very low retail price point.
25 Q What is that low?