Deposition of ALAN SCHOEPP 5/12/05

210

kevin's                                                                                                          majority

| kevin's | leaves | (109:19)(109:21)(110:6)(110:7)(110:9) |
|---------|--------|--------------------------------------|

**kevin's** (7:15)
**key** (14:24)(14:25)(34:4)(46:12)(118:4)
(132:12)(155:23)
**keyed** (63:2)
**kinds** (41:16)(53:3)(69:17)(98:6)
(185:14)
**kirkland** (4:16)
**klagos** (150:7)(150:8)(150:10)
**knew** (134:3)(187:25)(188:16)
**knock-off** (121:11)
**knock-offs** (120:10)(120:19)
**knowing** (75:15)(130:1)
**knowledge** (6:9)(52:12)(56:9)(61:7)
(113:6)(121:20)(127:2)(182:6)
**knowledgeable** (6:4)
**known** (151:16)
**kohl's** (23:3)(23:13)(23:15)(23:22)
(24:1)(24:4)(24:10)(26:10)
**kristin** (94:24)

**L**

**label** (39:4)(76:1)
**labeled** (37:16)(40:16)(62:15)(64:18)
(67:14)(73:21)(74:17)(96:16)(98:17)
(116:22)
**labels** (65:23)(65:24)(71:11)
**land** (129:16)
**landscape** (162:1)
**lantern** (68:12)
**large** (13:24)(72:11)(109:22)(161:2)
**largely** (13:25)(154:6)
**larger** (10:19)(45:15)(62:13)(154:2)
(161:16)
**largest** (10:8)(45:19)(45:22)(88:9)
**last** (22:3)(23:2)(34:14)(39:8)(60:13)
(65:15)(75:7)(76:23)(87:19)(92:1)(92:15)
(103:20)(104:11)(109:13)(111:24)
(120:11)(120:19)(143:1)(145:17)(146:17)
(151:9)(154:15)(155:8)(155:9)(159:5)
(160:11)(161:1)(161:19)(165:10)(170:1)
(187:25)(188:16)
**later** (17:9)(39:24)(40:25)
**latest** (140:12)(155:3)
**lathrop** (4:8)(198:5)
**latter** (17:5)(111:13)(171:10)(171:22)
**launch** (17:11)(55:18)(55:19)(64:5)
(68:21)(116:11)(129:15)(131:9)(138:11)
(140:19)(167:4)(172:17)(173:15)(196:11)
**launched** (17:9)(17:13)(55:21)(68:23)
(69:14)(138:11)(138:13)(195:7)(196:14)
**launching** (17:4)(175:1)
**law** (4:9)(4:13)(4:16)(198:6)
**lawful** (4:2)
**lawsuit** (69:5)(69:10)(148:16)
**lcd** (61:5)(61:19)(66:25)(128:15)
(193:23)
**lead** (123:13)(149:8)(171:16)
**leader** (170:11)
**learn** (15:5)(15:8)(152:4)(152:10)
(187:14)
**least** (20:14)(45:11)(48:3)(60:6)(98:20)
(138:14)(149:12)(154:14)
**leave** (185:10)(185:24)(185:25)
(190:24)(194:2)

**leaves** (21:13)
**led** (66:25)(128:15)(135:13)(154:6)
**leds** (61:4)(61:19)
**left** (36:15)(96:19)
**left-hand** (27:22)(65:22)(95:24)(191:4)
**legal** (6:14)(126:4)(148:25)(149:1)
(150:11)(150:14)(177:17)(177:22)(178:8)
(178:14)(180:3)(180:5)
**legwork** (139:2)
**length** (88:5)
**lengthy** (156:25)
**lesley** (4:12)(5:6)(64:10)(179:10)
**less** (10:21)(11:10)(16:11)(31:6)
(31:18)(32:11)(41:4)(43:25)(49:21)(49:22)
(53:9)(110:7)(111:20)(120:2)(151:23)
**lester** (128:11)(142:17)
**letter** (35:16)(49:11)
**letters** (28:8)(59:18)
**level** (15:12)(23:17)(23:20)(24:2)
(24:12)(24:15)(24:21)(24:23)(27:14)
(30:13)(31:24)(32:9)(32:15)(35:23)(42:7)
(42:9)(42:10)(47:5)(51:18)(51:24)(52:2)
(54:1)(67:18)(67:19)(70:3)(71:4)(71:6)
(74:23)(85:15)(86:6)(86:7)(87:25)(89:4)
(89:7)(91:22)(91:24)(94:12)(104:17)
(108:22)(111:18)(111:19)(114:17)
(114:22)(115:13)(117:10)(117:11)
(119:22)(119:25)(129:13)(147:4)(156:10)
(156:14)(161:4)(166:15)(184:14)
**levels** (16:10)(25:20)(53:22)(153:15)
(153:16)(157:7)(167:9)(190:2)
**lieu** (44:17)
**life** (61:4)(61:5)(93:21)(128:19)(188:5)
**lift** (115:17)
**lights** (68:12)
**like** (23:3)(24:8)(25:18)(27:6)(29:18)
(32:2)(32:3)(36:12)(37:12)(40:19)(46:2)
(46:9)(47:6)(50:1)(55:13)(61:15)(62:12)
(62:13)(62:17)(70:19)(71:22)(74:8)(87:4)
(97:6)(101:11)(101:12)(114:9)(116:18)
(116:20)(117:6)(120:4)(121:13)(121:25)
(125:2)(131:22)(131:23)(134:1)(136:1)
(136:5)(137:2)(138:21)(149:1)(149:2)
(151:24)(152:15)(153:23)(155:18)(157:9)
(161:8)(167:2)(170:22)(171:4)(174:24)
(180:21)(181:2)(185:21)(186:22)(188:3)
(188:19)(189:20)(195:12)(195:14)(195:16)
**likely** (18:23)(28:10)(30:3)(48:3)
(58:12)(73:5)(82:3)(102:12)(106:12)
(110:13)(122:12)(149:13)(161:3)(181:11)
(187:6)
**limited** (13:19)(181:21)
**line** (16:9)(19:6)(29:13)(36:14)(36:17)
(36:21)(37:3)(37:14)(50:10)(56:5)(66:8)
(66:18)(67:23)(78:22)(90:25)(100:15)
(100:20)(100:22)(110:5)(119:21)(124:24)
(125:10)(133:10)(133:14)(137:11)(196:11)
**lines** (10:1)(10:2)(16:7)(29:3)(44:7)
(44:13)(67:21)(68:7)(68:14)(102:23)
(136:1)(137:6)(137:7)(137:10)
**lint** (98:9)(98:10)
**list** (6:17)(31:12)(74:13)(81:15)
(101:25)(105:3)(105:5)(105:13)(105:15)
(105:17)(105:20)(108:24)(109:4)(109:14)

(109:19)(109:21)(110:6)(110:7)(110:9)
(110:14)(110:15)(110:17)(111:7)(111:9)
(111:23)(112:12)(112:13)(112:20)
(112:24)(113:6)(113:10)(113:12)(113:19)
(113:20)(147:21)(148:1)(151:9)(151:15)
(152:11)
**listed** (19:24)(22:15)(51:10)(59:25)
(62:4)(74:12)(88:19)(96:18)(99:20)
(102:10)(121:5)(125:21)(148:1)(151:14)
(151:21)(152:7)(152:8)
**listing** (104:25)(105:25)
**lists** (27:22)(71:18)(131:2)(142:2)
(151:13)(191:4)
**literally** (109:6)
**lithium** (68:13)
**litigation** (7:8)(17:15)(22:24)(35:7)
(78:13)(148:21)(149:16)
**little** (7:21)(19:14)(27:21)(28:14)(30:1)
(64:11)
**llp** (4:8)(4:13)(4:16)(198:6)
**loaded** (103:14)(163:7)(163:8)
**located** (9:2)
**location** (11:24)(153:24)
**locations** (9:1)(11:13)
**logistical** (166:3)(166:4)
**long** (6:21)(9:6)(9:14)(10:10)(11:2)
(11:18)(12:6)(40:2)(147:13)(154:12)
**longer** (19:14)(128:5)
**look** (5:16)(5:25)(23:22)(36:12)(37:12)
(38:14)(50:4)(50:10)(52:10)(59:12)(64:8)
(65:2)(66:16)(70:20)(71:8)(71:15)(72:9)
(78:9)(78:16)(79:6)(82:11)(95:18)(109:14)
(114:4)(116:9)(116:13)(116:15)(117:6)
(117:22)(119:10)(130:16)(131:9)(138:11)
(141:21)(143:14)(145:6)(147:9)(151:8)
(152:12)(153:4)(155:18)(156:3)(156:23)
(161:19)(169:23)(172:5)(175:13)(176:8)
(180:8)(181:2)(182:10)(182:12)(190:10)
(192:21)(197:6)
**looked** (17:16)(56:4)(77:17)(141:22)
**looks** (27:6)(40:19)(46:2)(47:6)(50:1)
(62:17)(121:25)(157:9)(170:22)
**loop** (26:2)(26:4)(161:17)
**love** (184:2)
**low** (66:5)(66:6)(112:5)(120:24)
(120:25)(121:14)
**lower** (53:15)(95:24)(110:17)(111:7)
(113:17)(115:11)(115:13)(118:20)
(120:16)(122:6)(123:11)(123:17)
**lowering** (141:19)(141:20)
**lowest** (67:22)(89:4)(111:17)
**loyalty** (194:25)(195:1)(195:6)
**lunch** (104:20)
**lying** (67:9)

**M**

**madison** (4:9)(9:2)(198:7)
**mail** (28:23)(159:12)(160:3)
**main** (44:14)(128:24)(135:22)
**maintain** (44:21)(161:7)
**maintained** (45:15)(45:19)
**maintaining** (108:10)
**major** (74:14)(74:16)
**majority** (105:16)(138:6)(138:9)

Deposition of ALAN SCHOEPF 5/12/05

211

make                                                                                                              momentarily

**make** (14:19)(14:21)(15:1)(18:18)
(28:15)(48:14)(64:13)(64:23)(86:1)(87:6)
(114:9)(151:7)(165:22)(171:6)(182:6)
(186:3)(190:19)(191:1)
**makes** (82:16)(82:23)(118:20)(121:2)
(121:16)(184:19)(190:6)
**man** (142:24)
**manage** (86:2)
**management** (9:3)(56:20)(58:14)
(69:4)(113:22)(117:2)(117:3)(117:7)
(117:9)(117:11)(117:15)(131:21)(131:22)
(133:15)(134:23)(137:25)(138:1)(147:4)
(147:5)(148:13)(154:3)(156:19)(184:1)
(184:14)(184:18)(190:5)(193:4)
**manager** (11:10)(11:12)(11:16)(12:13)
(12:24)(13:1)(26:1)(65:10)(91:3)(143:3)
(143:4)(143:7)
**managers** (90:25)
**manner** (149:21)
**manufacture** (79:7)(93:3)(93:4)(93:25)
**manufactured** (9:11)(78:3)(166:11)
**manufacturer** (93:7)
**manufacturer's** (44:7)(44:10)(44:11)
(45:3)(45:6)(45:8)(45:14)
**manufactures** (95:13)
**manufacturing** (13:3)(45:1)(45:17)
(45:20)(78:6)(78:8)(80:12)(80:13)(80:19)
(83:9)(83:14)(83:16)(84:2)(84:9)(85:2)
(87:11)(91:8)(91:11)(92:3)(93:10)(93:12)
(93:13)(93:14)(93:16)(166:5)
**march** (2:14)(20:23)
**margin** (77:16)(114:4)(128:2)(162:4)
(190:24)
**mark** (187:23)
**marked** (5:1)(5:15)(26:25)(27:1)
(49:23)(54:8)(64:7)(64:22)(70:15)(73:17)
(78:5)(92:24)(95:3)(95:17)(104:23)
(116:17)(117:21)(130:15)(141:7)(153:3)
(156:22)(169:22)(172:4)(180:7)(189:17)
(190:10)(192:2)
**market** (44:9)(66:6)(120:11)(120:19)
(123:2)(124:3)(129:8)(129:10)(129:17)
(131:11)(132:12)(134:7)(134:11)(140:11)
(141:19)(146:24)(146:25)(149:7)(164:15)
(167:6)(167:12)(174:3)(175:18)(182:2)
(184:11)(195:7)(195:9)
**marketed** (18:9)(57:6)(148:22)
**marketing** (2:7)(2:18)(2:19)(2:20)
(2:23)(11:1)(11:21)(12:13)(12:15)(12:16)
(12:18)(13:2)(16:3)(16:16)(50:11)(50:23)
(51:15)(52:7)(56:20)(58:14)(58:17)(69:4)
(69:9)(84:7)(89:9)(89:11)(89:13)(89:20)
(90:15)(90:16)(91:1)(100:14)(113:21)
(116:22)(117:2)(117:3)(125:1)(125:3)
(125:5)(128:10)(131:21)(132:7)(134:25)
(135:10)(135:23)(135:24)(135:25)(136:2)
(136:3)(136:7)(136:25)(137:15)(137:18)
(137:25)(143:3)(143:4)(143:7)(143:14)
(146:11)(148:11)(148:12)(148:13)
(148:18)(148:20)(149:11)(149:17)
(153:11)(153:19)(154:4)(156:6)(156:11)
(157:4)(157:17)(164:3)(166:21)(166:23)
(167:2)(168:17)(175:22)(175:25)(176:4)
(176:12)(176:17)(177:15)(180:20)

(180:21)(181:17)(181:25)(182:16)
(182:18)(187:13)(189:15)(193:4)(193:13)
(194:10)(194:16)
**marketplace** (115:22)(116:4)(116:5)
(120:8)(123:23)(127:4)(127:25)(128:1)
(129:2)(129:4)(129:19)(129:21)(129:22)
(132:16)(133:4)(134:12)(140:2)(140:23)
(147:7)(160:8)(162:2)(165:3)(174:22)
(182:22)(183:1)(192:15)(194:13)(194:18)
(196:18)(196:19)(196:20)
**markets** (91:4)
**mart** (10:9)(26:10)(45:24)
**martin** (56:22)(56:23)(58:15)(65:8)
(113:21)(133:18)(133:19)(134:22)(135:5)
(135:6)(135:8)(138:20)(143:12)(147:25)
(154:7)(161:13)(180:21)(186:2)(186:16)
**martin's** (133:21)(135:1)(137:5)
**mass** (155:16)
**massachusetts** (1:2)(4:6)(4:14)
(198:17)
**master** (108:11)(108:12)(108:14)
(108:15)(108:17)(108:24)
**match** (88:17)(107:21)(127:6)(158:8)
**material** (2:15)(96:1)(96:2)(96:7)(96:8)
(96:9)(97:1)(102:4)(102:10)
**materiality** (77:18)
**materials** (98:15)(184:24)
**math** (32:11)
**matl** (95:25)(96:8)(96:16)
**matter** (7:18)(61:18)
**mattered** (172:2)
**maximize** (194:6)
**maximizing** (194:24)
**mean** (14:13)(15:4)(15:17)(16:23)
(22:21)(26:7)(30:2)(38:25)(41:25)(42:16)
(50:13)(51:18)(52:21)(62:7)(65:24)(71:6)
(76:2)(81:10)(83:20)(90:24)(96:12)(96:14)
(97:12)(99:14)(100:13)(101:5)(101:6)
(108:18)(111:14)(111:18)(113:1)(117:19)
(125:14)(128:24)(129:11)(129:17)
(132:20)(137:2)(140:7)(143:17)(145:5)
(146:9)(148:19)(150:20)(160:13)(162:22)
(168:17)(173:9)(173:10)(176:18)(179:11)
(179:12)(179:13)(181:8)(182:1)(184:15)
(184:17)(185:6)(187:21)(189:3)(189:10)
(191:22)(193:19)(194:12)(196:3)
**meaning** (182:17)
**meaning** (182:18)
**meaning** (196:24)
**meaningful** (61:12)
**meanings** (144:5)
**means** (24:22)(28:12)(40:17)(47:21)
(59:20)(66:2)(71:16)(118:1)(118:19)
(152:13)(152:19)(191:4)
**meant** (121:12)(156:18)
**measure** (52:13)(169:6)(169:9)
(181:13)(187:3)(187:4)
**meet** (6:19)(158:6)(185:22)(190:23)
**meeting** (2:22)(136:6)(136:20)(136:24)
(137:3)(138:17)(149:13)(153:8)(153:17)
(154:19)(155:7)(156:6)(156:8)(158:11)
(179:24)
**meetings** (153:15)(153:16)(154:9)
(155:3)(155:5)

