Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

2

3    BRAUN GmbH,                          )
                                          )
4                 Plaintiff,              )
                                          )
5                 -vs-                    )   No. 03-CV-12428  (WGY)
                                          )
6    RAYOVAC CORPORATION,                 )
                                          )
7                 Defendant.              )

8

9          Videotaped deposition through interpreter of
10   NORBERT SMETANA taken before CAROL CONNOLLY, CSR, CRR,
11   and Notary Public, pursuant to the Federal Rules of
12   Civil Procedure for the United States District Courts
13   pertaining to the taking of depositions, at Braun GmbH,
14   Frankfurter Strasse 145, D-61476 Kronberg im Taunus,
15   Germany, at 10:14 a.m. on the 29th day of April, A.D.,
16   2005.

17

18

19

20

21

22

23                                        **EXHIBIT H**

24

Norbert Smetana    April 29, 2005

Page 2

```
 1        There were present at the taking of this
 2  deposition the following counsel:
 3      ROPES & GRAY, LLP by
        MS. LESLEY F. WOLF
 4      One International Place
        Boston, Massachusetts 02110-2624
 5      (617) 951-7000
 6        on behalf of the Plaintiff;
 7
        KIRKLAND & ELLIS, LLP
 8      MR. JAMES SHIMOTA
        200 East Randolph Drive
 9      Chicago, Illinois 60601
        (312) 861-2000
10
          on behalf of the Defendant;
11
12  ALSO PRESENT:  Mr. Uwe Sievers
                   Braun GmbH;
13
             Dr. Wolfgang Stutius
14              Ropes & Gray;
             Ms. Jeanette Fröhlich
15              Interpreter;
16
             Mr. Kevin Duncan
17              Legal Videographer.
18      - - - - -
19
20
21
22
23
24
```

Page 3

```
 1     VIDEOTAPED DEPOSITION OF
           NORBERT SMETANA
 2
           April 29, 2005
 3
 4  EXAMINATION BY:              PAGE
 5  Mr. James Shimota            5
 6
          * * * * * *
 7
           EXHIBITS
 8
                               PAGE
 9  Deposition Exhibit No. 37    33
10  Deposition Exhibit No. 38    33
11  Deposition Exhibit No. 39    31
12  Deposition Exhibit No. 40    31
13
14
15  Smetana Exhibit No. 1        77
16  Smetana Exhibit No. 2        77
17  Smetana Exhibit No. 3        77
18  Smetana Exhibit No. 4        77
19  Smetana Exhibit No. 5        77
20
21
22
23
24
```

Page 4

```
 1        THE VIDEOGRAPHER:  Good morning.  We are going on
 2  the video record at 10:14 a.m.  Today's date is
 3  April 29, 2005.  My name is Kevin Duncan, and I am a
 4  certified legal videographer in association with
 5  LegaLink Chicago.  The court reporter today is Ms. Carol
 6  Connolly.
 7        Here begins the videotaped deposition of
 8  Mr. Norbert Smetana taken in the matter of Braun GmbH
 9  versus Rayovac in the United States District Court for
10  the District of Massachusetts.  This deposition is being
11  held at the Braun company in Kronberg, Germany.
12        Will counsel please identify themselves for the
13  record and state whom they represent starting with the
14  noticing party.
15      MR. SHIMOTA:  Jim Shimota from Kirkland and Ellis
16  appearing on behalf of defendant Rayovac Corporation.
17      MS. WOLF:  Lesley Wolf of Ropes and Gray appearing
18  on behalf of the Braun company.
19      THE VIDEOGRAPHER:  Will the court reporter swear in
20  the interpreter and also the witness.
21
22
23
24
```

Page 5

```
 1        JEANETTE FRÖLICH,
 2  called as an Interpreter herein, was sworn to interpret
 3  questions from English to German and answers from German
 4  to English:
 5        NORBERT SMETANA,
 6  called as a witness herein, having been first duly
 7  sworn, was examined upon oral interrogatories and
 8  testified as follows:
 9           EXAMINATION
10        By Mr. Shimota:
11      THE VIDEOGRAPHER:  You may begin please.
12      MR. SHIMOTA:  Q Good morning, Mr. Smetana.
13      A    Good morning.
14      Q    Would you please state your name for the
15  record?
16      A    My name is Norbert Smetana.
17      Q    And would you also give your address?
18      A    I'm living here in Kronberg.  The street is
19  Beckinrig 7.  You need the -- 61476, Kronberg.
20      Q    That's fine.  Before we begin, I'd like to go
21  through a few bits of deposition basics.  You understand
22  that you are here today to answer questions that I ask
23  you, correct?  And in -- in addition, if you would, when
24  I ask you a question, you need to provide an audible
```

Norbert Smetana    April 29, 2005

Page 6

1  answer. Can you do that?
2     A   Yes.
3     Q   And if during the course of the day I ask you a
4  question which you do not understand, would you please
5  tell me that? Again if you --
6     A   Sure. I tell you.
7     Q   And, additionally, if there's ever a question
8  that I ask you which you would like to have translated
9  into English, would you please ask for that as well?
10    A   Yes, I will do so.
11    Q   And if during the course of the day you've
12 given an answer, which you later determine is incomplete
13 or inaccurate, would you also tell me that?
14    A   Yes, of course.
15    Q   And is there any reason that you can think of
16 sitting here today that you are unable to answer my
17 questions truthfully and accurately?
18    A   No, I feel fine today.
19    Q   Thank you. Mr. Smetana, where are you
20 employed?
21    A   I'm employed in the R & D development and the
22 subdivision is now called OEM products for hair care.
23    Q   And are you employed at Braun GmbH?
24    A   Yes.

Page 7

1     Q   And how long have you been employed by Braun?
2     A   I've been working for this company since 19 --
3  December, 1986. That means nearly 20 years. Not
4  really. 19, 18.
5     Q   And from December of 1986 to the present have
6  you been continuously employed in the R & D group?
7     A   Yes, within the R & D organization.
8     Q   If you could take me briefly through where you
9  have worked starting from beginning of your employment
10 until today?
11    A   I think that there were three main positions
12 starting with, let's say, more or less an expert in
13 fluid dynamics, knowing more or less the complex rules
14 for small fans and blowers for several appliances. The
15 next step was to go forward to the -- to our own
16 development of hair dryer, hair care products. From the
17 research department this step to development department,
18 and yes, maybe main step that the task of our group is
19 now to support the so-called OEM activities in
20 combination with other companies who support us.
21    Q   How did you become an expert in fluid dynamics?
22    A   From my study. I studied mechanical
23 engineering. It's minor mechanical, mechanical
24 engineering in Darm Stadt and here you have the choice

Page 8

1  to focus more or less to your interests, and this was
2  the way I came to turbo machines and fluid dynamics and
3  stuff like this.
4     Q   What -- I don't know -- if you told me this, I
5  apologize. What university did you study mechanical
6  engineering at?
7     A   It was technical high school -- I don't know
8  whether university is now technical university now in
9  Darm Stadt.
10    Q   Could you please tell Darm Stadt?
11    A   D-A-R-M then S-T-A-D-T.
12    Q   And what course work did you take in order to
13 gain knowledge as to fluid dynamics?
14    A   We had courses you can choose and others which
15 are --
16    THE INTERPRETER: Compulsory?
17    THE WITNESS: Compulsory, yes, and there was a
18 mixture. Compulsory was the fluid dynamic basic course
19 and then the lessons I choose for myself was more like
20 turbo machinery, special points of fluid dynamics
21 like --
22    THE INTERPRETER: Dimension analysis and disturbance
23 calculation.
24    THE WITNESS: That's really very special.

Page 9

1     MR. SHIMOTA: Q  Did you take courses in thermal
2  dynamics?
3     A   Yes, thermal dynamics. That was also
4  compulsory, yes.
5     Q   Do you -- are you familiar with the term
6  chemical engineering or -- with the term?
7     A   Chemical --
8     Q   Chemical engineering or maybe the term here is
9  process engineer.
10    A   I'm not familiar with chemical things besides
11 what I learned in basic school.
12    THE INTERPRETER: In 13th grade.
13    DR. STUTIUS: It's all high school.
14    THE WITNESS: It's my also combination between
15 chemical processes and engineering things. I had no
16 special lessons on this, but it was not -- from time to
17 time you get in connection with stuff, especially
18 advanced technique like --
19    THE INTERPRETER: Heat exchange.
20    THE WITNESS: Heat exchanges and things like this.
21    MR. SHIMOTA: Q  It's not particularly important. I
22 studied chemical engineering in the United States.
23 Sounds like you took the same courses I took, but that's
24 just --

3 (Pages 6 to 9)

Norbert Smetana    April 29, 2005

Page 10

1    A    Maybe we're different.
2    Q    They're a lot of the same courses.
3        Did you pursue any further studies after
4    receiving your degree in Darm Stadt?
5    A    No, no further official studies.
6    Q    And what year did you receive your degree at
7    Darm Stadt?
8    A    When?
9    Q    Which year?
10    A    In which year?  That was in 1986.
11    Q    So am I correct that you began working at Braun
12    after receiving your degree?
13    A    That's right, yes.
14    Q    Were you employed by any other companies prior
15    to coming to Braun?
16    A    No.
17    Q    During the course of your work in the R & D
18    group, did you regularly maintain a laboratory notebook?
19    A    We -- not a notebook in the sense of really a
20    book, but, of course, we had our notices not only of
21    piece of paper but in documents, in ream books and so
22    on, but I'm not sure whether you mean by lab book really
23    -- binded --
24    DR. STUTIUS:  Bound.

Page 11

1    THE WITNESS:  Bound collection of papers.
2    MR. SHIMOTA:  Q  That's what I meant, but I guess --
3    or how would you -- in general during the course of your
4    career, how would you keep written records of the work
5    that you had performed?
6    A    Yeah.  At the beginning the computers were not
7    so distributed then we had more paperwork in these
8    simple ring folders.
9    MS. WOLF:  Binders.
10    THE WITNESS:  Sorry.  In these ring binders.  And
11    with all the helps you can have there, and nowadays, of
12    course, basically on the computer systems and in
13    addition on these ring binders.
14    MR. SHIMOTA:  Q  When you mention these ring
15    binders, what types of documents would be contained in
16    the ring binders?
17    A    This is more -- maybe a process depending on
18    the different persons.  Normally I -- immediately I tend
19    to keep more or less everything, and then with the
20    months and years you sort it out and only keep what is
21    really important, what is essential points and also
22    sometimes later when you are very sure that a project is
23    definitely finished and some lawyer time has also passed
24    then you can give away all the development documents.

Page 12

1    Q    You mentioned I believe notices.  Can you
2    explain to me what you meant by notices?
3    A    Notices starts when you sit together with a
4    colleague by writing down something or then --
5    THE INTERPRETER:  It's notes.
6    THE WITNESS:  Notices is different.
7    MR. SHIMOTA:  Q  I understand.  Are you referring to
8    handwritten notes?
9    A    Also, yes.
10    Q    And would it also be typed or notes that would
11    be typed out?
12    A    Yeah.
13    Q    These would be generated either during or after
14    meetings with colleagues?
15    A    That's possible, yes.
16    Q    What -- if you would have a meeting with a
17    colleague, in general, what would be your person
18    practice with respect to note taking?
19    A    That depends.  That depends on the person.  If
20    you really tried to get rather deep in an idea you
21    always will have sketches, and then the sketches look
22    strange as you can imagine technical sketches can look,
23    and -- yeah.  Sometimes -- when it's more important you
24    can write a summary, and this is basically done with

Page 13

1    computers.
2    Q    When you would write a summary, would you
3    attempt to do so soon after the meeting you had with a
4    colleague?
5    A    Not always because there's not always the time
6    to do so, and it's not necessarily every time after a
7    meeting.
8    Q    Okay.  Well, why would you -- in what
9    circumstances would you write a summary on a computer of
10    the -- of a meeting?
11    A    In general now if this is a meeting with
12    external partners we usually write a summary.  In many
13    cases also two summaries from their side, from our side.
14    Of course, if you are asked to do so -- and in other
15    cases -- maybe it's not summary with words, it's a word
16    document, but also to document the results with a
17    calculation program, for instance.  If you discuss
18    geometry of a special part then you can also fix the
19    results in a calculation form and so on.
20    Q    You -- do you have e-mail now at Braun?
21    A    Yes.
22    Q    And do you recall when you first gained access
23    to e-mail at Braun?
24    A    No, I'm not sure now.

4 (Pages 10 to 13)

Norbert Smetana    April 29, 2005

---

**Page 14**

1    Q    Would it have been more than 5 years ago?
2    A    I think so. Yes, we had a different system to
3 what we use now, but that was not so common for all
4 employees. I cannot figure the date exactly.
5    Q    Were there two different types of e-mail
6 systems at Braun?
7    A    No. What I can remember prior to this official
8 notes system maybe only within R & D group we have
9 machines which have additional features to find out
10 telephone numbers and to leave short notes to someone
11 else, but that's not a mail system you can compare to
12 what we know today.
13    Q    The system that was within the R & D group, did
14 you have access to that?
15    A    I don't know because -- actually I did not use
16 this. It was not perfected. Normally I took the phone
17 to give information or to ask someone.
18    Q    So am I correct that you personally would not
19 have communicated with the system in the R & D group?
20    A    Yes.
21    Q    And am I correct that you currently have a
22 Lotus Notes e-mail system?
23    A    Yes.
24    Q    And just also to be sure, you don't know when

---

**Page 15**

1 you first gained access to the Lotus Notes system?
2    A    I think it was about before the year 2000, but
3 I'm not sure.
4    Q    Aside from Lotus Notes, did Braun ever have any
5 other type of e-mail system except for the -- what we
6 talked about in the R & D group?
7    A    Did we start with Lotus Notes? I'm not sure.
8    Q    Are you aware that there is currently a patent
9 litigation between Braun and Rayovac or Remington
10 regarding shaver cleaning systems?
11    A    I know this headline, yes.
12    Q    In general are you aware that at least some of
13 the subject matter of that litigation is shaver cleaning
14 system developed at Braun?
15    A    Could you repeat it again, please?
16    Q    Sure. Are you in general aware that at least
17 part of the subject matter of the litigation is a shaver
18 cleaning system which was developed at Braun?
19    A    Yes. Yes, I'm aware.
20    Q    And did you have any role in the development of
21 the shaver cleaning system at Braun?
22    MS. WOLF: Objection as to form.
23    You can answer if you understand the question.
24    THE WITNESS: I think I could help my colleagues to

---

**Page 16**

1 develop or to optimize especially the blowing system
2 which the first shaver cleaning center has to dry the
3 shaver or the shaving foil after the cleaning process.
4    MR. SHIMOTA: Q  Do you recall -- let me ask you,
5 what did you do to optimize the blowing system?
6    A    I think, first of all, we had to find out what
7 is really necessary to fulfill this wish of drying a
8 shaver after the cleaning process, which parameters you
9 need to do this in a rather short time without being too
10 noisy, without the need to have such a big device,
11 appliance. That's basically find out the parameters.
12 Then in second step do the combination between these
13 parameters and the right fan system, and after finding
14 the right fan system to optimize the fan itself and
15 geometry around it from the point where the air goes --
16 can come in until it leaves the cleaning center again.
17    Q    What parameters did you consider as necessary?
18    A    For the first step it's important to know which
19 air flow of the volume in, maybe, liters per second, or
20 in our systems we prefer to talk about liters per
21 second. That's one point. And the second is pressure
22 terms, which pressure is necessary before an obstacle to
23 make this needed airflow pass.
24    Q    Were there any other parameters that you can

---

**Page 17**

1 think of?
2    A    Other parameters have to do with these main
3 points, yes, in this first step.
4    Q    Okay. So it would be subsets of the two
5 parameters, does that make sense to you?
6    A    Yes.
7    Q    And how would you combine -- how would you
8 combine parameters to select the appropriate fan system?
9    A    Here we have no rules in the physics of
10 blowers and fans in general that are the so-called --
11    THE INTERPRETER: Characteristics of --
12 dimensionless characteristics.
13    THE WITNESS: Dimensionless characteristics, yes.
14 And, finally, this rules or this -- whether a system
15 fits or not you can check with this dimensional
16 characteristics if they are in a certain region, in a
17 certain rank, then you can derive the feeling or
18 statement that's okay or that's not okay for this task
19 you need.
20    MR. SHIMOTA: Q  So you would use these calculations
21 to essentially task various types of fan systems?
22    A    Yes, theoretically. In this second step
23 because besides pressure and airflow two other main
24 parameters play a role. That's main diameter of a fan

5 (Pages 14 to 17)

Norbert Smetana       April 29, 2005

Page 18

1   and the RPM, the turning speed of the fan.  And air is
2   air.  We know we must not deal with water, but with air.
3       Q    And after you had selected the fan system, you
4   mentioned that you would optimize the geometry?
5       A    Yes.
6       Q    How would you do that?
7       A    Maybe you can imagine that different basic
8   types of this blowers and fan systems we have axial
9   fans, don't want to get too close in details or radial
10  fans where the air flow is different to an axial fan,
11  and also so-called mixed flow sub types.  You can use
12  mixture of combination, and as well as what we finally
13  should use here is so called -- in German it's
14  trommelrotor.
15      DR. STUTIUS:  Drum rotor.
16      THE WITNESS:  Dumb rotor.  It's a special sub type
17  of a radial fan.  Normal -- if it's helpful, normally
18  radial fans are -- try to do the sketch a little bit
19  bigger.
20          You have the axis here, and these are the
21  blades.  Here's the rotation.  Air goes in here and
22  passes in this direction.  And if this is rather small,
23  the heat, and the diameter is -- the relation of the
24  diameter to the heat is big, great, then it's normal

Page 19

1   fan, but our special -- trommelrotor definitely looked
2   more than this.  They have this shape.  Very small but
3   high blades for the airflow which can pass like this and
4   that's -- that's a first main characteristic.  And also
5   the shape of the blade itself incoming and outgoing
6   angle of this blade is different and in this or that
7   type.
8       MR. SHIMOTA:  Q  How would the angles of the blades
9   be different?
10      A    If you have look from the top and imagine this
11  is outer diameter and that's inner diameter, and here,
12  this is how it turns, then here more often you have
13  geometries like this, maybe also up to -- sometimes also
14  for other purposes like this, but in the -- in this case
15  here it's often that it looks like this, the plate.
16  And, of course, next one and the next one and so on.
17          And this causes a different behavior of the --
18  what's the influence on the airflow.  In this simple --
19  in simple words with a system like this you can better
20  create pressure, and with systems like this you are able
21  to create velocity, but here also velocity and here also
22  pressure, but that's the main task, and here this is the
23  main task.
24      Q    I understand.  You said that ultimately you

