Page 1

1               IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
2

3    BRAUN GmbH,                    )
                                    )
4              Plaintiff,           )
                                    )
5              -vs-                 )    No. 03-CV-12428  (WGY)
                                    )
6    RAYOVAC CORPORATION,           )
                                    )
7              Defendant.           )

8

9              Videotaped deposition through interpreter of
10   GEBHARD BRAUN taken before CAROL CONNOLLY, CSR, CRR, and
11   Notary Public, pursuant to the Federal Rules of Civil
12   Procedure for the United States District Courts
13   pertaining to the taking of depositions, at Braun GmbH,
14   Frankfurter Strasse 145, D-61476 Kronberg im Taunus,
15   Germany, at 10:19 a.m. on the 26th day of April, A.D.,
16   2005.

17

18

19

20

21

22

23

24                                  **EXHIBIT I**

Page 2

```
 1            There were present at the taking of this
 2   deposition the following counsel:
 3   ROPES & GRAY, LLP by
     MR. WILLIAM L. PATTON
 4   MS. LESLEY F. WOLF
     One International Place
 5   Boston, Massachusetts 02110-2624
     (617) 951-7000
 6
             on behalf of the Plaintiff;
 7
 8   KIRKLAND & ELLIS, LLP
     MR. JAMES SHIMOTA
 9   200 East Randolph Drive
     Chicago, Illinois 60601
10   (312) 861-2000
11           on behalf of the Defendant;
12
     ALSO PRESENT:  Mr. Uwe Sievers
13                  Braun GmbH;
14               Dr. Wolfgang Stutius
                 Ropes & Gray;
15
                 Ms. Jeanette Fröhlich
16               Interpreter;
17               Mr. Kevin Duncan
                 Legal Videographer.
18
             - - - - -
19
20
21
22
23
24
```

Page 3

```
 1      VIDEOTAPED DEPOSITION OF
               GEBHARD BRAUN
 2
             April 26, 2005
 3
 4   EXAMINATION BY:              PAGE
 5   Mr. James Shimota             5
 6
            * * * * * *
 7
             EXHIBITS
 8
                               PAGE
 9
     Deposition Exhibit No. 1    50
10
     Deposition Exhibit No. 2    58
11
     Deposition Exhibit No. 3    65
12
     Deposition Exhibit No. 4    70
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1      THE VIDEOGRAPHER:  Good morning.  We are going on
 2   the video record at 10:19 a.m.  Today's date is
 3   April 26th, 2005.  My name is Kevin Duncan.  I am a
 4   certified legal video specialist in association with
 5   LegaLink-Chicago.  The court reporter today is Ms. Carol
 6   Connolly.
 7         Here begins the videotaped deposition of
 8   Mr. Gebhard Braun taken in the matter of the Gillette
 9   Company, et al. versus Remington Products Company, LLC
10   in the United States District Court for the District of
11   Massachusetts.  This deposition is being held at the
12   Gillette and Braun Company in Kronberg, Germany.
13         Would counsel, please, identify themselves for
14   the record state whom you represent starting with the
15   noticing party.
16      MR. SHIMOTA:  Jim Shimota from Kirkland & Ellis here
17   on behalf of defendant Rayovac Corporation.
18      MR. PATTON:  Bill Patton from Ropes and Gray in
19   Boston on behalf of Braun.
20      THE VIDEOGRAPHER:  Will the court reporter now swear
21   in the witness and the interpreter.
22
23
24
```

Page 5

```
 1         JEANETTE FRÖLICH,
 2   called as an Interpreter herein, was sworn to interpret
 3   all of the questions from English to German and all of
 4   the answers from German to English:
 5         GEBHARD BRAUN,
 6   called as a witness herein, having been first duly
 7   sworn, was examined upon oral interrogatories and
 8   testified as follows:
 9         EXAMINATION
10      By Mr. Shimota:
11      THE VIDEOGRAPHER:  Thank you.  You may begin,
12   please.
13      MR. SHIMOTA:  Q  Good morning, Mr. Braun.
14      A   (Through Interpreter)  Good morning.
15      Q   Before we begin, I would like to go through a
16   little bit of deposition background if that is okay.
17   During the course of the day just to start, when I ask
18   you questions I would appreciate if you would answer
19   with a verbal response.  Would you please do that?
20      MR. PATTON:  He says to speak.
21      MR. SHIMOTA:  Q  You understand that today I will be
22   asking you a series of questions today and you will
23   provide me with answers to those questions, is that
24   correct?
```

Gebhard Braun    April 26, 2005
Volume 1

Page 6

1    A   I understood that, right.
2    Q   And if during the course of the day I ask you a
3  question which you do not understand, will you please
4  tell me?
5    A   Of course.
6    Q   And also if after answering one of my questions
7  you later determine that your answer may have been
8  incomplete or incorrect, would you also tell me that?
9    A   Yes.
10    Q   And as counsel indicated if you ever believe
11  that you need to take a break during the course of the
12  deposition, would you also tell me that too, please?
13    A   Yes.
14    Q   And, finally, is there any reason that you can
15  think of that you are unable to truthfully and
16  accurately answer my questions today?
17    A   The only thing would be that I can't remember
18  well or I do not have the knowledge anymore so well.
19    Q   I understand that.
20        Mr. Braun, are you represented by counsel
21  today?
22    A   I just have the lawyers of the company, Braun,
23  who are present here.
24    Q   And when did you retain the firm of Ropes and

Page 7

1  Gray to represent you?
2    THE INTERPRETER:  Can you repeat this please?
3    MR. SHIMOTA:  Q   Certainly.  When did you retain the
4  firm of Ropes & Gray to represent you?
5    A   I do not know.  I do not know that company.
6    MR. PATTON:  We -- are you asking -- we are
7  representing Mr. Braun in the deposition.  So when his
8  deposition was noticed we undertook to represent him in
9  the deposition.  Before that, of course, we requested
10  any documents that he had.
11    MR. SHIMOTA:  Okay.  Let me try and ask this
12  question then.
13    Q   Mr. Braun, you submitted a declaration in this
14  -- reask that.
15        Mr. Braun, you submitted a declaration in
16  connection with the patent litigation brought by Braun
17  against Rayovac, is that correct?
18    A   I do not know which declaration is meant here
19  with --
20    Q   Certainly.  You submitted a declaration in
21  connection with Braun's request to correct the
22  inventorship on the patents which are being asserted
23  against Rayovac Corporation, is that correct?
24    A   If it refers to the co-inventorship with

Page 8

1  Dr. Pahl I submitted this later on, that is correct.  If
2  that's what you mean.
3    Q   Yes, that is what I mean.  When you submitted
4  that declaration were you represented by counsel at that
5  time?
6    A   We had a conversation here in the company with
7  the patent unit, with the patent department.
8        Mr. Sievers, were you present?
9    MR. PATTON:  No, but -- I think Mr. Sievers should
10  know.  I do not know his name or was it -- I just came
11  to know the name when we greeted each other, but I don't
12  have any other relation to that.
13        Were you present back then?  This was summer
14  last year I think.
15    MR. PATTON:  Jim, are you asking who at Ropes and
16  Gray --
17    MR. SHIMOTA:  I guess the question I want to ask
18  when did he first retain Ropes and Gray.
19    THE INTERPRETER:  Retain is ask for help.
20    MR. SHIMOTA:  Q   Or maybe the word hire.
21    A   I have not hired them.  I do not even know the
22  names.  I wasn't in the patent department at that time.
23  There were one or two gentlemen who spoke English, but I
24  have not had to do with them beside.

Page 9

1    MR. SHIMOTA:  Q   When did you first learn of the
2  litigation between Braun and Rayovac?
3    A   I'm not really sure, but it could have been
4  November of 2003.
5    Q   Why do you think it may have been November of
6  2003?
7    A   Because yesterday or the -- the day before
8  yesterday I looked again into my papers and my documents
9  and that was the date -- the earliest date I saw and
10  when I think that Braun contacted me and wanted to have
11  a phone conference with me.
12    Q   You mentioned looking back into your papers and
13  documents.  What papers and documents are you thinking
14  of?
15    A   These are handwritten notes to support me in
16  remembering things.
17    MR. PATTON:  Before you go on I think we should just
18  put on the record our agreement that all objections
19  except as to form are reserved until the time of trial.
20  We spoke about it and didn't say it.
21    MR. SHIMOTA:  That's fine.
22    Q   Have you -- the notes that you just spoke of,
23  have you provided those to Braun's legal department or
24  your counsel?

3 (Pages 6 to 9)

Page 10

1    A    No.
2    Q    Have you provided any documents to Braun's
3    legal department or your counsel in connection with this
4    litigation?
5    A    I cannot imagine.  I really cannot remember
6    having done so because it was not required.
7    Q    Do you have -- let me get to that later.
8        With respect to the notes that you just
9    mentioned, would you be willing to provide those to
10   Rayovac corporation?
11   MR. PATTON:  Just interpose this objection.  I will
12   ask Mr. Braun to provide the notes to us, and if they
13   are not privileged, then, of course, we would consider
14   producing them if they were called for by request.
15   MR. SHIMOTA:  I guess I'll formally request them and
16   we can follow-up with that later.
17       You don't need to do that.
18   THE INTERPRETER:  You say Remington Corporation?
19   MR. SHIMOTA:  No.  For the record it's Rayovac
20   Corporation.
21   THE INTERPRETER:  Rayovac Corporation.  Thank you.
22   MR. SHIMOTA:  Q  Could you describe for me your
23   educational background?
24   A    I attended what they called an engineering

Page 11

1    school back then.  Today it would be called university
2    of applied sciences.  It was like back then the system
3    was different and many people just went to -- to school
4    -- to not great school like that and it was -- I did not
5    go to high school.  But still I had the possibility to
6    attend this engineering school, but this required that I
7    made few semesters before starting extra semesters.
8    Q    Well, the few semesters that you had to take
9    prior to starting the engineering school, what was the
10   course work during those semesters?
11   THE INTERPRETER:  You speak about the semesters
12   before he went to engineering school?
13   MR. SHIMOTA:  That's correct.
14   A    It was not English for sure.  In the meantime
15   it's obligatory, but then it was not.  It was technical
16   basic subjects.  It was altogether four subjects.  These
17   were subjects that were not covered extensively during
18   my normal school so it was algebra, mathematics, German
19   and I think physics.  German physics, geometry and
20   mathematics.
21   Q    Did you take any course work in chemistry?
22   A    This was only one semester, but later on, yes.
23   Then I had six semesters at this engineering school,
24   college, whatever, and this included chemistry.

Page 12

1    Q    So at the -- beyond chemistry at the
2    engineering college, which courses did you take?
3    A    What I did was like machine technique and one
4    of the parts was, like, technique, and that's what I
5    call it.  That's what I had in mind.  It was about
6    manufacturing small mass parts.
7    DR. STUTIUS:  Production engineering, product
8    engineering, not for large machine, by for small
9    machinery, precision machining, something like that.
10   MR. SHIMOTA:  Q  Did you take any courses in the
11   field of mechanical engineering at the engineering
12   school?
13   DR. STUTIUS:  Mechanical engineering.
14   A    Yes.  Mechanic was most important -- was one of
15   the most important parts of this engineering courses.
16   MR. SHIMOTA:  Q  Did you also take any course work
17   in chemical engineering?
18   THE INTERPRETER:  Excuse me?
19   MR. SHIMOTA:  Chemical engineering.
20   A    So I just had the basic knowledge to understand
21   chemical processes.
22   Q    Did you have the basic knowledge to understand
23   fluid mechanics?
24   A    It was, of course, surely also a part of it.

Page 13

1    Q    And what other basic knowledge of chemistry did
2    you gain at the engineering school?
3    A    Special chemical knowledge?
4    Q    Yes.  I mean did you learn the -- did you learn
5    which chemicals would be used in solvents?
6    A    No, not from school I have not gained this
7    knowledge there.  It was not chemistry studies course.
8    Q    And during your time at the engineering school,
9    did you focus on any particular types of products?
10   A    My idea was to concentrate on small items like
11   razors or shavers, like small electrical devices.
12   DR. STUTIUS:  Electromechanical devices.
13   A    Electromechanical devices.
14   MR. SHIMOTA:  Q  Aside from shavers, did you focus
15   on any other devices in your course work?
16   DR. STUTIUS:  Just for the record the shavers was
17   not in the original -- what he said was something like
18   this here.  I didn't hear the word shavers is all.
19   MR. SHIMOTA:  Q  Let me ask this question then.
20       Were there any particular small electric
21   devices which you focused on at the engineering school?
22   A    No.
23   Q    Did you perform any particular -- let me strike
24   that.

Page 14

1       As a student did you perform any particular
2   projects on any particular device?
3       A   No.
4       Q   So is it correct that at the engineering
5   college you focused more on small electrical devices
6   generally?
7       A   The education itself was not oriented specially
8   for small items, small products. It was more like for
9   the production side that was important.
10      Q   Okay. And so is it fair to say then you were
11  just focusing on the production side of a large number
12  of different devices?
13      A   The thing is I was focused on these things
14  because I have to tell you as well that before going to
15  engineering school I had three-and-a-half years of
16  education, of practical mechanical education, and I
17  worked at a company that produced needles and that's
18  where I -- was in contact with small devices.
19      Q   Okay. And what was the name of the company
20  that produced needles?
21      A   Groz Beckert.
22      Q   When did you work at the company that you
23  mentioned?
24      A   This was from 1954 to '58.

Page 15

1       Q   And what were your responsibilities?
2       A   Just -- this was -- this was an apprenticeship
3   and there was a large department only for this
4   apprentices and they got the education in order to
5   maintain the devices.
6       Q   Which devices did you work to maintain during
7   your apprenticeship?
8       A   During my apprenticeship I did predominantly
9   make small parts for the machines that produced the
10  needles.
11      Q   In the facility for producing the needles, were
12  there any cleaning processes?
13      A   That's interesting. That's interesting now
14  that you say that. Indeed they had -- the solvents
15  smelled very strongly and that was where we had to wash
16  the machine parts in.
17      Q   And do you recall the devices that were used to
18  wash the machine parts?
19      A   We had to -- these were many components. These
20  were tools that were dismantled --
21      DR. STUTIUS:  Disassembled.
22      A   Disassembled and washed and then they
23  afterwards they could fully function again.
24      MR. SHIMOTA:  Q  How were the tools washed?

Page 16

1       A   I do not know exactly. This was quite
2   primitive way that it was done. This was like with
3   cloth or with brushes. I remember, however, I myself
4   was not involved in this, but the needles were also
5   washed in a different way. It was an automated
6   cleansing.
7       Q   And how were -- let me -- Strike that.
8           You mentioned solvents which were used for
9   cleaning the tools, is that correct?
10      A   I can very well remember the name Tri.
11      DR. STUTIUS:  Trichloroethylene.
12      MR. SHIMOTA:  Q  When the tools were washed, how was
13  the trichloroethylene delivered to the tools?
14      A   I was still an apprentice and it was like we
15  had a big container there, the tools, that they put in
16  the tools and we just washed it like with water.
17      Q   Was the solvent pumped into the device for
18  washing the tools?
19      A   From the -- no, the solvent was not pumped for
20  sure. But I remember with the needles, it was
21  different. They were put into like basin.
22      DR. STUTIUS:  Crates or whole containers. They were
23  just lowered into a bath and cleaned.
24      MR. SHIMOTA:  Q  For the needles -- the needles were

Page 17

1   first placed into a holder, is that correct?
2       A   Yes, they were -- one -- I remember these
3   needles were very close to each other and they were put
4   together in one holder and then they were put down into
5   the water.
6       DR. STUTIUS:  It's actually a receiving device where
7   they were put in if you want to know the name. The
8   holder -- just something where they fit in.
9       A   It's possible that the -- the solution was even
10  warmed, and I remember that there was a device to take
11  up the smell so the smell was not so strong.
12      DR. STUTIUS:  They had duct work above it so that it
13  would -- so it would diminish the odor.
14      MR. SHIMOTA:  Q  So after the needles were -- well,
15  after the receiving part with the needles in it was
16  lowered into the bath, what happened next?
17      A   This Tri also -- it's dried by itself,
18  this was one of its characteristic.
19          And how that you ask me I do not really
20  remember, but I suppose I can imagine that the fluid was
21  like pumped around and it feeled like it was cooking.
22      DR. STUTIUS:  Boiling.
23      A   Maybe not cooking, but like boiling and I
24  remember now to have seen such devices in washing rooms.

