object 46:13 62:5 72:4
  74:19 76:18 77:6
  78:18
objecting 67:13
objection 10:11 62:10
  79:5
objections 9:18
obligatory 11:15
obvious 64:5
occasion 20:23 21:3
Odometers 26:18,18
odor 17:13
office 36:11,13,15,17
  48:16 94:16
offices 35:4 39:16
official 91:3
Oh 48:12
okay 5:16 7:11 14:10
  14:19 29:14 36:24
  64:19,22 82:23 89:18
old 18:14
older 59:12
Olympia 22:24 23:9
  25:11 26:4,8,11,13
  27:1
once 18:3 19:4 57:8
  64:2,3
one-hundredths 82:19
open 58:1 62:9 78:1
  79:7 80:8,18,19
openings 74:1
operable 86:14
operate 75:7 76:3
operated 83:19
operating 18:18,19
  66:5 85:14
operational 42:12,13
  47:19
operative 42:11
opposed 74:5
optimize 78:15,16 79:3
  79:6
optimized 88:21
oral 5:7 90:10
order 15:4 19:14 79:24
ordered 36:5,7 43:21
  56:21
orders 55:8
org 94:22
oriented 14:7
original 13:17 40:4,6
  42:18 51:21 52:4,11
  52:16 53:1,5,13,14
  53:23 54:3,8,15 55:4
  55:12,24 56:19 57:1

57:10 58:24 59:6
  61:17,18 64:13 65:10
  66:7,13,16,21 67:6,8
  67:14,17 68:7 72:3
  72:11 75:20 78:16,19
  81:4 83:4 94:9
originals 48:18
originate 35:14
ought 89:11
outer 78:10
outlet 53:2,6 84:16
output 52:23
outside 40:14 45:11,15
  56:15 60:10 61:9,10
  78:2 83:15 84:11
overflow 53:10,15 70:6
overlaid 54:9
overview 57:14
owned 58:19
o'clock 58:2,3 75:14
  89:7

P
page 3:4,8 93:4 94:10
  94:14,16 2005:4
Pages 92:10
Pahl 8:1 36:13,16,22
  42:7,18 43:6,9,15,17
  47:18 50:15,18,20,20
  50:24 51:24 52:8,22
  53:9,19 55:6,7,12,15
  56:1,3,12,21,24
  58:22 59:5 60:8
  76:24 87:15,22 88:24
  89:4
Pahl's 42:15 51:5,14,21
  52:3,11,16 53:1,5,13
  53:14,23 54:3,15,23
  55:5 60:12 62:13
  63:16 64:13 65:10
  66:7 68:23 72:3,11
  75:20 78:3,16 81:4
  81:10 83:4
paints 28:12
pane 29:12
paper 39:21
papers 9:8,12,13
paragraph 50:24 52:8
  52:22 53:9,19
parallel 24:23
paraphrase 64:3
part 12:24 17:15 21:2
  21:15,21,22 22:5
  34:19 49:9,14 66:10
  66:11 68:24 72:22

79:10,11,13 80:10
  82:9,14 83:24
participated 47:4
particular 13:9,20,23
  14:1,2 40:24 45:7
  49:19 61:4
particularly 61:18
parties 91:2
parts 12:4,6,15 15:9,16
  15:18 20:22 21:9,11
  21:18 28:10 42:9,9
  59:3 67:3 87:5
party 4:15
pass 19:21 22:13
patent 7:16 8:7,7,22
  33:1,1,2 48:13,21
  49:1,3,6,10,14,17,24
  51:9,10 54:14 69:24
  70:9 71:13 85:10
patents 7:22
Patton 2:3 4:18,18 5:20
  7:6 8:9,15 9:17 10:11
  37:1 46:13,15 50:7
  57:22 62:5,10 66:23
  67:2,13 72:4,6 74:19
  76:18 77:6 78:18
  79:5 89:7,11,18 94:4
  94:8
people 11:3 24:17
  31:11,17 33:14 35:4
  40:15 46:6,10 47:6
  55:9 57:4,5,7 68:20
  76:10
percent 52:13 65:16,16
perforated 82:18
perform 13:23 14:1
performed 34:17 40:20
  47:7 89:2
performing 35:16
performs 64:7
period 25:20 34:11
  38:9,12 65:15
peripheral 80:21
permeable 83:16 84:22
  85:8 86:8
person 41:1
personal 33:17 48:1,19
  49:7 50:5
personally 45:1 46:5
  55:13 65:20 71:10
  85:16,21
pertaining 1:13
phase 87:19,21
phenomenon 62:11,18
  64:16

