ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS
-------------------------------------------------
BRAUN, GmbH,

                          Civil Action No.
                          03 CV 12428 WGY
                Plaintiff,

        -against-

RAYOVAC CORPORATION,

                Defendant.
-------------------------------------------------

DEPOSITION OF JAMES CHASEN

Thursday, May 5, 2005

New Haven, Connecticut

*** CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

Reported By:

LINDA J. GREENBERG

JOB NO. 3208

**EXHIBIT U**

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 2

```
1
2              May 5, 2005
3              9:34 A.M.
4
5
6
7     Deposition of JAMES CHASEN, taken by
8  Plaintiff, pursuant to Notice, at the offices of
9  Wiggin & Dana, 265 Church Street, New Haven,
10 Connecticut, before Linda J. Greenberg, a
11 Certified Shorthand Reporter and Notary Public
12 of the States of New York and Massachusetts.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2   APPEARANCES:
3
    ROPES & GRAY, L.L.P.
4   Attorneys for Plaintiff
        One International Place
5       Boston, Massachusetts 02110-2624
6   BY:   DALILA ARGAEZ WENDLANDT, ESQ.
7
8   KIRKLAND & ELLIS, L.L.P.
    Attorneys for Defendant
9       200 East Randolph Drive
        Chicago, Illinois 60601
10
    BY:   JAMES A. SHIMOTA, ESQ.
11
12
13
14
15
16
17  Also Present:
18  Stanley D. Liang, Esq.
    Ropes & Gray, L.L.P.
19
20
21
22
23
24
25
```

Page 4

```
1
2                JAMES CHASEN,
3  having been first duly sworn, was examined and
4  testified as follows:
5             (Exhibit 1 for
6  identification, Notice of deposition.)
7  EXAMINATION BY
8  MS. WENDLANDT:
9     Q.    Would you please state your name.
10    A.    James Chasen.
11    Q.    Mr. Chasen, I'm placing before you
12 what has been previously marked as Exhibit 1.
13         Have you seen this notice of
14 deposition of Rayovac Corporation before?
15    A.    No, I haven't.
16    Q.    I ask you to flip to page 5 of
17 Exhibit 1.
18    A.    Do you want me to read the whole
19 thing?
20    Q.    Actually, why don't you read the
21 first two pages.
22         Have you finished reading the two
23 pages?
24    A.    Page 5?
25    Q.    Yes.  Can you please turn to
```

Page 5

```
1      JAMES CHASEN - CONFIDENTIAL
2  page 5. I'm going to ask you to read topic
3  number 1 listed on page 5.
4     A.    "Defendant's research and
5  development, product design and testing for the
6  cleaning devices of its shaving products,
7  including, but not limited to, Titanium Smart
8  Systems."
9     Q.    Mr. Chasen, have you been
10 designated by Rayovac Corporation to speak on
11 behalf of the company with regard to topic
12 number 1?
13    A.    Yes.
14    Q.    Can I ask you to read to yourself
15 topics 6, 7, 8 and 9, and let me know when
16 you're done.
17    A.    Out loud or just to myself?
18    Q.    You can read it to yourself.
19    A.    I'm sorry, I did see this document
20 before. I was looking at the very first page,
21 but I remember seeing these.
22    Q.    Page 5?
23    A.    Yes, I just wanted to clarify that.
24    Q.    Sure.
25    A.    Okay.
```

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 6

JAMES CHASEN - CONFIDENTIAL
1
2    Q.    Have you been designated by Rayovac
3    Corporation to speak on behalf of the company
4    with regard to topics 6, 7, 8 and 9 as well?
5    A.    Yes.
6    Q.    And, Mr. Chasen, as a result of
7    that designation by Rayovac, do you understand
8    that you are here today to testify under oath,
9    not only as to matters known to you personally,
10    but also as to matters known or reasonably
11    available to Rayovac Corporation with regard to
12    these five topics?
13    A.    Yes.
14    Q.    What did you do to prepare for
15    today's deposition?
16    A.    Well, Jim and I just went over --
17    briefly over some of my notes to refresh my
18    memory so that -- in preparation.
19    Q.    Aside from Mr. Shimota, who else
20    did you speak to, if anyone?
21    A.    About this deposition?
22    Q.    Yes, in order to prepare for this
23    deposition.
24    A.    Nobody.
25    Q.    What documents did you review?  You

Page 7

JAMES CHASEN - CONFIDENTIAL
1
2    said your notes -- anything else?
3    A.    Most of my development notes that I
4    had.  I had a lot of looseleaf binders with my
5    personal files, and there were also some e-mails
6    and things that I just briefly scanned that were
7    from some other people of our group.
8        (Mr. Liang enters deposition.)
9        MS. WENDLANDT:  Mr. Chasen, this is
10    my colleague, Mr. Liang.
11    Q.    Mr. Chasen, can you briefly tell me
12    about your educational history starting with
13    college?
14    A.    I have a Bachelor of Science in
15    mechanical engineering from Fairleigh Dickinson
16    University.
17    Q.    When did you receive your BS in ME?
18    A.    1983.
19    Q.    Any other education beyond that?
20    A.    No.
21    Q.    Describe your employment history
22    following college.
23    A.    I worked for a company called CE
24    Lummus Engineering as a piping and
25    instrumentation engineer for about three years,

Page 8

JAMES CHASEN - CONFIDENTIAL
1
2    two to three years.
3        After that, I worked for Electrolux
4    Corporation.  They're an appliance manufacturer
5    of vacuum cleaners.  I was a product engineer
6    there for approximately three to four years.
7        Following that, I was hired as a
8    project engineer, senior project engineer for
9    Black & Decker, and I was with them for over 16
10    years doing new product development, R&D, that
11    type of thing, mainly related to appliances.
12        Black & Decker changed hands --
13    actually, sold the appliance division to a
14    company called Applica, so the names are a
15    little different.  I don't know if that's
16    relevant.
17    Q.    This was during the 16-year period
18    that you were there?
19    A.    Yes.  But it was basically the same
20    company doing the same thing.  It was purchased
21    by another company.  I don't know if that's
22    relevant.
23        After that, I worked for Remington
24    Corporation and I've been with them ever since,
25    primarily doing new product development, R&D.

Page 9

JAMES CHASEN - CONFIDENTIAL
1
2    Q.    When did you begin your employment
3    with Remington?
4    A.    January of 2003.
5    Q.    And I understand that now Remington
6    has been merged with Rayovac Corporation?
7    A.    This is a common trend that's been
8    going on in my life.
9    Q.    So for purposes of this deposition,
10    just so you know, I will be referring to
11    Remington and Rayovac interchangeably.
12    A.    As one company, that's fine.
13    Q.    If there's a significant difference
14    that makes the question not understandable by
15    you, please let me know.
16    A.    Okay, sure.
17    Q.    You began with Remington in January
18    of 2003?
19    A.    Yes.
20    Q.    What was your position when you
21    began?
22    A.    I started as a consultant and I was
23    a consultant for approximately three months, a
24    full-time consultant, actually working
25    approximately 40 hours a week; and then after

3  (Pages 6 to 9)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

---

Page 10

```
 1        JAMES CHASEN - CONFIDENTIAL
 2  that, Yuri Avila, the person I was reporting to,
 3  offered me a full-time position as a Remington
 4  employee, so around April of 2003 I was then
 5  hired as an R&D engineer, was my job title.
 6      Q.   What were your responsibilities in
 7  April of 2003?
 8      A.   Primarily the development of the
 9  cleaning system was what I was hired for, and
10  that was my main job for the next year or so,
11  and then I started getting a few other
12  assignments, but primarily that was my main
13  assignment.
14        My function was primarily in the
15  conceptualization of new ideas, the testing, the
16  evaluation, the prototyping.  Just making the
17  product work was the main reason I was hired.
18      Q.   Did you have a job title at the
19  time, April 2003?
20      A.   Yes.  It was an R&D engineer.
21      Q.   What is your current position?
22      A.   With Rayovac it's called a
23  principal engineer, although my card says
24  "Principal Engineer, Research and Development,"
25  so -- I like that end of it.
```

Page 11

```
 1        JAMES CHASEN - CONFIDENTIAL
 2      Q.   Have your responsibilities changed
 3  as a result of the title switch?
 4      A.   No.  Still the same.
 5      Q.   Mr. Chasen, can you describe the
 6  genesis of the idea for the Remington cleaning
 7  device?
 8      A.   Well, when I came on board, the
 9  genesis of the idea was already established, so
10  it wasn't me coming up with the idea saying,
11  "Oh, let's do a cleaning system."
12        The idea of a wet cleaning system
13  was already established --
14      Q.   I'm sorry, a wet cleaning system?
15      A.   Yes.
16        When I say "wet," it means with
17  alcohol because -- I won't get into that.
18        I'm working on other things that
19  aren't necessarily alcohol, so --
20      Q.   You're currently working on other
21  things that are not necessarily alcohol?
22      A.   Uh-huh.
23      Q.   But at the time when you started,
24  in January or April 2003, you were working on
25  the alcohol-based cleaning system?
```

Page 12

```
 1        JAMES CHASEN - CONFIDENTIAL
 2      A.   That's correct.
 3      Q.   I understand that the genesis of
 4  the idea had already formed when you joined
 5  Rayovac, but you're here to testify on behalf of
 6  the knowledge of the company.
 7        Do you know who came up with the
 8  idea for the alcohol-based cleaning system?
 9      A.   No, I don't know the person that
10  said, "We want to have an alcohol-based cleaning
11  system."  That, I don't know.
12      Q.   Is there somebody at Rayovac that
13  knows that?
14      A.   Probably, yes.  I would say
15  probably Yuri Avila would know the person that
16  initially came up with that.
17      Q.   Do you know when the idea was
18  conceived?
19      A.   No.  I do know that they were
20  thinking about it at least a year or two ahead
21  of time, but not a lot has been really done.
22      Q.   Ahead of the time that you were
23  hired?
24      A.   That I arrived, yes.
25        It was obvious that some work had
```

Page 13

```
 1        JAMES CHASEN - CONFIDENTIAL
 2  been done prior to my arrival.  Exactly how
 3  long, I don't know.
 4        Again, Yuri Avila would probably be
 5  the person that would have that information.
 6      Q.   What was the motivation behind
 7  Rayovac's decision to come up with an
 8  alcohol-based cleaning system?
 9      A.   I think they wanted to get into a
10  higher price-point category for their shaver
11  line.  I think there was so much they could
12  charge for an electric shaver, so they wanted
13  higher price-points.  I believe that's why they
14  did it.  I'm not in marketing so I can't say for
15  certain what their reasons were.
16      Q.   So it's Rayovac's testimony that
17  the decision to go forward with the
18  alcohol-based cleaning system was made by
19  somebody in marketing?
20      A.   Yes.  That's usually how it works.
21        (Exhibit 2 for
22  identification, One page document entitled,
23  "Remington Cleaning/Recharging System,"
24  production numbers R 002955.)
25      Q.   Mr. Chasen, I've placed before you
```

4  (Pages 10 to 13)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 14

JAMES CHASEN - CONFIDENTIAL
1
2    what has been marked Exhibit 2, which is a
3    document entitled, "Remington Cleaning
4    Recharging System, Revised August 21, 2001."
5         Do you see that?
6         A.    Uh-huh.
7         Q.    Can you review that document?
8         A.    Okay.
9         Q.    This is the earliest document that
10    Rayovac has produced regarding Remington's
11    cleaning device.
12         Do you have any knowledge of any
13    documents earlier concerning the Rayovac
14    cleaning device?
15         A.    No. This was well before my time.
16         Q.    And you have not, in preparation
17    for your deposition on behalf of Rayovac,
18    reviewed any documents that are earlier than
19    this?
20         A.    To be honest, I don't remember. I
21    mean, I skimmed a lot of pages, so if it was
22    something that was earlier than that, I wasn't
23    looking at dates or anything. I was just kind
24    of skimming through it, so --
25         Q.    Is Mr. Avila still with Rayovac

Page 15

JAMES CHASEN - CONFIDENTIAL
1
2    Corporation?
3         A.    Yes.
4         Q.    Where does he work?
5         A.    Madison, Wisconsin.
6         Q.    Prior to today's deposition, had
7    you seen this document before?
8         A.    I believe I might have scanned it
9    yesterday in preparation. I looked at a lot of
10    pages.
11         Q.    Mr. Chasen, do you know why in this
12    document the Braun Syncro device is mentioned?
13         A.    No, I don't.
14         Q.    Do you know why in this document
15    the size constraints for the Rayovac cleaning
16    device would be determined as a function of the
17    Braun cleaning device?
18         A.    No.
19         The only thing I can think of is, I
20    guess at this date the Braun Syncro was a
21    competitor product out on the market, and we do
22    that all the time when we're looking to
23    introduce a new product, we look at the
24    competition and see what's out there. It's a
25    normal occurrence.

Page 16

JAMES CHASEN - CONFIDENTIAL
1
2         Q.    Do you know at this time, August
3    21, 2001, did Rayovac have a competing device
4    for the Braun Syncro?
5         A.    Did Rayovac? Not to my knowledge.
6         Q.    You mentioned Rayovac --
7         A.    You said did Rayovac have a
8    cleaning device prior to this date? I keep
9    going Remington in my mind. No, they didn't.
10    There was no cleaning device prior to this
11    time --
12         Q.    At this time, August 21, 2001, the
13    date of this document, did Rayovac have a
14    competing device for the Braun Syncro device?
15         A.    Not to my knowledge.
16         (Exhibit 3 for
17    identification, One page document, handwritten
18    notes, production numbers R 000666.)
19         Q.    Mr. Chasen, I've placed before you
20    what has been marked Exhibit 3, which is a
21    document dated 9/17/01, "Test Braun Syncro."
22         Do you see that?
23         A.    Yes.
24         Q.    Have you seen this document before?
25         A.    No, I don't believe I have.

Page 17

JAMES CHASEN - CONFIDENTIAL
1
2         Q.    Do you know why on September 17,
3    2001 Rayovac would have been conducting tests of
4    Braun Syncro's device?
5         A.    I could speculate.
6         Q.    Well, you're here to speak on
7    behalf of Rayovac Corporation. Not to
8    speculate.
9         A.    Okay. It was most likely to
10    evaluate competitor units.
11         Q.    And at this time, September 19,
12    2001, Remington had no competitor unit for the
13    Braun Syncro, did it?
14         A.    No.
15         Q.    Do you know who tested the Braun
16    Syncro?
17         A.    No, I don't. I don't know who
18    tested it back then.
19         Q.    Do you know whose handwriting is
20    depicted in Exhibit 3?
21         A.    It's either Bob Garbarino or Will
22    Valentine. One of those two gentlemen.
23         Q.    Is Bob Garbarino still with Rayovac
24    Corporation?
25         A.    No.

5 (Pages 14 to 17)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 18

1        JAMES CHASEN - CONFIDENTIAL
2      Q.    Do you know where he is?
3      A.    I believe he's working for a
4    company in Milford, Connecticut.
5      Q.    How about Will Valentine?
6      A.    He's working for Hubbel Corporation
7    in Bridgeport, Connecticut.
8      Q.    As of September 17, 2001, did
9    Rayovac Corporation have a prototype of a
10    cleaning device that was intended to compete
11    with the Braun Syncro?
12      A.    I don't believe so, no. Not that
13    early.
14      Q.    What was the original concept for
15    the Remington or Rayovac cleaning device? Would
16    you describe that for us?
17            MR. SHIMOTA: Objection to form.
18      A.    The original concept?
19      Q.    That's right.
20        On September 17, 2001, there was no
21    Rayovac prototype. Did there come a time that
22    Rayovac came up with a concept design?
23      A.    Well, when I came on the picture in
24    '03, there was already a fairly well defined
25    concept or direction to go into. I know that

Page 19

1        JAMES CHASEN - CONFIDENTIAL
2    they were looking at some other approaches, but
3    I really don't know exactly what those were.
4    They were kind of before my time; and when I
5    came on board it was kind of like, okay, here we
6    go. We're going to go in this direction and
7    let's try to make it work, and that's what I was
8    hired to do.
9      Q.    Who at Rayovac would know about the
10    original concepts?
11      A.    Again, Yuri Avila would be the --
12    he was the engineering manager for shavers, and
13    that fell under his jurisdiction from an
14    engineering standpoint. From a marketing
15    standpoint, you'd have to -- you know, sometimes
16    they have some ideas that might have been
17    floating around then, so you'd have to talk to
18    them.
19      Q.    Who would be the marketing person?
20      A.    Jim Doyle.
21            (Exhibit 4 for
22    identification, Multi-page document, first page
23    entitled, "Shaver Cleaner & Charger System,"
24    production numbers R 002935 through R 002941.)
25      Q.    Mr. Chasen, I've placed before you

Page 20

1        JAMES CHASEN - CONFIDENTIAL
2    what has been marked Exhibit 4. Have you seen
3    this document before?
4      A.    No, I have not.
5      Q.    Can I ask you to review the
6    document which is dated October 12, 2001,
7    Exhibit 4.
8      A.    Okay.
9      Q.    Turning your attention to the
10    second page of the exhibit, number 13 on that
11    page of major components --
12      A.    Yes.
13      Q.    It states, "Two options to be
14    considered: A, disposable cartridge; B,
15    refillable container," and then it goes on.
16        Did Rayovac consider a cartridge at
17    one point?
18      A.    I don't know. I don't know.
19        They were -- when I came on board,
20    it was having separate bottles and filling the
21    bottom housing with fluid. Cartridges were not
22    considered when I came on board.
23      Q.    Would Yuri Avila be the person to
24    answer that question?
25      A.    Probably would, yes.

Page 21

1        JAMES CHASEN - CONFIDENTIAL
2      Q.    Exhibit 4 discusses a shaver
3    cleaner and charger system.
4        Prior to reviewing this document,
5    had anybody discussed with you this type of
6    cleaner charger system for Rayovac?
7      A.    You mean the way it's executed
8    right here?
9      Q.    That's right.
10      A.    No, no.
11      Q.    So you don't know anything about
12    this particular cleaning system?
13      A.    No, I don't. I really don't. This
14    was before my time. Obviously they were
15    tinkering with some other executions than the
16    way it is now.
17      Q.    Do you know if Rayovac created a
18    prototype of this concept, the one shown or
19    described in Exhibit 4?
20      A.    No, I don't believe -- no, I've
21    never seen this prototype.
22      Q.    Did Rayovac conduct any market
23    studies to determine consumer's tastes as to a
24    cleaning device for dry shavers?
25            MR. SHIMOTA: Objection.

6 (Pages 18 to 21)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 22

1    JAMES CHASEN - CONFIDENTIAL
2         Outside the scope.
3    A.    I believe -- I don't know for sure,
4    but they must have.  They definitely must have.
5    Q.    Are you aware of any market studies
6    yourself?
7         MR. SHIMOTA:  Same objection.
8    A.    I don't know.  I really -- my
9    function there was strictly engineering, so a
10   lot of those marketing-type functions, I really
11   wasn't privy to a lot of that, especially during
12   the first three months I was there as a
13   consultant coming in.  My main focus was the
14   engineering side of it.  Not the marketing side
15   of it.
16   Q.    As part of your engineering duties,
17   did you have an understanding of what the
18   motivation was behind Remington's decision or
19   Rayovac's decision to enter the market with the
20   cleaning device?
21   A.    I would assume it was a way to
22   clean the shaver.  You know, they wanted to come
23   out with a higher price-point product that can
24   clean their rotary shavers and foil shavers.
25   Q.    Did anybody explain that motivation

Page 23

1    JAMES CHASEN - CONFIDENTIAL
2    to you when you started at Rayovac?
3    A.    Well, Yuri Avila, when I
4    interviewed there, he said, "We're working on a
5    system to clean shavers and this is what we have
6    so far," and kind of walked me through it.  They
7    didn't go into a big marketing thing, "This is
8    why we're doing it, to" -- anything like that.
9    It was just, you know --
10   Q.    So you can't today speak to any
11   knowledge of Rayovac Corporation with regard to
12   the development of its cleaning device prior to
13   the time that you joined?
14   A.    I'd feel uncomfortable doing that
15   because I wasn't there.
16   Q.    Even though Rayovac has designated
17   you as the person to speak on its behalf?
18   A.    Right.  I do know of -- like, even
19   what was done maybe three or four months before
20   I arrived, I saw some earlier work, but I mean
21   stuff that's even before that, I mean, the
22   decision was already made at that time not to go
23   in this direction that you showed me here.
24   Q.    Exhibit 4?
25   A.    Exhibit 4, yes.

