```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Civil Action
 3                                          No. 03-12428-WGY

 4

 5   * * * * * * * * * * * * * * * *
                                    *
 6   BRAUN GmbH,                    *
                                    *
 7             Plaintiff,           *
                                    *
 8   v.                             *  MOTION HEARING
                                    *
 9   RAYOVAC CORPORATION,           *
                                    *
10             Defendant.           *
                                    *
11   * * * * * * * * * * * * * * * *

12              BEFORE:  The Honorable William G. Young,
                                  District Judge
13

14
     APPEARANCES:
15

16             ROPES & GRAY, LLP (By William L. Patton,
        Esq. and Dalila Argaez Wendlandt, Esq.) One
17      International Place, Boston, Massachusetts 02110,
        on behalf of the Plaintiff
18
               KIRKLAND & ELLIS (By Mark Pals, Esq., James
19      A. Shimota, and Kevin S. Ueland, Esq.), 200 E.
        Randolph Drive, Chicago, Illinois 60601, on behalf
20      of the Defendant

21

22

23

24                                    Suffolk University Law School
                                      Boston, Massachusetts
25
                                      October 5, 2005
```