IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>Plaintiff,<br><br>v.<br><br>RAYOVAC CORPORATION,<br><br>Defendant. | Civil Action No. 03-CV-12428-WGY |

## JOINT MOTION SEEKING TO EXTEND TIME TO CONSUMMATE SETTLEMENT

1. On October 19, 2005, the parties in the above action jointly notified the Court that they had reached a settlement of their dispute.

2. On October 20, 2005, the Court entered a "Settlement Order of Dismissal," which stated: "this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated."

3. As of today, November 20, 2005, although the parties have engaged in detailed discussions, they have not yet consummated a final settlement.

4. However, the parties hereby jointly notify the Court that they are close to resolving all terms of a settlement, and that they will require only a few more business days to agree to a final document.

5.   Therefore, the parties jointly move the Court to extend the right to reopen the action, as identified in the Settlement Order and Dismissal, by 10 DAYS, to and including November 30th, 2005.

Braun GmbH

                                                  By its attorneys,

/s/ William L. Patton
William L. Patton (BBO #391640)
Dalila Argaez Wendlandt (BBO #639280)
Dalila.Wendlandt@ropesgray.com
ROPES & GRAY
One International Place
Boston, MA  02110
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

Stanley D. Liang (admitted *Pro Hac Vice*)
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10021

Rayovac Corporation

                                                  By its attorneys,

/s/ James A. Shimota
Jessica P. Driscoll (BBO No. 655394)
Dwyer & Collora, LLP
600 Atlantic Ave.
Boston, MA 02210
Mark A. Pals (admitted *pro hac vice*)
James A. Shimota (admitted *pro hac vice*)
Kevin S. Ueland (admitted *pro hac vice*)
Kirkland & Ellis LLP
Aon Center
200 E. Randolph Rd.
Chicago, IL 60601