IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>Plaintiff,<br><br>v.<br><br>RAYOVAC CORPORATION,<br><br>Defendant. | Civil Action No. 03-CV-12428-WGY |

## JOINT MOTION SEEKING TO EXTEND TIME TO CONSUMMATE SETTLEMENT

1. On October 19, 2005, the parties in the above action jointly notified the Court that they had reached a settlement of their dispute.

2. On October 20, 2005, the Court entered a "Settlement Order of Dismissal," which stated: "this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated."

3. As of today, November 30, 2005, the parties have agreed in principle to a stipulation dismissing this Action, but require one additional business day in order to execute a final settlement agreement and stipulation.

5. Therefore, the parties jointly move the Court to extend the right to reopen the action, as identified in the Settlement Order and Dismissal, by 1 DAY, to and including December 1, 2005.

Braun GmbH

By its attorneys,

/s/ William L. Patton
William L. Patton (BBO #391640)
Dalila Argaez Wendlandt (BBO #639280)
Dalila.Wendlandt@ropesgray.com
ROPES & GRAY
One International Place
Boston, MA  02110
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

Stanley D. Liang (admitted *Pro Hac Vice*)
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10021


Rayovac Corporation

By its attorneys,

/s/_____
Jessica P. Driscoll (BBO No. 655394)
Dwyer & Collora, LLP
600 Atlantic Ave.
Boston, MA 02210

Mark A. Pals (admitted *pro hac vice*)
James A. Shimota (admitted *pro hac vice*)
Kevin S. Ueland (admitted *pro hac vice*)
Kirkland & Ellis LLP
Aon Center
200 E. Randolph Rd.
Chicago, IL 60601