## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_Braun_

v.

_Rayovac_

Case No. 03-12428-WGY

## O R D E R

___YOUNG , C.J.___

Please take notice that the records of the Court contain material that was filed in the above case pursuant to a protective, confidentiality or impoundment order.

The material having been filed without a cut-off date or the cut-off date for maintaining the records pursuant to Local Rule 7.2 having expired, it is hereby ORDERED that the documents referenced attached will be placed in the public file of this case without further notice unless, within 20 days of the date of this order, an appropriate motion regarding future custody of this material is filed. In the alternative, counsel may make arrangements with either Marie Bell or Bonnie Smith to pick up the pleadings by calling (617) 748-9157 or 9156.

By the Court,

_Marie Bell_
**Deputy Clerk**

Date: 12/8/05

Re:    Documents #'s 230-232 see face page copies of pleadings attached to this order.

Copy to: pltf's counsel

_received: OLSSON_