IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRAUN GmbH,<br><br>    Plaintiff,<br><br>  v.<br><br>RAYOVAC CORPORATION,<br><br>    Defendant. | Civil Action No. 03-CV-12428-WGY |

**STIPULATION OF DISMISSAL**

  The Parties, through counsel, hereby stipulate to dismissal of all claims and counterclaims with prejudice. The Parties further stipulate that each Party will bear its own attorney's fees and costs incurred in connection with this case.

Respectfully submitted,

| | |
|---|---|
| BRAUN GmbH<br>By its attorneys, | RAYOVAC CORPORATION<br>By its attorneys, |
| /s/William L. Patton<br>William L. Patton (BBO #391640)<br>Dalila Argaez Wendlandt (BBO #639280)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA  02110-2624<br> (617) 951-7000<br> (617) 951-7050 (facsimile) | /s/James A. Shimota<br>Mark A. Pals<br>James A. Shimota<br>KIRKLAND & ELLIS<br>200 East Randolph Drive<br>Chicago, IL<br>(312) 861-2000<br>(312) 861-2000 (facsimile) |

Dated:   December 23, 2005