**meets** (188:4)
**memory** (38:12)(103:24)
**men's** (2:4)(2:5)(2:7)(2:10)(2:17)(2:18)
(2:22)(3:2)(3:4)(3:6)(16:13)(16:18)(16:20)
(58:16)(65:11)(67:24)(67:25)(68:7)(68:9)
(86:2)(86:6)(86:10)(86:15)(86:18)(89:14)
(89:17)(90:12)(91:3)(91:7)(97:16)(105:1)
(114:12)(115:2)(115:4)(116:22)(119:6)
(121:11)(135:10)(135:21)(137:14)
(142:20)(143:13)(153:7)(157:17)(158:23)
(158:25)(159:25)(160:23)(170:11)(172:9)
(189:22)(192:13)(195:1)(195:23)
**mention** (183:12)(183:15)
**mentioned** (7:9)(17:16)(18:3)(24:14)
(33:2)(46:18)(46:24)(51:14)(60:20)(69:2)
(98:5)(109:18)(119:25)(120:19)(124:1)
(147:22)(149:11)(158:10)(160:1)(164:9)
(168:3)(174:14)(188:9)
**mentioning** (17:14)
**mentions** (131:5)(142:2)(168:16)
**merchandise** (103:3)(103:8)
**merchandiser** (88:14)
**merged** (78:13)(138:12)
**merger** (43:6)(135:3)(138:10)(143:10)
**merging** (155:16)
**message** (144:17)
**met** (5:6)(128:10)(179:2)(179:7)
**method** (75:18)
**methods** (158:3)(158:10)
**michael** (187:18)(188:11)
**micro** (17:22)
**micror** (86:2)
**middle** (146:5)
**might** (29:2)(41:13)(44:12)(44:15)
(53:4)(53:23)(55:9)(98:24)(99:16)(102:15)
(110:1)(113:13)(113:16)(128:12)(129:20)
(136:6)(137:24)(139:20)(156:11)(161:6)
(173:7)(177:8)(184:15)(185:16)(193:20)
(193:22)
**mike** (187:18)
**million** (73:4)(148:3)
**mind** (40:24)(73:2)(118:4)(133:19)
**mini** (120:23)
**minimum** (173:22)
**minute** (34:1)(64:8)(64:23)(70:16)
(78:16)(95:18)(96:4)(116:19)(130:16)
(147:9)(189:18)
**minutes** (166:18)
**miscellaneous** (98:4)
**mischaracterizes** (133:24)
**missed** (145:11)
**mix** (82:7)
**model** (15:13)(17:19)(17:20)(20:11)
(51:16)(76:7)(102:4)(102:5)(109:23)
(114:18)
**models** (18:3)(18:4)(58:4)(69:5)(69:7)
(96:18)
**modified** (158:22)(158:24)(160:22)
**modify** (175:15)
**moend** (96:1)
**moisturizes** (171:9)
**moment** (5:16)(131:24)(138:2)(141:15)
(153:4)(156:23)(169:23)(176:8)(180:8)
**momentarily** (101:1)

**PROFESSIONAL REPORTERS, LTD.**

money                                                                officially

| | | |
|---|---|---|
| **money** (110:23)(114:20)(158:5)(194:4)(196:25) | **needs** (55:9)(71:19)(127:5)(147:17)(163:5)(187:14) | (36:11)(37:24)(40:7)(40:12)(40:23)(51:10)(51:11)(51:12)(55:11)(59:18)(59:25)(63:5)(64:20)(69:2)(71:18)(71:20)(76:6)(76:7)(76:19)(79:10)(81:16)(81:23)(96:11)(96:15)(97:1)(97:6)(98:16)(98:18)(100:17)(100:23)(102:4)(102:5)(106:16)(112:17)(113:18)(114:10)(114:11)(114:15)(148:3)(148:6) |

**money** (110:23)(114:20)(158:5)(194:4)
(196:25)
**monitor** (68:4)
**monitored** (106:5)
**monitoring** (16:4)(21:5)(25:23)(25:24)
(50:24)
**month** (2:15)(20:6)(20:7)(25:12)
(26:20)(30:12)(30:22)(30:23)(33:17)
(37:25)(39:15)(40:10)(43:4)(50:17)(59:15)
(79:19)(92:14)(95:25)(96:2)
**monthly** (34:15)(37:24)(38:13)(42:17)
(76:17)(76:21)(87:13)(87:15)(88:21)(89:7)
(104:12)(104:14)
**months** (11:10)(12:7)(72:22)(73:21)
**more** (10:17)(10:19)(12:20)(12:21)
(16:11)(30:2)(35:23)(36:14)(36:23)(36:25)
(37:12)(43:21)(55:1)(73:5)(75:13)(100:2)
(100:11)(100:23)(109:19)(109:21)(110:9)
(115:7)(115:23)(117:6)(117:8)(117:14)
(118:21)(119:10)(122:12)(122:15)
(123:21)(137:16)(137:19)(145:23)
(146:23)(151:24)(152:4)(152:10)(156:11)
(156:18)(158:4)(158:5)(161:3)(165:21)
(174:3)(174:6)(181:2)(182:25)(183:1)
(184:19)(193:23)(195:5)(195:8)(196:25)
**morning** (5:4)(5:5)(88:6)
**most** (6:4)(18:23)(28:10)(38:17)
(38:19)(44:8)(44:16)(46:11)(47:1)(47:12)
(48:3)(58:11)(67:7)(72:22)(77:13)(82:3)
(102:12)(103:8)(104:25)(106:12)(106:19)
(107:15)(110:13)(172:22)(172:24)(187:6)
**motivation** (159:15)(167:5)(167:7)
(194:8)
**move** (113:16)(130:20)
**moved** (60:8)(188:13)
**moving** (30:7)
**multiple** (100:3)(116:24)(192:20)
**must** (85:20)(157:24)(171:14)(172:17)
**myself** (68:15)(100:2)(131:19)(138:21)

### N

**name** (5:6)(5:8)(27:9)(29:11)(50:5)
(51:13)(76:1)(82:19)(83:8)(121:3)(121:5)
(128:11)(133:16)(142:22)(143:1)(170:9)
**named** (103:20)(196:1)
**names** (128:9)(187:16)(187:17)
**narrow** (99:16)
**national** (2:22)(124:3)(124:5)(153:7)
(154:18)(156:5)(156:8)(159:5)(159:6)
(187:9)
**natural** (71:9)
**naturally** (10:19)(12:1)(16:8)(48:17)
(123:21)(128:17)(149:2)
**near** (14:2)
**nearly** (82:8)
**necessarily** (72:20)(110:23)(117:16)
(119:19)(123:15)(127:10)(130:4)(138:16)
(146:21)(152:4)(156:1)(171:16)(173:5)
(175:7)(181:23)(184:16)(187:2)
**necessary** (178:24)
**need** (14:19)(19:23)(27:19)(29:7)
(85:24)(102:14)(110:2)(110:20)(114:6)
(116:12)(116:15)(166:15)(173:21)
**needed** (101:10)(136:4)

**needs** (55:9)(71:19)(127:5)(147:17)
(163:5)(187:14)
**needs/benefits** (131:8)
**negotiate** (161:6)
**negotiated** (107:13)
**negotiation** (93:8)
**negotiations** (105:12)
**neither** (121:18)
**net** (32:14)(32:15)(32:19)(32:21)(36:5)
(40:18)(41:4)(46:7)(46:16)(49:21)(79:18)
(79:22)(88:24)(89:2)(110:3)(110:25)
(111:2)(111:5)
**never** (15:22)(40:24)(74:8)(133:10)
**new** (11:22)(19:5)(32:23)(54:12)
(55:12)(55:14)(62:7)(62:15)(62:18)(63:15)
(63:23)(64:2)(64:5)(85:23)(92:5)(113:15)
(119:16)(119:21)(119:25)(120:4)(120:6)
(120:7)(122:12)(122:18)(123:1)(123:18)
(123:20)(127:4)(127:7)(127:8)(131:9)
(146:7)(146:8)(146:9)(146:16)(158:8)
(158:12)(164:19)(172:17)(173:7)(173:12)
(173:15)(173:19)(176:1)(179:3)(179:9)
(187:10)(188:2)(188:7)(188:25)(189:12)
(189:24)(190:1)(192:14)(193:11)(195:8)
(196:24)
**newspaper** (159:8)
**next** (9:8)(9:16)(11:8)(11:9)(28:8)
(30:7)(38:25)(41:1)(66:16)(96:3)(98:15)
(102:10)(102:11)(151:8)
**non-cleaning** (115:24)
**noncompeting** (44:13)
**nonissue** (107:22)
**nonspecific** (74:4)
**nonspecifically** (77:11)
**noon** (104:21)
**norelco** (118:3)(120:10)(120:14)
(137:8)(140:4)(142:3)(181:24)(192:23)
**norelco's** (130:8)(134:14)(140:19)
(141:17)(157:24)
**normal** (19:15)(19:17)(21:15)(29:10)
(53:25)(74:5)(107:23)(179:25)(180:1)
**north** (2:4)(2:5)(10:6)(11:1)(12:13)
(12:18)(16:5)(16:8)(16:15)(26:15)(48:11)
(48:19)(52:2)(52:5)(121:14)
**nos** (2:2)
**notary** (4:7)(198:3)(198:25)
**note** (64:21)(179:18)(192:22)
**noted** (38:5)
**notes** (197:7)
**nothing** (39:7)(74:25)(198:21)
**notice** (2:3)(4:6)(5:13)(65:22)(97:10)
**noticed** (195:21)
**notification** (107:10)
**notified** (107:9)
**noting** (34:21)
**november** (2:19)(2:22)(25:13)(51:3)
(51:4)(153:8)(153:13)
**nowhere** (85:15)
**npd** (123:8)(124:1)(124:2)(124:19)
(187:7)(187:8)(187:9)(187:11)(187:12)
(190:18)
**nsr** (46:4)(46:5)(46:7)
**number** (17:19)(17:20)(18:4)(25:13)
(29:15)(33:22)(34:7)(35:22)(35:25)(36:10)

(36:11)(37:24)(40:7)(40:12)(40:23)(51:10)
(51:11)(51:12)(55:11)(59:18)(59:25)(63:5)
(64:20)(69:2)(71:18)(71:20)(76:6)(76:7)
(76:19)(79:10)(81:16)(81:23)(96:11)
(96:15)(97:1)(97:6)(98:16)(98:18)(100:17)
(100:23)(102:4)(102:5)(106:16)(112:17)
(113:18)(114:10)(114:11)(114:15)(148:3)
(148:6)
**numbered** (6:1)(40:12)(54:9)(64:11)
(86:21)(132:1)(192:5)
**numbers** (6:5)(17:17)(27:22)(27:25)
(30:11)(35:3)(36:23)(38:18)(50:21)(50:22)
(65:1)(65:17)(69:24)(71:18)(71:21)(72:12)
(75:7)(75:13)(81:18)(81:20)(81:21)(96:16)
(96:18)(99:2)(99:18)(144:23)(151:22)
(161:21)(161:22)

### O

**oath** (4:23)
**object** (38:3)(56:1)(84:16)(92:20)
(166:6)(179:14)
**objecting** (42:24)
**objection** (38:5)(52:20)(56:8)(56:12)
(58:21)(68:18)(73:7)(88:4)(90:23)(101:4)
(101:5)(133:23)(145:4)(148:4)(158:13)
(163:19)(173:8)(177:11)(178:10)(178:16)
(179:18)(189:2)(196:10)
**obviously** (21:2)(23:1)(52:25)(66:13)
(77:7)(114:20)(115:17)(117:8)(122:5)
(124:13)(128:24)(134:3)(136:12)(140:19)
(151:20)(156:25)(167:21)(171:14)(175:12)
**occasion** (109:20)
**occasionally** (136:5)(189:10)
**occur** (53:24)
**occurred** (138:6)
**o'clock** (1:20)(4:10)(198:8)
**october** (13:22)(20:8)(20:18)(20:20)
(30:8)(30:9)(30:12)(30:14)(30:15)(30:18)
(31:1)(33:10)(33:17)(33:23)(38:2)(38:10)
(42:5)(43:7)(43:15)(61:1)(73:21)
**odds** (98:12)
**of our** (106:19)
**off** (28:15)(31:19)(34:1)(34:17)(34:19)
(40:19)(57:20)(77:2)(77:10)(98:9)(98:10)
(99:5)(101:24)(105:18)(111:1)(111:23)
(112:20)(123:8)(136:5)(141:9)(163:13)
(172:15)
**offer** (16:24)(30:4)(113:17)(120:3)
(120:13)(127:7)(129:18)(159:9)(168:2)
(175:19)(184:7)
**offered** (114:3)(122:14)(128:14)
(159:1)(167:10)
**offering** (28:22)(66:1)(66:2)(113:25)
(116:16)(196:25)
**offerings** (47:14)(66:19)(66:20)(115:8)
(116:14)(120:2)(192:25)
**offers** (37:6)(41:14)(41:16)(120:13)
(120:14)(127:24)
**offhand** (29:12)
**office** (107:1)
**offices** (4:8)(198:5)
**official** (30:24)(151:21)(182:16)
(182:18)
**officially** (13:22)

off-site                                                                performed