Page 20

1   would use this type of fan.  Did you mean in the shaver
2   cleaning system?
3       A    Yes.  That was a result of step 2 from the
4   combination of all parameters we can see, or I can see
5   that this is the system which is -- which we should use
6   in a shaver cleaner.
7       Q    And why was that?
8       A    For me often it's easier to answer with a
9   sketch if it's possible, yes.
10      Q    That's fine.
11      A    If you imagine a hair dryer, for instance, then
12  -- I only do a sketch of the flow system.  Then you have
13  an inlet grid and then somewhere the blower, then you
14  have the heater elements.  Again an outlet grid and
15  maybe also a nozzle or something.  And here this is a
16  system.  Here you add the energy, there's a motor.  And
17  here and here, here and here you have energy losses.
18  Finally, there is helpful rest to dry the hair.
19          And this is -- this is a system which needs
20  pressure here, and the pressure finally causes velocity
21  and the whole thing can work.  In other situations like
22  in a -- yes, let's use a shaver cleaner.  Then you have
23  the head of the shaver maybe here.  And what you need
24  basically is here high velocity.  Everything else is not

Page 21

1   so important.  Therefore, the system has no fluid
2   resistance itself, and that's the reason why at this
3   place you need a blowing system which gives you velocity
4   primarily in its main task, in combination, of course,
5   with a high -- an airflow which is high enough because
6   you can imagine velocity can be high if it only passes a
7   very small hole that it's useless, this high velocity.
8   You need to have a high velocity at least in this
9   complete area as the same with the head of the shaver.
10      Q    And so would you combine the velocity with the
11  actual geometry of where -- not the geometry of the fan,
12  but the geometry of the shoulder for the shaver?  Does
13  that make sense to you?
14      MS. WOLF:  Objection do form.
15      THE WITNESS:  Yeah, by you understood, of course,
16  it's important to have between on the short way between
17  the blowing system and the head of the shaver also the
18  right geometry, not too wide, not too narrow, to have an
19  optimal result.
20      MR. SHIMOTA:  Q  Do you have any recollection of
21  what the optimal geometry is or was?
22      A    No, that's not a sharp optimum.  I cannot
23  answer by so and so many square millimeters, but the
24  fact is if this is the area where the whole airflow has

6 (Pages 18 to 21)

**Page 22**

1  to pass, if it's too -- if it's too large then the
2  velocity is too low and if the effect is not optimal.
3  If it's too narrow or too small then not sufficient air
4  can pass. Of course, then the speed is higher, but the
5  airflow itself is reduced and this is not again optimal
6  for the whole system. So here we try to find a good
7  compromise?
8     Q   And how would you reach that compromise?
9     A   Well, of course, you can again calculate if you
10 know the airflow, if you know the cross sectional area,
11 then you can calculate velocities. From the velocities
12 you can calculate pressures, and you can also combine
13 these pressures to what the system calculation gives you
14 and whether it fits, it's too much, too less, just to
15 find the right balance.
16    Q   Is this the type of thing you would use, for
17 example, like an Excel spreadsheet, put in formulas and
18 start varying the parameters to see what is optimal?
19    A   Yes, it can be done with Excel spreadsheets.
20 Maybe at this time I used programs based on Fortran
21 programming language. We had these next machines at
22 Braun at that time.
23    Q   What kind of machines?
24    A   Max.

**Page 23**

1     Q   MacIntosh?
2     A   Max, that was -- from Dec Network, I think.
3  They're out of business.
4     MS. WOLF:  Are we going to mark these?
5     MR. SHIMOTA:  We will.
6     MS. WOLF:  I just want the record to reflect they
7  are not based on any examination at Braun. They're just
8  from memory of sketches, schematics.
9     MR. SHIMOTA:  Q   Over what period of time did you
10 work on the shaver cleaning system?
11    A   That's not so easy to answer because it took
12 quite a long time from the first idea to the time where
13 they get in con -- got in contact with me to ask the
14 first questions until you really -- Braun really
15 finalized the product. Maybe 5 years.
16    Q   When you say the first idea, what do you mean
17 by the first idea?
18    A   The first idea belongs to the first step I
19 described before which physical data is necessary to
20 realize the idea, yeah, which pressure do you need,
21 which airflow do you need.
22    Q   So you're referring to your mental processes,
23 is that what you mean?
24    A   Pardon? Could you repeat that?

**Page 24**

1     Q   I want to -- let me try to phrase it this way.
2  Whose idea were you referring to when you say the first
3  idea?
4     MS. WOLF:  Object as to form.
5     THE WITNESS:  Belonging to the drying system or to
6  the whole shaver cleaning system?
7     MR. SHIMOTA:  Q   I guess I'll ask for both.
8     A   I think the idea to produce a cleaning center
9  was all -- could already exist when I started and the
10 first steps here -- I did know this, and maybe in 1993
11 or '94 I was involved in first ideas because colleagues
12 know that -- my main work here deals with fans and
13 blowers and systems like this and, therefore, they start
14 to ask me.
15    Q   Who started to ask you?
16    A   Of course, Mr. Braun who has this job and in
17 this first time I think it was the only person who gets
18 in contact with me.
19    Q   Did anyone else subsequently get in contact
20 with you?
21    A   Later after retirement of Mr. Braun.
22    Q   And who would have gotten in contact with you
23 later?
24    A   Later it was Mr. Höser and also colleagues who

**Page 25**

1  work -- that time in the small group of Herr Höser.
2     Q   And do you recall the names of those
3  colleagues?
4     A   One was Mr. Jung. Hopefully Jahn is the
5  surname. I'm not sure.
6     Q   Alf Jahn?
7     A   Alf Jahn, yes. Not sure whether the second one
8  Norbert Kreutz is from the beginning of that time
9  involved and Jurgen Höser himself.
10    Q   Do you recall any other names of people who
11 contacted you for assistance?
12    A   I cannot remember other names.
13    Q   Now you mentioned the binders that you kept
14 with your notes. Did you keep a binder related to your
15 work on the shaver cleaning system?
16    A   No. Not a complete binder because that was not
17 a major project for me.
18    Q   Did you keep a file related to your work or did
19 you keep any written records related to your work on the
20 shaver cleaning system?
21    A   I have a binder with the headline in the sense
22 of miscellaneous and among these blowers and blower work
23 for special blowers there is a small section about
24 cleaning center.

7 (Pages 22 to 25)

Norbert Smetana    April 29, 2005

Page 26

1    Q    During the course of your career how many pages
2    of work do you believe you generated with respect to the
3    shaver cleaning system?
4    A    It was a mixture between pages and documents on
5    the computer. So it -- if -- when I know the
6    information is on the computer then I do not tend to
7    produce too much paper. If I have to if I have to look
8    it up now not more than 10 paper maximum, 10 sheets.
9    Q    10 sheets of paper?
10    A    10 sheets of paper, yeah.
11    Q    Do you -- well, how much information would you
12    have retained on the computer?
13    A    This was special information belonging to the
14    calculation with dimensionless characteristics and, of
15    course, calculations belonging to special geometry here,
16    angles, RPMs, diameters, height and in combination with
17    the possibility to create the needed airflow.
18    Q    Did you keep this information on a disk or how
19    did you store it?
20    A    That was stored on the computer, but in
21    combination with old -- older programs and documentation
22    systems.
23    Q    Stored where on the computer, just like a
24    main --

Page 27

1    A    A main storage somewhere down in the basement
2    of the old building. Not on a personal computer. Not
3    everything on the personal computer.
4    Q    Do you know whether that computer still exists?
5    A    I definitely know that it does not -- does not
6    exist anymore.
7    Q    Okay. And do you know what happened to it?
8    A    It was not up to date any longer and was
9    replaced by other machines.
10    Q    Do you know when it was replaced?
11    A    Not exactly. The whole system as always was
12    several different machines and they started to give away
13    the first one and so on until the last of the system has
14    to leave.
15    Q    Okay. Did you maintain any of the electronic
16    information on a personal computer? Let me reask it to
17    make sure.
18    Did you maintain any of the information related
19    to your work on the shaver cleaning system on your
20    personal computer?
21    A    We had a system or a method to collect
22    important documents or calculations, also programs to
23    calculate. As you can imagine you need a lot of time to
24    build up calculation programs, and, therefore, it's hard

Page 28

1    just to give away -- but these were Fortran, written in
2    Fortran programming language. And now I have to say I
3    must look it up whether there is still something left
4    from this on a special -- on a special -- device --
5    DR. STUTIUS: Disk drive.
6    THE WITNESS: Disk drive.
7    MR. SHIMOTA: Q    Okay. Well, in connection with
8    this litigation, did attorneys ask you to collect
9    documents related to your work on the shaver cleaning
10    system?
11    A    To keep some of these documents and programs
12    was basically my own intention, yes.
13    Q    Sure. I'm not sure if you understood the
14    question. At some point did attorneys come to you and
15    ask you for documents in your possession related to your
16    work on the shaver cleaning system?
17    A    When we worked together we exchanged the
18    knowledge and the documents, and, therefore, they should
19    have what they know immediately, what we worked out
20    immediately, and, therefore, that's --
21    DR. STUTIUS: I don't know if he understood your
22    question. If the attorneys approached him to transfer
23    that information to the attorneys, right?
24    MR. SHIMOTA: Yes.

Page 29

1    THE WITNESS: No, not in combination with attorneys.
2    MR. SHIMOTA: Q    So I want to make sure that you
3    understood me. You are aware that there is a case, a
4    patent litigation between Rayovac and Braun currently,
5    correct?
6    A    Yes.
7    Q    And in connection with that -- let me just set
8    it aside.
9    In the past year have attorneys come to you,
10    attorneys from either outside law firm or within Braun
11    itself, come to you and asked you to provide them with
12    your documents related to -- documents you possess
13    related to your work on the shaver cleaning system?
14    A    No, no.
15    Q    So would you be able to check to see if you
16    still maintained electronic information -- would you be
17    able to check to see whether you maintained -- would you
18    be able to check to see if you still had electronic
19    information related to your work on the shaver cleaning
20    system on your personal computer?
21    A    The Windows Explorer has such a function.
22    That's the way it could work, such function with date,
23    from-to.
24    Q    And have you recently performed that search

8 (Pages 26 to 29)

Page 30

1  function?
2      A   I tried, but only with few results.
3      Q   Why did you try?
4      MS. WOLF:  That's fine.  You can answer that.
5      THE WITNESS:  In combination with our meeting we had
6  before and you ask me whether I have possibility to find
7  documents, therefore, I started to search machine.
8      MR. SHIMOTA:  Q   That's where I think there's some
9  confusion.
10          So during this past week, past week attorneys
11  asked you to look for documents, is that right?
12      A   That's right, this week.
13      Q   Had you been asked to look for documents by
14  attorneys prior to that time?
15      A   No, definitely not.
16      Q   So I take it then you would not have provided
17  any documents to attorneys related to your work on the
18  shaver cleaning system prior to that time?
19      A   That's right.
20      Q   I understand.  And in connection with the
21  request that you received this week, you were unable to
22  locate documents or the electronic information
23  pertaining to your work on the shaver cleaning system,
24  is that correct?

Page 31

1      MS. WOLF:  Objection.
2      MR. SHIMOTA:  Q   I misstated your testimony.
3  Apologize.
4          During this past week you were able to locate a
5  few results within your personal computer, is that
6  correct?
7      A   That's correct, few results.
8      Q   When you say a few, can you tell me how many?
9      A   I handed -- show you two documents, that's
10  right?  Yes, two.
11      Q   I'll mark them as exhibits.  We'll mark them as
12  an exhibit in a second -- I can do it.  They're just out
13  of order.  I'll mark as defendant's Exhibit 39, a
14  document that does not bear a Bates number yet, but
15  appears to be a memo from yourself to Jurgen Höser on
16  March 26th, 1995.
17          (Exhibit 39 marked as requested)
18      A   That's one of these documents, yes.
19      Q   I'll mark as defendant's deposition Exhibit 40,
20  a document which appears to be authored by yourself on
21  September 12th, 1997.
22          (Exhibit 40 marked as requested)
23      A   Yes.
24      Q   Are these documents that you were able to

Page 32

1  locate on your computer?
2      A   That's are the two documents I found this week.
3      Q   Were you able to locate any others on your
4  personal computer?
5      A   Not so far.
6      Q   You mentioned that you -- you once had a note
7  -- miscellaneous notebook had some documents in it
8  related to your work on the shaver cleaning system.
9  Does the miscellaneous notebook still have those
10  documents related to the work on the shaver cleaning
11  system?
12      A   Here I'm not sure because so far I did not find
13  this ring binder.
14      DR. STUTIUS:  Ring binder.
15      THE WITNESS:  Right binder.
16      MR. SHIMOTA:  Q   So -- okay.  Let me see if I
17  understand.  At present you don't know where the
18  miscellaneous binder is?
19      A   This should be somewhere among lots of
20  documents I have in my box, but not in the first row
21  and, unfortunately, I really had no time to spend more
22  than this computer search time to find anything.
23      Q   To the extent those documents still do exist,
24  we would request production of them.  Set those aside.

Page 33

1  We'll ask you about them.  I will ask you about them.
2  I'm guess going to mark now first as
3  defendant's Exhibit No. 37, English translation of a
4  document bearing the Bates number B4610 to B4616.
5          (Exhibit 37 marked as requested)
6      Q   I have the German version too so you don't have
7  to worry.  A document -- I'd like to mark as defendant's
8  deposition Exhibit No. 38 the German version of B4615 to
9  B4616 which appears to be a memo written by yourself on
10  -- in August -- August 3rd of 1993.
11          (Exhibit 38 marked as requested)
12      Q   Take whatever time you need to review the
13  document, but if afterwards you can tell me whether you
14  recognize it, which would be defendant's Exhibit No. 38.
15      A   It's not so difficult to recognize because I
16  see my handwriting here, and it's also my style of
17  writing at that time.
18      Q   When you say your style of writing, what do you
19  mean by your style of writing?
20      A   Maybe you know people who studied mechanical
21  engineering tend to always to produce this rectangular
22  lines.
23      Q   Let me ask this question.  Is this a document
24  -- and -- did you produce this document to lawyers in

9 (Pages 30 to 33)

Norbert Smetana    April 29, 2005

Page 34

1  connection with this litigation?  Let me ask -- let me
2  try.
3       Did you find this document in your personal
4  files and give it to lawyers?
5    A   No.
6    Q   At any time.
7    A   No.
8    Q   Doctor -- you see the name Dr. Jung?
9    A   Uh-huh.
10   Q   Do you know whether Dr. Jung has provided any
11  documents to lawyers in connection with this litigation?
12  MS. WOLF:  Objection.
13  THE WITNESS:  I don't know.
14  MR. SHIMOTA:  Q  Do you know -- let me ask you this.
15       Do you have any reason to believe that this
16  document would have been provided to the patent
17  department at some point in the early '90s?
18    A   The early '90s?
19  MS. WOLF:  Objection.
20  THE WITNESS:  I can't tell you what happens with
21  this document.  What I can tell you I typed it in and
22  distributed it and then took its way.
23  MR. SHIMOTA:  Q  And the people to whom it was
24  distributed would have been Mr. Braun, Dr. Pahl and

Page 35

1  Dr. Jung?
2    A   Yes.
3    Q   And would you have distributed it to anyone
4  else to the best of your recollection?
5    A   No, I don't think so.
6    Q   During or at or near this time period did you
7  ever have any discussions with attorneys at Braun
8  regarding the shaver cleaning system?
9    A   No, only discussions with technical colleagues
10  from the technical department.
11   Q   Did you have discussions with Dr. Pahl?
12  MS. WOLF:  Objection.  Regarding the shaver cleaner?
13  MR. SHIMOTA:  Q  I mean did you know Dr. Pahl?
14    A   Yeah, because normally you know all the
15  directors here in house and, therefore, also know
16  Dr. Pahl.
17    Q   Let me ask you this.  Why did you distribute
18  contribute this memo to Dr. Pahl?
19    A   He was not manager, supervisor of Mr. Braun and
20  Dr. Jung was my boss at that time.
21    Q   Did the -- at that time did you know whether
22  Dr. Pahl had any involvement with the shaver cleaning
23  system?
24    A   Of course, involvement, sure.  He was the

Page 36

1  leader of the shaver department.  He should know what is
2  happening in this department.
3    Q   Did you know whether Dr. Pahl had personally
4  worked on the shaver cleaning system at this time?  When
5  I say at this time, I mean approximately August of '93.
6    A   That depends on the definition of personally
7  worked.  I'm sure that he did no sketches on the big
8  box, he did not -- no calculations.  I cannot imagine
9  that he did special investigations in the lab or
10  something.
11    Q   Well, at this point in time had you seen a
12  shaver cleaning -- had you actually seen a physical
13  shaver cleaning system?
14    A   Yes, but this was more -- different to what
15  appeared in the market later on.
16    Q   This was in early -- this was an early model?
17    A   An early model, yes.
18    Q   And at that time did you have any knowledge as
19  to who had developed that model?
20    A   The shaver cleaning model always were in
21  connection with Mr. Braun, yes.
22    Q   So it was your belief that Mr. Braun had
23  developed the model of the shaver cleaning system?
24    A   Yes.

Page 37

1    Q   Did Mr. Braun tell you that he had developed
2  the shaver cleaning system?
3    A   Yes, it was quite obvious.  I cannot tell you
4  whether he came to me and tell me here, I developed this
5  model.  I assumed it.
6    Q   Well, in general how did you start working with
7  Mr. Braun on the shaver cleaning system?
8    A   Okay.  It's long time ago.  I can't tell you
9  how the start was exactly.  Normally we had phone calls,
10  can you give me a hint, do you have additional ideas,
11  can we come together to discuss this and so on.
12    Q   Do you have any recollection as to how much
13  earlier than August 3rd of '93 you would have begun
14  working with Mr. Braun?
15    A   In my feeling we started somewhere in 1993
16  because especially this paper belongs to the first step
17  I explained to find out parameters which we need to have
18  a good drying result finally, yeah.
19    Q   You see at the top of this page at least in my
20  English version it says meeting notes.
21    A   Yes.
22    Q   Was it regularly your practice -- I think you
23  said earlier you had a practice if a project was
24  important enough you would type out meeting notes.