5 (Pages 14 to 17)

Page 18

1    DR. STUTIUS: He said basically they had big rooms
2  where -- rooms where that process took place.
3    MR. SHIMOTA: Q I can understand. So once the
4  washing process was completed, how were the needles
5  dried?
6    A   Now I think I remember that they were drained
7  and then it was a very volatile medium and it just dried
8  by itself this Tri and there was this duct again what I
9  remember.
10    Q   So it's correct this process used air drying?
11    A   Yes, I think so, yes. That's what I think.
12    Q   Do you recall who manufactured the needle
13  washing device?
14    A   I was 16, 17, 18 years old, young man, and I
15  was very impressed by this, but I do not know.
16    Q   Why were you impressed?
17    A   This huge machinery that was working,
18  operating, this was a huge room of device and machines
19  and all operating. This was impressive. This is like a
20  steam engine was impressive.
21    Q   Maybe we can go do this off the record. The
22  name of the -- of your employer when you were an
23  apprentice?
24    A   Groz Beckert. Company's name is Groz Beckert.

Page 19

1  They produced for half the world the needles to be used
2  for machines to produce other products.
3    Q   That shows my ignorance.
4    Once you left your apprenticeship, did you use
5  the skills that you learned there throughout the rest of
6  your working career?
7    A   At the end of my apprenticeship as a mechanic I
8  was considering to go to an engineering school. That's
9  why I made an internship for half a year at the same
10  company to become a technical drawer.
11    DR. STUTIUS: Draftsman.
12    A   Usually it was required to have a higher -- a
13  little bit higher education to attend this engineering
14  school, but in order to have the possibility to attend
15  it, it was required to do something else like this
16  draftsman.
17    DR. STUTIUS: What he refers to is tenth grade
18  finishing -- finishing tenth grade instead of ninth
19  grade, which he didn't have.
20    A   Because I did not go until the tenth grade it
21  was required that I make -- that I pass the exam for
22  apprentice, and besides that I make an internship as a
23  draftsman and besides I also made another education as a
24  giesser.

Page 20

1    DR. STUTIUS: Casting. It's die casting
2  specialization.
3    MR. SHIMOTA: Q So you had background in both
4  technical drafting and die casting?
5    A   In addition to learning draftsman at the
6  company I was, I made another actually internship of
7  four months as a draftsman with a different company and
8  I was involved --
9    DR. STUTIUS: With electrical -- cabinets for
10  housing switching gear.
11    A   As you see them all around the streets.
12    DR. STUTIUS: The little housings for the switching
13  gear.
14    MR. SHIMOTA: Q What was the name of the company
15  that manufactured the switching cabinets?
16    A   The name was Electra. It was the City of
17  Talfingen. This was only 5 kilometers from where I
18  lived then.
19    Q   While working at that company did you gain any
20  background in circuit design? Background in circuit
21  design.
22    A   Only the mechanical parts I came to know.
23    Q   Did you ever have occasion to gain any
24  background in circuit design or electrical engineering?

Page 21

1    THE INTERPRETER: Would you repeat the question, the
2  first part?
3    MR. SHIMOTA: Q Did you ever have occasion to gain
4  background in circuit design or electrical engineering?
5    DR. STUTIUS: What was the other thing, electrical
6  design.
7    MR. SHIMOTA: Electrical engineering.
8    A   Electrical engineering was one of the most
9  important parts of my engineering education in
10  engineering school.
11    Q   Why was it one of the most important parts?
12    DR. STUTIUS: It wasn't most important. It was like
13  essential. It was essential.
14    MR. SHIMOTA: Q Why was it one of the most
15  essential part --
16    DR. STUTIUS: Not most essential.
17    MR. SHIMOTA: Q Why was electrical engineering one
18  of the most essential parts of your education at the
19  engineering school?
20    DR. STUTIUS: What he said actually was it was an
21  important part. It's not the most or the most
22  essential. He said an important part.
23    MR. SHIMOTA: Q I'll withdraw it.
24    A   What I remember is that electrical engineering

Gebhard Braun   April 26, 2005
Volume 1

Page 22

1    was a subject throughout the whole semesters. It was
2    continually teached -- taught. And other subjects time
3    and again they were taught one or two semesters and
4    there was a break and then again so that's why it was --
5    that's the part it played in my studies.
6        Q    So let me ask this question. Would you take me
7    chronologically through your employment history?
8        A    After my studies, after like universities,
9    after engineering school?
10       Q    We've already discussed your apprenticeship,
11   correct? So putting aside the apprenticeship, can you
12   tell me your employment history after that?
13       A    After apprenticeship I had to pass an exam at
14   this engineering school I made the prior semester.
15   After this prior semester I had to wait one semester --
16       DR. STUTIUS: One year, not one semester. One
17   semester.
18       A    And I used this semester to improve my
19   qualification by going -- by making die casting and then
20   the internship of four months at Electra. This was how
21   I filled this half year before I could really enter --
22   to start the studies. Main studies was 2 years which
23   was six semesters. My first application was with
24   Olympia America in Wilhelmhaven Strauss. I think this

Page 23

1    was back then the largest typewriting and accounting
2    machine plant in Germany -- company in Germany. I
3    applied there with the intention to go into
4    construction.
5        DR. STUTIUS: Is it production engineering?
6        A    Production engineering.
7        MR. SIEVERS: Production or manufacturing.
8        DR. STUTIUS: Production or manufacturing.
9        A    But then Olympia in Wilhelmhaven told me that
10   before I could start in production and manufacturing I
11   had to qualify beforehand in construction, in the
12   construction department.
13       DR. STUTIUS: It was design department.
14       A    Design department.
15       MR. SHIMOTA: Q Do you recall what year you spent
16   the four months working at Electra?
17       A    I can try to reconstruct when that was.
18   Apprenticeship was from '54 to '58. Was it in '59? It
19   -- I suppose it was '59. In '59 I started my main
20   studies of engineering and one year before this was this
21   prior semester.
22       Q    Let me ask this. When you finished at the
23   engineering school, what degree did you receive?
24       A    It was called just engineer. Later on this was

Page 24

1    changed and those were called -- they could call
2    themselves in. grad. like graduated engineer because up
3    to then anyone who had certain education within a
4    company was an engineer, and then I made them
5    acknowledge my in. grad. and I received a certificate
6    that I can bear this title in. grad.
7        Q    Are you familiar with the term Bachelor's
8    Degree in the United States?
9        A    I know it very well, but I do not know what it
10   means.
11       Q    Then I won't ask the next question.
12       The degree that you achieved in Germany, is
13   that still referred to as a graduated engineer today?
14       A    Today it's different. There's a technical
15   university of applied sciences, that's what we call high
16   school era, and high school is gymnasium.
17       Nowadays these people who make now the same
18   education I made back then in this engineering schools
19   they are -- they call themselves diploma engineer.
20       Q    I understand.
21       DR. STUTIUS: Can I say just for the record
22   something -- the educational system also is different in
23   the countries -- there are almost no parallel. You
24   cannot even horizontally transition from one to the

Page 25

1    other, and that makes it difficult sometimes to get the
2    equivalent, but that's just -- I have the same problem
3    when I have to explain my education.
4        MR. SHIMOTA: Q When you worked for the four months
5    at Electra, were any cleaning processes involved at that
6    facility?
7        A    I understood already. The only thing I know
8    when we had our noon break we went to -- to swim in a
9    swimming pool to clean ourselves. What I saw is that
10   they put in soap powder into the swimming pool.
11       Q    What years did you work at Olympia?
12       A    Autumn '62 until --
13       DR. STUTIUS: Spring of '65.
14       A    '65, beginning --
15       DR. STUTIUS: Spring, '65.
16       A    Spring, '65.
17       MR. SHIMOTA: Q And you said you first worked in
18   the design department, correct?
19       A    We call it construction in German.
20       Q    During what period approximately did you work
21   in the design department?
22       A    The whole time, all of these two and
23   three-quarters of years, two years and three-quarters.
24       Q    And so -- is it correct that you worked for a

7 (Pages 22 to 25)

Page 26

1  quarter of a year in the production engineering?
2  A   No, not at all.  I did not work there.  It was
3  only that I applied with the intention to work there.
4  Q   In the -- at Olympia were there any cleaning
5  processes involved with their design of typewriters and
6  other products?
7  A   Not that I worked with it.  I myself worked
8  especially at Olympia with mechanical accounting --
9  DR. STUTIUS:  Calculating machines.
10  A   Calculating machines.
11  MR. SHIMOTA: Q  After Olympia, where did you come
12  to work next?
13  A   After Olympia I applied with VDO in Frankfurt,
14  VDO.
15  Q   What products -- what was the business of
16  Valdi?
17  A   Instruments for automobiles like tachometers --
18  DR. STUTIUS:  Odometers.  Odometers and clocks and
19  instrumentation, RPM indicators and so on.
20  MR. SHIMOTA: Q  What position did you hold with
21  Valdi?
22  A   I was in construction or design.
23  DR. STUTIUS:  He was a designer.
24  A   It was design.  It was more or less the same

Page 27

1  position, yes, indeed like with Olympia.
2  MR. SHIMOTA: Q  What products did you design for
3  Valdi?
4  A   Essentially in the beginning I was employed to
5  be -- to do new products.  We try to do -- develop new
6  products.  It was a newly designed department, newly set
7  up department.  My boss was also new.  He was not with
8  VDO before.
9  Q   Do you recall any specific products -- any of
10  the new products you worked on?
11  A   What I can recall is that we made experiments,
12  we experimented, but that at the end there was not a new
13  product developed.
14  Q   And how many years did you work -- excuse me.
15  Withdraw.
16  During what years did you work at VDO?
17  A   I started in '65 and left in '68 or ended this
18  work in '68.
19  Q   Were there any cleaning processes at VDO during
20  your employment?
21  A   I myself at least did not, like, develop any of
22  them, did not have to do with them, but I saw them in
23  manufacturing.
24  Q   And what cleaning processes did you see in

Page 28

1  production?
2  A   It's difficult to name them.  It's just like I
3  went through this department, but I cannot really
4  remember.
5  DR. STUTIUS:  He said he doesn't have anything to do
6  with the actual processes.
7  A   It's nothing special that I could remember in
8  this respect.
9  MR. SHIMOTA: Q  Were there any devices used to
10  clean automobile parts?
11  A   I remember -- that's the only thing I remember.
12  I had to do, like, the glass paints would not be --
13  DR. STUTIUS:  Like fogging.
14  MR. SIEVERS:  Antifogger.
15  DR. STUTIUS:  Prevent fogging of glass covers.
16  MR. SHIMOTA: Q  And how -- how was fogging
17  presented -- excuse me.
18  How was fogging prevented on the glass?
19  A   I cannot exactly remember what I did, but I
20  remember that I was the first time confronted with the
21  fact that there was a way to prevent fogging or to
22  influence the fogging process.  I think it was done by a
23  kind of sealing to prevent humidity.
24  Q   Is it correct that the glass would be sealed

Page 29

1  when it was installed in an automobile to prevent
2  fogging?
3  THE INTERPRETER:  Excuse me?
4  MR. SHIMOTA: Q  Am I understanding correctly that
5  the glass was sealed when it was installed in the
6  automobile to prevent fogging?
7  A   It is like -- we did not have to do with the
8  automobiles themselves.  We had to do with the
9  instruments so just like with the body or with --
10  DR. STUTIUS:  Housing.
11  A   -- with the housing and we had to -- as
12  important that the glass pane and like in a clock --
13  what is inside the clock is separated by sealing.
14  MR. SHIMOTA: Q  Okay.  Where did you come to be
15  employed after VDO?
16  A   While I was at VDO I applied with the company
17  Braun.
18  Q   Is it correct you started working at Braun in
19  1968?
20  A   Yes.
21  Q   And for how many years did you work at Braun?
22  A   Spring '65 -- I think I'm away from Braun for
23  10 years now.  So it was '86 -- '68 -- I think it was
24  '68 to '95.  27 years, right?

8 (Pages 26 to 29)

Page 30

1    Q   When you first came to be employed by Braun,
2  what group or -- excuse me.  Strike that.
3        When you first came to work at Braun, what were
4  your responsibilities?
5    A   This was the development of --
6  DR. STUTIUS:  Shavers.
7  MR. SIEVERS:  Mostly used for wet shaving.
8    A   Shavers.
9  MR. SIEVERS:  Internal definition he used.
10  MR. SHIMOTA:  Q   While you were employed at Braun,
11  did you work on any products other than shavers?
12    A   As to shavers?  We worked with variations of
13  shaver --
14  DR. STUTIUS:  Actuators, drive systems.
15    A   -- actuators and drive systems.
16  MR. SHIMOTA:  Q   Did you -- after working with the
17  actuators or drive systems, what did you work on then at
18  Braun?
19    A   I worked on the development of the -- we
20  developed the first lady shaver for dry shaving.  We
21  also had in mind but as did Japanese companies did so to
22  think about dry shavers that could be used as wet razors
23  as well, but we were not so sure -- we feared that we
24  would have problems with the sealing.

Page 31

1    Q   Why did you feel there would be a problem with
2  the sealing?
3    A   This would be the highest degree of problem if
4  water came into electrical device and electrical device
5  is connected to a socket, to an electricity.
6    Q   When you say using a shaver for -- how would
7  you use a shaver in -- withdraw that.
8        How would you use a dry shaver in a wet
9  environment?
10    A   As I know it I know it from advertisements,
11  from Japanese people, and they used it under the shower.
12    Q   So at that time there were Japanese products
13  which -- there were Japanese shavers which could be used
14  in the shower.
15    A   Yes, I think so, yes.  We were a little bit
16  afraid that that could be affect our competition because
17  people could feel it would be like cleaner to do -- to
18  feel cleaner if they do wet shaving.
19    Q   Let me ask you this.  Who -- which company sold
20  these wet shavers?
21    A   I can remember it was Japanese company maybe
22  but National.
23    Q   Were these wet shavers -- well, do you recall
24  how this Japanese product was cleaned?

Page 32

1    A   It could be cleaned and washed at least in
2  advertisement under running water under the faucet.
3    Q   Do you remember -- do you recall when this
4  Japanese product was sold?
5    A   For sure not exactly, but for sure many years
6  before I left Braun.
7    Q   Would it approximately have been in the 1980s?
8    A   That's possible in the '80s.
9    Q   How did you come to the -- withdraw that.
10        How did you come to possess the advertisements
11  for this Japanese product?
12    A   Of course we at Braun also had a look at
13  competitor's products.
14    Q   Was there a location at Braun where information
15  on competitor's products was stored?
16    A   Yes, of course.  We had the devices of our
17  competitors in a cupboard.
18  DR. STUTIUS:  Cabinet.
19    A   Cabinet.
20  MR. SHIMOTA:  Q   Was there a library at Braun in
21  which information on competitive products was
22  maintained?
23    A   I do not know really about written information.
24  I think -- I know -- but essentially maybe if it had to

Page 33

1  do with patent application and patent department, but --
2  DR. STUTIUS:  May have been sent to the patent
3  department where they may have had that.
4        He said -- He added that he only knows these
5  things from general publications otherwise.
6  MR. SHIMOTA:  Q   During the course of your work at
7  Braun, did you maintain a laboratory notebook?
8    A   I put down for myself notices in writing for
9  myself, but this was not generally accessible.
10    Q   When you say it was not generally accessible --
11  well, do you mean that your notes were not generally
12  accessible to the entire population of Braun?
13    A   It was not like a laboratory book where
14  different people put in their notes.  It was just --
15  it's just where notes I put it on myself.  It was like a
16  diary for myself where I could see what I did with whom.
17  DR. STUTIUS:  Just for personal recollection he
18  said.
19  MR. SHIMOTA:  Q   Did you keep this diary regularly
20  throughout your employment at Braun?
21    A   For sure that one diary I kept regularly.  I
22  just put down notes in accordance with the requirements
23  for the work, and sometimes they were regular notes and
24  sometimes they were not so regular.