phone 9:11 91:11
photograph 67:5,6
physically 81:19
physics 11:19,19
picture 65:9,19,23 66:9
  67:14
pivotable 61:2
pivoting 60:24 61:1
place 2:4 18:2 35:18
  58:16 90:5,16 92:9
  94:4
placed 17:1 51:3,16,17
  51:19,23 52:5
Plaintiff 1:4 2:6 92:4
plant 23:2
plausible 62:16 63:13
  63:15,17,18
played 22:5
please 4:13 5:12,19 6:3
  6:12 7:2 77:17 94:13
  94:15
point 47:12 72:21
  88:19
pool 25:9,10
population 33:12
port 52:23 53:2
position 26:20 27:1
positioned 52:10,12,18
possess 32:10
possibilities 85:9
possibility 11:5 19:14
  63:20
possible 17:9 32:8
  43:14,17 59:9,20,20
  66:10 76:23 80:5
  87:11 88:8
possibly 39:11
powder 25:10
practical 14:16
precisely 78:2,19
precision 12:9
predecessor 41:21
predominantly 15:8
prefer 85:12,16,21
prepared 71:10
present 2:1,12 6:23 8:8
  8:13 35:3 42:5,9
  48:18 90:7
presentation 57:14,16
  63:8 70:24,24
presented 28:17 43:9
  47:18
pressure 84:17
prevent 28:15,21,23
  29:1,6 69:4 79:15

prevented 28:18
previously 90:8
primitive 16:2
principle 72:23
PRINT 94:13
prior 11:9 22:14,15
  23:21 44:17 49:9,13
  59:6
privilege 50:10
privileged 10:13
probably 89:16
probation 76:10
probe 67:11
problem 25:2 31:1,3
  78:3 88:9
problems 30:24
Procedure 1:12 90:19
proceed 84:3,4
process 18:2,4,10 28:22
  49:3 67:23,24 69:2,2
  69:4,8,10,12,21,22
  72:1 76:4,12
processes 12:21 15:12
  25:5 26:5 27:19,24
  28:6
produce 19:2 35:13
produced 14:17,20
  15:9 19:1 57:4,6 69:5
producing 10:14 15:11
product 12:7 27:13
  31:24 32:4,11 41:15
  55:2
production 12:7 14:9
  14:11 23:5,6,7,8,10
  26:1 28:1 43:22 50:6
  87:18
products 4:9 13:9 14:8
  19:2 26:6,15 27:2,5,6
  27:9,10 30:11 31:12
  32:13,15,21 36:1,1,3
  36:7 41:17
project 34:12
projection 59:3
projects 14:2
protection 82:13,16,22
  82:24
protects 82:12,14
prototype 41:19 42:14
  42:18 43:4,7,12,13
  43:14,18,19,21,22
  44:4 50:17,21 51:5
  51:14,22 52:4,11,17
  53:1,6,14,15,23 54:2
  54:3,16 55:5,12,24
  56:19 57:1,4,6,10

58:22,24 59:2,6
61:17,18 62:14 63:16
64:13 65:10,19 66:7
66:13,16,21 67:6,8
67:14,17 68:9 77:11
87:3,3,6
prototypes 41:22,23
42:1,3,4 65:23 68:13
provide 5:23 10:9,12
35:22 39:8 44:16
46:24 47:16 49:22
50:7 72:19
provided 9:23 10:2
36:4 50:18 87:22
public 1:11 90:5,12
91:4,9 92:23 94:12
publications 33:5
published 49:5
pump 74:11,13 81:8
83:21 84:3 86:18
pumped 16:17,19
17:21 69:21 73:1,3,7
73:8 83:9 84:14,18
86:1,3,19,20,21
pumping 74:9,17
purpose 75:23 82:5
83:7 84:9,11
pursuant 1:11 90:18
94:11
put 9:18 16:15,21 17:3
17:4,7 25:10 33:8,14
33:15,22 49:6 52:1
64:17 67:21 69:19
putting 22:11 54:19,21
61:24 63:22
p.m 37:9 64:24 65:3
75:14,17 89:21