Page 24

1    JAMES CHASEN - CONFIDENTIAL
2    That was just not on the table.
3    They had developed a prototype that had -- that
4    is similar to what you see on this table here,
5    although nonfunctioning at the time, and that's
6    kind of where I came in.
7         So -- and I know that there was
8    some work done previous to that by a gentleman,
9    Will Valentine, who was a product engineer as
10   well, and he was doing some earlier work with
11   cleanibility and so forth, using this type of
12   approach.
13   Q.    When you say "this type of
14   approach" and "what you see on this table,"
15   you're --
16   A.    Injecting into the hair pocket of
17   the shaver.
18   Q.    Let me finish the question, though.
19   When you said in your previous
20   answer "this type of approach" and "what you see
21   on this table," you're referring to the products
22   that Remington is currently marketing?
23   A.    That's correct.
24   Q.    Prior to the Braun Syncro cleaning
25   system, was Rayovac aware of any other cleaners

Page 25

1    JAMES CHASEN - CONFIDENTIAL
2    for dry shavers?
3    A.    Not to my aware -- not to my
4    knowledge.
5         (A recess was taken.)
6         (Exhibit 5 for
7    identification, Multi-page document, E-mail
8    dated 10/22/01 with attachment, production
9    numbers R 002956 through R 002958.)
10        (Exhibit 6 for
11   identification, Multi-page document, photographs
12   of cleaning device, production numbers
13   R 002950 through R 002954.)
14   Q.    Mr. Chasen, we're back on the
15   record.
16        I placed before you what has been
17   marked as Exhibit 6.
18   A.    6 before 5?
19   Q.    That's right.
20        Which appear to be photographs of a
21   cleaning device.
22   A.    Okay.
23   Q.    Have you seen this device before,
24   or these photographs?
25   A.    No, I haven't.  I haven't seen this

7 (Pages 22 to 25)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

| Page 26 | Page 28 |
|---------|---------|

**Page 26**

1      JAMES CHASEN - CONFIDENTIAL
2    before. It looks like a blender.
3        Q.    Do you know if it's a cleaning
4    device for shavers?
5        A.    No doubt it is.
6        Q.    You have no doubt that it is?
7        A.    Yes. Well, I could see the -- the
8    top is shaped like a head of a rotary shaver, so
9    this is most likely for a rotary shaver cleaning
10   system; and I guess the intent was that the
11   shaver would fit in the top there and it looks
12   like there's some plumbing devices down below
13   that would move fluid.
14       Q.    Beyond that, do you know how this
15   device operates?
16       A.    Based on Exhibit 5, I do.
17       Q.    Okay. Can you tell me what Exhibit
18   5 is?
19       A.    Well, Exhibit 5 is a proposal for
20   an electric controller, so what this is, is a
21   communication between Fred Mercurio and a guy
22   named Robert Schenck who is a consultant for
23   prototyping electronics, so what he's doing is
24   he's communicating to him for a proposal to
25   control some pumps and other devices

**Page 27**

1      JAMES CHASEN - CONFIDENTIAL
2    sequentially for cleaning.
3        So he's saying we want a breadboard
4    prototype of this. This is not that uncommon.
5    We do this kind of stuff all the time for making
6    prototypes, have a consultant make a part for
7    us, make an electronic board or something like
8    that.
9        Q.    So this consultant, Mr. Schenck, is
10   making a prototype board for the --
11       A.    Or he's quoting, he's saying phase
12   I, this is what it will be and this is what I'll
13   charge. It's a proposal for making a control
14   board for a cleaning system.
15       Q.    And based on your review of
16   Exhibits 5 and 6 --
17       A.    I don't know for sure if these two
18   tie exactly together. I mean, if they were
19   dated, you know -- if they were dated I could
20   probably tell that it was -- this was for that,
21   but just reading this and looking at that
22   picture, I can't be 100 percent certain that
23   this goes with that.
24       Q.    But are you familiar with
25   Mr. Schenck?

**Page 28**

1      JAMES CHASEN - CONFIDENTIAL
2        A.    No, I'm not.
3        Q.    You had previously described him as
4    a consultant?
5        A.    Yes. Because it says "RAS
6    Consulting, 245 West Main Street, Hebron"; and
7    on the bottom he's saying how much he's going to
8    charge, so to me there's no doubt that this guy
9    is a consultant.
10       Q.    Do you know why Mr. Schenck was
11   testing the Braun unit?
12       A.    Probably because -- well, it was a
13   competitive unit at the time on the market for a
14   cleaning system, so as a base of reference they
15   probably took the competitive Braun unit, took
16   the motor out and did an analysis of it. That's
17   all.
18       Q.    In this e-mail dated October 22,
19   2001, which is Exhibit 5, Mr. Schenck goes on to
20   say in the middle of the paragraph, "I will need
21   to review the patents to make sure our mutual
22   plans are okay."
23       A.    Where is this?
24       Q.    On the first page.
25       A.    Okay.

**Page 29**

1      JAMES CHASEN - CONFIDENTIAL
2        Q.    It says, "I will need to review the
3    patents to make sure our mutual plans are okay.
4    I will notify you if I see a conflict. It may
5    impact the plans," and then it goes on.
6        Q.    Do you know whether Mr. Schenck
7    reviewed patents in connection with his work for
8    Rayovac?
9        A.    It was to probably make sure that
10   it didn't infringe with what Braun was doing.
11   They wanted to make sure that they didn't
12   infringe on Braun's patents.
13       Q.    When you say "they," who are you
14   referring to?
15       A.    Frank and Robert Schenck.
16       Q.    Frank Mercurio?
17       A.    Yes. Frank was a design engineer
18   working under Yuri Avila. He's been with the
19   company maybe, like, five years, six years.
20   Something like that.
21       Q.    And he's still with the company?
22       A.    Yes. He's in Madison, Wisconsin.
23   He's now a manager under Yuri now. When he
24   moved out there he got a promotion.
25       Q.    Do you know whether Mr. Schenck

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

Page 30

JAMES CHASEN - CONFIDENTIAL

1      actually reviewed any of Braun's patents in
2      connection with his work?
3      A.   No.  Unfortunately, I don't.  I
4      don't.  I'm just talking based on this document.
5      Q.   And you don't know the results of
6      his patent review, if any?
7      A.   No.  Unfortunately, I'm sorry.
8      Q.   Do you know whether he notified
9      Rayovac of his review of the Braun patents?
10     A.   No, I don't.
11     Q.   Aside from what Mr. Schenck may or
12     may not have done with regard to this e-mail,
13     Exhibit 5, did Rayovac conduct a liability
14     review in the course of developing the Rayovac
15     cleaning system?
16     A.   I know that there was a lot of
17     discussion with Mel Stoltz, S-T-O-L-T-Z, I
18     think.  He was our corporate attorney and
19     everything that we did we made sure that we
20     cleared it through him to make sure it was okay,
21     that we weren't doing any infringing on anybody.
22     So we had several meetings with Mel at Rayovac,
23     or Remington at the time, in Bridgeport, and
24     showed him all phases of the project.

Page 31

JAMES CHASEN - CONFIDENTIAL

1      And I know for a fact even before I
2      came that they also had conversations with Mel
3      Stoltz to make sure what they were doing was
4      okay, the directions that they were taking were
5      okay.
6      (Exhibit 7 for
7      identification, Multi-page document, E-mail
8      dated 8/23/02, production numbers R 002714
9      through R 002715.)
10     Q.   Mr. Chasen, I've placed before you
11     Exhibit 7, which is two e-mails, the last one
12     dated August 23, 2001.
13     Have you seen this document before?
14     A.   I don't believe I have.  Do you
15     want me to read it in detail here or --
16     Q.   One moment.  I'll ask you a
17     question.  Actually, yes.  You can review the
18     document.
19     A.   Okay.
20     Q.   Directing your attention to the
21     first page, paragraph 2-A, why was Rayovac only
22     interested in making claims associated with
23     cleaning the actual shaver similar to that of
24     Braun?

Page 32

JAMES CHASEN - CONFIDENTIAL

1      MR. SHIMOTA:  Objection.
2      Outside the scope.  Form.
3      A.   I'm not really sure.
4      Well, according to this document,
5      it says if you only make claims about cleaning
6      the shaver, then the cleaning solution is
7      regulated as a household cleaning product -- I'm
8      just reading what it says here in 2-5 and
9      stating what it says, so -- what was your
10     specific question?  Do I know why they were only
11     making claims about --
12     Q.   The question was, why was Rayovac,
13     quote, "only interested in making claims
14     associated with cleaning the actual shaver that
15     is part of the package sold with the cleaning
16     base, similar to that of Braun"?
17     MR. SHIMOTA:  Objection.
18     Outside the scope.
19     A.   They wanted to develop a cleaning
20     system for a shaver.  That's what they were
21     interested in.
22     Q.   Why was it important or significant
23     to be similar to Braun?
24     MR. SHIMOTA:  Same objection.

Page 33

JAMES CHASEN - CONFIDENTIAL

1      A.   I don't know.  I mean, maybe your
2      best off talking to somebody in marketing about
3      that.  It's possible that that was their
4      benchmark, a competitive benchmark to go after.
5      Q.   So in the design of the Remington
6      device, whether or not Braun was a benchmark was
7      something that the design engineers didn't know?
8      A.   It was always -- I'm not going to
9      lie.  We looked at the Braun as far as its
10     cleaning efficacy and it did a pretty decent job
11     in cleaning the shaver, so in the development of
12     this product, we wanted to make sure that it
13     cleaned equally as well.
14     Marketing was apparently satisfied
15     with the cleanibility of the Braun unit on how
16     well it performed, so when we developed this
17     product, it came up in discussions that, "Gee,
18     we would like it to perform as well as the Braun
19     unit," so -- I don't know if I answered you --
20     Q.   You did answer the question.
21     It appears based on Mr. Shimota's
22     objection and your lack of knowledge that
23     actually Exhibit 7 may be something related to
24     the marketing, not necessarily the design of the

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 34

1          JAMES CHASEN - CONFIDENTIAL
2    device.
3          A.    The way I interpret this document,
4    Product Genesis is some kind of a consulting
5    house and they're having this conversation on
6    how should we brand this, how should we sell the
7    solution. They're asking these type of
8    questions, which I normally -- engineering, my
9    function would not get involved in these types
10   of discussions at all.
11         Q.    And who would?
12         A.    Jim Doyle -- Jim Doyle is even
13   copied on here. Peter Katz at the time was the
14   marketing manager for this product line and he
15   left the company during -- when I was there.
16         Q.    Do you know how long ago he left?
17         A.    Sometime -- I think it might have
18   been in '03, towards the latter end of the year.
19         Q.    Do you know where Mr. Katz is now?
20         A.    I have no idea where he is, no.
21         I wish I could be more help on
22   this --
23         Q.    You're doing fine.
24         A.    I'm trying here. I really am.
25         Q.    Some of my questions might not make

Page 35

1          JAMES CHASEN - CONFIDENTIAL
2    sense. You know more about the business than I
3    do --
4          A.    Think of me as a technical
5    geekhead. Don't think of me as a marketing
6    side, but I'll doing whatever I can to answer
7    the questions. I do know some.
8          Q.    I appreciate that.
9          (Exhibit 8 for
10   identification, Multi-page document, E-mail
11   dated 9/9/02, production numbers R 002729
12   through R 002732.)
13         Q.    Mr. Chasen, I've placed before you
14   Exhibit 8. Have you seen this e-mail before
15   dated September 9, 2002?
16         A.    No, I haven't.
17         Q.    Can I ask you to read the first
18   paragraph of that e-mail.
19         A.    Okay. The two top paragraphs?
20         Q.    No. Just the first paragraph,
21   actually.
22         A.    Sure.
23         Q.    What were the two solutions being
24   explored by Rayovac with Thermoelectron?
25         A.    I don't know who Thermoelectron is.

Page 36

1          JAMES CHASEN - CONFIDENTIAL
2    We were working with an outfit called Topiderm
3    out on Long Island, a formulating house for our
4    solution. They formulated the cleaning solution
5    for us. I have never heard of Thermoelectron.
6          Q.    How about Product Genesis?
7          A.    I don't know who those guys are
8    either. I'm sorry.
9          Q.    This e-mail is directed to
10   Mr. Avila. Would he be the most knowledgeable
11   person at Rayovac about this?
12         A.    Yes, I believe he would.
13         Q.    I'll ask you to turn back to
14   Exhibit 4. Exhibit 4 describes a cleaning
15   system which appears to include a disposable
16   cartridge. Do you know when Rayovac decided to
17   reject the disposable cartridge concept of this
18   design?
19         A.    I don't know the exact date. It
20   was definitely before I got there. I know that
21   marketing would have liked to have had a
22   disposable cartridge like yours because it's a
23   nice little system.
24         Q.    When you say "like yours," do you
25   mean Braun?

Page 37

1          JAMES CHASEN - CONFIDENTIAL
2          A.    Braun. Yes. It was a very
3    desirable feature that I think marketing would
4    have liked, but there were most likely some
5    infringement possibilities that prevented us
6    from taking that approach; and also, it was a
7    little bit more difficult to execute.
8          I think our system, from a plumbing
9    standpoint, is a little more straightforward, a
10   little more easier.
11         Q.    You stated that there was likely
12   infringement possibility.
13         What do you mean by that?
14         A.    Well, they probably ran it by Mel
15   Stoltz, our attorney, and he said, "You can't do
16   that."
17         Q.    Do you know if, in fact, that
18   happened?
19         A.    No, I don't.
20         Q.    Who would know that?
21         A.    Yuri would probably know that.
22         Q.    And you also mentioned that the
23   reason for rejection of the cartridge device was
24   the difficulty in executing it due to plumbing?
25         A.    Yes. I mean, there's -- when I

10  (Pages 34 to 37)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 38

JAMES CHASEN - CONFIDENTIAL

1    came on the project, the design direction was
2    already pretty much solidified; and when
3    marketing asked for a cartridge, we were, like,
4    well, gee, that's like a major thing, a major
5    design change, very difficult to execute, to
6    have it removed and come out and so forth,
7    there's a lot that goes in there so we decided
8    not to do that.
9        Q.    So going back to Exhibit 4, which
10   is dated October 12, 2001 --
11       A.    To my knowledge, I've never seen
12   this prototype. This was never made or never
13   seriously considered.
14           I mean, it was laid out at the time
15   saying here's one approach, and they laid it
16   out, but I have never seen this prototype and I
17   know that I would have seen it if it was ever
18   made because I was on the technical team and I'm
19   sure I would have seen prior things that they've
20   done. They would have shown us, "Here, we made
21   this, what do you think?" Never saw this.
22       Q.    I'm trying to figure out the
23   time-line. That, Exhibit 4, appears to be a
24   concept of a cleaner that includes a cartridge.
25

Page 39

JAMES CHASEN - CONFIDENTIAL

1    At some point, the cartridge was rejected prior
2    to your employment at Rayovac?
3        A.    Right. And I don't know the exact
4    reason why. I mean --
5        Q.    Let me finish the question first.
6            So in 2001 there's a cartridge
7    design at least being considered based on
8    Exhibit 4.
9            2003, you come on board and the
10   cartridge design has already been rejected.
11   Now, you stated that at some point marketing
12   asked you to reintroduce the cartridge, and at
13   that point you determined that it was difficult
14   from an engineering perspective to introduce a
15   cartridge?
16       A.    Yes. I knew their desire for a
17   cartridge. It's obvious that marketing looked
18   at the Braun system and liked the way the
19   cartridge could be removed and it was simple for
20   the consumer to interface with.
21           And when they asked that question
22   of us, we were, like, "The product is already
23   designed. We can't go back and redesign
24   anything right now."
25

Page 40

JAMES CHASEN - CONFIDENTIAL

1        Q.    When did they ask you that
2    question?
3        A.    Maybe sometime during the first
4    year of my employment.
5        Q.    When you stated in your previous
6    answer that there was a likely infringement
7    possibility, did that also enter the analysis at
8    the time that marketing asked your group to
9    reintroduce the cartridge concept?
10       A.    I'm not sure. Most likely, yes.
11           It's very -- when there's a
12   competitor product, you don't just say "I'm
13   going to do it exactly like that" because there
14   are repercussions. That's why we're sitting
15   here. We're usually very careful about not
16   copying somebody's design like that, so I'm sure
17   they looked at the Braun design, saw the
18   cartridge and said, you know, "You can't just
19   take their idea."
20           You have to make sure that -- you
21   know, that their patents on it are respected and
22   I'm sure that that's what was done.
23       Q.    Going back to Exhibit 4, as I
24   understand Exhibit 4, and feel free to correct
25

Page 41

JAMES CHASEN - CONFIDENTIAL

1    me, from an engineering perspective, what was
2    considered there was also not only a cartridge
3    system, but a system where the shaver head was
4    immersed in a basin?
5        A.    That is correct.
6        Q.    When did Rayovac reject that design
7    concept?
8        A.    I know it was sometime in the year
9    before I got there because the approach that we
10   took was thought to be -- thought to not
11   infringe on the way Braun did it.
12           They obviously looked at your
13   patent, saw what you had done for immersing the
14   head there under fluid, and saw that that was
15   protected, so they decided not to go that route.
16       Q.    Who made that determination?
17           MR. SHIMOTA: Objection.
18           Outside the scope.
19       A.    I'm not sure who made that
20   determination. It's probably somebody -- Tim
21   Simone, who was the director of engineering, and
22   Yuri Avila probably sat down and had that
23   discussion, along with Mel Stoltz.
24       Q.    When did the concept of spraying
25

11 (Pages 38 to 41)

7a129155-49aa-4907-8dee-42ac5376e13a

Page 42

1          JAMES CHASEN - CONFIDENTIAL
2    cleaning fluid directly or injecting cleaning
3    fluid directly to the shaver head arise?
4        A.    That would be on the disclosure --
5    I could find that on the original disclosure for
6    the patent.
7        Q.    What patent are you referring to?
8        A.    Well, we have our own patent
9    applications for the way we're executing this
10   design, and that document --
11       MR. SHIMOTA: I'll instruct you not
12   to disclose the contents of that document.
13       THE WITNESS: All right.
14       Q.    But at least there's a date there
15   that would say that's when it was formally
16   entered into the system.
17       MS. WENDLANDT: Mr. Shimota, just
18   so I understand your objection, is that based on
19   an attorney-client confidentiality?
20       MR. SHIMOTA: It's privileged.
21       MS. WENDLANDT: What kind?
22       MR. SHIMOTA: Attorney-client
23   privilege.
24       MS. WENDLANDT: So it hasn't been
25   disclosed, this application, to any third party?

Page 43

1          JAMES CHASEN - CONFIDENTIAL
2        MR. SHIMOTA: I believe he's
3    talking about invention disclosure as opposed to
4    a patent application.
5        THE WITNESS: Right. I'm just
6    trying to help you. You want me to give you a
7    time-line and I'm thinking if I were to try to
8    find a time-line, I would look at that document
9    and say, oh, that's when they invented it.
10       MS. WENDLANDT: Thank you for the
11   clarification.
12       Q.    Do you know who came up with the
13   idea of injecting the fluid to the shaver head?
14       A.    Tim Simone.
15           (Exhibit 9 for
16   identification, Multi-page document entitled,
17   "Cleaning System Design," production numbers
18   R 001800 through R 001810.)
19       Q.    Mr. Chasen, I've placed before you
20   Exhibit 9, which is a document dated 12/18/02,
21   just a month before you started your consulting
22   for Rayovac.
23           Is this the original -- I should
24   say the design that you were originally told of
25   by Yuri Avila?

Page 44

1          JAMES CHASEN - CONFIDENTIAL
2        A.    Yes.
3        Q.    Can you explain to me how this
4    12/18/02 cleaning system works?
5        A.    Sure.
6            You've got a pump, a fluid pump
7    located in this area here. This section right
8    here.
9        Q.    Would you mark that? Could you
10   label it "pump."
11       A.    And what happens is, this bottom
12   housing here contains the cleaning solution, and
13   this is your filter area right here.
14       Q.    Could you label it "filter,"
15   please.
16       A.    And what happens is, the fluid gets
17   sucked up by the pump right here in the bottom,
18   and there is plumbing here which is not shown in
19   this view, but the outlet of the pump goes to
20   what we call the injector, and the injector is a
21   manifold with three nozzles sticking out, and
22   those three nozzles, just like in here --
23       Q.    Just sticking with the 12/18
24   design.
25       A.    It's the same. That's why I

Page 45

1          JAMES CHASEN - CONFIDENTIAL
2    figured for clarification.
3            So the fluid then comes up out of
4    the pump into the manifold and gets instructed
5    into the hair pocket of the shaver, and this is
6    the hair pocket --
7        Q.    Can I stop you?
8            What is the manifold?
9        A.    It's not shown in this view, but
10   it's a way of injecting the fluid into the hair
11   pocket.
12       Q.    Is it shown in any other view that
13   is part of this Exhibit 9?
14       A.    No. Because at the time he had not
15   designed that part yet.
16       Q.    Who is "he"?
17       A.    Scott Larsen.
18           Scott Larsen was a consultant that
19   was hired by Remington at the time. Scott
20   Larsen was a design engineer hired by Remington
21   at the time to put some of these major
22   components together.
23           So at the time the injectors and
24   manifold was not designed yet, but it was
25   intended to go into here.