| | | |
|---|---|---|
| **off-site** (9:1)(153:24)<br>**often** (45:13)(55:15)(117:14)(136:2)<br>**old** (113:16)<br>**ongoing** (149:23)(163:4)(166:12)<br>**on-line** (186:4)(186:6)(186:7)(186:8)<br>**on-off** (66:24)<br>**open** (151:9)(151:13)(151:23)(152:3)<br>(152:7)(152:11)(163:12)<br>**opened** (32:4)<br>**opening** (66:3)(66:4)<br>**opens** (31:25)<br>**operated** (120:23)<br>**operation** (16:14)(18:24)<br>**operations** (12:23)(13:2)(13:3)(13:7)<br>(13:18)(14:11)(14:18)(15:20)(94:21)<br>(94:23)(94:24)(150:5)<br>**opp** (65:23)(66:2)(67:4)(71:9)(119:22)<br>(120:4)(120:12)(144:2)<br>**opportunities** (147:6)(147:20)(148:14)<br>(149:6)(151:16)<br>**opportunity** (144:18)(144:19)(146:19)<br>(151:22)(160:4)(160:5)(170:6)(171:2)<br>**opposed** (87:15)(157:9)<br>**option** (87:1)(87:4)(87:7)(171:22)<br>**options** (86:25)(139:20)<br>**order** (18:18)(18:25)(19:8)(19:15)<br>(19:18)(22:22)(29:6)(63:2)(97:4)(102:18)<br>(106:11)(106:12)(106:15)(106:24)<br>(107:23)(108:3)(109:6)(109:8)(110:1)<br>(114:6)(163:11)(165:19)<br>**ordered** (19:5)(81:9)(81:19)<br>**ordering** (81:12)<br>**orders** (18:19)(18:21)(19:2)(19:23)<br>(81:15)(82:2)(83:2)(106:21)(133:10)<br>**ordinarily** (36:15)<br>**organization** (31:15)(100:14)(142:11)<br>(142:18)(186:10)(187:12)(188:6)(188:13)<br>(189:11)<br>**origin** (82:13)<br>**original** (132:17)(132:19)(166:21)<br>(176:14)<br>**originally** (43:9)(176:12)<br>**others** (58:2)(104:17)(115:5)(118:12)<br>(159:23)(187:20)<br>**our** (6:14)(9:1)(9:9)(10:6)(11:13)(13:3)<br>(14:21)(16:7)(18:14)(18:24)(20:24)(21:7)<br>(21:12)(22:15)(23:17)(23:25)(24:11)<br>(25:17)(26:5)(26:14)(27:14)(27:15)(29:10)<br>(29:19)(29:24)(29:25)(30:13)(30:21)<br>(30:23)(31:11)(31:13)(31:15)(32:15)<br>(32:19)(36:21)(36:25)(38:17)(38:19)(39:2)<br>(40:8)(40:22)(41:22)(42:7)(45:6)(45:8)<br>(47:1)(47:2)(47:4)(48:17)(52:1)(53:22)<br>(56:5)(56:17)(63:1)(67:7)(67:9)(67:21)<br>(68:14)(69:4)(75:2)(77:14)(80:17)(81:1)<br>(81:3)(81:6)(82:19)(83:8)(83:25)(84:1)<br>(85:15)(85:19)(86:2)(86:4)(86:8)(89:21)<br>(90:25)(91:1)(92:4)(93:3)(94:21)(98:12)<br>(98:14)(100:3)(100:17)(100:19)(104:25)<br>(106:19)(107:11)(108:1)(108:9)(109:17)<br>(109:23)(114:5)(114:18)(115:7)(115:15)<br>(115:22)(115:25)(116:14)(118:4)(118:5)<br>(118:7)(118:16)(121:22)(122:5)(123:22)<br>(123:23)(125:7)(128:6)(129:6)(130:9) | (134:25)(136:20)(137:9)(139:19)(140:9)<br>(142:21)(144:20)(145:24)(149:7)(149:17)<br>(150:5)(151:20)(151:22)(152:2)(152:5)<br>(153:11)(156:12)(156:21)(158:6)(158:24)<br>(159:18)(160:19)(160:20)(161:15)<br>(164:24)(165:4)(169:3)(170:10)(173:15)<br>(174:1)(182:7)(186:10)(187:12)(188:5)<br>(190:8)(192:1)(194:24)(195:21)(196:3)<br>(196:11)(196:19)<br>**ours** (74:16)(122:6)(134:13)(196:4)<br>**ourselves** (169:21)(192:24)<br>**outbound** (83:19)(83:20)(83:25)<br>**output** (76:20)<br>**outside** (22:24)(39:7)(44:12)(56:2)<br>(84:16)(84:24)(120:8)(166:7)(177:11)<br>(179:8)<br>**over** (9:7)(10:12)(30:7)(52:19)(53:10)<br>(57:24)(91:1)(93:4)(94:16)(100:18)<br>(102:14)(112:10)(139:4)(147:9)(147:13)<br>(152:10)(156:23)(169:23)(183:10)(197:7)<br>**overall** (93:21)(93:23)(110:3)(128:21)<br>(160:17)(160:20)(165:20)<br>**overbroad** (196:10)<br>**overlapping** (156:4)<br>**overstocks** (31:7)(31:23)<br>**own** (6:9)(7:13)(9:3)(14:1)(51:21)<br>(80:17)(116:6)(116:14)(120:7)(124:13)<br>(169:14)(169:18)(175:10)(186:3)<br>**owned** (80:18)(154:15)<br>**owning** (78:12)<br><br>**P**<br>**pack** (76:14)(102:16)(102:21)(102:22)<br>(102:23)(163:2)<br>**package** (28:24)(28:25)(29:1)(62:13)<br>(162:11)(163:2)(170:3)<br>**packaged** (76:10)(76:12)(102:21)<br>**packages** (28:14)<br>**packaging** (30:3)(162:7)<br>**packed** (157:7)<br>**packet** (147:8)<br>**packs** (76:14)(103:2)(103:13)<br>**page** (2:2)(5:25)(33:10)(33:18)(33:19)<br>(36:15)(37:15)(50:4)(54:9)(54:11)(54:17)<br>(54:21)(54:23)(55:11)(55:13)(55:15)<br>(55:18)(62:16)(62:21)(63:11)(65:4)(66:16)<br>(70:19)(78:9)(79:10)(79:13)(79:14)(86:20)<br>(95:6)(98:20)(117:25)(118:1)(121:21)<br>(132:1)(132:4)(143:15)(151:8)(151:14)<br>(152:13)(157:23)(161:19)(168:10)<br>(172:12)(181:7)(182:10)(185:16)(190:10)<br>(190:15)(190:16)(191:9)(191:10)(191:19)<br>(191:24)(191:25)(192:4)(192:5)(192:6)<br>(192:10)(192:21)(198:18)<br>**pages** (55:14)(62:17)(117:22)(147:12)<br>(147:13)(152:21)<br>**paid** (90:11)(94:1)(94:13)<br>**pain** (103:2)<br>**panel** (61:5)(61:19)(66:25)(124:3)<br>(124:5)(124:10)(125:2)(187:9)(193:23)<br>**papers** (34:16)<br>**paragraph** (170:1)(170:5)(171:2)<br>**paragraphs** (6:1)<br>**parentheses** (32:13) | **parity** (161:7)<br>**parker** (6:14)(7:12)(27:7)(36:9)<br>**parlance** (72:4)(168:17)<br>**part** (13:24)(14:4)(15:2)(16:9)(17:6)<br>(26:6)(32:25)(41:22)(46:10)(47:2)(49:12)<br>(63:5)(67:2)(68:25)(76:23)(78:8)(81:17)<br>(81:20)(81:21)(81:23)(84:1)(84:4)(87:24)<br>(88:1)(91:4)(91:6)(93:4)(95:5)(108:14)<br>(108:16)(122:18)(128:6)(138:9)(140:19)<br>(142:18)(147:2)(149:25)(155:24)(163:5)<br>(165:23)(170:3)(179:21)(179:25)(180:1)<br>(183:4)(188:1)(191:7)<br>**partially** (50:25)<br>**participate** (56:18)(67:16)(67:20)<br>(138:19)(138:24)(140:21)(142:4)(142:7)<br>**participated** (138:15)(139:7)<br>**participating** (139:1)<br>**particular** (17:6)(36:7)(38:9)(53:14)<br>(54:21)(56:21)(70:18)(90:9)(106:1)<br>(106:16)(106:18)(107:12)(107:21)<br>(127:24)(159:21)(180:14)(180:15)<br>**parties** (78:14)(198:12)<br>**parts** (3:1)(93:3)(104:3)(104:6)(104:9)<br>**party** (127:21)<br>**passed** (72:23)<br>**passes** (119:17)<br>**past** (50:25)(61:10)(129:6)(150:24)<br>(152:25)(153:23)(154:9)(155:4)(157:2)<br>(159:16)(183:10)<br>**patent** (148:2)(148:11)(151:2)(151:10)<br>(152:6)(173:23)(175:12)(175:22)(180:4)<br>**patents** (174:15)(175:23)<br>**path** (149:9)(171:10)(171:15)<br>**pattern** (19:16)<br>**pay** (31:17)(31:18)(41:20)(44:6)(80:23)<br>(81:25)(82:15)(105:6)(105:9)(105:13)<br>(105:16)(109:19)(109:21)(110:9)(110:15)<br>(110:16)(111:7)(115:21)(124:8)(124:9)<br>(126:6)(126:7)(132:13)<br>**paying** (110:7)<br>**pays** (105:15)(124:5)<br>**pctr** (97:12)(97:13)<br>**peak** (19:10)<br>**pellegrino** (26:17)<br>**pending** (4:5)(99:23)(149:16)(150:11)<br>(198:16)<br>**pennies** (105:18)<br>**people** (29:25)(68:15)(75:3)(84:7)<br>(90:15)(90:20)(99:12)(99:14)(99:24)<br>(100:2)(101:2)(101:9)(101:17)(108:5)<br>(110:9)(111:7)(128:5)(128:9)(138:18)<br>(154:1)(154:4)(167:23)(167:25)(174:24)<br>(187:13)(187:15)(188:1)(188:9)<br>**per** (14:20)(15:7)(62:1)(78:21)(90:10)<br>(118:7)(118:8)(119:1)(121:22)(167:24)<br>(174:8)<br>**percent** (23:14)(110:1)(110:21)(115:1)<br>(115:22)(118:3)<br>**perceptions** (194:15)<br>**perform** (146:5)(169:15)<br>**performance** (52:19)(145:9)(145:13)<br>(145:14)<br>**performed** (129:8)(129:14)(156:21)<br>(192:17) |

performing                                                                                    process

| performing (156:20) | poorly (169:13) | (105:4)(105:5)(105:8)(105:11)(105:13) |
|---|---|---|

**performing**  (156:20)
**perhaps**  (109:22)(127:4)(170:6)(171:2)(175:20)
**period**  (13:21)(122:1)(122:9)
**periodic**  (194:7)
**periods**  (64:24)(122:22)(122:23)
**permit**  (40:2)
**perpendicular**  (103:7)
**person**  (6:4)(6:15)(86:18)(101:22)(131:23)(135:22)(150:5)(157:20)(157:22)(162:5)(162:6)(181:4)(188:12)(198:11)
**personal**  (6:9)(68:11)(98:1)
**personally**  (20:17)(26:18)
**perspective**  (58:17)(68:3)
**peter**  (142:22)(142:23)(142:24)(143:1)(143:7)(170:13)(170:24)
**phil**  (26:17)
**philosophy**  (60:5)
*photocopy*  (98:19)
**phrased**  (169:14)
**physically**  (32:8)(40:7)
**picture**  (185:19)
**pie**  (190:12)(190:14)
**pile**  (155:9)
**place**  (4:13)(11:18)(20:14)(22:22)(100:15)(112:25)(114:23)(138:9)(162:23)
**placed**  (133:10)(163:3)
**places**  (152:9)
**placing**  (106:11)
**plaintiff**  (1:5)(4:2)(4:4)(4:14)(198:9)
**plan**  (2:7)(2:18)(2:23)(51:21)(58:7)(64:1)(70:13)(116:22)(132:7)(135:10)(135:23)(135:24)(135:25)(136:7)(136:8)(137:15)(137:18)(137:20)(143:14)(148:11)(148:12)(149:11)(151:21)(152:5)(153:11)(156:6)(156:7)(156:11)(156:21)(157:5)(157:17)
**planned**  (70:10)(133:7)
**planning**  (50:20)(51:19)(51:20)(51:22)(52:3)(52:4)(52:6)(52:10)(54:3)
**plans**  (17:11)(58:18)(64:5)(68:21)(136:2)(136:3)(152:3)
**plant**  (9:10)(9:11)(11:13)
**plants**  (9:1)
**play**  (33:8)(152:10)(173:16)(173:17)(189:1)(189:4)
**player**  (146:7)(146:8)(146:15)
**playing**  (122:17)
**please**  (5:10)(43:2)(145:16)(170:24)
**point**  (7:16)(9:24)(10:1)(10:7)(12:3)(12:4)(15:18)(17:9)(21:13)(32:19)(33:7)(35:14)(43:12)(43:14)(51:7)(54:20)(55:21)(58:11)(66:3)(66:4)(67:9)(72:22)(82:7)(104:20)(120:16)(120:18)(120:24)(122:16)(123:23)(127:6)(132:10)(132:11)(132:14)(132:15)(132:18)(133:7)(133:9)(133:20)(133:22)(134:14)(139:11)(141:23)(154:25)(155:2)(157:5)(170:23)(173:21)(174:14)(177:17)(178:4)(178:6)(184:12)(190:23)(191:11)(191:15)
**point and**  (130:4)
**pointing**  (147:12)
**points**  (114:2)(129:19)(132:13)(138:21)(144:9)(145:1)(158:8)(167:11)

**poorly**  (169:13)
**population**  (154:2)
**pop-up**  (66:25)(115:17)(193:24)
**portage**  (9:9)
**portfolio**  (16:12)
**portion**  (98:13)
**portions**  (137:25)(153:11)
**pos**  (25:21)(81:3)
**position**  (8:22)(9:6)(9:8)(10:23)(10:25)(11:2)(11:7)(11:8)(11:9)(11:11)(12:6)(12:12)(12:17)(12:22)(12:25)(13:1)(13:7)(13:10)(13:12)(183:22)(188:14)
**positive**  (77:13)
**possession**  (131:17)
**possibility**  (141:16)
**possible**  (18:6)(40:5)(49:7)(73:4)(117:1)
**possibly**  (63:3)(72:17)
*potential*  (130:7)
**potentially**  (87:4)(111:15)(127:10)(131:22)(160:7)(166:1)
**pour**  (163:13)
**power**  (154:25)(155:2)(157:5)
**practice**  (158:9)
**precise**  (75:12)
**preclude**  (166:4)
**predict**  (50:15)
**predicted**  (53:10)(53:11)
**prefer**  (110:15)(134:3)
**preferable**  (164:18)
**preference**  (61:18)
**pre-merger**  (157:10)
**premium**  (143:16)(144:4)(144:5)(144:7)(144:9)(144:10)(144:14)(144:16)(144:18)(144:21)(145:3)(145:6)(145:8)(145:13)(145:14)(145:21)(146:7)(146:8)(146:16)(146:24)(146:25)(161:6)
**prepack**  (102:21)(102:23)(102:25)
**prepacks**  (41:11)(102:13)
**prepaid**  (47:2)
**prepare**  (6:12)(8:6)
**prepared**  (3:6)(85:5)
**pre-rayovac**  (181:2)
**present**  (45:9)(57:3)(117:3)(117:5)(165:18)
**presentation**  (72:15)(72:19)(117:15)(136:9)(136:13)(136:21)(147:19)(147:22)(147:24)(149:25)(152:19)(152:23)(153:10)(154:18)(154:25)(155:1)(155:2)(155:20)(155:22)(155:25)(156:6)(156:8)(157:6)(157:12)(157:15)(185:6)
**presentations**  (154:8)(154:22)
**presented**  (136:17)(166:13)(171:11)
**presenting**  (153:19)
**president**  (26:15)(134:24)(153:20)
**press**  (109:11)
**presumably**  (69:9)(85:24)(118:15)(143:7)(143:9)
**pretty**  (20:13)(98:3)(111:19)(157:5)
**previous**  (98:5)(139:3)(151:14)(176:20)(188:12)(190:15)
**previously**  (5:6)(7:5)(7:9)(17:16)(18:20)(59:19)(122:16)(152:22)(157:4)
**price**  (31:12)(66:3)(66:4)(67:8)(105:3)