10 (Pages 34 to 37)

Norbert Smetana    April 29, 2005

Page 38

1    A   Yes.
2    Q   Am I correct this was a project that you
3 considered important?
4    MS. WOLF:  Objection.
5        You can answer.
6    THE WITNESS:  Maybe this was the kind of milestone.
7 At that time it was important to document that before
8 you spend a lot of money trying this or that, and maybe
9 a third method you should know what -- which parameters
10 you have to know to go forwards in the right direction
11 without losing time and money.  And in this context it's
12 helpful to have more or less shop document and to fix
13 the main ideas, yeah, that was it.
14    MR. SHIMOTA:  Q  Do you recall -- at or near this
15 time period do you recall whether any other milestones
16 occurred?
17    A   I think a second milestone after we know more
18 or less what we need here is to in combination with
19 maybe the second step to decide what I sketched here
20 that this type of blower is the correct one and not
21 different blowers they might have used before because at
22 that time Braun also produces small hair care appliances
23 and inside we had small blowing systems.  And I can
24 remember they -- he started to build up his model with

Page 39

1 an axial blowing system and that was one result that the
2 whole system can be improved when you change from the
3 axial system to the so-called trommelrotor.
4    Q   Do you know when that second milestone would
5 have occurred approximately?
6    A   Not exactly.  I'm not sure whether Mr. Braun or
7 later Jurgen Höser did this step.
8    Q   What would you need to see in order to be able
9 to answer my question, if anything?  Let me reask that.
10      Are there any documents which would refresh
11 your recollection as to when the selection of the
12 particular fan occurred?
13    A   If you could show me the models and maybe in
14 the meantime you know the time when they were built,
15 then I can tell you this model has an axial fan and this
16 was the first with the other system.
17    Q   We might be able to do that.  Were there any
18 other milestones aside from the first and second --
19 well, you described this document as a milestone.  You
20 remember a second.  Were there any other milestones?
21    A   It depends on the definition of milestone, of
22 course.  During the third development period we had a
23 lot of detail work together with the guys in the Höser
24 group because it's not only important to have the

Page 40

1 perfect blowing wheel itself, but also the whole
2 surrounding has to be adopted, especially when you use
3 blowers s like this.
4    Q   How does it -- was it adapted the way we
5 discussed earlier, the surrounding, or you mean
6 something different?
7    MS. WOLF:  Objection.
8    THE WITNESS:  What you need if you have a look from
9 the top and, finally, air has to leave the system
10 somewhere here, but, you know, it blows out air
11 everywhere around the circumference, and then you
12 have -- let me say to collect this airflow and direct it
13 to this main area.
14      And this is done with a kind of spiral
15 geometry.  And this spiral geometry has to be good
16 enough -- not something like this, bigger, bigger, but
17 very continuous, continuously, this was one point.  And
18 also the air comes in from this direction and somewhere
19 in the outer surface the whole system has an opening,
20 and also this geometry can be optimized if this is the
21 final point where the air goes in here, and then the
22 geometry up to this point, it's -- it's not bad if it
23 has the basic shape like this, and this in combination
24 with given design of the whole appliance and -- if I can

Page 41

1 remember the whole system had a special angle inside
2 that makes it a little bit more tricky.  Especially this
3 point to mention perhaps one detail.  After the blower
4 you have a high pressure and here you have the normal
5 pressure, the ambient pressure, and it's always helpful
6 if you have geometry here that it's not possible or not
7 so easy possible to let the airflow back then the
8 efficiency is not so high.
9    MR. SHIMOTA:  Q  You mentioned that a special angle,
10 is that a special angle in the trough to enable
11 draining?
12    MS. WOLF:  Objection.
13    MR. SHIMOTA:  Q  Do you recall that?
14    A   Yes, the whole shaver is not in the correct
15 angle positioned inside, but maybe to 50 or 10 -- turned
16 in two directions, and, therefore, also the final cross
17 sectional area to provide air to the head of the shaver
18 cleaner should have --
19    THE INTERPRETER:  Angle or tilt.
20    THE WITNESS:  The same angle, yes.
21    MR. SHIMOTA:  Q  Would that have been around 1987
22 where there would have been tilt to the --
23    A   I know these details I discussed together with
24 Jurgen Höser well as Alf Jahn, and later also with

11 (Pages 38 to 41)

Page 42

1  Norbert Kreutz.
2     Q    Were there any other milestones aside from what
3  we've just discussed which you can think of?
4     A    No, I think if we call it milestone these are
5  the basic steps. Everything else is more or less detail
6  belonging to the tool itself and to things like here.
7     Q    I think you said you worked on this project,
8  and I suppose I'm not saying continuously, but I worked
9  on this project over a period -- well, your work on the
10 shaver cleaning system took place over approximately 5
11 years, is that correct?
12    A    That was my feeling before and up to now, yeah.
13    Q    Would you characterize your work as difficult?
14    A    Not difficult. It was interesting because this
15 system is different to what we normally have in hair
16 dryers and the rules and the formulas are a little bit
17 different and, therefore, it was interesting for me.
18    MS. WOLF:  Jim, when you get to a good point, if we
19 could just take a break for a few minutes.
20    MR. SHIMOTA:  Sure. Why don't we take one now.
21    THE VIDEOGRAPHER:  We're going off the video record
22 of tape number 1 at 11:24 a.m.
23        (Off the record)
24    THE VIDEOGRAPHER:  We're going back on the video

Page 43

1  record of at 11:37 a.m. Here continues tape 1.
2     MR. SHIMOTA:  Q  If you could direct your attention
3  again to defendant's Exhibit 38, please. I'll read in
4  English and you can look at the German version, of
5  course. It states -- in the title it says, principle of
6  the prototype, actual state.
7        What do you mean by principle of the prototype?
8     A    The prototype means they already had a
9  principle sample, functional sample available and --
10 yes. I think he showed it to me, and as I can read here
11 he complained about noise, that it's not efficient
12 enough.
13    Q    So is this -- is it correct that this is a
14 description -- at least a description of some of the
15 operation of the prototype which Mr. Braun showed to
16 you?
17    A    Yeah, yes, sir.
18    Q    It states in the first sentence, the used
19 shaver is placed downwards with the soiled shaver head
20 into the cleaning device and is firstly rinsed with
21 cleaning fluid and is then dried in a coiled air stream.
22 Do you see that?
23    A    Yeah.
24    Q    What did you mean by cold air stream?

Page 44

1     A    With ambient temperature.
2     Q    You mean room temperature? Yeah. That's same
3  thing.
4        So is it correct that the control type that
5  you're describing was not heating the air from the
6  blowers?
7     A    Yes.
8     Q    It states in the next sentence, the drying
9  times are, however, still too long according to
10 Mr. Braun or the drying room result is not satisfactory.
11       Do you recall how long the drying times were
12 approximately at that point?
13    A    I can't remember this.
14    Q    Would it have been longer than an hour?
15    A    I don't think so. Not longer than an hour.
16 Finally, my cleaning station at home needs approximately
17 maybe 15 minutes for the whole process and -- 15 or 20
18 minutes.
19    Q    Was -- was -- at that point in time to the best
20 of your recollection was 15 minutes approximately the
21 target that you and Mr. Braun were shooting for?
22    MS. WOLF:  Objection.
23    THE WITNESS:  I don't know exactly.
24    MR. SHIMOTA:  Q  It also says that or the drying

Page 45

1  result is not satisfactory.
2        Aside from the time length, was there anything
3  else that you recall which was unsatisfactory?
4     A    What can happen is that the head of the shaver
5  was already dry in one corner and the other corner was
6  still wet so that the distribution was not so perfect.
7     Q    And why did that affect occur?
8     A    One reason could be that the airflow was not
9  distributed -- not evenly, but has a spot at one side
10 and too less airflow at the other point.
11    Q    Do you recall any other drying results which
12 were unsatisfactory?
13    A    No, it took too long time and maybe it was
14 uneven, yes.
15    Q    And it says in the second sentence that a
16 further problem was the noise from the blower?
17    A    That's right.
18    Q    And is the noise -- would the noise be similar
19 to what you would hear with a hair dryer today?
20    A    Depends on the definition of similar. Because
21 it's similar to the hair dryer when you compare it to
22 the noise of a music instrument, for instance.
23    Q    Well, how -- what -- to the best of your
24 recollection what about the sound was disturbing, just

12 (Pages 42 to 45)

Norbert Smetana    April 29, 2005

Page 46

1   the volume or --
2       A   As I can conclude from what I see here they
3   used a rather small axial blower from a hairstyler, long
4   but thin diameter.  Therefore, it was necessary to
5   increase the speed of the motor, and this is always the
6   reason for higher velocity and also for what we call
7   sharp discrete peaks, something like a whistle, nervous
8   -- not nervous, but nerving --
9       Q   You heard a whistling sound?
10      A   Yes, always the same tone and not continuous or
11  -- even sound.
12      Q   I understand.  It also lists there, I think, 31
13  millimeters?
14      A   That's what they found and what was feasible
15  for this first models, small, small blower.
16      Q   What dimension is the 31 millimeters referring
17  to?
18      A   It should belong to the outer dimension of the
19  blower itself.  Normally the blower is in a shroud, and
20  then what's really of interest for the function is the
21  outer dimension of the blower.  Because if you increase
22  the thickness of the wall of the shroud then that cannot
23  help but makes it only thicker.
24      Q   When you say outer dimension, you mean the

Page 47

1   outer diameter?
2       A   Outer diameter, yes.
3       Q   Underneath that paragraph it states improvement
4   of the drying qualities.  Do you see that?
5       A   Uh-huh.
6       Q   Was it the purpose of your meeting with
7   Mr. Braun to discuss how to improve the drying qualities
8   of the shaver cleaning system?
9       A   Yes.
10      Q   Did Mr. Braun ask for your advice as to how to
11  improve the drying system -- excuse me.  Improve the
12  drying in the shaver cleaning system.
13      A   Yes, he asked for my experience and advice.
14      Q   And, in general, what did you advise Mr. Braun?
15      A   I think the main points are also written down
16  in this paper.  The -- as I can see it now it was not
17  quite clear how many -- which quantity of airflow they
18  really need to have a good result, and it's possible
19  with different methods to create an airflow to find out
20  what you -- to first to find out what you need.  And I
21  think I made some suggestions how this could be realized
22  to find out what is a good solution and what you can
23  also do certain variations of this.
24      Q   Would that be represented by the drawings in

Page 48

1   the memo?
2       A   Yes, also.
3       Q   Were there any other -- aside from what's
4   represented in the drawing, were there any other
5   suggestions that you made?  Let me ask this.  I'm sorry.
6   I thought maybe the question was confusing.
7       A   Not so easy to answer.
8       Q   There are -- underneath it says improvements of
9   the drawing quality, then there are numbered paragraphs,
10  1 through 5.  Do the numbered paragraphs numbered 1
11  through 5 represent suggestions that you made to
12  Mr. Braun for improving the drying in the shaver
13  cleaning system?
14      A   Yes.  Here we try to summarize the points we
15  worked out together and the points we discussed.
16      Q   Okay.  I mean, for example, in point 4 there's
17  recommended it states in the case, the drying still
18  takes too long with these measures.  The installation of
19  a small heater for the air stream should be discussed.
20          Now, did you suggest to Mr. Braun to -- he
21  might want to include a heater with the blower to
22  improve the drying?
23      A   I cannot answer with yes because it's hard to
24  remember.  If you deal with hair dryers then that's a

Page 49

1   known principal, but not only for me also for other all
2   others here in the company.
3       Q   Well, the participants in this meeting were
4   yourself and Mr. Braun, correct?
5       A   Yes.
6       Q   So is this reflecting discussions you had with
7   Mr. Braun, is that correct?
8       A   Yes, but here our common ideas are written
9   down, not only my opinion.  It's what we discussed
10  together, what we found out together.
11      Q   So point 4 -- well, is point 4 to the best of
12  your recollection a common idea that you had with
13  Mr. Braun?
14      A   Maybe this belongs to patent situation.  I
15  cannot definitely tell you now whether he already had
16  the idea to combine it with a heater or whether it comes
17  from my side because it's not so -- not so far away.
18  Everyone knows if the air is a little bit hotter then
19  it's helpful to dry something.
20      Q   When you say everyone knows, what do you mean
21  by everyone?
22      A   Everyone -- maybe everyone in this room even
23  knows.
24      Q   You give me a lot of credit.

13 (Pages 46 to 49)

Norbert Smetana    April 29, 2005

Page 50

1    A   Hot air.  Hot air is always better than cold.
2    Q   Well, if Mr. Braun did not suggest using a
3  heater with the fan in this meeting, is it fair to say
4  it would have been your suggestion?
5    MS. WOLF:  Object as to form.
6    THE WITNESS:  If not what would have happened?
7    MR. SHIMOTA:  Q  Let me ask this question.  Would
8  there have been anyone else at this meeting aside from
9  yourself and Mr. Braun who would have suggested using a
10  heater with the fan?
11    MS. WOLF:  Objection.
12    THE WITNESS:  In this meeting we were he and me and
13  no one else so far.
14    MR. SHIMOTA:  Q  So it was yourself and Mr. Braun.
15    A   Myself and Gebhard Braun I think is his first
16  name, Gebhard Braun.
17    Q   Is there anything which would be able to assist
18  you in remembering whether or not the idea to use the
19  heater would have been yours or Mr. Braun's or a joint
20  idea?
21    MS. WOLF:  Objection.
22    THE WITNESS:  If you can find the paper showing the
23  heater then I could not answer if the idea already
24  exists, if it was new.  Basically a combination of a

Page 51

1  blower and a heater element was not new at all for
2  appliances we built, case of hair dryers.
3    MR. SHIMOTA:  Q  I understand.  So I guess back
4  right before the break we -- I asked you whether you
5  considered your work on the shaver cleaning system to
6  be -- I think I used term the difficult -- whether you
7  considered your work on the shaver cleaning system to be
8  challenging.
9    A   Yes, it was some kind of challenging because as
10  I told you it was not -- the system was difficult to
11  what we normally use in hair dryers, and, therefore, it
12  was challenging and interesting to complete the
13  knowledge in this -- knowledge in this special
14  direction.
15    Q   And what was challenging about the work in
16  particular?
17    A   Yes.  Normally you have to develop in
18  connection with hair dryers a system which finally
19  provides high pressure.  And as I explained before, and
20  here you need to find a system which basically gives you
21  a high velocity.  And that was the main difference
22  besides the whole geometry and things like that.
23    Q   And these -- were these challenges which you
24  had encountered previously in your work at Braun?

Page 52

1    A   Yes.
2    Q   What situations have you encountered those
3  challenges?
4    A   During these first years I did not -- I worked
5  in the research department and here it -- my task was
6  not only to develop axial blowers, axial fans,
7  especially for hair dryers, but also for other blowing
8  systems, also for kitchen machines, for ventilators and,
9  finally, for an idea like this.  And, therefore, it was
10  the whole range I tried to occupy with my knowledge.
11    Q   And do you know why Mr. Braun -- did Mr. Braun
12  ever express any reason which he asked you in particular
13  to help him with the work on the shaver cleaning system?
14    A   That was more or less a normal practice.  You
15  start with a project for your own and after these first
16  steps if something more complicated occurs, then you get
17  in contact with at least so-called experts.
18    Q   So -- I mean is it generally the case at Braun
19  that as the design is progressing if a particular
20  problem is encountered then an engineer will seek an
21  expert to assist him?
22    A   Yes.
23    Q   And in assisting Mr. Braun to overcome these
24  problems with the prototype, you called upon your expert

Page 53

1  -- the expertise that you had gained through both your
2  education and your experience at Braun, is that correct?
3    MS. WOLF:  Objection.
4    THE WITNESS:  Yes.
5    MR. SHIMOTA:  Q  If you could turn back to the first
6  page of this document.  If you see listed under the
7  second bullet point there's indicated a laminar flow
8  element for flow rate measure.  Do you see that?
9    A   Uh-huh.
10    Q   Tell me what your understanding of the laminar
11  flow element is?
12    A   This is a special measuring instrument to
13  measure the amount of airflow passing through a system,
14  through a pipe, small pipe.
15    Q   What would the purpose of the laminar flow
16  element have been in the shaver cleaning system?
17    A   The discussion was not like this to integrate
18  it into the system, but to use it to find out which
19  parameters, especially which airflow would be optimal
20  for the system.  So the idea was to measure the airflow
21  outside with this kind of instrument because if you only
22  blow like this, you feel it, maybe you can also measure
23  how long it takes to dry something, but, finally, you do
24  not know how many air this really is.  So you have to

14 (Pages 50 to 53)

Norbert Smetana    April 29, 2005

Page 54

1  measure it and that's not so easy sometimes.
2      DR. STUTIUS:  Trivial.
3      THE WITNESS:  Not so trivial.
4      MR. SHIMOTA:  Q  What -- when can it be difficult or
5  nontrivial, under what circumstances can it be
6  nontrivial?
7      A   In general if I blow like this, nobody knows
8  how many liters per second go through my hand now.  And
9  to know this you have to use instruments like this.
10  There are a lot of different instruments and this is --
11  I think a very precise instrument to find this out.
12      Q   How did you learn about measuring or
13  instruments for measurement of the sort we're talking
14  about?
15      A   I think that was part of my job here, not only
16  theory, but also lab work and practical things.
17      Q   So would have been some of the education you
18  received either through your studies at the university
19  or practical experience at Braun?
20      A   Yes, learning on the job.
21      Q   And I guess for testing, if you look to the
22  next bullet point, what would have been the purpose of
23  the one or more narrow inflow nozzles?
24      A   The idea was if you concentrate the airflow

Page 55

1  directly to the point where the foil is still -- is wet
2  and not somewhere around where you don't -- where it
3  makes no sense for it to pass, then the efficiency can
4  be increased.  Also to direct the air flow directly to
5  the point where it's needed.
6      Q   That was the purpose of having the nozzles
7  being small?
8      A   Yes, yes.
9      Q   Relatively or --
10      A   If it's small then the velocity can be higher
11  up to a certain amount.  If you make it really very,
12  very small then the opposite thing can happen, yes.
13      Q   Under the fourth bullet point it states that
14  the holder for shaver head with improved air ducting.
15  What did you mean by holder for shaver head?
16      A   Second, please.
17      Q   Sure.
18      A   I think this belongs to geometry of the -- of
19  where you put the shaver head inside.  If this geometry
20  is different to the shape of the shaver itself, then it
21  can cause troubles.  If this is the shaver head, and the
22  geometry would have been like this, that's not optimal.
23  It's better to have a more or less similar geometry
24  around the head of the shaver.