9 (Pages 30 to 33)

Page 34

1    Q    When you left -- well, was this diary kept in
2    -- what form was this diary kept in?  Let me try to
3    rephrase this question.
4        Was this diary kept in a book?
5    A    These were loose sheets that were just added
6    into --
7    DR. STUTIUS:  Like a ring binder.
8    MR. SHIMOTA:  Q  Over the course of your career
9    would you retain the notes you kept in your diary in
10   binders?
11   A    I certainly retained them for that period I
12   worked at certain -- at that project.
13   Q    Did you ever throw away any of the notes that
14   you had kept in your diaries?
15   A    Of course.  27 years, lot of stuff.
16   Q    Aside from your diary, in what other ways did
17   you keep written records of the work that you performed
18   at Braun?
19   A    The essential part of my work was retained in
20   drawings and sketches.
21   Q    Did you correspond with other engineers during
22   the course of your employment at Braun?
23   A    Of course, a lot of.
24   Q    And in what form would such correspondence

Page 35

1    take?
2    A    I had direct contact, of course, with all those
3    who were present in my vicinity because these -- these
4    large scale offices with many people working in one
5    room.
6    Q    Did you ever generate memoranda which were
7    transmitted to other engineers discussing your work?
8    THE INTERPRETER:  Could you repeat it?  Excuse me.
9    MR. SHIMOTA:  Q  Did you ever generate memoranda and
10   communicate such documents to other engineers at Braun?
11   A    I know that such documents existed, and I also
12   received them, they exist within the company, but I
13   think not really or if seldom I did produce such memos.
14   DR. STUTIUS:  He didn't originate them.
15   MR. SHIMOTA:  Q  How did you -- in general how did
16   you report the work that you were performing to your
17   supervisors at Braun?
18   A    He came to me, to my work place, to my --
19   DR. STUTIUS:  The drawing board.
20   A    -- the drawing board and he talked to me.
21   MR. SHIMOTA:  Q  So -- did you ever generate written
22   reports which you would provide to your supervisors
23   describing your work at Braun?
24   A    Not for superior himself.  I would say for very

Page 36

1    special products we -- products we might have done this,
2    but not usually for the superior.
3    Q    Can you recall the special products which you
4    provided memoranda to your supervisors?
5    A    Not for superior, just in -- when he ordered us
6    to do this for others in his name, on his behalf.
7    Q    What products were you ordered to generate
8    memoranda on behalf of a supervisor?
9    A    I think of two different superiors there were
10   two level of superiors then.  The lowest level of
11   superiors was with us within this large scale office,
12   but the superior who was above my -- the other superior,
13   Dr. Pahl, he had a separate office.  When he wanted to
14   get information from me, he asked me to come to his
15   office.
16   Q    When Dr. Pahl wanted to get information from
17   you, he would ask you to come to his office?
18   A    Mostly.
19   Q    And who was the other superior -- well,
20   withdraw.
21       Who was this higher up superior?
22   A    That's Dr. Pahl.  It's the last one when I was
23   employed with Braun.
24   Q    Okay.

Page 37

1    MR. PATTON:  When you come to a convenient stopping
2    break, I would appreciate if we could take a brief
3    break.
4    MR. SHIMOTA:  We can take one now.
5    THE VIDEOGRAPHER:  Here concludes tape 1, we are
6    going off the video record at 11:53 a.m.
7        (Off the record)
8    THE VIDEOGRAPHER:  Good afternoon.  We are going
9    back on the video record at 12:08 p.m.  Here begins
10   tape 2.
11   MR. SHIMOTA:  Q  Welcome back.
12       When you were employed at Braun, did you ever
13   have access to electronic mail?
14   A    In this whole time?  I myself independently,
15   absolutely not.
16   Q    When you say yourself -- did you have any
17   access to e-mail when you worked at Braun?
18   A    To my knowledge I do not know -- I do not think
19   that e-mail existed when I worked with Braun.
20   Q    You're aware that this litigation involves work
21   that you did on a cleaning system for shavers, correct?
22   THE INTERPRETER:  That this litigation has to do
23   with this?
24   MR. SHIMOTA:  Q  Let me ask again.  That this

10 (Pages 34 to 37)

Page 38

1    litigation -- are you aware that this litigation
2    involves your work on a system for cleaning shavers?
3        A   Of course, yes.
4        Q   The diary -- excuse me.
5        Did the diary -- did any of the diaries that
6    you kept contain notes regarding your work done on the
7    system for cleaning shavers?
8        A   Yes, of course.
9        Q   And over what period of time would you have
10   generated notes regarding your work on the system for
11   cleaning shavers?
12       A   For sure during that period that I worked on
13   it. I'm not sure, but I think I worked until I left I
14   think about 3 years. I think about 3 years until spring
15   '95.
16       Q   So you would have added -- well, is it correct
17   that your diary would have contained entries from
18   approximately 1992 through 1995 related to your work on
19   the system for cleaning shavers?
20       A   I cannot say it contains entries because it
21   does not exist any longer.
22       Q   Why does your diary no longer -- well, why
23   would your entries related to the system for cleaning
24   shavers no longer exist?

Page 39

1        A   Because I threw them away.
2        Q   When did you throw the documents away?
3        A   I cannot tell you the exact date, but for sure
4    shortly after I left the company.
5        DR. STUTIUS:  Either shortly before or shortly
6    after.
7        MR. SHIMOTA:  Q  Did you retain any -- well, when
8    you left the company in 1995, did you provide any of
9    your documents related to your work on the system for
10   cleaning shavers to anyone at Braun?
11       A   The drawings and possibly all sorts of sketches
12   I made they were left in a big drawer in the company.
13       Q   Where was the big drawer located?
14       A   I think it was then and I think also now in the
15   existing department of development of shavers in this
16   large scale, in this huge offices.
17       Q   And how many documents approximately would have
18   been in this large drawer?
19       A   Dozens for sure. 5 dozens or double of 5
20   dozens. As a rule these sketches and drawings were made
21   on paper you could see through.
22       DR. STUTIUS:  Transparent foils.
23       A   Transparent foils then they made copies of it,
24   various copies of it.

Page 40

1        MR. SHIMOTA:  Q  So there would have been -- is it
2    fair to say there would have been nearly 100 documents
3    in this large drawer?
4        A   I would say original documents less, but copies
5    for sure several hundreds copies.
6        Q   How many original documents would you
7    approximate were in the large drawer?
8        A   I could reasonably estimate about 50, but I
9    cannot say for sure.
10       Q   Did you tell -- when you left Braun, did you
11   tell anyone that these documents were in the large
12   drawer?
13       A   This was for sure known because my name was
14   labeled outside of the drawer, the name of Braun so the
15   people could know, would know that these were in this
16   drawer.
17       Q   Did -- when you were leaving or when you left
18   Braun, did any -- did anyone at Braun ask you where your
19   documents related to the shaver cleaning system work you
20   performed were located?
21       A   I do not know if he asked me or I asked him or
22   I informed him, but it was no secret that these
23   documents all the time that they were in this drawer.
24       Q   When you say he or -- is there a particular

Page 41

1    person you're thinking about whether you informed or he
2    asked you?
3        A   A few days before I left, maybe even after I
4    left, I had a few holidays, free time, and I was asked
5    to come in to inform my successor. And certainly I told
6    him that these are in there and also the samples we had
7    set up.
8        Q   Who was your successor?
9        A   I would have to ask Mr. Sievers. I cannot
10   remember the name now.
11       Q   Would it have been Jurgen Höser?
12       A   I think he was new and he came new into the
13   company or at least into our department.
14       Q   You also informed this gentleman that there
15   were samples of the product?
16       A   Surely yes, I showed them to him.
17       Q   How many products would you have showed him
18   approximately?
19       A   This was essentially a prototype, a functional
20   sample we had set up, system with which we made for a
21   long-time experiments but they were predecessor samples.
22       DR. STUTIUS:  Prototypes.
23       A   Prototypes which we made tests with, but which
24   were not finished, these were also in this cabinet.

11 (Pages 38 to 41)

Page 42

1    MR. SHIMOTA: Q How many prototypes would there
2  have been approximately in the cabinet?
3    A  The prototypes I was shown when I started with
4  my work, with my responsibilities, these are prototypes
5  that were already present which I did not set up. They
6  were not in the cabinet. These were in the cabinet of
7  Dr. Pahl. As far as I know this one functional sample
8  was the only one, the only thing could be that could be
9  there were parts, functional parts that were present but
10  I think this was the only one that worked, that was
11  operative.
12    DR. STUTIUS: Operational.
13    A  Operational.
14    MR. SHIMOTA: Q And this prototype, this was
15  located in Dr. Pahl's cabinet?
16    A  No, this one was in our cabinet. I worked with
17  that one the whole day.
18    Q  Was this the original prototype that Dr. Pahl
19  had manufactured in France?
20    A  No, this one was absolutely newly set up, made
21  up by us.
22    Q  When you say us, who do you mean aside from
23  yourself?
24    A  These were made completely according to my

Page 43

1  drawings.
2    DR. STUTIUS: In the model shop here at the company.
3    MR. SHIMOTA: Q So this is a -- well, this is a --
4  this would have been a second prototype? Let me
5  rephrase.
6    Is it correct that Dr. Pahl created the first
7  prototype of the shaver cleaning system?
8    A  I do not know who developed it. I just know
9  that Dr. Pahl presented it to me and showed me that this
10  was the state of development and I continued further
11  with the work.
12    Q  And the prototype that was in your cabinet,
13  would that have been a second prototype?
14    A  It was my only prototype. It's possible that
15  Dr. Pahl showed me not only one but a second one as
16  well.
17    Q  Why do you think it's possible that Dr. Pahl
18  might have shown you a second prototype?
19    A  What I want to say is -- this prototype I had
20  was my own development. You cannot call it the second
21  one. It was my prototype. I was the one who ordered
22  the set up or the production of this prototype according
23  to my drawings.
24    Q  Let me take one step back.

Page 44

1    When you were leaving -- well, you mentioned
2  that you told your successor about the documents in your
3  large cabinet and also -- the documents in the large
4  file and the prototype in your cabinet, is that correct?
5    A  Yes, that's correct, of course.
6    Q  And did you inform your successor about any
7  other information related to the shaver cleaning system?
8    A  Of course, yes.
9    Q  And what other information did you inform your
10  successor about?
11    A  I did not retain anything. I knew about the
12  system, I told him everything.
13    DR. STUTIUS: I withhold -- I mean I didn't withhold
14  anything about the system.
15    MR. SHIMOTA: Q Aside from the documents in the
16  large cabinet, what other documents did you provide to
17  your successor prior to leaving Braun?
18    A  I cannot say exactly if there were still other
19  documents. Maybe correspondence about components or
20  something components or sealings with companies that
21  delivered these with these components.
22    MR. SIEVERS: Suppliers.
23    A  Like suppliers.
24    MR. SHIMOTA: Q In connection with your work on the

Page 45

1  shaver cleaning system you personally corresponded with
2  suppliers?
3    A  Yes, of course.
4    Q  Do you recall how many suppliers approximately
5  you corresponded with?
6    A  Might be five or six. I do not think more.
7    Q  Do you recall any particular suppliers that you
8  corresponded with?
9    A  I think it was about sealants, maybe cleaning
10  fluid. I cannot name really other things or I could
11  contact with outside the company. I had within the
12  company with the departments like research department it
13  where I was supposed to be 4 or few years ago and I had
14  some contacts. There was quality control basically.
15  There's departments outside my department where I would
16  get us some information. I also had contact with the
17  department for toothbrushes.
18    DR. STUTIUS: Toothbrushes.
19    MR. SHIMOTA: Q Why did you contact the department
20  for toothbrushes?
21    A  From what I recollect it was because they had
22  to do with cleaning and because with the shavers we also
23  had to do with cleaning and the toothbrushing department
24  as well.

Page 46

1    Q   Who did you contact in the toothbrush
2  department regarding cleaning?
3    A   I think I remember that Hilfinger was the head
4  of the department, but I did not talk with him directly.
5  I think I talked personally -- I think I talked to
6  people from his department, but I cannot remember names.
7  I do not recollect very well names in general.
8    Q   Are there any documents that you could -- are
9  there any documents that you could look at which would
10  help you to be able to remember the names of the people
11  in the toothbrush department that you spoke with about
12  the shaver cleaning system?
13    MR. PATTON:  Object to the form of the question.
14    THE INTERPRETER:  But he should answer nevertheless?
15    MR. PATTON:  If he can answer.
16    A   If you have such documents and you show them to
17  me I could imagine that I could remember.
18    MR. SHIMOTA:  Q  Well, let me ask you this.  Did you
19  have written correspondence between yourself and the
20  toothbrush department?
21    A   I would be very astonished if there were
22  written correspondence.
23    Q   Well, what information did individuals in the
24  toothbrush department provide you related to the shaver

Page 47

1  cleaning system?
2    A   I do not know of really concrete clear
3  information from the toothbrush department.  I remember
4  that I participated in tests with toothbrushes, I myself
5  used the toothbrushes to brush my teeth and that was
6  when I also came in contact with those people who
7  performed the tests.
8    Q   Did you consider cleaning systems for
9  toothbrushes in connection with your work on the shaver
10  cleaning system?
11    A   No.  I do not feel reasonable approach or
12  reasonable point.  It was just like a neighboring
13  department in the company which also was involved in
14  cleaning.
15    Q   Well, did the individuals in the toothbrush
16  department provide you any assistance with respect to
17  your work on the shaver cleaning system?
18    A   I do not think so.  Dr. Pahl presented to me
19  this operational device and for cleaning the head, the
20  razor head, and this was already far developed.  This
21  was already very effective.  Excuse me.
22    Q   Well, let me turn to that in a second.  When
23  you left Braun what documents did you take with you?
24    A   I think I left them where they were and only

Page 48

1  the personal documents not, but because nobody asked me
2  before I left.
3    DR. STUTIUS:  It wasn't completely -- he was not
4  complete with his sentence yet.
5    A   These loose sheets you called diary before I
6  took them but I destroyed them.
7    DR. STUTIUS:  He threw them out, yeah.
8    MR. SHIMOTA:  Q  So I only took your -- well, when
9  you left in 1995 you only took your diary, is that
10  correct?
11    A   I have not taken it with me.  I have destroyed
12  it in the company.  Oh, yes.  I took something with me.
13  The patent documents, I have them at home, that's right.
14    Q   Did you -- let me ask the first question first.
15  Aside from destroying your diary, did you leave all of
16  your other documents in your office for your successor?
17    A   Maybe I also threw away copies of drawings when
18  I knew that the originals were still present like copies
19  where I made my own personal notes that I destroyed,
20  that I threw them away.
21    Q   The patent documents that you mentioned taking
22  with you, can you describe these documents for me
23  generally?
24    A   These are the documents -- I got the documents

Page 49

1  from the patent department with the applications, with
2  the date of applications and a few more things.  Like
3  you could see the chronological process and the patent
4  document itself and that's what I took along with me.
5    DR. STUTIUS:  Basically whenever published
6  application is granted patent he put it in binder for
7  personal retention.
8    MR. SHIMOTA:  Q  Did you also -- well, did you
9  retain or did you take prior art with you as part of
10  your patent file?
11    THE INTERPRETER:  Excuse me.  Did he take what with
12  him?
13    MR. SHIMOTA:  Q  Prior art.
14    A   If it was part of the patent application then I
15  took it along with me.
16    Q   Did you take -- did you take with materials
17  related to your U.S. patent application?
18    A   Yes, but I could not read them.
19    Q   Do you still have these particular documents
20  which we've been discussing?
21    A   Yes.
22    Q   Did you provide those documents to either
23  Braun's legal department or Ropes and Gray?
24    A   No.  I received them from the patent department

13 (Pages 46 to 49)

Gebhard Braun   April 26, 2005
Volume 1

Page 50

1   so I suppose they have it.
2      MR. SHIMOTA: Well, I guess I'll say for the record
3   now I'd like to request those documents and the
4   documents that we've been discussing a bit and his
5   personal files. To the extent you have them, we would
6   like production of those documents.
7      MR. PATTON: I'll certainly ask Mr. Braun to provide
8   us with what he has. To the extent we don't have it
9   we'll take a look at it. And if it's not covered by a
10  privilege and requested, we'll certainly give it to you,
11  Jim.
12     MR. SHIMOTA: You don't need to translate that.
13     I'd like to mark as Defendant's Exhibit 1 a
14  document bearing the Bates range B001058 to B001063
15  which is the declaration of Dietrich Pahl.
16     (Exhibit 1 marked as requested)
17     Q   We'd been discussing before the prototype which
18  was provided by Dr. Pahl to you.
19     A   Yes.
20     Q   In this declaration Dr. Pahl -- first, Dr. Pahl
21  refers to the prototype as the cleaning center. Do you
22  recall the term cleaning center?
23     A   Yes.
24     Q   In paragraph 7 Dr. Pahl states that the

Page 51

1   cleaning center had many components, including a trough
2   or cradle in which the shaving head of the dry shaver
3   could be placed.
4      Do you believe that statement is accurate
5   regarding Dr. Pahl's prototype?
6      DR. STUTIUS: Talking about trough or recess?
7      THE INTERPRETER: Trough or cradle.
8      DR. STUTIUS: Cradle I think that -- just for
9   synonymous with the patent language that was used it was
10  in the German patent aufnahmeteil.
11     A   You mean that this cleaning center had a cradle
12  or a trough, is that what you mean?
13     Q   Yes. The statement is, do you agree that
14  Dr. Pahl's prototype had many components, including a
15  trough or cradle, in which the shaving head of a dry
16  shaver could be placed?
17     A   In way the razor with its head could be placed.
18  It is like the head is fixed on the razor -- on the
19  shaver and the shaver is placed into just cradle. Yes,
20  that's correct.
21     Q   And were you aware that Dr. Pahl's original
22  prototype had a trough or cradle in which the shaving
23  head of a dry shaver could be placed in 1994?
24     A   I think so. It was like Dr. Pahl showed me

Page 52

1   this device, but he did not leave it with me. He put it
2   back into his cabinet and told me now do improve this.
3      Q   So you were aware though that Dr. Pahl's
4   original prototype had a trough or cradle in which the
5   shaving head of a dry shaver could be placed, is that
6   correct?
7      A   Yes, of course.
8      Q   If you look at paragraph 8, Dr. Pahl states the
9   cleaning center also had a container for cleaning fluid
10  which was positioned below the cradle. Do you agree
11  that Dr. Pahl's original prototype had a container for
12  cleaning fluid which was positioned below the cradle?
13     A   I cannot say 100 percent, but I think it's very
14  well -- I think it's logical. I'm quite sure it was
15  like that.
16     Q   And were you aware that Dr. Pahl's original
17  prototype had a container for cleaning fluid which was
18  positioned below the cradle in 1994, 1995?
19     A   I think -- I think this should have been
20  earlier when I started with the work so two years
21  earlier than '95.
22     Q   That's correct. In paragraph 11 Dr. Pahl
23  states the cradle had an output port, not labeled in the
24  drawing, connecting it to the fluid cleaning container.