Q
qualification 22:19
qualify 23:11
quality 45:14 89:3,5
quarter 26:1
question 6:3 7:12 8:17
13:19 21:1 22:6
24:11 34:3 46:13
48:14 58:8 62:5
63:11 64:12 65:11,12
67:16 70:15 72:4,5,6
74:19 76:18 77:15,16
78:18 85:13
questions 5:3,18,22,23
6:6,16 67:8 90:10,14
quick 75:12
quite 16:1 52:14 89:10

R
Randolph 2:9
range 50:14 79:23
Rayovac 1:6 4:17 7:17
7:23 9:2 10:10,19,21
92:6 93:1 94:6
2005:1
razor 47:20 51:17,18
75:6,10 79:16 80:4
82:18
razors 13:11 30:22
read 49:18 54:12 92:8
94:11
ready 87:4
realize 64:3,4 66:3
realized 83:5
really 9:3 10:5 17:19
22:21 28:3 32:23
35:13 45:10 47:2
58:14 59:8
reask 7:14 72:5
reason 6:14 56:23
73:22 93:6,8,10,12
93:14,16,18,20,22
94:14 2005:6,8,10,12
2005:14,16,18,20,22
reasonable 47:11,12
reasonably 40:8
recall 15:17 18:12
23:15 27:9,11 31:23
32:3 36:3 45:4,7
50:22 56:17 57:5,8
57:11 60:3 75:21
76:7,15
receive 23:23 87:12
received 24:5 35:12
49:24 87:13,15 89:4
receiving 17:6,15
receptacle 69:24
recess 51:6 79:10,10,11
recessed 79:13
recollect 45:21 46:7
recollection 33:17
58:10,18,21 60:4
66:20 67:12
reconstruct 23:17
record 4:2,14 9:18
10:19 13:16 18:21
24:21 37:6,7,9 50:2
64:23 65:1,3 67:2,9
75:14,15,17 89:14,20
89:22 90:14 94:18
records 34:17
referred 24:13 58:11
71:7 90:16

referring 68:17 70:17
82:17
refers 7:24 19:17 50:21
refresh 58:10,18
refreshes 58:21
regard 61:3
regarding 38:6,10 46:2
51:5 60:19 81:6 88:8
88:24
regular 33:23,24
regularly 33:19,21
regulator 81:8
related 38:18,23 39:9
40:19 44:7 46:24
49:17 57:9 61:6
relating 67:8
relation 8:12
remained 66:11
remains 84:8
remember 6:17 10:5
16:3,10,20 17:2,10
17:20,24 18:6,9
21:24 28:4,7,11,11
28:19,20 31:21 32:3
41:10 46:3,6,10,17
47:3 54:4,4,5,5,7,13
56:11 57:19 58:14
59:12 66:10 68:6
70:5 76:19 78:19
88:21
remembering 9:16
Remington 4:9 10:18
removable 66:8,17
remove 63:22,24 66:10
76:4,22 77:2,4 85:8
removed 63:9 67:23
68:4 69:1 76:17 80:6
80:9
removing 64:9,20
repeat 7:2 21:1 35:8
77:16 83:11,24
rephrase 34:3 43:5
65:22 75:2 85:13
report 35:16 60:18
reporter 4:5,20 93:24
2005:24
reports 35:22
represent 4:14 7:1,4,8
representation 58:24
72:2,9,10
represented 6:20 8:4
representing 7:7
request 7:21 10:14,15
50:3
requested 7:9 50:10,16