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 46

JAMES CHASEN - CONFIDENTIAL
1
2        So this, for all intents and
3  purposes, this is incomplete, this drawing. It
4  was kind of like a work in progress, saying,
5  like, it's going to be about this big and this
6  is where the fluid is going to be held and this
7  is where the filter is going to be. This is how
8  I'm thinking where the shaver should go inside,
9  but a lot of those other details were not
10  formulated as of yet.
11      Q.   Can you show me where the fluid is
12  supposed to be and label that?
13      A.   I'll show it half filled.
14           How is that?
15      Q.   That's fine.
16           So the pump sucks up the fluid to
17  the manifold, which injects it --
18      A.   Into the hair pocket of the shaver.
19  When I say "hair pocket," that's that part that
20  pivots open on the shaver.
21      Q.   Can you show me on the physical
22  device?
23      A.   This part here.
24      Q.   Thank you.
25      A.   You'll see a lot of this

Page 47

JAMES CHASEN - CONFIDENTIAL
1
2  terminology in a lot of the documents.
3      Q.   The hair pocket --
4      A.   The hair pocket.
5           And for foils as well, the hair
6  pocket on a foil is the same thing -- it's the
7  part that's kind of like housing. It's like an
8  end housing --
9      Q.   For the cutters?
10     A.   Yes. It's kind of where all the
11  hair kind of goes and collects.
12          You're not an electric shaver user?
13     Q.   I personally am not.
14     A.   And you work for Braun?
15          Yes, so it goes from the manifold
16  and it's got little nozzles on the manifold that
17  inject it into these three openings on the hair
18  pocket.
19     Q.   And those openings, are they shown
20  on this exhibit?
21     A.   No, they're not.
22          Like I said, this was work in
23  progress, and these particular drawings were
24  only, like, an outline towards -- they didn't
25  show too much detail, so -- and these drawings

Page 48

JAMES CHASEN - CONFIDENTIAL
1
2  are other parts that go in here that are, in my
3  opinion, not relevant, but I can explain what
4  they are if you'd like.
5      Q.   No, that's fine. You can stick to
6  the first two pages of Exhibit 9.
7      A.   The way it works, the pump sucks up
8  the fluid from this bottom housing here. It
9  goes up through some tubing into the manifold.
10          There are injection nozzles on the
11  manifold that direct the fluid into the hair
12  pocket of the shaver, and then the fluid then
13  comes out of the hair pocket and dribbles down
14  to this device here, which we call the basin.
15     Q.   Can you label the basin on Exhibit
16  9?
17     A.   Sure.
18          The basin then just channels that
19  fluid right out into the filter and then it
20  recirculates around, so it's just a continuous
21  flow system. So it gets sucked up, injectors,
22  through the filter, goes down that way. It's
23  actually very simple.
24     Q.   When you were retained in January
25  of 2003 to work for Rayovac you were a

Page 49

JAMES CHASEN - CONFIDENTIAL
1
2  consultant at the time. What was your job
3  description?
4      A.   Well, I didn't have a job title
5  because I was a consultant, but --
6      Q.   What were your responsibilities?
7      A.   Prototyping, testing, invention,
8  part -- you know, inventing some of the
9  subsystems to make it work, doing some of the
10  R&D, as we speak, research and development,
11  making it work. Evaluating the function of the
12  product, evaluating some of the test results.
13  Making corrections to make the product work
14  properly, doing engineering calculations, doing
15  evaluation of materials.
16     Q.   You mean the type of materials to
17  be used in the construction?
18     A.   Right, right.
19          We were proposing, for example, on
20  the injectors, we were having trouble that they
21  were melting during our shipping test. You
22  would put it in an oven and it would come out
23  like a pretzel, so we had to look at different
24  materials. That kind of thing.
25          Evaluating screen sizes of the

13 (Pages 46 to 49)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 50

1       JAMES CHASEN - CONFIDENTIAL
2  filter. Evaluating how some of the problems
3  that came up, we would have to solve these
4  problems. I did a lot of that.
5       Q.   And this is all exclusively in
6  connection with the cleaning system?
7       A.   Yes. That was like I lived and
8  breathed these cleaning systems from January
9  '03 for the next, like, year and a half.
10      Q.   Did Rayovac involve manufacturers
11 in connection with the development of the
12 cleaning device?
13      A.   Yes.
14      Q.   When in the process did
15 manufacturers --
16      A.   Very fairly early on. They used a
17 manufacturer, Heroka Industries. They're a
18 supplier to Rayovac and they also have some
19 engineering capability and design capability,
20 and we were working very closely with this
21 manufacturer throughout the whole phase of the
22 project. Their president is a fellow by the
23 name of Edric Lau. He's a really nice guy.
24      Q.   Any other manufacturers involved in
25 the design process?

Page 51

1       JAMES CHASEN - CONFIDENTIAL
2       A.   The shaver itself was an Izumi, so
3  -- the shaver was pretty much well developed
4  already and there were only some minor changes
5  that had to be made to it to make it work with
6  the cleaning base.
7       Q.   Who chose Heroka to be the
8  manufacturer of the cleaning base?
9       A.   I'm not sure why they picked them.
10 I don't know. I didn't have privy to that
11 information.
12      Q.   In the documents I've also seen
13 another manufacturer, Haking?
14      A.   Haking.
15      Q.   What was their role?
16      A.   They make that shaver right there,
17 the MS 5500 series.
18      Let me start over again.
19      Izumi makes the rotary shavers, the
20 R-9500 series. Heroka makes all three cleaning
21 bases. Heroka also makes the women's shaver.
22 That one there.
23      Q.   WDF 7000?
24      A.   Correct, WDF 7000.
25      And Haking makes the MS 5500 and

Page 52

1       JAMES CHASEN - CONFIDENTIAL
2  5700 foil shaver.
3       Q.   Did Izumi play any role in the
4  development of the cleaning base?
5       A.   Some -- yes, well, the shaver and
6  cleaning base kind of go hand-in-hand. Their
7  primary function was making sure the shaver was
8  properly interfaced with the cleaning base, so
9  there were modifications that had to be made to
10 the shaver to accommodate the cleaning base.
11      Do you want me to go into some
12 detail of what those modifications are?
13      Q.   Not of the shaver, no.
14      Q.   Did Haking have any involvement in
15 the development of the cleaning base?
16      A.   No, no. They were strictly the
17 shaver end of it.
18      (Exhibit 10 for
19 identification, Multi-page document, U.S. Patent
20 No. 5,711,328.)
21      Q.   Did Rayovac at any time ask Izumi
22 to manufacture the cleaning base?
23      MR. SHIMOTA:  Objection.
24      Outside the scope.
25      A.   Not really sure, to be perfectly

Page 53

1       JAMES CHASEN - CONFIDENTIAL
2  honest. I don't know. They might have.
3       Q.   I've placed before you Exhibit 10,
4  which is the '328 patent. Have you seen this
5  patent before?
6       A.   Recently, yes. I've skimmed it
7  over.
8       Q.   When was the first time you saw it?
9       A.   Actually, just recently.
10      Q.   Within a week?
11      A.   Yes, yes.
12      Q.   Why did you skim the patent?
13      A.   Because I knew that we were having
14 a deposition and I just wanted to kind of skim
15 it over and look at the patent.
16      Q.   In connection with your design of
17 the Remington cleaning device, did you consider
18 the '328 patent?
19      A.   No, because the direction was
20 already well established. Mel Stoltz was our
21 corporate attorney who was helping us along the
22 way, and, quite frankly, that's his job. So I
23 said, "Hey, Mel, are we okay?", and --
24      Q.   And when you asked him if you were
25 okay --

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 54

JAMES CHASEN - CONFIDENTIAL
1
2    A.    With respect to the Braun patents.
3    Q.    Were you referring to the '328
4 patent?
5    A.    I didn't know the number of the
6 Braun patent. I just said with respect to
7 Braun's patents.
8    Q.    Were you referring to Braun's
9 patents related to their cleaning device,
10 Braun's cleaning device.
11    A.    Yes, yes.
12        (Exhibit 11 for
13 identification, Multi-page document, U.S. Patent
14 No. 5,649,556.)
15    Q.    Mr. Chasen, I've placed before you
16 Exhibit 11, which is the '556 patent. Have you
17 seen this patent before?
18    A.    Is this the one I looked at or the
19 '328? They looked the same. I just skimmed
20 these a week ago and I was looking at one. I
21 didn't know there were two here.
22    Q.    So you in the last week or so
23 skimmed one of either Exhibit 10 or 11?
24    A.    Yes, yes. I'm sorry, I don't
25 remember the number that I was looking at.

Page 55

JAMES CHASEN - CONFIDENTIAL
1
2    Q.    Sure. Prior to that time, you had
3 not looked at either Exhibit 10 or 11?
4    A.    To be perfectly honest, no.
5    Q.    Did there come a time when any of
6 the three manufacturers -- Izumi, Heroka or
7 Haking -- expressed any concern about the Braun
8 cleaning device patents?
9    A.    No, no. I don't think that was
10 their function. I mean -- I won't comment on
11 that.
12    Q.    You may have answered this
13 question, but I don't think I asked it. Let me
14 just ask it.
15        How would you describe Rayovac's
16 continued use of Braun's cleaning device in its
17 development process?
18        MR. SHIMOTA: Objection. Vague.
19        Did you say Braun's cleaning
20 device?
21        MS. WENDLANDT: Yes.
22    Q.    How would you describe Rayovac's
23 continued use or testing of Braun's cleaning
24 device during Rayovac's development process for
25 its cleaning device?

Page 56

JAMES CHASEN - CONFIDENTIAL
1
2    A.    Okay --
3        MR. SHIMOTA: Same objection.
4        You can answer.
5    A.    We looked at some of its
6 performance characteristics during the
7 development of our product. There were
8 primarily just performance characteristics,
9 meaning we looked at things such as cleaning
10 efficacy, spill tendency -- when you tip it
11 over, it spills.
12    Q.    Is that the spill angle?
13    A.    Yes, cleaning efficacy, spill angle
14 -- oh, the cleaning cycle, the pump turns on,
15 the fan turns on. Just general operating
16 conditions, and we evaluated the fluid as well,
17 what type of solution you guys were using.
18    Q.    Why?
19    A.    Why? Well, it's a competitive
20 product. Competitive product evaluation. We do
21 that with not only cleaning systems, we do it
22 with shavers. All kinds of stuff. We want to
23 see what makes the competition tick, so --
24        I'm trying to think what other
25 tests we ran, but -- noise. We looked at noise

Page 57

JAMES CHASEN - CONFIDENTIAL
1
2 as well.
3        (Exhibit 12 for
4 identification, One-page document entitled,
5 "Cleaning System Feature Comparison," production
6 numbers R 002695.)
7    Q.    I've placed before you Exhibit 12,
8 which is a document dated May 14, 2003 with your
9 name on it at the bottom which is entitled,
10 "Cleaning System Feature Comparison, Braun
11 Versus Remington," is that correct?
12    A.    Yes.
13    Q.    Can you tell me who did this
14 comparison?
15    A.    I believe I did.
16    Q.    What was the purpose of the
17 comparison?
18    A.    To compare the cleaning system of
19 the Remington CCS-1 with the Braun Flex Interval
20 System 5441.
21    Q.    And what is the CCS-1?
22    A.    The CCS-1 is the cleaning base
23 portion of our product, this is CCS-1; CCS-2 is
24 the foil, and CCS-3 is the women's.
25        The product name, like when you buy

7a129155-49aa-4907-8dee-42ac5376e13a

**Page 58**

```
1        JAMES CHASEN - CONFIDENTIAL
2   it at the store, includes the shaver and the
3   cleaning base, so they call it some other model
4   number, but when we refer to just the cleaning
5   base, this is the CCS-1 cleaning base.
6        Q.    CCS-1 is the one that works with
7   the rotary model?
8        A.    Yes.
9             So at the time -- and I think this
10  might have been requested of me from Yuri Avila
11  -- and he said to me, "Jim, just give me a
12  comparison of these two units as far as just
13  general function."
14       Q.    Was the goal of the Remington team
15  to mirror the features of the Braun device?
16       A.    No, not at all.
17            It was just to show that these are
18  our features and these are your features. It
19  was just a way to compare item by item how
20  theirs operated versus how ours will operate.
21       Q.    Turning your attention to item
22  number 6, "Recommended solutions/filter
23  replacement frequency."
24       A.    Yes.
25       Q.    Under the Braun system, it says,
```

**Page 59**

```
1        JAMES CHASEN - CONFIDENTIAL
2   "IB states 30 cleaning cycles."
3        A.    Yes.
4        Q.    What is "IB"?
5        A.    Instruction book.
6        Q.    In the next column under the CCS-1
7   design, it says "TBD." "To be decided"?
8        A.    "To be determined."
9        Q.    In parenthesis it says, "Target is
10  30 cleaning cycles." Why was the target 30
11  cleaning cycles?
12       A.    Because that equated to
13  approximately a month's worth of cleanings,
14  because we wanted to clean it once a day and
15  approximately 30 days in a month, so -- that was
16  our goal, our bogey, to get 30.
17       Q.    Why did Mr. Avila request this
18  comparison?
19       A.    I really don't remember at the time
20  why he would have -- I mean, he always requested
21  a lot of stuff, but -- I don't know.
22            It might have been for marketing
23  purposes. They wanted to know why -- how ours
24  works in comparison to the Braun unit just so
25  that could get kind of grounded.
```

**Page 60**

```
1        JAMES CHASEN - CONFIDENTIAL
2        Q.    To whom was this document
3   distributed, Exhibit 12?
4        A.    I don't know. Was it in my notes
5   somewhere? Was it an attachment to an e-mail?
6        Q.    As produced to me, it was not in
7   your notes.
8        A.    I really don't know. I can
9   probably look it up and try to figure that out
10  for you.
11            Most likely this was attached to an
12  e-mail that probably said something like, "Yuri,
13  please see attached, blah, blah per your
14  request," and it might have had a distribution
15  on it. But I'll tell you most likely it went to
16  somebody in marketing as well.
17       Q.    As a result of this comparison
18  between the Braun device and the Remington
19  CCS-1, were there any changes made to the
20  Remington CCS-1?
21       A.    I need a few minutes to read it and
22  see where we were.
23       Q.    Take your time.
24       A.    The only thing that could be a
25  little bit different here is the items 13-A and
```

**Page 61**

```
1        JAMES CHASEN - CONFIDENTIAL
2   13-B.
3             At the time we were fine-tuning
4   what the cleaning cycle durations were, so those
5   values might be different a little bit, as well
6   as that maximum noise level, item 15, because I
7   know we were looking at reducing the noise of
8   our unit, so that might be a little bit off.
9             But other than that, the functions
10  are correct as it is today in production.
11       Q.    Why were there changes to the
12  cleaning cycle duration?
13       A.    Well, I was responsible for setting
14  what the cleaning cycle was to obtain the
15  maximum benefit and we were playing with
16  different cleaning cycles, cycling the fluid on
17  and off and how long you operate the fan and the
18  algorithm, the controls, what that is. That was
19  my responsibility, to figure that out.
20            So when this document was made,
21  which is May 14, 2003, there might have been
22  some tweaks to that later on.
23       Q.    Was the cleaning cycle changed to
24  reduce it to the lower cleaning cycle of the --
25  or lesser cleaning cycle of the Braun device?
```

16 (Pages 58 to 61)

7a129155-49aa-4907-8dee-42ac5376e13a

Page 62

JAMES CHASEN - CONFIDENTIAL

1
2    A.  No. Actually, the Braun had
3 nothing to do with it. We were just trying to
4 -- we wanted to make these things the best we
5 can. I don't really care what Braun was doing.
6 I just wanted to make sure that this thing was
7 as good as it could be.
8       I didn't want to have this thing
9 run for an hour, because that's pretty annoying
10 to having it run on somebody's counter for an
11 hour, so we tried to keep it under a half hour,
12 the entire cleaning cycle, was our --
13       (A recess was taken.)
14       (Exhibit 13 for
15 identification, One-page document entitled,
16 "Cleaning Solution Evaporation Comparisons,"
17 production numbers R 000965 through R 000968.)
18    Q.  Mr. Chasen, I've placed before you
19 Exhibit 13, which is a document dated 5/27/03
20 entitled, "Cleaning Solution Evaporation
21 Comparisons, Remington Versus Braun."
22       Do you see that?
23    A.  Yes.
24    Q.  Do you know who created this
25 document?

Page 63

JAMES CHASEN - CONFIDENTIAL

1
2    A.  Yes, I do.
3    Q.  Who?
4    A.  Me.
5    Q.  At the bottom of the first page of
6 the document, paragraph numbered 2, can you just
7 review that paragraph.
8    A.  Yes.
9    Q.  The last sentence says, "Our unit,
10 because of our shaver design, has a relatively
11 large and flat base in profile which tends to
12 retain more fluid at the end of a cleaning
13 cycle." Have I read that correctly?
14    A.  Yes.
15    Q.  What did you mean by that?
16    A.  What I mean is that, at the end of
17 the cleaning cycle there's some fluid that will
18 tend to -- I don't want to use the word
19 "puddle," but -- I guess the best analogy is
20 your sink in your bathroom. If you turn on the
21 faucet and then you turn it off, it all drains
22 out but there's a little water left in the
23 bottom of the sink.
24       That's what I'm talking about when
25 I say at the end of the cleaning cycle residual

Page 64

JAMES CHASEN - CONFIDENTIAL

1
2 fluid. And what I was referring to here, the
3 Braun unit is very steep so any residual was --
4 when everything shuts off and it's just sitting
5 here, any little driblets of water that are
6 there go right down into the filter and drain
7 into the -- I guess yours is the cartridge.
8       In ours, it tends to more or less
9 sit there because it's very shallow.
10    Q.  When you say the Braun device is
11 very steep, what part of the Braun device are
12 you referring to?
13    A.  I guess the area -- did you bring a
14 Braun unit here?
15    Q.  I didn't, no.
16    A.  I guess the area -- you'd call it
17 the -- your support. The cup. The cup that's
18 on your bottom that goes in.
19    Q.  You're referring to the cup in
20 which the shaver head sits?
21    A.  Right. The cup which the shaver
22 head sits is very steep on the Braun unit; and
23 as such, that at the end of a cleaning cycle
24 when everything is shut off on the Braun unit,
25 there's less fluid retention on those surfaces

Page 65

JAMES CHASEN - CONFIDENTIAL

1
2 versus ours. This was mainly for evaporation
3 study. It had nothing to do with the operation
4 of the unit.
5    Q.  This retention of fluid at the end
6 of the cleaning cycle, is that true with the
7 Remington commercial product as well?
8    A.  Oh, no. That has nothing to do
9 with that.
10    Q.  Let me clarify the question.
11       With the Remington commercial
12 product, either the CCS-1, the CCS-2 or the
13 CCS-3, is there fluid retained in the basin at
14 the end of the cleaning cycle?
15    A.  There are a few driblets of fluid,
16 yes. That's because it's so shallow, that's the
17 issue that we have.
18       I could explain why that's an issue
19 if you want me to go into it, but --
20    Q.  Why is it an issue?
21    A.  You like to retain as much of your
22 cleaning solution as possible to get it to last
23 as long as you can, and any driblets that are
24 left on that surface will just evaporate and
25 it's lost. You want it to go back into the

17 (Pages 62 to 65)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 66

1       JAMES CHASEN - CONFIDENTIAL
2   reservoir so it can be used up again.
3          That was just an observation I had
4   made that -- it's all designed to just drain
5   right out, but like any drain, you're going to
6   be left with a few droplets on there and that
7   contributed to not using up as much fluid as
8   you'd like.
9       Q.   Thank you.
10          (Exhibit 14 for
11  identification, Multi-page document, copy of
12  notebook, production numbers R 000185 through
13  R 000243.)
14      Q.   Mr. Chasen, I've placed before you
15  Exhibit 14. Can you identify what this is?
16      A.   This is my lab book, and its
17  primary function, it's kind of like a doodle
18  page for a lot of people. I scratch little
19  notes and things. And what I'll do, if I run a
20  test, I'll put some of the raw data in here and
21  then I'll transfer that to a more formal
22  document, just so you know what really this is.
23      Q.   When we discussed at the beginning
24  of your deposition what documents you reviewed
25  in connection with your preparation, was this

Page 67

1       JAMES CHASEN - CONFIDENTIAL
2   doodle pad --
3       A.   Yes, I skimmed this as well.
4       Q.   You skimmed this Exhibit 14?
5       A.   Yes.
6       Q.   Asking you to turn your attention
7   to page R-188, number 7 on that page says,
8   "Drain hole in basin needs to be greater than 3
9   million meters." Why is that so?
10      A.   We wanted -- we wanted the fluid to
11  drain out quicker. We did not want to fill the
12  basin with fluid in our design.
13          In our design, that's actually a
14  bad thing, to fill the basin with fluid.
15      Q.   Why?
16      A.   What happens is, if that -- if the
17  heads, the cutting heads go under the fluid
18  level -- in other words, if the level starts to
19  rise, all of those cutters start to rotate
20  underneath the fluid and it creates too much
21  power draw. The shaver loads down and the power
22  dry, the transformer can't supply enough power
23  to the shaver to turn it, so that was a very bad
24  thing.
25          We wanted to make sure that the