(105:4)(105:5)(105:8)(105:11)(105:13)(105:15)(105:17)(105:20)(106:18)(106:20)(107:12)(107:13)(107:18)(107:20)(107:22)(108:1)(108:2)(108:5)(109:11)(109:14)(109:15)(109:16)(109:19)(109:21)(110:2)(110:3)(110:4)(110:6)(110:7)(110:10)(110:14)(110:16)(110:17)(111:7)(111:9)(111:12)(111:17)(111:23)(112:2)(112:7)(112:12)(112:13)(112:20)(113:10)(113:13)(113:17)(113:19)(113:20)(114:2)(114:6)(115:21)(115:24)(116:1)(116:14)(118:7)(118:8)(118:14)(118:23)(118:25)(119:2)(119:3)(119:9)(119:14)(119:18)(120:16)(120:17)(120:24)(121:22)(122:10)(122:16)(123:5)(123:23)(125:19)(125:21)(125:22)(125:24)(125:25)(126:3)(126:9)(126:11)(126:16)(127:6)(127:21)(128:3)(129:19)(129:21)(129:25)(130:3)(132:10)(132:11)(132:13)(132:14)(132:15)(132:18)(133:20)(133:21)(134:14)(134:17)(138:23)(138:24)(139:11)(139:17)(139:20)(139:22)(140:15)(141:16)(141:19)(143:11)(144:9)(144:25)(146:1)(158:6)(158:8)(160:2)(160:9)(160:14)(161:6)(161:7)(167:11)(184:12)(190:23)
**priced**  (61:20)(106:9)(140:8)(140:9)
**prices**  (80:20)(81:2)(105:25)(109:24)(113:7)(113:10)(116:9)(118:11)(125:2)(126:23)(126:24)(127:12)(134:9)
**pricing**  (9:21)(67:5)(81:4)(105:22)(105:23)(106:21)(108:6)(108:11)(108:13)(108:14)(108:16)(108:20)(108:22)(108:24)(109:5)(109:8)(111:18)(111:25)(112:11)(112:24)(113:4)(113:23)(113:24)(114:18)(116:10)(118:2)(118:17)(118:22)(119:4)(119:7)(120:1)(121:25)(125:7)(127:13)(127:15)(128:14)(129:9)(134:4)(138:3)(138:5)(138:6)(138:14)(138:17)(138:18)(139:5)(139:7)(140:6)(140:7)(140:21)(140:22)(141:23)(142:4)(142:7)(143:5)(157:23)(157:25)(158:1)(158:2)(158:11)(158:22)(158:24)(159:2)(160:7)(160:22)(161:21)(161:22)
**primarily**  (12:15)
**primary**  (44:18)(44:19)(52:1)(66:21)(79:3)
**prime**  (103:10)
**print**  (89:22)(108:23)
**printed**  (49:4)(191:10)
**printout**  (99:1)(99:3)(125:15)
*prior*  (18:16)(18:24)(78:11)(128:6)(135:3)(142:9)(142:20)(146:20)(168:4)
**privilege**  (92:22)(148:8)(177:25)(178:1)(178:23)
**privy**  (18:23)(164:7)
**probably**  (26:24)(28:21)(55:8)(71:19)(72:2)(77:8)(100:11)(100:13)(101:22)(102:5)(104:19)(124:10)(128:5)(135:13)(135:21)(139:2)(142:17)(154:6)(155:11)(157:6)(162:6)(170:22)(181:4)(182:25)
**problem**  (5:22)
**process**  (15:2)(51:14)(52:1)(63:7)(67:21)(119:16)(127:11)(127:19)(127:20)

processed                                                                                   rayovac

(127:22)(136:8)(138:3)(138:4)(138:8)
(178:14)(179:21)
**processed**   (32:8)
**processes**   (14:25)
**produce**   (78:18)(124:19)(124:20)
(133:11)(190:21)(190:22)
**produced**   (7:7)(35:6)(35:10)(35:11)
(35:17)(35:19)(49:5)(49:10)(49:14)(60:12)
(80:17)(87:17)(94:9)(186:13)(186:21)
**product**   (10:2)(16:7)(17:7)(17:12)
(24:10)(31:24)(31:25)(33:12)(36:10)(39:4)
(47:1)(50:16)(52:19)(55:14)(55:19)(56:7)
(59:8)(59:25)(60:20)(61:8)(61:13)(63:15)
(67:21)(67:23)(68:7)(68:14)(68:23)(69:12)
(69:23)(74:21)(77:1)(77:12)(81:9)(82:12)
(84:11)(85:24)(90:8)(91:4)(91:15)(92:4)
(93:18)(95:8)(97:7)(97:8)(99:19)(100:15)
(100:20)(100:22)(101:18)(105:7)(107:3)
(107:5)(107:17)(109:17)(113:10)(113:11)
(113:16)(113:25)(114:7)(115:16)(116:11)
(120:21)(122:18)(123:18)(123:20)
(123:21)(127:12)(129:15)(131:5)(131:10)
(131:14)(133:5)(136:1)(137:5)(137:7)
(137:10)(137:11)(138:11)(140:11)(143:5)
(143:8)(148:21)(155:18)(158:23)(158:25)
(159:10)(159:18)(159:20)(162:21)(167:3)
(167:18)(168:11)(169:6)(169:8)(169:14)
(169:15)(171:4)(173:7)(173:12)(173:13)
(173:19)(174:15)(174:17)(174:21)
(174:24)(174:25)(175:1)(175:4)(175:6)
(175:9)(175:10)(175:14)(175:18)(175:21)
(176:1)(176:9)(176:15)(177:14)(177:17)
(177:18)(178:18)(179:3)(179:9)(180:6)
(180:13)(181:12)(181:25)(182:2)(182:5)
(183:2)(183:5)(183:8)(183:22)(183:24)
(185:20)(185:21)(185:25)(187:1)(187:5)
(187:10)(188:2)(189:13)(189:24)(190:1)
(190:21)(190:22)(192:14)(192:15)
(192:25)(193:11)(193:16)(193:17)
(193:18)(193:25)(194:2)(194:5)(195:4)
(195:8)(196:25)
**product-by-product**   (26:24)
**production**   (7:11)(69:20)(133:6)(133:8)
**products**   (9:24)(11:14)(12:2)(12:4)
(12:5)(13:8)(13:9)(15:3)(15:6)(15:9)
(15:11)(15:19)(16:1)(16:22)(17:14)(17:18)
(17:24)(18:18)(22:3)(22:4)(23:5)(24:7)
(31:11)(33:16)(39:2)(44:13)(47:3)(50:12)
(50:14)(51:10)(53:19)(53:21)(54:12)
(55:12)(56:17)(57:7)(57:11)(59:1)(60:11)
(63:18)(66:5)(66:18)(68:9)(70:7)(70:10)
(70:25)(71:1)(72:10)(73:24)(74:9)(74:14)
(74:16)(75:24)(76:1)(77:14)(78:19)(79:20)
(80:3)(80:14)(80:17)(82:1)(86:5)(88:17)
(89:10)(89:18)(89:23)(90:1)(90:3)(90:16)
(91:7)(91:14)(102:1)(103:8)(103:9)
(103:19)(104:4)(109:20)(113:4)(113:5)
(113:7)(114:14)(115:3)(115:5)(116:7)
(116:9)(119:6)(120:1)(122:6)(122:19)
(123:1)(123:2)(123:6)(123:22)(123:23)
(125:13)(125:15)(127:13)(130:2)(130:3)
(130:6)(130:23)(130:24)(131:1)(131:2)
(134:4)(134:9)(134:16)(134:25)(139:8)
(139:14)(141:22)(142:1)(142:2)(142:3)

(145:24)(146:2)(149:7)(150:17)(150:20)
(158:12)(159:13)(160:10)(160:19)
(160:21)(160:23)(162:8)(162:13)(164:4)
(164:6)(164:9)(165:12)(165:14)(167:13)
(167:15)(173:20)(173:21)(173:25)(174:1)
(174:2)(176:25)(181:16)(181:17)(182:3)
(182:7)(182:8)(184:9)(187:21)(187:22)
(187:24)(188:7)(188:8)(188:10)(188:12)
(188:15)(188:16)(188:20)(188:22)
(188:25)(189:24)(191:5)(191:21)(191:22)
(192:23)(193:2)(193:3)(193:5)(193:6)
(193:7)(195:23)(196:4)(196:9)(196:23)
**products in**   (140:23)
**professional**   (8:18)
**profit**   (16:10)(37:6)(77:9)(77:15)
(88:24)(89:3)(97:13)(97:14)(97:15)(99:6)
(99:9)(99:11)(99:13)(99:25)(100:3)
(101:18)(101:20)(104:13)(114:8)(114:22)
(115:11)(115:13)
**profitability**   (16:7)(57:1)(77:17)(85:3)
(89:5)(114:12)(114:15)(114:17)
**profitable**   (77:12)(110:2)
**profits**   (23:25)(75:16)(88:17)(105:21)
**program**   (8:11)(23:3)(46:10)(109:22)
(110:25)(160:18)(160:21)(169:4)
**programs**   (9:22)(15:23)(109:25)
(110:18)(110:20)
**progress**   (8:10)(152:17)
**progression**   (71:9)
**project**   (85:14)(130:21)(132:25)
**projected**   (53:7)
**promo**   (41:16)
**promoted**   (10:14)
**promotion**   (159:15)(159:16)(195:17)
**promotional**   (30:4)(41:14)(41:21)
(159:2)
**promotions**   (42:1)(158:4)(158:10)
(159:1)(159:4)
**properly**   (161:18)(165:2)
**protective**   (22:22)
**provide**   (34:11)(34:13)(35:13)(44:16)
(108:21)(109:12)(125:3)(125:4)(135:25)
(169:1)(184:4)
**provided**   (89:6)(92:1)(92:13)(92:15)
(131:16)(131:18)(157:16)(184:24)
**providers**   (125:5)
**provision**   (24:5)
**provisions**   (22:6)(22:15)
**public**   (4:7)(198:3)(198:25)
**publicly**   (22:24)
**published**   (31:13)
**pull**   (27:8)(34:4)(69:3)(74:6)(81:18)
(85:16)(107:4)
**pulled**   (6:15)(7:4)(7:9)(23:18)(27:6)
(27:11)(69:2)(69:7)(72:16)(74:10)(96:24)
**pulling**   (182:21)
**pulls**   (174:12)
**purchase**   (43:6)(80:20)(80:21)(81:2)
(81:15)(82:2)(83:2)(104:6)(108:3)(181:9)
(181:11)
**purchased**   (40:4)
**purchasing**   (79:3)
**purpose**   (50:19)(99:17)(153:9)
(164:11)(164:13)(188:5)

**purposes**   (23:18)(50:20)(51:19)
(51:22)(78:13)(96:21)(96:22)(193:13)
**pursuant**   (4:6)(5:12)(69:20)
**pursue**   (145:22)(146:24)
**pursued**   (150:25)(171:22)
**pursuing**   (146:18)(146:20)(146:22)
(146:25)(176:23)
**pursuit**   (146:16)
**pushing**   (176:17)
**puts**   (108:6)
**putting**   (15:20)(128:25)

## Q

**quality**   (128:19)(128:20)(128:21)
**quantity**   (109:7)
**quarter**   (20:20)(20:23)(20:25)(21:2)
(30:8)(30:21)(92:14)
**quarterly**   (87:14)(87:15)(88:21)(89:7)
(104:12)(104:15)
**query**   (81:18)
**question**   (15:9)(16:19)(24:18)(27:18)
(33:9)(34:3)(34:16)(38:3)(40:3)(42:8)
(42:25)(45:11)(54:17)(54:21)(56:1)(73:10)
(81:11)(84:20)(88:7)(99:22)(99:24)(101:6)
(110:8)(133:25)(145:17)(145:18)(146:13)
(147:16)(156:15)(158:16)(165:9)(165:10)
(166:9)(167:21)(177:25)(178:20)(179:5)
(179:6)(179:16)(179:18)(181:7)(183:20)
(189:21)
**questioning**   (172:13)
**questions**   (172:5)(178:24)(197:10)
(197:12)
**quick**   (92:6)(92:8)(172:5)(197:6)
**quite**   (55:14)(63:3)(117:1)(156:25)
**quote**   (2:13)(2:14)(76:18)(93:1)(95:7)
(175:17)

## R

**rack**   (52:5)
**raising**   (141:18)
**ramp-up**   (78:18)(78:20)(78:21)(78:24)
(78:25)(79:2)(79:4)
**randolph**   (4:16)
**range**   (20:12)(35:14)(100:13)(109:18)
(111:22)(112:18)(126:10)(134:15)
(134:17)(146:6)(146:10)
**rarely**   (88:15)
**rate**   (53:1)(82:13)(82:14)
**rates**   (21:17)
**rather**   (17:19)(37:15)(37:20)(67:22)
(110:16)(117:18)(125:16)(164:20)(176:5)
**rating**   (190:17)(190:18)(190:19)
**ratings**   (190:17)
**raw**   (57:4)
**rayovac**   (1:7)(4:4)(6:3)(6:10)(8:19)
(8:20)(8:22)(9:16)(10:1)(12:2)(12:4)(13:8)
(13:9)(14:12)(16:16)(21:6)(21:7)(25:1)
(31:11)(39:1)(42:15)(43:6)(44:11)(44:18)
(44:21)(45:4)(45:9)(50:2)(50:8)(50:12)
(57:11)(67:11)(68:16)(71:24)(75:23)
(78:11)(78:14)(78:15)(83:20)(83:23)
(83:25)(87:1)(91:21)(93:6)(93:9)(94:1)
(94:18)(96:25)(97:3)(99:7)(102:13)(114:8)
(121:6)(124:5)(124:19)(127:12)(133:1)

rayovac/remington                                                                 rest