Page 56

1      Q   When you say relatively, how -- to your
2  recollection how closely would the holder conform to the
3  shape of the shaving head?
4      A   Well, the design sign of the shaver itself has
5  a lot of details on here, on the left and right side.
6  And for the cleaning center it's more or less only
7  important to have the main outer shape in a certain
8  length.
9      Q   Do you know -- similar to the question I asked
10  before.  The improved air ducting, whether that would
11  have been your idea, Mr. Braun's idea or an idea which
12  you developed together?
13      A   Air ducting is -- of course, he ask me what can
14  be, what can I improve with the whole geometry to have a
15  better result finally.  And there are several points as
16  maybe I sketched here.  This would be an example for a
17  bad air ducting and that's obviously better there.
18      Q   Okay.  Do you know if -- if when you expressed
19  these idea -- that particular idea to Mr. Braun whether
20  he disagreed with you?
21      MS. WOLF:  Objection.
22      MR. SHIMOTA:  Q  Let me ask it.  You're right.
23      Did Mr. Braun ever express disagreement to you
24  with -- did Mr. Braun ever express disagreement with the

Page 57

1  ideas that you presented to him?
2      A   No, I don't think so.  It was a technical
3  discussion not a principle discussion.
4      Q   When you say a technical discussion as opposed
5  to a principle discussion, what do you mean?
6      A   Technical discussion you can argument with
7  formulas, with technical knowledge, and that's different
8  maybe discussion about what you believe or what you do
9  in your leisure time.
10      Q   I see what you mean.  If you look under point
11  1, it says, the nozzle shaped inflow on the outlet
12  cross-cut should have the same longish, narrow shape as
13  the shaving foils.  Do you see that?
14      A   Uh-huh.
15      Q   Why should the nozzle shape inflow on the --
16  well, first I'll ask you now, was that your opinion,
17  Mr. Braun's opinion or a joint opinion?
18      A   I think it was a joint opinion.
19      Q   And why was that your joint opinion?
20      A   Because it was no discussion.  If this is the
21  side of the shaver head with the shaver here it's always
22  better to have the airflow from here to here and not
23  only here and here, like a spot, but on a
24  cross-sectional area, what's written down here which has

15 (Pages 54 to 57)

Norbert Smetana    April 29, 2005

Page 58

1 more or less the same size as head of the shaver.
2    Q   Same size in what respect?
3    A   The width of the shaver. There's no need to
4 enlarge this area where the air can pass because here it
5 makes no sense. It passes the shaver. But if it's like
6 this then the principle is okay.
7    Q   Okay. So basically the holder would conform
8 tightly to the outside of the shaver head, is that what
9 you're saying?
10    A   Yeah, yeah.
11    Q   And that -- well, having the outside of the
12 holder conform tightly to the shaver head was
13 advantageous in terms of drying?
14    A   Yes, because then the efficiency can be
15 increased, yeah.
16    Q   I think you said it's always better, is that
17 correct?
18    A   Yeah, if you imagine air passing in regions
19 like here, it's more or less useless.
20    Q   If you look in the last sentence under point 1,
21 it says a slightly inclined inflow in the direction of
22 the tip of the shaver head is also advantageous.
23        I'll ask you, was that your opinion,
24 Mr. Braun's opinion or an opinion you developed jointly

Page 59

1 with Mr. Braun?
2    A   This comes from the discussion. Exactly I
3 cannot tell you.
4    Q   So this would have just arisen out of the
5 discussions you were having with Mr. Braun?
6    A   Yeah, yes.
7    Q   Why was a slightly inclined inflow
8 advantageous?
9    A   The catches -- partly can answer this. If --
10 again this is the shaver head from the side and this is
11 bottom. If the airflow starts here then it has the
12 chance what you do not want to go in this and this
13 direction.
14        This is the direction you want the air to pass
15 and this is a kind of loss. And if you have a system
16 more like this, and this is the inflow angle which is
17 discussed here, then it has no chance for a turn around
18 and go this way. Then it more or less 100 percent has
19 to take this way passing at the right position and do
20 its work.
21    Q   What angle would be optimal to achieve that
22 effect?
23    MS. WOLF:  Objection.
24    THE WITNESS:  It's hard to say. This is not optimal

Page 60

1 if it comes right from the top. It's the same, not
2 optimal. Somewhere in the middle or little bit less.
3    Q   So you'd need to know the shape of the holder
4 for the shaver head in order to answer that question,
5 correct?
6    A   This question can be answered in -- when having
7 all details together, you know.
8    Q   Okay. Was that -- how did you come to -- how
9 were you able to determine with Mr. Braun that the
10 slightly incline -- use the right word. The slight
11 incline in the inflow was advantageous?
12    A   Again the basic idea was to increase the
13 efficiency. And as I explained here, we looked for ways
14 that each particle inside this air flow is helpful for
15 this purpose here, what do you want to do.
16    Q   Well, how were the two of you able to come to
17 the last conclusion expressed under point 1 is my
18 question.
19    A   Point 1.
20    Q   The statement a slightly inclined inflow in
21 direction of the tip of the shaver head is also
22 advantageous.
23    A   One reason as I tried to explain here, other
24 angles are not so advantageous, therefore, it's always

Page 61

1 helpful to have no additional obstacles in the airflow,
2 and this is one way to realize this.
3    Q   You were able to -- were you -- I guess my
4 question is, were you able to come to this conclusion
5 based upon your past experience and course work?
6    A   Of course, if you read a lot of literature and
7 books about fluid dynamic resistance and rules about
8 this then this is common knowledge more or less.
9    Q   That would be a relatively select group though,
10 people who have that knowledge, correct?
11    A   Again please.
12    Q   That's not -- that's a smaller portion -- a
13 relatively small portion of the general populace who
14 reads a lot of books on fluid mechanics?
15    A   Maybe it's also in the lesson how --
16    DR. STUTIUS:  Skilled in the art.
17    THE WITNESS:  Baseless.
18    MR. SHIMOTA:  Q  Withdraw that question.
19    A   Avoid corners and edges and all things like
20 this.
21    Q   Under point -- direct your attention to
22 point 2. It says the blower used must, therefore, be in
23 a position to build up a relatively high pressure for
24 the flow through of this nozzle/these nozzles and the

16 (Pages 58 to 61)

Norbert Smetana    April 29, 2005

Page 62

1  subsequent flower systems. Do you see that?
2      A   Yes.
3      Q   Why was that -- why is that opinion expressed
4  in this memo?
5      A   As I mentioned before there is a strong
6  connection by formula between the air velocity and the
7  pressure. It's always easy if you have pressure to
8  create velocity, and, therefore, if your aim is to press
9  a certain airflow through a given geometry of a nozzle,
10  you need a certain amount of pressure to do this, and
11  that's basic idea which is expressed here.
12      Q   Was that your idea, Mr. Braun's idea or a joint
13  idea?
14      A   This formula exists a very long time before,
15  Bernoulli and company.
16      DR. STUTIUS:  1800. It's called dynamic pressure.
17      MR. SHIMOTA:  Did you think then this was -- the
18  principle expressed there was obvious?
19      MS. WOLF:  Objection.
20      THE WITNESS:  Yes.
21      MR. SHIMOTA:  Q  Is that why in the next sentence --
22  because of that equation in the next sentence you say
23  arithmetic estimates are possible?
24      A   Yes. That belongs to the -- the dimensionless

Page 63

1  characteristics. To use these formulas you need at
2  least these four basic data like pressure, air flow, RPM
3  and diameter and so on.
4      Q   Did you perform calculations on that point?
5      A   Yes, yes. This example is a kind of
6  calculation like this.
7      Q   You're pointing to Exhibit 40?
8      A   Exhibit 40, yes.
9      Q   We'll get to that in a second. Under point 2
10  again, states at the bottom, the performance of a small
11  Mabuchi CF air styler is adequate. What was a small
12  Mabuchi?
13      A   There is some Mabuchi, Mabuchi, different
14  names, Mabuchi Company producing small DC motors for a
15  lot of different appliances and depending on how many
16  air you need, the amount of airflow, you have to choose
17  more or less bigger size or small one. And here the
18  estimation was that the wattage of more or less small
19  motor is sufficient to deliver the airflow you need.
20      Q   Were you recommending the use of a Mabuchi
21  motor in particular as opposed to a motor from a
22  different manufacturer?
23      A   That's only a statement belonging to the power
24  you need, not to the special company Mabuchi and not to

Page 64

1  this or that motor, maybe only to this motor series.
2      Q   Okay. Do you recall what was the wattage for
3  the motor used at that time?
4      A   No, I cannot remember.
5      Q   Do you recall whether there would have been any
6  documents detailing which motor was used?
7      A   If they use the motor inside the air  styler
8  because we can look in the documents in the parts list
9  which motor is -- has been inside, but I don't know now.
10      Q   Which documents -- when you say  a parts list,
11  what are you referring to?
12      A   That our normal documents, the company needs to
13  -- drawings and parts list that you know how to assemble
14  a device or new appliance.
15      Q   Procurement documents, documents which
16  illustrate what the parts are for a particular device?
17      A   Yes. Each part has a part number  and a name
18  and so on, and inside the parts list you write down how
19  many of these parts you need and in the combination to
20  other parts and so on.
21      Q   You said that's normal practice at Braun?
22      MS. WOLF:  Objection.
23      THE WITNESS:  Yes. Everywhere I think in the
24  technical company.

Page 65

1      MR. SHIMOTA:  Q  And is that -- I mean what you do
2  in your normal practice when building a device that you
3  have a parts list?
4      A   Yes.
5      Q   If you could look under point 3 on this memo.
6  In the second sentence it says, the holder for the
7  shaver head must be sufficiently changed so that these
8  free cross cutters fall away at least laterally.
9      Do you see that?
10      A   Uh-huh.
11      Q   How did the holder for the shaver head in the
12  prototype need to be changed?
13      A   As I understand it now that was more or less
14  the same situation as already described here. The air
15  can pass also in this and these areas here and,
16  therefore, if you -- it was a suggestion if you make it
17  smaller then it's good for efficiency.
18      Q   I understand. I guess at least, you know,
19  putting aside the last 2 points we haven't discussed,
20  just generally characterizing points 1 through 3, is it
21  the point of this memo to state that basically what
22  you've illustrated in that drawing that the holder
23  should be made a little bit smaller on the sides?
24      MS. WOLF:  Objection.

17 (Pages 62 to 65)

Norbert Smetana    April 29, 2005

Page 66

1    THE WITNESS: Smaller on the sides?
2    MR. SHIMOTA: Q Tighter.
3    A    Tighter belongs to point 3, I think.
4    Q    Okay. Set that aside. Point 3 is basically
5    making the recommendation that the holder should be
6    tighter on the sides?
7    A    Yes, that's what I can read here, yeah.
8    Q    Do you know if that was your idea, Mr. Braun's
9    idea or an idea you two developed jointly?
10    A    Again I would say a common idea, a known
11    principle.
12    Q    The next sentence it states, the gap blow the
13    head should only be large enough so that the cleaning
14    fluid can flow away.
15    A    Yes.
16    Q    How large or how much -- how large -- what was
17    an appropriate gap below the shaving head?
18    A    I think this sentence belongs to this sketch
19    here. If -- of course, if you can imagine it's too
20    large then the air can pass here close to the head and
21    it can pass here and only the airflow close to the head
22    gives a contribution for the drying result and,
23    therefore -- if on the other hand if it's -- what I
24    tried to remember right now, if it's too small then the

Page 67

1    liquid will stay in this small channel here and,
2    therefore, also you need an optimum size.
3    Q    Did you ever determine what the optimum size
4    was?
5    A    I think it was part of all these suggestions
6    that they -- if they want can finally build a testing
7    device to find this out.
8    Q    Okay. Was the testing device ever built?
9    A    I'm not sure.
10    Q    Do you have any idea who would know the answer
11    to that question?
12    A    Of course, Mr. Braun should know. One way is
13    really to build a testing device. Second possible way
14    is to take this idea and already realize in another more
15    sophisticated functional model.
16    Q    I understand. In the last sentence under point
17    3 it says that a seal of a gap would also be helpful.
18    Explain what you mean by a seal of the gap.
19    A    This belongs to a detail I cannot remember
20    right now. Maybe if there was a special geometry for
21    the liquid to flow away. I cannot remember this detail
22    now.
23    Q    Okay.
24    THE VIDEOGRAPHER: Counsel, can we change tapes?

Page 68

1    MR. SHIMOTA: Yes.
2    THE VIDEOGRAPHER: Here concludes tape 1. We are
3    going off the video record at 12:23 p.m.
4    (Off the record)
5    THE VIDEOGRAPHER: Good afternoon. We are going
6    back on the video record at 12:26 p.m. Here begins
7    tape 2.
8    MR. SHIMOTA: Q Welcome back. If you look again at
9    the document we've been discussing. Under point 5 it
10    states when using one, then it's underlined, motor for
11    driving the fluid pump in the blower, the additional
12    cost of electronic and mechanical regulation should be
13    considered as both systems operate with different
14    rotational speeds and motor loads and must be inserted
15    next to each other.
16    Do you see that?
17    A    Uh-huh.
18    Q    Do you recall why you underlined -- underscored
19    the word one?
20    A    Because now I cannot tell you why I underlined
21    this some years ago. But it was the main idea which was
22    discussed, one motor for both systems.
23    DR. STUTIUS: I think it's from the German because
24    it's -- it's also in -- indefinite article. One could

Page 69

1    be in German A, and it could also be a single. So if
2    you want to emphasize a single you would underline one,
3    A, with an eines for that emphasis.
4    MR. SHIMOTA: Q I understand. Why did you say it
5    was the main idea or why was it the main idea?
6    MS. WOLF: Objection.
7    THE WITNESS: It was the main point of this idea.
8    If you have technical discussions can we do this like
9    this, what can happen, if and so on.
10    MR. SHIMOTA: Q For this point here -- for point 5
11    do you recall whether that was the idea of yourself,
12    Mr. Braun or a joint idea?
13    A    I don't think that it was my idea because I
14    always try to have separate motor for my fan.
15    Q    So for point 5 you -- at least it's your belief
16    that was Mr. Braun's idea?
17    A    At least not my idea.
18    Q    Okay. If you could look again at point 4, now
19    that we've taken the time to go through this memo in
20    detail, I was wondering if you had any better
21    recollection as to whether the idea in point 4 was your
22    idea, Mr. Braun's idea or a joint idea?
23    A    Hard to say. Maybe a joint idea, obvious idea.
24    Q    Did you say an obvious idea?

18 (Pages 66 to 69)

Norbert Smetana    April 29, 2005

Page 70

1    A    Yes.
2    THE INTERPRETER:  Plausible.
3    DR. STUTIUS:  Come to anybody mind.
4    MR. SHIMOTA:  Q  I'll just ask you again the German,
5  go through this briefly.  If you could just tell me
6  starting at the top, there's listed sketch 1.  Can you
7  tell me what is represented by sketch 1 or what
8  principle that we discussed that corresponds to?
9    A    Sketch 1 I think shows the position of the
10  nozzle in relation to the head of the shaver.  The
11  nozzle is --
12    DR. STUTIUS:  The düse.
13    THE WITNESS:  Düse and crossed area you can see
14  here.
15    DR. STUTIUS:  The hatch.
16    THE WITNESS:  The hatched area.
17    MR. SHIMOTA:  Q  So düse is the nozzle?
18    A    The nozzle, yes.
19    Q    And I guess you see the axes there, the -- does
20  that make sense, the X and Y axis?
21    A    Yes.  That's more or less the same sketch from
22  this side and from the -- not opposite side, but 90
23  degree turned side.
24    Q    And what point or which of the -- which of the

Page 71

1  points does sketch 1 correspond with in your list?
2    A    As documented it's basically connected with
3  point 1.
4    Q    And for sketch 2, can you tell me basically
5  what is represented by sketch 2?
6    A    Yes, here.  Point 3.  That basically shows that
7  it's better to have no free areas around the shaver
8  head, not to allow the air to pass easily without any
9  contribution.
10    Q    Well, the area with the little dots, is that
11  representing the shaver head with stubble in it?
12    A    Yes, not the holes in it.
13    Q    Oh, the holes.  Those would be holes in foil?
14    A    Yes, the holes in the foil.
15    Q    This is basically if -- I don't know if you
16  have your drawings here still.  Excuse my reach.
17    Sketch 2, does that roughly correspond with
18  what we were discussing here?
19    A    Yes.  Here in combination with here.
20    Q    Okay.  And for sketch 3, can you explain to me
21  what is represented by sketch 3?
22    A    The shaver head -- at that time was already
23  movable and, therefore, we had the idea if the shaver is
24  fixed in the cleaning center then the head turns to --

Page 72

1  maybe to this direction, and then it's -- it's helpful
2  for the airflow to reach also to reach all points of
3  this geometry.
4    Q    Why was it helpful?
5    A    If the opposite would have been realized like
6  this and the air comes from here, this part would have
7  had a good drying and here we call it --
8    DR. STUTIUS:  Dead zone.
9    THE WITNESS:  Dead zone with not so high airflow
10  here in this region, and the drying result is worse and
11  if you turn it a little then -- yeah, it was our idea
12  that we can improve it.
13    MR. SHIMOTA:  Q  So the swiveling of the foil or
14  pivoting of the head, did that improve the drying
15  process?
16    A    The geometry of the shaver was given and here
17  was just idea if you move it a little bit towards the
18  airflow that this can be helped.
19    Q    Okay.  So -- I understand.  So did -- let me
20  see if I can phrase this correctly.
21    So you came up with the idea -- well, you came
22  up with the idea because the fact that the shaver
23  pivoted was a given, correct?
24    A    Yes.

Page 73

1    Q    You didn't compare -- did you compare a
2  pivoting shaver against a nonpivoting shaver?
3    A    No.  As I told the geometry was given and the
4  system was as it was.
5    Q    Looking at sketch 3 again, does that help you
6  recall what the seal of the gap meant in your memo?
7    A    No because the seal -- no.
8    Q    Do you have any -- do you have any idea of any
9  documents which would help you recall what the seal of
10  the gap would have referred to?
11    A    No, I can't imagine.  Maybe models but not the
12  document.
13    Q    The models of the shavers?
14    A    The combination, yes.
15    Q    Turning to the Exhibit 39 and 40, I guess
16  turning first to Exhibit 39, ask you if you recognize
17  this document?
18    A    I typed it in, that's clear.
19    Q    And what is Exhibit 39?
20    A    That's a kind of calculation which is helpful
21  to decide the precise geometry of such a blower we need
22  for this purpose.
23    Q    Does this document help you recall whether the
24  precise blower had been chosen by this time?

19 (Pages 70 to 73)

Page 74

1    MS. WOLF:  Objection.
2    THE WITNESS:  That was prior to this.  First you
3  have to decide which type and then you can calculate
4  details on this.
5    MR. SHIMOTA:  Q  So you would have selected the type
6  of blower prior to March 26, 1995?
7    MS. WOLF:  Objection.
8    THE WITNESS:  That means I can continue?  Surely,
9  yes.
10    MR. SHIMOTA:  Q  Why do you say sure, yes?
11    A   As I mentioned you first have to choose what
12  you need and then you can continue with details.
13    MR. SHIMOTA:  Q  Okay.  Does this document help you
14  recall how much prior to March of 1995 -- how much prior
15  to March of '95 the blower would have been selected?
16    A   No.
17    Q   Do you know of any documents which would assist
18  you in recalling a date?
19    A   No.
20    Q   You mentioned earlier that if you had an
21  opportunity to see models that might assist you in your
22  recollection?
23    A   Yeah, that could be helpful to remember when we
24  did the change to this special kind of blower.