Page 53

1      Do you agree that Dr. Pahl's original prototype
2   had an outlet port connecting it to the cleaning fluid
3   container?
4      A   Yes.
5      Q   And you were aware that Dr. Pahl's original
6   prototype had an outlet for connecting it to the
7   cleaning fluid container in the early '90s?
8      A   Yes, of course.
9      Q   And in paragraph 12, Dr. Pahl states, the
10  cradle also had an overflow device which allowed excess
11  cleaning fluid from the cradle to be drained directly
12  into the cleaning fluid container.
13     Do you agree that Dr. Pahl's original
14  prototype -- do you agree that in Dr. Pahl's original
15  prototype cradle had an overflow device which allowed
16  excess cleaning fluid from the cradle to be drained
17  directly into the cleaning fluid container?
18     A   Yes, I think so, yes.
19     Q   And in paragraph 15, Dr. Pahl states, the
20  functional model of the cleaning center also included a
21  dryer consisting of an impeller and a heater to aid in
22  the drying function.
23     Do you agree that Dr. Pahl's original prototype
24  included a dryer consisting of an impeller and a heater

14 (Pages 50 to 53)

Gebhard Braun   April 26, 2005
Volume 1

Page 54

1  to aid in the drying function?
2      A    Of which prototype do we talk now?
3      Q    Dr. Pahl's original prototype.
4      A    This I cannot remember. I cannot remember.
5  What I do remember and what I can remember is the
6  cleaning function in itself, but was still wrong that I
7  cannot remember. That's what I -- I do not know whether
8  this was in this original because in my -- what I know
9  is always overlaid about -- it's covered by what we
10  developed in this respect.
11      So I cannot say whether this model already had
12  all this and the thing is I cannot read it because it's
13  not in German. So I have more -- I more remember about
14  what we -- was our patent, not so much this one.
15      Q    Well, when you saw Dr. Pahl's original
16  prototype, did you think that he had come up with a new
17  idea?
18      A    I thought that then it was fantastic that you
19  could get rid of the debris by just putting shaver into
20  fluid. It was like magic because you knew about using
21  brushes but then just by putting it into fluid it was
22  free of debris in seconds.
23      Q    So you thought Dr. Pahl's ideas were fantastic,
24  is that correct?

Page 55

1      DR. STUTIUS: He said actually magic.
2      A    Not exactly maybe his idea but his product he
3  showed me was.
4      MR. SHIMOTA: Q  Do you think that the original
5  prototype was not Dr. Pahl's idea?
6      A    Dr. Pahl was the superior of my superior and it
7  was clear to me that Dr. Pahl cannot do this by himself
8  but that he orders others to do that. He lets other
9  people do that. The fact about this thing was what
10  impressed me not so much who did it.
11      Q    Well, do you know anyone who worked on the
12  original prototype aside from Dr. Pahl?
13      A    I myself personally did not know anybody, but I
14  heard afterwards there were an external group that
15  developed it under the direction of Dr. Pahl.
16      Q    And what -- what was this external group?
17      A    I think this was a group of a company that was
18  bought or incorporated later on by Braun.
19      Q    Do you know where this company was located?
20      A    In France.
21      Q    Would this have been invented in Leon, France?
22      A    If you like.
23      Q    How did you learn that there was an external
24  group in France who worked on the original prototype

Page 56

1  with Dr. Pahl?
2      A    I do not know whether he told me -- whether
3  Dr. Pahl told me -- maybe he also kept it a little bit
4  to himself. Maybe I saw drawings or maybe he showed me
5  drawings that might have been from France in French
6  then, and then only afterwards I think I heard about
7  this -- that this might be -- that we might be
8  incorporated.
9      Q    From whom did you hear about this external
10  company?
11      A    I cannot remember that somebody else would have
12  told me Dr. Pahl, maybe just step by step, but it was
13  also very -- this was secondary for me because my job
14  was to further develop this device, and I thought it was
15  better that it was the -- the beginning was made outside
16  but then inside the company.
17      Q    Do you recall when you would have went
18  approximate -- when approximately you would have learned
19  that the original prototype was made in France?
20      A    This was for sure very close to that date
21  Dr. Pahl asked me and ordered that I make these further
22  developments. For sure it was not much later in time.
23      Q    Do you have any reason to believe that anyone
24  -- that individuals other than Dr. Pahl worked on the

Page 57

1  original prototype?
2      A    Do you mean within Braun?
3      Q    Any individual.
4      A    These people who produced the prototype.
5      Q    Do you recall the names of any of these people
6  in France who produced the prototype?
7      A    No, I never had to do with these people. Maybe
8  once I heard the name, but I cannot recall at all name.
9      Q    You mentioned seeing documents related to the
10  original prototype which were written in French. Do you
11  recall how many documents you would have seen
12  approximately that were written in French?
13      A    Those I saw were not that many, but I think I
14  saw was an overview who showed -- a presentation of the
15  device.
16      Q    Who made the complete presentation of the
17  device?
18      A    This drawing, yes I suppose it was made in
19  France I think I might remember that they had different
20  look than the way we do it here but they were not made
21  up with Braun, but they came from external sources.
22      MR. PATTON: While Jim is doing this document, what
23  is -- what lunch arrangements can we make? Can we use,
24  go to the cafeteria.

15 (Pages 54 to 57)

Page 58

1    MR. SIEVERS: We can go. It's open until 2:00
2    o'clock. We have to be there -- sometime before 2:00
3    o'clock.
4        MR. SHIMOTA: Do a few more and we'll break for
5    lunch.
6        I would like to mark as Defendant's Exhibit
7    No. 2 document bearing the Bates number B001064. I
8    apologize for the size. I'll ask you the question, you
9    can take your time.
10       Does this refresh your recollection as to the
11   schematic you referred to?
12       (Exhibit 2 marked as requested)
13   A   It's interesting to see it. It makes sense to
14   me. I cannot remember exactly or concrete really, but
15   it makes sense. But I mean it was not like I had this
16   at my place and did something based on this. It's more
17   like I might have seen it.
18   Q   Does this also refresh your recollection that
19   the facility in France would have been owned by Braun at
20   least in 1993?
21   A   It refreshes my recollection that this has to
22   do with the prototype Dr. Pahl showed me.
23   Q   Do you believe this is an accurate schematic
24   representation of the original prototype?

Page 59

1    A   I cannot say whether this was already in the
2    prototype or whether this is a drawing with the
3    projection of including these parts in the future.
4    Q   Well, if you see at the bottom there's listed
5    the number 250293. Do you believe that Dr. Pahl would
6    have already shown you his original prototype prior to
7    February 25, 1993?
8    A   I cannot really say anything to this date
9    exactly, but it's possible that I saw it before.
10   Q   Well, when do you believe you started working
11   on the shaper cleaning system?
12   A   It's difficult to remember the time. The older
13   you get the more difficult it gets. I thought -- I
14   supposed it was three years that I worked on it, but I
15   cannot say for sure.
16   Q   Well, do you know whether after you started
17   working on the shaver cleaning system there were others
18   in France who continued to work on the shaver cleaning
19   system as well?
20   A   I think that's possible. It might be possible.
21   Q   Did you ever hear that there were others still
22   working on these shaver cleaning system while you were
23   working as well?
24   A   If I heard so it was only by say hear --

Page 60

1    DR. STUTIUS: Rumor.
2    A   Rumors, by hearsay.
3        MR. SHIMOTA: Q  Do you recall hearing that or --
4    well, do you have any recollection of any such rumors?
5    A   There were rumors among colleagues that, for
6    example -- I think it was Dr. Hexner, he was --
7        MR. SIEVERS: Hexner.
8    A   Hexner. He was a superior of Dr. Pahl, that he
9    might be involved in having developed such things
10   outside the company, but I do not know. I just hear
11   rumor and maybe.
12       MR. SHIMOTA: Q  So Dr. Hexner was Dr. Pahl's
13   superior?
14   A   I'm not very sure about exactly the time, but I
15   know he was one level above and also at a former time he
16   was technical director.
17       DR. STUTIUS: Technical manager, technical director.
18       MR. SHIMOTA: Q  Was he -- did you ever report to
19   Dr. Hexner regarding your work on the shaver cleaning
20   system?
21   A   I had contact with Dr. Hexner before I had -- I
22   worked with the cleaning device for shavers. He was the
23   one who said I should go to research and to work there
24   on the pivoting shavers.

Page 61

1    MR. SIEVERS: Pivoting head of shavers. It's fixed
2    but it's pivotable mounted. So called swivel.
3        MR. SHIMOTA: Q  Well, with regard to the rumors
4    what in particular was it rumored that Dr. Hexner did
5    with respect to the shaver cleaning system?
6    A   I just related Dr. Hexner was -- not because I
7    wanted to say that he had to do with the cleaning
8    device. It was just in connection that he might have
9    been active in developments outside the facilities,
10   outside the Braun facilities.
11   Q   So did Dr. Hexner have anything to do with the
12   shaver cleaning system?
13   A   I cannot say even if he was in this function
14   before. Just I know he was in this function when I
15   developed the swivel system.
16   Q   You mentioned that you thought that the
17   original prototype was magic. What did you think
18   particularly was magic about the original prototype?
19   A   If you try to get to clean a blade like with a
20   brush and try to get rid --
21       MR. SIEVERS: Cutter block?
22   A   If you try to clean a cutter block and to get
23   rid of this greasy stuff and then you see how this can
24   happen within seconds just by putting it into a fluid,

16 (Pages 58 to 61)

Gebhard Braun    April 26, 2005
Volume 1

Page 62

1  that's magic.
2     MR. SHIMOTA: Q  Did you think it was magic that the
3  cleaning fluid container was located below the trough in
4  which the shaver sat?
5     MR. PATTON: I object to the form of the question
6  but --
7     A  No, no.
8     MR. SHIMOTA: Q  Did you think it was magic that the
9  cleaning trough was open to the atmosphere?
10    MR. PATTON: Same objection.
11    A   Just the phenomenon it can clean itself within
12  seconds that was the thing that was magic.
13    MR. SHIMOTA: Q  Did you think that Dr. Pahl's
14  prototype was something that no one else had thought of
15  before?
16    A  It was plausible to me that one would try to
17  make such a device. What impressed me was the
18  phenomenon that a cutter block -- that a movable cutter
19  block could be cleansed in that way.
20    Q  Well, what about the movable -- well, what
21  influenced the speed of the cleaning of the cutter
22  block?
23    A  It's the --
24    DR. STUTIUS:  The frequency.

Page 63

1     A  The frequency and the cleaning fluid -- the
2  frequency with which the cutter block moves.
3     DR. STUTIUS:  And the cleaning fluid.
4     MR. SHIMOTA: Q  So the two variables which affect
5  -- well, the two variables which affect -- what
6  impressed me the most would be the vibration of the
7  cutting head and the cleaning fluid, is that correct?
8     A  This is an absolute abstract presentation.
9  What impressed me was that the debris was removed so
10  fast.
11    Q   Let me ask you this question then we can try
12  and break for lunch.
13    You stated it was plausible that someone else
14  would have -- that -- you say you thought it was
15  plausible that another individual would have tried to
16  make a device such as Dr. Pahl's prototype. Why did you
17  believe that it was plausible?
18    A   To me it was plausible and interesting that a
19  device or a system would be developed that would further
20  develop the possibility to clean a cutter blade of the
21  cutter without having to -- the shaver without having to
22  remove the cutter blade and just by putting --
23    MR. SIEVERS: The foils.
24    A  Without having to remove the foil.

Page 64

1     MR. SIEVERS:  Coming underneath the foil.
2     DR. STUTIUS:  I think what he means that once you
3  realize that -- not word by word, but paraphrase. Once
4  you realize you can clean a moving cutter blade in a
5  cleaning fluid it would be not obvious but it would be a
6  challenge and it would be interesting to develop a
7  station that automatically performs that function. That
8  was the gist of the response.
9     MR. SIEVERS: Without removing the head or
10  disassembling the head he said.
11    MR. SHIMOTA:  Well, did -- and Dr. -- this will be
12  the last question.
13    Q  In Dr. Pahl's original prototype did you need
14  to disassemble the shaving head?
15    A  I would be very astonished if this had been the
16  case. I don't -- this cannot be. The phenomenon was
17  that exactly this closed system could be just put into
18  this fluid and it was cleaned.
19    MR. SHIMOTA:  Okay.
20    MR. SIEVERS: Without removing the shaving head.
21    MR. SHIMOTA:  Why don't we take a break for lunch if
22  that's okay with everyone.
23    THE VIDEOGRAPHER:  We're going off the video record
24  of tape 2 at 1:34 p.m.

Page 65

1     (Off the record)
2     THE VIDEOGRAPHER:  We're going back on the video
3  record at 2:27 p.m.  Here continues tape 2.
4     MR. SHIMOTA: Q  Welcome back.
5     I would like to mark as Defendant's Exhibit 3 a
6  document bearing the Bates label B003075 to B00 -- I
7  take that back.  Begins B003074 to B003076.
8     (Exhibit 3 marked as requested)
9     Q   I'd like to ask you is this a picture of
10  Dr. Pahl's original prototype?
11    A  Was this a question to me?
12    Q  Yes, the question is to you.
13    A   For sure I would not have been able to draw it
14  or sketch it like this because I only saw it during a
15  short period of time all the times I saw it, but I'm not
16  100 percent sure whether this was how it was 100 percent
17  from the beginning on but I would say that this existed
18  as it is.
19    Q   Well, is this a picture of a prototype that you
20  personally contributed to the development of?
21    THE INTERPRETER:  That you contributed to?
22    MR. SHIMOTA:  Let me try and rephrase.
23    Q   Is this a picture of one of the prototypes that
24  you worked on developing?