58:12 65:8 70:10
required 10:6 11:6
19:12,15,21
requirements 33:22
research 45:12 60:23
reserved 9:19
Residue 88:13
respect 10:8 28:8 47:16
54:10 61:5
response 5:19 64:8
responsibilities 15:1
30:4 42:4
rest 19:5
result 74:22
retain 6:24 7:3 8:18,19
34:9 39:7 44:11 49:9
73:14,15
retained 34:11,19 75:4
retention 49:7
rid 54:19 61:20,23
right 6:1 29:24 48:13
67:19 84:15 87:1
88:2
ring 34:7
room 18:18 35:5
rooms 17:24 18:1,2
Ropes 2:3,14 4:18 6:24
7:4 8:15,18 49:23
roughly 89:17
RPM 26:19
rule 39:20 81:16 82:21
90:18
rules 1:11 90:19 94:11
rumor 60:1,11
rumored 61:4
rumors 60:2,4,5 61:3
run 75:10
running 32:2

S
safe 78:21 85:17
sample 41:20 42:7
86:14
samples 41:6,15,21
68:21
sat 62:4
saw 9:9 25:9 27:22
54:15 56:4 57:13,14
59:9 65:14,15 66:5
66:18
says 5:20
scale 35:4 36:11 39:16
schematic 58:11,23
70:24 72:24 73:1
scheme 70:24 86:17

school 11:1,3,4,5,6,9,12
11:18,23 12:12 13:2
13:6,8,21 14:15 19:8
19:14 21:10,19 22:9
22:14 23:23 24:16,16
schools 24:18
science 86:24
sciences 11:2 24:15
seal 91:3
sealants 45:9
sealed 28:24 29:5 79:18
79:21,22
sealing 28:23 29:13
30:24 31:2
sealings 44:20
sebum 88:14,15
second 43:4,13,15,18
43:20 47:22 69:3,19
69:23,24 70:3,7,16
70:20 71:6 77:10
83:10
secondary 56:13
seconds 54:22 61:24
62:12
secret 40:22
section 85:4
see 20:11 27:24 32:9
33:16 39:21 49:3
58:13 59:4 61:23
66:9 67:21 71:8,8,15
80:12 84:11 86:4
89:9,14
seeing 57:9 85:1
seen 17:24 57:11 58:17
seldom 35:13
selected 87:14
semester 11:22 22:14
22:15,15,16,17,18
23:21
semesters 11:7,7,8,10
11:11,23 22:1,3,3
send 87:16
sense 58:13,15
sensitive 82:14,20
sent 33:2 84:5
sentence 48:4
separate 36:13 69:9,10
separated 29:13
series 5:22
set 27:6 41:7,20 42:5
42:20 43:22 86:14
87:3
shaper 59:11
shaver 30:13,20 31:6,7
31:8 40:19 43:7 44:7

45:1 46:12,24 47:9
47:17 51:2,16,19,19
51:23 52:5 54:19
59:17,18,22 60:19
61:5,12 62:4 63:21
67:19,20 68:2,3,12
72:20 73:13 74:5,11
74:14,15,18 77:4
79:4,12,14 82:8,10
shavers 13:11,14,16,18
30:6,8,11,12,22
31:13,20,23 37:21
38:2,7,11,19,24
39:10,15 45:22 60:22
60:24 61:1
shaving 30:7,20 31:18
51:2,15,22 52:5
64:14,20 67:18 68:14
74:10 78:8 79:3
80:14,17 88:13
sheet 93:4 94:10,13,16
2005:4
sheets 34:5 48:5
Shimota 2:8 3:5 4:16
4:16 5:10,13,21 7:3
7:11 8:17,20 9:1,21
10:15,19,22 11:13
12:10,16,19 13:14,19
15:24 16:12,24 17:14
18:3 20:3,14 21:3,7
21:14,17,23 23:15
25:4,17 26:11,20
27:2 28:9,16 29:4,14
30:10,16 32:20 33:6
33:19 34:8 35:9,15
35:21 37:4,11,24
39:7 40:1 42:1,14
43:3 44:15,24 45:19
46:18 48:8 49:8,13
50:2,12 55:4 58:4
60:3,12,18 61:3 62:2
62:8,13 63:4 64:11
64:19,21 65:4,22
67:11,16 68:1,10
69:17 70:2,14,16
71:22 72:5,7,14 73:3
73:7,16 74:24 75:12
75:18 76:15 77:1,10
77:18 78:6 79:2,12
79:24 80:14,23 83:19
84:1,23 88:16 89:10
89:16 94:22
shop 43:2
short 65:15 66:4 89:8
shorthand 90:11