Page 68

1       JAMES CHASEN - CONFIDENTIAL
2   fluid goes out, drains out, and goes right to
3   the filter, kind of like your sink.
4          And some of the initial analysis of
5   this product -- that's why I wrote this note --
6   in testing some of these earlier designs, the
7   pump was putting out too much fluid and the
8   level was rising and that's what we didn't want.
9   We wanted that to drain right out.
10      Q.   Asking you to turn your attention
11  to the next page, there's a line that starts,
12  "Lead-in chamfers-basin ribs."
13          Can you explain what these lead-in
14  chamfers are?
15      A.   I believe for assembly purposes to
16  put the basin in, you put some lead-in so that
17  when you're assembling it, it kind of guides it
18  in. That's probably what that referred to.
19      Q.   Asking you to turn to page R-201,
20  at the top it says, "SLA Model 3."
21          What is that?
22      A.   Oh, stereolithography model, SLA.
23          That's our terminology that we use
24  for rapid prototyping of parts.
25  Stereolithography is a process by which rapid

Page 69

1       JAMES CHASEN - CONFIDENTIAL
2   prototypes are made.
3          You start with a computer-generated
4   model in your computer, a 3-D model, and you
5   send the file to these fabrication houses and
6   they form this model in layers, one layer at a
7   time. It starts with a vat of liquid and then a
8   laser scans it one layer at a time from the
9   computer-generated model and you get the
10  complete model built.
11          It's a rapid prototyping tool and
12  you'll probably see a lot of SLA version this or
13  that. I tried to keep track of what version we
14  were working with because we made very -- a lot
15  of different iterations of models, so SLA 1
16  would be the first model, SLA 2 would be the
17  second and so forth and so on.
18          So "SLA model" is just a
19  terminology for prototype.
20      Q.   And each of these SLA models that
21  you were looking at were of the cleaning device?
22      A.   And/or some of the subsystems
23  and/or some of the components that make up the
24  shaver.
25      Q.   Asking you to turn your attention

18  (Pages 66 to 69)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

---

Page 70

JAMES CHASEN - CONFIDENTIAL

1
2  to page R-209, at the top of the page you write,
3  "Run until dry - i.e. same as Braun."
4      What does that mean?
5  A.   You know, I was skimming through
6  this before and I saw that sentence and I don't
7  know what I meant there. I'm sorry, I really
8  don't. "Dry, same as Braun" -- because if you
9  look at the page before, it doesn't -- it's kind
10 of like out of context.
11     The only thing I can think of was,
12 it was -- I don't remember. Honestly, it was
13 just a note that I scribbled in there. It could
14 have been made -- I believe it refers to running
15 the unit dry, meaning like at the end of the
16 Braun cycle, the cleaning cycle, your fan turns
17 on and dries the unit. There's a fan that dries
18 it, and at the end of the cycle, it's dry. The
19 shaver is dry.
20     So when I was running some of my
21 cleaning tests, I wanted to get it to the same
22 dryness level as the Braun unit. That's
23 probably what that is, but I can't be 100
24 percent sure.
25 Q.    Why were you using the Braun unit

---

Page 71

JAMES CHASEN - CONFIDENTIAL

1
2  as a benchmark?
3  A.   It was just a comparison. It was
4  another cleaning device that we wanted to just,
5  you know, evaluate for dryness. Competitive
6  benchmark, I guess.
7  Q.    What was the length of the
8  development process for the CCS-1 product?
9  A.   When I came on board or the whole
10 -- from, like, inception to production?
11 Q.    From conception until it left
12 research and development.
13 A.   You mean -- let me clarify a little
14 bit the best I can.
15     I came on in January of '03, and
16 approximately nine to ten months later we had
17 our first off-tool sample.
18 Q.    What's an --
19 A.   Off-tool. Meaning molded, like you
20 see here. Off-tool molded part.
21     Now, there was some work done prior
22 to my arriving that you could see in the
23 documents that show some dates back in 2001, so,
24 I mean, you could say it went from 2001 until
25 the end of '03. You know what I'm saying?

---

Page 72

JAMES CHASEN - CONFIDENTIAL

1
2  So I don't know very well how
3  defined this is, how long -- I just mainly know
4  from when I started on it, this is how long it
5  took.
6      But prior to that, there was some
7  -- you know, stop, go, stop, go. That kind of
8  thing. Where it just kind of lingered.
9  Q.    Do you know whether Rayovac started
10 to design its own cleaning system prior to
11 Braun's release of its Braun Syncro cleaning
12 system?
13 A.   I honestly don't know. I honestly
14 don't know. Sorry.
15 Q.    At some point Rayovac started
16 developing the CCS-2, which is the model you've
17 said works with the foil, the men's foil?
18 A.   Yes. The original intent was to
19 try to introduce both of them simultaneously,
20 but we didn't have the resources so they decided
21 to have us concentrate on the rotary model
22 first.
23     Plus, they were having some issues
24 with the shaver, the Haking shaver. The MS 5500
25 was a new shaver for Remington/Rayovac and had

---

Page 73

JAMES CHASEN - CONFIDENTIAL

1
2  some bugs in it that had to be worked out, so
3  the shaver really wasn't ready anyway, so the
4  R-9500, the rotary, was already in production,
5  aside from the modifications that we had to
6  make, so that's why that one was picked first.
7  Q.    When was the development of the
8  CCS-2 started up again?
9  A.   I'd have to refer to my notes. I
10 don't know exact dates. It was after -- we were
11 concentrating on the rotary, and then there was
12 a time where we were -- the design was well
13 along and we were waiting for tooling, and then
14 we kind of started ramping up on the CCS-2
15 model.
16     As far as exactly when, if I could
17 look at my notes and maybe I'll find a date in
18 here.
19 Q.    Can you look at Exhibit 14 and see
20 if you can find a date?
21 A.   Let me see if I can find something
22 for you. Actually, a better document, I'm sure
23 you have copies of all of it, a lab book with --
24 it's in Excel, it's like a big Excel spreadsheet
25 and it says "Foil Shaver Cleaning Systems" and

---

19 (Pages 70 to 73)

7a129155-49aa-4907-8dee-42ac5376e13a

Page 74

JAMES CHASEN - CONFIDENTIAL
1 it has sequential experimental dates, test one
2 was done on this date and this is what I
3 performed. Test two was performed on this date
4 and this is what was performed.
5 That would be a way better document
6 than this thing.
7 (Exhibit 15 for
8 identification, Multi-page document entitled,
9 "Development Test Report," production numbers
10 R 001048 through R 001063.)
11 A. March 10th.
12 Q. Of what year?
13 A. That's got to be '03. I should
14 have made the width column longer. It truncated
15 the last date. It's on there.
16 The first time I started looking at
17 foil was March 10th of '03, but if you look
18 here, it goes item 1 and 2, March 10th and March
19 12th I was looking at an MS-3, and it was
20 another three whole months to item 3, so I
21 started to dabble a little bit. But it wasn't
22 until June of '03 that I started really doing
23 work on the 5000 series, so maybe more accurate
24 would be June of '03 was when we kind of started

Page 75

JAMES CHASEN - CONFIDENTIAL
1 getting into that.
2 Q. And what was the motivation behind
3 the CCS-2?
4 A. To have a cleaning system for a
5 foil line, that was marketing's instructions,
6 that they wanted us to develop a cleaning system
7 for foil.
8 (Exhibit 16 for
9 identification, Two-page document, E-mails,
10 production numbers R 003569 through R 003570.)
11 Q. Mr. Chasen, Exhibit 16 are two
12 e-mails, the last one dated April 27, 2004.
13 Have you seen these before?
14 A. Can I read it?
15 Q. Sure.
16 A. It looks familiar although I was
17 not on the original distribution. It might have
18 been forwarded to me because it does look
19 familiar to me.
20 Q. Do you know why Rayovac was doing a
21 comparison between the MS 5500 CS and the Braun
22 Activator?
23 A. Most likely it was for sales force;
24 and if they're going to sell this product,

Page 76

JAMES CHASEN - CONFIDENTIAL
1 they're going to say, "Well, how does it compare
2 to the Braun?", so they wanted to become
3 knowledgeable with respect to the Braun system,
4 how ours compares.
5 Q. You mentioned the MS 5500
6 before, the MS --
7 A. "Cleaning system" is probably what
8 that means, cleaning system.
9 Q. Thank you.
10 A. You might be able to buy the 5500
11 without the cleaning system -- but I'm not
12 sure -- in some markets. That may be why you
13 see that.
14 Q. When was the development of the
15 CCS-3, the women's foil shaver cleaner, begun?
16 A. May I look at my notes?
17 Q. Certainly, yes. You're referring
18 to --
19 A. Exhibit 15.
20 I first started looking, dabbling a
21 little bit in September of '03.
22 Q. Was anybody else at Rayovac working
23 on the CCS-3?
24 A. Sure.

Page 77

JAMES CHASEN - CONFIDENTIAL
1 Q. Prior to September '03?
2 A. In what capacity?
3 Q. In the design development capacity.
4 A. No, no.
5 Q. What was Rayovac's motivation in
6 developing the CCS-3?
7 A. Marketing's desire for a women's
8 cleaning system.
9 (Exhibit 17 for
10 identification, Multi-page document entitled,
11 "WDF with Cleaning Base Questions," production
12 numbers R 004385 through R 004390.)
13 Q. Mr. Chasen, I've placed before you
14 Exhibit 17, which is a document entitled, "WDF
15 With Cleaning Base Questions, 9/16/03."
16 A. Okay.
17 Q. First, have you seen this document
18 before?
19 A. It doesn't look familiar.
20 Q. I draw your attention to number 5
21 on the first page, which is, "Are there any new
22 technologies or areas of exploration beyond the
23 scope of the CCS-1 that would require
24 investigation"? What was Rayovac's answer to

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

---

Page 78

```
 1        JAMES CHASEN - CONFIDENTIAL
 2   that question?
 3        A.   Their answer to the question was
 4   that there was really this new technology
 5   meeting the basic method of injecting fluid and
 6   having it circulate around would be the same.
 7             However, there were some areas that
 8   had to be looked at such as how it gets
 9   connected up with the base, meaning the
10   technical connection up at the top, because
11   you've got to appreciate all shavers are
12   different so it's going to be different how you
13   electrically connect at the top.
14             That was an area that needed to be
15   looked at, the circuit strategy, and electronics
16   a little bit because in that particular model
17   versus the CCS-1, the shaver is run under its
18   own battery power versus the other one is run by
19   a power supply, and it was also a concern that
20   women's deodorants, especially in the underarm
21   area, could affect the shaver as well, and the
22   cleaning fluid getting gunked up as well, that
23   kind of thing.
24        Q.   Are you familiar with Rayovac's
25   costs in the research and development for the
```

---

Page 79

```
 1        JAMES CHASEN - CONFIDENTIAL
 2   CCS-1?
 3        A.   No idea.
 4        Q.   Or the CCS-2 or 3?
 5        A.   I don't have any of that
 6   information.
 7             Yuri may have some of that, but you
 8   would need to talk to a finance guy, I would
 9   think.
10        Q.   Do you know how long the research
11   and development of the CCS-2 took as opposed to
12   the CCS-1, which we've spoken about?
13        A.   Well, it's -- to this day we're
14   looking at improvements, so it's hard to -- we
15   didn't just -- you can't draw a line and say we
16   stopped and walked away.
17             The main effort went from a finite
18   period to when first product was produced, but
19   then, you know, it continued a little bit
20   thereafter, so can you clarify your question a
21   little bit?  Do you want to know up to the point
22   it went to production?
23        Q.   I think we established before you
24   turned your attention to the design of CCS-2, in
25   June of '03, how long after that was research
```

---

Page 80

```
 1        JAMES CHASEN - CONFIDENTIAL
 2   and development ongoing until a product --
 3        A.   I'll tell you -- I'm looking again
 4   at Exhibit 15.
 5        Q.   Mr. Chasen, let me ask you a
 6   different question.
 7        A.   To give you some idea, I got an
 8   off-tool -- what we call an engineering built
 9   sample, and I was evaluating that on May 19th of
10   '04.
11             An engineering built tool sample is
12   a sample that's almost ready for production;
13   we're getting parts in, we're looking, you know
14   what I mean?  I'm just trying to give you a
15   frame of reference here.
16        Q.   Is the engineering tool sample the
17   same as what you referred to earlier as the
18   off-tool sample?
19        A.   Yes.
20             It was probably June-ish of '04 was
21   probably a good frame of reference for you.
22        Q.   Besides the CCS-1 through 3, are
23   there any other cleaning devices that Remington
24   currently has under development?
25        A.   Yes.
```

---

Page 81

```
 1        JAMES CHASEN - CONFIDENTIAL
 2        Q.   What are those?
 3        THE WITNESS:  I can talk about --
 4        MR. SHIMOTA:  Yes.
 5        A.   Air cleaning system.  It uses high
 6   pressure gas to expel hair out of the shaver.
 7        Q.   Any other systems?
 8        A.   No.
 9        Q.   With which shavers is the CCS-1
10   designed to work?  You've mentioned --
11        A.   The R-9500, yes.
12             There are two shavers, the R-9500
13   and the --
14        Q.   Is it 9700?
15        A.   It might be.  It doesn't have the
16   LCD display.  It's just got indicators.
17             The shaver itself looks exactly the
18   same.  Instead of having this LCD display,
19   that's eliminated, and it has, like, lights.  I
20   don't remember the exact model number, but you
21   must have it in some of your documents.
22             (Exhibit 18 for
23   identification, Two-page document, product
24   specifications, production numbers R 004897
25   through R 004898.)
```

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 82

1       JAMES CHASEN - CONFIDENTIAL
2       Q.    Mr. Chasen, I've put before you
3   Exhibit 18, which is a document dated November
4   15, 2002 called, "R-9500/9700 Micro Flex Plus
5   Rotary Shavers With Cleaning Capacity."
6       A.    This is early. They changed the
7   numbers. This is an earlier document. This is
8   dated November of 2002, and they're giving the
9   R-9700 with the LCD display, and I believe this
10  is the R-9500 -- yes. They changed the number
11  since then, since this document, so I don't
12  think this is valid anymore.
13      I'm sure that information is
14  readily available, but there is one other model
15  that doesn't have the LCD display. Yuri would
16  definitely know that off the top of his head.
17      Q.    Do you know what the R-9400 is?
18      A.    I'm not sure. I'm not sure.
19      I mean, Remington makes so many
20  different models of shaver models that I get
21  confused a little bit with the numbers. I'm
22  most familiar on the ones I worked with, but
23  they make a lot of derivatives.
24      These are really the three main
25  platforms that go with the cleaning system, what

Page 83

1       JAMES CHASEN - CONFIDENTIAL
2   we call the Rotary 9000 series. So it's this
3   exact same shaver, but different bells and
4   whistles, different display. That kind of
5   thing. Same thing with this one. There's
6   another model that has an LCD display.
7       Q.    The foil?
8       A.    On the foil.
9       And I believe on the women's there
10  might be another iteration as well. So when you
11  say "what models," really, there's three models,
12  base models or platforms, and then one or two
13  derivatives under there are just like very minor
14  things like a display or a button or something
15  like that. There is no big other features
16  really.
17      Q.    Who would be aware of the various
18  combinations of shaver and cleaner device?
19      A.    Anybody in marketing.
20      Marketing would definitely be able
21  -- Yuri would know that because he deals with
22  that day in and day out. Marketing would be
23  your best shot. If you asked them to produce a
24  matrix, they would probably get that for you as
25  well, and that would, you know --

Page 84

1       JAMES CHASEN - CONFIDENTIAL
2       (Exhibit 19 for
3   identification, Multi-page document headed
4   "Men's 2006 Shaving," production numbers
5   R 000133 through R 000184.)
6       Q.    I've placed before you Exhibit 19,
7   which is entitled, "Men's 2006 Shaving," dated
8   September 29, 2004.
9       I'm going to ask you to turn to
10  page 45 of that exhibit.
11      A.    Okay.
12      Q.    This time-line, which is on page
13  45, there is at Q3 2005 a new product listed
14  which says, "New R-9400 with cleaning."
15      Are you aware of that product?
16      A.    Yes. I bet you that's the one
17  without the LCD display. That's got to be what
18  that is, 9400.
19      Q.    Do you know if that product has
20  been launched by Rayovac?
21      A.    Pretty sure, because they were
22  working on that when I was still in Bridgeport,
23  which was, like, about eight months ago,
24  actually, so I believe that that might already
25  be out there.

Page 85

1       JAMES CHASEN - CONFIDENTIAL
2       Q.    Would it be the marketing people --
3       A.    Marketing people would definitely
4   know or Yuri would know that as well, but I'm
5   pretty sure that that has been done.
6       Q.    Mr. Chasen, I'm asking you to look
7   at the CCS-1, which I'm putting before you.
8       Can you tell me what the function
9   of the basin is?
10      A.    It's to channel the fluid to the
11  filter.
12      Q.    I notice that on the basin of the
13  CCS-1 there are some ribs or tabs. I'm not sure
14  what the technical term would be.
15      A.    Right.
16      Q.    What is the purpose of those?
17      A.    That's so that you don't damage
18  some of these heads as you put it into the unit.
19  So as you put it in, it will kind of just keep
20  it positioned.
21      Q.    What supports the shaving head?
22      A.    Well, actually, it's the -- you've
23  got a post in the bottom of the basin that acts
24  as a stop and you've got your injection manifold
25  that helps align everything.

22   (Pages 82 to 85)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 86

JAMES CHASEN - CONFIDENTIAL

1
2  Q.    You had just said that the ribs
3  keep the shaver head in place.  Isn't that an
4  alignment function?
5  A.    Well, really what helps align it is
6  these three -- what guides it are these three
7  pins in the manifold.
8  Q.    And does the shaver head rest on
9  those pins?
10  A.    Yes.  They go inside these holes
11  here and kind of help position it.  Then you've
12  got a stop down here.
13  Q.    If I could just take that from you
14  and take it apart.  Can you tell me what the
15  function of the lower base is, which I've now
16  handed it to you and taken the filter out of?
17  A.    It's to hold the cleaning solution.
18  Q.    Can you show me on this device
19  where the pump is?  I think it's actually on the
20  top portion.
21  A.    It's actually right in here, in
22  this casing here, and this is the pump inlet
23  right here.
24  Q.    And it's got a filter on the
25  bottom.

Page 87

JAMES CHASEN - CONFIDENTIAL

1
2  A.    Right.
3  Q.    And what is the purpose of the
4  pump?
5  A.    To circulate the fluid from the
6  lower housing to the manifold, and then the
7  manifold feeds fluid to the hair pocket and then
8  that feeds into the basin, into the filter.
9  Q.    Does this CCS-1 device have a
10  drying mechanism?
11  A.    Yes.
12  Q.    Where is that?
13  A.    It's inside here.
14      Do you want me to take this apart?
15  Q.    No.
16  A.    You could see it here.
17      Do you see the fan in there?
18  Q.    You're indicating the top portion?
19  A.    Yes, where these vents are.  It's
20  located in there, and you can also see a little
21  bit of it right there..  The outlet comes right
22  here and it kind of blows some air right
23  underneath the head of the shaver.
24  Q.    And what parts does the dryer
25  consist of?