(135:6)(141:18)(143:10)(145:20)(145:22)
(146:8)(146:17)(148:22)(150:15)(150:16)
(150:21)(155:14)(157:9)(158:19)(158:21)
(158:22)(160:22)(162:1)(166:22)(174:9)
(175:9)(176:25)(181:16)(181:21)(181:22)
(182:5)(182:19)(183:12)(186:11)(187:22)
(187:24)(188:3)(188:8)(188:16)(188:18)
(188:19)(191:14)(191:17)(192:18)(193:6)
(193:7)(193:8)(195:8)
**rayovac/remington**   (63:21)
**rayovac's**   (18:16)(19:1)(20:3)(20:6)
(42:11)(43:17)(44:19)(83:23)(116:6)
(120:7)(179:11)(184:9)(196:9)
**read**   (36:16)(37:11)(98:23)(145:16)
(165:9)(171:5)(185:6)(190:21)
**reading**   (172:15)(176:11)(176:18)
(198:19)
**readout**   (128:16)
**reads**   (145:17)(165:10)
**ready**   (85:5)(102:20)
**real**   (103:10)(151:19)(151:20)
**really**   (14:2)(98:11)(123:10)
**reason**   (32:1)(32:16)(110:13)(118:20)
(135:24)(176:23)
**reasonable**   (79:9)
**reasonably**   (114:5)(156:3)
**reasons**   (62:14)(113:12)(113:18)
(140:1)(156:12)(166:11)(174:16)(174:19)
(175:11)
**rebate**   (109:22)(109:25)(110:4)
(110:12)(110:16)(110:21)
**rebates**   (9:23)(37:5)(46:5)(46:8)(46:9)
(46:10)(46:14)(46:15)
**recall**   (7:1)(7:3)(17:1)(17:10)(29:11)
(33:5)(49:25)(55:15)(57:18)(57:19)
(103:24)(139:1)(142:23)(155:7)(163:1)
(179:19)(186:4)(186:5)
**receive**   (110:16)(159:12)
**received**   (43:13)(169:3)
**receiving**   (168:24)
**recent**   (169:3)
**recently**   (65:13)(65:14)
**recess**   (78:1)(92:10)(104:21)(141:13)
(166:19)(197:8)
**rechargeable**   (66:23)
**rechargeables**   (68:12)
**recognize**   (21:13)(22:8)(32:18)(65:3)
(98:22)(98:23)
**recognized**   (24:1)
**recognizing**   (75:9)(75:11)
**recollection**   (6:24)(176:12)
**recommendation**   (3:4)(190:3)(190:4)
**recon**   (29:4)
**reconditioned**   (29:5)(29:7)(29:9)(48:1)
(48:7)
**record**   (5:8)(34:1)(34:19)(101:24)
(141:9)(178:21)(198:14)
**recorded**   (38:22)(62:23)
**records**   (94:11)(104:15)
**reduce**   (23:24)
**reduced**   (198:13)
**reducing**   (158:6)
**reduction**   (160:9)(160:15)
**reductions**   (46:7)(160:2)

**refer**   (40:21)(41:3)(41:6)(46:25)(70:24)
(96:9)(102:1)(103:11)(119:6)(131:7)
(137:10)(151:11)(183:5)
**referenced**   (104:10)(168:6)
**referred**   (118:22)(174:3)(185:15)
(186:23)
**referring**   (42:22)(73:25)(94:6)(120:20)
(141:4)(168:23)
**refers**   (31:5)(38:14)(46:19)(71:1)
(141:6)
**refill**   (77:21)
**refills**   (75:23)(76:9)(76:22)(77:11)
(77:18)
**reflect**   (27:25)(30:11)(31:22)(43:17)
(48:9)(87:14)(98:16)(99:18)(105:4)
(178:22)
**reflected**   (23:9)(105:21)(111:4)
**reflecting**   (74:9)
**reflects**   (25:6)(27:25)(31:21)(37:19)
(39:8)(43:3)(72:3)(75:21)(98:18)(105:22)
(105:23)
**refresh**   (6:24)(176:11)
**regard**   (59:7)(93:25)(94:7)(141:23)
(176:3)(179:8)
**regarding**   (2:6)(2:11)(2:12)(3:1)
(56:25)(76:21)(179:3)
**regardless**   (26:9)
**regent**   (4:9)(198:6)
**regime**   (19:1)
**register**   (160:5)
**regular**   (75:3)(101:10)(121:11)
(152:22)(180:18)
**regularity**   (171:13)
**regulatory**   (171:11)
**related**   (22:2)(86:17)(148:10)(174:15)
**relation**   (168:16)
**relative**   (6:15)(36:25)(53:17)(53:18)
(77:15)(115:25)(127:7)(127:25)(144:20)
(146:10)(148:15)(171:7)(195:10)(198:22)
**release**   (58:18)(70:13)
**released**   (22:24)
**relevance**   (179:15)
**relevant**   (33:12)(36:6)(67:23)(78:9)
(128:14)
**reliable**   (75:13)
**rem**   (95:24)(96:1)
**remain**   (110:2)
**remained**   (10:15)
**remember**   (121:3)(128:9)(155:9)
**remind**   (49:19)(59:22)
**remington**   (3:6)(13:12)(13:18)(13:25)
(14:11)(15:3)(16:14)(16:16)(16:17)(18:15)
(39:22)(42:6)(42:18)(43:7)(43:10)(60:5)
(78:12)(78:13)(91:18)(91:19)(91:20)
(91:22)(91:24)(94:11)(94:17)(96:2)(98:3)
(98:4)(106:2)(109:20)(111:10)(116:6)
(118:3)(118:11)(120:7)(120:9)(121:8)
(123:6)(127:12)(127:13)(128:6)(130:20)
(134:25)(135:3)(135:7)(142:10)(142:14)
(142:25)(143:15)(144:13)(144:15)
(144:18)(145:2)(146:7)(148:16)(154:14)
(155:14)(157:9)(157:21)(159:10)(160:21)
(167:12)(169:6)(169:15)(170:10)(170:19)
(174:9)(181:22)(182:19)(183:13)(187:21)

(188:10)(188:11)(188:15)(188:18)
(188:20)(188:22)(195:19)(195:22)
**remington's**   (15:11)(42:12)(78:15)
(157:3)(167:5)(167:7)(168:4)
**reorder**   (19:23)(53:8)
**rep**   (44:6)(44:10)(44:19)(45:6)(45:8)
(63:4)
**repeat**   (165:8)(179:6)
**repeats**   (170:5)
**rephrase**   (43:1)(43:2)(169:13)
**replaceable**   (177:5)
**replacement**   (104:6)(176:16)
**replenish**   (19:24)
**report**   (26:1)(26:11)(26:14)(27:16)
(32:14)(32:15)(34:6)(34:9)(35:22)(73:12)
(77:4)(80:2)(80:4)(80:6)(87:13)(87:17)
(124:23)(131:14)(135:8)
**reported**   (1:23)(25:22)(56:23)
**reporter**   (145:17)(165:10)(198:11)
**reporting**   (31:15)(34:4)(69:17)
**reports**   (32:22)(71:22)(101:3)(101:6)
(101:11)(124:25)
**represent**   (35:10)(69:15)(96:3)(96:5)
**representative**   (31:16)(44:7)(45:2)
(74:13)
**representative or**   (45:14)
**representatives**   (45:4)(45:16)(45:20)
(137:4)(148:22)(149:15)(154:20)(186:3)
**representing**   (45:9)(64:25)(137:1)
(137:5)
**represents**   (79:11)
**repriced**   (127:5)
**reps**   (44:11)(45:17)(45:20)(45:21)
**request**   (7:10)(36:1)(49:9)(49:13)
(69:10)(69:19)(69:21)(86:1)(92:17)
(106:15)(106:19)(198:9)
**requested**   (7:5)(27:7)(36:6)(107:18)
(107:22)(108:2)(186:19)(198:19)
**requesting**   (69:13)
**requests**   (74:6)(106:20)(107:17)
**require**   (22:7)(22:12)(44:8)(61:13)
**required**   (93:3)(107:3)(159:11)
**requirement**   (22:13)(126:2)(126:9)
**requirements**   (22:18)
**requires**   (41:14)(164:25)
**resale**   (125:19)
**research**   (13:4)(84:14)(85:4)(85:9)
(85:11)(85:13)(86:8)(86:9)(86:14)(124:3)
(129:8)(129:10)(129:17)(131:5)(131:11)
(131:22)(169:4)(174:2)(187:13)(189:8)
(196:22)
**reserve**   (23:24)(24:2)
**reserves**   (21:16)
**reside**   (81:6)
**resold**   (29:6)(104:5)
**response**   (141:17)(159:19)(159:21)
(159:24)
**responsibilities**   (8:24)(10:15)(11:22)
(11:25)(91:5)(91:6)
**responsibility**   (10:18)(10:21)(11:23)
(14:4)(15:14)(15:17)(15:25)(16:10)
**responsible**   (13:17)(16:15)(51:16)
(68:2)(68:3)(99:9)(107:8)(150:3)(161:11)
**rest**   (30:20)

result                                                                                          selected

**result**  (29:6)
**results**  (68:6)
**retail**  (10:6)(10:7)(24:21)(24:23)(34:5)
(37:16)(37:19)(39:8)(45:24)(61:23)(67:6)
(104:5)(112:1)(114:2)(114:3)(118:3)
(118:7)(118:8)(120:24)(121:22)(123:5)
(123:25)(125:2)(125:20)(125:21)(126:9)
(126:12)(126:15)(126:23)(126:24)(128:1)
(129:1)(129:3)(129:19)(132:10)(132:12)
(139:11)(159:10)(190:24)(190:25)
**retailer**  (19:21)(29:22)(29:23)(32:4)
(32:5)(118:4)(119:17)(128:2)(162:4)
(184:16)(184:20)
**retailers**  (103:8)(105:6)(110:18)(126:2)
(159:2)(160:6)(184:2)(185:10)(186:9)
**retailer's**  (103:4)(114:4)
**retails**  (118:18)(121:14)(122:7)(126:4)
(126:14)(185:21)
**retrofitted**  (164:24)
**return**  (21:16)(21:17)(23:14)(23:23)
(24:3)(24:5)(24:8)(24:10)(31:23)(40:2)
(40:9)(62:22)(63:7)(63:8)(75:8)
**returned**  (12:12)(39:23)(40:5)
**returns**  (22:6)(22:14)(29:6)(31:4)
(31:6)(31:8)(31:21)(31:22)(31:24)(32:6)
(32:7)(32:11)(40:17)(46:3)(46:4)(62:18)
(63:1)(63:2)(72:3)(79:17)(79:18)
**reveal**  (178:7)(178:9)
**revenue**  (16:3)(22:8)(32:18)(79:11)
(79:15)(79:24)(80:2)(80:4)(80:6)(85:2)
(92:2)(105:21)
**review**  (2:10)(3:2)(5:25)(6:23)(8:7)
(54:15)(54:24)(55:1)(70:5)(70:22)(73:12)
(75:9)(136:6)(137:14)(137:15)(137:16)
(137:23)(137:24)(138:1)(147:11)(147:17)
(156:16)(156:18)(172:9)(177:18)(189:20)
**reviewed**  (7:1)(7:7)(7:16)(148:12)
(157:4)
**reviewing**  (135:18)(138:14)(141:9)
(149:8)(176:6)(176:22)
**revisions**  (55:10)
**revisited**  (136:4)
**rider**  (94:24)
**right-hand**  (55:17)(66:10)
**rise**  (179:24)
**risk**  (147:20)(148:10)(148:17)(151:21)
**risks**  (147:20)(148:1)(148:14)(149:5)
(151:14)(151:15)(152:7)
**role**  (10:5)(10:10)(12:14)(13:23)
(14:16)(14:17)(139:3)(139:4)(139:17)
(188:14)(189:1)(189:4)
**roles**  (10:12)(10:13)
**rollback**  (160:11)(160:13)(161:5)
(161:7)
**rolled**  (188:14)
**room**  (184:18)(190:24)
**rooted**  (167:8)
**ropes**  (4:13)
**rotaries**  (115:7)
**rotary**  (2:8)(2:9)(17:3)(17:21)(18:12)
(56:17)(57:6)(57:11)(58:2)(58:19)(94:7)
(94:9)(115:8)(130:11)(132:9)(140:25)
(141:6)(164:15)(164:22)(164:23)(165:5)
(182:11)(191:20)(191:21)

**roughly**  (61:22)
**routinely**  (75:1)(93:4)
**row**  (41:2)(105:3)(125:10)
**rows**  (38:19)(38:20)
**rubber**  (115:17)
**rule**  (19:12)(30:5)(105:16)(136:3)
(153:2)
**rules**  (107:19)
**ruling**  (178:25)(179:1)
**run**  (14:1)(30:18)(30:21)(160:5)
(173:24)(174:1)
**running**  (15:23)
**runs**  (20:6)
**run-through**  (35:24)
**ryan**  (187:21)

## S

**safety**  (163:13)
**salable**  (102:12)(180:6)
**salaries**  (84:7)(84:12)
**sale**  (16:24)(21:13)(23:20)(41:18)
(43:12)(79:7)(79:12)(79:15)(81:1)(114:3)
**sales**  (2:4)(2:5)(2:22)(9:18)(9:19)
(9:21)(11:21)(12:15)(18:14)(21:5)(21:6)
(21:7)(22:5)(22:7)(22:10)(23:19)(23:24)
(24:6)(24:13)(24:14)(24:17)(25:7)(26:14)
(26:15)(30:11)(30:25)(31:8)(31:10)(31:14)
(31:17)(31:18)(31:19)(32:10)(32:12)
(32:13)(32:14)(32:15)(32:19)(32:21)(35:3)
(35:22)(36:2)(36:3)(36:4)(36:5)(36:18)
(38:22)(40:18)(41:4)(41:5)(41:8)(41:9)
(41:15)(41:23)(41:25)(42:18)(42:22)(43:4)
(43:9)(43:13)(44:21)(44:23)(45:2)(45:7)
(45:16)(45:17)(45:19)(45:21)(46:7)(46:16)
(48:9)(48:17)(48:20)(48:25)(49:5)(49:21)
(49:22)(50:23)(51:15)(52:4)(52:6)(53:8)
(53:10)(56:15)(56:16)(56:17)(56:25)
(60:11)(60:15)(60:19)(62:1)(62:23)(67:12)
(68:5)(69:16)(69:24)(72:9)(73:11)(74:2)
(74:21)(75:5)(75:13)(75:14)(75:15)(75:21)
(76:21)(76:25)(77:19)(77:21)(79:23)(84:7)
(92:4)(100:17)(100:19)(101:1)(104:12)
(105:21)(106:6)(106:7)(107:11)(108:3)
(110:25)(111:3)(111:5)(117:5)(117:12)
(117:14)(118:21)(136:6)(136:20)(136:24)
(136:25)(137:3)(144:10)(148:22)(149:13)
(149:15)(149:18)(149:20)(149:25)(150:1)
(150:3)(150:5)(150:11)(150:24)(151:3)
(153:8)(153:11)(153:12)(153:15)(153:16)
(153:17)(153:18)(153:20)(153:22)(154:1)
(154:3)(154:9)(154:18)(154:19)(154:23)
(155:3)(155:5)(155:7)(156:5)(156:8)
(156:9)(161:12)(167:20)(184:22)(184:23)
(185:4)(185:9)(186:2)(186:19)
**salesperson**  (45:9)(107:8)
**salutation**  (170:17)
**sample**  (41:19)(109:6)
**samples**  (154:22)
**sandy**  (54:7)(101:22)
**sap**  (11:17)(27:11)(27:12)(27:14)
(27:19)(39:5)(42:8)(81:6)(81:18)(81:21)
(81:23)(96:10)(96:13)(96:21)(96:22)
(96:23)(99:1)(99:4)(106:23)(106:25)
(107:1)(108:6)(108:23)(109:5)(109:9)