Page 75

1    Q    Just in general what calculations are being
2  shown here?
3    A   In general this is a connection between the
4  geometry without mentioning all the details now and the
5  speed of the fan, and you can calculate absolute and
6  relative velocities and so on.
7    Q   If you just look at Exhibit -- I guess it's 30
8  or did I mark it as 39?
9    MS. WOLF:  40.
10    THE WITNESS:  It's 40 here.
11    MR. SHIMOTA:  Q  Yes.  Ask you if you recognize this
12  document.
13    A   Yes, it's also from a program I have written.
14    Q   Was this a Fortran program?
15    A   Yes.  It was such an example for such a Fortran
16  program.
17    Q   Was this a program that you wrote specifically
18  for your work on the shaver cleaning system?
19    A   No, that's -- you can also use it for other
20  systems.
21    Q   And in general -- well, would you have
22  submitted this document to any person or was this for
23  your own personal use?
24    A   It's definitely for my personal use.  I'm not

Page 76

1  sure whether I showed this to colleagues _
2    Q   Okay.  What calculations are occurring in
3  general in this document?
4    A   In general this is to find out whether this
5  combination of main diameter RPM needed air volume and
6  needed pressure, give a result and then you can look it
7  up in literature or somewhere else whether you meet kind
8  of optimum with this idea, with this combination.
9    Q   I understand.  The only thing I have left, Uwe,
10  I was wondering if you could bring the models in which
11  we took pictures of yesterday just so I can show them to
12  Norbert and see if it helps him recall the date.  And
13  that's all I have for you and I'll get you on your way
14  home, enjoy your day off.  I'd like for him to be able
15  to see the models.
16    THE VIDEOGRAPHER:  Would you like this to be
17  recorded on the record?
18    MR. SHIMOTA:  We are going to take a very brief
19  break.
20    THE VIDEOGRAPHER:  We're going off the video record
21  of tape 2 at 12:41 p.m.
22    (Off the record)
23    THE VIDEOGRAPHER:  We are going back on the video
24  record at 12:54 p.m.  Here continues tape 2.

Page 77

1    MR. SHIMOTA:  Q  Welcome back.
2    Just for the record I'll note that I have
3  marked Mr. Smetana's hand drawings as Smetana Exhibit 1
4  through Smetana Exhibit 5 just so I don't cross over
5  with Kevin in the other deposition.
6    (Exhibits 1 through 5 marked as requested)
7    Q   That being said, Mr. Smetana, there are now on
8  the table several models of the cleaning system.  If you
9  could take the time, and I can hand them to you if you'd
10  like, to look at them and see if any of them assist you
11  in determining or at least being able to say which model
12  would have had the special fan which we've discussed
13  earlier.
14    A   Sometimes it's easy to see.  If we start with
15  this one, this is the small axial blower.  I think the
16  dimension is -- should be the 31 mentioned in the -- in
17  my report.  Coming from the air styler.  I'm not sure
18  whether I've seen this before.  I don't think so.
19    What I can tell this was the smallest kind of
20  blower we had available in the company.
21    Q   That is -- at least basically the air styler,
22  the 31 millimeter air styler?
23    A   Air styler.
24    Q   I guess I'll hand you this model.

20 (Pages 74 to 77)

Norbert Smetana    April 29, 2005

Page 78

1    A    Think I've seen this in our model shop.  Maybe
2    it was this or another one also in combination with the
3    work of Mr. Braun.  It's harder to recognize the fan
4    system immediately up close.  So from the first look I'm
5    not sure which fan is inside, but it's not what we
6    finally developed because it looks like the last or very
7    last model here.
8    Q    I guess my question though -- I just want to
9    see if you can recall either a date or in which model
10   the special fan would have appeared first.
11          I think you told me that would have been prior
12   to March of '95 so I figured these might help.
13   A    As far as I can remember, this could belong to
14   the work of Mr. Braun and he was retired in somewhere --
15   Q    May of '95.
16   A    May of '95, uh-huh, yes.  So that's prior to
17   this.  I don't think that radial blowing system is
18   inside.  To be sure we have to open up, but that's
19   not --
20   MR. SIEVERS:  It's not a functional model.  It's not
21   a functional model.  So maybe it's only a design model.
22   This is from the design department.
23   MR. SHIMOTA:  Q  Well, sitting here today I guess my
24   question is, do any of these models help you to remember

Page 79

1    when prior to March of 1995 the special fan would have
2    first been used in a shaver cleaning system?
3    MS. WOLF:  Objection.
4    THE WITNESS:  I think it starts together with the
5    fifth model here on the table.  Not -- not the very
6    last, the one before.  Here -- up here we have the
7    special inlet geometry and also the fan I described, the
8    special position.
9    THE VIDEOGRAPHER:  Can someone move that model right
10   there?  Yeah.  Okay.
11   THE WITNESS:  Maybe the other with SDL model could
12   be helpful.  No, the other one.
13          For me this seems a little bit newer than this
14   one, and also inside here should be an axial fan.  So
15   from these models on the table now this is the only one
16   which shows the fan system we finally integrated.
17   MR. SHIMOTA:  Q  Okay.  Let me ask just to be clear
18   -- well, this model is from much later, much later after
19   1995?
20   A    Developed by Höser and his people.
21   Q    So I take it these models don't help you
22   remember when prior to March of '95 the special fan
23   above been selected?
24   A    It seems so.

Page 80

1    MR. SHIMOTA:  With that said, the only final
2    question I would -- I would make the ask you look
3    through your miscellaneous notebook for any additional
4    documents you have pertaining to the shaver cleaning
5    system.  Otherwise, thanks for your time and no further
6    questions.
7    THE WITNESS:  Do you need the answer for this
8    question?
9    MS. WOLF:  No.
10   THE WITNESS:  Okay.
11   MR. SHIMOTA:  You're done.  Thank you.
12   THE VIDEOGRAPHER:  In conclusion for April 29th,
13   2005.  We are going off the video record at 1:02 p.m.
14   Thank you.
15          (Off the record)
16          - - - - -
17
18
19
20
21
22
23
24

Page 81

1    STATE OF ILLINOIS  )
                        )  SS:
2    COUNTY OF C O O K  )
3
4          The within and foregoing deposition of the
5    aforementioned witness was taken before CAROL CONNOLLY,
6    CSR, CRR and Notary Public, at the place, date and time
7    aforementioned.
8          There were present during the taking of the
9    deposition the previously named counsel.
10         The said witness was first duly sworn and was
11   then examined upon oral interrogatories; the questions
12   and answers were taken down in shorthand by the
13   undersigned, acting as stenographer and Notary Public;
14   and the within and foregoing is a true, accurate and
15   complete record of all of the questions asked of and
16   answers made by the forementioned witness, at the time
17   and place hereinabove referred to.
18         The signature of the witness was not waived,
19   and the deposition was submitted, pursuant to Rule 30
20   (e) and 32 (d) 4 of the Rules of Civil Procedure for the
21   United States District Courts, to the deponent per copy
22   of the attached letter.
23
24

21 (Pages 78 to 81)

Page 82

1    The undersigned is not interested in the within
2    case, nor of kin or counsel to any of the parties.
3         Witness my official signature and seal as
4    Notary Public in and for Cook County, Illinois on this
5    _____ day of _____, A.D. 2005.
6
7
8                        CAROL CONNOLLY, CSR, CRR
                         CSR No. 084-003113
9                        Notary Public
                         230 West Monroe Street
10                       Suite 1500
                         Chicago, Illinois 60606
11                       Phone: (312) 263-3524
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 83

1        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
2
3    BRAUN GmbH,              )
                             )
4        Plaintiff,          )
                             )
5        -vs-                ) No. 03-CV-12428 (WGY)
                             )
6    RAYOVAC CORPORATION,    )
                             )
7        Defendant.          )
8
9        I hereby certify that I have read the foregoing
10   transcript of my deposition given at the time and place
11   aforesaid, consisting of Pages 1 to 83, inclusive, and I
12   do again subscribe and make oath that the same is a
13   true, correct, and complete transcript of my deposition
14   so given as aforesaid, and includes changes, if any, so
15   made by me.
16
17       _____
          NORBERT SMETANA
18
19
20
21   SUBSCRIBED AND SWORN TO before me this
22   _____ day of _____, 2005.
23
24   _____
          Notary Public

Page 84

1    CASE:  BRAUN -vs- RAYOVAC
2    DATE TAKEN: April 29, 2005
3    DEPONENT: NORBERT SMETANA
4    PAGE  LINE           ERRATA SHEET
5    ____  ____    CHANGE: _____
6    ____  ____    REASON: _____
7    ____  ____    CHANGE: _____
8    ____  ____    REASON: _____
9    ____  ____    CHANGE: _____
10   ____  ____    REASON: _____
11   ____  ____    CHANGE: _____
12   ____  ____    REASON: _____
13   ____  ____    CHANGE: _____
14   ____  ____    REASON: _____
15   ____  ____    CHANGE: _____
16   ____  ____    REASON: _____
17   ____  ____    CHANGE: _____
18   ____  ____    REASON: _____
19   ____  ____    CHANGE: _____
20   ____  ____    REASON: _____
21   ____  ____    CHANGE: _____
22   ____  ____    REASON: _____
23   (SIGNED)_____
24   Reporter:  Carol Connolly

Page 85

LEGALINK - CHICAGO
230 West Monroe Street - Suite 1500
Chicago, Illinois 60606
(312) 263-3524   (312) 236-8461
May 9, 2005
MS. LESLEY WOLF
One International Place
Boston, Massachusetts 02110
CASE: BRAUN -vs- RAYOVAC
CASE NO.: 03-CV-12428 (WGY)
DEP OF:  NORBERT SMETANA    DATE TAKEN: April 29, 2005
Dear Ms. Wolf:
Per your instruction, enclosed is a copy of the
deposition transcript, along with the original signature
page and errata sheet.
Pursuant to the rules of court in this matter, the
transcript is to be read and then signed before a notary
public.
If any corrections/changes are to be made, please TYPE
or PRINT them on the attached errata sheet, giving the
page and line number, desired correction/change and
reason.

Please arrange for accomplishment of same and
transmittal of the signature page and errata sheet back
to our office within 30 days from the date of this
letter.
Upon failure to comply, we shall forward an appropriate
affidavit of noncompliance to all counsel of record.

Sincerely yours,

_____
LegaLink - Chicago

cc: Mr. James Shimota (org)

C.C.                              Job No. CC126185

22 (Pages 82 to 85)

Norbert Smetana    April 29, 2005

| A | | | |
|---|---|---|---|

**A**

able 19:20 29:15,17,18
  31:4,24 32:3 39:8,17
  50:17 60:9,16 61:3,4
  76:14 77:11
absolute 75:5
access 13:22 14:14 15:1
accomplishment 85:15
accurate 81:14
accurately 6:17
achieve 59:21
acting 81:13
activities 7:19
actual 21:11 43:6
adapted 40:4
add 20:16
addition 5:23 11:13
additional 14:9 37:10
  61:1 68:11 80:3
additionally 6:7
address 5:17
adequate 63:11
adopted 40:2
advanced 9:18
advantageous 58:13,22
  59:8 60:11,22,24
advice 47:10,13
advise 47:14
affect 45:7
affidavit 85:18
aforementioned 81:5,7
aforesaid 83:11,14
afternoon 68:5
ago 14:1 37:8 68:21
aim 62:8
air 16:15,19 18:1,2,2
  18:10,21 22:3 40:9
  40:10,18,21 41:17
  43:21,24 44:5 48:19
  49:18 50:1,1 53:24
  55:4,14 56:10,13,17
  58:4,18 59:14 60:14
  62:6 63:2,11,16 64:7
  65:14 66:20 71:8
  72:6 76:5 77:17,21
  77:22,23
airflow 16:23 17:23
  19:3,18 21:5,24 22:5
  22:10 23:21 26:17
  40:12 41:7 45:8,10
  47:17,19 53:13,19,20
  54:24 57:22 59:11
  61:1 62:9 63:16,19
  66:21 72:2,9,18
Alf 25:6,7 41:24
allow 71:8

ambient 41:5 44:1
amount 53:13 55:11
  62:10 63:16
analysis 8:22
angle 19:6 41:1,9,10,15
  41:19,20 59:16,21
angles 19:8 26:16
  60:24
answer 5:22 6:1,12,16
  15:23 20:8 21:23
  23:11 30:4 38:5 39:9
  48:7,23 50:23 59:9
  60:4 67:10 80:7
answered 60:6
answers 5:3 81:12,16
anybody 70:3
anymore 27:6
apologize 8:5 31:3
appeared 36:15 78:10
appearing 4:16,17
appears 31:15,20 33:9
appliance 16:11 40:24
  64:14
appliances 7:14 38:22
  51:2 63:15
approached 28:22
appropriate 17:8 66:17
  85:18
approximately 36:5
  39:5 42:10 44:12,16
  44:20
April 1:15 3:2 4:3
  80:12 84:2 85:7
  2005:2
area 21:9,24 22:10
  40:13 41:17 57:24
  58:4 70:13,16 71:10
areas 65:15 71:7
argument 57:6
arisen 59:4
arithmetic 62:23
arrange 85:15
art 61:16
article 68:24
aside 15:4 29:8 32:24
  39:18 42:2 45:2 48:3
  50:8 65:19 66:4
asked 13:14 29:11
  30:11,13 47:13 51:4
  52:12 56:9 81:15
assemble 64:13
assist 50:17 52:21
  74:17,21 77:10
assistance 25:11
assisting 52:23
association 4:4

assumed 37:5
attached 81:22 85:13
attempt 13:3
attention 43:2 61:21
attorneys 28:8,14,22
  28:23 29:1,9,10
  30:10,14,17 35:7
audible 5:24
August 33:10,10 36:5
  37:13
authored 31:20
available 43:9 77:20
Avoid 61:19
aware 15:8,12,16,19
  29:3
axes 70:19
axial 18:8,10 39:1,3,15
  46:3 52:6,6 77:15
  79:14
axis 18:20 70:20
A.D 1:15 82:5
a.m 1:15 4:2 42:22 43:1

| B | | | |
|---|---|---|---|

**B**

back 41:7 42:24 51:3
  53:5 68:6,8 76:23
  77:1 85:16
bad 40:22 56:17
balance 22:15
based 22:20 23:7 61:5
Baseless 61:17
basement 27:1
basic 8:18 9:11 18:7
  40:23 42:5 60:12
  62:11 63:2
basically 11:12 12:24
  16:11 20:24 28:12
  50:24 51:20 58:7
  65:21 66:4 71:2,4,6
  71:15 77:21
basics 5:21
Bates 31:14 33:4
bear 31:14
bearing 33:4
Beckinrig 5:19
began 10:11
beginning 7:9 11:6
  25:8
begins 4:7 68:6
begun 37:13
behalf 2:6,10 4:16,18
behavior 19:17
belief 36:22 69:15
believe 12:1 26:2 34:15
  57:8
belong 46:18 78:13

belonging 24:5 26:13
  26:15 42:6 63:23
belongs 23:18 37:16
  49:14 55:18 62:24
  66:3,18 67:19
Bernoulli 62:15
best 35:4 44:19 45:23
  49:11
better 19:19 50:1 55:23
  56:15,17 57:22 58:16
  69:20 71:7
big 16:10 18:24 36:7
bigger 18:19 40:16,16
  63:17
binded 10:23
binder 25:14,16,21
  32:13,14,15,18
binders 11:9,10,13,15
  11:16 25:13
bit 18:18 41:2 42:16
  49:18 60:2 65:23
  72:17 79:13
bits 5:21
blade 19:5,6
blades 18:21 19:3,8
blow 53:22 54:7 66:12
blower 20:13 25:22
  38:20 41:3 45:16
  46:3,15,19,19,21
  48:21 51:1 61:22
  68:11 73:21,24 74:6
  74:15,24 77:15,20
blowers 7:14 17:10
  18:8 24:13 25:22,23
  38:21 40:3 44:6 52:6
blowing 16:1,5 21:3,17
  38:23 39:1 40:1 52:7
  78:17
blows 40:10
book 10:20,22
books 10:21 61:7,14
boss 35:20
Boston 2:4 85:5
bottom 59:11 63:10
Bound 10:24 11:1
box 32:20 36:8
Braun 1:3,13 2:12 4:8
  4:11,18 6:23 7:1
  10:11,15 13:20,23
  14:6 15:4,9,14,18,21
  22:22 23:7,14 24:16
  24:21 29:4,10 34:24
  35:7,19 36:21,22
  37:1,7,14 38:22 39:6
  43:15 44:10,21 47:7
  47:10,14 48:12,20

belonging 49:4,7, 13,50:2,9,14
  50:15, 16 51:24 52:11
  52:11, 18,23 53:2
  54:19 56:9,22,24
  59:1,5  60:9 64:21
  67:12 69:12 78:3,14
  83:3 84:1 85:6
  2005:1
Braun's 50:19 56:11
  57:17 58:24 62:12
  66:8 69:16,22
break 42:15 51:4 76:19
brief 76:18
briefly 7:8 70:5
bring 76:10
build 27:24 38:24
  61:23 67:6,13
building 27:2 65:2
built 39:1 45:1,2 67:8
bullet 53:7 54:22 55:13
business 23:3
B4610 33:4
B4615 33:8
B4616 33:4,9

| C | | | |
|---|---|---|---|

**C**

C 81:2
calculate 22:9,11,12
  27:23 74:3 75:5
calculation 8:23 13:17
  13:19 22:13 26:14
  27:24 63:6 73:20
calculations 17:20
  26:15 27:22 36:8
  63:4 75:1 76:2
call 42:4 46:6 72:7
called 5:2,6 6:22 18:13
  52:24 62:16
calls 37:9
care 6:22 7:16 38:22
career 11:4 26:1
Carol 1:10 4:5 81:5
  82:8 84:24 2005:24
case 19:14 29:3 48:17
  51:2 52:18 82:2 84:1
  85:6,6 2005:1
cases 13:13,15
catches 59:9
cause 55:21
causes 19:17 20:20
cc 85:22
CC126185 85:23
center 16:2,16 24:8
  25:24 56:6 71:24
certain 17:16,17 47:23
  55:11 56:7 62:9,10

certified 4:4
certify 83:9
CF 63:11
challenges 51:23 52:3
challenging 51:8,9,12
51:15
chance 59:12,17
change 39:2 67:24
74:24 84:5,7,9,11,13
84:15,17,19,21
2005:5,7,9,11,13,15
2005:17,19,21
changed 65:7,12
changes 83:14
channel 67:1
characteristic 19:4
characteristics 17:11
17:12,13,16 26:14
63:1
characterize 42:13
characterizing 65:20
check 17:15 29:15,17
29:18
chemical 9:6,7,8,10,15
9:22
Chicago 2:9 4:5 82:10
85:1,2,20
choice 7:24
choose 8:14,19 63:16
74:11
chosen 73:24
circumference 40:11
circumstances 13:9
54:5
Civil 1:12 81:20
cleaner 20:6,22 35:12
41:18
cleaning 15:10,13,18
15:21 16:2,3,8,16
20:2 23:10 24:6,8
25:15,20,24 26:3
27:19 28:9,16 29:13
29:19 30:18,23 32:8
32:10 35:8,22 36:4
36:12,13,20,23 37:2
37:7 42:10 43:20,21
44:16 47:8,12 48:13
51:5,7 52:13 53:16
56:6 66:13 71:24
75:18 77:8 79:2 80:4
clear 47:17 73:18 79:17
close 18:9 66:20,21
78:4
closely 56:2
coiled 43:21
cold 43:24 50:1

colleague 12:4,17 13:4
colleagues 12:14 15:24
24:11,24 25:3 35:9
76:1
collect 27:21 28:8
40:12
collection 11:1
combination 7:20 9:14
16:12 18:12 20:4
21:4 26:16,21 29:1
30:5 38:18 40:23
50:24 64:19 71:19
73:14 76:5,8 78:2
combine 17:7,8 21:10
22:12 49:16
come 16:16 28:14 29:9
29:11 37:11 60:8,16
61:4 70:3
comes 40:18 49:16 59:2
60:1 72:6
coming 10:15 77:17
common 14:3 49:8,12
61:8 66:10
communicated 14:19
companies 7:20 10:14
company 4:11,18 7:2
49:2 62:15 63:14,24
64:12,24 77:20
compare 14:11 45:21
73:1,1
complained 43:11
complete 21:9 25:16
51:12 81:15 83:13
complex 7:13
complicated 52:16
comply 85:18
compromise 22:7,8
compulsory 8:16,17,18
9:4
computer 11:12 13:9
26:5,6,12,20,23 27:2
27:3,4,16,20 29:20
31:5 32:1,4,22
computers 11:6 13:1
con 23:13
concentrate 54:24
conclude 46:2
concludes 68:2
conclusion 60:17 61:4
80:12
conform 56:2 58:7,12
confusing 48:6
confusion 30:9
connected 71:2
connection 9:17 28:7
29:7 30:20 34:1,11