17 (Pages 62 to 65)

Page 66

1    A   No, for sure not.
2    Q   Why do you say for sure not?
3    A   I'm convinced I would realize that it is mine
4  if it were mine, but I only had short, like, glimpses
5  I'm sorry, and I saw it operating, but it's not the one
6  I made.
7    Q   Did Dr. Pahl's original prototype have a
8  removable cleaning fluid cartridge?
9    A   As I can see from the picture, and also as I
10 remember it, it was possible to remove the upper part
11 and the lower part remained.
12   Q   So the cleaning fluid container and -- was the
13 cleaning fluid container in the original prototype
14 located below the cradle?
15   A   Yes, sure.
16   Q   And did the -- in the original prototype did
17 the removable cleaning fluid cartridge include a filter?
18   A   I saw it on the drawing we had before that it
19 contained a filter, but I would not have known it
20 contains a filter from recollection.
21   Q   Did the original prototype include a bracket?
22   A   A bracket?
23   MR. PATTON:  I just would like -- Jim, I just --
24   MR. SIEVERS:  Because I think the bracket if it's

Page 67

1  translated there -- bracket has different meanings.
2    MR. PATTON:  I wanted to clarify the record in a
3  couple of parts, one is to ask that you clarify by what
4  you mean by bracket.  But also, Mr. Braun is looking at
5  a photograph, which I don't think he has identified as a
6  photograph of the original prototype.  I think he has
7  said he can't be certain whether it is.  So your
8  questions are relating to the original prototype.  I
9  just want the record to be clear we don't know whether
10 it's this.
11   MR. SHIMOTA:  That's fair, but I am trying to probe
12 his recollection.
13   MR. PATTON:  I'm not objecting to your asking about
14 his original prototype, but he's looking at a picture,
15 and I just don't want him to be confused what he's --
16   MR. SHIMOTA:  Let me try and ask the question again.
17   Q   Did the original prototype include a support
18 for the shaving apparatus?
19   DR. STUTIUS:  For the shaver, right?  Support for
20 the shaver?
21   A   You can see that it can be put inside but not
22 -- it's not fixed.  The device could be taken out all
23 the time during the process, could be removed all the
24 time during the process.

Page 68

1    MR. SHIMOTA:  Q   So -- let me think.  Did there come
2  a time where the shaver cleaning system was changed such
3  that a structure was included which stopped the shaver
4  from being removed from the cleaning device?
5    A   I did not change anything at this device.  I
6  cannot remember that something was changed on this
7  device.  This was an existing, original model and that's
8  how it stayed.
9    DR. STUTIUS:  Early prototype.
10   MR. SHIMOTA:  Q   Well, in any of the later work that
11 you did did you ever add or -- in the later work that
12 you did on the shaver cleaning systems, did any of your
13 prototypes include a bracket for insertion of the
14 shaving apparatus?
15   A   Yes, sure.  We had anticipated this in the
16 drawing.
17   Q   What drawing are you referring to?
18   A   My work was mainly almost working on the
19 drawing board and that I draw -- was drawing this was
20 later on executed by other people -- by builders who
21 built the samples.
22   Q   Well, what did you do or what -- what were your
23 improvements upon Pahl's idea for the cleaning center?
24   A   One part was for sure this locking device so

Page 69

1  that the device could not be removed during this
2  process, during the cleaning process.
3    The second thing was that I civilized the
4  cleaning process which means I tried to prevent strong
5  splashing that was produced.
6    The third thing was the development insofar --
7  of the device that the fluid itself does not become
8  dirty in the container.  This means to have this process
9  separate from the fluid.
10   Q   What do you mean the process separate from the
11 fluid?
12   A   This means the process that taking out the dirt
13 from the block that this dirt will not enter the fluid,
14 the cleaning fluid.
15   DR. STUTIUS:  Not to be deposited in the cleaning
16 fluid.
17   MR. SHIMOTA:  Q   How -- what did you do to stop dirt
18 from being deposited in the cleaning fluid?
19   A   What I did I put a second container below the
20 cleaning fluid container where the dirty fluid could be
21 pumped so it's used in the process of suction, suction
22 process.
23   DR. STUTIUS:  Actually it's a second container or
24 second receptacle underneath what we call the patent

18 (Pages 66 to 69)

Gebhard Braun    April 26, 2005
Volume 1

Page 70

1  cradle, under the cradle.
2     MR. SHIMOTA: Q  So there was -- you had your
3  solution -- what you did was include a second container
4  within the cleaning fluid container?
5     A  As I remember there was a double-walled
6  container and the overflow went -- of the dirt went into
7  a second container below where it was sucked from.
8     Q  I'd like to mark as defendant's Exhibit 4 U.S.
9  patent number 5,711,328 issued to Gebhard Braun.
10     (Exhibit 4 marked as requested)
11     Q  If you could direct your attention to Figure 1
12  and item 20.
13     THE INTERPRETER:  20?
14     MR. SHIMOTA:  Yes.
15     A  What is the question?
16     MR. SHIMOTA: Q  Is item 20 the second container
17  below the cradle that you're referring to?
18     A  No.  Number 20 is the tube where it is
19  transported through.
20     Q  So is the second container shown in this
21  drawing?
22     A  Yes, but I'm a little bit confused, but I think
23  it's number 7.  It's unclear.  In Figure 6 you have a
24  scheme presentation, schematic presentation, and the

Page 71

1  fluid is number 40.
2     Q  What is item 65?
3     A  In Figure 6?
4     Q  Yes.
5     A  Yes, this is the external container.
6     Q  So that is the second container that you
7  referred to, correct?
8     A  No, that's how I see it from -- how I see it.
9     Q  Did you -- is this a drawing that you
10  personally prepared?
11     A  I'm not sure whether I did make this drawing
12  like this.  I could imagine that it was made in the
13  patent department according -- on the basis of a sketch
14  from me.
15     Q  And do you see item 61?
16     A  Yes.
17     Q  Do you know what item 61 is?
18     A  I think this is the filter cartridge.
19     Q  Is that -- is that also another cleaning fluid
20  container too?
21     THE INTERPRETER:  Is this also another cleaning --
22     MR. SHIMOTA: Q  Another cleaning fluid container.
23     A  This contains the fluid, the container of the
24  fluid where the fluid from 65 is transported to and is

Page 72

1  where the process is deposited.
2     Q  Is that an accurate representation of the third
3  improvement you made to Dr. Pahl's original work?
4     MR. PATTON:  Object to the form of the question.
5     MR. SHIMOTA:  Let me reask the question.
6     MR. PATTON:  My question is what.
7     MR. SHIMOTA:  You're well taken.
8     Q  Are items 65 -- is the combination of items 65
9  and 61 in this representation of the cleaning device an
10  accurate representation of the third improvement you
11  made to Dr. Pahl's original work?
12     A  I cannot say whether it's the third or the
13  first.  I cannot differentiate it.  It is one of these.
14     MR. SHIMOTA: Q  Just to clarify, the third was you
15  mentioned the -- keeping the -- well, avoiding the
16  deposition of dirt in the cleaning fluid container.
17     A  It was thought that we have a clean -- clear
18  and clean fluid cleaning that will be transported via 64
19  to the other compartment to provide clean cleaning
20  fluid to the shaver for cleaning.
21     Q  You point to item 64 when you mention that, on
22  64.  Is item 64 part of the cradle structure?
23     A  Yes, this is just how the principle works.
24     DR. STUTIUS:  Schematic drawing.

Page 73

1     A  Schematic drawing.  Of course we pumped in the
2  fluid literally into the container.
3     MR. SHIMOTA: Q  You pumped the fluid into the
4  container.
5     DR. STUTIUS:  Actually the wanne is the trough.
6  It's not the container.
7     MR. SHIMOTA: Q  So you pumped the fluid -- is it
8  correct you pumped the fluid literally into the trough?
9     A  Yes.
10     Q  Was it also correct that you filled the trough
11  -- you filled the trough with fluid?
12     A  Of course.
13     Q  Did you ever create a shaver cleaning system in
14  which the trough did not retain fluid?
15     THE INTERPRETER:  What do you mean retain?
16     MR. SHIMOTA: Q  Hold.
17     A  Do you mean this was only like -- spray?  One
18  could imagine it was only spray.  No, we did not do such
19  a thing.  It was always immersed in the fluid.
20     Q  And why was it always immersed in the fluid?
21     A  Because this showed this fantastic cleaning
22  effect.  We found that this especially was the reason
23  why the device could clean itself so fast and the fluid
24  could enter through the falls through these small

19 (Pages 70 to 73)

Page 74

1  openings and we felt this could not have been achieved
2  by spraying.
3      Q   So you considered -- well, in your work did you
4  ever attempt to develop a cleaning system in which the
5  shaver was sprayed with cleaning fluid as opposed to
6  being bathed?
7      A   No.
8      Q   In your work at Braun, did you ever think of
9  the idea of pumping fluid into the interior of the
10  shaving head to flush out hair?
11     A   To pump fluid into the shaver this could not
12  be.
13     Q   Why do you say you could not pump fluid into
14  the shaver?
15     A   You do not want to clean the whole shaver. We
16  just want to clean the cutting head.
17     Q   What I meant is, did you ever think of pumping
18  fluid directly into the shaver head to flush out hair?
19     MR. PATTON:  I object to the form of the question.
20     A   What we found out that if the trough was not
21  filled high enough, if the level of the fluid was too
22  low to cover the cutting head the result was not so
23  good.
24     MR. SHIMOTA:  Q  Well, if you wouldn't -- did you

Page 75

1  ever test it where the cradle was not filled with fluid
2  at all?  Let me rephrase it.
3          Did you ever test the cleaning system in a
4  situation where there was no fluid retained in the
5  cradle structure?
6      A   This was like if I just turned the razor with
7  the head down and I just operate it.  How should this
8  cleaning work?  This would mean we would not need a
9  cleaning system.  This would mean we just had to turn
10  the razor and to run it.
11     THE VIDEOGRAPHER:  Counsel, I need to change tapes.
12     MR. SHIMOTA:  Take a quick break.
13     THE VIDEOGRAPHER:  This concludes tape 2.  We're
14  going off the video record at 3:00 o'clock p.m.
15     (Off the record)
16     THE VIDEOGRAPHER:  We're going back on the video
17  record at 3:12 p.m.  Here begins tape 3.
18     MR. SHIMOTA:  Q  I'd like to step back to the
19  improvements that we discussed that you made to
20  Dr. Pahl's original work.  You mentioned first a locking
21  mechanism.  Do you recall that?
22     A   Do you want to hear again the other two?
23     Q   No.  What was the purpose of the locking
24  mechanism?

Page 76

1      A   The idea that the customer who was supposed to
2  buy it to use this device that it was easier for him to
3  operate the device which means that he would not take
4  out or remove the device during the cleaning process and
5  not during the time as it was still wet but only
6  afterwards when it was dried.
7      Q   Do you recall how you came to think of adding
8  the locking mechanism to the cleaning device?
9      A   I think it came -- I don't know.  By incident
10  or willfully that we talked to people on probation.
11     DR. STUTIUS:  Test --
12     A   Test process, and I think they -- that's how it
13  came -- how we came to know.  They said you cannot allow
14  that the device will be handled when it's wet.
15     MR. SHIMOTA:  Q  Do you recall who within
16  approbation told you that the device could not be
17  removed while it was wet?
18     MR. PATTON:  Object to the form of the question.
19     A   I do not remember that somebody told me from
20  the approbation department, but from the many years of
21  experience I had and the contact with this department I
22  knew that the customer should not remove this device
23  when it was wet.  It's possible I talked about that with
24  Dr. Pahl.  I was in contact with him during that time.

Page 77

1      MR. SHIMOTA:  Q  What in your years of experience
2  led you to think that you could not remove the device --
3  what in your years of experience led you to believe that
4  you could not remove the shaver from the cleaning device
5  while it was still wet?
6      MR. PATTON:  Object to the form.
7      A   Just general knowledge that it's hazardous to
8  your life that if you -- electrical device, for example,
9  falls into water you should not grab for it.
10     MR. SHIMOTA:  Q  The second improvement you
11  mentioned to Dr. Braun's prototype was lessening the
12  splashing of fluid.  Can you tell me what you did to
13  diminish the splashing of fluid?
14     MR. SIEVERS:  Splashing in the container was the
15  question I think.  In the container.
16     THE INTERPRETER:  Could you repeat the question,
17  please.
18     MR. SHIMOTA:  Q  Sure.  You mentioned earlier in
19  your testimony that you minimized the splashing of the
20  fluid I believe in the trough, and I was wondering what
21  it was you did to minimize the splashing of the fluid in
22  the trough.
23     A   What we did was we closed the container very
24  tightly around the head.  It was important that the

20 (Pages 74 to 77)

Gebhard Braun  April 26, 2005
Volume 1

Page 78

1. level was not too high and that it was not too open to
2. the outside. I cannot say precisely how it was with
3. Dr. Pahl's device, but the problem was that there was
4. some -- too much water.
5.    DR. STUTIUS: Wetting of the surfaces.
6.    MR. SHIMOTA: Q How tight did you configure the
7. trough -- how tightly was the trough configured to hold
8. the shaving head?
9.    A. It was for sure only few millimeters of
10. distance to the outer limit -- limitation of the head.
11.    Q And you configured the trough -- well, you
12. configured the trough in that way to avoid the splashing
13. of fluid, is that correct?
14.    A Yes.
15.    Q And you did that to optimize the work by -- you
16. did that to optimize Dr. Pahl's original work, is that
17. correct?
18.    MR. PATTON: I object to the form of the question.
19.    A I do not precisely remember how the original
20. device was configured, but I know that below that there
21. had to be a safe distance of the heads in the middle and
22. after cutting head -- the head had to be free on the
23. down side below, free, it should not contact anything
24. below, but it should be tight on the sides. Tightly

Page 79

1. closed on the sides.
2.    MR. SHIMOTA: Q You developed that -- you developed
3. that solution to optimize your work on the shaving --
4. shaver cleaning system, correct?
5.    MR. PATTON: Same objection.
6.    A What is for sure we wanted to optimize the
7. cleaning system but we wanted to have it open. We did
8. not want it to be -- to immerse, to be covered, to go in
9. a --
10.    DR. STUTIUS: Recess, recess part.
11.    A -- in a recess part.
12.    MR. SHIMOTA: Q You didn't want the shaver to go in
13. a recessed part?
14.    DR. STUTIUS: The liquid applied to the shaver,
15. wanted to prevent liquid.
16.    A We wanted to avoid that the razor itself was --
17. would get into contact with fluid or would get -- be
18. splashed at all because it was not sealed, or
19. housings -- our housings are not insulated and that's
20. why they --
21.    DR. STUTIUS: Sealed.
22.    A Sealed. That's why they should not be within
23. the range of fluid or splashes.
24.    MR. SHIMOTA: Q So in order to avoid the splashing

Page 80

1. of fluid, you configured the trough so that it was tight
2. on the side -- tight on the sides and there was some
3. give at the bottom?
4.    A We wanted that the head of the razor is almost
5. as far as possible tightly enclosed and nevertheless can
6. be removed easily.
7.    Q How did you accomplish those two aims?
8.    A This I did so that the front was open and that
9. the device can be easily taken out and removed, but that
10. -- the other part is --
11.    DR. STUTIUS: Only the head was.
12.    A The head was closed. As you can see from this
13. sketch, from this drawing.
14.    MR. SHIMOTA: Q So the head, the shaving head is
15. enclosed?
16.    A Yes.
17.    Q So when the shaving head is being cleaned it is
18. not open to the atmosphere?
19.    A It was not totally open, but a little bit there
20. was a small --
21.    DR. STUTIUS: An anular gap, peripheral gap.
22.    A That it had contact with the atmosphere.
23.    MR. SHIMOTA: Q So the small anular gap that was --
24. small anular gap was no more than a few millimeters, is

Page 81

1. that correct?
2.    A Yes.
3.    Q Beyond the three improvements which you've told
4. me that you made upon Dr. Pahl's original work, can you
5. think of any other improvements that you made?
6.    A It was regarding the drive. It was by a
7. special contraption we were able to drive with only one
8. motor both the pump and the regulator.
9.    Q Beyond that can you think of any other
10. improvements that you made to Dr. Pahl's work?
11.    A Yes, like details, for example, that at the
12. same time we used the device as charging device, and as
13. a wall mount so that the device could stand.
14.    Q Without the wall mount the device could not
15. stand?
16.    A Not upside down. As a rule all devices have a
17. wall mount.
18.    Q When you say a wall mount, is it something that
19. is actually attached, physically attached to a wall?
20.    A Usually wall mounts are made that way that they
21. are fixed to the wall, but not in this case. It only
22. has the function of such a wall mount.
23.    Q Why in this case -- why in this case was the
24. wall mount not used for attachment to a wall?