shortly 39:4,5,5
show 46:16
showed 41:16,17 43:9
43:15 51:24 55:3
56:4 57:14 58:22
73:21
shower 31:11,14
shown 42:3 43:18 59:6
70:20 83:14
shows 19:3
side 14:9,11 78:23 80:2
83:21 84:3 85:17
sides 78:24 79:1 80:2
Sievers 2:12 8:8,9 23:7
28:14 30:7,9 41:9
44:22 58:1 60:7 61:1
61:21 63:23 64:1,9
64:20 66:24 77:14
signature 90:17 91:3
94:9,16
signed 93:23 94:11
2005:23
Sincerely 94:19
situation 75:4
six 11:23 22:23 45:6
size 58:8
sketch 65:14 71:13
80:13
sketches 34:20 39:11
39:20
skills 19:5
small 12:6,8 13:10,11
13:20 14:5,8,8,18
15:9 73:24 80:20,23
80:24
smell 17:11,11
smelled 15:15
smoothest 85:3,4
soap 25:10
socket 31:5
sold 31:19 32:4
soluble 88:11,12,15,17
solution 17:9 70:3 79:3
solvent 16:17,19
solvents 13:5 15:14
16:8
somebody 56:11 76:19
sorry 66:5
sorts 39:11
sources 57:21
speak 5:20 11:11
speaking 89:17
special 13:3 28:7 36:1,3
81:7
specialist 4:4

specialization 20:2
specially 14:7
specific 27:9
speed 62:21
spent 23:15
splashed 79:18
splashes 79:23
splashing 69:5 77:12
77:13,14,19,21 78:12
79:24
spoke 8:23 9:20,22
46:11
spray 73:17,18
sprayed 74:5
spraying 74:2
spring 25:13,15,16
29:22 38:14
SS 89:24
stand 81:13,15
start 5:17 22:22 23:10
85:19
started 23:19 27:17
29:18 42:3 52:20
59:10,16 88:19
starting 4:14 11:7,9
state 4:14 43:10 89:24
stated 63:13
statement 51:4,13
states 1:1,12 4:10 24:8
50:24 52:8,23 53:9
53:19 90:20 92:1
station 64:7
stayed 68:8
steam 18:20
stenographer 90:12
step 43:24 56:12,12
75:18
stop 69:17
stopped 68:3
stopping 37:1
stored 32:15 82:23
stowed 82:8
Strasse 1:14
Strauss 22:24
Street 91:9 94:1
streets 20:11
strike 13:23 16:7 30:2
strong 17:11 69:4
strongly 15:15
structure 68:3 72:22
75:5
student 14:1
studies 13:7 22:5,8,22
22:22 23:20
stuff 34:15 61:23

Stutius 2:14 12:7,13
13:12,16 15:21 16:11
16:22 17:6,12,22
18:1 19:11,17 20:1,9
20:12 21:5,12,16,20
22:16 23:5,8,13
24:21 25:13,15 26:9
26:18,23 28:5,13,15
29:10 30:6,14 32:18
33:2,17 34:7 35:14
35:19 39:5,22 41:22
42:12 43:2 44:13
45:18 48:3,7 49:5
51:6,8 55:1 60:1,17
62:24 63:3 64:2
67:19 68:9 69:15,23
72:24 73:5 76:11
78:5 79:10,14,21
80:11,21 83:17 84:22
88:13
subject 22:1 85:19
subjects 11:16,16,17
22:2
submitted 7:13,15,20
8:1,3 90:18
subscribe 92:11
SUBSCRIBED 92:20
successor 41:5,8 44:2,6
44:10,17 48:16
sucked 70:7
suction 69:21,21 83:21
84:3 85:6
Suite 91:10 94:1
summer 8:13
superior 35:24 36:2,5
36:12,12,19,21 55:6
55:6 60:8,13
superiors 36:9,10,11
supervisor 36:8
supervisors 35:17,22
36:4
supplied 87:16
suppliers 44:22,23 45:2
45:4,7 87:9
support 9:15 67:17,19
supporting 82:10
suppose 17:20 23:19
50:1 57:18 89:4
supposed 45:13 59:14
76:1
sure 9:3 11:14 16:20
30:23 32:5,5 33:21
38:12,13 39:3,19
40:5,9,13 52:14
56:20,22 59:15 60:14