Page 88

JAMES CHASEN - CONFIDENTIAL

1
2  A.    It's got a housing, a fan housing
3  and the fan itself, it's a squirrel cage fan, as
4  we call it, centrifugal fan, so it's basically
5  two parts and they snap together, and then
6  you've got a motor -- also, it's called an
7  impeller fan.  It's all the same.
8  Q.    Directing your attention to the
9  CCS-2 device, which works with the male foil
10  shaver, can you tell me what the function of the
11  basin is?
12  A.    It's exactly the same as the CCS-1.
13  It just channels the fluid down into the filter.
14      A good analogy would be a sink.
15  It's the same exact thing.  It just drains it
16  into the filter.  That's really what its
17  function is.
18  Q.    There's a pivoting number in the --
19  I'm not sure what you call it, but there's
20  something that pivots in the CCS-2 device that I
21  didn't notice in the CCS-1 device.
22  A.    You're talking about this thing
23  here and that that flips up and down?
24      Really all this is, it's the
25  manifold -- it's basically the manifold, but

Page 89

JAMES CHASEN - CONFIDENTIAL

1
2  it's spring-loaded; so it's a spring-loaded
3  manifold is what it is.
4  Q.    What is the function of that
5  manifold?
6  A.    It's designed to align with the
7  head there.
8  Q.    Are there any differences between
9  the CCS-1 and the CCS-2 with regard to the
10  cleaning base?  That is the bottom portion.
11  A.    Actually, these are
12  interchangeable.  I could take this and put that
13  on there and vice versa; so to answer your
14  question, they're exactly the same.
15  Q.    What about the pump?
16  A.    The pump is exactly the same.
17  Q.    And the dryer?
18  A.    The dryer is exactly the same.
19  Q.    I'm going to hand you the CCS-3
20  which works with the women's shaver.
21  A.    I hate this color.
22  Q.    Aside from the color differences,
23  is there any difference between the CCS-2 and 3?
24  A.    Functionally, it's the same again.
25  The bottom half is the same.  The bottom

23 (Pages 86 to 89)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 90

1        JAMES CHASEN - CONFIDENTIAL
2    housing. The fan is the same.
3        Q.    Is the same pump used?
4        A.    The same pump is used. It's got a
5    similar, but not exact, design for this
6    manifold. This spring-loaded manifold is
7    slightly different, but in theory it's kind of
8    like the same thing. We only inject in two
9    locations here, where at this we're injecting at
10   four locations.
11       Q.    So there's four locations for
12   injections in the male shaver?
13       A.    You see these two holes here?
14   That's where the fluid gets injected. On the
15   men's system, the MS 5500, there are four
16   locations. That's what you see there, those
17   four holes.
18       And on the R-9500, there are three
19   locations, so all of the manifolds are different
20   in design, but in function, they're all the
21   same. The outlet from the pump feeds a tube
22   which goes to the manifold, which then injects
23   the fluid into the hair pocket.
24       (A recess was taken.)
25       (Exhibit 20 for

Page 91

1        JAMES CHASEN - CONFIDENTIAL
2    identification, Two-page document entitled, "Co2
3    Rotary Shaver Cleaner Operating Instructions,"
4    production numbers R 010951 through R 010952.)
5        Q.    Mr. Chasen, I've placed before you
6    Exhibit 20, which is a document entitled,
7    "Carbon Dioxide Rotary Shaver Cleaner Operating
8    Instructions, Prototype Vintage Number 6."
9        A.    Actually, I just did this, so this
10   I'm very familiar with.
11       Q.    You created this document?
12       A.    Yes.
13       Q.    What does this document describe?
14       A.    A new cleaning system that we are
15   developing using Co2 cylinders, disposable Co2
16   cylinders to clean a shaver.
17       Q.    Is that the air cleaner you were
18   discussing before?
19       A.    Yes. The air cleaner -- I've done
20   a lot of evaluation on this type of system, and
21   it's -- do you want the full history or just --
22   I don't want to go on and on, but do you want to
23   just ask specifically about this particular
24   approach?
25       There were some related to this but

Page 92

1        JAMES CHASEN - CONFIDENTIAL
2    weren't powered by CO 2, but in all the systems
3    it relies on pressurized gas released rapidly to
4    extract hair from a shaver, so in its
5    fundamental form, they're all the same in that
6    regard.
7        Q.    When did Rayovac begin the design
8    of that product using pressurized gas?
9        A.    Do you have my file for that --
10   give me a second. I need to think.
11       I want to say approximately June of
12   '04, approximately. But it wasn't on this exact
13   approach when I started the idea of a different
14   type of cleaning system.
15       Q.    What was the motivation behind
16   creating a different type of cleaning system?
17       A.    I just didn't like the liquid. It
18   was messy and I saw a lot of negatives
19   associated with that. So I wanted to create a
20   better way of cleaning a shaver that's less
21   messy.
22       In my original approach, we had a
23   little mini compressor that actually charged up
24   a cylinder so you wouldn't even have replaceable
25   Co2 cartridges, and the filter was easy. You

Page 93

1        JAMES CHASEN - CONFIDENTIAL
2    could reuse the filter as well.
3        So from a consumer perspective,
4    they didn't have to buy anything. They could
5    use it every single day. It was clean. They
6    didn't have to deal with flammable alcohol or
7    spilling or mess or anything. So, in my
8    opinion, it's better. It's a better way to go.
9        Q.    Can you describe to me how this
10   Exhibit 20 cleaner functions?
11       A.    Sure. Actually, that's why I wrote
12   this document, because it's basically a use
13   book.
14       What I did was, I developed a
15   prototype and I wanted to instruct somebody how
16   to use it, so it's a -- let me step back one
17   second.
18       This is a prototype. This is not a
19   production unit, so it's a little bit not as
20   user friendly as it could be.
21       But essentially, you remove this
22   device here off the back of it and unscrew the
23   base and attach a little Co2 cylinder. Did you
24   ever see those little -- like, for whip cream, a
25   little Co2 cartridge?

24  (Pages 90 to 93)

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 94

1    JAMES CHASEN - CONFIDENTIAL
2         You put it in there, screw it in
3    place and you put this device back on here.
4         You place the shaver inside the
5    cleaning base. You turn on the shaver and then
6    press the Co2 release mechanism and what it does
7    is give a blast of Co2 directly into the shaver
8    and collects the hair which you remove from the
9    bottom.
10    Q.    From the bottom of --
11    A.    Of the device. It's removable.
12    You see in the photo -- the second page, the
13    very bottom here.
14         Again, it's a little bit not user
15    friendly, but it was designed to demonstrate to
16    people the principles of this method of
17    cleaning.
18         So what happens is, it uses an
19    injection manifold like the wet system; but
20    instead of fluid, I'm injecting high pressure
21    Co2, and instead of a basin I've got a rubber
22    seal that goes against the hair pocket of the
23    shaver creating an airtight seal, and then the
24    filter down below catches the hair.
25    Q.    When you say that the rubber seal

Page 95

1    JAMES CHASEN - CONFIDENTIAL
2    goes against the hair pocket of the shaver --
3    A.    Right.
4    Q.    What do you mean by that?
5    A.    On Exhibit 20, the very top
6    picture, you see this, like, gummy color here
7    around the perimeter that's rubber? That's an
8    elastomeric seal.
9         When you put the shaver against
10   that, the hair pocket seals up against there, so
11   that's an airtight seal.
12        So these three opening align with
13   the cutting heads of the shaver.
14        So when you pressurize the hair
15   pocket, all that muck and hair goes down through
16   those three opening and collects in the filter
17   down below.
18   Q.    Where in this top picture is the
19   manifold?
20   A.    It's inside this black housing
21   here.
22        You see this little point, that
23   little dot there? That's one of those little
24   nozzles that stick inside the shaver.
25   Q.    Okay.

Page 96

1    JAMES CHASEN - CONFIDENTIAL
2    A.    And the whole cleaning cycle takes
3    10 seconds and it's completely dry when you take
4    it out so I don't have to dry the shaver, and
5    the cost of this is substantially lower than any
6    of our wet systems as well, so there's a lot of
7    big advantages to this.
8         MS. WENDLANDT: Mr. Chasen, I have
9    no further questions.
10        THE WITNESS: Okay.
11        MR. SHIMOTA: I would like to note
12   for the record I would like this transcript
13   designated "Highly Confidential, Attorneys' Eyes
14   Only."
15        (Time Noted: 12:21 P.M.)
16
17   _____
                JAMES CHASEN

18   Subscribed and sworn to before me
     this _____ day of _____ , 2005.
19
     _____
20
21
22
23
24
25

Page 97

1    JAMES CHASEN
2    STATE OF NEW YORK  )
                         : ss:
3    COUNTY OF NEW YORK )
        I wish to make the following changes, for the
4    following reasons:
     Page Line _____
5        Change From: _____
         Change To: _____
6    Reason: _____
     Page Line _____
7        Change From: _____
         Change To: _____
8    Reason: _____
     Page Line _____
9        Change From: _____
         Change To: _____
10   Reason: _____
     Page Line _____
11       Change From: _____
         Change To: _____
12   Reason: _____
     Page Line _____
13       Change From: _____
         Change To: _____
14   Reason: _____
     Page Line _____
15       Change From: _____
         Change To: _____
16   Reason: _____
     Page Line _____
17       Change From: _____
         Change To: _____
18   Reason: _____
19   _____
                JAMES CHASEN
20   Subscribed and sworn to before me
     this_____day of_____, 2005.
21
22
23
24
25

25 (Pages 94 to 97)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

7a129155-49aa-4907-8dee-42ac5376e13a

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

---

Page 98

```
 1
 2              C E R T I F I C A T E
 3
 4      I, Linda J. Greenberg, Professional
 5  Shorthand Reporter and Notary Public in and for
 6  the State of New York, do hereby certify that,
 7  JAMES CHASEN, the witness whose deposition is
 8  hereinbefore set forth, was duly sworn and that
 9  such deposition is a true record of the
10  testimony given by the witness to the best of my
11  skill and ability.
12      I further certify that I am neither related
13  to or employed by any of the parties in or
14  counsel to this action, nor am I financially
15  interested in the outcome of this action.
16      IN WITNESS WHEREOF, I have hereunto set my
17  hand this 12th day of May, 2005.
18
19
20            Linda J. Greenberg
21
22  My commission expires:  May 17, 2007
23
24
25
```

---

Page 99

```
 1
 2          I N D E X
 3  WITNESS      EXAMINED BY      PAGE
    JAMES CHASEN   Ms. Wendlandt   4
 4
 5          EXHIBITS
 6  NO.              PAGE
 7  (Exhibit 1 for identification, Notice of
    deposition.)............................ 4
 8  (Exhibit 2 for identification, One page document
    entitled, "Remington Cleaning/Recharging
 9  System," production numbers R 002955.)....... 13
    (Exhibit 3 for identification, One page
10  document, handwritten notes, production numbers
    R 000666.)............................ 16
11  (Exhibit 4 for identification, Multi-page
    document, first page entitled, "Shaver Cleaner &
12  Charger System," production numbers R 002935
    through R 002941.)....................... 19
13  (Exhibit 5 for identification, Multi-page
    document, E-mail dated 10/22/01 with attachment,
14  production numbers R 002956 through R 002958.)
    ............................................ 25
15  (Exhibit 6 for identification, Multi-page
    document, photographs of cleaning device,
16  production numbers
    R 002950 through R 002954.).............. 25
17  (Exhibit 7 for identification, Multi-page
    document, E-mail dated 8/23/02, production
18  numbers R 002714 through R 002715.)......... 31
    (Exhibit 8 for identification, Multi-page
19  document, E-mail dated 9/9/02, production
    numbers R 002729 through R 002732.)......... 35
20  (Exhibit 9 for identification, Multi-page
    document entitled, "Cleaning System Design,"
21  production numbers
    R 001800 through R 001810.).............. 43
22  (Exhibit 10 for identification, Multi-page
    document, U.S. Patent No. 5,711,328.)....... 52
23  (Exhibit 11 for identification, Multi-page
    document, U.S. Patent No. 5,649,556.)....... 54
24  (Exhibit 12 for identification, One-page
    document entitled, "Cleaning System Feature
25  Comparison," production numbers R 002695.).. 57
```

---

Page 100

```
 1
 2  CONTINUED INDEX:
 3          EXHIBITS
 4  NO.              PAGE
 5  (Exhibit 13 for identification, One-page
    document entitled, "Cleaning Solution
 6  Evaporation Comparisons," production numbers R
    000965 through R 000968.).................. 62
 7  (Exhibit 14 for identification, Multi-page
    document, copy of notebook, production numbers R
 8  000185 through
    R 000243.)............................ 66
 9  (Exhibit 15 for identification, Multi-page
    document entitled, "Development Test Report,"
10  production numbers
    R 001048 through R 001063.)............. 74
11  (Exhibit 16 for identification, Two-page
    document, E-mails, production numbers R 003569
12  through R 003570.)..................... 75
    (Exhibit 17 for identification, Multi-page
13  document, "WDF with Cleaning Base
    Questions," production numbers R 004385 through
14  R 004390.)............................ 77
15  (Exhibit 18 for identification, Two-page
    document, product specifications, production
16  numbers R 004897 through R 004898.)........ 81
    (Exhibit 19 for identification, Multi-page
17  document headed "Men's 2006 Shaving," production
    numbers R 000133 through R 000184.)........ 84
18  (Exhibit 20 for identification, Two-page
    document, "Co2 Rotary Shaver Cleaner
19  Operating Instructions," production numbers R
    010951 through R 010952.)................. 90
20
21
22
23
24
25
```

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

7a129155-49aa-4907-8dee-42ac5376e13a

## A

ability 98:11
able 76:11 83:20
accommodate 52:10
accurate 74:24
action 1:4 98:14,15
Activator 75:23
acts 85:23
actual 31:24 32:15
advantages 96:7
affect 78:21
ago 34:16 54:20 84:23
ahead 12:20,22
air 81:5 87:22 91:17,19
airtight 94:23 95:11
alcohol 11:17,19,21 93:6
alcohol-based 11:25 12:8,10 13:8,18
algorithm 61:18
align 85:25 86:5 89:6 95:12
alignment 86:4
analogy 63:19 88:14
analysis 28:16 40:8 68:4
and/or 69:22,23
angle 56:12,13
annoying 62:9
answer 20:24 24:20 33:21 35:6 40:7 56:4 77:25 78:3 89:13
answered 33:20 55:12
anybody 21:5

22:25 30:22 76:23 83:19
anymore 82:12
anyway 73:3
apart 86:14 87:14
apparently 33:15
appear 25:20
appears 33:22 36:15 38:24
appliance 8:4,13
appliances 8:11
Applica 8:14
application 42:25 43:4
applications 42:9
appreciate 35:8 78:11
approach 24:12,14 24:20 37:6 38:16 41:10 91:24 92:13 92:22
approaches 19:2
approximately 8:6 9:23,25 59:13,15 71:16 92:11,12
April 10:4,7,19 11:24 75:13
area 44:7,13 64:13 64:16 78:14,21
areas 77:23 78:7
ARGAEZ 3:6
arrival 13:2
arrived 12:24 23:20
arriving 71:22
aside 6:19 30:12 73:5 89:22
asked 38:4 39:13 39:22 40:9 53:24 55:13 83:23
asking 34:7 67:6 68:10,19 69:25

85:6
assembling 68:17
assembly 68:15
assignment 10:13
assignments 10:12
associated 31:23 32:15 92:19
assume 22:21
attach 93:23
attached 60:11,13
attachment 25:8 60:5 99:13
attention 20:9 31:21 58:21 67:6 68:10 69:25 77:21 79:24 88:8
attorney 30:19 37:15 53:21
Attorneys 1:18 3:4 3:8 96:13
attorney-client 42:19,22
August 14:4 16:2 16:12 31:13
available 6:11 82:14
Avila 10:2 12:15 13:4 14:25 19:11 20:23 23:3 29:18 36:10 41:23 43:25 58:10 59:17
aware 22:5 24:25 25:3 83:17 84:15
A.M 2:3

## B

B 20:14 99:5 100:3
Bachelor 7:14
back 17:18 25:14 36:13 38:10 39:24 40:24 65:25 71:23 93:16,22 94:3

bad 67:14,23
base 28:14 32:17 51:6,8 52:4,6,8,10 52:15,22 57:22 58:3,5,5 63:11 77:12,16 78:9 83:12 86:15 89:10 93:23 94:5 100:13
based 26:16 27:15 30:5 33:22 39:8 42:18
bases 51:21
basic 78:5
basically 8:19 88:4 88:25 93:12
basin 41:5 48:14,15 48:18 65:13 67:8 67:12,14 68:16 85:9,12,23 87:8 88:11 94:21
bathroom 63:20
battery 78:18
began 9:17,21
beginning 66:23
begun 76:16
behalf 5:11 6:3 12:5 14:17 17:7 23:17
believe 13:13 15:8 16:25 18:3,12 21:20 22:3 31:15 36:12 43:2 57:15 68:15 70:14 82:9 83:9 84:24
bells 83:3
benchmark 33:5,5 33:7 71:2,6
benefit 61:15
best 33:3 62:4 63:19 71:14 83:23 98:10
bet 84:16

better 73:22 74:6 92:20 93:8,8
beyond 7:19 26:14 77:23
big 23:7 46:5 73:24 83:15 96:7
binders 7:4
bit 37:7 60:25 61:5 61:8 71:14 74:22 76:22 78:16 79:19 79:21 82:21 87:21 93:19 94:14
black 8:9,12 95:20
blah 60:13,13
blast 94:7
blender 26:2
blows 87:22
board 11:8 19:5 20:19,22 27:7,10 27:14 39:10 71:9
Bob 17:21,23
bogey 59:16
book 59:5 66:16 73:23 93:13
Boston 3:5
bottles 20:20
bottom 20:21 28:7 44:11,17 48:8 57:9 63:5,23 64:18 85:23 86:25 89:10,25,25 94:9 94:10,13
brand 34:6
Braun 1:4 15:12,17 15:20 16:4,14,21 17:4,13,15 18:11 24:24 28:11,15 29:10 30:10 31:25 32:17,24 33:7,10 33:16,19 36:25 37:2 39:19 40:18 41:12 47:14 54:2

54:6 55:7 57:10
57:19 58:15,25
59:24 60:18 61:25
62:2,5,21 64:3,10
64:11,14,22,24
70:3,8,16,22,25
72:11 75:22 76:3
76:4
**Braun's** 29:12 30:2
54:7,8,10 55:16
55:19,23 72:11
**breadboard** 27:3
**breathed** 50:8
**Bridgeport** 18:7
30:24 84:22
**briefly** 6:17 7:6,11
**bring** 64:13
**BS** 7:17
**bugs** 73:2
**built** 69:10 80:8,11
**business** 35:2
**button** 83:14
**buy** 57:25 76:11
93:4

_____
**C**
**C** 3:1 98:2,2
**cage** 88:3
**calculations** 49:14
**call** 44:20 48:14
58:3 64:16 80:8
83:2 88:4,19
**called** 7:23 8:14
10:22 36:2 82:4
88:6
**capability** 50:19,19
**capacity** 77:3,4
82:5
**Carbon** 91:7
**card** 10:23
**care** 62:5
**careful** 40:16

**cartridge** 20:14,16
36:16,17,22 37:23
38:4,25 39:2,7,11
39:13,16,18,20
40:10,19 41:3
64:7 93:25
**cartridges** 20:21
92:25
**casing** 86:22
**catches** 94:24
**category** 13:10
**CCS-1** 57:19,21,22
57:23 58:5,6 59:6
60:19,20 65:12
71:8 77:24 78:17
79:2,12 80:22
81:9 85:7,13 87:9
88:12,21 89:9
**CCS-2** 57:23 65:12
72:16 73:8,14
75:4 79:4,11,24
88:9,20 89:9,23
**CCS-3** 57:24 65:13
76:16,24 77:7
89:19
**CE** 7:23
**centrifugal** 88:4
**certain** 13:15 27:22
**Certainly** 76:18
**Certified** 2:11
**certify** 98:6,12
**chamfers** 68:14
**chamfers-basin**
68:12
**change** 38:6 97:5,5
97:7,7,9,9,11,11
97:13,13,15,15,17
97:17
**changed** 8:12 11:2
61:23 82:6,10
**changes** 51:4 60:19
61:11 97:3

**channel** 85:10
**channels** 48:18
88:13
**characteristics**
56:6,8
**charge** 13:12 27:13
28:8
**charged** 92:23
**charger** 19:23 21:3
21:6 99:12
**Chasen** 1:11 2:7
4:2,10,11 5:1,9
6:1,6 7:1,9,11 8:1
9:1 10:1 11:1,5
12:1 13:1,25 14:1
15:1,11 16:1,19
17:1 18:1 19:1,25
20:1 21:1 22:1
23:1 24:1 25:1,14
26:1 27:1 28:1
29:1 30:1 31:1,11
32:1 33:1 34:1
35:1,13 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1,19
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1,15 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1,18 63:1 64:1
65:1 66:1,14 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1,12 76:1
77:1,14 78:1 79:1
80:1,5 81:1 82:1,2
83:1 84:1 85:1,6
86:1 87:1 88:1
89:1 90:1 91:1,5
92:1 93:1 94:1

95:1 96:1,8,16
97:1,19 98:7 99:3
**Chicago** 3:9
**chose** 51:7
**Church** 2:9
**circuit** 78:15
**circulate** 78:6 87:5
**Civil** 1:4
**claims** 31:23 32:6
32:12,14
**clarification** 43:11
45:2
**clarify** 5:23 65:10
71:13 79:20
**clean** 22:22,24 23:5
59:14 91:16 93:5
**cleaned** 33:14
**cleaner** 19:23 21:3
21:6 38:25 76:16
83:18 91:3,7,17
91:19 93:10 99:11
100:18
**cleaners** 8:5 24:25
**cleanibility** 24:11
33:16
**cleaning** 5:6 10:9
11:6,11,12,14,25
12:8,10 13:8,18
14:3,11,14 15:15
15:17 16:8,10
18:10,15 21:12,24
22:20 23:12 24:24
25:12,21 26:3,9
27:2,14 28:14
30:16 31:24 32:6
32:7,8,15,16,20
33:11,12 36:4,14
42:2,2 43:17 44:4
44:12 50:6,8,12
51:6,8,20 52:4,6,8
52:10,15,22 53:17
54:9,10 55:8,16

55:19,23,25 56:9
56:13,14,21 57:5
57:10,18,22 58:3
58:4,5 59:2,10,11
61:4,12,14,16,23
61:24,25 62:12,16
62:20 63:12,17,25
64:23 65:6,14,22
69:21 70:16,21
71:4 72:10,11
73:25 75:5,7 76:8
76:9,12 77:9,12
77:16 78:22 80:23
81:5 82:5,25
84:14 86:17 89:10
91:14 92:14,16,20
94:5,17 96:2
99:15,20,24 100:5
100:13
**cleanings** 59:13
**Cleaning/Rechar...**
13:23 99:8
**cleared** 30:21
**closely** 50:20
**colleague** 7:10
**collects** 47:11 94:8
95:16
**college** 7:13,22
**color** 89:21,22 95:6
**column** 59:6 74:15
**combinations**
83:18
**come** 13:7 18:21
22:22 38:7 39:10
49:22 55:5
**comes** 45:3 48:13
87:21
**coming** 11:10 22:13
**comment** 55:10
**commercial** 65:7
65:11
**commission** 98:22