(109:12)
**sat**  (8:5)(15:7)
**satisfaction**  (14:22)
**satisfied**  (32:1)
**save**  (109:7)
**savings**  (160:4)
**saw**  (185:15)
**saying**  (42:22)(53:24)(53:25)(54:22)
(102:19)(149:19)(196:4)
**says**  (26:18)(38:8)(48:1)(50:3)(62:5)
(78:22)(82:13)(86:24)(87:7)(95:24)(97:12)
(109:9)(118:25)(119:4)(125:13)(140:6)
(157:4)(157:24)(170:25)(183:9)(191:20)
**scale**  (112:5)(112:6)(161:2)
**scenario**  (48:16)
**schedule**  (78:18)(78:20)(78:21)
**schedules**  (78:24)(78:25)(79:2)(79:4)
**schoepp**  (1:14)(4:1)(4:20)(5:9)(7:7)
(198:20)
**s-c-h-o-e-p-p**  (5:11)
**school**  (7:24)
**scope**  (10:16)(10:17)(13:13)(13:16)
(56:2)(84:17)(84:25)(85:1)(99:10)(134:7)
(166:7)(177:12)
**score**  (168:16)(168:22)(168:24)
**scored**  (169:5)
**scores**  (169:3)
**scout**  (174:2)(174:10)(174:11)(174:12)
**screams**  (154:23)
**screen**  (17:22)
**seal**  (163:13)
**sealed**  (163:10)(177:4)
**sean**  (56:22)(58:15)(65:8)(65:15)(87:4)
(113:21)(133:18)(133:19)(133:21)(134:2)
(134:22)(135:1)(135:5)(135:6)(135:8)
(135:14)(135:15)(135:19)(136:22)(137:5)
(138:20)(143:12)(147:25)(148:1)(154:7)
(154:8)(154:10)(154:12)(161:13)(161:16)
(180:21)(186:2)(186:16)
**searched**  (63:5)
**season**  (19:9)(19:11)(19:14)(120:11)
(120:20)(160:12)
**second**  (30:22)(33:25)(34:18)(50:4)
(60:20)(95:6)(140:18)(141:10)(172:10)
(172:11)
**secondary**  (102:21)
**secret**  (182:20)
**section**  (39:25)(108:9)(147:19)
(147:22)(152:20)(152:25)(157:23)(172:7)
(172:13)(172:14)(172:15)(172:19)
(172:22)(172:24)(173:2)(176:21)(182:10)
**sections**  (78:6)
**seeing**  (118:7)(127:25)
**seem**  (102:9)
**seems**  (38:22)(72:11)(97:14)
**segment**  (143:16)(144:7)(144:9)
(144:11)(144:14)(144:16)(144:18)
(144:21)(145:3)(145:6)(145:8)(145:13)
(145:14)(145:21)(146:7)(146:8)(146:16)
**segmentation**  (144:3)
**segments**  (144:20)(144:24)(145:7)
(145:9)(145:21)(145:23)(153:21)
**select**  (193:5)(193:7)
**selected**  (180:14)(180:15)(193:2)

*selecting*            *slides*

(193:3)
**selecting** (180:19)(182:2)
**selects** (193:6)
**sell** (44:7)(51:3)(58:7)(75:23)(100:19)
(114:6)(126:2)(149:19)(155:17)(164:3)
(164:6)(183:22)(184:9)(185:15)(186:1)
**selling** (56:6)(90:16)(116:12)(167:22)
(174:21)(174:22)(182:15)(182:20)
(182:21)(182:23)(183:2)(183:4)(183:25)
(184:5)(185:7)(185:8)
**sells** (68:16)
**seminar** (15:8)
**send** (159:10)
**senior** (10:14)(10:22)(11:4)(117:3)
(117:6)(117:8)(117:11)(117:15)(137:24)
(138:1)(148:12)(153:19)(156:18)(190:5)
**sense** (98:23)(111:22)(151:7)(160:18)
(168:2)(184:19)(190:19)(191:1)
**sensormatic** (28:10)(59:23)
**sent** (87:19)
**sentence** (170:1)
**separate** (23:21)(29:23)(29:24)(41:24)
(42:19)(43:10)(59:24)(60:5)(60:9)(61:8)
(61:13)(63:14)(63:16)(76:1)(76:2)(88:13)
(102:17)(162:25)(163:5)(163:10)
**separately** (18:7)(85:13)
**separating** (60:19)
**september** (2:6)(2:7)(2:10)(2:18)(3:5)
(3:6)(18:14)(18:19)(20:8)(21:2)(30:19)
(39:12)(39:21)(40:4)(43:4)(50:3)(55:6)
(72:6)(72:18)(72:21)(73:21)(79:8)(116:23)
(189:23)(191:9)
**serial** (40:7)(40:12)
**serially** (40:11)
**series** (96:16)(97:14)
**serve** (10:10)
**service** (44:16)(63:4)(108:4)(108:9)
(108:10)
**set** (71:11)(71:24)(75:7)(81:22)(86:2)
(106:7)(107:1)(110:18)(113:14)(113:19)
(114:8)(114:10)(114:15)(119:21)(129:21)
(129:25)(138:2)(138:23)(147:5)(161:21)
(161:22)(161:25)
**sets** (113:20)
**setting** (11:15)(65:2)(116:10)(138:24)
(143:4)(161:24)
**seven** (192:22)
**several** (26:7)(44:13)
**severson** (135:16)
**shape** (14:23)(149:5)
**share** (24:9)(144:20)(149:18)(185:23)
(189:11)(195:7)
**shared** (114:24)(140:6)(149:20)
**shave** (41:19)(98:9)
**shaveman** (120:21)(120:22)(120:23)
(121:2)(121:13)(121:18)(151:24)(152:1)
**shaver** (3:1)(3:6)(18:4)(18:6)(57:6)
(57:14)(57:21)(57:24)(61:16)(66:11)
(66:12)(66:23)(68:16)(68:21)(69:14)
(69:24)(70:1)(70:7)(80:20)(82:16)(86:6)
(86:24)(95:1)(95:13)(95:15)(98:7)(98:8)
(104:7)(105:1)(120:23)(121:12)(121:13)
(122:14)(123:12)(126:6)(126:8)(127:24)
(128:16)(128:21)(129:6)(132:9)(133:21)

(162:9)(162:18)(163:17)(163:20)(164:10)
(164:12)(164:19)(164:25)(165:1)(165:3)
(165:15)(165:21)(165:24)(168:2)(169:2)
(170:3)(171:1)(172:17)(174:5)(180:2)
(188:20)(188:22)(191:6)(192:1)(192:6)
(193:21)
**shavers** (2:4)(2:17)(3:2)(18:9)(58:3)
(58:19)(65:25)(67:7)(68:5)(68:8)(68:10)
(71:12)(81:12)(103:16)(105:2)(115:23)
(119:21)(157:17)(163:24)(164:15)
(164:22)(164:23)(165:6)(165:17)(166:5)
(166:11)(167:23)(169:16)(172:9)(182:11)
(184:5)(188:23)(191:14)(191:22)(191:23)
**shaving** (2:7)(2:10)(2:18)(2:22)(3:4)
(15:5)(16:13)(16:18)(16:20)(28:25)(56:17)
(58:16)(58:23)(65:10)(65:11)(65:12)
(65:16)(67:24)(67:25)(68:2)(75:8)(86:3)
(86:10)(86:15)(86:18)(89:14)(89:18)
(90:12)(91:3)(91:7)(97:16)(97:18)(98:12)
(114:12)(115:2)(115:4)(116:22)(119:6)
(132:14)(135:10)(135:21)(137:14)
(142:20)(143:1)(153:7)(158:23)(158:25)
(159:25)(160:23)(167:10)(170:11)(174:7)
(189:22)(191:20)(192:14)(194:14)(195:1)
(195:23)
**she** (187:22)(188:15)
**sheet** (33:15)(36:3)(36:10)(36:24)
(38:8)(40:16)(48:19)(60:12)(60:16)(62:2)
(62:4)(111:11)(121:5)(125:7)(143:18)
(143:19)(149:4)(149:5)(149:8)(149:9)
(151:25)(172:15)(183:9)
**sheets** (37:2)(49:4)(49:5)(114:24)
(155:17)(185:15)(186:1)(186:12)(186:13)
(186:19)
**shelving** (103:4)
**she's** (101:23)
**shift** (20:11)
**shifted** (13:6)
**shifts** (120:2)
**ship** (14:1)(23:15)(47:1)(82:7)(102:18)
(103:12)(107:3)(107:5)
**shipment** (18:18)(22:9)
**shipments** (21:12)(23:25)(24:1)(24:15)
(30:13)(33:9)(68:24)
**shipped** (2:11)(18:15)(23:15)(37:20)
(107:6)(107:23)(163:1)
**shipping** (83:6)
**shoes** (78:15)
**short** (11:9)(77:24)(78:1)(92:10)
(132:20)(141:13)(166:19)(197:8)
**shorthand** (198:10)
**shortly** (60:7)
**should** (48:16)(54:15)(54:23)(64:12)
(72:5)(73:13)(73:15)(85:5)(107:21)
(107:25)(119:15)(125:10)(136:8)(149:7)
(149:22)(152:14)(195:18)
**show** (5:15)(23:12)(23:20)(32:7)
(39:24)(41:22)(88:13)(92:23)(97:6)(97:8)
(97:11)(117:12)(119:18)(155:5)(157:6)
(183:9)
**showing** (81:2)(81:3)
**shown** (37:5)(70:4)(90:8)(144:8)
(151:25)(153:1)(153:2)(198:18)
**shows** (47:18)(185:19)

**side** (27:22)(36:15)(36:17)(65:22)
(66:10)(147:20)
**significant** (14:10)(14:14)(98:13)
(105:19)(151:23)(165:19)(167:3)(189:1)
(189:3)(189:4)(195:7)
**significantly** (53:9)(53:15)
**signing** (198:19)
**silver** (9:12)
**similar** (10:16)(11:23)(11:25)(13:16)
(34:4)(37:16)(69:17)(76:20)(77:3)(119:12)
(119:13)(138:7)(140:10)(144:5)(154:8)
(156:4)(157:6)(161:7)(170:4)(171:1)
(171:14)(173:13)(178:24)(180:16)(182:3)
(184:25)
**simple** (58:2)
**simply** (36:22)(67:25)(83:14)(110:16)
(164:20)(165:24)
**single** (60:8)(61:9)(66:23)(76:14)
(76:15)(100:19)
**sit** (138:16)(138:22)
**site** (81:1)
**sitting** (71:25)(76:19)(112:23)
**situation** (53:4)(53:12)(105:19)
(113:13)(113:14)(119:14)
**situations** (53:5)(150:10)(151:24)
(195:11)
**six** (11:10)(138:18)
**six-month** (121:23)(121:24)(154:16)
**size** (161:14)
**skin** (171:18)(171:25)
**skipping** (29:3)
**sku** (17:17)(17:20)(19:5)(23:17)(23:20)
(24:2)(24:12)(27:22)(28:5)(28:22)(29:21)
(29:24)(30:6)(30:13)(32:9)(32:15)(42:7)
(42:9)(42:10)(47:11)(47:12)(47:15)(48:4)
(48:21)(48:23)(48:24)(51:24)(52:2)(52:6)
(54:1)(56:4)(56:11)(60:8)(60:9)(62:4)
(62:9)(62:14)(63:5)(63:6)(63:8)(63:11)
(63:14)(63:16)(67:18)(67:19)(67:22)
(68:25)(70:3)(74:23)(76:2)(76:6)(81:8)
(81:15)(81:18)(81:21)(81:22)(82:10)
(84:13)(85:14)(86:7)(87:24)(88:16)(89:4)
(91:19)(91:20)(91:21)(91:22)(96:10)(97:6)
(102:15)(102:17)(102:19)(102:20)
(105:10)(108:22)(110:1)(111:18)(113:15)
(119:1)(119:3)(119:16)(127:4)(127:5)
(127:7)(127:8)(127:9)(158:7)(179:9)
(179:11)(179:13)
**skus** (6:16)(6:17)(15:15)(15:23)(15:24)
(16:8)(16:11)(23:6)(29:5)(33:12)(36:13)
(36:20)(51:12)(53:13)(53:17)(57:1)(60:5)
(69:3)(69:5)(69:6)(69:10)(91:17)(91:25)
(106:2)(106:8)(109:10)(114:2)(116:4)
(116:5)(116:6)(119:5)(120:4)(120:5)
(120:6)(120:12)(122:12)(125:16)(128:1)
(129:7)(129:18)(129:20)(129:22)(129:24)
(130:1)(130:8)(130:10)(140:2)(144:23)
(158:7)(162:12)(162:13)(173:15)(173:17)
(192:21)
**sku's** (93:23)
**slam** (155:25)
**slated** (48:17)
**slide** (117:20)(152:16)(155:1)(157:5)
**slides** (152:23)(152:25)(153:1)

slightly                                                                                                                sure

slightly   (11:25)(29:24)(175:15)
smaller   (10:20)(45:7)(45:13)(161:15)
smart   (15:21)(16:21)(17:21)(17:25)
(22:3)(22:4)(23:5)(28:1)(28:4)(28:19)
(53:18)(53:20)(166:23)
smcp   (28:10)(29:18)(59:23)
so-called   (76:7)
sold   (18:13)(19:25)(23:13)(24:24)
(25:13)(26:20)(28:17)(29:7)(29:8)(29:9)
(29:10)(33:12)(33:17)(33:22)(35:25)
(36:11)(37:3)(37:6)(37:24)(38:1)(39:12)
(39:21)(40:10)(40:20)(40:21)(40:23)(41:7)
(41:22)(46:17)(47:8)(48:25)(49:2)(50:16)
(51:4)(55:23)(57:11)(57:21)(58:3)(58:23)
(59:8)(59:11)(60:23)(61:24)(63:10)(63:18)
(69:15)(69:23)(70:7)(70:11)(76:14)(76:16)
(83:13)(87:10)(87:18)(91:19)(102:2)
(105:10)(105:23)(170:4)
sole   (188:1)(188:5)
solely   (16:20)(174:6)
solution   (63:24)(80:22)(83:4)(169:19)
(169:21)(171:7)(176:22)
somebody   (25:22)(50:2)(112:4)(124:5)
(131:18)(170:18)(196:5)
somehow   (23:10)(73:4)(86:1)(186:25)
someplace   (136:14)
sometime   (17:12)(40:10)
sometimes   (118:22)(129:10)(129:13)
(153:21)(181:25)
somewhat   (93:17)(93:19)
somewhere   (24:17)(25:6)(25:12)
(33:21)(77:3)(81:14)(105:25)(136:14)
(154:16)(186:9)(190:15)
sorry   (5:21)(13:6)(33:2)(34:25)(38:20)
(40:3)(46:23)(59:5)(62:4)(63:22)(103:19)
(106:13)(110:8)(122:23)(131:8)(132:4)
(137:9)(141:3)(145:15)(162:13)(163:8)
(166:9)(167:21)(169:13)(179:6)(182:9)
(190:16)(192:9)
sort   (16:13)(19:21)(21:10)(21:17)
(27:9)(44:16)(45:12)(69:11)(74:4)(76:20)
(81:8)(110:12)(119:2)(149:6)(168:17)
(182:4)
sorts   (30:3)(129:20)
source   (27:12)(27:13)(28:13)(50:22)
(60:6)(65:17)(71:21)(73:13)(75:13)(85:21)
(124:1)(148:3)(157:18)
span   (10:12)(100:2)(101:19)
spare   (104:3)(104:9)
spares   (97:22)
spcl   (29:17)(47:21)
speak   (19:1)(90:21)(162:15)
speaking   (102:6)(104:18)
speaks   (168:7)
special   (21:17)(21:21)(21:23)(22:1)
(22:6)(22:10)(22:14)(30:4)(37:10)(47:21)
(47:24)
specialist   (90:24)(91:2)
specialists   (90:21)
specials   (47:20)
specific   (9:24)(15:14)(15:16)(15:17)
(17:17)(19:12)(21:18)(23:6)(53:17)(53:20)
(55:8)(62:11)(69:10)(70:3)(72:14)(77:9)
(78:4)(86:7)(89:17)(89:19)(90:4)(90:10)