36:21 51:18 62:6
75:3
Connolly 1:10 4:6 81:5
82:8 84:24 2005:24
consider 16:17
considered 38:3 51:5,7
68:13
consisting 83:11
contact 23:13 24:18,19
24:22 52:17
contacted 25:11
contained 11:15
context 38:11
continue 74:8,12
continues 43:1 76:24
continuous 40:17 46:10
continuously 7:6 40:17
42:8
contribute 35:18
contribution 66:22
71:9
control 44:4
Cook 82:4
copy 81:21 85:9
corner 45:5,5
corners 61:19
Corporation 1:6 4:16
83:6
correct 5:23 10:11
14:18,21 29:5 30:24
31:6,7 38:2,20 41:14
42:11 43:13 44:4
49:4,7 53:2 58:17
60:5 61:10 72:23
83:13
corrections/changes
85:13
correction/change
85:14
correctly 72:20
correspond 71:1,17
corresponds 70:8
cost 68:12
counsel 2:2 4:12 67:24
81:9 82:2 85:18
County 81:2 82:4
course 6:3,11,14 8:12
8:18 10:17,20 11:3
11:12 13:14 19:16
21:4,15 22:4,9 24:16
26:1,15 35:24 39:22
43:5 56:13 61:5,6
66:19 67:12
courses 8:14 9:1,23
10:2
court 1:1 4:5,9,19 83:1

85:11
Courts 1:12 81:21
create 19:20,21 26:17
47:19 62:8
credit 49:24
cross 22:10 41:16 65:8
77:4
crossed 70:13
cross-cut 57:12
cross-sectional 57:24
CRR 1:10 81:6 82:8
CSR 1:10 81:6 82:8,8
currently 14:21 15:8
29:4
cutters 65:8
C.C 85:23

**D**

düse 70:12,13,17
d 6:21 7:6,7 10:17 14:8
14:13,19 15:6 81:20
Darm 72:4 8:9,10 10:4
10:7
data 23:19 63:2
date 4:2 14:4 27:8
29:22 74:18 76:12
78:9 81:6 84:2 85:7
85:16 2005:2,23
day 1:15 6:3,11 76:14
82:5 83:22
days 85:16
DC 63:14
Dead 72:8,9
deal 18:2 48:24
deals 24:12
Dear 85:8
Dec 23:2
December 7:3,5
decide 38:19 73:21
74:3
deep 12:20
defendant 1:7 2:10
4:16 83:7
defendant's 31:13,19
33:3,7,14 43:3
definitely 11:23 19:1
27:5 30:15 49:15
75:24
definition 36:6 39:21
45:20
degree 10:4,6,12 70:23
deliver 63:19
DEP 85:7
department 7:17,17
34:17 35:10 36:1,2
52:5 78:22

depending 11:17 63:15
depends 12:19,19 36:6
39:21 45:20
deponent 81:21 84:3
2005:3
deposition 1:9 2:2 3:1,9
3:10,11,12 4:7,10
5:21 31:19 33:8 77:5
81:4,9,19 83:10,13
85:9
depositions 1:13
derive 17:17
described 23:19 39:19
65:14 79:7
describing 44:5
description 43:14,14
design 40:24 52:19
56:4 78:21,22
desired 85:14
detail 39:23 41:3 42:5
67:19,21 69:20
detailing 64:6
details 18:9 41:23 56:5
60:7 74:4,12 75:4
determine 6:12 60:9
67:3
determining 77:11
develop 16:1 51:17
52:6
developed 15:14,18
36:19,23 37:1,4
56:12 58:24 66:9
78:6 79:20
development 6:21 7:16
7:17 11:24 15:20
39:22
device 16:10 28:4
43:20 64:14,16 65:2
67:7,8,13
diameter 17:24 18:23
18:24 19:11,11 46:4
47:1,2 63:3 76:5
diameters 26:16
difference 51:21
different 10:1 11:18
12:6 14:2,5 18:7,10
19:6,9,17 27:12
36:14 38:21 40:6
42:15,17 47:19 54:10
55:20 57:7 63:13,15
63:22 68:13
difficult 33:15 42:13,14
51:6,10 54:4
dimension 8:22 46:16
46:18,21,24 77:16
dimensional 17:15

dimensionless 17:12,13 26:14 62:24
direct 40:12 43:2 55:4 61:21
direction 18:22 38:10 40:18 51:14 58:21 59:13,14 60:21 72:1
directions 41:16
directly 55:1,4
directors 35:15
disagreed 56:20
disagreement 56:23,24
discrete 46:7
discuss 13:17 37:11 47:7
discussed 40:5 41:23 42:3 48:15,19 49:9 59:17 65:19 68:22 70:8 77:12
discussing 68:9 71:18
discussion 53:17 57:3,3 57:4,5,6,8,20 59:2
discussions 35:7,9,11 49:6 59:5 69:8
disk 26:18 28:5,6
distribute 35:17
distributed 11:7 34:22 34:24 35:3 45:9
distribution 45:6
District 1:1,1,12 4:9,10 81:21 83:1,1
disturbance 8:22
disturbing 45:24
Doctor 34:8
document 13:16,16 31:14,20 33:4,7,13 33:23,24 34:3,16,21 38:7,12 39:19 53:6 68:9 73:12,17,23 74:13 75:12,22 76:3
documentation 26:21
documented 71:2
documents 10:21 11:15 11:24 26:4 27:22 28:9,11,15,18 29:12 29:12 30:7,11,13,17 30:22 31:9,18,24 32:2,7,10,20,23 34:11 39:10 64:6,8 64:10,12,15,15 73:9 74:17 80:4
dots 71:10
downwards 43:19
Dr 2:13 9:13 10:24 18:15 28:5,21 32:14 34:8,10,24 35:1,11

35:13,16,18,20,22 36:3 54:2 61:16 62:16 68:23 70:3,12 70:15 72:8
draining 41:11
drawing 48:4,9 65:22
drawings 47:24 64:13 71:16 77:3
dried 43:21
drive 2:8 28:5,6
driving 68:11
Drum 18:15
dry 16:2 20:18 45:5 49:19 53:23
dryer 7:16 20:11 45:19 45:21
dryers 42:16 48:24 51:2,11,18 52:7
drying 16:7 24:5 37:18 44:8,10,11,24 45:11 47:4,7,11,12 48:12 48:17,22 58:13 66:22 72:7,10,14
ducting 55:14 56:10,13 56:17
duly 5:6 81:10
Dumb 18:16
Duncan 2:16 4:3
dynamic 8:18 61:7 62:16
dynamics 7:13,21 8:2 8:13,20 9:2,3
D-A-R-M 8:11
D-61476 1:14

E
e 81:20
earlier 37:13,23 40:5 74:20 77:13
early 34:17,18 36:16 36:16,17
easier 20:8
easily 71:8
East 2:8
easy 23:11 41:7 48:7 54:1 62:7 77:14
edges 61:19
education 53:2 54:17
effect 22:2 59:22
efficiency 41:8 55:3 58:14 60:13 65:17
efficient 43:11
eines 69:3
either 12:13 29:10 54:18 78:9
electronic 27:15 29:16

29:18 30:22 68:12
element 51:1 53:8,11 53:16
elements 20:14
Ellis 2:7 4:15
emphasis 69:3
emphasize 69:2
employed 6:20,21,23 7:1,6 10:14
employees 14:4
employment 7:9
enable 41:10
enclosed 85:9
encountered 51:24 52:2,20
energy 20:16,17
engineer 9:9 52:20
engineering 7:23,24 8:6 9:6,8,15,22 33:21
English 5:3,4 6:9 33:3 37:20 43:4
enjoy 76:14
enlarge 58:4
equation 62:22
errata 84:4 85:10,13 85:16 2005:4
especially 9:17 16:1 37:16 40:2 41:2 52:7 53:19
essential 11:21
essentially 17:21
estimates 62:23
estimation 63:18
evenly 45:9
exactly 14:4 27:11 37:9 39:6 44:23 59:22
examination 3:4 5:9 23:7
examined 5:7 81:11
example 22:17 48:16 56:16 63:5 75:15
Excel 22:17,19
exchange 9:19
exchanged 28:17
exchanges 9:20
excuse 47:11 71:16
exhibit 3:9,10,11,12,15 3:16,17,18,19 31:12 31:13,17,19,22 33:3 33:5,8,11,14 43:3 63:7,8 73:15,16,19 75:7 77:3,4
exhibits 3:7 31:11 77:6
exist 24:9 27:6 32:23
exists 27:4 50:24 62:14
experience 47:13 53:2

54:19 61:5
expert 7:12,21 52:21 52:24
expertise 53:1
experts 52:17
explain 12:2 60:23 67:18 71:20
explained 37:17 51:19 60:13
Explorer 29:21
express 52:12 56:23,24
expressed 56:18 60:17 62:3,11,18
extent 32:23
external 13:12
e-mail 13:20,23 14:5,22 15:5

F
F 2:3
fact 21:24 72:22
failure 85:18
fair 50:3
fall 65:8
familiar 9:5,10
fan 16:13,14,14 17:8,21 17:24 18:1,3,8,10,17 19:1 20:1 21:11 39:12,15 50:3,10 69:14 75:5 77:12 78:3,5,10 79:1,7,14 79:16,22
fans 7:14 17:10 18:9,10 18:18 24:12 52:6
far 32:5,12 49:17 50:13 78:13
feasible 46:14
features 14:9
Federal 1:11
feel 6:18 53:22
feeling 17:17 37:15 42:12
fifth 79:5
figure 14:4
figured 78:12
file 25:18
files 34:4
final 40:21 41:16 80:1
finalized 23:15
finally 17:14 18:12 20:18,20 37:18 40:9 44:16 51:18 52:9 53:23 56:15 67:6 78:6 79:16
find 14:9 16:6,11 22:6 22:15 30:6 32:12,22

34:3 37:17 47:19,20 47:22 50:22 51:20 53:18 54:11 67:7 76:4
finding 16:13
fine 5:20 6:18 20:10 30:4
finished 11:23
firm 29:10
first 5:6 13:22 15:1 16:2,6,18 17:3 19:4 23:12,14,16,17,18,18 24:2,10,11,17 27:13 32:20 33:2 37:16 39:16,18 43:18 46:15 47:20 50:15 52:4,15 53:5 57:16 73:6 74:2,11 78:4,10 79:2 81:10
firstly 43:20
fits 17:15 22:14
fix 13:18 38:12
fixed 71:24
flow 16:19 18:10,11 20:12 53:7,8,11,15 55:4 60:14 61:24 63:2 66:14 67:21
flower 62:1
fluid 7:13,21 8:2,13,18 8:20 21:1 43:21 61:7 61:14 66:14 68:11
focus 8:1
foil 16:3 55:1 71:13,14 72:13
foils 57:13
folders 11:8
following 2:2
follows 5:8
foregoing 81:4,14 83:9
forementioned 81:16
form 13:19 15:22 21:14 24:4 50:5
formula 62:6,14
formulas 22:17 42:16 57:7 63:1
Fortran 22:20 28:1,2 75:14,15
forward 7:15 85:18
forwards 38:10
found 32:2 46:14 49:10
four 63:2
fourth 55:13
Fröhlich 2:15
Frankfurter 1:14
free 65:8 71:7
from-to 29:23

Norbert Smetana     April 29, 2005

Page 4

**FRÖLICH** 5:1
**fulfill** 16:7
**function** 29:21,22 30:1
  46:20
**functional** 43:9 67:15
  78:20,21
**further** 10:3,5 45:16
  80:5

**G**

**gain** 8:13
**gained** 13:22 15:1 53:1
**gap** 66:12,17 67:17,18
  73:6,10
**Gebhard** 50:15,16
**general** 7:23 11:3
  12:17 13:11 15:12,16
  17:10 37:6 47:14
  54:7 61:13 75:1,3,21
  76:3,4
**generally** 52:18 65:20
**generated** 12:13 26:2
**geometries** 19:13
**geometry** 18:16 15
  18:4 21:11,11,12,18
  21:21 26:15 40:15,15
  40:20,22 41:6 51:22
  62:9 67:20 72:3,16
  73:3,21 75:4 79:7
**German** 5:3,3 18:13
  33:6,8 43:4 68:23
  69:1 70:4
**Germany** 1:15 4:11
**give** 5:17 11:24 14:17
  27:12 28:1 34:4
  37:10 49:24 76:6
**given** 6:12 40:24 62:9
  72:16,23 73:3 83:10
  83:14
**gives** 21:3 22:13 51:20
  66:22
**giving** 85:13
**GmbH** 1:3,13 2:12 4:8
  6:23 83:3
**go** 5:20 7:15 38:10 54:8
  59:12,18 69:19 70:5
**goes** 16:15 18:21 40:21
**going** 4:1 23:4 33:2
  42:21,24 68:3,5
  76:18,20,23 80:13
**good** 4:1 5:12,13 22:6
  37:18 40:15 42:18
  47:18,22 65:17 68:5
  72:7
**gotten** 24:22

**grade** 9:12
**Gray** 2:3,14 4:17
**great** 18:24
**grid** 20:13,14
**group** 7:6,18 10:18
  14:8,13,19 15:6 25:1
  39:24 61:9
**guess** 11:2 24:7 33:2
  51:3 54:21 61:3
  65:18 70:19 73:15
  75:7 77:24 78:8,23
**guys** 39:23

**H**

**Höser** 24:24 25:1,9
  31:15 39:7,23 41:24
  79:20
**hair** 6:22 7:16,16 20:11
  20:18 38:22 42:15
  45:19,21 48:24 51:2
  51:11,18 52:7
**hairstyler** 46:3
**hand** 54:8 66:23 77:3,9
  77:24
**handed** 31:9
**handwriting** 33:16
**handwritten** 12:8
**happen** 45:4 55:12
  69:9
**happened** 27:7 50:6
**happening** 36:2
**happens** 34:20
**hard** 27:24 48:23 59:24
  69:23
**harder** 78:3
**hatch** 70:15
**hatched** 70:16
**head** 20:23 21:9,17
  41:17 43:19 45:4
  55:14,15,19,21,24
  56:3 57:21 58:1,8,12
  58:22 59:10 60:4,21
  65:7,11 66:13,17,20
  66:21 70:10 71:8,11
  71:22,24 72:14
**headline** 15:11 25:21
**hear** 45:19
**heard** 46:9
**heat** 9:19,20 18:23,24
**heater** 20:14 48:19,21
  49:16 50:3,10,19,23
  51:1
**heating** 44:5
**height** 26:16
**held** 4:11
**help** 15:24 46:23 52:13

73:5,9,23 74:13
78:12,24 79:21
**helpful** 18:17 20:18
  38:12 41:5 49:19
  60:14 61:1 67:17
  72:1,4,18 73:20
  74:23 79:12
**helps** 11:11 76:12
**hereinabove** 81:17
**Herr** 25:1
**high** 8:7 9:13 19:3
  20:24 21:5,5,6,7,8
  41:4,8 51:19,21
  61:23 72:9
**higher** 22:4 46:6 55:10
**hint** 37:10
**holder** 57:14,15 56:2
  58:7,12 60:3 65:6,11
  65:22 66:5
**hole** 21:7
**holes** 71:12,13,13,14
**home** 44:16 76:14
**Hopefully** 25:4
**Hot** 50:1,1
**hotter** 49:18
**hour** 44:14,15
**house** 35:15

**I**

**idea** 12:20 23:12,16,17
  23:18,20 24:2,3,8
  49:12,16 50:18,20,23
  52:9 53:20 54:24
  56:11,11,11,19,19
  60:12 62:11,12,12,13
  66:8,9,9,10 67:10,14
  68:21 69:5,5,7,11,12
  69:13,16,17,21,22,22
  69:22,23,23,24 71:23
  72:11,17,21,22 73:8
  76:8
**ideas** 24:11 37:10
  38:13 49:8 57:1
**identify** 4:12
**Illinois** 2:9 81:1 82:4
  82:10 85:2
**illustrate** 64:16
**illustrated** 65:22
**im** 1:14
**imagine** 12:22 18:7
  19:10 20:11 21:6
  27:23 36:8 58:18
  66:19 73:11
**immediately** 11:18
  28:19,20 78:4
**important** 9:21 11:21

12:23 16:18 21:1,16
  27:22 37:24 38:3,7
  39:24 56:7
**improve** 47:7,11,11
  48:22 56:14 72:12,14
**improved** 39:2 55:14
  56:10
**improvement** 47:3
**improvements** 48:8
**improving** 48:12
**inaccurate** 6:13
**incline** 60:10,11
**inclined** 58:21 59:7
  60:20
**include** 48:21
**includes** 83:14
**inclusive** 83:11
**incoming** 19:5
**incomplete** 6:12
**increase** 46:5,21 60:12
**increased** 55:4 58:15
**indefinite** 68:24
**indicated** 53:7
**inflow** 54:23 57:11,15
  58:21 59:7,16 60:11
  60:20
**influence** 19:18
**information** 14:17 26:6
  26:11,13,18 27:16,18
  28:23 29:16,19 30:22
**inlet** 20:13 79:7
**inner** 19:11
**inserted** 68:14
**inside** 38:23 41:1,15
  55:19 60:14 64:7,9
  64:18 78:5,18 79:14
**installation** 48:18
**instance** 13:17 20:11
  45:22
**instruction** 85:9
**instrument** 45:22 53:12
  53:21 54:11
**instruments** 54:9,10,13
**integrate** 53:17
**integrated** 79:16
**intention** 28:12
**interest** 46:20
**interested** 82:1
**interesting** 42:14,17
  51:12
**interests** 8:1
**International** 2:4 85:4
**interpret** 5:2
**interpreter** 1:9 2:15
  4:20 5:2 8:16,22 9:12
  9:19 12:5 17:11