21 (Pages 78 to 81)

Page 82

1    A.   The concept was that there was no necessity for
2    a wall mount for a device being cleaned.  This device
3    should be wall mount charging device and cleaning device
4    in one.
5    Q    So what is the purpose of the wall mount if it
6    is not used for attachment to the wall?
7    A    The wall mount does not hold the wall but the
8    shaver.  It's just that it's stowed away and it's not
9    lying on any tray.  It's held in a part.
10    Q    So the wall mount is supporting the shaver, is
11    that correct?
12    A    It's that it holds it tight and protects it.
13    We can also -- we do not need the protection cap that
14    protects the cutting part, components, the sensitive
15    cutting components.
16    Q    What is the protection cap that you're
17    referring to?
18    A    It is as follows.  A razor foil is perforated
19    foil that only has one-hundredths or thousandths of
20    millimeters thick.  It's very sensitive to nails or
21    fingers and that's why usually as a rule we use a
22    protection cap at Braun.
23    Q    Okay.  So if it's stored in the cleaning device
24    then you wouldn't need the protection cap?

Page 83

1    A    Exactly.
2    Q    Beyond what we've already discussed, can you
3    think of any other improvements that you made to
4    Dr. Pahl's original work?
5    A    I do not know whether you realized already that
6    the filter tube is also component of this device.
7    Q    What was the purpose of the filter tube?
8    A    First, the filter function this means the
9    unclean fluid, the debris fluid is pumped along this
10    tube, and, second, it is for a cleaning.
11    THE INTERPRETER:  Could you repeat --
12    A    The tube is immersed into the clean cleaning
13    fluid without making it dirty.  It has to function as
14    it's shown in the filter, the inside is the dirty fluid
15    and outside the clean fluid, and this insert within the
16    fluid is permeable for clean water.
17    DR. STUTIUS:  Clean fluid.
18    A    Clean fluid.
19    MR. SHIMOTA:  Q  So it operated such that you would
20    have fluid that would go through the hose member then it
21    would go through the suction side of the pump then it
22    would be fed into the filter, then the fluid would be
23    fed back to the trough, is that correct?
24    THE INTERPRETER:  Could you repeat that part?

Page 84

1    MR. SHIMOTA:  Q  Sure.  You'd have fluid which would
2    be drained through the hose member, that fluid would
3    then proceed to the suction side of the pump, and would
4    then proceed through the filter, then the fluid would be
5    sent to or transported to the trough again?
6    A    Not the fluid within the tube because within
7    the tube is the dirty fluid.  The clean fluid is still
8    in the container, remains in the container.
9    Q    So what is the purpose then of the filter in
10    Figure 7?
11    A    The purpose is as you can see that outside you
12    have clean fluid and inside is the dirt accumulated.
13    Q    So is it correct then that dirty fluid is
14    pumped through inlet 50 and then --
15    A    Right.
16    Q    And clean fluid flows out through outlet 64?
17    A    So the pressure in tube 50 at the same time
18    through 64 the clean fluid is at the same time pumped
19    out.
20    Q    Did you ever consider only using the hose
21    member to filter dirty fluid?
22    DR. STUTIUS:  The dirty -- permeable hose member?
23    MR. SHIMOTA:  Yes.
24    A    It functions like in a filter tube.  This was

Page 85

1    how -- this was the idea.  This was for seeing in the
2    drawing.  The idea was the dirty fluid would be
3    transported through this smoothest member and that
4    smoothest section device that the tube would be always
5    full, that the clean water would enter the tube through
6    suction.
7    Q    Did you ever consider modifying Figure 1 to
8    remove the permeable hose member?
9    A    We worked on different possibilities for that
10    patent application which could have been used as a
11    choice, alternatively.
12    Q    Which choice did you prefer?
13    Let me rephrase that question.
14    As between operating the device with the hose
15    member or without the hose member, which choice did you
16    personally prefer?
17    A    To be on the safe side we decided to have these
18    alternatives.  If I had to decide now what we did 12
19    years ago, I would start again to work on the subject
20    and then decide.
21    Q    Well, did you personally prefer the use of the
22    hose member over an embodiment without the hose member
23    when you were doing your work?
24    A    I think in our functional model the fluid

22 (Pages 82 to 85)

Gebhard Braun April 26, 2005
Volume 1

Page 86

1 container with the fluid that was clean and we pumped
2 the dirty fluid into the filter and the clean fluid was
3 pumped into the cleaning trough.
4 Q Let's see if I understand that. So did you, in
5 fact, think the device worked better without the hose
6 member?
7 A I think that was the idea. The things id we
8 would have had to develop this permeable hose member and
9 I think it was not yet developed fully.
10 Q And because it was not developed fully -- is it
11 correct that because the hose member was not developed
12 fully it was not implemented?
13 A It was not all incorporated because we were
14 able to set up a functional and operable sample without
15 it.
16 Q And how were you able to do that?
17 A As I said before this functional scheme,
18 Figure 6, fluid we had in number 40, via pump number 23,
19 via the tubing 50, the dirty flood was pumped into the
20 filter, which cleaned it and pumped it back via this
21 tube with a number into -- pumped back to -- to tube 64.
22 Q You mentioned earlier that most of the work
23 that you did on the device was in the drafting of the
24 science, is that correct?

Page 87

1 A This is right at least for the beginning of the
2 works because without this draftings or drawings or the
3 prototype could not be set up. When the prototype was
4 ready it was my task to test it, to improve it or to
5 have it improved, to change the components or parts
6 until the prototype as a whole worked in a way that was
7 acceptable for all.
8 Q Did you do any -- I know you mentioned earlier
9 in the day that you talked with the suppliers of
10 cleaning fluid, is that correct?
11 A I said it is possible that I talked to him to
12 receive cleaning fluid. I have a very vague idea now
13 that he received fluids, but I'm not sure whether we
14 even used them. I think the fluids were selected by
15 Dr. Pahl. I think I received -- I asked -- was
16 supplied -- to send it to me, but we did not even use it
17 at all. It was just in the cabinet. It was more for
18 later use for production that it was -- which fluid
19 could be used but what we used for the testing phase we
20 had already.
21 Q What did you use for the testing phase?
22 A The fluid Dr. Pahl provided me with and I did
23 not know -- what it was.
24 Q So you did know what the composition of the

Page 88

1 cleaning fluid was?
2 A Yes, that's right, that does mean that. This
3 was a thing of chemistry and I was not interested in --
4 it was not my task to care about that.
5 Q Well, department -- I mean well -- when you
6 tested the device, didn't the composition of the
7 cleaning fluid affect the efficacy of the cleaning?
8 A Yes, it's possible, but regarding the effect of
9 the cleaning we think we did not have a problem. We
10 thought we should improve the cleaning fluid for the
11 effect of the cleaning which had to be fat soluble and
12 talcum soluble.
13 DR. STUTIUS: Residue from the shaving, talcum and
14 sebum.
15 A Sebum soluble.
16 MR. SHIMOTA: Q You knew that the cleaning fluid
17 had to be talcum soluble, correct?
18 A Yes.
19 Q At some point you started working on the
20 cleaning fluid, correct?
21 A I cannot remember that I would have optimized
22 that.
23 Q Who would have?
24 A I think regarding the cleaning fluid Dr. Pahl

Page 89

1 in the house -- I think in the house of Braun, Braun
2 Company they would have performed a lot of tests in the
3 quality test department and you had connections in the
4 house and I suppose Dr. Pahl received cleaning fluid
5 from quality department in the house, or the testing
6 department of the company.
7 MR. PATTON: Jim, is this -- 4:00 o'clock, I'd like
8 in any event to take a short break and then ask you how
9 much longer you think you may have to see what --
10 MR. SHIMOTA: I have quite a bit more so --
11 MR. PATTON: I think perhaps we ought to adjourn
12 then for the day. I don't want Mr. Braun to get too
13 tired from this. Perhaps I can talk to him off the
14 record, we can see how he's feeling.
15 Do you have any estimate of how much?
16 MR. SHIMOTA: I would think it would be probably a
17 full day roughly speaking.
18 MR. PATTON: Okay. We'll take a break and have a
19 discussion.
20 THE VIDEOGRAPHER: We're going off the video record
21 of tape number 3 at 4:01 p.m.
22 (Off the record)
23 - - - - -
24 STATE OF ILLINOIS )
) SS:

23 (Pages 86 to 89)

Gebhard Braun · April 26, 2005
Volume 1

Page 90

1  COUNTY OF C O O K  )
2
3      The within and foregoing deposition of the
4  aforementioned witness was taken before CAROL CONNOLLY,
5  CSR, CRR and Notary Public, at the place, date and time
6  aforementioned.
7      There were present during the taking of the
8  deposition the previously named counsel.
9      The said witness was first duly sworn and was
10  then examined upon oral interrogatories; the questions
11  and answers were taken down in shorthand by the
12  undersigned, acting as stenographer and Notary Public;
13  and the within and foregoing is a true, accurate and
14  complete record of all of the questions asked of and
15  answers made by the forementioned witness, at the time
16  and place hereinabove referred to.
17      The signature of the witness was not waived,
18  and the deposition was submitted, pursuant to Rule 30
19  (e) and 32 (d) 4 of the Rules of Civil Procedure for the
20  United States District Courts, to the deponent per copy
21  of the attached letter.
22
23
24

Page 91

1      The undersigned is not interested in the within
2  case, nor of kin or counsel to any of the parties.
3      Witness my official signature and seal as
4  Notary Public in and for Cook County, Illinois on this
5  _____ day of _____, A.D. 2005.
6
7
8          CAROL CONNOLLY, CSR, CRR
           CSR No. 084-003113
9          Notary Public.
           230 West Monroe Street
10         Suite 1500
           Chicago, Illinois 60606
11         Phone:  (312) 263-3524
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 92

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MASSACHUSETTS.
2
3  BRAUN GmbH,                )
4          Plaintiff,         )
                              )
5      -vs-           )  No. 03-CV-12428 (WGY)
                              )
6  RAYOVAC CORPORATION,       )
                              )
7          Defendant.    )
8      I hereby certify that I have read the foregoing
9  transcript of my deposition given at the time and place
10  aforesaid, consisting of Pages 1 to 92, inclusive, and I
11  do again subscribe and make oath that the same is a
12  true, correct, and complete transcript of my deposition
13  so given as aforesaid, and includes changes, if any, so
14  made by me.
15
16          _____
            GEBHARD BRAUN
17
18
19
20  SUBSCRIBED AND SWORN TO before me this
21  _____ day of _____, 2005.
22  _____
23  Notary Public
24

Page 93

1  CASE:  BRAUN -vs- RAYOVAC
2  DATE TAKEN:  April 26, 2005
3  DEPONENT:  GEBHARD BRAUN
4  PAGE   LINE              ERRATA SHEET
5  ____  ____  CHANGE: _____
6  ____  ____  REASON: _____
7  ____  ____  CHANGE: _____
8  ____  ____  REASON: _____
9  ____  ____  CHANGE: _____
10  ____  ____  REASON: _____
11  ____  ____  CHANGE: _____
12  ____  ____  REASON: _____
13  ____  ____  CHANGE: _____
14  ____  ____  REASON: _____
15  ____  ____  CHANGE: _____
16  ____  ____  REASON: _____
17  ____  ____  CHANGE: _____
18  ____  ____  REASON: _____
19  ____  ____  CHANGE: _____
20  ____  ____  REASON: _____
21  ____  ____  CHANGE: _____
22  ____  ____  REASON: _____
23  (SIGNED)_____
24  Reporter:  Carol Connolly

24 (Pages 90 to 93)

Gebhard Braun   April 26, 2005
Volume 1

Page 94

LEGALINK - CHICAGO
230 West Monroe Street - Suite 1500
Chicago, Illinois 60606
(312) 263-3524   (312) 236-8461
May 6, 2005

MR. WILLIAM L. PATTON
One International Place
Boston, Massachusetts 02110
CASE: BRAUN -vs- RAYOVAC
CASE NO.: 03-CV-12428 (WGY)
DEP OF:  GEBHARD BRAUN    DATE TAKEN: April 26, 2005
Dear Mr. Patton:
Per your instruction, enclosed is a copy of the
deposition transcript, along with the original signature
page and errata sheet.
Pursuant to the rules of court in this matter, the
transcript is to be read and then signed before a notary
public.
If any corrections/changes are to be made, please TYPE
or PRINT them on the attached errata sheet, giving the
page and line number, desired correction/change and
reason.

Please arrange for accomplishment of same and
transmittal of the signature page and errata sheet back
to our office within 30 days from the date of this
letter.
Upon failure to comply, we shall forward an appropriate
affidavit of noncompliance to all counsel of record.

Sincerely yours,

LegaLink - Chicago

cc: Mr. James Shimota (org)

C.C.          Job No. CC126179

---

Page 2005

CASE: BRAUN -vs- RAYOVAC
DATE TAKEN: April 26,
DEPONENT: GEBHARD BRAUN
PAGE   LINE                 ERRATA SHEET
____  ____  CHANGE: _____
____  ____  REASON: _____
____  ____  CHANGE: _____
____  ____  REASON: _____
____  ____  CHANGE: _____
____  ____  REASON: _____
____  ____  CHANGE: _____
____  ____  REASON: _____
____  ____  CHANGE: _____
____  ____  REASON: _____
____  ____  CHANGE: _____
____  ____  REASON: _____
____  ____  CHANGE: _____
____  ____  REASON: _____
____  ____  CHANGE: _____
____  ____  REASON: _____
____  ____  CHANGE: _____
____  ____  REASON: _____
(SIGNED)_____DATE_____
Reporter:  Carol Connolly

25 (Pages 94 to 2005)

**A**

able 46:10 65:13 81:7
 86:14,16
absolute 63:8
absolutely 37:15 42:20
abstract 63:8
acceptable 87:7
access 37:13,17
accessible 33:9,10,12
accomplish 80:7
accomplishment 94:15
accounting 23:1 26:8
accumulated 84:12
accurate 51:4 58:23
 72:2,10 90:13
accurately 6:16
achieved 24:12 74:1
acknowledge 24:5
acting 90:12
active 61:9
actual 28:6
actuators 30:14,15,17
add 68:11
added 33:4 34:5 38:16
adding 76:7
addition 20:5
adjourn 89:11
advertisement 32:2
advertisements 31:10
 32:10
affect 31:16 63:4,5
 88:7
affidavit 94:18
aforementioned 90:4,6
aforesaid 92:10,13
afraid 31:16
afternoon 37:8
ago 45:13 85:19
agree 51:13 52:10 53:1
 53:13,14,23
agreement 9:18
aid 53:21 54:1
aims 80:7
air 18:10
al 4:9
algebra 11:18
allow 76:13
allowed 53:10,15
alternatively 85:11
alternatives 85:18
altogether 11:16
America 22:24
answer 5:18 6:7,16
 46:14,15
answering 6:6

answers 5:4,23 90:11
 90:15
anticipated 68:15
Antifogger 28:14
anular 80:21,23,24
anybody 55:13
anymore 6:18
apologize 58:8
apparatus 67:18 68:14
application 22:23 33:1
 49:6,14,17 85:10
applications 49:1,2
applied 11:2 23:3
 24:15 26:3,13 29:16
 79:14
appreciate 5:18 37:2
apprentice 16:14 18:23
 19:22
apprentices 15:4
apprenticeship 15:2,7
 15:8 19:4,7 22:10,11
 22:13 23:18
approach 47:11
approbation 76:16,20
appropriate 94:18
approximate 40:7
 56:18
approximately 25:20
 32:7 38:18 39:17
 41:18 42:2 45:4
 56:18 57:12
April 1:15 3:2 4:3 93:2
 94:7 2005:2
arrange 94:15
arrangements 57:23
art 49:9,13
aside 13:14 22:11
 34:16 42:22 44:15
 48:15 55:12
asked 36:14 40:21,21
 41:2,4 48:1 56:21
 87:15 90:14
asking 5:22 7:6 8:15
 67:13
asserted 7:22
assistance 47:16
association 4:4
astonished 46:21 64:15
atmosphere 62:9 80:18
 80:22
attached 81:19,19
 90:21 94:13
attachment 81:24 82:6
attempt 74:4
attend 11:6 19:13,14

attended 10:24
attention 70:11
aufnahmeteil 51:10
automated 16:5
automatically 64:7
automobile 28:10 29:1
 29:6
automobiles 26:17 29:8
Autumn 25:12
avoid 78:12 79:16,24
avoiding 72:15
aware 37:20 38:1 51:21
 52:3,16 53:5
A.D 1:15 91:5
a.m 1:15 4:2 37:6