65:13,16 66:1,2,15
68:15,24 71:11 77:18
78:9 79:6 84:1 87:13
surely 12:24 41:16
surfaces 78:5
swear 4:20
swim 25:8
swimming 25:9,10
switching 20:10,12,15
swivel 61:2,15
sworn 5:2,7 90:9 92:20
synonymous 51:9
system 11:2 24:22
37:21 38:2,7,10,19
38:23 39:9 40:19
41:20 43:7 44:7,12
44:14 45:1 46:12
47:1,10,17 59:11,17
59:19,22 60:20 61:5
61:12,15 63:19 64:17
68:2 73:13 74:4 75:3
75:9 79:4,7
systems 30:14,15,17
47:8 68:12

**T**

tachometers 26:17
take 6:11 11:8,21 12:2
12:10,16 17:10 22:6
35:1 37:2,4 43:24
47:23 49:9,11,16,16
50:9 58:9 64:21 65:7
75:12 76:3 89:8,18
taken 1:10 4:8 48:11
67:22 72:7 80:9 90:4
90:11 93:2 94:7
2005:2
talcum 88:12,13,17
Talfingen 20:17
talk 46:4 54:2 89:13
talked 35:20 46:5,5
76:10,23 87:9,11
Talking 51:6
tape 37:5,10 64:24 65:3
75:13,17 89:21
tapes 75:11
task 87:4 88:4
taught 22:2,3
Taunus 1:14
teached 22:2
technical 11:15 19:10
20:4 24:14 60:16,17
60:17
technique 12:3,4
teeth 47:5

tell 6:4,8,12 14:14
    22:12 39:3 40:10,11
    77:12
tenth 19:17,18,20
term 24:7 50:22
test 75:1,3 76:11,12
    87:4 89:3
tested 88:6
testified 5:8
testimony 77:19
testing 87:19,21 89:5
tests 41:23 47:4,7 89:2
Thank 5:11 10:21
thick 82:20
thing 6:17 14:13 21:5
    25:7 28:11 42:8
    54:12 55:9 62:12
    69:3,6 73:19 88:3
things 9:16 14:13 33:5
    45:10 49:2 60:9 86:7
think 6:15 8:9,14 9:5
    9:10,17 11:19 18:6
    18:11,11 22:24 28:22
    29:22,23 30:22 31:15
    32:24 35:13 36:9
    37:18 38:13,14,14
    39:14,14 41:12 42:10
    43:17 45:6,9 46:3,5,5
    47:18,24 51:8,24
    52:13,14,19,19 53:18
    54:16 55:4,17 56:6
    57:13,19 59:20 60:6
    61:17 62:2,8,13 64:2
    66:24 67:5,6 68:1
    70:22 71:18 74:8,17
    76:7,9,12 77:2,15
    81:5,9 83:3 85:24
    86:5,7,9 87:14,15
    88:9,24 89:1,9,11,16
thinking 9:13 41:1
third 69:6 72:2,10,12
    72:14
thought 54:18,23 56:14
    59:13 61:16 62:14
    63:14 72:17 88:10
thousandths 82:19
three 59:14 81:3
three-and-a-half 14:15
three-quarters 25:23
    25:23
threw 39:1 48:7,17,20
throw 34:13 39:2
tight 78:6,24 80:1,2
    82:12
tightly 77:24 78:7,24