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 103

common 9:7
communicating 26:24
communication 26:21
company 5:11 6:3 7:23 8:14,20,21 9:12 12:6 18:4 29:19,21 34:15
compare 57:18 58:19 76:2
compares 76:5
comparison 57:5 57:10,14,17 58:12 59:18,24 60:17 71:3 75:22 99:25
Comparisons 62:16,21 100:6
compete 18:10
competing 16:3,14
competition 15:24 56:23
competitive 28:13 28:15 33:5 56:19 56:20 71:5
competitor 15:21 17:10,12 40:13
complete 69:10
completely 96:3
components 20:11 45:22 69:23
compressor 92:23
computer 69:4
computer-genera... 69:3,9
conceived 12:18
concentrate 72:21
concentrating 73:11
concept 18:14,18 18:22,25 21:18 36:17 38:25 40:10

41:8,25
conception 71:11
concepts 19:10
conceptualization 10:15
concern 55:7 78:19
concerning 14:13
conditions 56:16
conduct 21:22 30:14
conducting 17:3
Confidential 1:18 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1

96:1,13
confidentiality 42:19
conflict 29:4
confused 82:21
connect 78:13
connected 78:9
Connecticut 1:13 2:10 18:4,7
connection 29:7 30:3 50:6,11 53:16 66:25 78:10
consider 20:16 53:17
considered 20:14 20:22 38:14 39:8 41:3
consist 87:25
constraints 15:15
construction 49:17
consultant 9:22,23 9:24 22:13 26:22 27:6,9 28:4,9 45:18 49:2,5
consulting 28:6 34:4 43:21
consumer 39:21 93:3
consumer's 21:23
container 20:15
contains 44:12
contents 42:12
context 70:10
continued 55:16,23 79:19 100:1
continuous 48:20
contributed 66:7
control 26:25 27:13
controller 26:20
controls 61:18
conversation 34:5
conversations 31:3

copied 34:13
copies 73:23
copy 66:11 100:7
copying 40:17
corporate 30:19 53:21
Corporation 1:7 4:14 5:10 6:3,11 8:4,24 9:6 15:2 17:7,24 18:6,9 23:11
correct 12:2 24:23 40:25 41:6 51:24 57:11 61:10
corrections 49:13
correctly 63:13
cost 96:5
costs 78:25
counsel 98:14
counter 62:10
COUNTY 97:3
course 30:15
COURT 1:2
Co2 91:2,15,15 92:25 93:23,25 94:6,7,21 100:18
cream 93:24
create 92:19
created 21:17 62:24 91:11
creates 67:20
creating 92:16 94:23
CS 75:22
cup 64:17,17,19,21
current 10:21
currently 11:20 24:22 80:24
cutters 47:9 67:19
cutting 67:17 95:13
CV 1:5
cycle 56:14 61:4,12

61:14,23,24,25 62:12 63:13,17,25 64:23 65:6,14 70:16,16,18 96:2
cycles 59:2,10,11 61:16
cycling 61:16
cylinder 92:24 93:23
cylinders 91:15,16

**D**

D 3:18 99:2
dabble 74:22
dabbling 76:21
DALILA 3:6
damage 85:17
Dana 2:9
data 66:20
date 15:20 16:8,13 36:19 42:14 73:17 73:20 74:3,4,16
dated 16:21 20:6 25:8 27:19,19 28:18 31:9,13 35:11,15 38:11 43:20 57:8 62:19 75:13 82:3,8 84:7 99:13,17,19
dates 14:23 71:23 73:10 74:2
day 59:14 79:13 83:22,22 93:5 96:18 97:20 98:17
days 59:15
deal 93:6
deals 83:21
decent 33:11
decided 36:16 38:8 41:16 59:7 72:20
decision 13:7,17 22:18,19 23:22

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 104

Decker 8:9,12
Defendant 1:8 3:8
Defendant's 5:4
defined 18:24 72:3
definitely 22:4
   36:20 82:16 83:20
   85:3
demonstrate 94:15
deodorants 78:20
depicted 17:20
deposition 1:11 2:7
   4:6,14 6:15,21,23
   7:8 9:9 14:17
   15:6 53:14 66:24
   98:7,9 99:7
derivatives 82:23
   83:13
describe 7:21 11:5
   18:16 55:15,22
   91:13 93:9
described 21:19
   28:3
describes 36:14
description 49:3
design 5:5 18:22
   29:17 33:6,8,25
   36:18 38:2,6 39:8
   39:11 40:17,18
   41:7 42:10 43:17
   43:24 44:24 45:20
   50:19,25 53:16
   59:7 63:10 67:12
   67:13 72:10 73:12
   77:4 79:24 90:5
   90:20 92:7 99:20
designated 5:10 6:2
   23:16 96:13
designation 6:7
designed 39:24
   45:15,24 66:4
   81:10 89:6 94:15
designs 68:6

desirable 37:3
desire 39:17 77:8
detail 31:16 47:25
   52:12
details 46:9
determination
   41:17,21
determine 21:23
determined 15:16
   39:14 59:8
develop 32:20 75:7
developed 24:3
   33:17 51:3 93:14
developing 30:15
   72:16 77:7 91:15
development 5:5
   7:3 8:10,25 10:8
   10:24 23:12 33:12
   49:10 50:11 52:4
   52:15 55:17,24
   56:7 71:8,12 73:7
   74:10 76:15 77:4
   78:25 79:11 80:2
   80:24 100:9
device 11:7 14:11
   14:14 15:12,16,17
   16:3,8,10,14,14
   17:4 18:10,15
   21:24 22:20 23:12
   25:12,21,23 26:4
   26:15 33:7 34:2
   37:23 46:22 48:14
   50:12 53:17 54:9
   54:10 55:8,16,20
   55:24,25 58:15
   60:18 61:25 64:10
   64:11 69:21 71:4
   83:18 86:18 87:9
   88:9,20,21 93:22
   94:3,11 99:15
devices 5:6 26:12
   26:25 80:23

Dickinson 7:15
difference 9:13
   89:23
differences 89:8,22
different 8:15
   49:23 60:25 61:5
   61:16 69:15 78:12
   78:12 80:6 82:20
   83:3,4 90:7,19
   92:13,16
difficult 37:7 38:6
   39:14
difficulty 37:24
Dioxide 91:7
direct 48:11
directed 36:9
Directing 31:21
   88:8
direction 18:25
   19:6 23:23 38:2
   53:19
directions 31:5
directly 42:2,3 94:7
director 41:22
disclose 42:12
disclosed 42:25
disclosure 42:4,5
   43:3
discussed 21:5
   66:23
discusses 21:2
discussing 91:18
discussion 30:18
   41:24
discussions 33:18
   34:10
display 81:16,18
   82:9,15 83:4,6,14
   84:17
disposable 20:14
   36:15,17,22 91:15
distributed 60:3

distribution 60:14
   75:18
DISTRICT 1:2,3
division 8:13
document 5:19
   13:22 14:3,7,9
   15:7,12,14 16:13
   16:17,21,24 19:22
   20:3,6 21:4 25:7
   25:11 30:5 31:8
   31:14,19 32:5
   34:3 35:10 42:10
   42:12 43:8,16,20
   52:19 54:13 57:4
   57:8 60:2 61:20
   62:15,19,25 63:6
   66:11,22 73:22
   74:6,9 75:10
   77:11,15,18 81:23
   82:3,7,11 84:3
   91:2,6,11,13
   93:12 99:8,10,11
   99:13,15,17,19,20
   99:22,23,24 100:5
   100:7,9,11,13,15
   100:16,18
documents 6:25
   14:13,18 47:2
   51:12 66:24 71:23
   81:21
doing 8:10,20,25
   23:8,14 24:10
   26:23 29:10 30:22
   31:4 34:23 35:6
   49:9,14,14 62:5
   74:23 75:21
doodle 66:17 67:2
dot 95:23
doubt 26:5,6 28:8
Doyle 19:20 34:12
   34:12
drain 64:6 66:4,5

67:8,11 68:9
drains 63:21 68:2
   88:15
draw 67:21 77:21
   79:15
drawing 46:3
drawings 47:23,25
dribbles 48:13
driblets 64:5 65:15
   65:23
dries 70:17,17
Drive 3:9
droplets 66:6
dry 21:24 25:2
   67:22 70:3,8,15
   70:18,19 96:3,4
dryer 87:24 89:17
   89:18
drying 87:10
dryness 70:22 71:5
due 37:24
duly 4:3 98:8
duration 61:12
durations 61:4
duties 22:16

─────────────
          E
─────────────
E 3:1,1 98:2,2 99:2
   99:5 100:3
earlier 14:13,18,22
   23:20 24:10 68:6
   80:17 82:7
earliest 14:9
early 18:13 50:16
   82:6
easier 37:10
East 3:9
easy 92:25
Edric 50:23
education 7:19
educational 7:12
efficacy 33:11

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 105

| | | | | |
|---|---|---|---|---|
| 56:10,13 | especially 22:11 | 35:14 36:14,14 | fairly 18:24 50:16 | first 4:3,21 5:20 |
| effort 79:17 | 78:20 | 38:10,24 39:9 | familiar 27:24 | 19:22 22:12 28:24 |
| eight 84:23 | Esq 3:6,10,18 | 40:24,25 43:15,20 | 75:17,20 77:20 | 31:22 35:17,20 |
| either 17:21 36:8 | essentially 93:21 | 45:13 47:20 48:6 | 78:24 82:22 91:10 | 39:6 40:4 48:6 |
| 54:23 55:3 65:12 | established 11:9,13 | 48:15 52:18 53:3 | fan 56:15 61:17 | 53:8 63:5 69:16 |
| elastomeric 95:8 | 53:20 79:23 | 54:12,16,23 55:3 | 70:16,17 87:17 | 71:17 72:22 73:6 |
| electric 13:12 26:20 | evaluate 17:10 71:5 | 57:3,7 60:3 62:14 | 88:2,3,3,4,7 90:2 | 74:17 76:21 77:18 |
| 47:12 | evaluated 56:16 | 62:19 66:10,15 | far 23:6 33:10 | 77:22 79:18 99:11 |
| electrically 78:13 | evaluating 49:11 | 67:4 73:19 74:8 | 58:12 73:16 | fit 26:11 |
| Electrolux 8:3 | 49:12,25 50:2 | 75:9,12 76:20 | faucet 63:21 | five 6:12 29:19 |
| electronic 27:7 | 80:9 | 77:10,15 80:4 | feature 37:3 57:5 | flammable 93:6 |
| electronics 26:23 | evaluation 10:16 | 81:22 82:3 84:2,6 | 57:10 99:24 | flat 63:11 |
| 78:15 | 49:15 56:20 91:20 | 84:10 90:25 91:6 | features 58:15,18 | Flex 57:19 82:4 |
| eliminated 81:19 | evaporate 65:24 | 93:10 95:5 99:7,8 | 58:18 83:15 | flip 4:16 |
| ELLIS 3:8 | evaporation 62:16 | 99:9,11,13,15,17 | feeds 87:7,8 90:21 | flips 88:23 |
| employed 98:13 | 62:20 65:2 100:6 | 99:18,20,22,23,24 | feel 23:14 40:25 | floating 19:17 |
| employee 10:4 | exact 36:19 39:4 | 100:5,7,9,11,12 | fell 19:13 | flow 48:21 |
| employment 7:21 | 73:10 81:20 83:3 | 100:14,16,17 | fellow 50:22 | fluid 20:21 26:13 |
| 9:2 39:3 40:5 | 88:15 90:5 92:12 | Exhibits 27:16 | figure 38:23 60:9 | 41:15 42:2,3 |
| engineer 7:25 8:5,8 | exactly 13:2 19:3 | expel 81:6 | 61:19 | 43:13 44:6,16 |
| 8:8 10:5,20,23,24 | 27:18 40:14 73:16 | experimental 74:2 | figured 45:2 | 45:3,10 46:6,11 |
| 24:9 29:17 45:20 | 81:17 88:12 89:14 | expires 98:22 | file 69:5 92:9 | 46:16 48:8,11,12 |
| engineering 7:15 | 89:16,18 | explain 22:25 44:3 | files 7:5 | 48:19 56:16 61:16 |
| 7:24 19:12,14 | EXAMINATION | 48:3 65:18 68:13 | fill 67:11,14 | 63:12,17 64:2,25 |
| 22:9,14,16 34:8 | 4:7 | exploration 77:23 | filled 46:13 | 65:5,13,15 66:7 |
| 39:15 41:2,22 | examined 4:3 99:3 | explored 35:24 | filling 20:20 | 67:10,12,14,17,20 |
| 49:14 50:19 80:8 | example 49:19 | expressed 55:7 | filter 44:13,14 46:7 | 68:2,7 78:5,22 |
| 80:11,16 | Excel 73:24,24 | extract 92:4 | 48:19,22 50:2 | 85:10 87:5,7 |
| engineers 33:8 | exclusively 50:5 | Eyes 1:18 96:13 | 64:6 68:3 85:11 | 88:13 90:14,23 |
| enter 22:19 40:8 | execute 37:7 38:6 | e-mail 25:7 28:18 | 86:16,24 87:8 | 94:20 |
| entered 42:16 | executed 21:7 | 30:13 31:8 35:10 | 88:13,16 92:25 | focus 22:13 |
| enters 7:8 | executing 37:24 | 35:14,18 36:9 | 93:2 94:24 95:16 | foil 22:24 47:6 52:2 |
| entire 62:12 | 42:9 | 60:5,12 99:13,17 | finance 79:8 | 57:24 72:17,17 |
| entitled 13:22 14:3 | executions 21:15 | 99:19 | financially 98:14 | 73:25 74:18 75:6 |
| 19:23 43:16 57:4 | exhibit 4:5,12,17 | e-mails 7:5 31:12 | find 42:5 43:8 | 75:8 76:16 83:7,8 |
| 57:9 62:15,20 | 13:21 14:2 16:16 | 75:10,13 100:11 | 73:17,20,21 | 88:9 |
| 74:9 77:11,15 | 16:20 17:20 19:21 | | fine 9:12 34:23 | foils 47:5 |
| 84:7 91:2,6 99:8 | 20:2,7,10 21:2,19 | _____ | 46:15 48:5 | following 7:22 8:7 |
| 99:11,20,24 100:5 | 23:24,25 25:6,10 | **F** | fine-tuning 61:3 | 97:3,4 |
| 100:9,13,18 | 25:17 26:16,17,19 | F 98:2 | finish 24:18 39:6 | follows 4:4 |
| equally 33:14 | 28:19 30:14 31:7 | fabrication 69:5 | finished 4:22 | force 75:24 |
| equated 59:12 | 31:12 33:24 35:9 | fact 31:2 37:17 | finite 79:17 | form 18:17 32:3 |
| | | Fairleigh 7:15 | | |

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 106

69:6 92:5
formal 66:21
formally 42:15
formed 12:4
formulated 36:4
    46:10
formulating 36:3
forth 24:11 38:7
    69:17 98:8
forward 13:17
forwarded 75:19
four 8:6 23:19
    90:10,11,15,17
frame 80:15,21
Frank 29:15,16,17
frankly 53:22
Fred 26:21
free 40:25
frequency 58:23
friendly 93:20
    94:15
full 91:21
full-time 9:24 10:3
function 10:14
    15:16 22:9 34:9
    49:11 52:7 55:10
    58:13 66:17 85:8
    86:4,15 88:10,17
    89:4 90:20
Functionally 89:24
functions 22:10
    61:9 93:10
fundamental 92:5
further 96:9 98:12

**G**

Garbarino 17:21
    17:23
gas 81:6 92:3,8
gee 33:18 38:5
geekhead 35:5
general 56:15

58:13
genesis 11:6,9 12:3
    34:4 36:6
gentleman 24:8
gentlemen 17:22
getting 10:11 75:2
    78:22 80:13
give 43:6 58:11
    80:7,14 92:10
    94:7
given 98:10
giving 82:8
GmbH 1:4
go 13:17 18:25 19:6
    19:6 23:7,22 33:5
    39:24 41:16 45:25
    46:8 48:2 52:6,11
    64:6 65:19,25
    67:17 72:7,7
    82:25 86:10 91:22
    93:8
goal 58:14 59:16
goes 20:15 27:23
    28:19 29:5 38:8
    44:19 47:11,15
    48:9,22 64:18
    68:2,2 74:19
    90:22 94:22 95:2
    95:15
going 5:2 9:8 16:9
    19:6 28:7 33:9
    38:10 40:14,24
    46:5,6,7 66:5
    75:25 76:2 78:12
    84:9 89:19
good 62:7 80:21
    88:14
Gray 3:3,18
greater 67:8
Greenberg 1:24
    2:10 98:4,20
grounded 59:25

group 7:7 40:9
guess 15:20 26:10
    63:19 64:7,13,16
    71:6
guides 68:17 86:6
gummy 95:6
gunked 78:22
guy 26:21 28:8
    50:23 79:8
guys 36:7 56:17

**H**

H 99:5 100:3
hair 24:16 45:5,6
    45:10 46:18,19
    47:3,4,5,11,17
    48:11,13 81:6
    87:7 90:23 92:4
    94:8,22,24 95:2
    95:10,14,15
Haking 51:13,14
    51:25 52:14 55:7
    72:24
half 46:13 50:9
    62:11 89:25
hand 89:19 98:17
handed 86:16
hands 8:12
handwriting 17:19
handwritten 16:17
    99:10
hand-in-hand 52:6
happened 37:18
happens 44:11,16
    67:16 94:18
hard 79:14
hate 89:21
Haven 1:13 2:9
head 26:8 41:4,15
    42:3 43:13 64:20
    64:22 82:16 85:21
    86:3,8 87:23 89:7

headed 84:3 100:16
heads 67:17,17
    85:18 95:13
heard 36:5
Hebron 28:6
held 46:6
help 34:21 43:6
    86:11
helping 53:21
helps 85:25 86:5
hereinbefore 98:8
hereunto 98:16
Heroka 50:17 51:7
    51:20,21 55:6
Hey 53:23
high 81:5 94:20
higher 13:10,13
    22:23
Highly 96:13
hired 8:7 10:5,9,17
    12:23 19:8 45:19
    45:20
history 7:12,21
    91:21
hold 86:17
hole 67:8
holes 86:10 90:13
    90:17
honest 14:20 53:2
    55:4
honestly 70:12
    72:13,13
hour 62:9,11,11
hours 9:25
house 34:5 36:3
household 32:8
houses 69:5
housing 20:21
    44:12 47:7,8 48:8
    87:6 88:2,2 90:2
    95:20
Hubbel 18:6

**I**

IB 59:2,4
idea 11:6,9,10,12
    12:4,8,17 34:20
    40:20 43:13 79:3
    80:7 92:13
ideas 10:15 19:16
identification 4:6
    13:22 16:17 19:22
    25:7,11 31:8
    35:10 43:16 52:19
    54:13 57:4 62:15
    66:11 74:9 75:10
    77:11 81:23 84:3
    91:2 99:7,8,9,11
    99:13,15,17,18,20
    99:22,23,24 100:5
    100:7,9,11,12,14
    100:16,17
identify 66:15
Illinois 3:9
immersed 41:5
immersing 41:14
impact 29:5
impeller 88:7
important 32:23
improvements
    79:14
inception 71:10
include 36:15
includes 38:25 58:2
including 5:7
incomplete 46:3
INDEX 100:1
indicating 87:18
indicators 81:16
Industries 50:17
information 13:5
    51:11 79:6 82:13
infringe 29:10,12
    41:12
infringement 37:5

37:12 40:7
**infringing** 30:22
**initial** 68:4
**initially** 12:16
**inject** 47:17 90:8
**injected** 90:14
**injecting** 24:16
   42:2 43:13 45:10
   78:5 90:9 94:20
**injection** 48:10
   85:24 94:19
**injections** 90:12
**injector** 44:20,20
**injectors** 45:23
   48:21 49:20
**injects** 46:17 90:22
**inlet** 86:22
**inside** 46:8 86:10
   87:13 94:4 95:20
   95:24
**instruct** 42:11
   93:15
**instructed** 45:4
**Instruction** 59:5
**instructions** 75:6
   91:3,8 100:18
**instrumentation**
   7:25
**intended** 18:10
   45:25
**intent** 26:10 72:18
**intents** 46:2
**interchangeable**
   89:12
**interchangeably**
   9:11
**interested** 31:23
   32:14,22 98:15
**interface** 39:21
**interfaced** 52:8
**International** 3:4
**interpret** 34:3