(94:23)(116:20)(122:4)(122:7)(124:20)
(127:20)(127:21)(135:11)(135:12)
(135:21)(147:24)(148:24)(159:19)
(161:22)(173:5)(174:7)(175:25)(186:19)
(187:16)(187:17)(187:20)(189:20)
(192:13)(194:8)(194:14)(196:15)
specifically   (7:1)(16:17)(18:9)(22:5)
(27:18)(27:19)(40:8)(55:15)(57:19)(75:5)
(77:7)(77:17)(89:11)(104:10)(106:20)
(127:14)(132:17)(140:4)(151:4)(151:12)
(151:18)(157:17)(160:22)(164:19)
(165:14)(168:25)(169:20)(173:20)
(174:15)(176:6)(180:17)(183:18)
speculate   (96:1)(96:3)(136:12)
(142:10)(142:16)(144:23)(147:25)(152:9)
(157:3)(161:25)(164:8)
speculation   (158:14)
spell   (5:10)
spend   (194:4)(195:5)(195:8)
spent   (6:17)
spill   (176:22)
spilling   (176:20)
spirit   (118:13)(149:9)(151:5)
split   (88:12)
spoke   (59:2)(102:14)(103:22)(119:15)
spoken   (46:22)
spreadsheet   (76:21)
spring   (13:23)
sps   (103:23)
srp   (125:19)
stack   (152:24)(155:6)(155:10)
staff   (94:17)(175:23)
stage   (177:22)
stamped   (152:13)
stand   (28:10)(78:15)
standard   (9:4)(11:14)(40:18)(40:20)
(40:21)(40:22)(41:7)(46:17)(61:8)(80:18)
(83:13)(83:17)(84:1)(87:10)(87:18)(91:16)
(93:18)(94:21)(125:11)(125:17)(125:18)
(173:19)(173:24)(175:4)(179:21)(181:13)
standards   (33:1)
standpoint   (26:14)(77:18)(117:2)
(135:16)(191:1)
stands   (29:19)(31:6)(32:24)(46:7)
(96:1)(101:7)(102:12)(104:3)(152:18)
(178:11)
start   (10:20)(21:10)(38:2)(80:5)(90:18)
(92:5)(94:8)(127:16)(156:14)(181:19)
(196:2)
started   (13:9)(17:14)(31:1)(154:14)
starting   (7:22)(51:7)(117:25)
starts   (30:18)
state   (4:7)(5:8)(133:6)(198:1)(198:4)
(198:7)(198:25)
stated   (170:13)
statement   (24:15)(36:16)(36:19)
(144:13)
statements   (21:8)(21:10)(21:11)
(23:10)(23:16)(23:17)(32:8)(32:16)
states   (1:1)(4:5)(18:13)(19:25)(21:6)
(48:25)(59:8)(60:24)(61:24)(63:19)(83:7)
(198:17)
stateside   (83:5)
statistical   (50:24)(51:15)

steering   (14:1)
stelzer   (135:21)
step   (170:7)
still   (12:2)(13:8)(19:25)(37:14)(42:18)
(43:10)(61:24)(87:7)(111:2)(144:13)
(152:10)(191:17)
stint   (11:9)
stock   (19:24)
store   (19:20)(22:16)(28:16)(32:4)
(51:12)
stores   (51:11)(103:6)
straight   (158:6)(172:15)
strategic   (137:17)(137:19)
strategies   (156:12)
strategy   (156:15)(160:17)(164:8)
(167:2)
stratify   (39:2)
street   (4:9)(149:22)(198:6)
strictly   (186:6)
strong   (196:24)
structure   (110:24)(190:7)(190:8)
(190:9)
structured   (110:19)
struggle   (25:4)(145:5)
struggled   (145:3)
struggling   (23:1)(42:21)(179:19)
stuck   (54:23)
studies   (191:18)
study   (168:12)(173:20)(173:21)
(174:14)(174:16)
sub   (39:3)(121:15)
subjective   (93:17)(93:19)
submit   (106:12)(106:14)
submitted   (88:12)
subsequent   (123:1)(139:9)
subsequently   (39:23)(122:16)(188:13)
substance   (178:9)
substantially   (53:21)(142:12)
success   (144:24)(169:7)(169:10)
(173:13)(173:15)(173:16)(175:2)(175:4)
(175:5)(175:6)(175:8)(183:23)(184:10)
(184:11)(184:15)(184:17)(195:4)
successful   (116:13)(167:18)(167:22)
(167:23)(167:24)(174:24)(183:9)(195:8)
successful financially   (167:20)
successive   (13:14)
such   (7:4)(9:23)(16:2)(16:3)(23:18)
(29:8)(34:9)(36:17)(41:10)(41:18)(42:1)
(44:3)(50:19)(70:4)(71:23)(80:22)(85:15)
(91:15)(96:23)(98:13)(107:2)(128:8)
(149:21)(155:20)(185:3)(189:12)
sudden   (102:18)
suggested   (125:19)(125:25)(126:9)
(126:11)(126:16)(126:23)(126:24)(185:20)
summarizing   (185:12)
summary   (25:9)(25:11)
sunday   (30:24)(159:8)
superior   (61:17)(61:19)(75:18)(186:25)
supplier   (160:21)
suppliers   (133:11)
supply   (13:5)(29:20)(62:8)
supporting   (15:22)
supposed   (140:11)(161:16)(183:8)
sure   (14:19)(14:21)(14:23)(15:1)

PROFESSIONAL REPORTERS, LTD.

Deposition of ALAN SCHOEPP 5/12/05

220

**surprised**

(18:25)(24:18)(43:3)(47:22)(48:15)
(64:13)(64:23)(92:7)(96:4)(104:14)(110:9)
(114:20)(141:11)(151:5)(155:22)(172:2)
(172:16)(195:16)
**surprised** (52:18)(52:21)(151:6)
**surround** (15:23)
**surrounded** (164:8)
**surrounding** (149:24)(183:7)
**surveillance** (28:13)
**survey** (124:11)
**suspect** (17:5)(158:17)
**suzanne** (135:21)
**switch** (66:24)
**sworn** (4:22)(198:20)
**syncro** (131:3)(169:7)(169:8)(169:11)
(169:12)(169:15)(172:20)(172:23)(173:4)
(173:6)(183:5)(183:7)(183:10)(184:10)
(184:11)(191:6)(191:11)(191:25)(192:6)
**synovate** (3:6)(193:5)
**system** (2:5)(15:21)(16:22)(17:3)(17:8)
(17:9)(17:21)(18:10)(19:2)(19:22)(22:3)
(22:4)(24:12)(25:19)(27:11)(27:15)(28:1)
(28:4)(28:19)(31:11)(31:13)(33:3)(33:11)
(42:6)(42:8)(42:15)(53:18)(53:21)(57:7)
(57:22)(58:19)(58:24)(62:9)(63:2)(63:4)
(63:7)(63:19)(68:17)(68:22)(71:1)(74:17)
(75:2)(80:7)(81:6)(85:15)(85:19)(86:2)
(86:13)(89:21)(90:3)(94:9)(99:1)(99:4)
(107:7)(107:18)(107:20)(108:1)(108:6)
(108:19)(108:23)(113:7)(114:25)(115:15)
(115:18)(115:23)(121:19)(127:24)
(128:17)(132:9)(139:8)(140:5)(141:18)
(151:10)(162:20)(162:24)(162:25)(163:5)
(163:7)(163:14)(163:16)(164:24)(165:21)
(165:23)(166:23)(167:10)(168:1)(168:5)
(169:1)(169:5)(172:2)(172:18)(172:20)
(172:23)(173:5)(182:12)(191:6)(191:11)
(191:15)(192:6)
**systems** (17:25)(26:22)(42:4)(58:23)
(63:25)(64:2)(64:3)(64:4)(64:6)(71:24)
(74:19)(75:6)(80:21)(89:12)(90:10)(91:2)
(96:23)(115:25)(123:13)(130:11)(166:24)
(167:6)(167:8)(170:12)(196:18)

## T

**table** (148:14)
**tactical** (137:20)(156:13)
**tactically** (156:10)
**tag** (62:8)
**tagged** (60:10)
**tagging** (28:14)(60:6)
**tags** (60:8)
**take-away** (24:19)(24:20)(24:22)
(24:24)(25:7)(25:10)(37:21)(53:7)(53:15)
(120:16)(159:3)
**taken** (4:2)(7:17)(78:1)(92:10)(104:21)
(141:13)(163:6)(166:15)(166:19)(197:8)
(198:5)(198:9)(198:10)
**takes** (31:25)
**taking** (106:10)
**talk** (78:6)(80:12)(162:5)(171:7)
(176:19)(181:4)(184:9)
**talked** (40:17)(42:11)(46:16)(46:17)
(49:17)(58:15)(65:18)(66:17)(72:4)(88:5)

(127:19)(133:16)(134:22)(138:2)(162:7)
(170:8)(170:20)
**talking** (35:1)(127:8)(127:9)(132:20)
(140:18)(141:15)(183:23)
**talks** (87:5)(132:9)(140:24)(143:15)
(172:19)(173:4)(184:22)(190:16)
**target** (10:9)(45:24)(106:10)(106:12)
(106:20)(107:5)(107:8)(109:10)(126:5)
(126:8)
**targeted** (125:11)(125:17)(146:10)
(190:22)(190:23)(190:24)
**target's** (108:20)
**task** (32:25)
**tasks** (68:4)
**team** (9:3)(11:17)(24:6)(25:18)(25:22)
(25:24)(26:5)(26:6)(26:10)(58:14)(135:13)
(161:12)(187:7)(187:8)(187:11)(188:2)
(189:15)(193:4)
**teams** (12:15)(12:16)(13:2)(16:6)
(16:17)(26:11)(106:6)(106:7)
**tear** (163:13)
**technically** (31:14)(39:4)(190:20)
**technology** (170:11)
**television** (89:25)(90:2)(90:5)(90:11)
**tells** (108:19)
**temporary** (41:10)(160:2)(160:9)
(160:14)(195:17)
**tend** (19:13)
**tendency** (176:22)
**tenure** (10:5)
**term** (14:3)(57:10)(160:14)(184:1)
**terms** (13:3)(14:10)(16:23)(20:16)
(21:5)(23:22)(25:5)(25:8)(47:6)(63:24)
(86:7)(86:13)(111:5)(112:24)(119:10)
(129:10)(133:19)(139:11)(149:7)(149:18)
(149:24)(165:20)(167:20)(169:12)
(171:25)(194:1)(196:4)
**test** (3:6)(168:19)(180:13)(192:7)
(192:10)(192:11)(192:13)(192:16)
(192:17)(193:8)(193:9)
**tested** (3:3)(171:25)(180:11)
**testified** (4:22)
**testify** (6:9)(198:21)
**testimony** (133:24)(198:15)
**testing** (131:10)(167:25)(168:3)
(168:18)(169:11)(169:12)(173:10)
(173:16)(181:18)(181:19)(192:20)(192:22)
**tests** (169:15)(169:17)(173:24)
**tgt** (125:10)
**thank** (8:16)(73:16)
**thanks** (92:11)
**that number** (98:16)
**the confidence** (75:20)
**theme** (196:12)
**themselves** (15:3)(91:12)
**thereafter** (198:12)
**therefore** (6:8)(39:14)(60:9)(61:20)
**they'll** (107:4)
**they're** (29:8)(46:15)(86:3)(100:21)
(104:5)(106:8)(116:22)(116:23)(118:19)
(140:4)(151:6)(153:22)(182:19)(191:24)
**they've** (163:14)
**thicker** (157:3)
**thinking** (14:17)(20:16)

**tracked**

**thinner** (117:8)
**third** (30:23)(96:15)
**thirties** (115:1)
**thorough** (14:23)
**though** (16:12)(35:18)(93:19)(113:9)
**thought** (140:18)(143:25)(167:25)
(187:5)(189:15)
**three** (7:24)(10:12)(17:24)(18:3)
(20:25)(29:22)(33:4)(33:8)(45:12)(78:6)
(78:8)(85:1)(103:23)(104:8)(121:4)
(121:23)(156:3)(162:15)(192:24)(193:20)
**three-ring** (155:4)(155:6)
**throughout** (10:5)(14:21)(136:4)
(153:14)
**throw** (100:17)(136:16)
**throw-away** (121:13)
**thumb** (19:12)(105:16)
**thursday** (1:19)
**tie** (74:18)
**times** (23:25)(29:19)(40:22)(41:7)
(45:14)(52:23)(53:1)(74:6)(107:15)
(110:23)(125:1)(131:9)(136:5)(150:24)
(153:14)(153:15)(153:17)(153:23)
(158:18)(158:20)(159:2)(160:1)(160:6)
(174:1)(180:16)(184:13)
**timing** (73:6)(190:7)
**titanium** (15:21)(16:21)(22:2)(23:4)
(28:1)(28:19)(53:18)(120:21)(121:10)
(121:11)(121:16)(121:18)(128:19)
(195:21)(196:11)(196:13)(196:14)
(196:17)(196:20)(196:21)
**title** (117:20)(143:14)
**titled** (137:14)(157:16)
**today** (5:12)(10:23)(40:11)(45:21)
(65:12)(126:5)(126:8)(133:17)(138:23)
(143:18)(143:20)
**today's** (6:12)
**together** (14:3)(14:5)(14:6)(15:20)
(128:25)(135:17)(136:2)(136:3)(138:13)
(138:18)(147:21)(147:25)(148:1)(155:16)
(164:2)(164:4)(164:10)(174:12)(187:14)
**tom** (6:14)(7:12)(27:7)(36:9)(69:13)
**took** (8:6)(26:21)
**tool** (34:4)(118:10)(195:13)(195:16)
**tooling** (2:13)(2:14)(93:1)(93:2)(93:3)
(93:11)(93:21)(93:22)(94:1)(94:13)(95:7)
**tools** (158:18)(158:19)
**top** (36:13)(37:4)(38:14)(40:15)(41:2)
(42:14)(43:3)(43:21)(50:3)(54:13)(57:20)
(66:8)(66:17)(77:2)(77:10)(86:25)(112:20)
(118:1)(123:8)(177:5)
**topic** (78:8)(85:1)
**topics** (6:4)(84:17)(134:5)(134:8)
(166:7)(177:12)
**total** (48:10)(52:2)(52:5)(70:23)(98:15)
**touch** (194:12)(194:14)
**toward** (67:21)(108:10)(137:16)
(191:19)
**towards** (36:1)(194:17)
**track** (28:6)(39:5)(40:13)(42:6)(42:10)
(47:3)(74:21)(85:13)(86:3)(89:4)(89:11)
(89:21)(91:22)(91:24)(91:25)
**tracked** (25:1)(41:14)(74:4)(81:8)
(81:10)(81:20)(82:1)(83:2)(84:3)(87:24)