41:19 70:2
**interrogatories** 5:7
  81:11
**investigations** 36:9
**involved** 24:11 25:9
**involvement** 35:22,24

**J**

**Jahn** 25:4,6,7 41:24
**James** 2:8 3:15 85:22
**Jeanette** 2:1 5:1
**Jim** 4:1 5:4 2:18
**job** 24:16 54:15,20
  85:23
**joint** 50:19 57:17,18,19
  62:12 69:12,22,23
**jointly** 58:2 66:9
**Jung** 25:4 34:8,10 35:1
  35:20
**Jurgen** 25:9 31:15 39:7
  41:24

**K**

**K** 81:2
**keep** 11:4,19,20 25:14
  25:18,19 26:18 28:11
**kept** 25:13
**Kevin** 2:16 4:3 77:5
**kin** 82:2
**kind** 22:23 38:6 40:14
  51:9 53:21 59:15
  63:5 73:20 74:24
  76:7 77:19
**Kirkland** 2:7 4:15
**kitchen** 52:8
**know** 8:4,7 14:12,15,24
  15:11 16:18 18:2
  22:10,10 24:10,12
  26:5 27:4,5,7,10
  28:19,21 32:17 33:20
  34:10,13,14 35:13,14
  35:15,21 36:1,3 38:9
  38:10,17 39:4,14
  40:10 41:23 44:23
  52:11 53:24 54:9
  56:9,18 60:3,7 64:9
  64:13 65:18 66:8
  67:10,12 71:15 74:17
**knowing** 7:13
**knowledge** 8:13 28:18
  36:18 51:13,13 52:10
  57:7 61:8,10
**known** 49:1 66:10
**knows** 49:18,20,23
  54:7
**Kreutz** 25:8 42:1

Kronberg 1:14 4:11
    5:18,19

**L**

lab 10:22 36:9 54:16
laboratory 10:18
laminar 53:7,10,15
language 22:21 28:2
large 22:1 66:13,16,16
    66:20
laterally 65:8
law 29:10
lawyer 11:23
lawyers 33:24 34:4,11
leader 36:1
learn 54:12
learned 9:11
learning 54:20
leave 14:10 27:14 40:9
leaves 16:16
left 28:3 56:5 76:9
legal 2:17 4:4
LegaLink 4:5 85:1,20
leisure 57:9
length 45:2 56:8
Lesley 2:3 4:17 85:4
lesson 61:15
lessons 8:19 9:16
letter 81:22 85:17
let's 7:12 20:22
line 84:4 85:14 2005:4
lines 33:22
liquid 67:1,21
list 64:8,10,13,18 65:3
    71:1
listed 53:6 70:6
lists 46:12
literature 61:6 76:7
liters 16:19,20 54:8
litigation 15:9,13,17
    28:8 29:4 34:1,11
    49:18 60:2 65:23
    71:10 72:11,17 79:13
living 5:18
LLP 2:3,7
loads 68:14
locate 30:22 31:4 32:1
    32:3
long 7:1 23:12 37:8
    44:9,11 45:13 46:3
    48:18 53:23 62:14
longer 27:8 44:14,15
longish 57:12
look 12:21,22 19:10
    26:7 28:3 30:11,13

40:8 43:4 54:21
57:10 58:20 64:8
65:5 68:8 69:18 75:7
76:6 77:10 78:4 80:2
looked 19:1 60:13
Looking 73:5
looks 19:15 78:6
losing 38:11
loss 59:15
losses 20:17
lot 10:2 27:23 38:8
    39:23 49:24 54:10
    56:5 61:6,14 63:15
lots 32:19
Lotus 14:22 15:1,4,7
low 22:2

**M**

Mabuchi 63:11,12,13
    63:13,14,20,24
machine 7:23 30:7
machinery 8:20
machines 8:2 14:9
    22:21,23 27:9,12
    52:8
MacIntosh 23:1
mail 14:11
main 7:11,18 17:2,23
    17:24 19:4,22,23
    21:4 24:12 26:24
    27:1 38:13 40:13
    47:15 51:21 56:7
    68:21 69:5,5,7 76:5
maintain 10:18 27:15
    27:18
maintained 29:16,17
major 25:17
making 66:5
manager 35:19
manufacturer 63:22
March 31:16 74:6,14
    74:15 78:12 79:1,22
mark 23:4 31:11,11,13
    31:19 33:2,7 75:8
marked 31:17,22 33:5
    33:11 77:3,6
market 36:15
Massachusetts 1:1 2:4
    4:10 83:1 85:5
matter 4:8 15:13,17
    85:11
Max 22:24 23:2
maximum 26:8
mean 10:22 20:1 23:16
    23:23 33:19 35:13
    36:5 40:5 43:7,24

44:2 46:24 48:16
49:20 52:18 55:15
57:5,10 65:1 67:18
means 7:3 43:8 74:8
meant 11:2 12:2 73:6
measure 53:8,13,20,22
    54:1
measurement 54:13
measures 48:18
measuring 53:12 54:12
mechanical 7:22,23 8:5
    33:20 68:12
mechanics 61:14
meet 76:7
meeting 12:16 13:3,7
    13:10,11 30:5 37:20
    37:24 47:6 49:3 50:3
    50:8,12
meetings 12:14
memo 31:15 33:9 35:18
    48:1 62:4 65:5,21
    69:19 73:6
memory 23:8
mental 23:22
mention 11:14 41:3
mentioned 12:1 18:4
    25:13 32:6 41:9 62:5
    74:11,20 77:16
mentioning 75:4
method 27:21 38:9
methods 47:19
middle 60:2
milestone 38:6,17 39:4
    39:19,21 42:4
milestones 38:15 39:18
    39:20 42:2
millimeter 77:22
millimeters 21:23
    46:13,16
mind 70:3
minor 7:23
minutes 42:19 44:17,18
    44:20
miscellaneous 25:22
    32:7,9,18 80:3
misstated 31:2
mixed 18:11
mixture 8:18 18:12
    26:4
model 36:16,17,19,20
    36:23 37:5 38:24
    39:15 67:15 77:11,24
    78:1,7,9,20,21,21
    79:5,9,11,18
models 39:13 46:15
    73:11,13 74:21 76:10

76:15 77:8 78:24
79:15,21
money 38:8,11
Monroe 82:9 85:1
months 11:20
morning 4:1 5:12,13
motor 20:16 46:5 63:19
    63:21,21 64:1,1,3,6,7
    64:9 68:10,14,22
    69:14
motors 63:14
movable 71:23
move 72:17 79:9
music 45:22

**N**

name 4:3 5:14,16 34:8
    50:16 64:17
named 81:9
names 25:2,10,12
    63:14
narrow 21:18 22:3
    54:23 57:12
near 35:6 38:14
nearly 7:3
necessarily 13:6
necessary 16:7,17,22
    23:19 46:4
need 5:19,24 16:9,10
    17:19 20:23 21:3,8
    23:20,21 27:23 33:12
    37:17 38:18 39:8
    40:8 47:18,20 51:20
    58:3 60:3 62:10 63:1
    63:16,19,24 64:19
    65:12 67:2 73:21
    74:12 80:7
needed 16:23 26:17
    55:5 76:5,6
needs 20:19 44:16
    64:12
nerving 46:8
nervous 46:7,8
Network 23:2
new 50:24 51:1 64:14
newer 79:13
noise 43:11 45:16,18,18
    45:22
noisy 16:10
noncompliance 85:18
nonpivoting 73:2
nontrivial 54:5,6
Norbert 1:10 3:1 4:8
    5:5,16 25:8 42:1
    76:12 83:17 84:3
    85:7 2005:3

normal 18:17,24 41:4
    52:1 4 64:12,21 65:2
normally 11:18 14:16
    18:1 7 35:14 37:9
    42:1 5 46:19 51:1 1,17
notary 1:11 81:6,13
    82:4,9 83:24 85:11
note 1 2:18 32:6 77:2
notebook 10:18,19
    32:7,9 80:3
notes 12:5,8,10 14:8,10
    14:22 15:1,4,7 25:14
    37:20,24
notices 10:20 12:1,2,3
    12:6
noticing 4:14
nowadays 11:11
nozzle 20:15 57:11,15
    62:9 70:10,11,17,18
nozzles 54:23 55:6
    61:24
nozzle/these 61:24
number 31:14 33:4
    42:22 64:17 85:14
numbered 48:9,10,10
numbers 14:10

**O**

O 81:2,2
oath 83:12
Object 24:4 50:5
Objection 15:22 21:14
    31:1 34:12,19 35:12
    38:4 40:7 41:12
    44:22 50:11,21 53:3
    56:21 59:23 62:19
    64:22 65:24 69:6
    74:1,7 79:3
obstacle 16:22
obstacles 61:1
obvious 37:3 62:18
    69:23,24
obviously 56:17
occupy 52:10
occur 45:7
occurred 38:16 39:5,12
occurring 76:2
occurs 52:16
OEM 6:22 7:19
office 85:16
official 10:5 14:7 82:3
Oh 71:13
okay 13:8 17:4,18,18
    27:7,15 28:7 32:16
    37:8 48:16 56:18
    58:6,7 60:8 64:2 66:4

67:8,23 69:18 71:20
72:19 74:13 76:2
79:10,17 80:10
old 26:21 27:2
older 26:21
once 32:6
open 78:18
opening 40:19
operate 68:13
operation 43:15
opinion 49:9 57:16,17
57:17,18,19 58:23,24
58:24 62:3
opportunity 74:21
opposed 57:4 63:21
opposite 55:12 70:22
72:5
optimal 21:19,21 22:2
22:5,18 53:19 55:22
59:21,24 60:2
optimize 16:1,5,14 18:4
optimized 40:20
optimum 21:22 67:2,3
76:8
oral 5:7 81:11
order 8:12 31:13 39:8
60:4
org 85:22
organization 7:7
original 85:9
outer 19:11 40:19
46:18,21,24 47:1,2
56:7
outgoing 19:5
outlet 20:14 57:11
outside 29:10 53:21
58:8,11
overcome 52:23

**P**

page 3:4,8 37:19 53:6
84:4 85:10,14,16
2005:4
pages 26:1,4 83:11
Pahl 34:24 35:11,13,16
35:18,22 36:3
paper 10:21 26:7,8,9
26:10 37:16 47:16
50:22
papers 11:1
paperwork 11:7
paragraph 47:3
paragraphs 48:9,10
parameters 16:8,11,13
16:17,24 17:2,5,8,24
20:4 22:18 37:17

38:9 53:19
Pardon 23:24
part 13:18 15:17 54:15
64:17,17 67:5 72:6
participants 49:3
particle 60:14
particular 39:12 51:16
52:12,19 56:19 63:21
64:16
particularly 9:21
parties 82:2
partly 59:9
partners 13:12
parts 64:8,10,13,16,18
64:19,20 65:3
party 4:14
pass 16:23 19:3 22:1,4
55:3 58:4 59:14
65:15 66:20,21 71:8
passed 11:23
passes 18:22 21:6 58:5
passing 53:13 58:18
59:19
patent 15:8 29:4 34:16
49:14
peaks 46:7
people 25:10 33:20
34:23 61:10 79:20
percent 59:18
perfect 40:1 45:6
perfected 14:16
perform 63:4
performance 63:10
performed 11:5 29:24
period 23:9 35:6 38:15
39:22 42:9
person 12:17,19 24:17
75:22
personal 27:2,3,16,20
29:20 31:5 32:4 34:3
75:23,24
personally 14:18 36:3
36:6
persons 11:18
pertaining 1:13 30:23
80:4
phone 14:16 37:9 82:11
phrase 24:1 72:20
physical 23:19 36:12
physics 17:9
pictures 76:11
piece 10:21
pipe 53:14,14
pivoted 72:23
pivoting 72:14 73:2
place 2:4 21:3 42:10

81:6,17 83:10 85:4
placed 43:19
Plaintiff 1:4 2:6 83:4
plate 19:15
Plausible 70:2
play 17:24
please 4:12 5:11,14 6:4
6:9 8:10 15:15 43:3
55:16 61:11 85:13,15
point 16:15,21 28:14
34:17 36:11 40:17,21
40:22 41:3 42:18
44:12,19 45:10 48:16
49:11,11 53:7 54:22
55:1,5,13 57:10
58:20 60:17,19 61:21
61:22 63:4,9 65:5,21
66:3,4 67:16 68:9
69:7,10,10,15,18,21
70:24 71:3,6
pointing 63:7
points 8:20 11:21 17:3
47:15 48:14,15 56:15
65:19,20 71:1 72:2
populace 61:13
portion 61:12,13
position 59:19 61:23
70:9 79:8
positioned 41:15
positions 7:11
possess 29:12
possession 28:15
possibility 26:17 30:6
possible 12:15 20:9
41:6,7 47:18 62:23
67:13
power 63:23
practical 54:16,19
practice 12:18 37:22
37:23 52:14 64:21
65:2
precise 54:11 73:21,24
prefer 16:20
present 2:1,12 7:5
32:17 81:8
presented 57:1
press 62:8
pressure 16:21,22
17:23 19:20,22 20:20
20:20 23:20 41:4,5,5
51:19 61:23 62:7,7
62:10,16 63:2 76:6
pressures 22:12,13
previously 51:24 81:9
primarily 21:4
principal 49:1

principle 43:5,7,9 57:3
57:5 58:6 62:18
66:11 70:8
PRINT 85:13
prior 10:14 14:7 30:14
30:18 74:2,6,14,14
78:11,16 79:1,22
problem 45:16 52:20
problems 52:24
Procedure 1:12 81:20
process 9:9 11:17 16:3
16:8 44:17 72:15
processes 9:15 23:22
Procurement 64:15
produce 24:8 26:7
33:21,24
produces 38:22
producing 63:14
product 23:15
production 32:24
products 6:22 7:16
program 13:17 75:13
75:14,16,17
programming 22:21
28:2
programs 22:20 26:21
27:22,24 28:11
progressing 52:19
project 11:22 25:17
37:23 38:2 42:7,9
52:15
prototype 43:6,7,8,15
52:24 65:12
provide 5:24 29:11
41:17
provided 30:16 34:10
34:16
provides 51:19
public 1:11 81:6,13
82:4,9 83:24 85:12
pump 68:11
purpose 47:6 53:15
54:22 55:6 60:15
73:22
purposes 19:14
pursuant 1:11 81:19
85:11
pursue 10:3
put 22:17 55:19
putting 65:19
p.m 68:3,6 76:21,24
80:13

**Q**

qualities 47:4,7
quality 48:9

quantity 47:17
question 5:24 6:4,7
15:23 28:14,22 33:23
39:9 48:6 50:7 56:9
60:4,6,18 61:4,18
67:11 78:8,24 80:2,8
questions 5:3,22 6:17
23:14 80:6 81:11,15
quite 23:12 37:3 47:17

**R**

R 6:21 7:6,7 10:17 14:8
14:13,19 15:6
radial 18:9,17,18 78:17
Randolph 2:8
range 52:10
rank 17:17
rate 53:8
Rayovac 1:6 4:9,16
15:9 29:4 83:6 84:1
85:6 2005:1
reach 22:8 71:16 72:2,2
read 43:3,10 61:6 66:7
83:9 85:11
reads 61:14
realize 23:20 61:2
67:14
realized 47:21 72:5
really 7:4 8:24 10:19
10:22 11:21 12:20
16:7 23:14,14 32:21
46:20 47:18 53:24
55:11 67:13
ream 10:21
reask 27:16 39:9
reason 6:15 21:2 34:15
45:8 46:6 52:12
60:23 84:6,8,10,12
84:14,16,18,20,22
85:14 2005:6,8,10,12
2005:14,16,18,20,22
recall 13:22 16:4 25:2
25:10 38:14,15 41:13
44:11 45:3,11 64:2,5
68:18 69:11 73:6,9
73:23 74:14 76:12
78:9
recalling 74:18
receive 10:6
received 30:21 54:18
receiving 10:4,12
recognize 33:14,15
73:16 75:11 78:3
recollection 21:20 35:4
37:12 39:11 44:20
45:24 49:12 56:2

69:21 74:22
recommendation 66:5
recommended 48:17
recommending 63:20
record 4:2,13 5:15 23:6
  42:21,23 43:1 68:3,4
  68:6 76:17,20,22,24
  77:2 80:13,15 81:15
  85:18
recorded 76:17
records 11:4 25:19
rectangular 33:21
reduced 22:5
referred 73:10 81:17
referring 12:7 23:22
  24:2 46:16 64:11
reflect 23:6
reflecting 49:6
refresh 39:10
regarding 15:10 35:8
  35:12
region 17:16 72:10
regions 58:18
regularly 10:18 37:22
regulation 68:12
related 25:14,18,19
  27:18 28:9,15 29:12
  29:13,19 30:17 32:8
  32:10
relation 18:23 70:10
relative 75:6
relatively 55:9 56:1
  61:9,13,23
remember 14:7 25:12
  38:24 39:20 41:1
  44:13 48:24 64:4
  66:24 67:19,21 74:23
  78:13,24 79:22
remembering 50:18
Remington 15:9
repeat 15:15 23:24
replaced 27:9,10
report 77:17
reporter 4:5,19 84:24
  2005:24
represent 4:13 48:11
represented 47:24 48:4
  70:7 71:5,21
representing 71:11
request 30:21 32:24
requested 31:17,22
  33:5,11 77:6
research 7:17 52:5
resistance 21:2 61:7
respect 12:18 26:2 58:2
rest 20:18

result 20:3 21:19 37:18
  39:1 44:10 45:1
  47:18 56:15 66:22
  72:10 76:6
results 13:16,19 30:2
  31:5,7 45:11
retained 26:12
retired 78:14
retirement 24:21
review 33:12
right 10:13 16:13,14
  21:18 22:15 28:23
  30:11,12,19 31:10
  32:15 38:10 45:17
  51:4 56:5,22 59:19
  60:1,10 66:24 67:20
  79:9
ring 11:8,10,13,14,16
  32:13,14
rinsed 43:20
role 15:10 17:24
room 44:2,10 49:22
Ropes 2:3,14 4:17
rotation 18:21
rotational 68:14
rotor 18:15,16
roughly 71:17
row 32:20
RPM 18:1 63:2 76:5
RPMs 26:16
Rule 81:19
rules 1:11 7:13 17:9,14
  42:16 61:7 81:20
  85:11

**S**

s 40:3
sample 43:9,9
satisfactory 44:10 45:1
saying 42:8 58:9
says 37:20 43:5 44:24
  45:15 48:8 57:11
  58:21 61:22 65:6
  67:17
schematics 23:8
school 8:7 9:11,13
SDL 79:11
seal 67:17,18 73:6,7,9
  82:3
search 29:24 30:7
  32:22
second 16:12,19,21,21
  17:22 25:7 31:12
  38:17,19 39:4,18,20
  45:15 53:7 54:8
  55:16 63:9 65:6