**B**

Bachelor's 24:7
back 8:13 9:12 11:1,2
 23:1 24:18 37:9,11
 43:24 52:2 65:2,4,7
 75:16,18 83:23 86:20
 86:21 94:16
background 5:16 10:23
 20:3,20,20,24 21:4
based 58:16
basic 11:16 12:20,22
 13:1
basically 18:1 45:14
 49:5
basin 16:21
basis 71:13
Bates 50:14 58:7 65:6
bath 16:23 17:16
bathed 74:6
bear 24:6
bearing 50:14 58:7
 65:6
Beckert 14:21 18:24,24
beginning 25:14 27:4
 56:15 65:17 87:1
begins 4:7 37:9 65:7
 75:17
behalf 2:6,11 4:17,19
 36:6,8
believe 6:10 51:4 56:23
 58:23 59:5,10 63:17
 77:3,20
better 56:15 86:5
beyond 12:1 81:3,9
 83:2
big 16:15 18:1 39:12,13
Bill 4:18
binder 34:7 49:6
binders 34:10

bit 5:16 19:13 31:15
 50:4 56:3 70:22
 80:19 89:10
blade 61:19 63:20,22
 64:4
block 61:21,22 62:18
 62:19,22 63:2 69:13
board 35:19,20 68:19
body 29:9
boiling 17:22,23
book 33:13 34:4
boss 27:7
Boston 2:5 4:19 94:5
bottom 59:4 80:3
bought 55:18
bracket 66:21,22,24
 67:1,4 68:13
Braun 1:3,10,13 2:13
 3:1 4:8,12,19 5:5,13
 6:20,22 7:7,13,15,16
 9:2,10 10:12 29:17
 29:18,21,22 30:1,3
 30:10,18 32:6,12,14
 32:20 33:7,12,20
 34:18,22 35:10,17,23
 36:23 37:12,17,19
 39:10 40:10,14,18,18
 44:17 47:23 50:7
 55:18 57:2,21 58:19
 61:10 67:4 70:9 74:8
 82:22 89:1,1,12 92:3
 92:16 93:1,3 94:6,7
 2005:1,3
Braun's 7:21 9:23 10:2
 49:23 77:11
break 6:11 22:4 25:8
 37:2,3 58:4 63:12
 64:21 75:12 89:8,18
brief 37:2
brought 7:16
brush 47:5 61:20
brushes 16:3 54:21
builders 68:20
built 68:21
business 26:15
buy 76:2
B00 65:6
B001058 50:14
B001063 50:14
B001064 58:7
B003074 65:7
B003075 65:6
B003076 65:7

**C**

C 90:1
cabinet 32:18,19 41:24
 42:2,6,6,15,16 43:12
 44:3,4,16 52:2 87:17
cabinets 20:9,15
cafeteria 57:24
Calculating 26:9,10
call 12:5 24:1,15,19
 25:19 43:20 69:24
called 5:2,6 10:14,24
 11:1 23:24 24:1 48:5
 61:2
cap 82:13,16,22,24
care 88:4
career 19:6 34:8
Carol 1:10 4:5 90:4
 91:8 93:24 2005:24
cartridge 66:8,17
 71:18
case 64:16 81:21,23,23
 91:2 93:1 94:6,6
 2005:1
casting 20:1,1,4 22:19
cc 94:22
CC126179 94:23
center 50:21,22 51:1,11
 52:9 53:20 68:23
certain 24:3 34:12 67:7
certainly 7:3,20 34:11
 41:5 50:7,10
certificate 24:5
certified 4:4
certify 92:8
challenge 64:6
change 68:5 75:11 87:5
 93:5,7,9,11,13,15,17
 93:19,21 2005:5,7,9
 2005:11,13,15,17,19
 2005:21
changed 24:1 68:2,6
changes 92:13
characteristic 17:18
charging 81:12 82:3
chemical 12:17,19,21
 13:3
chemicals 13:5
chemistry 11:21,24
 12:1 13:1,7 88:3
Chicago 2:9 91:10 94:1
 94:2,20
choice 85:11,12,15
chronological 49:3
chronologically 22:7
circuit 20:20,20,24
 21:4

City 20:16
Civil 1:11 90:19
civilized 69:3
clarify 67:2,3 72:14
clean 25:9 28:10 61:19
  61:22 62:11 63:20
  64:4 72:17,18,19
  73:23 74:15,16 83:12
  83:15,16,17,18 84:7
  84:12,16,18 85:5
  86:1,2
cleaned 16:23 31:24
  32:1 64:18 80:17
  82:2 86:20
cleaner 31:17,18
cleaning 15:12 16:9
  25:5 26:4 27:19,24
  37:21 38:2,7,11,19
  38:23 39:10 40:19
  43:7 44:7 45:1,9,22
  45:23 46:2,12 47:1,8
  47:10,14,17,19 50:21
  50:22 51:1,11 52:9,9
  52:12,17,24 53:2,7
  53:11,12,16,17,20
  54:6 59:11,17,18,22
  60:19,22 61:5,7,12
  62:3,9,21 63:1,3,7
  64:5 66:8,12,13,17
  68:2,4,12,23 69:2,4
  69:14,15,18,20 70:4
  71:19,21,22 72:9,16
  72:18,19,20 73:13,21
  74:4,5 75:3,8,9 76:4
  76:8 77:4 79:4,7 82:3
  82:23 83:10,12 86:3
  87:10,12 88:1,7,7,9
  88:10,11,16,20,24
  89:4
cleansed 62:19
cleansing 16:6
clear 47:2 55:7 67:9
  72:17
clock 29:12,13
clocks 26:18
close 17:3 56:20
closed 64:17 77:23 79:1
  80:12
cloth 16:3
colleagues 60:5
college 11:24 12:2 14:5
combination 72:8
come 26:11 29:14 32:9
  32:10 36:14,17 37:1
  41:5 54:16 68:1

Coming 64:1
communicate 35:10
companies 30:21 44:20
company 4:9,9,12 6:22
  7:5 8:6 14:17,19,22
  19:10 20:6,7,14,19
  23:2 24:4 29:16
  31:19,21 35:12 39:4
  39:8,12 41:13 43:2
  45:11,12 47:13 48:12
  55:17,19 56:10,16
  60:10 89:2,6
Company's 18:24
compartment 72:19
competition 31:16
competitive 32:21
competitors 32:17
competitor's 32:13,15
complete 48:4 57:16
  90:14 92:12
completed 18:4
completely 42:24 48:3
comply 94:18
component 83:6
components 15:19
  44:19,20,21 51:1,14
  82:14,15 87:5
composition 87:24 88:6
concentrate 13:10
concept 82:1
concludes 37:5 75:13
concrete 47:2 58:14
conference 9:11
configure 78:6
configured 78:7,11,12
  78:20 80:1
confronted 28:20
confused 67:15 70:22
connected 31:5
connecting 52:24 53:2
  53:6
connection 7:16,21
  10:3 44:24 47:9 61:8
connections 89:3
Connolly 1:10 4:6 90:4
  91:8 93:24 2005:24
consider 10:13 47:8
  84:20 85:7
considered 74:3
considering 19:8
consisting 53:21,24
  92:10
construction 23:4,11
  23:12 25:19 26:22
contact 14:18 35:2

45:11,16,19 46:1
47:6 60:21 76:21,24
78:23 79:17 80:22
contacted 9:10
contacts 45:14
contain 38:6
contained 38:17 66:19
container 16:15 52:9
  52:11,17,24 53:3,7
  53:12,17 62:3 66:12
  66:13 69:8,19,20,23
  70:3,4,6,7,16,20 71:5
  71:6,20,22,23 72:16
  73:2,4,6 77:14,15,23
  84:8,8 86:1
containers 16:22
contains 38:20 66:20
  71:23
continually 22:2
continued 43:10 59:18
continues 65:3
contraption 81:7
contributed 65:20,21
control 45:14
convenient 37:1
conversation 8:6
convinced 66:3
Cook 91:4
cooking 17:21,23
copies 39:23,24 40:4,5
  48:17,18
copy 90:20 94:9
corporation 1:6 4:17
  7:23 10:10,18,20,21
  92:6
correct 5:24 7:17,21,23
  8:1 11:13 14:4 16:9
  17:1 18:10 22:11
  25:18,24 28:24 29:18
  37:21 38:16 43:6
  44:4,5 48:10 51:20
  52:6,22 54:24 63:7
  71:7 73:8,10 78:13
  78:17 79:4 81:1
  82:11 83:23 84:13
  86:11,24 87:10 88:17
  88:20 92:12
corrections/changes
  94:13
correction/change
  94:14
correctly 29:4
correspond 34:21
corresponded 45:1,5,8
correspondence 34:24

44:19 46:19,22
counsel 2:2 4:13 6:10
  6:20 8:4 9:24 10:3
  75:11 90:8 91:2
  94:18
countries 24:23
County 90:1 91:4
couple 67:3
course 5:17 6:2,5,11
  7:9 10:13 11:10,21
  12:16,24 13:7,15
  32:12,16 33:6 34:8
  34:15,22,23 35:2
  38:3,8 44:5,8 45:3
  52:7 53:8 73:1,12
courses 12:2,10,15
court 1:1 4:5,10,20
  92:1 94:11
Courts 1:12 90:20
cover 74:22
covered 11:17 50:9
  54:9 79:8
covers 28:15
co-inventorship 7:24
cradle 51:2,7,8,11,15
  51:19,22 52:4,10,12
  52:18,23 53:10,11,15
  53:16 66:14 70:1,1
  70:17 72:22 75:1,5
  70:17 72:22 75:1,5
Crates 16:22
create 73:13
created 43:6
CRR 1:10 90:5 91:8
CSR 1:10 90:5 91:8,8
cupboard 32:17
customer 76:1,22
cutter 61:21,22 62:18
  62:18,21 63:2,20,21
  63:22 64:4
cutting 63:7 74:16,22
  78:22 82:14,15
C.C 94:23

D

d 90:19
date 4:2 9:9,9 39:3 49:2
  56:20 59:8 90:5 93:2
  94:7,16 2005:2,23
day 1:15 5:17 6:2 9:7
  42:17 87:9 89:12,17
  91:5 92:21
days 41:3 94:16
Dear 94:8
debris 54:19,22 63:9
  83:9

decide 85:18,20
decided 85:17
declaration 7:13,15,18
  7:20 8:4 50:15,20
defendant 1:7 2:11
  4:17 92:7
defendant's 50:13 58:6
  65:5 70:8
definition 30:9
degree 23:23 24:8,12
  31:3
delivered 16:13 44:21
DEP 94:7
department 8:7,22
  9:23 10:3 15:3 23:12
  23:13,14 25:18,21
  27:6,7 28:3 33:1,3
  39:15 41:13 45:12,15
  45:17,19,23 46:2,4,6
  46:11,20,24 47:3,13
  47:16 49:1,23,24
  71:13 76:20,21 88:5
  89:3,5,6
departments 45:12,15
deponent 90:20 93:3
  2005:3
deposited 69:15,18
  72:1
deposition 1:9 2:2 3:1,9
  3:10,11,12 4:7,11
  5:16 6:12 7:7,8,9
  72:16 90:3,8,18 92:9
  92:12 94:9
depositions 1:13
describe 10:22 48:22
describing 35:23
design 20:20,21,24
  21:4,6 23:13,14
  25:18,21 26:5,22,24
  27:2
designed 27:6
designer 26:23
desired 94:14
destroyed 48:6,11,19
destroying 48:15
details 81:11
determine 6:7
develop 27:5,21 56:14
  63:20 64:6 74:4 86:8
developed 27:13 30:20
  43:8 47:20 54:10
  55:15 60:9 61:15
  63:19 79:2,2 86:9,10
  86:11
developing 65:24

development 30:5,19
39:15 43:10,20 65:20
69:6
developments 56:22
61:9
device 14:2 16:17 17:6
17:10 18:13,18 31:4
31:4 47:19 52:1
53:10,15 56:14 57:15
57:17 60:22 61:8
62:17 63:16,19 67:22
68:4,5,7,24 69:1,7
72:9 73:23 76:2,3,4,8
76:14,16,22 77:2,4,8
78:3,20 80:9 81:12
81:12,13,14 82:2,2,3
82:3,23 83:6 85:4,14
86:5,23 88:6
devices 13:11,12,13,15
13:21 14:5,12,18
15:5,6,17 17:24 28:9
32:16 81:16
diaries 34:14 38:5
diary 33:16,19,21 34:1
34:2,4,9,16 38:4,5,17
38:22 48:5,9,15
die 20:1,4 22:19
Dietrich 50:15
different 11:3 14:12
16:5,21 20:7 24:14
24:22 33:14 36:9
57:19 67:1 85:9
differentiate 72:13
difficult 25:1 28:2
59:12,13
diminish 17:13 77:13
diploma 24:19
direct 35:2 70:11
direction 55:15
directly 46:4 53:11,17
74:18
director 60:16,17
dirt 69:12,13,17 70:6
72:16 84:12
dirty 69:8,20 83:13,14
84:7,13,21,22 85:2
86:2,19
disassemble 64:14
Disassembled 15:21,22
disassembling 64:10
discussed 22:10 75:19
83:2
discussing 35:7 49:20
50:4,17
discussion 89:19

dismantled 15:20
distance 78:10,21
District 1:1,1,12 4:10
4:10 90:20 92:1,1
document 49:4 50:14
57:22 58:7 65:6
documents 7:10 9:8,13
9:13 10:2 35:10,11
39:2,9,17 40:2,4,6,11
40:19,23 44:2,3,15
44:16,19 46:8,9,16
47:23 48:1,13,16,21
48:22,24,24 49:19,22
50:3,4,6 57:9,11
doing 57:22 85:23
double 39:19
double-walled 70:5
dozens 39:19,19,20
Dr 2:14 8:1 12:7,13
13:12,16 15:21 16:11
16:22 17:6,12,22
18:1 19:11,17 20:1,9
20:12 21:5,12,16,20
22:16 23:5,8,13
24:21 25:13,15 26:9
26:18,23 28:5,13,15
29:10 30:6,14 32:18
33:2,17 34:7 35:14
35:19 36:13,16,22
39:5,22 41:22 42:7
42:12,15,18 43:2,6,9
43:15,17 44:13 45:18
47:18 48:3,7 49:5
50:18,20,20,24 51:5
51:6,8,14,21,24 52:3
52:8,11,16,22 53:1,5
53:9,13,14,19,23
54:3,15,23 55:1,5,6,7
55:12,15 56:1,3,12
56:21,24 58:22 59:5
60:1,6,8,12,12,17,19
60:21 61:4,6,11
62:13,24 63:3,16
64:2,11,13 65:10
66:7 67:19 68:9
69:15,23 72:3,11,24
73:5 75:20 76:11,24
77:11 78:3,5,16
79:10,14,21 80:11,21
81:4,10 83:4,17
84:22 87:15,22 88:13
88:24 89:4
drafting 20:4 86:23
draftings 87:2
draftsman 19:11,16,23

20:5,7
drained 18:6 53:11,16
84:2
draw 65:13 68:19
drawer 19:10 39:12,13
39:18 40:3,7,12,14
40:16,23
drawing 35:19,20
52:24 57:18 59:2
66:18 68:16,17,19,19
70:21 71:9,11 72:24
73:1 80:13 85:2
drawings 34:20 39:11
39:20 43:1,23 48:17
56:4,5 87:2
dried 17:17 18:5,7 76:6
drive 2:9 30:14,15,17
81:6,7
dry 30:20,22 31:8 51:2
51:15,23 52:5
dryer 53:21,24
drying 18:10 53:22
54:1
duct 17:12 18:8
duly 5:6 90:9
Duncan 2:17 4:3
D-61476 1:14