80:5
time 8:5,22 9:19 13:8
    22:2 25:22 28:20
    31:12 37:14 38:9
    40:23 41:4 56:22
    58:9 59:12 60:14,15
    65:15 67:23,24 68:2
    76:5,24 81:12 84:17
    84:18 90:5,15 92:9
times 65:15
tired 89:13
title 24:6
today 4:5 5:21,22 6:16
    6:21 11:1 24:13,14
Today's 4:2
told 23:9 41:5 44:2,12
    52:2 56:2,3,12 76:16
    76:19 81:3
tools 15:20,24 16:9,12
    16:13,15,16,18
toothbrush 46:1,11,20
    46:24 47:3,15
toothbrushes 45:17,18
    45:20 47:4,5,9
toothbrushing 45:23
totally 80:19
transcript 92:9,12 94:9
    94:11
transition 24:24
translate 50:12
translated 67:1
transmittal 94:16
transmitted 35:7
Transparent 39:22,23
transported 70:19
    71:24 72:18 84:5
    85:3
tray 82:9
Tri 16:10 17:17 18:8
trial 9:19
trichloroethylene
    16:11,13
tried 63:15 69:4
trough 51:1,6,7,12,15
    51:22 52:4 62:3,9
    73:5,8,10,11,14
    74:20 77:20,22 78:7
    78:7,11,12 80:1
    83:23 84:5 86:3
true 90:13 92:12
truthfully 6:15
try 7:11 23:17 27:5
    34:2 61:19,20,22
    62:16 63:11 65:22
    67:16

trying 67:11
tube 70:18 83:6,7,10,12
    84:6,7,17,24 85:4,5
    86:21,21
tubing 86:19
turn 47:22 75:9
turned 75:6
two 8:23 22:3 25:22,23
    36:9,10 52:20 63:4,5
    75:22 80:7
TYPE 94:13
types 13:9
typewriters 26:5
typewriting 23:1

U
unable 6:15
unclean 83:9
unclear 70:23
underneath 64:1 69:24
undersigned 90:12
    91:1
understand 5:21 6:3,19
    12:20,22 18:3 24:20
    86:4
understanding 29:4
understood 6:1 25:7
undertook 7:8
unit 8:7
United 1:1,12 4:10 24:8
    90:20 92:1
universities 22:8
university 11:1 24:15
upper 66:10
upside 81:16
use 19:4 31:7,8 57:23
    76:2 82:21 85:21
    87:16,18,21
usually 19:12 36:2
    81:20 82:21
Uwe 2:12
U.S 49:17 70:8

V
vague 87:12
Valdi 26:16,21 27:3
variables 63:4,5
variations 30:12
various 39:24
VDO 26:13,14 27:8,16
    27:19 29:15,16
verbal 5:19
versus 4:9
vibration 63:6
vicinity 35:3

video 4:2,4 37:6,9
    64:23 65:2 75:14,16
    89:20
Videographer 2:17 4:1
    4:20 5:11 37:5,8
    64:23 65:2 75:11,13
    75:16 89:20
videotaped 1:9 3:1 4:7
volatile 18:7
vs 1:5 92:5 93:1 94:6
    2005:1

W
wait 22:15
waived 90:17
wall 81:13,14,17,18,19
    81:20,21,22,24
    82:2,3,5,6,7,7,10
wanne 73:5
want 8:17 17:7 43:19
    67:9,15 74:15,16
    75:22 79:8,12 89:12
wanted 9:10 36:13,16
    61:7 67:2 79:6,7,15
    79:16 80:4
warmed 17:10
wash 15:15,18
washed 15:22,24 16:5
    16:12,16 32:1
washing 16:18 17:24
    18:4,13
wasn't 8:22 21:12 48:3
water 16:16 17:5 31:4
    32:2 77:9 78:4 83:16
    85:5
way 16:2,5 28:21 51:17
    57:20 62:19 78:12
    81:20 87:6
ways 34:16
Welcome 37:11 65:4
went 11:3,12 25:8 28:3
    56:17 70:6,6
West 91:9 94:1
wet 30:7,22 31:8,18,20
    31:23 76:5,14,17,23
    77:5
Wetting 78:5
we'll 50:9,10 58:4
    89:18
We're 64:23 65:2 75:13
    75:16 89:20
we've 22:10 49:20 50:4
    83:2
WGY 1:5 92:5 94:6
Wilhelmhaven 22:24