**Interval** 57:19
**interviewed** 23:4
**introduce** 15:23
   39:15 72:19
**invented** 43:9
**inventing** 49:8
**invention** 43:3 49:7
**investigation** 77:25
**involve** 50:10
**involved** 34:9 50:24
**involvement** 52:14
**Island** 36:3
**issue** 65:17,18,20
**issues** 72:23
**item** 58:19,19,21
   61:6 74:19,21
**items** 60:25
**iteration** 83:10
**iterations** 69:15
**Izumi** 51:2,19 52:3
   52:21 55:6
**i.e** 70:3

_____

**J**
**J** 1:24 2:10 98:4,20
**James** 1:11 2:7
   3:10 4:2,10 5:1
   6:1 7:1 8:1 9:1
   10:1 11:1 12:1
   13:1 14:1 15:1
   16:1 17:1 18:1
   19:1 20:1 21:1
   22:1 23:1 24:1
   25:1 26:1 27:1
   28:1 29:1 30:1
   31:1 32:1 33:1
   34:1 35:1 36:1
   37:1 38:1 39:1
   40:1 41:1 42:1
   43:1 44:1 45:1
   46:1 47:1 48:1
   49:1 50:1 51:1

52:1 53:1 54:1
   55:1 56:1 57:1
   58:1 59:1 60:1
   61:1 62:1 63:1
   64:1 65:1 66:1
   67:1 68:1 69:1
   70:1 71:1 72:1
   73:1 74:1 75:1
   76:1 77:1 78:1
   79:1 80:1 81:1
   82:1 83:1 84:1
   85:1 86:1 87:1
   88:1 89:1 90:1
   91:1 92:1 93:1
   94:1 95:1 96:1,16
   97:1,19 98:7 99:3
**January** 9:4,17
   11:24 48:24 50:8
   71:15
**Jim** 6:16 19:20
   34:12,12 58:11
**job** 1:25 10:5,10,18
   33:11 49:2,4
   53:22
**joined** 12:4 23:13
**June** 74:23,25
   79:25 92:11
**June-ish** 80:20
**jurisdiction** 19:13

_____

**K**
**Katz** 34:13,19
**keep** 16:8 62:11
   69:13 85:19 86:3
**kind** 14:23 19:4,5
   23:6 24:6 27:5
   34:4 42:21 46:4
   47:7,10,11 49:24
   52:6 53:14 59:25
   66:17 68:3,17
   70:9 72:7,8 73:14
   74:25 78:23 83:4

85:19 86:11 87:22
   90:7
**kinds** 56:22
**KIRKLAND** 3:8
**knew** 39:17 53:13
**know** 5:15 8:15,21
   9:10,15 12:7,9,11
   12:15,17,19 13:3
   15:11,14 16:2
   17:2,15,17,19
   18:2,25 19:3,9,15
   20:18,18 21:11,17
   22:3,8,22 23:9,18
   24:7 26:3,14
   27:17,19 28:10
   29:6,25 30:6,9,17
   31:2 32:11 33:2,8
   33:20 34:16,19
   35:2,7,25 36:7,16
   36:19,20 37:17,20
   37:21 38:18 39:4
   40:19,22 41:9
   43:12 49:8 51:10
   53:2 54:5,21
   59:21,23 60:4,8
   61:7 62:24 66:22
   70:5,7 71:5,25
   72:2,3,7,9,13,14
   73:10 75:21 79:10
   79:19,21 80:13
   82:16,17 83:21,25
   84:19 85:4,4
**knowledge** 12:6
   14:12 16:5,15
   23:11 25:4 33:23
   38:12
**knowledgeable**
   36:10 76:4
**known** 6:9,10
**knows** 12:13

_____

**L**

**lab** 66:16 73:23
**label** 44:10,14
   46:12 48:15
**lack** 33:23
**laid** 38:15,16
**large** 63:11
**Larsen** 45:17,18,20
**laser** 69:8
**Lau** 50:23
**launched** 84:20
**layer** 69:6,8
**layers** 69:6
**LCD** 81:16,18 82:9
   82:15 83:6 84:17
**lead-in** 68:12,13,16
**left** 34:15,16 63:22
   65:24 66:6 71:11
**length** 71:7
**lesser** 61:25
**let's** 11:11 19:7
**level** 61:6 67:18,18
   68:8 70:22
**liability** 30:14
**Liang** 3:18 7:8,10
**lie** 33:10
**life** 9:8
**lights** 81:19
**liked** 36:21 37:4
   39:19
**limited** 5:7
**Linda** 1:24 2:10
   98:4,20
**line** 13:11 34:14
   68:11 75:6 79:15
   97:4,6,8,10,12,14
   97:16
**lingered** 72:8
**liquid** 69:7 92:17
**listed** 5:3 84:13
**little** 8:15 36:23
   37:7,9,10 47:16
   60:25 61:5,8

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 108

63:22 64:5 66:18
71:13 74:22 76:22
78:16 79:19,21
82:21 87:20 92:23
93:19,23,24,25
94:14 95:22,23,23
lived 50:7
loads 67:21
located 44:7 87:20
locations 90:9,10
90:11,16,19
long 13:3 34:16
36:3 61:17 65:23
72:3,4,79:10,25
longer 74:15
look 15:23 43:8
49:23 53:15 60:9
70:9 73:17,19
74:18 75:19 76:17
77:20 85:6
looked 15:9 33:10
39:18 40:18 41:13
54:18,19 55:3
56:5,9,25 78:8,15
looking 5:20 14:23
15:22 19:2 27:21
54:20,25 61:7
69:21 74:17,20
76:21 79:14 80:3
80:13
looks 26:2,11 75:17
81:17
looseleaf 7:4
lost 65:25
lot 7:4 12:21 14:21
15:9 22:10,11
30:17 38:8 46:9
46:25 47:2 50:4
59:21 66:18 69:12
69:14 82:23 91:20
92:18 96:6
loud 5:17

lower 61:24 86:15
87:6 96:5
Lummus 7:24
L.L.P 3:3,8,18

## M

Madison 15:5
29:22
main 10:10,12,17
22:13 28:6 79:17
82:24
major 20:11 38:5,5
45:21
making 10:16 27:5
27:10,13 31:23
32:12,14 49:11,13
52:7
male 88:9 90:12
manager 19:12
29:23 34:14
manifold 44:21
45:4,8,24 46:17
47:15,16 48:9,11
85:24 86:7 87:6,7
88:25,25 89:3,5
90:6,6,22 94:19
95:19
manifolds 90:19
manufacturer 8:4
50:17,21 51:8,13
52:22
manufacturers
50:10,15,24 55:6
March 74:12,18,19
74:19
mark 44:9
marked 4:12 14:2
16:20 20:2 25:17
market 15:21 21:22
22:5,19 28:13
marketing 13:14
13:19 19:14,19

22:14 23:7 24:22
33:3,15,25 34:14
35:5 36:21 37:3
38:4 39:12,18
40:9 59:22 60:16
83:19,20,22 85:2
85:3
marketing's 75:6
77:8
marketing-type
22:10
markets 76:13
Massachusetts 1:3
2:12 3:5
materials 49:15,16
49:24
matrix 83:24
matters 6:9,10
maximum 61:6,15
mean 14:21 21:7
23:20,21 27:18
33:2 36:25 37:13
37:25 38:15 39:5
49:16 55:10 59:20
63:15,16 70:4
71:13,24 80:14
82:19 95:4
meaning 56:9
70:15 71:19 78:9
means 11:16 76:9
meant 70:7
mechanical 7:15
mechanism 87:10
94:6
meeting 78:5
meetings 30:23
Mel 30:18,23 31:3
37:14 41:24 53:20
53:23
melting 49:21
memory 6:18
mentioned 15:12

16:6 37:22 76:6
81:10
men's 72:17 84:4,7
90:15 100:16
Mercurio 26:21
29:16
merged 9:6
mess 93:7
messy 92:18,21
meters 67:9
method 78:5 94:16
Micro 82:4
middle 28:20
Milford 18:4
million 67:9
mind 16:9
mini 92:23
minor 51:4 83:13
minutes 60:21
mirror 58:15
model 58:3,7 68:20
68:22 69:4,4,6,9
69:10,16,18 72:16
72:21 73:15 78:16
81:20 82:14 83:6
models 69:15,20
82:20,20 83:11,11
83:12
modifications 52:9
52:12 73:5
molded 71:19,20
moment 31:17
month 43:21 59:15
months 9:23 22:12
23:19 71:16 74:21
84:23
month's 59:13
motivation 13:6
22:18,25 75:3
77:6 92:15
motor 28:16 88:6
move 26:13

moved 29:24
MS-3 74:20
muck 95:15
Multi-page 19:22
25:7,11 31:8
35:10 43:16 52:19
54:13 66:11 74:9
77:11 84:3 99:11
99:13,15,17,18,20
99:22,23 100:7,9
100:12,16
mutual 28:21 29:3

## N

N 3:1 99:2
name 4:9 50:23
57:9,25
named 26:22
names 8:14
necessarily 11:19
11:21 33:25
need 28:20 29:2
60:21 79:8 92:10
needed 78:14
needs 67:8
negatives 92:18
neither 98:12
never 21:21 36:5
38:12,13,13,17,22
new 1:13 2:9,12
8:10,25 10:15
15:23 72:25 77:22
78:4 84:13,14
91:14 97:2,3 98:6
nice 36:23 50:23
nine 71:16
noise 56:25,25 61:6
61:7
nonfunctioning
24:5
normal 15:25
normally 34:8

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 109

Notary 2:11 98:5
note 68:5 70:13
  96:11
notebook 66:12
  100:7
Noted 96:15
notes 6:17 7:2,3
  16:18 60:4,7
  66:19 73:9,17
  76:17 99:10
notice 2:8 4:6,13
  85:12 88:21 99:7
notified 30:9
notify 29:4
November 82:3,8
nozzles 44:21,22
  47:16 48:10 95:24
number 5:3,12
  20:10 54:5,25
  58:4,22 67:7
  77:21 81:20 82:10
  88:18 91:8
numbered 63:6
numbers 13:24
  16:18 19:24 25:9
  25:12 31:9 35:11
  43:17 57:6 62:17
  66:12 74:10 75:11
  77:13 81:24 82:7
  82:21 84:4 91:4
  99:9,10,12,14,16
  99:18,19,21,25
  100:6,7,10,11,13
  100:15,17,18

O

oath 6:8
objection 18:17
  21:25 22:7 32:2
  32:18,25 33:23
  41:18 42:18 52:23
  55:18 56:3

observation 66:3
obtain 61:14
obvious 12:25
  39:18
obviously 21:14
  41:13
occurrence 15:25
October 20:6 28:18
  38:11
offered 10:3
offices 2:8
off-tool 71:17,19,20
  80:8,18
oh 11:11 43:9 56:14
  65:8 68:22
okay 5:25 9:16 14:8
  17:9 19:5 20:8
  25:22 26:17 28:22
  28:25 29:3 30:21
  31:5,6,20 35:19
  53:23,25 56:2
  77:17 84:11 95:25
  96:10
once 59:14
ones 82:22
One-page 57:4
  62:15 99:24 100:5
ongoing 80:2
open 46:20
opening 95:12,16
openings 47:17,19
operate 58:20
  61:17
operated 58:20
operates 26:15
operating 56:15
  91:3,7 100:18
operation 65:3
opinion 48:3 93:8
opposed 43:3 79:11
options 20:13
order 6:22

original 18:14,18
  19:10 42:5 43:23
  72:18 75:18 92:22
originally 43:24
outcome 98:15
outfit 36:2
outlet 44:19 87:21
  90:21
outline 47:24
Outside 22:2 32:3
  32:19 41:19 52:24
oven 49:22

P

P 3:1,1
package 32:16
pad 67:2
page 4:16,24 5:2,3
  5:20,22 13:22
  16:17 19:22 20:10
  20:11 28:24 31:22
  63:5 66:18 67:7,7
  68:11,19 70:2,2,9
  77:22 84:10,12
  94:12 97:4,6,8,10
  97:12,14,16 99:3
  99:6,8,9,11 100:4
pages 4:21,23
  14:21 15:10 48:6
paragraph 28:20
  31:22 35:18,20
  63:6,7
paragraphs 35:19
parenthesis 59:9
part 22:16 27:6
  32:16 45:13,15
  46:19,23 47:7
  49:8 64:11 71:20
particular 21:12
  47:23 78:16 91:23
parties 98:13
parts 48:2 68:24

80:13 87:24 88:5
party 42:25
patent 30:7 41:14
  42:6,7,8 43:4
  52:19 53:4,5,12
  53:15,18 54:4,6
  54:13,16,17 99:22
  99:23
patents 28:21 29:3
  29:7,12 30:2,10
  40:22 54:2,7,9
  55:8
people 7:7 66:18
  85:2,3 94:16
percent 27:22
  70:24
perfectly 52:25
  55:4
perform 33:19
performance 56:6
  56:8
performed 33:17
  74:4,4,5
perimeter 95:7
period 8:17 79:18
person 10:2 12:9
  12:15 13:5 19:19
  20:23 23:17 36:11
personal 7:5
personally 6:9
  47:13
perspective 39:15
  41:2 93:3
Peter 34:13
phase 27:11 50:21
phases 30:25
photo 94:12
photographs 25:11
  25:20,24 99:15
physical 46:21
picked 51:9 73:6
picture 18:23 27:22

95:6,18
pins 86:7,9
piping 7:24
pivoting 88:18
pivots 46:20 88:20
place 3:4 86:3 94:3
  94:4
placed 13:25 16:19
  19:25 25:16 31:11
  35:13 43:19 53:3
  54:15 57:7 62:18
  66:14 77:14 84:6
  91:5
placing 4:11
Plaintiff 1:5 2:8 3:4
plans 28:22 29:3,5
platforms 82:25
  83:12
play 52:3
playing 61:15
please 4:9,25 9:15
  44:15 60:13
plumbing 26:12
  37:8,24 44:18
Plus 72:23 82:4
pocket 24:16 45:5,6
  45:11 46:18,19
  47:3,4,6,18 48:12
  48:13 87:7 90:23
  94:22 95:2,10,15
point 20:17 39:2,12
  39:14 72:15 79:21
  95:22
portion 57:23
  86:20 87:18 89:10
position 9:20 10:3
  10:21 86:11
positioned 85:20
possibilities 37:5
possibility 37:12
  40:8
possible 33:4 65:22

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY
Page 110

post 85:23
power 67:21,21,22
  78:18,19
powered 92:2
preparation 6:18
  14:16 15:9 66:25
prepare 6:14,22
Present 3:17
president 50:22
press 94:6
pressure 81:6
  94:20
pressurize 95:14
pressurized 92:3,8
pretty 33:11 38:3
  51:3 62:9 84:21
  85:5
pretzel 49:23
prevented 37:5
previous 24:8,19
  40:6
previously 4:12
  28:3
price-point 13:10
  22:23
price-points 13:13
primarily 8:25 10:8
  10:12,14 56:8
primary 52:7 66:17
principal 10:23,24
principles 94:16
prior 13:2 15:6
  16:8,10 21:4
  23:12 24:24 38:20
  39:2 55:2 71:21
  72:6,10 77:2
privilege 42:23
privileged 42:20
privy 22:11 51:10
probably 12:14,15
  13:4 20:25 27:20
  28:12,15 29:9

37:14,21 41:21,23
  60:9,12 68:18
  69:12 70:23 76:8
  80:20,21 83:24
problems 50:2,4
process 50:14,25
  55:17,24 68:25
  71:8
produce 83:23
produced 14:10
  60:6 79:18
product 5:5 8:5,10
  8:25 10:17 15:21
  15:23 22:23 24:9
  32:8 33:13,18
  34:4,14 36:6
  39:23 40:13 49:12
  49:13 56:7,20,20
  57:23,25 65:7,12
  68:5 71:8 75:25
  79:18 80:2 81:23
  84:13,15,19 92:8
  100:15
production 13:24
  16:18 19:24 25:8
  25:12 31:9 35:11
  43:17 57:5 61:10
  62:17 66:12 71:10
  73:4 74:10 75:11
  77:12 79:22 80:12
  81:24 84:4 91:4
  93:19 99:9,10,12
  99:14,16,17,19,21
  99:25 100:6,7,10
  100:11,13,15,16
  100:18
products 5:6 24:21
Professional 98:4
profile 63:11
progress 46:4
  47:23
project 8:8,8 30:25

38:2 50:22
promotion 29:24
properly 49:14
  52:8
proposal 26:19,24
  27:13
proposing 49:19
protected 41:16
prototype 18:9,21
  21:18,21 24:3
  27:4,10 38:13,17
  69:19 91:8 93:15
  93:18
prototypes 27:6
  69:2
prototyping 10:16
  26:23 49:7 68:24
  69:11
Public 2:11 98:5
puddle 63:19
pump 44:6,6,10,17
  44:19 45:4 46:16
  48:7 56:14 68:7
  86:19,22 87:4
  89:15,16 90:3,4
  90:21
pumps 26:25
purchased 8:20
purpose 57:16
  85:16 87:3
purposes 9:9 46:3
  59:23 68:15
pursuant 2:8
put 45:21 49:22
  66:20 68:16,16
  82:2 85:18,19
  89:12 94:2,3 95:9
putting 68:7 85:7
P.M 96:15

——————————
Q
——————————
question 9:14 20:24

24:18 31:18 32:11
  32:13 33:21 39:6
  39:22 40:3 55:13
  65:10 78:2,3
  79:20 80:6 89:14
questions 34:8,25
  35:7 77:12,16
  96:9 100:13
quicker 67:11
quite 53:22
quote 32:14
quoting 27:11
Q3 84:13

——————————
R
——————————
R 3:1 13:24 16:18
  19:24,24 25:9,9
  25:13,13 31:9,10
  35:11,12 43:18,18
  57:6 62:17,17
  66:12,13 74:11,11
  75:11,11 77:13,13
  81:24,25 84:5,5
  91:4,4 98:2 99:9
  99:10,12,12,14,14
  99:16,16,18,18,19
  99:19,21,21,25
  100:6,6,7,8,10,10
  100:11,12,13,14
  100:15,15,17,17
  100:18,19
ramping 73:14
ran 37:14 56:25
Randolph 3:9
rapid 68:24,25
  69:11
rapidly 92:3
RAS 28:5
raw 66:20
Rayovac 1:7 4:14
  5:10 6:2,7,11 9:6
  9:11 10:22 12:5

12:12 14:10,13,17
  14:25 15:15 16:3
  16:5,6,7,13 17:3,7
  17:23 18:9,15,21
  18:22 19:9 20:16
  21:6,17,22 23:2
  23:11,16 24:25
  29:8 30:10,14,15
  30:23 31:22 32:13
  35:24 36:11,16
  39:3 41:7 43:22
  48:25 50:10,18
  52:21 72:9,15
  75:21 76:23 84:20
  92:7
Rayovac's 13:7,16
  22:19 55:15,22,24
  77:6,25 78:24
read 4:18,20 5:2,14
  5:18 31:16 35:17
  60:21 63:13 75:15
readily 82:14
reading 4:22 27:21
  32:9
ready 73:3 80:12
really 12:21 19:3
  21:13 22:8,10
  32:4 34:24 50:23
  52:25 59:19 60:8
  62:5 66:22 70:7
  73:3 74:23 78:4
  82:24 83:11,16
  86:5 88:16,24
reason 10:17 37:23
  39:5 97:6,8,10,12
  97:14,16,18
reasonably 6:10
reasons 13:15 97:4
receive 7:17
recess 25:5 62:13
  90:24
Recharging 14:4

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 111

recirculates 48:20
Recommended 58:22
record 25:15 96:12 98:9
redesign 39:24
reduce 61:24
reducing 61:7
refer 58:4 73:9
reference 28:14 80:15,21
referred 68:18 80:17
referring 9:10 24:21 29:14 42:7 54:3,8 64:2,12,19 76:18
refers 70:14
refillable 20:15
refresh 6:17
regard 5:11 6:4,11 23:11 30:13 89:9 92:6
regarding 14:10
regulated 32:8
reintroduce 39:13 40:10
reject 36:17 41:7
rejected 39:2,11
rejection 37:23
related 8:11 33:24 54:9 91:25 98:12
relatively 63:10
release 72:11 94:6
released 92:3
relevant 8:16,22 48:3
relies 92:3
remember 5:21 14:20 54:25 59:19 70:12 81:20
Remington 8:23