**tracking**                                                                                    **virtually**

(88:15)
tracking   (75:2)(86:8)
traction   (120:15)
trade   (37:5)(46:4)(46:5)(46:8)(46:9)
(46:13)(105:6)(105:8)(109:25)(114:7)
(118:10)(140:5)
trademarked   (182:19)
trading   (118:19)
traditional   (36:14)
traditionally   (19:13)(145:3)(145:20)
training   (15:7)
transactional   (27:14)
transcription   (198:14)
transcripts   (7:16)
transfer   (94:18)
transferred   (7:24)(9:9)(9:17)
transition   (13:20)(14:21)(119:15)
transitioned   (13:23)
transitioning   (113:15)(113:17)
travel   (120:23)(121:12)(165:14)
traveling   (112:10)
tray   (102:21)(102:22)(102:23)(103:2)
(103:12)
tremendous   (115:15)(115:18)
trends   (174:12)
tries   (32:1)(174:4)
trimmer   (193:24)
triple   (66:24)(128:16)
trouble   (147:15)
true   (134:18)(198:14)
truly   (103:1)
truth   (198:21)(198:22)
tune   (148:2)
turbo   (120:21)(121:10)(121:11)
(121:16)(121:18)
turn   (19:6)(19:15)(19:17)(19:23)(27:1)
(54:9)(143:25)(147:8)
turns   (175:15)
twenty-one   (12:7)
twenty-six   (143:22)(143:23)
twice   (128:11)
two   (6:1)(6:5)(7:24)(9:7)(9:15)(14:3)
(14:5)(14:6)(20:23)(29:21)(32:6)(32:17)
(33:4)(33:8)(58:4)(64:10)(64:20)(71:18)
(73:4)(76:14)(80:1)(87:7)(102:9)(103:25)
(104:8)(117:13)(118:24)(119:1)(122:21)
(122:23)(123:12)(142:19)(149:11)(154:9)
(155:13)(164:2)(164:3)(164:9)(172:13)
(183:10)(192:23)
typed   (63:6)
types   (29:13)(32:6)(42:7)(104:4)
(147:2)(169:12)(174:6)(187:15)
typical   (173:7)(173:9)(189:23)
typically   (19:2)
typing   (63:8)

## U

ueland   (4:15)(5:18)(5:22)(7:6)(14:13)
(22:21)(33:25)(34:17)(34:20)(34:24)(35:8)
(35:11)(35:16)(35:19)(37:25)(38:3)(38:7)
(42:20)(49:11)(52:20)(54:14)(54:19)
(54:22)(56:1)(56:8)(56:12)(58:21)(64:10)
(64:15)(64:25)(68:18)(70:18)(70:21)(73:7)
(77:25)(78:2)(79:13)(80:14)(84:16)(84:21)

(84:24)(85:7)(88:4)(90:23)(92:5)(92:8)
(92:11)(92:20)(94:4)(99:22)(101:4)
(127:17)(132:4)(133:23)(134:6)(136:10)
(141:8)(141:12)(141:14)(145:4)(145:11)
(146:12)(147:10)(147:18)(148:4)(150:18)
(158:13)(163:18)(165:8)(166:6)(166:20)
(169:9)(173:1)(173:8)(177:11)(177:19)
(177:24)(178:2)(178:6)(178:16)(178:19)
(179:1)(179:4)(179:10)(179:14)(186:20)
(189:2)(196:10)(197:11)
ultimately   (24:25)(27:12)(27:13)(32:3)
(36:5)(46:12)(51:16)(51:21)(61:14)
(124:12)(194:2)
um-hum   (21:1)(62:6)(71:17)(111:6)
(149:14)(170:21)(183:6)
unable   (42:10)
unclear   (81:11)
uncommon   (100:16)(184:8)(192:19)
unconnected   (72:17)
undated   (75:11)
under   (4:23)(9:7)(9:15)(10:12)(13:25)
(19:1)(52:18)(53:10)(87:7)(131:4)(131:8)
(135:19)(139:5)(145:13)(157:23)(168:9)
(170:7)(170:22)(170:23)(171:3)(172:7)
(172:11)(176:8)(176:21)(182:10)(191:5)
underdeveloped   (143:16)(144:13)
(144:21)
underneath   (28:7)(28:19)(48:1)
(172:19)
understand   (6:8)(16:6)(16:10)(19:9)
(24:7)(32:23)(40:3)(42:4)(42:25)(43:1)
(43:20)(54:19)(57:8)(99:15)(110:8)
(111:24)(145:18)(146:13)(166:3)(174:4)
(174:20)(174:21)(184:3)(188:6)(192:24)
understanding   (14:18)(14:24)(113:24)
(127:23)(129:18)(173:17)
understood   (36:7)(43:16)(110:10)
(166:10)
unexpected   (53:1)(53:2)
unfair   (38:4)
unfortunately   (115:22)
uniform   (114:12)
unique   (28:6)(48:21)(48:23)(49:1)
(53:4)(96:10)(99:18)(100:15)(105:12)
(112:4)(130:4)(132:14)(192:13)(194:13)
unit   (35:3)(35:22)(36:11)(36:23)(37:9)
(40:4)(40:13)(56:25)(60:11)(62:1)(67:15)
(75:5)(86:24)(118:7)(118:8)(118:20)
(121:22)(163:3)(163:12)
united   (1:1)(4:5)(18:13)(19:25)(21:6)
(48:25)(59:8)(60:24)(61:24)(63:19)
(198:16)
units   (2:11)(23:13)(23:15)(24:12)
(24:24)(25:13)(26:20)(33:16)(33:22)(34:5)
(34:7)(35:25)(37:8)(37:9)(37:16)(37:19)
(37:24)(39:9)(39:23)(40:8)(40:22)(40:23)
(47:7)(48:6)(48:7)(51:3)(74:11)(74:18)
(81:19)(105:23)(106:16)(112:1)
universe   (99:16)
university   (8:9)
unless   (34:3)(72:25)(148:24)
unnamed   (120:14)(196:2)
unquote   (175:17)
until   (12:17)(17:9)(32:19)(39:12)(40:6)

(107:2)
unusual   (179:22)(179:23)(183:22)
upcoming   (162:3)
updated   (75:1)
upon   (19:4)(19:5)(21:12)(21:24)
(24:15)(53:13)(56:24)(63:1)(92:4)(93:8)
(117:10)(161:14)(175:18)(175:19)(198:9)
upper   (115:1)
use   (34:4)(39:1)(52:1)(87:1)(110:22)
(137:9)(143:25)(158:17)(158:19)(176:13)
(176:17)(176:25)(177:6)(177:10)(181:16)
user   (169:1)
users   (32:22)
using   (71:11)(152:1)(198:13)
usual   (136:25)(137:2)
utility   (109:9)
utilize   (96:23)
utilized   (103:3)(193:8)(193:9)
utilizing   (38:8)
uw-madison   (7:25)(8:3)(8:11)
uw-oshkosh   (7:23)

## V

vague   (52:20)(90:23)(101:4)(145:4)
(151:24)(173:8)(189:2)
valid   (178:22)
validate   (109:5)
valuable   (120:2)
value   (36:4)(93:21)(114:25)(159:10)
(194:6)
values   (36:2)(36:3)
variation   (28:21)(30:3)(111:23)(175:19)
variety   (41:10)(62:14)(68:6)(71:23)
(113:12)(132:16)(158:3)(175:11)
various   (10:13)(11:13)(17:14)(19:7)
(40:15)(55:10)(74:6)(80:21)(86:25)(98:21)
(101:9)(105:1)(138:21)(151:1)(153:15)
(160:1)(162:7)(190:2)
varta   (13:11)
v-a-s-z-i-l-l-y   (187:18)
vaszily   (187:18)(188:11)
vendor   (25:19)(82:17)(82:19)(82:22)
(83:8)(184:15)(184:17)(184:19)
vendors   (79:5)(81:3)
verbal   (198:9)
verbatim   (175:13)(175:21)
verify   (67:11)(92:13)
version   (35:4)(117:1)(124:24)(132:6)
(136:13)(136:15)(136:17)(149:12)(157:3)
(186:4)(186:6)
versions   (17:23)(55:10)(116:25)
(149:12)(186:7)(186:8)
versus   (15:13)(66:25)(67:1)(73:11)
(75:14)(86:4)(91:8)(117:11)(119:9)
(128:15)(145:7)(156:21)(182:7)
very   (27:18)(30:1)(63:3)(72:20)
(105:17)(120:12)(120:24)(121:14)
(137:24)(156:10)(167:8)(184:17)
via   (106:14)
vice   (26:15)(134:24)(153:20)
view   (14:15)(118:24)
viewing   (192:14)(192:25)
violation   (173:23)
virtually   (40:13)

voids                                                                          zinc

voids   (146:3)
voltage   (128:15)(193:23)(194:3)
volume   (9:23)(21:5)(46:9)(62:1)
(69:16)(74:21)(109:22)(110:4)

## W

wait   (96:4)
waiting   (87:8)
walk   (27:21)(28:15)
walked   (126:5)
wal-mart   (10:9)(25:12)(25:18)(25:19)
(25:22)(25:24)(26:5)(26:6)(26:10)(41:12)
(45:24)(102:25)(103:13)(160:11)
wal-mart's   (160:14)
wanted   (23:12)(43:20)(117:10)
(155:24)(176:4)
wants   (54:25)(85:23)(176:1)(187:14)
(193:10)
warehouse   (21:14)(27:17)(96:24)
warrant   (171:18)
wasn't   (15:7)(17:9)(24:18)(35:17)
(53:10)(56:5)(127:21)(138:13)(151:20)
(156:1)(159:19)(161:24)
watch   (9:13)
ways   (175:14)(195:11)
week   (30:20)(30:25)
weekend   (8:14)
weeks   (30:22)(30:23)
we'll   (40:24)(64:18)(80:20)(80:21)
(80:23)(94:8)(131:10)(137:10)(160:4)
(160:5)(174:1)(178:25)
wendlandt   (4:12)(5:7)(34:2)(84:19)
(141:3)
we're   (7:20)(34:20)(42:10)(110:21)
(113:15)(140:8)(156:20)(161:5)(173:22)
(180:3)(180:4)(191:21)(194:5)
we've   (154:15)(159:1)
whatever   (32:1)(107:20)(118:20)
(180:3)
whatnot   (171:18)
whenever   (168:18)
wherein   (4:3)
wherever   (30:20)
whether   (23:4)(42:9)(93:17)(94:14)
(111:1)(120:13)(133:13)(136:14)(140:15)
(173:12)(176:12)(177:10)(180:2)(180:3)
(184:4)(193:16)(195:5)
white   (114:11)
whittle   (187:24)
whoever   (117:19)
whole   (55:4)(90:25)(103:13)(155:22)
(171:13)(198:21)
wholesale   (31:12)
whose   (98:24)(108:5)(188:1)
wide   (158:14)
willing   (115:20)
window   (154:16)
windows   (121:23)(121:24)
wisconsin   (4:8)(4:9)(8:9)(198:1)
(198:4)(198:25)
wise   (190:22)
wish   (116:12)
withdraw   (167:21)(196:8)
without   (45:8)(48:24)(60:6)(62:22)

(123:7)(130:1)(138:13)(163:17)(163:22)
(163:23)(164:10)(164:12)(176:6)
witness   (4:2)(4:21)(5:17)(33:24)
(42:21)(54:14)(54:16)(59:13)(63:12)(64:9)
(70:17)(84:17)(85:4)(92:21)(95:19)
(117:23)(130:17)(132:8)(141:5)(141:8)
(147:11)(148:5)(153:5)(156:24)(166:7)
(169:24)(172:6)(176:10)(177:12)(179:17)
(180:9)(182:13)(189:19)(192:3)(197:12)
witnesses   (178:24)
wolf   (4:12)(5:3)(5:6)(5:21)(34:23)
(35:9)(35:13)(35:17)(38:5)(42:24)(49:9)
(49:12)(54:16)(54:20)(54:25)(60:18)
(64:13)(64:17)(69:19)(77:23)(79:14)
(80:16)(84:23)(85:1)(92:7)(104:19)(132:6)
(133:25)(136:11)(141:11)(145:15)
(147:15)(166:17)(169:10)(173:3)(178:1)
(178:3)(178:12)(178:21)(179:13)(179:17)
(197:5)(197:9)
women's   (16:18)(68:2)(68:5)(68:8)
(68:9)(68:16)(68:21)(69:14)(69:24)(70:1)
(70:7)(94:25)(95:13)(95:15)(97:18)
won't   (22:23)(29:25)
word   (25:17)(145:11)(148:25)
words   (190:20)
work   (9:21)(10:20)(11:23)(16:16)
(24:6)(26:7)(57:8)(68:6)(68:15)(69:12)
(99:11)(99:12)(106:6)(106:7)(135:18)
(136:15)(138:6)(152:17)(160:1)(161:8)
(161:12)(163:12)(164:2)(164:9)(164:19)
(165:23)(174:10)(174:11)(188:6)(188:8)
(190:1)(190:2)(190:18)
worked   (6:16)(10:3)(11:13)(11:17)
(12:15)(14:19)(18:25)(125:1)(135:6)
(150:21)(159:1)
working   (8:10)(8:18)(9:1)(9:3)(9:24)
(12:2)(13:1)(13:3)(16:6)(86:3)(142:20)
(152:16)(153:22)(160:17)(189:23)
works   (187:22)
world   (31:13)(39:7)
worldwide   (128:15)(193:23)(194:3)
worst-case   (48:15)(48:16)
worthy   (189:15)
wouldn't   (25:11)(35:24)(40:5)(67:16)
(77:14)(87:6)(88:2)(97:9)(111:14)(131:17)
(151:21)(161:8)(167:1)(175:9)(194:21)
write   (152:17)
writing   (65:3)(65:5)(98:20)(98:22)
(198:13)
written   (184:24)(185:4)
wrong   (63:4)(64:18)
wrote   (117:19)

## Y

year   (2:4)(8:5)(9:7)(11:3)(11:19)(19:4)
(20:4)(20:5)(20:6)(20:11)(20:18)(20:20)
(20:24)(22:3)(30:7)(30:8)(30:18)(33:6)
(33:7)(42:11)(42:12)(42:13)(43:17)(43:21)
(46:2)(47:6)(50:15)(65:15)(71:16)(72:7)
(72:8)(72:10)(72:15)(72:23)(73:5)(73:22)
(73:23)(86:16)(96:6)(136:4)(138:12)
(139:4)(139:5)(153:14)(154:15)(154:16)
(155:8)(160:11)(189:24)(190:8)
years   (7:24)(8:20)(8:21)(9:7)(9:15)

(10:12)(20:16)(32:17)(33:4)(33:8)(36:20)
(154:9)(183:10)
yesterday   (6:20)(7:7)(7:14)
yet   (96:6)
yourself   (133:14)(136:23)(187:4)
ytd   (71:16)
yuri   (86:18)(87:3)(87:4)(87:6)(131:23)
(170:8)(170:9)(170:10)(177:8)(183:20)

## Z

zander   (187:23)
zeros   (71:19)
zinc   (9:12)