67:13
section 25:23
sectional 22:10 41:17
see 20:4,4 22:18 29:15
  29:17,18 32:16 33:16
  34:8 37:19 39:8
  43:22 46:2 47:4,16
  53:6,8 57:10,13 62:1
  65:9 68:16 70:13,19
  72:20 74:21 76:12,15
  77:10,14 78:9
seek 52:20
seen 36:11,12 77:18
  78:1
select 17:8 61:9
selected 18:3 74:5,15
  79:23
selection 39:11
sense 10:19 17:5 21:13
  25:21 55:3 58:5
  70:20
sentence 43:18 44:8
  45:15 58:20 62:21,22
  65:6 66:12,18 67:16
separate 69:14
September 31:21
series 64:1
set 29:7 32:24 66:4
shape 19:2,5 40:23
  55:20 56:3,7 57:12
  57:15 60:3
shaped 57:11
sharp 21:22 46:7
shaver 15:10,13,17,21
  16:2,3,8 20:1,6,22,23
  21:9,12,17 23:10
  24:6 25:15,20 26:3
  27:19 28:9,16 29:13
  29:19 30:18,23 32:8
  32:10 35:8,12,22
  36:1,4,12,13,20,23
  37:2,7 41:14,17
  42:10 43:19,19 45:4
  47:8,12 48:12 51:5,7
  52:13 53:16 55:14,15
  55:19,20,21,24 56:4
  57:21,21 58:1,3,5,8
  58:12,22 59:10 60:4
  60:21 65:7,11 70:10
  71:7,11,22,23 72:16
  72:22 73:2,2 75:18
  79:2 80:4
shavers 73:13
shaving 16:3 56:3
  57:13 66:11
sheet 84:4 85:10,13,16

2005:4
sheets 26:8,9,10
Shimota 2:8 3:5 4:15
  4:15 5:10,12 9:1,21
  11:2,14 12:7 16:4
  17:20 19:8 21:20
  23:5,9 24:7 28:7,24
  29:2 30:8 31:2 32:16
  34:14,23 35:13 38:14
  41:9,13,21 42:20
  43:2 44:24 50:7,14
  51:3 53:5 54:4 56:22
  61:18 62:17,21 65:1
  66:2 68:1,8 69:4,10
  70:4,17 72:13 74:5
  74:10,13 75:11 76:18
  77:1 78:23 79:17
  80:1,11 85:22
shooting 44:21
shop 38:12 78:1
short 14:10 16:9 21:16
shorthand 81:12
shoulder 21:12
show 31:9 39:13 76:11
showed 43:10,15 76:1
showing 50:22
shown 75:2
shows 70:9 71:6 79:16
shroud 46:19,22
side 13:13,13 45:9
  49:17 56:5 57:21
  59:10 70:22,22,23
sides 65:23 66:1,6
Sievers 2:12 78:20
sign 56:4
signature 81:18 82:3
  85:9,16
signed 84:23 85:11
  2005:23
similar 45:18,20,21
  55:23 56:9
simple 11:8 19:18,19
Sincerely 85:19
single 69:1,2
sir 43:17
sit 12:3
sitting 6:16 78:23
situation 49:14 65:14
situations 20:21 52:2
size 58:1,2 63:17 67:2,3
sketch 18:18 20:9,12
  66:18 70:6,7,9,21
  71:1,4,5,17,20,21
  73:5
sketched 38:19 56:16
sketches 12:21,21,22

23:8 36:7
Skilled 61:16
slight 60:10
slightly 58:21 59:7
  60:10,20
small 7:14 18:22 19:2
  21:7 22:3 25:1,23
  38:22,23 46:3,15,15
  48:19 53:14 55:7,10
  55:12 61:13 63:10,11
  63:14,17,18 66:24
  67:1 77:15
smaller 61:12 65:17,23
  66:1
smallest 77:19
Smetana 1:10 3:1,15
  3:16,17,18,19 4:8 5:5
  5:12,16 6:19 77:3,4,7
  83:17 84:3 85:7
  2005:3
Smetana's 77:3
soiled 43:19
solution 47:22
soon 13:3
sophisticated 67:15
sorry 11:10 48:5
sort 11:20 54:13
sound 45:24 46:9,11
Sounds 9:23
so-called 7:19 17:10
  18:11 39:3 52:17
special 8:20,24 9:16
  13:18 18:16 19:1
  25:23 26:13,15 28:4
  28:4 36:9 41:1,9,10
  51:13 53:12 63:24
  67:20 74:24 77:12
  78:10 79:1,7,8,22
specifically 75:17
speed 18:1 22:4 46:5
  75:5
speeds 68:14
spend 32:21 38:8
spiral 40:14,15
spot 45:9 57:23
spreadsheet 22:17
spreadsheets 22:19
square 21:23
SS 81:1
Stadt 7:24 8:9,10 10:4
  10:7
start 15:7 22:18 24:13
  37:6,9 52:15 77:14
started 24:9,15 27:12
  30:7 37:15 38:24
starting 4:13 7:9,12

70:6
starts 12:3 59:11 79:4
state 4:13 5:14 43:6
  65:21 81:1
statement 17:18 60:20
  63:23
states 1:1,12 4:9 9:22
  43:5,18 44:8 47:3
  48:17 55:13 63:10
  66:12 68:10 81:21
  83:1
station 44:16
stay 67:1
stenographer 81:13
step 7:15,17,18 16:12
  16:18 17:3,22 20:3
  23:18 37:16 38:19
  39:7
steps 24:10 42:5 52:16
storage 27:1
store 26:19
stored 26:20,23
strange 12:22
Strasse 1:14
stream 43:21,24 48:19
street 5:18 82:9 85:1
strong 62:5
stubble 71:11
studied 7:22 9:22 33:20
studies 10:3,5 54:18
study 7:22 8:5
stuff 8:3 9:17
Stutius 2:13 9:13 10:24
  18:15 28:5,21 32:14
  54:2 61:16 62:16
  68:23 70:3,12,15
  72:8
style 33:16,18,19
styler 63:11 64:7 77:17
  77:21,22,23
sub 18:11,16
subdivision 6:22
subject 15:13,17
submitted 75:22 81:19
subscribe 83:12
SUBSCRIBED 83:21
subsequent 62:1
subsequently 24:19
subsets 17:4
sufficient 22:3 63:19
sufficiently 65:7
suggest 48:20 50:2
suggested 50:9
suggestion 50:4 65:16
suggestions 47:21 48:5
  48:11 67:5

Suite 82:10 85:1
summaries 13:13
summarize 48:14
summary 12:24 13:2,9
  13:12,15
supervisor 35:19
support 7:19,20
suppose 42:8
sure 6:6 10:22 11:22
  13:24 14:24 15:3,7
  15:16 25:5,7 27:17
  28:13,13 29:2 32:12
  35:24 36:7 39:6
  42:20 55:17 67:9
  74:10 76:1 77:17
  78:5,18
Surely 74:8
surface 40:19
surname 25:5
surrounding 40:2,5
swear 4:19
swiveling 72:13
sworn 5:2,7 81:10
  83:21
system 14:2,8,11,13,19
  14:22 15:1,5,14,18
  15:21 16:1,5,13,14
  17:8,14 18:3 19:19
  20:2,5,12,16,19 21:1
  21:3,17 22:6,13
  23:10 24:5,6 25:15
  25:20 26:3 27:11,13
  27:19,21 28:10,16
  29:13,20 30:18,23
  32:8,11 35:8,23 36:4
  36:13,23 37:2,7 39:1
  39:2,3,16 40:9,19
  41:1 42:10,15 47:8
  47:11,12 48:13 51:5
  51:7,10,18,20 52:13
  53:13,16,18,20 59:15
  73:4 75:18 77:8 78:4
  78:17 79:2,16 80:5
systems 11:12 14:6
  15:10 16:20 17:21
  18:8 19:20 24:13
  26:22 38:23 52:8
  62:1 68:13,22 75:20
S-T-A-D-T 8:11

_____

T

table 77:8 79:5,15
take 7:8 8:12 9:1 30:16
  33:12 42:19,20 59:19
  67:14 76:18 77:9
  79:21

taken 1:10 4:8 69:19
  81:5,12 84:2 85:7
  2005:2
takes 48:18 53:23
talk 16:20
talked 15:6
talking 54:13
tape 42:22 43:1 68:2,7
  76:21,24
tapes 67:24
target 44:21
task 7:18 17:18,21
  19:22,23 21:4 52:5
Taunus 1:14
technical 8:7,8 12:22
  35:9,10 57:2,4,6,7
  64:24 69:8
technique 9:18
telephone 14:10
tell 6:5,6,13 8:10 31:8
  33:13 34:20,21 37:1
  37:3,4,8 39:15 49:15
  53:10 59:3 68:20
  70:5,7 71:4 77:19
temperature 44:1,2
tend 11:18 26:6 33:21
term 9:5,6,8 51:6
terms 16:22 58:13
testified 5:8
testimony 31:2
testing 54:21 67:6,8,13
Thank 6:19 80:11,14
thanks 80:5
theoretically 17:22
theory 54:16
thermal 9:1,3
thicker 46:23
thickness 46:22
thin 46:4
thing 20:21 22:16 44:3
  55:12 76:9
things 9:10,15,20 42:6
  51:22 54:16 61:19
think 6:15 7:11 14:2
  15:2,24 16:6 17:1
  23:2 24:8,17 30:8
  35:5 37:22 38:17
  42:3,4,7 43:10 44:15
  46:12 47:15,21 50:15
  51:6 54:11,15 55:18
  57:2,18 58:16 62:17
  64:23 66:3,18 67:5
  68:23 69:13 70:9
  77:15,18 78:1,11,17
  79:4
third 38:9 39:22

thought 48:6
three 7:11
tighter 66:2,3,6
tightly 58:8,12
tilt 41:19,22
time 9:16,17 11:23 13:5
  13:6 16:9 22:20,22
  23:9,12,12 24:17
  25:1,8 27:23 30:14
  30:18 32:21,22 33:12
  33:17 34:6 35:6,20
  35:21 36:4,5,11,18
  37:8 38:7,11,15,22
  39:14 44:19 45:2,13
  57:9 62:14 64:3
  69:19 71:22 73:24
  77:9 80:5 81:6,16
  83:10
times 44:9,11
tip 58:22 60:21
title 43:5
today 4:5 5:22 6:16,18
  7:10 14:12 45:19
  78:23
Today's 4:2
told 8:4 51:10 73:3
  78:11
tone 46:10
tool 42:6
top 19:10 37:19 40:9
  60:1 70:6
transcript 83:10,13
  85:9,11
transfer 28:22
translated 6:8
translation 3:1
transmittal 85:16
tricky 41:2
tried 12:20 30:2 52:10
  60:23 66:24
trivial 54:2,3
trommelrotor 18:14
  19:1 39:3
troubles 55:21
trough 41:10
true 81:14 83:13
truthfully 6:17
try 18:18 22:6 24:1
  30:3 34:2 48:14
  69:14
trying 38:8
turbo 8:2,20
turn 53:5 59:17 72:11
turned 41:15 70:23
turning 18:1 73:15,16
turns 19:12 71:24

two 13:13,13 14:5 17:4,23
  31:9,10 31:2 41:16
  60:1 6 66:9
type 1 5:5 13:16 19:7
  20:1 22:16 37:24
  38:20 44:4 74:3,5
  85:13
typed 12:10,11 34:21
  73:18
types 11:15 14:5 17:21
  18:8,11

_____

U

uh-huh 34:9 47:5 53:9
  57:14 65:10 68:17
  78:16
ultimately 19:24
unable 6:16 30:21
underline 69:2
underlined 68:10,18,20
underneath 47:3 48:8
underscored 68:18
undersigned 81:13
  82:1
understand 5:21 6:4
  12:7 15:23 19:24
  30:20 32:17 46:12
  51:3 65:13,18 67:16
  69:4 72:19 76:9
understanding 53:10
understood 21:15
  28:13,21 29:3
uneven 45:14
unfortunately 32:21
United 1:1,12 4:9 9:22
  81:21 83:1
university 8:5,8,8
  54:18
unsatisfactory 45:3,12
use 14:3,15 17:20 18:11
  18:13 20:1,5,22
  22:16 40:2 50:18
  51:11 53:18 54:9
  60:10 63:1,20 64:7
  75:19,23,24
useless 21:7 58:19
usually 13:12
Uwe 2:12 76:9

_____

V

variations 47:23
various 17:21
varying 22:18
velocities 22:11,11 75:6
velocity 19:21,21 20:20
  20:24 21:3,6,7,8,10

Norbert Smetana    April 29, 2005

22:2 46:6 51:21
55:10 62:6,8
**ventilators** 52:8
**version** 33:6,8 37:20
43:4
**versus** 4:9
**video** 4:2 42:21,24 68:3
68:6 76:20,23 80:13
**videographer** 2:17 4:1
4:4,19 5:11 42:21,24
67:24 68:2,5 76:16
76:20,23 79:9 80:12
**videotaped** 1:9 3:1 4:7
**volume** 16:19 46:1 76:5
**vs** 1:5 83:5 84:1 85:6
2005:1

---
**W**
---

**waived** 81:18
**wall** 46:22
**want** 18:9 23:6 24:1
29:2 48:21 59:12,14
60:15 67:6 69:2 78:8
**water** 18:2
**wattage** 63:18 64:2
**way** 8:2 21:16 24:1
29:22 34:22 40:4
59:18,19 61:2 67:12
67:13 76:13
**ways** 60:13
**week** 30:10,10,12,21
31:4 32:2
**Welcome** 68:8 77:1
**West** 82:9 85:1
**wet** 45:6 55:1
**We'll** 31:11 33:1 63:9
**we're** 10:1 42:21,24
54:13 76:20
**we've** 42:3 68:9 69:19
77:12
**WGY** 1:5 83:5 85:6
**wheel** 40:1
**whistle** 46:7
**whistling** 46:9
**wide** 21:18
**width** 58:3
**Windows** 29:21
**wish** 16:7
**Withdraw** 61:18
**witness** 4:20 5:6 8:17
8:24 9:14,20 11:1,10
12:6 15:24 17:13
18:16 21:15 24:5
28:6 29:1 30:5 32:15
34:13,20 38:6 40:8
41:20 44:23 50:6,12

50:22 53:4 54:3
59:24 61:17 62:20
64:23 66:1 69:7
70:13,16 72:9 74:2,8
75:10 79:4,11 80:7
80:10 81:5,10,16,18
82:3
**Wolf** 2:3 4:17,17 11:9
15:22 21:14 23:4,6
24:4 30:4 31:1 34:12
34:19 35:12 38:4
40:7 41:12 42:18
44:22 50:5,11,21
53:3 56:21 59:23
62:19 64:22 65:24
69:6 74:1,7 75:9 79:3
80:9 85:4,8
**Wolfgang** 2:13
**wondering** 69:20 76:10
**word** 13:15 60:10
68:19
**words** 13:15 19:19
**work** 8:12 10:17 11:4
20:21 23:10 24:12
25:1,15,18,19,22
26:2 27:19 28:9,16
29:13,19,22 30:17,23
32:8,10 39:23 42:9
42:13 51:5,7,15,24
52:13 54:16 59:20
61:5 75:18 78:3,14
**worked** 7:9 28:17,19
36:4,7 42:7,8 48:15
52:4
**working** 7:2 10:11 37:6
37:14
**worry** 33:7
**worse** 72:10
**write** 12:24 13:2,9,12
64:18
**writing** 12:4 33:17,18
33:19
**written** 11:4 25:19 28:1
33:9 47:15 49:8
57:24 75:13
**wrote** 75:17

---
**X**
---

**X** 70:20

---
**Y**
---

**Y** 70:20
**yeah** 11:6 12:12,23
21:15 23:20 26:10
35:14 37:18 38:13
42:12 43:17,23 44:2

58:10,10,15,18 59:6
66:7 72:11 74:23
79:10
**year** 10:6,9,10 15:2
29:9
**years** 7:3 11:20 14:1
23:15 42:11 52:4
68:21
**yesterday** 76:11

---
**Z**
---

**zone** 72:8,9

---
**0**
---

**02110** 85:5
**02110-2624** 2:4
**03-CV-12428** 1:5 83:5
85:6
**084-003113** 82:8

---
**1**
---

**1** 3:15 42:22 43:1 48:10
48:10 57:11 58:20
60:17,19 65:20 68:2
70:6,7,9 71:1,3 77:3
77:6 83:11
**1:02** 80:13
**10** 26:8,8,9,10 41:15
**10:14** 1:15 4:2
**100** 59:18
**11:24** 42:22
**11:37** 43:1
**12th** 31:21
**12:23** 68:3
**12:26** 68:6
**12:41** 76:21
**12:54** 76:24
**13th** 9:12
**145** 1:14
**15** 44:17,17,20
**1500** 82:10 85:1
**18** 7:4
**1800** 62:16
**19** 7:2,4
**1986** 7:3,5 10:10
**1987** 41:21
**1993** 24:10 33:10 37:15
**1995** 31:16 74:6,14
79:1,19
**1997** 31:21

---
**2**
---

**2** 3:16 20:3 61:22 63:9
65:19 68:7.71:4,5,17
76:21,24
**20** 7:3 44:17
**200** 2:8

**2000** 15:2
**2005** 1:16 3:2 4:3 80:13
82:5 83:22 84:2 85:3
85:7
**230** 82:9 85:1
**236-8461** 85:2
**26** 74:6
**26th** 31:16
**263-3524** 82:11 85:2
**29** 3:2 4:3 84:2 85:7
2005:2
**29th** 1:15 80:12

---
**3**
---

**3** 3:17 65:5,20 66:3,4
67:17 71:6,20,21
73:5
**3rd** 33:10 37:13
**30** 75:7 81:19 85:16
**31** 3:11,12 46:12,16
77:16,22
**312** 2:9 82:11 85:2,2
**32** 81:20
**33** 3:9,10
**37** 3:9 33:3,5
**38** 3:10 33:8,11,14 43:3
**39** 3:11 31:13,17 73:15
73:16,19 75:8

---
**4**
---

**4** 3:18 48:16 49:11,11
69:18,21 81:20
**40** 3:12 31:19,22 63:7,8
73:15 75:9,10

---
**5**
---

**5** 3:5,19 14:1 23:15
42:10 48:10,11 68:9
69:10,15 77:4,6
**50** 41:15

---
**6**
---

**60601** 2:9
**60606** 82:10 85:2
**61476** 5:19
**617** 2:5

---
**7**
---

**7** 5:19
**77** 3:15,16,17,18,19

---
**8**
---

**83** 83:11
**861-2000** 2:9

---
**9**
---

**9** 85:3

**90** 70:22
**90s** 34:17,18
**93** 36:5 37:13
**94** 24:11
**95** 74:15 78:12,15,16
79:22
**951-7000** 2:5