**E**

e 90:19
earlier 52:20,21 77:18
86:22 87:8
earliest 9:9
early 53:7 68:9
easier 76:2
easily 80:6,9
East 2:9
education 14:7,16,16
15:4 19:13,23 21:9
21:18 24:3,18 25:3
educational 10:23
24:22
effect 73:22 88:8,11
effective 47:21
efficacy 88:7
either 39:5 49:22
Electra 20:16 22:20
23:16 25:5
electric 13:20
electrical 13:11 14:5
20:9,24 21:4,5,7,8,17
21:24 31:4,4 77:8
electricity 31:5
Electromechanical
13:12,13

electronic 37:13
Ellis 2:8 4:16
embodiment 85:22
employed 27:4 29:15
30:1,10 36:23 37:12
employer 18:22
employment 22:7,12
27:20 33:20 34:22
enclosed 80:5,15 94:9
ended 27:17
engine 18:20
engineer 23:24 24:2,4
24:13,19
engineering 10:24 11:6
11:9,12,23 12:2,7,8
12:11,11,13,15,17,19
13:2,8,21 14:4,15
19:8,13 20:24 21:4,7
21:8,9,10,17,19,24
22:9,14 23:5,6,20,23
24:18 26:1
engineers 34:21 35:7
35:10
English 5:3,4 8:23
11:14
enter 22:21 69:13
73:24 85:5
entire 33:12
entries 38:17,20,23
environment 31:9
equivalent 25:2
era 24:16
errata 93:4 94:10,13
94:16 2005:4
especially 26:8 73:22
essential 21:13,13,15
21:16,18,22 34:19
essentially 27:4 32:24
41:19
estimate 40:8 89:15
et 4:9
event 89:8
exact 39:3
exactly 16:1 28:19 32:5
44:18 55:2 58:14
59:9 60:14 64:17
83:1
exam 19:21 22:13
EXAMINATION 3:4
5:9
examined 5:7 90:10
example 60:6 77:8
81:11
excess 53:10,16
excuse 12:18 27:14

28:17 29:3 30:2 35:8
38:4 47:21 49:11
executed 68:20
Exhibit 3:9,10,11,12
50:13,16 58:6,12
65:5,8 70:8,10
EXHIBITS 3:7
exist 35:12 38:21,24
existed 35:11 37:19
65:17
existing 39:15 68:7
experience 76:21 77:1
77:3
experimented 27:12
experiments 27:11
41:21
explain 25:3
extensively 11:17
extent 50:5,8
external 55:14,16,23
56:9 57:21 71:5
extra 11:7
e-mail 37:17,19

**F**

F 2:4
facilities 61:9,10
facility 15:11 25:6
58:19
fact 28:21 55:9 86:5
failure 94:18
fair 14:10 40:2 67:11
falls 73:24 77:9
familiar 24:7
fantastic 54:18,23
73:21
far 42:7 47:20 80:5
fast 63:10 73:23
fat 88:11
faucet 32:2
feared 30:23
February 59:7
fed 83:22,23
Federal 1:11
feel 31:1,17,18 47:11
feeled 17:21
feeling 89:14
felt 74:1
field 12:11
Figure 70:11,23 71:3
84:10 85:7 86:18
file 44:4 49:10
files 50:5
filled 22:21 73:10,11
74:21 75:1

filter 66:17,19,20 71:18 83:6,7,8,14,22 84:4,9 84:21,24 86:2,20
finally 6:14
fine 9:21
fingers 82:21
finished 23:22 41:24
finishing 19:18,18
firm 6:24 7:4
first 5:6 8:18 9:1 17:1 21:2 22:23 25:17 28:20,30:1,3,20 43:6 48:14,14 50:20 72:13 75:20 83:8 90:9
fit 17:8
five 45:6
fixed 51:18 61:1 67:22 81:21
flood 86:19
flows 84:16
fluid 12:23 17:20 45:10 52:9,12,17,24 53:2,7 53:11,12,16,17 54:20 54:21 61:24 62:3 63:1,3,7 64:5,18 66:8 66:12,13,17 69:7,9 69:11,13,14,16,18,20 69:20 70:4 71:1,19 71:22,23,24,24 72:16 72:18,20 73:2,3,7,8 73:11,14,19,20,23 74:5,9,11,13,18,21 75:1,4 77:12,13,20 77:21 78:13 79:17,23 80:1 83:9,9,13,14,15 83:16,17,18,20,22 84:1,2,4,6,7,7,12,13 84:16,18,21 85:2,24 86:1,2,2,18 87:10,12 87:18,22 88:1,7,10 88:16,20,24 89:4
fluids 87:13,14
flush 74:10,18
focus 13:9,14
focused 13:21 14:5,13
focusing 14:11
fogging 28:13,15,16,18 28:21,22 29:2,6
foil 63:24 64:1 82:18 82:19
foils 39:22,23 63:23
following 2:2
follows 5:8 82:18
follow-up 10:16
foregoing 90:3,13 92:8

forementioned 90:15
form 9:19 34:2,24 46:13 62:5 72:4 74:19 76:18 77:6 78:18
formally 10:15
former 60:15
forward 94:18
found 73:22 74:20
four 11:16 20:7 22:20 23:16 25:4
Fröhlich 2:15
France 42:19 55:20,21 55:24 56:5,19 57:6 57:19 58:19 59:18
Frankfurt 26:13
Frankfurter 1:14
free 41:4 54:22 78:22 78:23
French 56:5 57:10,12
frequency 62:24 63:1,2
front 80:8
FRÖLICH 5:1
full 85:5 89:17
fully 15:23 86:9,10,12
function 15:23 53:22 54:1,6 61:13,14 64:7 81:22 83:8,13
functional 41:19 42:7,9 53:20 85:24 86:14,17
functions 84:24
further 43:10 56:14,21 63:19
future 59:3

**G**

gain 13:2 20:19,23 21:3
gained 13:6
gap 80:21,21,23,24
gear 20:10,13
Gebhard 1:10 3:1 4:8 5:5 70:9 92:16 93:3 94:7 2005:3
general 33:5 35:15 46:7 77:7
generally 14:6 33:9,10 33:11 48:23
generate 35:6,9,21 36:7
generated 38:10
gentleman 41:14
gentlemen 8:23
geometry 11:19
German 5:3,4 11:18,19 25:19 51:10 54:13
Germany 1:15 4:12

23:2,2 24:12
giesser 19:24
Gillette 4:8,12
gist 64:8
give 50:10 80:3
given 92:9,13
giving 94:13
glass 28:12,15,18,24 29:5,12
glimpses 66:4
GmbH 1:3,13 2:13 92:3
go 5:15 9:17 11:5 18:21 19:8,20 23:3 57:24 58:1 60:23 79:8,12 83:20,21
going 4:1 14:14 22:19 37:6,8 64:23 65:2 75:14,16 89:20
good 4:1 5:13,14 37:8 74:23
grab 77:9
grad 24:2,5,6
grade 19:17,18,19,20
graduated 24:2,13
granted 49:6
Gray 2:3,14 4:18 7:1,4 8:16,18 49:23
greasy 61:23
great 11:4
greeted 8:11
group 30:2 55:14,16,17 55:24
Groz 14:21 18:24,24
guess 8:17 10:15 50:2
gymnasium 24:16

**H**

Höser 41:11
hair 74:10,18
half 19:1,9 22:21
handled 76:14
handwritten 9:15
happen 61:24
happened 17:16
hazardous 77:7
head 46:3 47:19,20 51:2,15,17,18,23 52:5 61:1 63:7 64:9 64:10,14,20 74:10,16 74:18,22 75:7 77:24 78:8,10,22,22 80:4 80:11,12,14,14,17
heads 78:21
hear 13:18 56:9 59:21

59:24 60:10 75:22
heard 55:14 56:6 57:8 59:24
hearing 60:3
hearsay 60:2
heater 53:21,24
held 4:11 82:9
help 8:19 46:10
hereinabove 90:16
Hexner 60:6,7,8,12,19 60:21 61:4,6,11
high 11:5 24:15,16 74:21 78:1
higher 19:12,13 36:21
highest 31:3
Hilfinger 46:3
hire 8:20
hired 8:21
history 22:7,12
hold 26:20 73:16 78:7 82:7
holder 17:1,4,8
holds 82:12
holidays 41:4
home 48:13
horizontally 24:24
hose 83:20 84:2,20,22 85:8,14,15,22,22 86:5,8,11
house 89:1,1,4,5
housing 20:10 29:10,11
housings 20:12 79:19 79:19
huge 18:17,18 39:16
humidity 28:23
hundreds 40:5

**I**

id 86:7
idea 13:10 54:17 55:2,5 68:23 74:9 76:1 85:1 85:2 86:7 87:12
ideas 54:23
identified 67:5
identify 4:13
ignorance 19:3
Illinois 2:9 89:24 91:4 91:10 94:2
im 1:14
imagine 10:5 17:20 46:17 71:12 73:18
immerse 79:8
immersed 73:19,20 83:12
impeller 53:21,24

implemented 86:12
important 12:14,15 14:9 21:9,11,12,21 21:22 29:12 77:24
impressed 18:15,16 55:10 62:17 63:6,9
impressive 18:19,20
improve 22:18 52:2 87:4 88:10
improved 87:5
improvement 72:3,10 77:10
improvements 68:23 75:19 81:3,5,10 83:3
incident 76:9
include 66:17,21 67:17 68:13 70:3
included 11:24 53:20 53:24 68:3
includes 92:13
including 51:1,14 59:3
inclusive 92:10
incomplete 6:8
incorporated 55:18 56:8 86:13
incorrect 6:8
independently 37:14
indicated 6:10
indicators 26:19
individual 57:3 63:15
individuals 46:23 47:15 56:24
influence 28:22
influenced 62:21
inform 41:5 44:6,9
information 32:14,21 32:23 36:14,16 44:7 44:9 45:16 46:23 47:3
informed 40:22 41:1,14
inlet 84:14
insert 83:15
insertion 68:13
inside 29:13 56:16 67:21 83:14 84:12
insofar 69:6
installed 29:1,5
instruction 94:9
instrumentation 26:19
instruments 26:17 29:9
insulated 79:19
intention 23:3 26:3
interested 88:3 91:1
interesting 15:13,13 58:13 63:18 64:6

interior 74:9
Internal 30:9
International 2:4 94:4
internship 19:9,22 20:6
  22:20
interpose 10:11
interpret 5:2
interpreter 1:9 2:16
  4:21 5:2,14 7:2 8:19
  10:18,21 11:11 12:18
  21:1 29:3 35:8 37:22
  46:14 49:11 51:7
  65:21 70:13 71:21
  73:15 77:16 83:11,24
interrogatories 5:7
  90:10
invented 55:21
inventorship 7:22
involved 16:4 20:8 25:5
  26:5 47:13 60:9
involves 37:20 38:2
issued 70:9
item 70:12,16 71:2,15
  71:17 72:21,22
items 13:10 14:8 72:8,8

### J

James 2:8 3:5 94:22
Japanese 30:21 31:11
  31:12,13,21,24 32:4
  32:11
Jeanette 2:15 5:1
Jim 4:16 8:15 50:11
  57:22 66:23 89:7
job 56:13 94:23
Jurgen 41:11

### K

K 90:1
keep 33:19 34:17
keeping 72:15
kept 33:21 34:1,2,4,9
  34:14 38:6 56:3
Kevin 2:17 4:3
kilometers 20:17
kin 91:2
kind 28:23
Kirkland 2:8 4:16
knew 44:11 48:18
  54:20 76:22 88:16
know 7:5,5,18 8:10,10
  8:11,21 16:1 17:7
  18:15 20:22 24:9,9
  25:7 31:10,10 32:23
  32:24 35:11 37:18

40:15,15,21 42:7
43:8,8 47:2 54:7,8
55:11,13,19 56:2
59:16 60:10,15 61:14
67:9 71:17 76:9,13
78:20 83:5 87:8,23
87:24
knowledge 6:18 12:20
  12:22 13:1,3,7 37:18
  77:7
known 40:13 66:19
knows 33:4
Kronberg 1:14 4:12

### L

L 2:3 94:4
label 65:6
labeled 40:14 52:23
laboratory 33:7,13
lady 30:20
language 51:9
large 12:8 14:11 15:3
  35:4 36:11 39:16,18
  40:3,7,11 44:3,3,16
largest 23:1
lawyers 6:22
learn 9:1 13:4,4 55:23
learned 19:5 56:18
learning 20:5
leave 48:15 52:1
leaving 40:17 44:1,17
led 77:2,3
left 19:4 27:17 32:6
  34:1 38:13 39:4,8,12
  40:10,17 41:3,4
  47:23,24 48:2,9
legal 2:17 4:4 9:23 10:3
  49:23
LegaLink 94:1,20
LegaLink-Chicago 4:5
Leon 55:21
LESLEY 2:4
lessening 77:11
letter 90:21 94:17
Let's 86:4
level 36:10,10 60:15
  74:21 78:1
library 32:20
life 77:8
limit 78:10
limitation 78:10
line 93:4 94:14 2005:4
liquid 79:14,15
listed 59:4
literally 73:2,8

litigation 7:16 9:2 10:4
  37:20,22 38:1,1
little 5:16 19:13 20:12
  31:15 56:3 70:22
  80:19
lived 20:18
LLC 4:9
LLP 2:3,8
located 39:13 40:20
  42:15 55:19 62:3
  66:14
location 32:14
locking 68:24 75:20,23
  76:8
logical 52:14
longer 38:21,22,24
  89:9
long-time 41:21
look 32:12 46:9 50:9
  52:8 57:20
looked 9:8
looking 9:12 67:4,14
loose 34:5 48:5
lot 34:15,23 89:2
low 74:22
lower 66:11
lowered 16:23 17:16
lowest 36:10
lunch 57:23 58:5 63:12
  64:21
lying 82:9

### M

machine 12:3,8 15:16
  15:18 23:2
machinery 12:9 18:17
machines 15:9 18:18
  19:2 26:9,10
machining 12:9
magic 54:20 55:1 61:17
  61:18 62:1,2,8,12
mail 37:13
main 22:22 23:19
maintain 15:5,6 33:7
maintained 32:22
making 22:19 83:13
man 18:14
manager 60:17
manufactured 18:12
  20:15 42:19
manufacturing 12:6
  23:7,8,10 27:23
mark 50:13 58:6 65:5
  70:8
marked 50:16 58:12

65:8 70:10
mass 12:6
Massachusetts 1:1 2:5
  4:11 92:1 94:5
materials 49:16
mathematics 11:18,20
matter 4:8 94:11
mean 8:2,3 13:4 33:11
  42:22 44:13 51:11,12
  57:2 58:15 67:4
  69:10 73:15,17 75:8
  75:9 88:2,5
meanings 67:1
means 24:10 64:2 69:4
  69:8,12 76:3 83:8
meant 7:18 74:17
mechanic 12:14 19:7
mechanical 12:11,13
  14:16 20:22 26:8
mechanics 12:23
mechanism 75:21,24
  76:8
medium 18:7
member 83:20 84:2,21
  84:22 85:3,8,15,15
  85:22,22 86:6,8,11
memoranda 35:6,9
  36:4,8
memos 35:13
mention 72:21
mentioned 9:12 10:9
  14:23 16:8 44:1
  48:21 57:9 61:16
  72:15 75:20 77:11,18
  86:22 87:8
middle 78:21
millimeters 78:9 80:24
  82:20
mind 12:5 30:21
mine 66:3,4
minimize 77:21
minimized 77:19
model 43:2 53:20 54:11
  68:7 85:24
modifying 85:7
Monroe 91:9 94:1
months 20:7 22:20
  23:16 25:4
morning 4:1 5:13,14
motor 81:8
mount 81:13,14,17,18
  81:22,24 82:2,3,5,7
  82:10
mounted 61:2
mounts 81:20

movable 62:18,20
moves 63:2
moving 64:4

### N

nails 82:20
name 4:3 8:10,11 14:19
  16:10 17:7 18:22,24
  20:14,16 28:2 36:6
  40:13,14 41:10 45:10
  57:8,8
named 90:8
names 8:22 46:6,7,10
  57:5
National 31:22
nearly 40:2
necessity 82:1
need 6:11 10:17 50:12
  64:13 75:8,11 82:13
  82:24
needle 18:12
needles 14:17,20 15:10
  15:11 16:4,20,24,24
  17:3,14,15 18:4 19:11
neighboring 47:12
never 57:7
nevertheless 46:14
  80:5
new 27:5,5,7,10,12
  41:12,12 54:16
newly 27:6,6 42:20
ninth 19:18
noncompliance 94:18
noon 25:8
normal 11:18
notary 1:11 90:5,12
  91:4,9 92:23 94:11
notebook 33:7
notes 9:15,22 10:8,12
  33:11,14,15,22,23
  34:9,13 38:6,10
  48:19
noticed 7:8
notices 33:8
noticing 4:15
November 9:4,5
Nowadays 24:17
number 14:11 58:7
  59:5 70:9,18,23 71:1
  86:18,18,21 89:21
  94:14

### O

O 90:1,1
oath 92:11