23:9
willfully 76:10
WILLIAM 2:3 94:4
willing 10:9
withdraw 21:23 27:15
    31:7 32:9 36:20
withhold 44:13,13
witness 4:21 5:6 90:4,9
    90:15,17 91:3
WOLF 2:4
Wolfgang 2:14
wondering 77:20
word 8:20 13:18 64:3,3
work 11:10,21 12:16
    13:15 14:22 15:6
    17:12 25:11,20 26:2
    26:3,12 27:14,16,18
    29:21 30:3,11,17
    33:6,23 34:17,19
    35:7,16,18,23 37:20
    38:2,6,10,18 39:9
    40:19 42:4 43:11
    44:24 47:9,17 52:20
    59:18 60:19,23 68:10
    68:11,18 72:3,11
    74:3,8 75:8,20 78:15
    78:16 79:3 81:4,10
    83:4 85:19,23 86:22
worked 14:17 25:4,17
    25:24 26:7,7 27:10
    30:12,19 34:12 37:17
    37:19 38:12,13 42:10
    42:16 55:11,24 56:24
    59:14 60:22 65:24
    85:9 86:5 87:6
working 18:17 19:6
    20:19 23:16 29:18
    30:16 35:4 59:10,17
    59:22,23 68:18 88:19
works 72:23 87:2
world 19:1
wouldn't 74:24 82:24
writing 33:8
written 32:23 34:17
    35:21 46:19,22 57:10
    57:12
wrong 54:6

Y
yeah 48:7
year 8:14 19:9 22:16
    22:21 23:15,20 26:1
years 14:15 18:14
    22:22 25:11,23,23
    27:14,16 29:21,23,24

32:5 34:15 38:14,14
45:13 52:20 59:14
76:20 77:1,3 85:19
yesterday 9:7,8
young 18:14

**0**
02110 94:5
02110-2624 2:5
03-CV-12428 1:5 92:5
  94:6
084-003113 91:8

**1**
1 3:9 37:5 50:13,16
  70:11 85:7 92:10
1:34 64:24
10 29:23
10:19 1:15 4:2
100 40:2 52:13 65:16
  65:16
11 52:22
11:53 37:6
12 53:9 85:18
12:08 37:9
145 1:14
15 53:19
1500 91:10 94:1
16 18:14
17 18:14
18 18:14
1954 14:24
1968 29:19
1980s 32:7
1992 38:18
1993 58:20 59:7
1994 51:23 52:18
1995 38:18 39:8 48:9
  52:18

**2**
2 3:10 22:22 37:10 58:7
  58:12 64:24 65:3
  75:13
2:00 58:1,2
2:27 65:3
20 70:12,13,16,18
200 2:9
2003 9:4,6
2005 1:16 3:2 4:3 91:5
  92:21 93:2 94:3,7
23 86:18
230 91:9 94:1
236-8461 94:2
25 59:7
250293 59:5
26 3:2 93:2 94:7 2005:2
26th 1:15 4:3
263-3524 91:11 94:2
27 29:24 34:15

**3**
3 3:11 38:14,14 65:5,8
  75:17 89:21
3:00 75:14
3:12 75:17
30 90:18 94:16
312 2:10 91:11 94:2,2
32 90:19

**4**
4 3:12 45:13 70:8,10
  90:19
4:00 89:7
4:01 89:21
40 71:1 86:18

**5**
5 3:5 20:17 39:19,19
5,711,328 70:9
50 3:9 40:8 84:14,17
  86:19
54 23:18
58 3:10 14:24 23:18
59 23:18,19,19

**6**
6 70:23 71:3 86:18 94:3
60601 2:9
60606 91:10 94:2
61 71:15,17 72:9
617 2:5
62 25:12
64 72:18,21,22,22
  84:16,18 86:21
65 3:11 25:13,14,15,16
  27:17 29:22 71:2,24
  72:8,8
68 27:17,18 29:23,24

**7**
7 50:24 70:23 84:10
70 3:12

**8**
8 52:8
80s 32:8
86 29:23
861-2000 2:10

**9**
90s 53:7
92 92:10
95 29:24 38:15 52:21
951-7000 2:5