9:3,5,11,17 10:3 11:6 13:23 14:3 16:9 17:12 18:15 24:22 30:24 33:6 45:19,20 53:17 57:11,19 58:14 60:18,20 62:21 65:7,11 80:23 82:19 99:8
Remington's 14:10 22:18
Remington/Rayo... 72:25
removable 94:11
remove 93:21 94:8
removed 38:7 39:20
repercussions 40:15
replaceable 92:24
replacement 58:23
Report 74:10 100:9
Reported 1:23
Reporter 2:11 98:5
reporting 10:2
request 59:17 60:14
requested 58:10 59:20
require 77:24
research 5:4 10:24 49:10 71:12 78:25 79:10,25
reservoir 66:2
residual 63:25 64:3
resources 72:20
respect 54:2,6 76:4
respected 40:22
responsibilities 10:6 11:2 49:6
responsibility 61:19

responsible 61:13
rest 86:8
result 6:6 11:3 60:17
results 30:6 49:12
retain 63:12 65:21
retained 48:24 65:13
retention 64:25 65:5
reuse 93:2
review 6:25 14:7 20:5 27:15 28:21 29:2 30:7,10,15 31:18 63:7
reviewed 14:18 29:7 30:2 66:24
reviewing 21:4
Revised 14:4
ribs 68:12 85:13 86:2
right 18:19 21:8,9 23:18 25:19 39:4 39:25 42:13 43:5 44:7,13,17 48:19 49:18,18 51:16 64:6,21 66:5 68:2 68:9 85:15 86:21 86:23 87:2,21,21 87:22 95:3
rise 67:19
rising 68:8
Robert 26:22 29:15
role 51:15 52:3
Ropes 3:3,18
rotary 22:24 26:8,9 51:19 58:7 72:21 73:4,11 82:5 83:2 91:3,7 100:18
rotate 67:19
route 41:16
rubber 94:21,25

95:7
run 62:9,10 66:19 70:3 78:17,18
running 70:14,20
R&D 8:10,25 10:5 10:20 49:10
R-188 67:7
R-201 68:19
R-209 70:2
R-9400 82:17 84:14
R-9500 51:20 73:4 81:11,12 82:10 90:18
R-9500/9700 82:4
R-9700 82:9

**S**

S 3:1 99:5 100:3
sales 75:24
sample 71:17 80:9 80:11,12,16,18
sat 41:23
satisfied 33:15
saw 23:20 38:22 40:18 41:14,15 53:8 70:6 92:18
saying 11:10 27:3 27:11 28:7 38:16 46:4 71:25
says 10:23 28:5 29:2 32:6,9,10 58:25 59:7,9 63:9 67:7 68:20 73:25 84:14
scanned 7:6 15:8
scans 69:8
Schenck 26:22 27:9 27:25 28:10,19 29:6,15,25 30:12
Science 7:14
scope 22:2 32:3,19 41:19 52:24 77:24

Scott 45:17,18,19
scratch 66:18
screen 49:25
screw 94:2
scribbled 70:13
seal 94:22,23,25 95:8,11
seals 95:10
second 20:10 69:17 92:10 93:17 94:12
seconds 96:3
section 44:7
see 5:19 14:5 15:24 16:22 24:4,14,20 26:7 29:4 46:25 56:23 60:13,22 62:22 69:12 71:20 71:22 73:19,21 76:14 87:16,17,20 90:13,16 93:24 94:12 95:6,22
seeing 5:21
seen 4:13 15:7 16:24 20:2 21:21 25:23,25 31:14 35:14 38:12,17,18 38:20 51:12 53:4 54:17 75:14 77:18
sell 34:6 75:25
send 69:5
senior 8:8
sense 35:2
sentence 63:9 70:6
separate 20:20
September 17:2,11 18:8,20 35:15 76:22 77:2 84:8
sequential 74:2
sequentially 27:2
series 51:17,20 74:24 83:2
seriously 38:14

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 112

set 98:8,16
setting 61:13
shallow 64:9 65:16
shaped 26:8
shaver 13:10,12
  19:23 21:2 22:22
  24:17 26:8,9,11
  31:24 32:7,15,21
  33:12 41:4 42:3
  43:13 45:5 46:8
  46:18,20 47:12
  48:12 51:2,3,16
  51:21 52:2,5,7,10
  52:13,17 58:2
  63:10 64:20,21
  67:21,23 69:24
  70:19 72:24,24,25
  73:3,25 76:16
  78:17,21 81:6,17
  82:20 83:3,18
  86:3,8 87:23
  88:10 89:20 90:12
  91:3,7,16 92:4,20
  94:4,5,7,23 95:2,9
  95:13,24 96:4
  99:11 100:18
shavers 19:12
  21:24 22:24,24
  23:5 25:2 26:4
  51:19 56:22 78:11
  81:9,12 82:5
shaving 5:6 84:4,7
  85:21 100:16
Shimota 3:10 6:19
  18:17 21:25 22:7
  32:2,18,25 41:18
  42:11,17,20,22
  43:2 52:23 55:18
  56:3 81:4 96:11
Shimota's 33:22
shipping 49:21
Shorthand 2:11

98:5
shot 83:23
show 46:11,13,21
  47:25 58:17 71:23
  86:18
showed 23:23
  30:25
shown 21:18 38:21
  44:18 45:9,12
  47:19
shut 64:24
shuts 64:4
side 22:14,14 35:6
significant 9:13
  32:23
similar 24:4 31:24
  32:17,24 90:5
Simone 41:22
  43:14
simple 39:20 48:23
simultaneously
  72:19
single 93:5
sink 63:20,23 68:3
  88:14
sit 64:9
sits 64:20,22
sitting 40:15 64:4
six 29:19
size 15:15
sizes 49:25
skill 98:11
skim 53:12,14
skimmed 14:21
  53:6 54:19,23
  67:3,4
skimming 14:24
  70:5
SLA 68:20,22
  69:12,15,16,18,20
slightly 90:7
Smart 5:7

snap 88:5
sold 8:13 32:16
solidified 38:3
solution 32:7 34:7
  36:4,4 44:12
  56:17 62:16,20
  65:22 86:17 100:5
solutions 35:23
solutions/filter
  58:22
solve 50:3
somebody 12:12
  13:19 33:3 41:21
  60:16 93:15
somebody's 40:17
  62:10
sorry 5:19 11:14
  30:8 36:8 54:24
  70:7 72:14
speak 5:10 6:3,20
  17:6 23:10,17
  49:10
specific 32:11
specifically 91:23
specifications
  81:24 100:15
speculate 17:5,8
spill 56:10,12,13
spilling 93:7
spills 56:11
spoken 79:12
spraying 41:25
spreadsheet 73:24
spring-loaded 89:2
  89:2 90:6
squirrel 88:3
ss 97:2
standpoint 19:14
  19:15 37:9
Stanley 3:18
start 51:18 67:19
  69:3

started 9:22 10:11
  11:23 23:2 43:21
  72:4,9,15 73:8,14
  74:17,22,23,25
  76:21 92:13
starting 7:12
starts 67:18 68:11
  69:7
state 4:9 97:2 98:6
stated 37:11 39:12
  40:6
states 1:2 2:12
  20:13 59:2
stating 32:10
steep 64:3,11,22
step 93:16
stereolithography
  68:22,25
stick 48:5 95:24
sticking 44:21,23
Stoltz 30:18 31:4
  37:15 41:24 53:20
stop 45:7 72:7,7
  85:24 86:12
stopped 79:16
store 58:2
straightforward
  37:9
strategy 78:15
Street 2:9 28:6
strictly 22:9 52:16
studies 21:23 22:5
study 65:3
stuff 23:21 27:5
  56:22 59:21
Subscribed 96:17
  97:20
substantially 96:5
subsystems 49:9
  69:22
sucked 44:17 48:21
sucks 46:16 48:7

supplier 50:18
supply 67:22 78:19
support 64:17
supports 85:21
supposed 46:12
sure 5:24 9:16 22:3
  27:17 28:21 29:3
  29:9,11 30:20,21
  31:4 32:4 33:1
  35:22 38:20 40:11
  40:17,21,23 41:20
  44:5 48:17 51:9
  52:7,25 55:2 62:6
  67:25 70:24 73:22
  75:16 76:13,25
  82:13,18,18 84:21
  85:5,13 88:19
  93:11
surface 65:24
surfaces 64:25
switch 11:3
sworn 4:3 96:17
  97:20 98:8
Syncro 15:12,20
  16:4,14,21 17:13
  17:16 18:11 24:24
  72:11
Syncro's 17:4
system 10:9 11:11
  11:12,14,25 12:8
  12:11 13:8,18,23
  14:4 19:23 21:3,6
  21:12 23:5 24:25
  26:10 27:14 28:14
  30:16 32:21 36:15
  36:23 37:8 39:19
  41:4,4 42:16
  43:17 44:4 48:21
  50:6 57:5,10,18
  57:20 58:25 72:10
  72:12 75:5,7 76:4
  76:8,9,12 77:9

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 113

81:5 82:25 90:15
91:14,20 92:14,16
94:19 99:9,12,20
99:24
systems 5:8 50:8
56:21 73:25 81:7
92:2 96:6
S-T-O-L-T-Z
30:18

---

**T**

T 98:2,2 99:5 100:3
table 24:2,4,14,21
tabs 85:13
take 40:20 60:23
86:13,14 87:14
89:12 96:3
taken 2:7 25:5
62:13 86:16 90:24
takes 96:2
talk 19:17 79:8
81:3
talking 30:5 33:3
43:3 63:24 88:22
target 59:9,10
tastes 21:23
TBD 59:7
team 38:19 58:14
technical 35:4
38:19 78:10 85:14
technologies 77:23
technology 78:4
tell 7:11 26:17
27:20 57:13 60:15
80:3 85:8 86:14
88:10
ten 71:16
tend 63:18
tendency 56:10
tends 63:11 64:8
term 85:14
terminology 47:2

---

68:23 69:19
test 16:21 49:12,21
66:20 74:2,4,10
100:9
tested 17:15,18
testified 4:4
testify 6:8 12:5
testimony 13:16
98:10
testing 5:5 10:15
28:11 49:7 55:23
68:6
tests 17:3 56:25
70:21
Thank 43:10 46:24
66:9 76:10
theirs 58:20
theory 90:7
Thermoelectron
35:24,25 36:5
thing 4:19 8:11,20
15:19 23:7 38:5
47:6 49:24 60:24
62:6,8 67:14,24
70:11 72:8 74:7
78:23 83:5,5
88:15,22 90:8
things 7:6 11:18,21
38:20 56:9 62:4
66:19 83:14
think 13:9,11 15:19
30:19 34:17 35:4
35:5 37:3,8 38:22
55:9,13 56:24
58:9 70:11 79:9
79:23 82:12 86:19
92:10
thinking 12:20
43:7 46:8
third 42:25
thought 41:11,11
three 7:25 8:2,6

---

9:23 22:12 23:19
44:21,22 47:17
51:20 55:6 74:21
82:24 83:11 86:6
86:6 90:18 95:12
95:16
Thursday 1:12
tick 56:23
tie 27:18
Tim 41:21 43:14
time 10:19 11:23
12:21,22 14:15
15:22 16:2,11,12
17:11 18:21 19:4
21:14 23:13,22
24:5 27:5 28:13
30:24 34:13 38:15
40:9 45:14,19,21
45:23 49:2 52:21
53:8 55:2,5 58:9
59:19 60:23 61:3
69:7,8 73:12
74:17 96:15
time-line 38:24
43:7,8 84:12
tinkering 21:15
tip 56:10
Titanium 5:7
title 10:5,18 11:3
49:4
today 6:8 23:10
61:10
today's 6:15 15:6
told 43:24
tool 69:11 80:11,16
tooling 73:13
top 26:8,11 35:19
68:20 70:2 78:10
78:13 82:16 86:20
87:18 95:5,18
topic 5:2,11
topics 5:15 6:4,12

---

Topiderm 36:2
track 69:13
transcript 96:12
transfer 66:21
transformer 67:22
trend 9:7
tried 62:11 69:13
trouble 49:20
true 65:6 98:9
truncated 74:15
try 19:7 43:7 60:9
72:19
trying 34:24 38:23
43:6 56:24 62:3
80:14
tube 90:21
tubing 48:9
turn 4:25 36:13
63:20,21 67:6,23
68:10,19 69:25
84:9 94:5
turned 79:24
Turning 20:9 58:21
turns 56:14,15
70:16
tweaks 61:22
two 4:21,22 8:2
12:20 17:22 20:13
27:17 31:12 35:19
35:23 48:6 54:21
58:12 74:4 75:12
81:12 83:12 88:5
90:8,13
Two-page 75:10
81:23 91:2 100:11
100:14,17
type 8:11 21:5
24:11,13,20 34:7
49:16 56:17 91:20
92:14,16
types 34:9

---

**U**

Uh-huh 11:22 14:6
uncomfortable
23:14
uncommon 27:4
underarm 78:20
underneath 67:20
87:23
understand 6:7 9:5
12:3 40:25 42:18
understandable
9:14
understanding
22:17
Unfortunately 30:4
30:8
unit 17:12 28:11,13
28:15 33:16,20
59:24 61:8 63:9
64:3,14,22,24
65:4 70:15,17,22
70:25 85:18 93:19
UNITED 1:2
units 17:10 58:12
University 7:16
unscrew 93:22
use 55:16,23 63:18
68:23 93:5,12,16
user 47:12 93:20
94:14
uses 81:5 94:18
usually 13:20 40:16
U.S 52:19 54:13
99:22,23

---

**V**

vacuum 8:5
Vague 55:18
Valentine 17:22
18:5 24:9
valid 82:12
values 61:5

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 114

**various** 83:17
**vat** 69:7
**vents** 87:19
**versa** 89:13
**version** 69:12,13
**versus** 57:11 58:20
  62:21 65:2 78:17
  78:18
**vice** 89:13
**view** 44:19 45:9,12
**Vintage** 91:8

**W**

**waiting** 73:13
**walked** 23:6 79:16
**want** 4:18 12:10
  27:3 31:16 43:6
  52:11 56:22 62:8
  63:18 65:19,25
  67:11 68:8 79:21
  87:14 91:21,22,22
  92:11
**wanted** 5:23 13:9
  13:12 22:22 29:11
  32:20 33:13 53:14
  59:14,23 62:4,6
  67:10,10,25 68:9
  70:21 71:4 75:7
  76:3 92:19 93:15
**wasn't** 11:10 14:22
  22:11 23:15 73:3
  74:22 92:12
**water** 63:22 64:5
**way** 21:7,16 22:21
  34:3 39:19 41:12
  42:9 45:10 48:7
  48:22 53:22 58:19
  74:6 92:20 93:8
**WDF** 51:23,24
  77:12,15 100:13
**week** 9:25 53:10
  54:20,22

**Wendlandt** 3:6 4:8
  7:9 42:17,21,24
  43:10 55:21 96:8
  99:3
**went** 6:16 60:15
  71:24 79:17,22
**weren't** 30:22 92:2
**West** 28:6
**wet** 11:12,14,16
  94:19 96:6
**we're** 15:22 19:6
  23:4,8 25:14
  40:15,16 42:9
  79:13 80:13,13
  90:9
**we've** 79:12
**WGY** 1:5
**WHEREOF** 98:16
**whip** 93:24
**whistles** 83:4
**width** 74:15
**Wiggin** 2:9
**Wisconsin** 15:5
  29:22
**wish** 34:21 97:3
**witness** 42:13 43:5
  81:3 96:10 98:7
  98:10,16 99:3
**women's** 51:21
  57:24 76:16 77:8
  78:20 83:9 89:20
**word** 63:18
**words** 67:18
**work** 10:17 12:25
  15:4 19:7 23:20
  24:8,10 29:7 30:3
  46:4 47:14,22
  48:25 49:9,11,13
  51:5 71:21 74:24
  81:10
**worked** 7:23 8:3,23
  73:2 82:22

**working** 9:24 11:18
  11:20,24 18:3,6
  23:4 29:18 36:2
  50:20 69:14 76:23
  84:22
**works** 13:20 44:4
  48:7 58:6 59:24
  72:17 88:9 89:20
**worth** 59:13
**wouldn't** 92:24
**write** 70:2
**wrote** 68:5 93:11

**X**

**X** 99:2,5 100:3

**Y**

**year** 10:10 12:20
  34:18 40:5 41:9
  50:9 74:13
**years** 7:25 8:2,6,10
  29:19,19
**yesterday** 15:9
**York** 2:12 97:2,3
  98:6
**Yuri** 10:2 12:15
  13:4 19:11 20:23
  23:3 29:18,23
  37:21 41:23 43:25
  58:10 60:12 79:7
  82:15 83:21 85:4

**0**

**000133** 84:5 100:17
**000184** 84:5 100:17
**000185** 66:12 100:8
**000243** 66:13 100:8
**000666** 16:18 99:10
**000965** 62:17 100:6
**000968** 62:17 100:6
**001048** 74:11
  100:10
**001063** 74:11

100:10
**001800** 43:18 99:21
**001810** 43:18 99:21
**002695** 57:6 99:25
**002714** 31:9 99:18
**002715** 31:10 99:18
**002729** 35:11 99:19
**002732** 35:12 99:19
**002935** 19:24 99:12
**002941** 19:24 99:12
**002950** 25:13 99:16
**002954** 25:13 99:16
**002955** 13:24 99:9
**002956** 25:9 99:14
**002958** 25:9 99:14
**003569** 75:11
  100:11
**003570** 75:11
  100:12
**004385** 77:13
  100:13
**004390** 77:13
  100:14
**004897** 81:24
  100:15
**004898** 81:25
  100:15
**010951** 91:4 100:19
**010952** 91:4 100:19
**02110-2624** 3:5
**03** 1:5 18:24 34:18
  50:9 71:15,25
  74:14,18,23,25
  76:22 77:2 79:25
**04** 80:10,20 92:12

**1**

**1** 4:5,12,17 5:3,12
  69:15 74:19 99:7
**10** 52:18 53:3 54:23
  55:3 96:3 99:22
**10th** 74:12,18,19

**10/22/01** 25:8 99:13
**100** 27:22 70:23
**11** 54:12,16,23 55:3
  99:23
**12** 20:6 38:11 57:3
  57:7 60:3 99:24
**12th** 74:20 98:17
**12/18** 44:23
**12/18/02** 43:20 44:4
**12:21** 96:15
**12428** 1:5
**13** 20:10 62:14,19
  99:9 100:5
**13-A** 60:25
**13-B** 61:2
**14** 57:8 61:21 66:10
  66:15 67:4 73:19
  100:7
**15** 61:6 74:8 76:20
  80:4 82:4 100:9
**16** 8:9 75:9,12
  99:10 100:11
**16-year** 8:17
**17** 17:2 18:8,20
  77:10,15 98:22
  100:12
**18** 81:22 82:3
  100:14
**19** 17:11 84:2,6
  99:12 100:16
**19th** 80:9
**1983** 7:18

**2**

**2** 13:21 14:2 63:6
  69:16 74:19 92:2
  99:8
**2-A** 31:22
**2-5** 32:9
**20** 90:25 91:6 93:10
  95:5 100:17
**200** 3:9

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ESQUIRE DEPOSITION SERVICES
HIGHLY COFIDENTIAL- ATTORNEYS' EYES ONLY

Page 115

**2001** 14:4 16:3,12
  17:3,12 18:8,20
  20:6 28:19 31:13
  38:11 39:7 71:23
  71:24
**2002** 35:15 82:4,8
**2003** 9:4,18 10:4,7
  10:19 11:24 39:10
  48:25 57:8 61:21
**2004** 75:13 84:8
**2005** 1:12 2:2 84:13
  96:18 97:20 98:17
**2006** 84:4,7 100:16
**2007** 98:22
**21** 14:4 16:3,12
**22** 28:18
**23** 31:13
**245** 28:6
**25** 99:14,16
**265** 2:9
**27** 75:13
**29** 84:8

---
**3**

**3** 16:16,20 17:20
  67:8 68:20 74:21
  79:4 80:22 89:23
  99:9
**3-D** 69:4
**30** 59:2,10,10,15,16
**31** 99:18
**3208** 1:25
**328** 53:4,18 54:3,19
**35** 99:19

---
**4**

**4** 19:21 20:2,7 21:2
  21:19 23:24,25
  36:14,14 38:10,24
  39:9 40:24,25
  99:3,7,11
**40** 9:25
**43** 99:21

**45** 84:10,13

---
**5**

**5** 1:12 2:2 4:16,24
  5:2,3,22 25:6,18
  26:16,18,19 27:16
  28:19 30:14 77:21
  99:13
**5,649,556** 54:14
  99:23
**5,711,328** 52:20
  99:22
**5/27/03** 62:19
**5000** 74:24
**52** 99:22
**54** 99:23
**5441** 57:20
**5500** 51:17,25
  72:24 75:22 76:6
  76:11 90:15
**556** 54:16
**57** 99:25
**5700** 52:2

---
**6**

**6** 5:15 6:4 25:10,17
  25:18 27:16 58:22
  91:8 99:15
**60601** 3:9
**62** 100:6
**66** 100:8

---
**7**

**7** 5:15 6:4 31:7,12
  33:24 67:7 99:17
**7000** 51:23,24
**74** 100:10
**75** 100:12
**77** 100:14

---
**8**

**8** 5:15 6:4 35:9,14
  99:18

**8/23/02** 31:9 99:17
**81** 100:15
**84** 100:17

---
**9**

**9** 5:15 6:4 35:15
  43:15,20 45:13
  48:6,16 99:20
**9/16/03** 77:16
**9/17/01** 16:21
**9/9/02** 35:11 99:19
**9:34** 2:3
**90** 100:19
**9000** 83:2
**9400** 84:18
**9700** 81:14